# EXHIBIT 3

**Biogen Inc. Loss Chart**
**Class Period: October 22, 2019 through November 6, 2020**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price $245.78 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Shash, Nadia | 11/4/2020 | 13,931 | ($343.00) | ($4,778,333.00) | 11/9/2020 | 13,931 | $223.88 | $3,118,872.28 | 0 | $0.00 | ($1,659,460.72) | |