POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
1100 Glendon Avenue, 15th Floor
Los Angeles, CA 90024
Telephone: (310) 405-7190
jpafiti@pomlaw.com

*Attorney for Movant Biogen Investor Group*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR D. MENASHE, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BIOGEN INC., MICHEL VOUNATSOS, JEFFREY D. CAPELLO, and MICHAEL R. MCDONNELL,<br><br>Defendants. | Case No. 2:20-cv-10399-JVS-KS<br><br>DECLARATION OF JENNIFER PAFITI IN SUPPORT OF MOTION OF THE BIOGEN INVESTOR GROUP FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL<br><br>DATE:  February 22, 2021<br>TIME:  1:30 p.m.<br>JUDGE:  James V. Selna<br>CTRM:  10C |

I, Jennifer Pafiti, hereby declare as follows:

1.    I am a partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Alexander Bondarenko, Igor Rabinovich, and Roman Suleymanov (collectively, the "Biogen Investor Group"), and have personal knowledge of the facts set forth herein. I make this Declaration in support of the motion by the Biogen Investor Group for appointment as Lead Plaintiff in the above-captioned action (the "Action") and approval of its selection of Pomerantz as Lead Counsel for the Class.

2.    Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Chart setting forth the financial interest of the Biogen Investor Group in the Action;

Exhibit B:    Press release published over *PRNewswire* on November 13, 2020, announcing the pendency of the Action;

Exhibit C:    Shareholder Certifications executed by the members of the Biogen Investor Group;

Exhibit D:    Joint Declaration executed by the members of the Biogen Investor Group; and

Exhibit E:    Firm resume of Pomerantz;

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on January 12, 2021.

*/s/ Jennifer Pafiti*
Jennifer Pafiti

DECLARATION - 2:20-CV-10399-JVS-KS

1

CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jennifer Pafiti*
Jennifer Pafiti