# EXHIBIT A

**Biogen Inc. (BIIB)**
**Class Period: October 22, 2019 to November 6, 2020**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Type | Purchase Date | Purchased Shares | Price | Purchased Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Summary** | | | | | | | | | | | |
| Bondarenko, Alexander | | | 10,000 | | ($2,990,210) | | (10,000) | | $2,431,110 | 10,000 | ($559,100) |
| Rabinovich, Igor | | | 10,000 | | ($2,970,460) | | (10,000) | | $2,437,321 | 10,000 | ($533,139) |
| Suleymanov, Roman | | | 4,200 | | ($1,246,370) | | (4,200) | | $1,034,503 | 4,200 | ($211,867) |
| **Total** | | | **24,200** | | **($7,207,040)** | | **(24,200)** | | **$5,902,934** | **24,200** | **($1,304,106)** |
| **Loss Calculation** | | | | | | | | | | | |
| **Bondarenko, Alexander** | **Common Stock** | **11/6/2020** | **10,000** | **$292.5000** | **($2,925,000)** | **11/9/2020*** | **(10,000)** | **$236.2600** | **$2,362,600** | **10,000** | **($562,400)** |
| Bondarenko, Alexander | BIIB Nov 6 2020 292.5 Put | 11/6/2020 | 100 | Assigned | $0 | 11/5/2020 | (90) | $7.1200 | $64,080 | | |
| Bondarenko, Alexander | BIIB Nov 6 2020 292.5 Put | | | | | 11/5/2020 | (10) | $4.4300 | $4,430 | | |
| **Bondarenko, Alexander** | **BIIB Nov 6 2020 292.5 Put** | | **100** | | **$0** | | **(100)** | | **$68,510** | **0** | **$68,510** |
| Bondarenko, Alexander | BIIB Nov 6 2020 290.0 Put | 11/5/2020 | 10 | $4.1000 | ($4,100) | 11/6/2020 | (100) | Expired | $0 | | |
| Bondarenko, Alexander | BIIB Nov 6 2020 290.0 Put | 11/5/2020 | 90 | $6.7900 | ($61,110) | | | | | | |
| **Bondarenko, Alexander** | **BIIB Nov 6 2020 290.0 Put** | | **100** | | **($65,210)** | | **(100)** | | **$0** | **100** | **($65,210)** |
| **Bondarenko, Alexander** | | | **10,000** | | **($2,990,210)** | | **(10,000)** | | **$2,431,110** | **10,000** | **($559,100)** |
| **Rabinovich, Igor** | | | | | | | | | | | |
| Rabinovich, Igor | Common Stock | 11/6/2020 | 10,000 | $292.5000 | ($2,925,000) | 11/10/2020* | (103) | $236.3000 | $24,339 | | |
| Rabinovich, Igor | Common Stock | | | | | 11/11/2020* | (9,797) | $238.8767 | $2,340,275 | | |
| Rabinovich, Igor | Common Stock | | | | | 11/11/2020* | (100) | $238.8767 | $23,888 | | |
| **Rabinovich, Igor** | **Common Stock** | | **10,000** | | **($2,925,000)** | | **(10,000)** | | **$2,388,501** | **10,000** | **($536,499)** |
| Rabinovich, Igor | BIIB Nov 6 2020 292.5 Put | 11/6/2020 | 100 | Assigned | $0 | 11/5/2020 | (90) | $4.8800 | $43,920 | | |
| Rabinovich, Igor | BIIB Nov 6 2020 292.5 Put | | | | | 11/5/2020 | (10) | $4.9000 | $4,900 | | |
| **Rabinovich, Igor** | **BIIB Nov 6 2020 292.5 Put** | | **100** | | **$0** | | **(100)** | | **$48,820** | **0** | **$48,820** |
| Rabinovich, Igor | BIIB Nov 6 2020 290.0 Put | 11/5/2020 | 90 | $4.5500 | ($40,950) | 11/6/2020 | (100) | Expired | $0 | | |
| Rabinovich, Igor | BIIB Nov 6 2020 290.0 Put | 11/5/2020 | 10 | $4.5100 | ($4,510) | | | | | | |
| **Rabinovich, Igor** | **BIIB Nov 6 2020 290.0 Put** | | **100** | | **($45,460)** | | **(100)** | | **$0** | **100** | **($45,460)** |
| **Rabinovich, Igor** | | | **10,000** | | **($2,970,460)** | | **(10,000)** | | **$2,437,321** | **10,000** | **($533,139)** |
