# EXHIBIT C

Wednesday, December 9, 2020

# Biogen (BIIB)

# CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

1.  I make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.  I have reviewed a Complaint on behalf of shareholders of Biogen Inc. ("Biogen" or the "Company") and authorize the filing of a comparable complaint on my behalf.

3.  I did not purchase or acquire Biogen securities at the direction of plaintiffs counsel, or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.  I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Biogen securities during the class period, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.  To the best of my current knowledge, the attached sheet lists all of my transactions in Biogen securities during the Class Period as specified in the Complaint.

6.  During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7.  I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.  I declare under penalty of perjury that the foregoing is true and correct.

**Name**

**Print Name**
Alexander Bondarenko

(redacted)

1



(redacted)

**Signature**



(redacted)

2

**Biogen Inc. (BIIB)**                                                                                    **Bondarenko, Alexander**

**List of Purchases and Sales**

| Security Type | Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Common Stock | Purchase | 11/6/2020 | 10,000 | $292.5000 |
| BIIB Nov 6 2020 292.5 Put | Sale | 11/5/2020 | (90) | $7.1200 |
| BIIB Nov 6 2020 292.5 Put | Sale | 11/5/2020 | (10) | $4.4300 |
| BIIB Nov 6 2020 290.0 Put | Purchase | 11/5/2020 | 10 | $4.1000 |
| BIIB Nov 6 2020 290.0 Put | Purchase | 11/5/2020 | 90 | $6.7900 |

Friday, December 4, 2020

## Biogen (BIIB)

# CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

1.  I make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.  I have reviewed a Complaint on behalf of shareholders of Biogen Inc. ("Biogen" or the "Company") and authorize the filing of a comparable complaint on my behalf.

3.   I did not purchase or acquire Biogen securities at the direction of plaintiffs counsel, or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.    I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Biogen securities during the class period, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.  To the best of my current knowledge, the attached sheet lists all of my transactions in Biogen securities during the Class Period as specified in the Complaint.

6.   During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7.    I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.    I declare under penalty of perjury that the foregoing is true and correct.

**Name**

**Print Name**

Igor Rabinovich

**Acquisitions**

(redacted)

1

(redacted)



(redacted)

**Signature**



**Full Name**

Igor Rabinovich

(redacted)



**Biogen Inc. (BIIB)**                                                                                    **Bondarenko, Alexander**

**List of Purchases and Sales**

| Security Type | Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Common Stock | Purchase | 11/6/2020 | 10,000 | $292.5000 |
| BIIB Nov 6 2020 292.5 Put | Sale | 11/5/2020 | (90) | $7.1200 |
| BIIB Nov 6 2020 292.5 Put | Sale | 11/5/2020 | (10) | $4.4300 |
| BIIB Nov 6 2020 290.0 Put | Purchase | 11/5/2020 | 10 | $4.1000 |
| BIIB Nov 6 2020 290.0 Put | Purchase | 11/5/2020 | 90 | $6.7900 |

Wednesday, November 11, 2020

## Biogen (BIIB)

1

# CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

1.  I make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.  I have reviewed a Complaint on behalf of shareholders of Biogen Inc. ("Biogen" or the "Company") and authorize the filing of a comparable complaint on my behalf.

3.   I did not purchase or acquire Biogen securities at the direction of plaintiffs counsel, or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.    I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired Biogen securities during the class period, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.  To the best of my current knowledge, the attached sheet lists all of my transactions in Biogen securities during the Class Period as specified in the Complaint.

6.   During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7.    I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.    I declare under penalty of perjury that the foregoing is true and correct.

**Name**

**Print Name**

Roman Suleymanov




(redacted)

**Signature**



**Full Name**

Roman Suleymanov


(redacted)

2

**Biogen Inc. (BIIB)**                                                                                 **Suleymanov, Roman**

