## DECLARATION OF LEONARD SHAPIRO
## IN SUPPORT OF HIS MOTION FOR APPOINTMENT AS
## LEAD PLAINTIFF AND APPROVAL OF SELECTION OF
## LEAD COUNSEL

I, the undersigned, Leonard Shapiro, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I, Leonard Shapiro, respectfully submit this Declaration in support of my motion for appointment as Lead Plaintiff and approval of my selection of Lowey Dannenberg, P.C. ("Lowey") as Lead Counsel and Schubert Jonckheer & Kolbe LLP ("Schubert") as Liaison Counsel in the instant class action on behalf of investors in the securities of Biogen Inc. ("Biogen" or the "Company") pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"). I have personal knowledge about the information in this Declaration, and if called upon, I could and would testify thereto.

2.      I reside in the State of Florida. I am over 70 years of age. I am currently retired. I have been investing in the securities markets for over 45 years. As reflected in my Certification, I purchased Biogen securities during the Class Period and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action.

3.      I am a sophisticated and experienced investor with intimate knowledge of the securities markets. I trade securities in my own account, using Merrill Edge® trading platform. I execute my own trades without the use of brokers, dealers, financial advisers, and/or other third parties, and consequently, I am the only one who exercises discretion over my trading activities.

4.      I personally traded Biogen securities, as reflected in my Certification, without the use or advice of third parties. I have traded Biogen securities based on the

1

news and events that were known to me via the Company's regulatory filings, public disclosures, and other publicly available information, which I have obtained about the Company through my own research.

5. My in-depth knowledge of the securities markets and my years-long experience of working on Wall Street makes me particularly suitable to serve as the Lead Plaintiff on behalf of the Class. Because of my background, I have the ability to fully understand the complexities of the securities markets and the pertinent rules and regulations that relate to it.

6. Given my significant financial loss I have suffered as a result of the violations alleged in the complaint, I am strongly motivated to pursue the claims asserted against Defendants. My principal goal in seeking to serve as Lead Plaintiff in this case is to achieve the best possible recovery for the Class from all culpable parties.

7. I am committed to ensuring the litigation is litigated as zealously and efficiently as possible, in accordance with my duties under the PSLRA. If appointed Lead Plaintiff, I will satisfy my fiduciary obligations to the Class by, among other steps, conferring with my counsel regarding litigation strategy and other matters, attending court proceedings, depositions, any settlement mediations, and hearings as needed, and reviewing and authorizing the filing of important litigation documents.

8. Through these and other measures, I will ensure that the Biogen securities litigation will be vigorously prosecuted consistent with the obligations of Lead Plaintiffs under the PSLRA and in the best interests of the Class, and will seek to obtain the greatest possible recovery for the Class.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing statements relating to myself are true and correct to the best of my knowledge.

1/26/2021

Executed on this _____ day of January, 2021.

DocuSigned by:

*Leonard Shapiro*

09FC034EDA9341E...

Leonard Shapiro

3