# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| VICTOR D. MENASHE, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>BIOGEN INC., MICHEL VOUNATSOS, JEFFREY D. CAPELLO, and MICHAEL R. MCDONNELL,<br><br>        Defendants. | Case No. 2:20-CV-10399-JVS-KS<br><br>**ORDER GRANTING STIPULATION REGARDING SERVICE OF OPERATIVE COMPLAINT AND TIME TO RESPOND THERETO**<br><br>Crtrm.: 10C<br>Judge:  James V. Selna<br><br>Trial Date:        Not set |

Case No. 2:20-CV-10399-JVS-KS

ORDER GRANTING STIPULATION REGARDING SERVICE OF OPERATIVE COMPLAINT AND TIME TO RESPOND THERETO

The Court having considered the parties' Stipulation Regarding Service of Operative Complaint and Time to Respond Thereto, and finding good cause therefore, IT IS HEREBY ORDERED THAT:

1. Defendants' time to answer, move, or otherwise respond to the Complaint is extended until after the Court appoints the lead plaintiff for the putative class, and the lead plaintiff serves an amended complaint or designates a Complaint as the operative complaint (the "Operative Complaint");

2. The lead plaintiff shall have sixty (60) days following the issuance of the Court's order appointing the lead plaintiff and lead counsel to file or designate the Operative Complaint. No later than fourteen (14) days after the Operative Complaint is filed or designated, the parties shall meet and confer and propose to the Court a schedule for Defendants to answer, move, or otherwise respond to the Operative Complaint and, in the event that Defendants file a motion to dismiss, for briefing with respect to that motion; and

3. This Order shall apply to each case, arising out of the same or similar transactions and/or events as the Complaint, which is subsequently filed in, remanded to, or transferred to this Court and consolidated with this Action.

IT IS SO ORDERED.

DATED: February 04, 2021

HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

Case No. 2:20-CV-10399-JVS-KS
[PROPOSED] ORDER GRANTING STIPULATION SERVICE OF OPERATIVE COMPLAINT
AND TIME TO RESPOND THERETO