Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Movant and [Proposed]*
*Lead Counsel for the Class*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR D. MENASHE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BIOGEN INC., MICHEL VOUNATSOS, JEFFREY D. CAPELLO, and MICHAEL R. MCDONNELL,<br><br>Defendants. | Case No. 2:20-cv-10399-JVS-KS<br><br>**DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF REPLY MEMORANDUM OF LAW OF NADIA SHASH IN FURTHER SUPPORT OF HER LEAD PLAINTIFF MOTION**<br><br><u>CLASS ACTION</u><br><br>JUDGE: James V. Selna<br>HEARING: February 22, 2021<br>TIME: 1:30 PM<br>CTRM: 10C (Santa Ana) |

1

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF REPLY
MEMORANDUM OF LAW OF NADIA SHASH IN FURTHER SUPPORT OF
HER LEAD PLAINTIFF MOTION – 2:20-cv-10399-JVS-KS

I, Laurence M. Rosen, declare:

1.    I am an attorney duly licensed to practice in the State of California and before this Court. I am the Managing Partner of The Rosen Law Firm, P.A., counsel for Nadia Shash ("Ms. Shash"). I make this declaration in support of Ms. Shash's Reply in further support of her lead plaintiff motion. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2.    Attached hereto is true and correct copy of the following document:

Exhibit A:    Declaration of Nadia Shash.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

Executed this 8th day of February 2021.

/s/ Laurence M. Rosen
Laurence M. Rosen

2

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF REPLY MEMORANDUM OF LAW OF NADIA SHASH IN FURTHER SUPPORT OF HER LEAD PLAINTIFF MOTION – 2:20-cv-10399-JVS-KS

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the Managing Partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On February 8, 2021, I electronically filed the following **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF REPLY MEMORANDUM OF LAW OF NADIA SHASH IN FURTHER SUPPORT OF HER LEAD PLAINTIFF MOTION** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on February 8, 2021.

/s/ Laurence M. Rosen
Laurence M. Rosen

3

DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF REPLY MEMORANDUM OF LAW OF NADIA SHASH IN FURTHER SUPPORT OF HER LEAD PLAINTIFF MOTION – 2:20-cv-10399-JVS-KS