# EXHIBIT A

## DECLARATION OF NADIA SHASH

I, Nadia Shash, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I submit this Declaration in further support of my Lead Plaintiff motion and in response to the speculative and meritless assertions made by competing movant Leonard Shapiro ("Mr. Shapiro").

2. Contrary to Mr. Shapiro, background information about myself was provided in the opening papers (and repeated in opposition). Indeed, the papers explain:

   a. I hold a Bachelor of Science from the University of Southern California - Marshall School of Business and a juris doctor from the University of Michigan Law School. I am a licensed attorney and member of the State Bar of Georgia and the District of Columbia Bar.

   b. I am the founder and chief executive officer of a company certified with U.S. Small Business Administration 8(a) Program and an Economically Disadvantaged Woman Owned Small Business (EDWOSB) that provides cutting-edge acquisition, program, financial and logistical support to the federal government.

   c. I have been investing for 10 years. I am a sophisticated investor, with a decade of experience.

3. As discussed in my opening papers, I am aware of the role and the obligations of a lead plaintiff, including monitoring the litigation, overseeing counsel, The Rosen Law Firm ("Rosen"), and working closely with Rosen to direct the litigation successfully.

4. I decided to move forward as lead plaintiff in this action given my substantial financial interest in this case. I understand that I am not required to serve as a lead plaintiff in order to participate in any future recovery. I am committed to prosecuting this action to maximize the recovery for all Biogen investors.

5. Contrary to the speculation offered by competing movant Mr. Shapiro that I did not make the investment decisions regarding my investment in Biogen, I did make the investment decision to

buy and sell Biogen stock.  I did not rely on an investment advisor, broker or other third party in deciding  to buy and sell Biogen stock.

I declare under penalty of perjury under the laws of United States of America that the foregoing is true and correct.

Executed on _____  2/4/2021

DocuSigned by:

Nadia Shash

30788D28BAD6480...

Nadia Shash