Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR D. MENASHE, Individually and on Behalf of All Others Similarly Situated, | Case No. 20-CV-10399-JVS-KS |
| Plaintiff, | **PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION TO TRANSFER VENUE UNDER 28 U.S.C. § 1404(a)** |
| v. | |
| BIOGEN INC., MICHEL VOUNATSOS, JEFFREY D. CAPELLO, and MICHAEL R. MCDONNELL, | CLASS ACTION |
| Defendants. | JUDGE: James V. Selna<br> HEARING: April 13, 2021<br> TIME: 1:30 PM<br>CTRM: 10C (Santa Ana) |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on Tuesday April 13, 2021, at 1:30 p.m., or as soon thereafter as the matter may be heard, before the Honorable James V. Selna in the Ronald Reagan Federal Building and U.S. Courthouse, 411 West 4th Street, Room 1053, Santa Ana, CA 92701, Plaintiff Nadia Shash will and does move this Court to transfer the above-captioned action to the United States District Court for the District of Massachusetts, for the convenience of parties and in the interest of justice pursuant to 28 U.S.C. § 1404(a).

This Motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities, and all papers and pleadings on file or deemed to be on file and such other documents, arguments and evidentiary matters as may be presented at the hearing.

Pursuant to Local Rule 7-3, this Motion is made following the conference of counsel that took place on March 15, 2021.  **Defendants do not oppose the Motion**.

Dated: March 16, 2021

**THE ROSEN LAW FIRM, P.A.**
/s/Laurence M. Rosen
Laurence M. Rosen (SBN 219683)
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff*

1