Laurence M. Rosen (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR D. MENASHE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BIOGEN INC., MICHEL VOUNATSOS, JEFFREY D. CAPELLO, and MICHAEL R. MCDONNELL,<br><br>Defendants. | Case No. 20-CV-10399-JVS-KS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO TRANSFER VENUE UNDER 28 U.S.C. § 1404(a)**<br><br><u>CLASS ACTION</u><br><br>JUDGE: James V. Selna<br> HEARING: April 13, 2021<br> TIME: 1:30 PM<br>CTRM: 10C (Santa Ana) |

WHEREAS, on March 16, 2021, Plaintiff moved to transfer this action to the District of Massachusetts pursuant to 28 U.S.C. § 1404(a);

WHEREAS, Defendants do not oppose the Motion;

WHEREAS, upon consideration of the Motion and all papers in support therefore, the pleadings, exhibits, and records in this matter;

WHEREAS, good cause appearing;

**IT IS HEREBY ORDERED THAT:**

The Motion to transfer this action to the District of Massachusetts pursuant to 28 U.S.C. § 1404(a) is **GRANTED**.

SO ORDERED:

Dated _____                    _____
                                           Hon. James V. Selna
                                           United States District Judge

1