**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| VICTOR MENASHE, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BIOGEN INC., MICHEL VOUNATSOS, JEFFREY D. CAPELLO, and MICHAEL R. MCDONNELL<br><br>Defendants. | **CASE No.: 1:21-cv-10479-IT**<br><br>**[PROPOSED] ORDER REGARDING SCHEDULING FILING OF AMENDED COMPLAINT AND MOTION TO DISMISS** |

The Court having reviewed the parties' Stipulation Regarding Filing of Amended Complaint and Motion to Dismiss, and good cause therefore appearing, IT IS HEREBY ORDERED:

1.    Lead Plaintiff shall file her Amended Complaint no later than April 26, 2021;

2.    Defendants shall file their Motion to Dismiss the Amended Complaint no later than June 25, 2021;

3.    Lead Plaintiff shall file her response in opposition to Defendants' Motion to Dismiss no later than August 9, 2021;

4.    Defendants shall file their reply in further support of their motion to dismiss no later than September 15, 2021.

1

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _Mar. 29_, 2021

_[signature]_

Indira Talwani
United States District Judge