**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

NADIA SHASH and AMJAD KHAN,
Indivudally and On Behalf of All Others
Similarly Situated,

      Plaintiffs,

      v.

BIOGEN INC., MICHEL VOUNATSOS,
ALFRED W. SANDROCK, JR., and
SAMANTHA BUDD HAEBERLEIN,

      Defendants.

Civil Action No.: 1:21-cv-10479-IT

**DECLARATION OF WILLIAM J. TRACH IN SUPPORT OF**
**DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**

I, WILLIAM J. TRACH, hereby declare as follows:

1.      I am a member of the law firm Latham & Watkins LLP, attorneys for Defendants Biogen Inc. ("Biogen"), Michel Vounatsos, Alfred W. Sandrock Jr., and Samantha Budd Haeberlein ("Defendants"). I respectfully submit this declaration in support of Defendants' Motion to Dismiss the Amended Complaint.

2.      Attached as Exhibit A is a true and correct copy of excerpts from a document titled *Combined FDA and Applicant PCNS Drugs Advisory Committee Briefing Document* (the "Joint Report") which was published on the U.S. Food and Drug Administration's (the "FDA") website on November 4, 2020, and available at https://www.fda.gov/media/143502/download. The Joint Report is quoted from or otherwise incorporated by reference in paragraphs 223, 228, 231–34, 236, and 240 of the Amended Complaint.

3.      Attached as Exhibit B are true and correct copies of excerpts of Biogen Inc.'s 2018 Form 10-K, which was filed with the SEC on February 6, 2019.

4.      Attached as Exhibit C is a true and correct copy of a document titled *BIOGEN AND EISAI TO DISCONTINUE PHASE 3 ENGAGE AND EMERGE TRIALS OF ADUCANUMAB IN ALZHEIMER'S DISEASE*, which was published by Biogen on March 21, 2019, and which is quoted from or otherwise incorporated by reference in paragraph 98 of the Amended Complaint.

5.      Attached as Exhibit D is a true and correct copy of a document titled *Biogen Inc (BIIB) Q3 2019 Earnings Call Transcript*, which is a transcript for a call that occurred on October 22, 2019, and which is quoted from or otherwise incorporated by reference in paragraphs 123, 129–30, 132, 156, 158, 170, 186, 188, 190, and 192 of the Amended Complaint.

6.      Attached as Exhibit E is a true and correct copy of a document titled *BIOGEN INC. – KOL Interview Suggests Confidence About Aducanumab Approval*, which was published by SVB Leerink on October 24, 2019, and which is quoted from or otherwise incorporated by reference in paragraph 219 of the Amended Complaint.

7.      Attached as Exhibit F is a true and correct copy of a document titled *Biogen Inc Investor Q&A Call*, which is a transcript for a call that occurred on December 5, 2019, and which is quoted from or otherwise incorporated by reference in paragraphs 123, 160–62, 170, 173, 181, 269, and 272 of the Amended Complaint.

8.      Attached as Exhibit G is a true and correct copy of a document titled *EMERGE and ENGAGE Topline Results: Two Phase 3 Studies to Evaluate Aducanumab in Patients With Early Alzheimer's Disease*, which was presented by Biogen on December 5, 2019, and which is quoted from or otherwise incorporated by reference in paragraph 123 of the Amended Complaint.

9.     Attached as Exhibit H are true and correct copies of excerpts of Biogen Inc.'s 2019 Form 10-K, filed with the SEC on February 6, 2020.

10.     Attached as Exhibit I is a true and correct copy of a document titled *Biogen Inc. NasdaqGS:BIIB FQ2 2020 Earnings Call Transcripts*, which is a transcript for a call that occurred on July 22, 2020, which is quoted from or otherwise incorporated by reference in paragraphs 205 and 207 of the Amended Complaint.

11.     Attached as Exhibit J is a true and correct copy of a document titled *BIIB: FDA Drinks the Adu Kool-Aid, Showing Surprising Openness to Approval Despite Mixed Data; Friday's AdComm Still Key*, which was published by RBC Capital Markets on November 4, 2020, and which is quoted from or otherwise incorporated by reference in paragraph 233 of the Amended Complaint.

12.     Attached as Exhibit K is a true and correct copy of a documented titled *Briefing Documents: Do Stats Matter?*, which was published by Raymond James & Associates on November 4, 2020, and which is quoted from or otherwise incorporated by reference in paragraph 234 of the Amended Complaint.

13.     Attached as Exhibit L is a true and correct copy of a document titled *Biogen – A Closer Look at the Adu Briefing Docs and The Tale of Two FDAs*, which was published by J.P. Morgan on November 4, 2020, and which is quoted from or otherwise incorporated by reference in paragraph 234 of the Amended Complaint.

14.     Attached as Exhibit M is a true and correct copy of a document titled *FDA Grants Accelerated Approval for Alzheimer's Drug*, which was published by the FDA on June 7, 2021, and which is available at https://www.fda.gov/news-events/press-announcements/fda-grants-accelerated-approval-alzheimers-drug.

15.    Attached as Exhibit N is a true and correct copy of a document titled *FDA's Decision to Approve New Treatment for Alzheimer's Disease*, which was published by the FDA on June 7, 2021, and which is available at https://www.fda.gov/drugs/news-events-human-drugs/fdas-decision-approve-new-treatment-alzheimers-disease.

16.    Attached as Exhibit O is a true and correct copy of a document titled *HIGHLIGHTS OF PRESCRIBING INFORMATION – ADUHELM*, which was published by the FDA on June 7, 2021, and which is available at https://www.accessdata.fda.gov/drugsatfda_docs/label/2021/761178s000lbl.pdf.

17.    Attached as Exhibit P is a true and correct copy of a document listing historical stock prices for Biogen's publicly traded stock from October 15, 2019, to October 28, 2019. The document was created on June 23, 2021, using the publicly available Yahoo! Finance application.

18.    Attached as Exhibit Q is a true and correct copy of a document listing historical stock prices for Biogen's publicly traded stock from June 1, 2021, to June 17, 2021. The document was created on June 23, 2021, using the publicly available Yahoo! Finance application.

19.    Attached as Exhibit R is a chart that sets out in full, and in chronological order, the alleged misstatements identified in the Amended Complaint.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 25, 2021.

*/s/ William J. Trach*
William J. Trach

## **CERTIFICATE OF SERVICE**

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent on June 25, 2021 to those identified as non-registered participants.

*/s/ Audra J. Soloway*
Audra J. Soloway

5