# Exhibit B

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549
# Form 10-K

x  ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

   For the fiscal year ended December 31, 2018

or

o  TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934

Commission file number: 0-19311



# BIOGEN INC.

(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **33-0112644** |
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**225 Binney Street, Cambridge, Massachusetts 02142**

**(617) 679-2000**

(Address, including zip code, and telephone number, including area code, of Registrant's principal executive offices)

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of Each Class | Name of Each Exchange on Which Registered |
|---|---|
| **Common Stock, $0.0005 par value** | **The Nasdaq Global Select Market** |

**Securities registered pursuant to Section 12(g) of the Act:**

**None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.    Yes x       No o

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.    Yes o       No x

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.    Yes x       No o

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit such files):    Yes x       No o

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of the registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K.    x

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer", "smaller reporting company" and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | |
|---|---|
| Large accelerated filer x | Accelerated filer o |
| Non-accelerated filer o | Smaller reporting company o |
| | Emerging growth company o |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. o

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act).    Yes o       No x

The aggregate market value of the registrant's common stock held by non-affiliates of the registrant (without admitting that any person whose shares are not included in such calculation is an affiliate) computed by reference to the price at which the common stock was last sold as of the last business day of the registrant's most recently completed second fiscal quarter was $58,267,511,287.

As of February 1, 2019, the registrant had 196,708,784 shares of common stock, $0.0005 par value, outstanding.

**DOCUMENTS INCORPORATED BY REFERENCE**

Portions of the definitive proxy statement for our 2019 Annual Meeting of Stockholders are incorporated by reference into Part III of this report.

**BIOGEN INC. AND SUBSIDIARIES**
**CONSOLIDATED STATEMENTS OF INCOME**
**(In millions, except per share amounts)**

| | For the Years Ended December 31, | | |
| --- | --- | --- | --- |
| | 2018 | 2017 | 2016 |
| Revenues: | | | |
| Product, net | $ 10,886.8 | $ 10,354.7 | $ 9,817.9 |
| Revenues from anti-CD20 therapeutic programs | 1,980.2 | 1,559.2 | 1,314.5 |
| Other | 585.9 | 360.0 | 316.4 |
| Total revenues | 13,452.9 | 12,273.9 | 11,448.8 |
| Cost and expenses: | | | |
| Cost of sales, excluding amortization and impairment of acquired intangible assets | 1,816.3 | 1,630.0 | 1,478.7 |
| Research and development | 2,597.2 | 2,253.6 | 1,973.3 |
| Selling, general and administrative | 2,106.3 | 1,933.9 | 1,946.6 |
| Amortization and impairment of acquired intangible assets | 747.3 | 814.7 | 385.6 |
| Collaboration profit (loss) sharing | 185.0 | 112.3 | 10.2 |
| Acquired in-process research and development | 112.5 | 120.0 | — |
| Restructuring charges | 12.0 | 0.9 | 33.1 |
| (Gain) loss on fair value remeasurement of contingent consideration | (12.3) | 62.7 | 14.8 |
| TECFIDERA litigation settlement charge | — | — | 454.8 |
| Total cost and expenses | 7,564.3 | 6,928.1 | 6,297.1 |
| Income from operations | 5,888.6 | 5,345.8 | 5,151.7 |
| Other income (expense), net | 11.0 | (217.0) | (218.7) |
| Income before income tax expense and equity in loss of investee, net of tax | 5,899.6 | 5,128.8 | 4,933.0 |
| Income tax expense | 1,425.6 | 2,458.7 | 1,237.3 |
| Equity in loss of investee, net of tax | — | — | — |
| Net income | 4,474.0 | 2,670.1 | 3,695.7 |
| Net income (loss) attributable to noncontrolling interests, net of tax | 43.3 | 131.0 | (7.1) |
| Net income attributable to Biogen Inc. | $ 4,430.7 | $ 2,539.1 | $ 3,702.8 |
| Net income per share: | | | |
| Basic earnings per share attributable to Biogen Inc. | $ 21.63 | $ 11.94 | $ 16.96 |
| Diluted earnings per share attributable to Biogen Inc. | $ 21.58 | $ 11.92 | $ 16.93 |
| Weighted-average shares used in calculating: | | | |
| Basic earnings per share attributable to Biogen Inc. | 204.9 | 212.6 | 218.4 |
| Diluted earnings per share attributable to Biogen Inc. | 205.3 | 213.0 | 218.8 |

See accompanying notes to these consolidated financial statements.