# Exhibit E

October 24, 2019
**OUTPERFORM**

Reason for report:
**PULSE CALL SERIES**

**Geoffrey C. Porges, MBBS**
(212) 277-6092
geoffrey.porges@svbleerink.com

**Ke (Andrew) Yuan, CFA, CPA**
(212) 277-6147
ke.yuan@svbleerink.com

**Neil Puri, M.D., MBA**
(212) 277-6139
neil.puri@svbleerink.com

**Bradley P. Canino, CPA**
(212) 277-6158
bradley.canino@svbleerink.com



# BIOGEN INC.

**KOL Interview Suggests Confidence About Aducanumab Approval**

• **Bottom Line: Yesterday we hosted a MEDACorp KOL specialist call with an experienced Alzheimer's disease clinician and found that the expectations for aducanumab's approval, and then adoption, are already high in the AD specialist medical community.** The consultant runs a busy dementia practice, as well as overseeing an AD research program, and has been a prior participant in FDA advisory committees. He was not an investigator in any of Biogen's studies, but was highly impressed by the EMERGE data, which he regards as the most dispositive trial yet conducted in Alzheimer's disease treatment. Specifically, he highlighted the consistency of effects across multiple endpoints, the dose response and the association of clinical and biomarker responses as positive aspects of Biogen's presentation. He now expects aducanumab to be approved on the basis of EMERGE, with support from ENGAGE and PRIME. As a CNS clinical investigator, he is accustomed to such medicines having one or more failed phase III's. He was quite sanguine about the drug's safety and tolerability, and expects rapid adoption if and when the drug is approved (pending reimbursement). He does anticipate close scrutiny of the data by the FDA, and a lively debate at an Advisory Committee meeting as well, but ultimately believes that approval is more likely than not. The main concern he had with Biogen's presentation is the confusing effects seen in the high dose arm of the ENGAGE study – in his opinion Biogen has not presented enough data to establish the basis for that aberration. He expects the CTAD (Clinical Trials on Alzheimer's Disease, Dec 4-7) presentation to attract considerable interest and attention, and personally he will be looking for an explanation for ENGAGE, and scrutinizing the durability of the effect of aducanumab even after the 18 month dosing period in the trials.

• **We recently upgraded Biogen's stock from Market Perform to Outperform, with a new price target of $350/share.** We are ambivalent about the prospects for the company's most important product, which is once again aducanumab, but now view aducanumab as most likely approvable based on the EMERGE study (Single Phase 3 study) and Biogen's interactions with the FDA leading up to their announcement. Our long-term unadjusted peak sales forecast for aducanumab is now about $12bn, and our model currently incorporates $6bn in risk adjusted product sales (50% PoS).

**Key Stats:** (NASDAQ: BIIB)

| | |
|---|---|
| **Sector:** | **Biotechnology** |
| **S&P 500 Health Care Index:** | **1,069.33** |
| **Price:** | **$278.82** |
| Price Target: | $350.00 |
| Methodology: | Average of DCF, P/E, P/Sales |
| 52 Week High: | $344.00 |
| 52 Week Low: | $215.78 |
| Shares Outstanding (mil): | 184.0 |
| Market Capitalization (mil): | 51,302.9 |
| Book Value/Share: | $56.14 |
| Cash Per Share: | $31.00 |
| Net Debt to Total Capital: | 2% |
| Dividend (ann): | $0.00 |
| Dividend Yield: | 0.0% |
| Est LT EPS Growth: | (2)% |
| P/E to LT EPS Growth (FY20): | NM |

Completion: October 24, 2019, 6:20AM EDT.
Distribution: October 24, 2019, 6:20AM EDT.
*Cash Per Share: 2019E cash per share*
*Shares Outstanding (mil): Q4 2019E*
*Est LT EPS Growth: CAGR, 2019E-2023E*



1 Year Price History/Ave. Daily Vol.(mil) for BIIB

| Dec Yr | 1Q | 2Q | 3Q | 4Q | FY Rev | 1Q | 2Q | 3Q | 4Q | FY EPS | P/E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **2018A** | $3,131.0 | $3,356.5 | $3,439.0 | $3,527.0 | $13,453.0 | $6.05 | $5.80 | $7.40 | $6.99 | $26.19 | 10.6x |
| **2019E** | $3,489.8A | $3,617.4A | $3,600.2A | $3,679.8 | $14,387.2 | $6.98A | $9.15A | $9.17A | $8.94 | $34.29 | 8.1x |
| **2020E** | -- | -- | -- | -- | $13,999.3 | -- | -- | -- | -- | $34.24 | 8.1x |

*Source: Company Information and SVB Leerink LLC Research.*
*Revenues in $M; EPS exclude options expense. Estimates are pro forma the spin-out.*

**Please refer to pages 9 - 14 for Important Disclosures, Price Charts and Analyst Certification.**

Provided for the exclusive use of Karen Jewell at Biogen Inc. on 19-Mar-2021 11:40 AM.

**BIOGEN INC.**                    October 24, 2019



# INVESTMENT THESIS

Our price target for Biogen (BIIB) is $350 and our rating for the stock is Outperform. Biogen is the leading developer of branded medicines for the treatment of multiple sclerosis (MS), which contribute ~70% of the company's revenue today. This market is competitive, with increasing reimbursement challenges and emerging generic entrants that dampen the long-term outlook for this franchise. Biogen has the resources and research to remain at the forefront of the category, but in our view it is still likely to lose share and price over time and faces flat-to-declining sales. Other near-term growth drivers include Biogen's anti-CD20 royalties from Roche and the launch of Spinraza in spinal muscular atrophy (SMA). Biogen's clinical stage portfolio has been highly concentrated in Alzheimer's disease and the recently announced decision to file for regulatory approval of aducanumab has become one of the most important value contributors in the company's portfolio; even with only a 50/50 probability of approval, Biogen's stock offers significant upside, and is likely to attract many of its traditional owners back into the name.

