# Exhibit J

**RBC Capital Markets**

**RBC** *Insight*

**Research**

## BIIB: FDA Drinks the Adu Kool-Aid, Showing Surprising Openness to Approval Despite Mixed Data; Friday's AdComm Still Key

Sentiment Indicator : **positive**

Produced by Abrahams, Brian (RBC Capital Markets, LLC) on Wednesday, November 04, 2020, 11:36 AM ET

Disseminated on Wednesday, November 04, 2020, 11:42 AM ET

Even considering FDA's recently-expressed desire to act early on aducanumab, we believe the briefing documents read more amenably than even Street bulls would have expected, with the Agency highly persuaded by the positive ph.III EMERGE results and clearly taking a position that this may be enough to support approvability (though FDA's statistician reviewer was notably very negative). Friday's panel will still be key, though, and our recent mock adu panel - as well as recent commentary by a number of Alzheimer's KOLs - reflects the potential that clinicians and statisticians may still be unconvinced. In our view, FDA's positive stance will clearly limit downside even on a potential mixed/negative panel and we acknowledge justification for upside today, but we do not see a compelling reason to buy at these levels, given that panel and commercial risks still remain.

Positives out of the document (some expected, some surprising):

- FDA cites an urgent unmet need in Alzheimer's, especially for disease modifying drugs - sets groundwork for favorable Agency perspective
- Agency was not concerned by prior drug failures in the class - interestingly, distinct from what we have heard from regulatory experts
- There was clearly a highly collaborative process between BIIB and the FDA to maximally understand the dataset, indicating Agency is on same page as BIIB
- FDA notes that they accept statistically significant results on inherently meaningful instruments like CDR-SB as "evidence of a clinically meaningful effect" - somewhat surprising given mixed KOL views on clinical meaningfulness of the EMERGE data though we could still see this brought up in the panel discussion
- Early termination of the studies due to the futility analysis did not compromise the ability to interpret results, in FDA's view - this is not hugely surprising, and we have always been of the view that EMERGE is a legitimately positive study
- After add'l sensitivity analyses, results of high-dose EMERGE study remain consistently positive - this is consistent with what the company had previously indicated to us, so unsurprising, but confirms this is not an issue
- FDA finds the EMERGE study "highly persuasive" after extensive analyses, and enough to support substantial evidence of efficacy
- FDA explains away the ENGAGE failure as skewed by a few rapid progressors
- Clinical reviewer does not believe ARIA side effect creates any systemic bias
- FDA sees low dose treatment effect as further evidence for adu's activity - a bit surprising in light of all the other data inconsistencies like placebo response, and the low clinical meaningfulness of the low-dose effects
- Agency believes ARIA AEs can be addressed through label language and education - unsurprising given our feedback that ARIA is not a major concern among clinicians
- Questions to the AdComm appear to be designed to steer the AdComm in a positive direction (e.g., considering the positive EMERGE study without regard for the failed study, etc.)

Negatives out of the document:

- FDA's statistician reviewer was highly critical and notes he sees "no compelling substantial evidence of treatment effect or disease slowing" - we expect the two panel statisticians to mirror that more skeptical view
- FDA did not appear to buy into BIIB's explanation that dosing differences accounted for ENGAGE's failure
- FDA was clear that the ENGAGE study should not be viewed as independently supporting adu's efficacy, as it was clearly negative - perhaps increasing the bar for how robust EMERGE needs to be for approvability on a single study
- The statistician debunked the "rapid progressor" argument for why ENGAGE failed, noting that the failed study result and pattern of progression from ENGAGE, not EMERGE, could represent the truth
- For the first time, the documents reveal that progression on the CDR-SB endpoint was indeed greater in ApoE4 carriers vs. non-carriers (-23-26%, vs. -19-20%); though FDA did not appear overly concerned by systematic bias due to ARIA (though their statistician reviewer did express more concern on this), this does confirm that carriers - who are more likely to drop out due to ARIA - did indeed progress more quickly, and may bring up the concern many docs have cited around greater dropouts among carriers potentially biasing the results in favor of adu

| Company Name | Exchange | Ticker | Rating | Risk Qualifier | Price Target | Currency | Price | Price Date |
|---|---|---|---|---|---|---|---|---|
| Biogen Inc. | NASDAQ | BIIB US | Sector Perform | Not Assigned | 263.00 | US Dollar | 311.79 | 04 Nov 2020 10:49:56 ET |

**RBC Capital Markets, LLC**
**Brian Abrahams (Analyst)** | (212) 858-7066 | brian.abrahams@rbc.com
**RBC Capital Markets, LLC**
**Leonid Timashev (Associate)** | (212) 437-9931 | leonid.timashev@rbccm.com
**David Szeto (Senior Associate)** | (646) 901-1864 | david.szeto@rbccm.com

Click here for conflict of interest and other disclosures relating to Biogen Inc., Brian Abrahams These disclosures are also available by sending a written request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7 or an email to rbcinsight@rbccm.com

All rights reserved. This material may not be published, broadcast, rewritten or redistributed in any form. Please click here for legal restrictions and terms of use applicable to this site. Use of this site signifies your agreement to the terms of use.

Provided for the exclusive use of Karen Jewell at Biogen Inc. on 19-Mar-2021 02:01 PM.