# Exhibit P

## Biogen Inc. (BIIB)
NasdaqGS - NasdaqGS Real Time Price. Currency in USD

☆ Add to watchlist    👥 Visitors trend 2W ↓   10W ↑   9M ↑

Quote Lookup

# 367.59 -6.81 (-1.82%)
As of 11:30AM EDT. Market open.

Summary    Company Outlook ✚    Chart    Conversations    Statistics    **Historical Data**    Profile    Financials    Analysis    Options    Holders    Sustainability


No impact. No worries.

See if you're pre-approved without hurting your score. CapitalOne Start Now




MilliporeSigma Partner with us BioReliance


yahoo finance Stay ahead of the market Try it free*

Time Period: Oct 14, 2019 - Oct 28, 2019 ⌄     Show: Historical Prices ⌄     Frequency: Daily ⌄

Apply

Currency in USD      ⬇ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|------|------|------|-----|--------|-------------|--------|
| Oct 28, 2019 | 283.76 | 295.97 | 283.39 | 295.54 | 295.54 | 2,395,100 |
| Oct 25, 2019 | 285.34 | 290.18 | 284.10 | 288.04 | 288.04 | 2,163,900 |
| Oct 24, 2019 | 278.21 | 287.04 | 278.01 | 285.68 | 285.68 | 2,803,200 |
| Oct 23, 2019 | 285.24 | 286.67 | 275.66 | 278.82 | 278.82 | 5,522,400 |
| Oct 22, 2019 | 310.00 | 318.00 | 279.16 | 281.87 | 281.87 | 21,843,100 |
| Oct 21, 2019 | 222.00 | 225.78 | 221.56 | 223.51 | 223.51 | 2,358,100 |
| Oct 18, 2019 | 225.49 | 225.49 | 220.01 | 220.06 | 220.06 | 2,801,700 |
| Oct 17, 2019 | 227.85 | 228.97 | 223.48 | 225.60 | 225.60 | 1,776,600 |
| Oct 16, 2019 | 226.23 | 229.75 | 225.96 | 227.72 | 227.72 | 1,365,300 |
| Oct 15, 2019 | 225.41 | 228.33 | 225.16 | 226.06 | 226.06 | 1,976,600 |

*Close price adjusted for splits.    **Adjusted close price adjusted for both dividends and splits.

### People Also Watch

| Symbol | Last Price | Change | % Change |
|--------|-----------|--------|----------|
| **AMGN** Amgen Inc. | 239.15 | -0.76 | -0.31% |
| **REGN** Regeneron Pharmaceuticals, Inc. | 526.81 | -7.21 | -1.35% |
| **GILD** Gilead Sciences, Inc. | 66.76 | -0.29 | -0.44% |
| **VRTX** Vertex Pharmaceuticals Incorporated | 187.93 | -0.94 | -0.50% |
| **ALXN** Alexion Pharmaceuticals, Inc. | 180.07 | +0.44 | +0.24% |

### Total ESG Risk score ›

**22.2** **Medium** 29th percentile

### Earnings ›

◯ Consensus EPS