# Exhibit Q

BIIB (367.54 -1.83%): Biogen Inc. - Yahoo Finance

**Finance Home**    **Watchlists**    **My Portfolio**    **Screeners**    **Yahoo Finance Plus**     **Markets**    **News**      •••    y!finance⁺    Try it free

## Biogen Inc. (BIIB)

NasdaqGS - NasdaqGS Real Time Price. Currency in USD

☆ Add to watchlist     👥 Visitors trend   2W ↓   10W ↑   9M ↑

**367.54**   -6.86 (-1.83%)

As of 11:28AM EDT. Market open.

Quote Lookup

| Summary | Company Outlook  | Chart | Conversations | Statistics | **Historical Data** | Profile | Financials | Analysis | Options | Holders | Sustainability |

Earn unlimited 1.5% cash back   Every purchase, every day   QUICKSILVER   See Card Terms   CapitalOne

Time Period: May 31, 2021 - Jun 17, 2021 ⌄    Show: Historical Prices ⌄    Frequency: Daily ⌄

Apply

Currency in USD      ⬇ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Jun 17, 2021 | 391.31 | 396.89 | 380.17 | 383.52 | 383.52 | 1,832,800 |
| Jun 16, 2021 | 394.30 | 403.01 | 388.52 | 391.31 | 391.31 | 1,572,800 |
| Jun 15, 2021 | 403.50 | 410.41 | 393.91 | 396.08 | 396.08 | 1,905,100 |
| Jun 14, 2021 | 396.24 | 409.88 | 395.14 | 406.14 | 406.14 | 2,102,600 |
| Jun 11, 2021 | 423.33 | 427.50 | 395.33 | 396.64 | 396.64 | 4,221,600 |
| Jun 10, 2021 | 406.94 | 426.82 | 404.25 | 414.71 | 414.71 | 4,753,800 |
| Jun 09, 2021 | 395.00 | 414.80 | 390.84 | 406.94 | 406.94 | 6,196,900 |
| Jun 08, 2021 | 389.10 | 399.07 | 373.00 | 395.37 | 395.37 | 12,209,300 |
| Jun 07, 2021 | 295.35 | 468.55 | 286.00 | 395.85 | 395.85 | 17,954,100 |
| Jun 04, 2021 | 274.17 | 291.71 | 273.37 | 286.14 | 286.14 | 2,956,200 |
| Jun 03, 2021 | 271.49 | 272.87 | 266.43 | 272.55 | 272.55 | 1,311,600 |
| Jun 02, 2021 | 269.27 | 271.86 | 267.78 | 269.35 | 269.35 | 1,187,500 |
| Jun 01, 2021 | 272.35 | 272.35 | 264.12 | 267.15 | 267.15 | 1,340,800 |

*Close price adjusted for splits.    **Adjusted close price adjusted for both dividends and splits.

 yahoo! finance⁺ Stay ahead of the market   Try it free*

**People Also Watch**

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| **AMGN** Amgen Inc. | 239.07 | -0.84 | -0.35% |
| **REGN** Regeneron Pharmaceuticals, Inc. | 526.90 | -7.12 | -1.33% |
| **GILD** Gilead Sciences, Inc. | 66.78 | -0.28 | -0.41% |
| **VRTX** Vertex Pharmaceuticals Incorporated | 187.71 | -1.16 | -0.62% |
| **ALXN** Alexion Pharmaceuticals, Inc. | 180.08 | +0.45 | +0.25% |

**Total ESG Risk score** ›

**22.2**   **Medium**   29th percentile

**Earnings** ›

◯ Consensus EPS