**Chart of Alleged Misstatements in the Complaint**
(listed in chronological order, emphasis as shown in Complaint)

| Complaint Para. | Speaker | Date/Source | Alleged Misstatement |
|---|---|---|---|
| 129, 186 | Sandrock | October 22, 2019 – Q3 2019 Earnings Call | *Our primary learning from these data is that sufficient exposure to high dose aducanumab reduced clinical decline across multiple clinical endpoints. This reduction [and] clinical decline was statistically significant in EMERGE, and we believe that patients – that the data from patients who achieved sufficient exposure to high dose aducanumab in ENGAGE support the findings of EMERGE.* After consultation with the FDA, we believe that the totality of these data support a regulatory filing. Importantly patients included in the futility analysis, were those who had enrolled early in the trials and those early enrolling patients had a lower average exposure to aducanumab in large part due to two protocol amendments that occurred sometime after the start of the trials. *These two protocol amendments were put in place precisely to enable more patients to reach high dose aducanumab, and for a longer duration. As a consequence, the larger dataset available after trial cessation included more patients with sufficient exposure to high dose aducanumab.* |
| 130 | Sandrock | October 22, 2019 – Q3 2019 Earnings Call | *So in other words, what I'm saying is that there is a very sort of sharp dose response, if you will, you have to get to high dose of aducanumab and intermediate dosing at least in an 18-month trial is not enough.* |
| 132 | Budd Haeberlin | October 22, 2019 – Q3 2019 Earnings Call | *dosing is a complex combination of duration, magnitude and no interruptions; you need to achieve high dose for long enough, but also have no interruptions, and so that's a more complex calculation between the two studies;* I think that dose suspension in the context of an 18-month study was – it could be problematic, *because they didn't achieve enough of the high dose*. But in clinical practice, we don't do 18 month treatment periods. We're going to treat patients for longer periods of time. And in that situation I think dose suspension may be acceptable in some patients. |
| 156 | Vounatsos | October 22, 2019 – Q3 2019 Earnings Call | [T]he new analysis of the larger dataset, which was conducted in consultation with the FDA, showed that aducanumab had a dose-dependent effect on the underlying pathology as measured by amyloid-PET imaging *and reduced clinical decline in patients with early Alzheimer's disease* as measured by the pre-specified primary and secondary endpoints. |

**Chart of Alleged Misstatements in the Complaint**
(listed in chronological order, emphasis as shown in Complaint)

| Complaint Para. | Speaker | Date/Source | Alleged Misstatement |
|---|---|---|---|
| 157 | Sandrock and Budd Haeberlin | October 22, 2019 – Q3 2019 Earnings Call | **Sandrock**: These [were] good questions Matthew and we're still learning as we look at the data, but I would say this, the – even in MCI patient, if you look at the amount of amyloid in the brain, it's tremendous. It took 20 years to build that much up and in the context of an 18-month trial, you have to remove a large amount of amyloid. I think that's what distinguishes aducanumab and BAN2401, is that we can – it's safe enough to achieve the doses that allow us to remove a large amount of amyloid. *And if you don't remove a large amount, you're not going to get an effect.* Also there is a lag. You remove amyloid, and then there is a little bit of a lag for the clinical effect. We saw that in PRIME for example, where we did have some amyloid lowering at six months, *but we saw no difference in the clinical outcomes at six months.* It was – it took the 12-month time period to see – to start to see an effect on clinical outcomes. <br> *So, in addition to a large amount of amyloid removal, I think you need to have a little bit of time for that, for that biological activity to have an effect on clinical outcomes. That's what we see and I would say that if you look at the amyloid-PET results that was on one of the slides and those who had more than 10 doses of 10 milligrams, you can see that the SUVR score is very similar in ENGAGE in that subgroup of patients in ENGAGE to the EMERGE total dataset. So – and so again, what it says is that if you give enough of the high dose, you can achieve a certain amount of amyloid removal and that certain amount is what's required to see the reduction in clinical decline in an 18-month study.* <br> **Budd Haeberlein**: <br> Yes, [Sandrock] just to add to that, on the question of numbers. On the graph that you've just referred to, you got the end numbers. So they were 147 for EMERGE and 116 for ENGAGE in that CDR-Sum of Boxes analysis. But the question you ask of how many patients have the precise criteria? Well there aren't precise criteria. Dose response is not binary. *And so, given the levels of dose you have a different response and it's a bit of a sliding scale. So we have that exploratory analysis that we disclosed to explain what it is we learned around the importance of dose, but there is no perfect number of doses that are required, it's not binary.* |
| 158 | Budd Haeberlin | October 22, 2019 – Q3 2019 Earnings Call | So to your first question in amyloid plaque reduction. [W]e do believe that PET measurement of amyloid plaque reduction is a very sensitive tool of dose and *you've correctly identified that ENGAGE at the high dose is showing a lower reduction than in EMERGE and we do believe that, that is a clear reflection of the lower doses that were achieved in that high-dosing group in ENGAGE.* |

