**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| NADIA SHASH and AMJAD KHAN, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>BIOGEN INC., MICHEL VOUNATSOS, ALFRED W. SANDROCK, JR., and SAMANTHA BUDD HAEBERLEIN,<br><br>    Defendants. | Civil Action No.: 1:21-cv-10479-IT<br><br>Oral Argument Requested |

**DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

Pursuant to Rules 8, 9(b) and 12(b)(6) of the Federal Rules of Civil Procedure, and the Private Securities Litigation Reform Act of 1995 ("PSLRA"), Defendants Biogen Inc., Michel Vounatsos, Alfred W. Sandrock Jr., and Samantha Budd Haeberlein hereby move, by and through their undersigned attorneys, for an order dismissing with prejudice the Second Amended Complaint (Dkt. No. 58) filed by Plaintiffs in the above-captioned action. As grounds for this motion, Defendants state as follows:

1.      *First*, Plaintiffs fail to plead a claim for violation of Section 10(b) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder (Count I). Plaintiffs have not pled with the particularity required by the Federal Rules of Civil Procedure and the PSLRA that: (i) any statement, or omission, by Defendants was materially false or misleading; (ii) that there are any facts that give rise to a compelling inference of scienter; (iii) that Plaintiffs' purported losses were

caused by any alleged misstatement; or (iv) that Plaintiffs relied on the purported misstatements by Defendants in purchasing shares.

2.      *Second*, because Plaintiffs have failed to plead a viable primary claim under Section 10(b), their claim for "control person" liability under Section 20(a) of the Securities Exchange Act of 1934 (Count II) must necessarily fail as well.

WHEREFORE, Defendants respectfully request that the Court dismiss the Second Amended Complaint with prejudice and award such further relief as is just.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendants respectfully request to be heard at oral argument on their motion to dismiss.

Dated: September 20, 2021

Respectfully submitted,

/s/ Audra J. Soloway
Audra J. Soloway (pro hac vice)
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone: (212) 373-3289
Facsimile: (212) 492-0289
asoloway@paulweiss.com

William J. Trach (BBO #661401)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
william.trach@lw.com

*Counsel for Defendants Biogen Inc., Michel Vounatsos, Alfred W. Sandrock, Jr., and Samantha Budd Haeberlein*

2

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), undersigned counsel hereby certifies that on June 9, 2021, and June 10, 2021, Defendants' counsel conferred with counsel for Plaintiffs in a good faith effort to resolve or narrow the issues raised in Defendants' Motion to Dismiss, and Plaintiffs oppose this motion.

*/s/ Audra J. Soloway*
Audra J. Soloway


## CERTIFICATE OF SERVICE

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent on September 20, 2021 to those identified as non-registered participants.

*/s/ Audra J. Soloway*
Audra J. Soloway