| **Suleymanov, Roman** | | | | | | | | | | | |
| Suleymanov, Roman | Common Stock | 11/6/2020 | 1,000 | $300.0000 | ($300,000) | 11/9/2020* | (4,200) | $236.2600 | $992,292 | | |
| Suleymanov, Roman | Common Stock | 11/6/2020 | 1,100 | $287.5000 | ($316,250) | | | | | | |
| Suleymanov, Roman | Common Stock | 11/6/2020 | 500 | $295.0000 | ($147,500) | | | | | | |
| Suleymanov, Roman | Common Stock | 11/6/2020 | 1,200 | $292.5000 | ($351,000) | | | | | | |
| Suleymanov, Roman | Common Stock | 11/6/2020 | 400 | $310.0000 | ($124,000) | | | | | | |
| **Suleymanov, Roman** | **Common Stock** | | **4,200** | | **($1,238,750)** | | **(4,200)** | | **$992,292** | **4,200** | **($246,458)** |
| Options | | | | | | | | | | | |
| Suleymanov, Roman | CALL BIOGEN INC $355 EXP 11/06/20 | 11/5/2020 | 7 | $7.1000 | ($4,970) | 11/5/2020 | (1) | $5.7000 | $570 | | |

*Sales were valued at the average closing prices beginning on the first day after the end of the class period to the sale date

**Biogen Inc. (BIIB)**
**Class Period: October 22, 2019 to November 6, 2020**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Security Type | Purchase Date | Purchased Shares | Price | Purchased Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Suleymanov, Roman | CALL BIOGEN INC $355 EXP 11/06/20 | 11/6/2020 | 4 | Expired | $0 | 11/5/2020 | (1) | $5.9000 | $590 | | |
| Suleymanov, Roman | CALL BIOGEN INC $355 EXP 11/06/20 | | | | | 11/5/2020 | (1) | $6.2100 | $621 | | |
| Suleymanov, Roman | CALL BIOGEN INC $355 EXP 11/06/20 | | | | | 11/5/2020 | (1) | $6.2100 | $621 | | |
| Suleymanov, Roman | CALL BIOGEN INC $355 EXP 11/06/20 | | | | | 11/5/2020 | (7) | $4.6000 | $3,220 | | |
| **Suleymanov, Roman** | **CALL BIOGEN INC $355 EXP 11/06/20** | | **11** | | **($4,970)** | | **(11)** | | **$5,622** | **0** | **$652** |
| Suleymanov, Roman | CALL BIOGEN INC $365 EXP 11/06/20 | 11/5/2020 | 5 | $5.3000 | ($2,650) | 11/5/2020 | (1) | $4.1000 | $410 | | |
| Suleymanov, Roman | CALL BIOGEN INC $365 EXP 11/06/20 | 11/6/2020 | 12 | Expired | $0 | 11/5/2020 | (1) | $5.1600 | $516 | | |
| Suleymanov, Roman | CALL BIOGEN INC $365 EXP 11/06/20 | | | | | 11/5/2020 | (3) | $3.2000 | $960 | | |
| Suleymanov, Roman | CALL BIOGEN INC $365 EXP 11/06/20 | | | | | 11/5/2020 | (1) | $3.6400 | $364 | | |
| Suleymanov, Roman | CALL BIOGEN INC $365 EXP 11/06/20 | | | | | 11/5/2020 | (1) | $3.6400 | $364 | | |
| Suleymanov, Roman | CALL BIOGEN INC $365 EXP 11/06/20 | | | | | 11/5/2020 | (8) | $3.7000 | $2,960 | | |
| Suleymanov, Roman | CALL BIOGEN INC $365 EXP 11/06/20 | | | | | 11/5/2020 | (1) | $3.7000 | $370 | | |
| Suleymanov, Roman | CALL BIOGEN INC $365 EXP 11/06/20 | | | | | 11/5/2020 | (1) | $3.7000 | $370 | | |
| **Suleymanov, Roman** | **CALL BIOGEN INC $365 EXP 11/06/20** | | **17** | | **($2,650)** | | **(17)** | | **$6,314** | **0** | **$3,664** |
| Suleymanov, Roman | CALL BIOGEN INC $375 EXP 11/06/20 | 11/6/2020 | 12 | Expired | $0 | 11/5/2020 | (2) | $3.4600 | $692 | | |
| Suleymanov, Roman | CALL BIOGEN INC $375 EXP 11/06/20 | | | | | 11/5/2020 | (10) | $3.0000 | $3,000 | | |
| **Suleymanov, Roman** | **CALL BIOGEN INC $375 EXP 11/06/20** | | **12** | | **$0** | | **(12)** | | **$3,692** | **0** | **$3,692** |