**List of Purchases and Sales**

| Security Type | Transaction Type | Date | Number of Shares/Unit | Price Per Share/Unit |
|---|---|---|---|---|
| Common Stock | Purchase | 11/6/2020 | 1,000 | $300.0000 |
| Common Stock | Purchase | 11/6/2020 | 1,100 | $287.5000 |
| Common Stock | Purchase | 11/6/2020 | 500 | $295.0000 |
| Common Stock | Purchase | 11/6/2020 | 1,200 | $292.5000 |
| Common Stock | Purchase | 11/6/2020 | 400 | $310.0000 |
| CALL BIOGEN INC $355 EXP 11/06/20 | Purchase | 11/5/2020 | 7 | $7.1000 |
| CALL BIOGEN INC $355 EXP 11/06/20 | Sale | 11/5/2020 | (1) | $5.7000 |
| CALL BIOGEN INC $355 EXP 11/06/20 | Sale | 11/5/2020 | (1) | $5.9000 |
| CALL BIOGEN INC $355 EXP 11/06/20 | Sale | 11/5/2020 | (1) | $6.2100 |
| CALL BIOGEN INC $355 EXP 11/06/20 | Sale | 11/5/2020 | (1) | $6.2100 |
| CALL BIOGEN INC $355 EXP 11/06/20 | Sale | 11/5/2020 | (7) | $4.6000 |
| CALL BIOGEN INC $365 EXP 11/06/20 | Purchase | 11/5/2020 | 5 | $5.3000 |
| CALL BIOGEN INC $365 EXP 11/06/20 | Sale | 11/5/2020 | (1) | $4.1000 |
| CALL BIOGEN INC $365 EXP 11/06/20 | Sale | 11/5/2020 | (1) | $5.1600 |
| CALL BIOGEN INC $365 EXP 11/06/20 | Sale | 11/5/2020 | (3) | $3.2000 |
| CALL BIOGEN INC $365 EXP 11/06/20 | Sale | 11/5/2020 | (1) | $3.6400 |
| CALL BIOGEN INC $365 EXP 11/06/20 | Sale | 11/5/2020 | (1) | $3.6400 |
| CALL BIOGEN INC $365 EXP 11/06/20 | Sale | 11/5/2020 | (8) | $3.7000 |
| CALL BIOGEN INC $365 EXP 11/06/20 | Sale | 11/5/2020 | (1) | $3.7000 |
| CALL BIOGEN INC $365 EXP 11/06/20 | Sale | 11/5/2020 | (1) | $3.7000 |
| CALL BIOGEN INC $375 EXP 11/06/20 | | | | |
| CALL BIOGEN INC $375 EXP 11/06/20 | Sale | 11/5/2020 | (2) | $3.4600 |
| CALL BIOGEN INC $375 EXP 11/06/20 | Sale | 11/5/2020 | (10) | $3.0000 |
| CALL BIOGEN INC $380 EXP 11/06/20 | | | | |
| CALL BIOGEN INC $380 EXP 11/06/20 | Sale | 11/5/2020 | (1) | $3.2300 |
| CALL BIOGEN INC $380 EXP 11/06/20 | Sale | 11/5/2020 | (10) | $2.7000 |
| PUT BIOGEN INC $287.5 EXP 11/06/20 | | | | |
| PUT BIOGEN INC $287.5 EXP 11/06/20 | Sale | 11/5/2020 | (6) | $3.7000 |
| PUT BIOGEN INC $287.5 EXP 11/06/20 | Sale | 11/5/2020 | (5) | $3.8900 |
| PUT BIOGEN INC $292.5 EXP 11/06/20 | | | | |
| PUT BIOGEN INC $292.5 EXP 11/06/20 | Sale | 11/5/2020 | (1) | $4.2000 |
| PUT BIOGEN INC $292.5 EXP 11/06/20 | Sale | 11/5/2020 | (1) | $4.2200 |
| PUT BIOGEN INC $292.5 EXP 11/06/20 | Sale | 11/5/2020 | (10) | $4.8000 |
| PUT BIOGEN INC $295 EXP 11/06/20 | | | | |
| PUT BIOGEN INC $295 EXP 11/06/20 | Sale | 11/5/2020 | (1) | $4.3300 |
| PUT BIOGEN INC $295 EXP 11/06/20 | Sale | 11/5/2020 | (4) | $4.6000 |
| PUT BIOGEN INC $295 EXP 11/06/20 | Sale | 11/5/2020 | (6) | $4.6000 |
| PUT BIOGEN INC $300 EXP 11/06/20 | | | | |
| PUT BIOGEN INC $300 EXP 11/06/20 | Sale | 11/5/2020 | (3) | $6.0000 |
| PUT BIOGEN INC $300 EXP 11/06/20 | Sale | 11/5/2020 | (1) | $6.0000 |
| PUT BIOGEN INC $300 EXP 11/06/20 | Sale | 11/5/2020 | (6) | $5.9000 |
| PUT BIOGEN INC $310 EXP 11/06/20 | | | | |
| PUT BIOGEN INC $310 EXP 11/06/20 | Sale | 11/5/2020 | (1) | $7.0100 |
| PUT BIOGEN INC $310 EXP 11/06/20 | Sale | 11/5/2020 | (1) | $6.8200 |
| PUT BIOGEN INC $310 EXP 11/06/20 | Sale | 11/5/2020 | (1) | $6.9700 |
| PUT BIOGEN INC $310 EXP 11/06/20 | Sale | 11/5/2020 | (1) | $7.0000 |