### EMERGE Data Looks Unprecedented Despite the Imbalanced Results from ENGAGE, ARIA-E is Largely Manageable

Data from the EMERGE study showed statistically significant improvements in the primary endpoint measuring changes in clinical dementia rating-sum of boxes (CDR-SB), compared to baseline for high-dose aducanumab versus placebo; with statistically significant improvements in two out of three secondary endpoints measuring cognitive function, and caregiver assessments when evaluated on both an intent to treat (ITT) basis, as well as an opportunity-to-complete (OTC) basis.

The KOL was very convinced by the EMERGE data with its consistency of effects across multiple endpoints, strong positive dose response and clear and dose dependent effects on biomarkers. The doctor was particularly positive because the ITT population showed as good response as the OTC population (ITT is more conservative, which includes discontinuations over the course of the treatment). The doctor believed the trial was well-designed, and the protocol amendment in March 2017 did not bias the study towards drug over placebo, and in his view did not affect the validity of the trial results. On the other hand the efficacy signal and dose response in ENGAGE were not seen, and this was our consultant's major concern with the application.  He does not seem to have a good explanation for the disparity between the trials, given limited data available at this stage and so far is skeptical about Biogen's post hoc explanation.

The safety and tolerability appear to be manageable according to the doctor. Based on the KOL's experience, ARIA-E may not be a serious concern and is usually self-limited. Biogen indicated in their press release that the most common adverse events found in EMERGE and ENGAGE were Amyloid-Related Imaging Abnormalities-Edema (ARIA-E, 35%) followed by headache (20%), and the majority of patients who experienced ARIA-E were asymptomatic.

### Additional Data at CTAD December 4-7, 2019, KOL Will Focus on Patients in Dose Transition and Data With Exposure Beyond Week 78

The doctor expected to see more data at CTAD for the patients in the transition through different doses after the protocol amendment was made in March 2017 (ApoE4 carriers to titrate to

Provided for the exclusive use of Karen Jewell at Biogen Inc. on 19-Mar-2021 11:40 AM.

**BIOGEN INC.**  October 24, 2019



10mg/kg from 6mg/kg). The KOL also indicated he will focus on the data from the open label extension study beyond week 78. This could potentially address the controversies of the two trials as more extended duration data from the high dose arm will be available. It will be important for us to see any incremental evidence of dose dependent response in the ENGAGE trial.

We believe the updated results from CTAD will likely include efficacy data for the ENGAGE high dose cohort, as well as additional safety and tolerability data which could provide additional insights into other dose related liabilities, including ARIA.

### FDA Approval is Likely though Scrutiny from Advisory Committee Seems Inevitable

The KOL indicated that he believes the FDA will relax its standard approval requirements and approve aducanumab with a single positive pivotal study (EMERGE). The doctor expects the approval to be subject to initial review at an advisory committee and the judgement there will be more critical and academically focused. The doctor does not expect the FDA to request a third Phase 3 trial in addition to EMERGE and ENGAGE but does expect a post approval confirmatory study to be part of the approval discussion.

### Insurance Coverage and Price are Important, Extended Treatment Duration is Likely

The KOL believed that the drug price and insurance coverage are important for aducanumab's adoption. He expects a cost of ~$20K/year which he would anticipate getting reasonable adoption and ultimately widespread coverage. The treatment duration for early AD is likely to be longer than the phase III trials, and he would expect an average duration of 2-3 years (matching our expectations).  He suggested that payers may have some influence over the stage of disease and duration of treatment that are allowed for patients in different plans.  Lastly, despite the high likelihood of approval, the doctor expected the label to be limited to early AD patients and to require mandatory pre-treatment PET scanning.

## VALUATION

Our price target for Biogen (BIIB) is based on a simple average of three approaches that we believe are a reasonable basis for valuing the stock today. These approaches are price to earnings, price to sales, and DCF. Our price to earnings approach applies the current ~10.6x multiple of controversial pipeline-driven large cap biopharma companies (REGN, ALXN) to our 2021E EPS forecast for Biogen, producing a one-year price target of $362. Our price to sales approach uses the current average price to sales for similar large cap biopharma companies transitioning from legacy to pipeline products (PFE, ALXN, AMGN, REGN) ~4.2x, and applying it to our 2022E revenue forecast for Biogen produces a 2020 price target of $334. Lastly, our DCF takes the present value of our forecasted annual free cash flows through 2029E, and an assumed value for the terminal cash flows based on a -2.0% terminal growth rate, and discounted at the company's 8.0% cost of capital, for a present value of $354. The average of these approaches is our current one-year price target of $350

Provided for the exclusive use of Karen Jewell at Biogen Inc. on 19-Mar-2021 11:40 AM.

**BIOGEN INC.**                                            October 24, 2019



## RISKS TO VALUATION

The risks to our view, outlook, and valuation for Biogen include any major change in the price or reimbursement coverage or labeling for the company's existing treatments for multiple sclerosis (Tysabri, Avonex, Plegridy, Tecfidera), successful development and rapid market share gains for competitors' products in the same class and successful generic challenges, such that Tecfidera's intellectual property position is altered ahead of our expectations. Other risks include disappointing or questionable results from the ongoing trials with Biogen's important development programs. The most significant risk to Biogen's valuation is any disappointment with the filing, label or launch of aducanumab, which is once again the company's single most important pipeline product. Opportunities for better performance and value include strong results from Biogen's midstage pipeline, including its novel pain treatment vixotrigine, its anti-LINGO myelin restoration product opicinumab or successful progress for the company's co-developed Alzheimer's disease treatments with Eisai, BAN 2401.

4

Provided for the exclusive use of Karen Jewell at Biogen Inc. on 19-Mar-2021 11:40 AM.