**Chart of Alleged Misstatements in the Complaint**
(listed in chronological order, emphasis as shown in Complaint)

| Complaint Para. | Speaker | Date/Source | Alleged Misstatement |
|---|---|---|---|
| 188 | Budd Haeberlin | October 22, 2019 – Q3 2019 Earnings Call | [a]ucanumab also demonstrated an impact on CSF biomarkers of tau pathology. A statistically significant reduction on CSF phospho-Tau levels was observed in EMERGE and ENGAGE with a dose proportional response in EMERGE. [a]ducanumab produced a numeric reduction in CSF total-Tau levels in EMERGE and ENGAGE with a dose proportional response in EMERGE. **Although the primary and secondary endpoints were not met in ENGAGE in post analysis, the subset of patients who received sufficient exposure to 10 milligram per kilogram aducanumab in this case, at least 10 doses of 10 milligram per kilogram showed similar results to the comparable population from EMERGE, in terms of both amyloid plaque reduction and reduced clinical decline on CDR-SB.** |
| 190 | Sandrock | October 22, 2019 – Q3 2019 Earnings Call | So in other words, what I'm saying is that there is a very sort of sharp dose response, if you will, you have to get to high dose of aducanumab and intermediate dosing at least in an 18-month trial is not enough. |
| 192 | Budd Haeberlin | October 22, 2019 – Q3 2019 Earnings Call | I think what we have learned clearly is that dose is very important, but that if individuals do receive 10 milligram per kilogram then they do have an efficacious response. |
| 159 | Vounatsos | October 23, 2019 – Interview | More than ever. What we demonstrate is that [aducanumab] who's binding to the right part of the amyloid-beta, the aggregated form of amyloid-beta, is able to erode and eliminate the plaque *leading to the benefits we see in terms of cognition for the patients. It reduces basically the decline and we can see effects such as on memory orientation, language, but also functionally the ability to take care of oneself.* |
| 161 | Sandrock | December 3, 2019 – Credit Suisse Analyst Report | As part of an explanation for the negative ENGAGE results, [Defendant] Sandrock indicated to us that the amyloid lowering effect in ENGAGE underperformed expectations. He believes that the effect may have been partly responsible for the confounding results (e.g. due to less target engagement). He also said that later enrollers had a different effect than early enrollers. |

3

**Chart of Alleged Misstatements in the Complaint**
(listed in chronological order, emphasis as shown in Complaint)

| Complaint Para. | Speaker | Date/Source | Alleged Misstatement |
|---|---|---|---|
| 160 | Sandrock and Budd Haeberlin | December 5, 2019 – Investor Q&A Call | **Sandrock**: So I'll start. And I'm sure [Budd Haeberlein] will have things to add. But I would point out that in the high – in the low-dose group, the reduction was similar between EMERGE and ENGAGE. But in the high-dose group, there was actually a difference. And in fact, [Budd Haeberlein] pointed out the SUVR numbers. Even though the amyloid PET was done in a sub-study, it is such a precise measurement. If you look at the error bars, they're tiny, they almost blend right into the actual symbol. And so the small differences between – *the difference between EMERGE and ENGAGE actually is significant. And I think [Budd Haeberlein] pointed out this morning that in the EMERGE trial, the reduction was what we had expected based on the PRIME data. But ENGAGE fell short. And that's the reason why we started to focus on exposure because it looked like the amyloid reduction in ENGAGE was not quite what we had expected. And that's what led us down this track of looking at drug exposure.* **Budd Haeberlein**: Yes, nothing to add. Thanks, [Sandrock]. |
| 162 | Sandrock and Budd Haeberlin | December 5, 2019 – Investor Q&A Call | **Budd Haeberlin**: [Analyst], thanks for the question. *And it's obviously a very important one.* We're really limiting our responses today to the analysis that we have shared this morning. **Sandrock**: Yes. And [analyst], you're right. In PRIME, when we looked at people [who] had less than one standard deviation change in amyloid plaque versus those that had greater than one standard deviation change, those who had less than one standard deviation change, as published, did not have a clinical benefit, whereas those who had greater than one standard deviation change did. And so in that study, we did see that correlation referred to. |
| 172 | Budd Haeberlin | December 5, 2019 – CTAD Presentation | We're not commenting on how anything at that level may play out. What's important is that, in totality, as we've been discussing in EMERGE, irrespective of region or other slices of the data, the study is overall a positive study. |
| 173 | Budd Haeberlin | December 5, 2019 – Investor Q&A Call | And to the second part of your question, we believe, having looked very closely at the baseline demographics and characteristics, that none of these are driving the overall outcomes that we see or the differences that we see between the studies. |