| Suleymanov, Roman | CALL BIOGEN INC $380 EXP 11/06/20 | 11/6/2020 | 11 | Expired | $0 | 11/5/2020 | (1) | $3.2300 | $323 | | |
| Suleymanov, Roman | CALL BIOGEN INC $380 EXP 11/06/20 | | | | | 11/5/2020 | (10) | $2.7000 | $2,700 | | |
| **Suleymanov, Roman** | **CALL BIOGEN INC $380 EXP 11/06/20** | | **11** | | **$0** | | **(11)** | | **$3,023** | **0** | **$3,023** |
| Suleymanov, Roman | PUT BIOGEN INC $287.5 EXP 11/06/20 | 11/6/2020 | 11 | Assigned | $0 | 11/5/2020 | (6) | $3.7000 | $2,220 | | |
| Suleymanov, Roman | PUT BIOGEN INC $287.5 EXP 11/06/20 | | | | | 11/5/2020 | (5) | $3.8900 | $1,945 | | |
| **Suleymanov, Roman** | **PUT BIOGEN INC $287.5 EXP 11/06/20** | | **11** | | **$0** | | **(11)** | | **$4,165** | **0** | **$4,165** |
| Suleymanov, Roman | PUT BIOGEN INC $292.5 EXP 11/06/20 | 11/6/2020 | 12 | Assigned | $0 | 11/5/2020 | (1) | $4.2000 | $420 | | |
| Suleymanov, Roman | PUT BIOGEN INC $292.5 EXP 11/06/20 | | | | | 11/5/2020 | (1) | $4.2200 | $422 | | |
| Suleymanov, Roman | PUT BIOGEN INC $292.5 EXP 11/06/20 | | | | | 11/5/2020 | (10) | $4.8000 | $4,800 | | |
| **Suleymanov, Roman** | **PUT BIOGEN INC $292.5 EXP 11/06/20** | | **12** | | **$0** | | **(12)** | | **$5,642** | **0** | **$5,642** |
| Suleymanov, Roman | PUT BIOGEN INC $295 EXP 11/06/20 | 11/6/2020 | 5 | Assigned | $0 | 11/5/2020 | (1) | $4.3300 | $433 | | |
| Suleymanov, Roman | PUT BIOGEN INC $295 EXP 11/06/20 | 11/6/2020 | 6 | Expired | $0 | 11/5/2020 | (4) | $4.6000 | $1,840 | | |
| Suleymanov, Roman | PUT BIOGEN INC $295 EXP 11/06/20 | | | | | 11/5/2020 | (6) | $4.6000 | $2,760 | | |
| **Suleymanov, Roman** | **PUT BIOGEN INC $295 EXP 11/06/20** | | **11** | | **$0** | | **(11)** | | **$5,033** | **0** | **$5,033** |
| Suleymanov, Roman | PUT BIOGEN INC $300 EXP 11/06/20 | 11/6/2020 | 10 | Assigned | $0 | 11/5/2020 | (3) | $6.0000 | $1,800 | | |
| Suleymanov, Roman | PUT BIOGEN INC $300 EXP 11/06/20 | | | | | 11/5/2020 | (1) | $6.0000 | $600 | | |
| Suleymanov, Roman | PUT BIOGEN INC $300 EXP 11/06/20 | | | | | 11/5/2020 | (6) | $5.9000 | $3,540 | | |
| **Suleymanov, Roman** | **PUT BIOGEN INC $300 EXP 11/06/20** | | **10** | | **$0** | | **(10)** | | **$5,940** | **0** | **$5,940** |
| Suleymanov, Roman | PUT BIOGEN INC $310 EXP 11/06/20 | 11/6/2020 | 4 | Assigned | $0 | 11/5/2020 | (1) | $7.0100 | $701 | | |
| Suleymanov, Roman | PUT BIOGEN INC $310 EXP 11/06/20 | | | | | 11/5/2020 | (1) | $6.8200 | $682 | | |
| Suleymanov, Roman | PUT BIOGEN INC $310 EXP 11/06/20 | | | | | 11/5/2020 | (1) | $6.9700 | $697 | | |
| Suleymanov, Roman | PUT BIOGEN INC $310 EXP 11/06/20 | | | | | 11/5/2020 | (1) | $7.0000 | $700 | | |
| **Suleymanov, Roman** | **PUT BIOGEN INC $310 EXP 11/06/20** | | **4** | | **$0** | | **(4)** | | **$2,780** | **0** | **$2,780** |
| **Options** | | | **99** | | **($7,620)** | | **(99)** | | **$42,211** | **0** | **$34,591** |
| **Suleymanov, Roman** | | | **4,200** | | **($1,246,370)** | | **(4,200)** | | **$1,034,503** | **4,200** | **($211,867)** |

*Sales were valued at the average closing prices beginning on the first day after the end of the class period to the sale date