**BIOGEN INC.**                                                                          October 24, 2019

| SVB Leerink Biogen Revenue Forecast | | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| ($ in millions) | 2017A | 2018A | 1Q19A | 2Q19A | 3Q19A | 4Q19E | 2019E | 2020E | 2021E | 2022E | 2023E |
| **Revenues** | | | | | | | | | | | |
| Avonex | $2,152 | $1,916 | $397 | $438 | $420 | $421 | $1,676 | $1,466 | $1,276 | $1,106 | $955 |
| Tysabri | $1,973 | $1,864 | $460 | $475 | $483 | $480 | $1,899 | $1,907 | $1,885 | $1,855 | $1,819 |
| Tecfidera | $4,214 | $4,274 | $999 | $1,150 | $1,122 | $1,140 | $4,411 | $4,360 | $4,240 | $3,404 | $2,415 |
| Plegridy | $494 | $447 | $104 | $117 | $110 | $121 | $452 | $466 | $452 | $336 | $271 |
| Ocrelizumab | $159 | $479 | $112 | $174 | $188 | $206 | $680 | $921 | $1,100 | $1,173 | $1,284 |
| Spinraza | $884 | $1,724 | $518 | $489 | $547 | $459 | $2,013 | $2,140 | $2,062 | $1,781 | $1,609 |
| NSR-REP1 (NITE, choroidemia) | | | | | | | | | | $110 | $190 |
| NSR-RPGR (NITE, XLRP) | | | | | | | | | | $134 | $187 |
| Aducanumab | | | | | | | | | $318 | $1,208 | $2,400 |
| **TOTAL BIOGEN PRODUCT SALES** | **$10,355** | **$10,887** | **$2,680** | **$2,881** | **$2,895** | **$2,929** | **$11,386** | **$11,312** | **$11,207** | **$10,907** | **$10,820** |
| BIIB total Rituxan/Gazyva/Ocrevus revenues | $1,559 | $1,980 | $517 | $576 | $596 | $556 | $2,245 | $2,207 | $2,293 | $2,267 | $2,283 |
| Biogen Idec Corporate partner revenues | $336 | $579 | $292 | $160 | $110 | $188 | $750 | $458 | $458 | $397 | $397 |
| Royalties | $24 | $7 | $0 | $0 | $0 | $7 | $7 | $23 | $24 | $24 | $25 |
| Total revenues | $12,273.2 | $13,453.1 | $3,490 | $3,617 | $3,600 | $3,680 | $14,387 | $13,999 | $13,981 | $13,595 | $13,525 |
| **ANNUAL GROWTH** | | | | | | | | | | | |
| Avonex | -7% | -11% | -12% | -13% | -13% | -13% | -13% | -13% | -13% | -13% | -14% |
| Tysabri | 0% | -6% | 0% | 2% | 3% | 3% | 2% | 0% | -1% | -2% | -2% |
| Tecfidera | 6% | 1% | 1% | 6% | 3% | 3% | 3% | -1% | -3% | -20% | -29% |
| Plegridy | 2% | -9% | 5% | -6% | 2% | 5% | 1% | 3% | -3% | -26% | -19% |
| Ocrelizumab | n/a | 201% | n/a | n/a | n/a | n/a | 42% | 35% | 19% | 7% | 9% |
| Nusinersen | n/a | 95% | n/a | n/a | n/a | n/a | 17% | 6% | -4% | -14% | -10% |
| **TOTAL BIOGEN PRODUCT SALES** | **6%** | **5%** | **6%** | **4%** | **4%** | **4%** | **5%** | **-1%** | **-1%** | **-3%** | **-1%** |
| BIIB total Rituxan/Gazyva/Ocrevus revenues | 19% | 27% | 17% | 18% | 16% | 4% | 13% | -2% | 4% | -1% | 1% |
| Biogen Idec Corporate partner revenues | 16% | 72% | 86% | 47% | -25% | 13% | 30% | -39% | 0% | -13% | 0% |
| Royalties | -14% | -71% | 0% | 0% | 0% | 0% | -3% | 245% | 3% | 3% | 3% |
| Total revenues | 7% | 10% | 11% | 8% | 5% | 4% | 7% | -3% | 0% | -3% | -1% |

*Source: SVB Leerink LLC Research and Company Filings*

**5**

Provided for the exclusive use of Karen Jewell at Biogen Inc. on 19-Mar-2021 11:40 AM.