4

**Chart of Alleged Misstatements in the Complaint**
(listed in chronological order, emphasis as shown in Complaint)

| Complaint Para. | Speaker | Date/Source | Alleged Misstatement |
|---|---|---|---|
| 181 | Budd Haeberlin | December 5, 2019 – Investor Q&A Call | Yes, I'll take the last bit first. We didn't show the secondaries, including the functional endpoint for the Protocol Version 4 population. But the outcomes on those endpoints were consistent for that population. We haven't disclosed the pieces of those endpoints. One thing I would like to say is if you take a look at EMERGE, the primary endpoint, CDR sum of boxes, is comprised of both cognitive and functional components, 3 pieces each. Then the others, MMSE and ADAS-Cog, are more cognitive tests. Then you've got ADCS-ADL, which is a functional score. So it's the breadth of (endpoints) having on effect on each of these, which is encouraging rather than any one of them or pieces thereof. |
| 194 | Budd Haeberlin | December 5, 2019 – CTAD Presentation | Here is the amyloid PET reduction in ENGAGE, and it looks very similar to what I showed you in EMERGE with a dose and time-dependent reduction in amyloid plaque. However, I would like to point out that in the high-dose group, the delta from placebo was smaller than that we had in EMERGE. And I'm showing that here on the right for comparison. **And indeed, in our Phase Ib PRIME study, we have observed and learned that amyloid PET is quite reflective of the dose that somebody achieves. And so with that understanding, we looked at the difference in dosing of these 2 cohorts. And what you can see is that reduction in amyloid PET difference between the 2 studies is also associated with the difference in dose[.]** |
| 196 | Budd Haeberlin | December 5, 2019 – CTAD Presentation | To summarize, the aducanumab Phase III top line results. Following steady termination based on futility, we analyzed a larger dataset. And this showed that in EMERGE, the high dose reduced clinical decline as measured by the primary and secondary endpoints. In ENGAGE, aducanumab did not reduce the clinical decline. **In a post-hoc analysis, data from a subset of patients exposed to the high dose of aducanumab support the positive findings of EMERGE. I'm (going to) read this. In sub studies of biomarkers, aducanumab showed an effect on those disease-related biomarkers.** |

5

**Chart of Alleged Misstatements in the Complaint**
(listed in chronological order, emphasis as shown in Complaint)

| Complaint Para. | Speaker | Date/Source | Alleged Misstatement |
|---|---|---|---|
| 198 | Budd Haeberlin | December 5, 2019 – CTAD Presentation | As I mentioned, when we started the studies, we had stratified the dose such that ApoE4 carriers had the lower dose of 6-milligram per kilogram. But from our PRIME study, we had shown that the greatest benefit was at 10-milligram per kilogram. So going into these studies, we did believe that achieving that higher dose would be important for efficacy, but we did not have sufficient information on ARIA to be confident that we could take ApoE4 carriers up to 10-milligram per kilogram. And it was when we received that data in August of 2016 from the titration cohort in PRIME that, that titration itself did lower the incidence of ARIA in exactly ApoE4 carriers. That gave us the confidence. We discussed that with our DSMB, and they agreed that we could safely take ApoE4 carriers up to 10-milligram per kilogram. And I would not recommend changing dose in the middle of a Phase III trial. But it did turn out to be important for this particular study. And if we had not done so, we would not have the results that we have today. So I do believe that we knew dose was important and we made those changes to get to that dose. |
| 200 | Budd Haeberlin | December 5, 2019 – Investor Q&A Call | **Today, though, we shared a new post hoc analysis, which is what we've called those – that subgroup of individuals who were able to have the opportunity for the intended dosing regimen, the so-called Protocol Version 4 group. And in that subset of patients, aducanumab did support the positive findings of EMERGE and ENGAGE.**<br>We also shared sub-studies on biomarkers, the robust lowering of amyloid plaque as well as CSF phospho and total tau that we shared before. And we also showed a small tau PET subgroup with statistically significant reduction in tau. I think it's the first time that any antiamyloid agent has shown reduction on a tau PET endpoint.<br>**It's also very nice to share that the safety profile was consistent to what we've seen before. And overall, the data that we share, we believe, supports the disease-modifying mechanism of action of aducanumab.** |
| 202 | Sandrock | December 5, 2019 – Investor Q&A Call | Even though the amyloid PET was done in a sub-study, it is such a precise measurement. If you look at the error bars, they're tiny, they almost blend right into the actual symbol. And so the small differences between – the difference between EMERGE and ENGAGE actually is significant. And I think Samantha pointed out this morning that in the EMERGE trial, the reduction was what we had expected based on the PRIME data. But ENGAGE fell short. And that's the reason why we started to focus on exposure because it looked like the amyloid reduction in ENGAGE was not quite what we had expected. And that's what led us down this track of looking at drug exposure. |