**BIOGEN INC.**

October 24, 2019

| SVB Leerink Biogen P&L (Pro forma) | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ($ in millions) | 2017A | 2018A | 1Q19A | 2Q19A | 3Q19A | 4Q19E | 2019E | 2020E | 2021E | 2022E | 2023E |
| Revenues: | | | | | | | | | | | |
| Product sales | $10,355 | $10,887 | $2,680 | $2,881 | $2,895 | $2,929 | $11,386 | $11,312 | $11,207 | $10,907 | $10,820 |
| Other revenue | $1,919 | $2,566 | $809 | $736 | $706 | $750 | $3,002 | $2,688 | $2,775 | $2,689 | $2,705 |
| **Total revenues** | **$12,273** | **$13,453** | **$3,490** | **$3,617** | **$3,600** | **$3,680** | **$14,387** | **$13,999** | **$13,981** | **$13,595** | **$13,525** |
| Expenses: | | | | | | | | | | | |
| Cost of sales | $1,630 | $1,816 | $602 | $476 | $430 | $472 | $1,980 | $1,819 | $2,322 | $2,344 | $2,390 |
| R&D | $2,251 | $2,425 | $564 | $477 | $540 | $607 | $2,188 | $2,322 | $2,306 | $2,204 | $2,171 |
| SG&A | $1,901 | $2,096 | $563 | $553 | $547 | $607 | $2,270 | $2,295 | $2,245 | $2,138 | $2,096 |
| Other expenses | $112 | $167 | $58 | $64 | $60 | $66 | $247 | $254 | $260 | $257 | $259 |
| **Total expenses** | **$5,894** | **$6,505** | **$1,787** | **$1,570** | **$1,577** | **$1,752** | **$6,685** | **$6,690** | **$7,102** | **$7,112** | **$7,328** |
| Operating income (EBIT) | $6,380 | $6,948 | $1,703 | $2,048 | $2,023 | $1,928 | $7,702 | $7,309 | $6,880 | $6,483 | $6,197 |
| Nonoperating income (expense), net | ($215) | ($124) | ($19) | ($19) | ($23) | ($17) | ($78) | ($31) | $25 | $81 | $129 |
| Pre-tax income | $6,164 | $6,824 | $1,684 | $2,029 | $2,000 | $1,911 | $7,625 | $7,278 | $6,905 | $6,564 | $6,326 |
| Tax | $1,520 | $1,449 | $296 | $291 | $311 | $287 | $1,186 | $1,318 | $1,267 | $1,216 | $1,180 |
| *Pro Forma Earnings (Excluding Options Expense):* | | | | | | | | | | | |
| **Net income (excluding charges)** | **$4,645** | **$5,377** | **$1,374** | **$1,743** | **$1,689** | **$1,624** | **$6,457** | **$5,960** | **$5,612** | **$5,247** | **$4,931** |
| Weighted ave. shares (basic): | 213 | 205 | 197 | 190 | 184 | 181 | 188 | 174 | 163 | 157 | 153 |
| Weighted ave. shares (diluted): | 213 | 205 | 197 | 190 | 184 | 182 | 188 | 174 | 164 | 157 | 153 |
| Earnings per share (basic): | $21.85 | $26.24 | $6.99 | $9.16 | $9.18 | $8.95 | $34.33 | $34.28 | $34.36 | $33.46 | $32.32 |
| **Earnings per share (diluted,** *excluding option expense* **)** | **$21.81** | **$26.19** | **$6.98** | **$9.15** | **$9.17** | **$8.94** | **$34.29** | **$34.24** | **$34.32** | **$33.41** | **$32.28** |
| | | | | | | | | | | | |
| | 2017A | 2018A | 1Q19A | 2Q19A | 3Q19A | 4Q19E | 2019E | 2020E | 2021E | 2022E | 2023E |
| **MARGIN ANALYSIS:** | | | | | | | | | | | |
| Gross margin (1-COGS/total revenue) | 86.7% | 86.5% | 82.7% | 86.8% | 88.1% | 87.2% | 86.2% | 87.0% | 83.4% | 82.8% | 82.3% |
| R&D to total revenue | 18.3% | 18.0% | 16.2% | 13.2% | 15.0% | 16.5% | 15.2% | 16.6% | 16.5% | 16.2% | 16.1% |
| SG&A to total revenue | 15.5% | 15.6% | 16.1% | 15.3% | 15.2% | 16.5% | 15.8% | 16.4% | 16.1% | 15.7% | 15.5% |
| Profit share to total revenue | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | -0.2% | 1.2% | 3.0% |
| Operating margin (EBIT/total revenues) | 52.0% | 51.6% | 48.8% | 56.6% | 56.2% | 52.4% | 53.5% | 52.2% | 49.2% | 47.7% | 45.8% |
| Effective tax rate | 24.7% | 21.2% | 17.6% | 14.4% | 14.7% | 15.0% | 15.6% | 18.1% | 18.4% | 18.5% | 18.7% |
| Net margin (net income/sales) | 37.8% | 40.0% | 39.4% | 48.2% | 46.9% | 44.1% | 44.9% | 42.6% | 40.1% | 38.6% | 36.5% |
| | | | | | | | | | | | |
| **ANNUAL GROWTH** | | | | | | | | | | | |
| Total revenues growth % | 7.2% | 9.6% | 11.5% | 7.8% | 4.7% | 4.3% | 6.9% | -2.7% | -0.1% | -2.8% | -0.5% |
| Pro-forma EPS (dil) growth % | 7.9% | 20.1% | 15.2% | 57.9% | 23.9% | 27.9% | 30.9% | -0.2% | 0.2% | -2.6% | -3.4% |

*Source: SVB Leerink LLC Research and Company Filings*

**6**

Provided for the exclusive use of Karen Jewell at Biogen Inc. on 19-Mar-2021 11:40 AM.

**BIOGEN INC.**

October 24, 2019

**SVB Leerink
Catalyst Tracker**

| Stock (Ticker Symbol) | Lateral Impact (Other companies/ stocks) | Drug (Brand or chemical name) | Indication | Type of Event | Event or Trial Details | Expected Timing | Specific Event Date if known or specified | Impact: H(igh) > 9% M(edium) 3 - 9% L(ow) < 2% | Estimated Stock Up/Down % on Best/Worst Outcomes | SVB Leerink View of Expected Outcome |
|---|---|---|---|---|---|---|---|---|---|---|
| BIIB | ALKS | Vumerity (BIIB098) | MS | FDA Approval | FDA PDUFA | 4Q19 | | M | +/-2-3% | Positive |
| BIIB | | BIIB059 (anti-BDCA2) | Lupus | Phase II Data Announcement | Phase II Top line results | 4Q19 | | L | +/-1-2% | Negative |
| BIIB | | BIIB092 (anti-Tau) | Progressive supranuclear palsy | Phase II Data Announcement | Phase II Top line results | 4Q19 | | M | +/-2-3% | Neutral |
| BIIB | | Aducanumab | Early AD | Phase III Results Presentation | Additional Phase 3 data | 4Q19 | | M | +/-2-3% | Neutral |
| BIIB | | Dapirolizumab pegol (anti-CD40) | SLE | Phase III Trial Initiation | Phase III Trial initiation | Late 2019 | | L | +/-1-2% | Negative |
| BIIB | | Tysabri | Epilepsy, drug resistant | Phase II Data Announcement | Phase II Top line results | 1H20 | | L | +/-1-2% | Negative |
| BIIB | | Opicinumab (BIIB033) | MS | Phase II Data Announcement | Phase II Top line results | Mid 2020 | | M | +/-2-3% | Negative |
| BIIB | | BIIB054 (α-synuclein) | Parkinson's | Phase II Data Announcement | Phase II Top line results | 2H20 | | M | +/-2-3% | Neutral |
| BIIB | | BIIB112(NSR-RPGR) | XLRP | Phase II Data Announcement | Phase II/III Top line results | 2H20 | | M | +/-2-3% | Positive |
| BIIB | | BIIB111 (NSR-REP1) | choroideremia | Phase III Results Announcement | Phase III Top line results | 2H20 | | M | +/-2-3% | Positive |
| BIIB | | BIIB104 (AMPA) | CIAS | Phase II Data Announcement | Phase IIb Top line results | Late 2020 | | M | +/-2-3% | Negative |
| BIIB | | TMS-007 | Stroke | Phase II Data Announcement | Phase II Top line results | Late 2020 | | M | +/-2-3% | Negative |
| BIIB | | Tofersen (BIIB067) | SOD1 ALS | Phase II Data Announcement | Phase III Top line results | 2021 | | L | +/-1-2% | Positive |
| BIIB | | Vixotrigine (BIIB074) | small fiber neuropathy | Phase II Data Announcement | Phase II Top line results | 2021 | | L | +/-1-2% | Negative |