**<u>Chart of Alleged Misstatements in the Complaint</u>**
(listed in chronological order, emphasis as shown in Complaint)

| Complaint Para. | Speaker | Date/Source | Alleged Misstatement |
|---|---|---|---|
| 203 | Sandrock | January 30, 2020 – Q4 2019 Earnings Call | Final analysis of these data showed that EMERGE was a positive study, with the high dose regimen of aducanumab achieving statistical significance on both the prespecified primary endpoint of CDR Sum of Boxes as well as on all 3 prespecified secondary endpoints. On the other hand, data from the ENGAGE study did not meet the primary end point. **Although we do believe that data from patients who achieve sufficient exposure to high-dose aducanumab in ENGAGE support the findings of EMERGE.** |

7

**Chart of Alleged Misstatements in the Complaint**
(listed in chronological order, emphasis as shown in Complaint)

| Complaint Para. | Speaker | Date/Source | Alleged Misstatement |
|---|---|---|---|
| 209 | Budd Haeberlin | April 2, 2020 – Biogen Special Call | When we now look at these charts, the top is the pre-PV4 population, and the bottom is the post-PV4 population. [You] can see the impact of that protocol amendment. In the pre-PV4 patients, only 21% in EMERGE and 15% in ENGAGE actually had that dark blue, the full possible 14 doses of 10 milligram per kilogram. Whereas post that protocol amendment, there is much less heterogeneity and a much larger proportion of subjects, 51% in EMERGE and 47% in ENGAGE, received those full profitable 14 doses. If we then look at the impact of the population who did have the opportunity to receive the full 14 doses, we should compare the original outcome for both studies. And here, I'm showing the primary endpoint CDR sum of boxes, for both EMERGE and ENGAGE at Week 78, and you will recall that there was a 23% and a 2% difference in those two studies. And if we now look at the patients who had the opportunity for the full 14 doses, in EMERGE, they now have in the high dose a 30% difference versus placebo. And in ENGAGE, where we did not have an outcome in the overall analysis in the PV4 population, the high dose has a 27% difference from placebo. And so in these populations a much more similar outcome can be observed. . . . So with that, I would like to summarize the aducanumab Phase III top line results. Following study termination based on futility analysis of the larger data set showed that in EMERGE, high dose aducanumab did reduce clinical decline as measured by both primary and secondary endpoints. In ENGAGE, however, aducanumab did not reduce clinical de[cline]. **In a post hoc analysis, data from subs of patients, the PV4 population who had the opportunity to be exposed to high dose did support the positive findings of EMERGE. In sub-studies, aducanumab showed an effect on disease related biomarkers both in CSF and in PET imaging studies[.]** |
| 205 | Vounatsos | July 22, 2020 – Q2 2020 Earnings Call | This submission followed ongoing collaboration with the FDA and include data from a comprehensive clinical development program, including EMERGE, the first positive Phase III study ever in this space together with supporting data from the Phase III ENGAGE study and positive results from the Phase Ib PRIME study. Our data show that aducanumab may help to both reduce the decline of cognitive function and help patients' ability to perform certain activities of daily living, which for some patients may result in independence for a longer period of time. |