*Source: SVB Leerink LLC Research and Company Filings*

**7**

Provided for the exclusive use of Karen Jewell at Biogen Inc. on 19-Mar-2021 11:40 AM.

**BIOGEN INC.**                                                    October 24, 2019

**Analysis of Stock Price and SVB Leerink Target for Biogen Idec**

| *Method 1 - Current Pipeline Driven Large Cap Biopharma 2020 EPS Multiple of 2021 SVB Leerink EPS Est* | |
|---|---|
| SVB Leerink Adjusted 2021 EPS Estimate for BIIB | $34.32 |
| Average Controversial (Non Divvy) Large Cap Biopharma Multiple of 2020 EPS (REGN, ALXN) | *10.6x* |
| Implied Price in 2020 (based on current multiples applied to 2021 EPS est) | $362 |
| Cost of Capital | 7.3% |
| Number of Years Discounting (2020-2020) | 0 |
| Present Value per Share in 2020 | $362 |
| Implied 2019 Price (based on 2021 EPS) | **$362** |
| *Method 2 - Discounted Cash Flow Analysis (8.0% WACC, -2.0% terminal growth post 2029)* | |
| SVB Leerink Estimated Present Value of Cash Flows | $62,924 |
| Estimated Cash Net of Debt | 1,348 |
| Est Average Diluted Share Count End 2019 | 182 |
| Present Value per Share | **$354** |
| *Method 3 - Large Cap Biopharma 2021 Price/Sales vs BIIB 2022 Sales Est.* | |
| Current Growth Large Cap Biopharma Rev Multiple 2021 (PFE, ALXN, AMGN, REGN) | *4.2x* |
| SVB Leerink Projected Revenue for BIIB in 2022 (post Aducanumab launch) | $13,595 |
| Implied Enterprise Value of BIIB in 2020 (with same multiple) | $56,479 |
| Cost of Capital | 7.3% |
| Number of Years Discounting (2020-2020) | 0 |
| Implied Value of BIIB in 2020 | $56,479 |
| Anticipated Share Count Q4 2020 (mm) | 169 |
| Per Share Value in 2020 | **$334** |
| **Average of Methods** | **$350** |
| **SVB Leerink One Year Target Price** | **$350** |

*Sources: SVB Leerink LLC Research and Company Filings, Factset*

8

Provided for the exclusive use of Karen Jewell at Biogen Inc. on 19-Mar-2021 11:40 AM.

**BIOGEN INC.**                                October 24, 2019



## Disclosures Appendix

## Analyst Certification

I, Geoffrey C. Porges, MBBS, certify that the views expressed in this report accurately reflect my views and that no part of my compensation was, is, or will be directly related to the specific recommendation or views contained in this report.



Rating and Price Target History for: Biogen Inc. (BIIB) as of 10-23-2019

| 10/27/16 MP:$361 | 11/07/16 OP:$365 | 11/25/16 OP:$355 | 12/26/16 OP:$368 | 12/29/16 OP:$370 | 01/18/17 OP:$360 | 01/23/17 OP:$359 | 01/27/17 OP:$305 | 03/16/17 MP:$300 | 04/07/17 MP:$290 | 04/26/17 MP:$304 | 07/26/17 MP:$338 | 10/16/17 MP:$348 | 10/23/17 MP:$351 |

| 10/25/17 MP:$355 | 01/18/18 MP:$370 | 03/02/18 MP:$365 | 04/25/18 MP:$325 | 07/25/18 MP:$340 | 10/24/18 MP:$328 | 01/30/19 MP:$341 | 03/22/19 MP:$247 | 04/25/19 MP:$250 | 07/24/19 MP:$256 | 10/23/19 OP:$350 |

Leerink placed a Market Perform rating on BIIB on February 4, 2016.

OP = Outperform MP = Market Perform UP = Underperform D = Drop Coverage I = Initiate SC = Suspended Coverage

Created by: BlueMatrix

## Valuation

Our price target for Biogen (BIIB) is based on a simple average of three approaches that we believe are a reasonable basis for valuing the stock today. These approaches are price to earnings, price to sales, and DCF. Our price to earnings approach applies the current ~10.6x multiple of controversial pipeline-driven large cap biopharma companies (REGN, ALXN) to our 2021E EPS forecast for Biogen, producing a one-year price target of $362. Our price to sales approach uses the current average price to sales for similar large cap biopharma companies transitioning from legacy to pipeline products (PFE, ALXN, AMGN, REGN) ~4.2x, and applying it to our 2022E revenue forecast for Biogen produces a 2020 price target of $334. Lastly, our DCF takes the present value of our forecasted annual free cash flows through 2029E, and an assumed value for the terminal cash flows based on a -2.0% terminal growth rate, and discounted at the company's 8.0% cost of capital, for a present value of $354. The average of these approaches is our current one-year price target of $350