## Chart of Alleged Misstatements in the Complaint
(listed in chronological order, emphasis as shown in Complaint)

| Complaint Para. | Speaker | Date/Source | Alleged Misstatement |
|---|---|---|---|
| 207 | Sandrock | July 22, 2020 – Q2 2020 Earnings Call | I think -- look, the filing is based on these 3 studies, EMERGE, ENGAGE and PRIME. EMERGE is the first study to show in effect, not only on the primary endpoint, but all 3 prespecified secondary endpoints. We believe that data from ENGAGE -- that portions of the data from ENGAGE, a negative study, that portions of it do support the analysis that we did with EMERGE. And then I'll say – [and] also PRIME, which was published, shows even though the clinical endpoints were exploratory endpoints, on the highest dose, there was an effect on MMSE as well as CDR sum of boxes. **And again, very similar that the lower doses did not show much of an effect. So consistent with the findings from ENGAGE and EMERGE, you really need to get to the higher dose. And I think our data are all consistent with that.**<br><br>. . .<br>So we submitted all the data from those 3 studies that I mentioned: EMERGE, ENGAGE and PRIME. And what the FDA chooses to look at is – that's their purview. We -- I will say that in terms of the negative study, ENGAGE, we do -- we have analyses that show that those who received the highest dose over a sustained period of time do show evidence of efficacy similar to what we found in EMERGE. And so that's the data we presented to CTAD and AD/PD, and that's why we believe there's supportive evidence coming from ENGAGE. |
| 211 | Budd Haeberlin | July 29, 2020 – Company Conference Presentation | In the amyloid PET [subgroup], there was a statistically-significant dose and time dependent reduction versus placebo in both low and high-dose. In the CSF sub-study, there was a statistically-significant dose-dependent reduction in phospho-tau and a numerical difference versus placebo in the total tau.<br>In ENGAGE, the primary and secondary endpoints were not met. There was a numerical difference versus placebo in the low-dose group. In the PET [subgroup] study, there was a dose and time dependent reduction versus placebo, which was statistically significant. However, this, [in] the high dose was lower than that, which we've seen in EMERGE and we also understand that the median cumulative dose was lower in ENGAGE subgroup 126 milligram per kilogram versus the EMERGE subgroup at 140 milligram per kilogram. **To understand the difference between the studies and the impact of changing the protocol, we define population by a randomized cohort, who had the opportunity for all 14 doses of 10 milligram per kilogram, and this is termed the post-protocol version 4 or PV4 population.**<br>**If we compare the ITT population with the post-PV4 population, we can see that the post PV4 population in ENGAGE is consistent with the overall ITT population in EMERGE.** |

**Chart of Alleged Misstatements in the Complaint**
(listed in chronological order, emphasis as shown in Complaint)

| Complaint Para. | Speaker | Date/Source | Alleged Misstatement |
|---|---|---|---|
| 213 | Budd Haeberlin | September 19, 2020 – Aducanumab Phase 3 Topline Results at the 23rd Chinese National Conference of Neurology | So to go back to the primary results and the primary endpoint for both EMERGE and ENGAGE, as I showed you earlier, CDR Sum of Boxes in the high dose group was 22% difference from placebo in EMERGE and a 2% difference in ENGAGE. If we now look at the post-PV4 population, we have a minus 30% effect in the post-PV4 population in CDR Sum of Boxes in EMERGE and a minus 27% difference from placebo in the ENGAGE population. So essentially in EMERGE, the signal remains whereas in ENGAGE, there was no previous signal. However, when patients had the full opportunity for the 14 doses of 10 milligram per kilogram, we do identify a difference from placebo. And here are the line charts of those populations. **So in summary, following study termination based on futility, there was an analysis of a larger data set. In EMERGE, the high dose aducanumab reduced clinical decline as measured by both the primary and secondary endpoints. In ENGAGE, aducanumab did not reduce the clinical decline. However, in a post-hoc analysis, data from a subset of patients exposed to high dose aducanumab support the positive findings of EMERGE.** In sub-studies, aducanumab also showed an effect on disease-related biomarkers. |
| 215 | Sandrock | October 21, 2020 – Q3 2020 Earnings Call | So look, [our] argument rests on the fact that we have a robustly positive study in EMERGE, positive on the pre-specified primary and all secondary end points. We have a supportive study in the Phase 1b trial, which was published in Nature a few years ago. And then we have ENGAGE and we believe we understand why ENGAGE was a negative study. And our belief is that it doesn't detract from the positive study. |