## Risks to Valuation

The risks to our view, outlook, and valuation for Biogen include any major change in the price or reimbursement coverage or labeling for the company's existing treatments for multiple sclerosis (Tysabri, Avonex, Plegridy, Tecfidera), successful development and rapid market share gains for competitors' products in the same class and successful generic challenges, such that Tecfidera's intellectual property position is altered ahead of our expectations. Other risks include disappointing or questionable results from the ongoing trials with Biogen's important development programs. The most significant risk to Biogen's valuation is any disappointment with the filing, label or launch of aducanumab, which is once again the company's single most important pipeline product. Opportunities for better performance and value include strong results from Biogen's midstage pipeline, including its novel pain treatment vixotrigine, its anti-LINGO myelin restoration product opicinumab or successful progress for the company's co-developed Alzheimer's disease treatments with Eisai, BAN 2401.

Provided for the exclusive use of Karen Jewell at Biogen Inc. on 19-Mar-2021 11:40 AM.

**BIOGEN INC.**

October 24, 2019





Rating and Price Target History for: Alkermes plc (ALKS) as of 10-23-2019

Leerink placed an Outperform rating on ALKS on October 4, 2016.

OP = Outperform MP = Market Perform UP = Underperform D = Drop Coverage I = Initiate SC = Suspended Coverage

Created by: BlueMatrix

## Valuation

Our $24 PT is based on a SOTP analysis that forecasts cash flows into the 2030s, with a 9% discount rate.

## Risks to Valuation

• Earlier-than-expected deterioration of royalties

• Flattening growth trajectory of Vivitrol and Aristada

• Lower BIIB-098 royalty revenue due to earlier-than-expected generic entry of Tecfidera

• Negative efficacy/safety data from ALKS-4230



Rating and Price Target History for: Alexion Pharmaceuticals, Inc. (ALXN) as of 10-23-2019

Leerink placed an Outperform rating on ALXN on February 4, 2016.

OP = Outperform MP = Market Perform UP = Underperform D = Drop Coverage I = Initiate SC = Suspended Coverage

Created by: BlueMatrix

## Valuation

Our price target for Alexion Pharmaceuticals (ALXN) is based on a simple average of three approaches that we believe are a reasonable basis for valuing the stock today. These approaches are simple price to earnings multiples for comparable large-cap biopharma companies (AMGN, BIIB, PFE, BMY, RHHBY, SNY, REGN); growth adjusted near-term earnings multiples (PEG ratio); and discounted cash flow (DCF). Using a relative multiple for similar growth

**10**

Provided for the exclusive use of Karen Jewell at Biogen Inc. on 19-Mar-2021 11:40 AM.

**BIOGEN INC.**    October 24, 2019



companies of 12x 2019E EPS, and applying it to our 2020 EPS estimate for Alexion gives a fair value of $146 for the stock. Using our expected EPS CAGR of 12% for Alexion for the 2019-2022E period, and the current average PEG ratio for large molecule large-cap biotech of ~1.4x, gives a 2019E EPS multiple of ~13x (after being discounted by 20% for multiple compression) for Alexion, which when applied to our 2020 EPS estimate gives fair value of $176. Finally, our DCF uses a 1.0% terminal growth rate post 2028E, and gives a current value of $160. The average of these three valuation methodologies is our $161 PT. Upon completion of our analysis of quarterly results, we will revisit our price targets and at present they remain unchanged.

## Risks to Valuation

The risks to our view, outlook, and valuation for Alexion include any major change in the price or reimbursement coverage or labeling for Soliris, the company's main product today. Other risks include commercial or development disappointments for its recently launched products Strensiq and Kanuma, as well as development disappointments for its additional indications for Soliris and for its successor complement inhibitor products. Finally, should branded or generic competitor products to Soliris come to market and capture greater share, or cause greater market and price disruption than we currently expect, our future outlook and valuation would be undermined. Opportunities for better performance and value than our expectations include stronger initial adoption of its recently launched new products than we forecast, or successful development and commercialization of other new indications for Soliris (beyond neuromyelitis optica and myasthenia gravis) or novel rare disease medicines in the time horizon of our forecast.



Leerink placed a Market Perform rating on AMGN on February 4, 2016.

OP = Outperform MP = Market Perform UP = Underperform D = Drop Coverage I = Initiate SC = Suspended Coverage

Created by: BlueMatrix

## Valuation

Our $189 price target for Amgen, Inc. (AMGN) is based on an average of three approaches that we believe are a reasonable basis for valuing the stock today. These approaches are simple price to earnings multiples for large cap US and EU large cap biopharma stocks (PFE, BMY, MRK, ABBV, SNY, RHHBY, GSK, NVS, BIIB, GILD, CELG, ALXN); price to sales multiples of large cap biotechnology and pharma companies (LLY, MRK, PFE, NOVO, NVS, BIIB, REGN, CELG, GILD, ALXN); and discounted cash flow (DCF). Using a relative multiple for large cap biopharma companies of ~11.8x on 2020E EPS, and applying it to our 2020 EPS estimate for Amgen gives a one year future value of $195; using established large cap future revenue multiples of 2019E sales of 4.2x, applied to our 2020 revenue forecast for Amgen, gives a future value in 2019 of $184. Finally, our DCF valuation based on our current outlook for the company's existing products and the probability-weighted revenue contribution for its late-stage pipeline programs, and discounted to 2019 at the company's ~7.2% WACC, gives a fair value today of $187. The average of these three approaches

**11**

Provided for the exclusive use of Karen Jewell at Biogen Inc. on 19-Mar-2021 11:40 AM.

**BIOGEN INC.**    October 24, 2019



gives our price target of $189. Upon completion of our analysis of quarterly results, we will revisit our price targets and at present they remain unchanged.

## Risks to Valuation

The risks to our view, outlook, and valuation for Amgen include any major change in the labeling, price, or reimbursement coverage for the company's legacy products, or any failure of the company's growth portfolio to achieve future sales forecasts. Other risks include development delays or disappointments of earlier stage pipeline assets, or earlier or more significant erosion of the company's legacy products by biosimilar and innovator competition. Any shortfall in the company's efforts to improve operating margins would also materially affect our outlook and valuation, as would large dilutive acquisitions into other therapeutic areas and platforms.



## Valuation

Our price target for Regeneron (REGN) is based on a simple average of three approaches that we believe are a reasonable basis for valuing the stock today. These approaches are simple price to earnings multiples for comparable high growth large molecule biopharmaceutical companies; price to sales multiples for large cap high growth companies; and discounted cash flow (DCF). Using an average for large cap, large molecule therapeutic companies (BMY, LLY, JNJ, MRK, NVO, NVS, AZN, ALXN, AMGN) earnings multiple on 2019E EPS of ~16.5x, and applied to our current 2020 EPS estimate for REGN, gives a value of $461 in 2019. Using a high growth revenue multiple for similar companies (BMY, LLY, NVO, ALXN, AMGN, BIIB) of ~5x 2020E consensus sales, and applied to our 2021E revenue estimate for REGN, gives a 2019 value of $463. Lastly, our DCF valuation given an 8.3% WACC and a terminal cash flow growth rate of 2% gives present value of $396. The average of these three methods is our current price target of $440. Upon completion of our analysis of quarterly results, we will revisit our price targets and at present they remain unchanged.

## Risks to Valuation

The risks to our view, outlook, and valuation for Regeneron include any major change in the price or reimbursement coverage, labeling, or competitive position for Eylea, the company's main product today. Other risks include commercial or development disappointments for the company's next partnered programs that launched in 2017, Dupixent and Kevzara, as well as continued weak demand and pricing pressure for the company's cholesterol treatment, Praluent. Lastly, the company converts relatively little of its revenue to cash flow today, and has no history of returning such cash to investors; ultimately this may undermine the value of the stock and investors' willingness to continue to own it.

**12**

Provided for the exclusive use of Karen Jewell at Biogen Inc. on 19-Mar-2021 11:40 AM.

**BIOGEN INC.**                                             October 24, 2019



| Distribution of Ratings/Investment Banking Services (IB) as of 09/30/19 | | | | |
|---|---|---|---|---|
| | | | IB Serv./Past 12 Mos. | |
| **Rating** | **Count** | **Percent** | **Count** | **Percent** |
| **BUY [OP]** | **148** | **74.4** | **54** | **36.5** |
| **HOLD [MP]** | **48** | **24.1** | **3** | **6.3** |
| **SELL [UP]** | **3** | **1.5** | **0** | **0.0** |

## Explanation of Ratings

**Outperform (Buy):** **We expect this stock to outperform its benchmark over the next 12 months.**

**Market Perform (Hold/Neutral):** **We expect this stock to perform in line with its benchmark over the next 12 months.**

**Underperform (Sell):** **We expect this stock to underperform its benchmark over the next 12 months.**

**The degree of outperformance or underperformance required to warrant an Outperform or an Underperform rating should be commensurate with the risk profile of the company.**

**For the purposes of these definitions the relevant benchmark will be the S&P 600® Health Care Index for issuers with a market capitalization of less than $2 billion and the S&P 500® Health Care Index for issuers with a market capitalization over $2 billion.**

**13**

Provided for the exclusive use of Karen Jewell at Biogen Inc. on 19-Mar-2021 11:40 AM.

**BIOGEN INC.**                                        October 24, 2019



# Important Disclosures

This information (including, but not limited to, prices, quotes and statistics) has been obtained from sources that we believe reliable, but we do not represent that it is accurate or complete and it should not be relied upon as such. All information is subject to change without notice. The information is intended for Institutional Use Only and is not an offer to sell or a solicitation to buy any product to which this information relates. SVB Leerink LLC ("Firm"), its officers, directors, employees, proprietary accounts and affiliates may have a position, long or short, in the securities referred to in this report, and/or other related securities, and from time to time may increase or decrease the position or express a view that is contrary to that contained in this report. The Firm's research analysts, salespeople, traders and other professionals may provide oral or written market commentary or trading strategies that are contrary to opinions expressed in this report. The Firm's asset management group and proprietary accounts may make investment decisions that are inconsistent with the opinions expressed in this document. The past performance of securities does not guarantee or predict future performance. Transaction strategies described herein may not be suitable for all investors. This document may not be reproduced or circulated without SVB Leerink's written authority. Additional information is available upon request by contacting the Editorial Department, SVB Leerink LLC, One Federal Street, 37th Floor, Boston, MA 02110.

Like all Firm employees, research analysts receive compensation that is impacted by, among other factors, overall firm profitability, which includes revenues from, among other business units, Institutional Equities, Research, and Investment Banking. Research analysts, however, are not compensated for a specific investment banking services transaction. To the extent SVB Leerink research reports are referenced in this material, they are either attached hereto or information about these companies, including prices, rating, market making status, price charts, compensation disclosures, Analyst Certifications, etc. is available on https://svbleerink.bluematrix.com/bluematrix/Disclosure2.

MEDACorp is a network of healthcare professionals, attorneys, physicians, key opinion leaders, and other specialists accessed by SVB Leerink LLC and its clients.

SVB Leerink LLC makes a market in Biogen Inc., Alkermes plc, Alexion Pharmaceuticals, Inc., Amgen Inc. and Regeneron Pharmaceuticals, Inc.

In the past 12 months, an affiliate of SVB Leerink LLC has received compensation for providing non-securities services to Alexion Pharmaceuticals, Inc.

© 2019 SVB Leerink LLC. All Rights Reserved. Member FINRA/SIPC. SVB Leerink LLC is a member of SVB Financial Group.

The recommendation contained in this report was produced at October 24, 2019, 1:15AM EDT. and disseminated at October 24, 2019, 6:20AM EDT.

**14**

Provided for the exclusive use of Karen Jewell at Biogen Inc. on 19-Mar-2021 11:40 AM.

# EQUITY RESEARCH TEAM

# SVBLEERINK

## RESEARCH MANAGEMENT

**John L. Sullivan, CFA**
Director of Equity Research
(617) 918-4875
john.sullivan@svbleerink.com

**Jim Kelly**
Associate Director of Research
(212) 277-6096
jim.kelly@svbleerink.com

**Geoffrey C. Porges, MBBS**
Director of Therapeutics Research
(212) 277-6092
geoffrey.porges@svbleerink.com

**Christian Clark**
Vice President
(212) 277-6117
christian.clark@svbleerink.com

## DIVERSIFIED BIOTECHNOLOGY

**Geoffrey C. Porges, MBBS**
(212) 277-6092
geoffrey.porges@svbleerink.com

Bradley Canino, CPA
(212) 277-6158
bradley.canino@svbleerink.com

Neil Puri, M.D., MBA
(212) 277-6139
neil.puri@svbleerink.com

Ke (Andrew) Yuan, CFA, CPA
(212) 277-6147
ke.yuan@svbleerink.com

## TARGETED ONCOLOGY

**Andrew Berens, M.D.**
(212) 277-6108
andrew.berens@svbleerink.com

**Thomas J. Smith**
(212) 277-6069
thomas.smith@svbleerink.com

Gang Li, Ph.D.
(212) 277-6185
gang.li@svbleerink.com

## IMMUNO-ONCOLOGY

**Daina M. Graybosch, Ph.D.**
(212) 277-6128
daina.graybosch@svbleerink.com

Dilip Joseph
(212) 277-6148
dilip.joseph@svbleerink.com

David B. Iaea, Ph.D.
(212) 277-6155
david.iaea@svbleerink.com

## EMERGING ONCOLOGY

**Jonathan Chang, Ph.D., CFA**
(617) 918-4015
jonathan.chang@svbleerink.com

John C. Barrett, Ph.D.
(617) 918-4039
john.barrett@svbleerink.com

David Ruch
(617) 918-4817
david.ruch@svbleerink.com

## GENETIC MEDICINE

**Mani Foroohar, M.D.**
(212) 277-6089
mani.foroohar@svbleerink.com

Rick Bienkowski, Ph.D.
(212) 277-6109
rick.bienkowski@svbleerink.com

Aravinda Kuntimaddi, Ph.D.
(212) 277-6148
aravinda.kuntimaddi@svbleerink.com

## IMMUNOLOGY & METABOLISM

**Pasha Sarraf, M.D., Ph.D.**
(212) 277-6013
pasha.sarraf@svbleerink.com

Mike Kratky, CFA
(212) 277-6192
mike.kratky@svbleerink.com

Dylan Dupuis, Ph.D.
(212) 277-6151
dylan.dupuis@leerink.com

## NEUROSCIENCE

**Marc Goodman**
(212) 277-6137
marc.goodman@svbleerink.com

Roanna Ruiz, Ph.D.
(212) 277-6144
roanna.ruiz@svbleerink.com

Rudy Li, Ph.D.
(212) 277-6127
rudy.li@svbleerink.com

## RARE DISEASE

**Joseph P. Schwartz**
(617) 918-4575
joseph.schwartz@svbleerink.com

**Dae Gon Ha, Ph.D.**
(617) 918-4093
daegon.ha@svbleerink.com

Joori Park, Ph.D.
(617) 918-4098
joori.park@svbleerink.com

## GENERICS, INFECTIOUS DISEASE, PAIN, WOMEN'S HEALTH, OTHER THERAPEUTICS

**Ami Fadia**
(212) 277-6047
ami.fadia@svbleerink.com

Eason Lee
(212) 277-6070
eason.lee@svbleerink.com

Sheldon Fan, Ph.D.
(212) 277-6074
sheldon.fan@svbleerink.com

## LIFE SCIENCE TOOLS & DIAGNOSTICS

**Puneet Souda**
(212) 277-6091
puneet.souda@svbleerink.com

Westley Dupray
(617) 918-4549
westley.dupray@svbleerink.com

Scott Mafale
(212) 277-6107
scott.mafale@svbleerink.com

## MEDICAL DEVICES, CARDIOLOGY

**Danielle Antalffy**
(212) 277-6044
danielle.antalffy@svbleerink.com

Rebecca Wang, CFA
(212) 277-6087
rebecca.wang@svbleerink.com

## MEDICAL DEVICES, ORTHOPEDICS

**Richard Newitter**
(212) 277-6088
richard.newitter@svbleerink.com

Jaime L. Morgan
(212) 277-6073
jaime.morgan@svbleerink.com

## EMERGING HEALTHCARE TECHNOLOGIES

**Daniel Grosslight**
(212) 277-6140
daniel.grosslight@svbleerink.com

## EDITORIAL

### SR. EDITOR/SUPERVISORY ANALYST
Mary Ellen Eagan, CFA
(617) 918-4837
maryellen.eagan@svbleerink.com

### SUPERVISORY ANALYSTS
Randy Brougher
randy.brougher@svbleerink.com

Robert Egan
bob.egan@svbleerink.com

Amy N. Sonne
amy.sonne@svbleerink.com

### EDITORIAL ASSOCIATE
Emily Singletary
(212) 277-6115
emily.singletary@svbleerink.com

**BOSTON | NEW YORK | SAN FRANCISCO | CHARLOTTE**
© 2019 SVB Leerink LLC. All rights reserved. Member FINRA/SIPC. SVB Leerink is a member of SVB Financial Group.

**AN SVB COMPANY**
**SVBLEERINK.COM**

Provided for the exclusive use of Karen Jewell at Biogen Inc. on 19-Mar-2021 11:40 AM.