# Exhibit A

Peripheral and Central Nervous System (PCNS) Drugs Advisory Committee Meeting

November 6, 2020

NDA/BLA# 761178

Drug name:  Aducanumab

Applicant: Biogen

Combined FDA and Applicant PCNS Drugs Advisory Committee Briefing Document

DISCLAIMER STATEMENT

The attached package contains background information prepared by the Applicant and the Food and Drug Administration (FDA) for the panel members of the Advisory Committee. The package contains assessments and/or conclusions and recommendations written by individual FDA reviewers.  Such conclusions and recommendations do not necessarily represent the final position of the individual reviewers, nor do they necessarily represent the final position of the Review Division or Office.  We have brought the drug aducanumab to this Advisory Committee to gain the Committee's insights and opinions, and the background may not include all issues relevant to the final regulatory recommendation and instead is intended to focus on issues identified by the Agency for discussion by the Advisory Committee. The FDA will not issue a final determination on the issues at hand until input from the Advisory Committee process has been considered and all reviews have been finalized. The final determination may be affected by issues not discussed at the Advisory Committee meeting.

This document is available for public release without redaction.

Aducanumab
Advisory Committee Briefing Document                                    Alzheimer's Disease

# TABLE OF CONTENTS

TABLE OF CONTENTS.................................................................................................................2

LIST OF TABLES......................................................................................................................4

LIST OF FIGURES ....................................................................................................................5

LIST OF ABBREVIATIONS ......................................................................................................7

1.        INTRODUCTION .........................................................................................................9

1.1.      Applicant Proposed Indication ...................................................................................9

1.2.      Purpose of the Meeting..............................................................................................10

2.        BACKGROUND ..........................................................................................................11

2.1.      Overview of Alzheimer's Disease ..............................................................................11

2.2.      Unmet Medical Need..................................................................................................12

2.3.      Rationale for Aducanumab for the Treatment of Alzheimer's Disease .....................13

2.3.1.    β-Amyloid Pathway....................................................................................................13

2.3.2.    Mechanism of action of aducanumab and nonclinical data.......................................13

2.4.      Historical Context for the Development of Anti-Aβ Treatments for
          Alzheimer's Disease...................................................................................................14

2.4.1.    Early anti-Aβ clinical programs..................................................................................14

2.4.2.    Molecular differences among anti-Aβ antibodies.......................................................15

2.4.3.    Amyloid-related amyloid imaging abnormalities (ARIA) .........................................15

2.4.4.    Current/active anti-Aβ clinical programs ..................................................................16

2.4.5.    Advances in Alzheimer's disease research.................................................................16

2.4.6.    Methodologic considerations in clinical trial design.................................................17

2.4.7.    Summary.....................................................................................................................18

2.5.      Regulatory History.....................................................................................................18

3.        ADUCANUMAB CLINICAL TRIALS.......................................................................21

3.1.      Overview of the Clinical Development Plan for Aducanumab in Alzheimer's
          disease........................................................................................................................21

3.1.1.    Overview of Aducanumab Clinical Development.......................................................21

3.1.2.    Study 103 Design........................................................................................................23

3.1.3.    Study 301 and 302 Design..........................................................................................28

3.2.      Early Termination of the Phase 3 Studies..................................................................34

3.2.1.    Prespecified interim analysis and outcome................................................................34

Aducanumab
Advisory Committee Briefing Document                                    Alzheimer's Disease

3.2.2.    Futility results (based on pooled December 2018 data) did not accurately reflect results of the individual studies ........................................................35

3.3.    Post-Futility ........................................................................................................36

3.3.1.    Analysis of a larger dataset ..............................................................................36

3.3.2.    Biogen-FDA Collaborative Investigation ........................................................37

3.3.3.    Interpretability of Phase 3 data ........................................................................37

3.3.4.    Conclusions ......................................................................................................38

3.4.    Summary of Study 302 ......................................................................................39

3.4.1.    Disposition, Demographics, and Baseline Characteristics ..............................39

3.4.2.    Efficacy ............................................................................................................41

3.4.3.    Clinical Pharmacology .....................................................................................54

3.4.4.    Conclusion .......................................................................................................56

3.5.    Summary of Study 301 ......................................................................................57

3.5.1.    Disposition, Demographics, and Baseline Disease Characteristics .................57

3.5.2.    Efficacy ............................................................................................................59

3.6.    Effect of Study 301 on the Persuasiveness of Study 302 .................................62

3.6.1.    Introduction ......................................................................................................62

3.6.2.    Hypotheses Tested ............................................................................................62

3.6.3.    Results ..............................................................................................................64

3.6.4.    Conclusions ......................................................................................................84

3.7.    Summary of Study 103 ......................................................................................85

3.7.1.    Disposition, Demographics, and Baseline Characteristics ..............................85

3.7.2.    Efficacy ............................................................................................................87

3.7.3.    Conclusion .......................................................................................................89

3.8.    Efficacy Summary and Conclusions ................................................................91

4.    SAFETY .............................................................................................................95

4.1.    Overall Extent of Exposure ..............................................................................96

4.2.    Summary of Adverse Events .............................................................................110

4.3.    Summary of Adverse Events of Special Interest .............................................114

4.3.1.    ARIA Incidence ...............................................................................................119

4.3.2.    Characteristics of ARIA ..................................................................................122

4.4.    Summary of Other Safety Areas of Interest ...................................................129

4.5.    Safety Summary and Conclusions ...................................................................130

Aducanumab
Advisory Committee Briefing Document                                        Alzheimer's Disease

5.        POINTS FOR THE ADVISORY COMMITTEE TO CONSIDER ........................132

6.        REFERENCES ...................................................................................................133

7.        APPENDIX 1…………………………………………………………………..140

8.        APPENDIX 2…………………………………………………………...…...246

## LIST OF TABLES

Table 1:    Aducanumab Clinical Studies.....................................................................................22

Table 2:    Demographics and Baseline Characteristics – ITT Population ..................................40

Table 3:    Primary Efficacy Endpoint Analysis: Change from Baseline on the CDR-SB
            at Week 78 in Study 302...............................................................................................42

Table 4:    Change from Baseline on CDR Items at Week 78 in Study 302.................................42

Table 5:    Change from Baseline in CDR-SB at Week 78 in Study 302:
            Uncensored Analysis and OTC Analysis .....................................................................44

Table 6:    Change from Baseline to Week 78 on the CDR-SB, Primary Analysis and
            Prespecified and Post Hoc Sensitivity Analyses in Study 302, ITT
            Population ......................................................................................................................46

Table 7:    Primary and Secondary Endpoints at Week 78 in Study 302: ITT Population ..........47

Table 8:    Primary, Secondary, and Tertiary Endpoints at Week 78 in Study 302: ITT
            Population ......................................................................................................................48

Table 9:    Demographics and Baseline Characteristics – ITT Population ..................................58

Table 10:   Primary and Secondary Endpoints at Week 78 in Study 301: ITT Population ..........60

Table 11:   Overview of Hypotheses and Outcomes for Why Results for the High-Dose
            Groups Were Discordant Between Studies 301 and 302...........................................65

Table 12:   Change from Baseline in CDR-SB at Week 78: All Participants With and
            Without Post-ARIA Observations Excluded, Studies 301 and 302, ITT
            Dataset ..........................................................................................................................66

Table 13:   Analyses to Investigate Efficacy Outcomes in the High-Dose Group by
            Dosing Subgroups.........................................................................................................77

Table 14:   Demographics and Baseline Characteristics—Placebo-Controlled Period—
            Study 103 ......................................................................................................................86

Table 15:   CDR-SB and MMSE Change from baseline at 12 Months—Placebo-
            Controlled Period--Study 103......................................................................................88

Table 16:   Study 302 (18 Months) and Study 103 (12 Months): Change from baseline
            on the CDR-SB, MMSE, ADAS-Cog13, ADCS-ADL-MCI, and NPI-10.................92

Aducanumab
Advisory Committee Briefing Document                                    Alzheimer's Disease

Table 17:   Studies 301 and 302 (18 Months) and Study 103 (12 Months): Change from
            Baseline in Biomarkers.................................................................................93

Table 18:   Overall Extent of Exposure – Pool A1 ........................................................98

Table 19:   Overall Extent of Exposure – Pool A2 ......................................................103

Table 20:   Overall Summary of Exposure – Safety Population – Aducanumab Summary
            of Clinical Safety ......................................................................................109

Table 21:   Overall Summary of Adverse Events – Pool A1 ........................................112

Table 22:   Adverse Events With at Least 5% Incidence in Aducanumab 10 mg/kg and
            2% Higher Incidence Than Placebo – Pool A1 .........................................113

Table 23:   Severity of ARIA-E and ARIA-H on MRI...................................................117

Table 24:   ARIA Management by Protocol Version - Studies 301 and 302.................118

Table 25:   ARIA Events Based on AE eCRF - Pool A1 Safety MRI Population...........120

Table 26:   Summary of ARIA-H Events Based on Adverse Event eCRF by ARIA-E
            Status – Pool A1 Safety MRI Population ...................................................121

## LIST OF FIGURES

Figure 1:    Description of the β-amyloid pathway ........................................................13

Figure 2:    Evolution in Nomenclature for Categorization of Alzheimer's Disease
             Across the Alzheimer's Disease Continuum (Since 2010)..........................17

Figure 3:    Study 103 Placebo-Controlled Period Schematic.......................................26

Figure 4:    Schematic of Study Design including Aducanumab Doses (Pre- and Post-
             Protocol Version 4)......................................................................................33

Figure 5:    Change From Baseline on the CDR-SB Over Time in Study 302 .............43

Figure 6:    Changes in Brain Amyloid Plaque, Measured by PET and Quantified as
             SUVR in Study 302 .....................................................................................49

Figure 7:    CSF p-Tau and t-Tau Change at Week 78 in Study 302, CSF Modified
             Analysis Population......................................................................................50

Figure 8:    Change from baseline in Tau PET in Studies 301 and 302 (Pooled Data):
             Frontal, Temporal, and Medial Temporal Composite Regions; Association
             between Tau PET Change in Medial Temporal Composite Region and Dose..........51

Figure 9:    Subgroup Analyses (Disease Characteristics) for Clinical Endpoints,
             Study 302 ....................................................................................................52

Figure 10:   Subgroup Analyses (Demographics) for Clinical Endpoints, Study 302 ..................53

Figure 11:   Population Mean Simulations of Nominal Brain Amyloid PET-Time Profiles
             by Dose (3, 6, and 10 mg/kg) – Study 302 ................................................55

Aducanumab
Advisory Committee Briefing Document                                    Alzheimer's Disease

Figure 12:  Effect of Dose Interruption due to ARIA on Nominal Brain Amyloid-Time
            Profile – Study 302 ......................................................................................55

Figure 13:  Change From Baseline on the CDR-SB Over Time, Study 301................................61

Figure 14:  Treatment Difference for Change on CDR-SB at Week 78 by ApoE ε4
            Status with and Without Post-ARIA Observations ......................................68

Figure 15:  CDR-SB Results With and Without Rapid Progressors, Studies 301 and 302 ..........70

Figure 16:  Individual Dosing Profiles for High-Dose Participants in Studies 301 and
            302 ...............................................................................................................74

Figure 17:  Median Number of 10 mg/kg Doses by Enrollment Time ......................................75

Figure 18:  Dosing Profiles (Heat Maps) for Zero, Intermediate, and High/Consistent
            Dosing Subgroups Within the High-Dose Groups of Studies 301 and 302 ...............76

Figure 19:  Heterogeneity in Dosing Subsets of the High-Dose Group by Mean
            Cumulative Dose, Studies 301 and 302 ..................................................................78

Figure 20:  Comparison of CDR-SB in Subsets with Opportunity to Receive 14 Doses of
            10 mg/kg – OTC Population..........................................................................79

Figure 21:  Consistent CDR-SB Outcomes in Participants Receiving Sufficient Doses of
            10 mg/kg ............................................................................................................81

Figure 22:  Consistent CDR-SB Outcomes in Participants Receiving Sufficient Doses of
            10 mg/kg – Excluding Rapid Progressors .................................................................81

Figure 23:  Brain amyloid PET Change from Baseline at 6 and 12 Months—Placebo-
            Controlled Period—Study 103 ......................................................................89

Figure 24:  Pooling Strategy for the Integrated Safety Analysis.................................................96

Figure 25:  MRI Monitoring Frequency in the Placebo-Controlled Treatment Period of
            the Phase 3 Studies 301 and 302............................................................................115

Figure 26:  Kaplan-Meier Plot of Time to First ARIA-E Event – Pool A1 Safety MRI
            Population Aducanumab 10 mg/kg .......................................................................123

Figure 27:  Kaplan-Meier Plot of Time to First ARIA-E Event in Pool A2 For Those in
            the Pool A1 Aducanumab 10 mg/kg Group – Pool A2 Safety MRI
            Population ..........................................................................................................124

Figure 28:  Kaplan-Meier Plot of Time to First ARIA-E Event by ApoE Status – Pool
            A1 Safety MRI Population Aducanumab 10 mg/kg ApoE e4- ................................125

Figure 29:  Kaplan-Meier Plot of Time to First ARIA-E Event by ApoE Status – Pool
            A1 Safety MRI Population Aducanumab 10 mg/kg ApoE e4+ ..............................126

Aducanumab
Advisory Committee Briefing Document                    Alzheimer's Disease

## LIST OF ABBREVIATIONS

| Aβ | amyloid beta |
|---|---|
| ADAS-Cog 13 | Alzheimer's Disease Assessment Scale – Cognitive 13-Item Scale |
| ADCS-ADL-MCI | Alzheimer's Disease Cooperative Study – Activities of Daily Living – Mild Cognitive Impairment |
| AE | adverse event |
| ANCOVA | analysis of covariance |
| anti-Aβ | anti-amyloid beta (antibody) |
| APP | amyloid precursor protein |
| ApoE | apolipoprotein E |
| ApoE ε4 | apolipoprotein E ε4 |
| ARIA | amyloid-related imaging abnormalities |
| ARIA-E | amyloid-related imaging abnormalities – edema |
| ARIA-H | amyloid-related imaging abnormalities – hemorrhage or superficial siderosis |
| β-amyloid | peptide derived from membrane bound amyloid precursor protein |
| β-amyloid$_{1-42}$ | 42-amino acid form of β-amyloid |
| BLA | Biologics Licensing Application |
| CDR | Clinical Dementia Rating scale |
| CDR-SB | Clinical Dementia Rating-Sum of Boxes |
| CNS | central nervous system |
| CSF | cerebrospinal fluid |
| C-SSRS | Columbia Suicide Severity Rating Scale |
| ECG | electrocardiogram |
| eCRF | electronic case report form |
| FDA | Food and Drug Administration |
| IgG1 | immunoglobulin gamma 1 |
| ITT | intent-to-treat |
| IV | intravenous(ly) |
| IWG | International Working Group |
| LTE | long-term extension |
| MCI | mild cognitive impairment |

Aducanumab
Advisory Committee Briefing Document                                    Alzheimer's Disease

| MedDRA | Medical Dictionary for Regulatory Activities |
|--------|----------------------------------------------|
| MMRM | mixed model repeated measures |
| MMSE | Mini-Mental State Examination |
| MRI | magnetic resonance imaging |
| NPI-10 | Neuropsychiatric Inventory-10 |
| OTC | opportunity to complete (Week 78) |
| PET | positron emission tomography |
| PK | pharmacokinetic(s) |
| PT | preferred term |
| p-Tau | phosphorylated tau |
| SAE | serious adverse event |
| SD | standard deviation |
| SE | standard error |
| SOC | system organ class |
| SPA | Special Protocol Assessment |
| SUVR | standard uptake value ratio |
| t-Tau | total tau |
| US | United States |

Aducanumab
Advisory Committee Briefing Document                                    Alzheimer's Disease

# 1.      INTRODUCTION

This briefing document presents results from three studies in the aducanumab Alzheimer's disease clinical development program, Studies 302, 301, and 103, along with discussion and analyses of the findings from these studies.  In general, this document includes the Applicant's position followed by the FDA's position, to reduce redundancy and improve readability.

## 1.1.      Applicant Proposed Indication

Proposed indication: Aducanumab is an amyloid beta targeting antibody indicated to delay clinical decline in patients with Alzheimer's disease.

Aducanumab
Advisory Committee Briefing Document                                    Alzheimer's Disease

## 1.2.        Purpose of the Meeting

**The FDA's Position:**

The purpose of this meeting is to discuss the data submitted by the Applicant, with endorsement by the FDA of such submission, intended to establish the effectiveness of aducanumab, and to provide an overview of the safety profile of aducanumab.

Despite intense basic and clinical research and the existence of several approved therapies, there is an enormous unmet medical need for effective treatments for Alzheimer's disease, especially treatments that are intended to address the biological basis of the disease with a goal of favorably altering its long-term course. Currently approved treatments do not target the underlying pathology of Alzheimer's disease and their beneficial effects are modest and transitory. Furthermore, there are no treatments explicitly approved for the relatively earlier stage of Alzheimer's disease included in the aducanumab clinical development program. There has not been an approval of a novel medication for the treatment of Alzheimer's disease since 2004. Aducanumab targets amyloid beta, a fundamental pathological hallmark of the disease. Although there have been previous failures of other drugs that have been intended to target amyloid beta in some fashion, there are features of aducanumab's pharmacologic profile and of the design of its clinical development program that are novel and distinguish it from prior efforts with these other agents.

After promising early clinical and biomarker data emerged from the early phase Study 103, the Applicant embarked upon two trials of essentially identical design, Study 301 and Study 302, that were intended to establish the effectiveness of aducanumab. These studies were initiated in 2015. After conducting a prespecified interim analysis for futility in early 2019, the Applicant terminated Studies 301 and 302 and made a public announcement to this effect on March 21, 2019. Subsequent examination of individual study results that included additional data that had accrued during the time the futility analysis was being conducted revealed findings that differed from the results of the prespecified futility analysis, most notably including apparently positive results in Study 302. The Applicant promptly brought these results to the FDA for discussion and advice on their appropriate interpretation. After an initial consideration of these findings, the FDA recognized that additional work was necessary to achieve a maximum understanding of the results and established a collaborative plan for further rigorous analyses of the data. These analyses ultimately led to the FDA advising the Applicant that submission of a marketing application seeking approval of aducanumab was reasonable.

The notably long duration and thorough nature of pre-submission review affords a particularly complete consideration by the FDA of the evidence of effectiveness to be discussed at this meeting. The evidence presented by the Applicant in the application in support of aducanumab's effectiveness is essentially unchanged from that which has been considered throughout the pre-submission phase.

The FDA seeks input from the committee on whether aducanumab is an effective treatment for Alzheimer's disease.

Aducanumab
Advisory Committee Briefing Document                                    Alzheimer's Disease

## 2.     BACKGROUND

## 2.1.     Overview of Alzheimer's Disease

**The Applicant's Position**

Alzheimer's disease is an irreversible, progressive neurodegenerative disorder that slowly destroys memory and thinking skills. Initial impairment in memory may be followed by behavioral and neuropsychiatric symptoms, and finally a person's ability to perform usual daily life activities.  Alzheimer's disease is the most common cause of dementia among older adults and is ultimately fatal.

In the US, more than 5.8 million people are living with Alzheimer's disease. By 2050, this number is projected to more than double [Alzheimer's Association 2020].  Alzheimer's disease was the sixth leading cause of death in the US and the fifth leading cause for people aged 65 years and older in 2018 [Alzheimer's Association 2020].

Life expectancy after an Alzheimer's disease diagnosis depends on various factors, including age at onset and severity at diagnosis [Brodaty 2012; Guehne 2007; Guehne 2005; Xie 2008]. An important distinction for Alzheimer's disease patients is that a significant period of their remaining lives may be spent in the severe disabling disease state, adding to the burden on the health care system [Rizzuto 2012].

In addition to the effect on patients, Alzheimer's disease places a burden on families and caregivers. Informal caregiving for patients with Alzheimer's disease or dementia has been estimated at 18 billion hours per year in the US, valued at $230 billion annually [Alzheimer's Association 2020; Dunbar 2018].  Increased care demands result in increased financial, psychological, and physical stress for the caregiver [Alzheimer's Association 2020; Suehs 2014].

Alzheimer's disease is a pathophysiological and clinical continuum where specific pathologic changes in the brain that occur as a continuous process throughout the course of the disease precede by many years the eventual emergence of clinical symptoms of cognitive decline that also progress continuously over a long period [Jack 2018].

Alzheimer's disease is defined biologically by the presence of two abnormal protein deposits: extracellular deposits of brain amyloid plaques (comprising β-amyloid peptides) and neurofibrillary tangles (comprising abnormal tau protein) [Hyman 2012].

Deposition of β-amyloid peptides into amyloid plaques begins decades prior to observable clinical symptoms [Vermunt 2019]. Deposition of β-amyloid is followed sequentially by markers of neurodegeneration [Hardy and Selkoe 2002], accumulation of tau pathology [Hanseeuw 2019], and brain volume loss [Jonsson 2012], all of which initiate prior to the onset of clinical symptoms. This pre-symptomatic phase of Alzheimer's disease precedes the emergence of clinical symptoms by 10 to 20 years [Villemagne 2013]. At this time of the emergence of the earliest clinical findings, Alzheimer's disease has already been present for decades, and there is already an advanced pathologic disease state in the brain.

The most salient known risk factors for Alzheimer's disease are the unmodifiable contributors of older age, genetics, and family history. Of these, increasing age has the largest known impact on risk of developing Alzheimer's disease. While several genes have been found to increase the risk of Alzheimer's disease, the ε4 allele of the apolipoprotein E (ApoE) gene is the strongest known

11

Aducanumab
Advisory Committee Briefing Document                                          Alzheimer's Disease

genetic risk factor [Elias-Sonnenschein 2011; Mattsson 2018]. Compared with the most common ApoE genotype of ε3/ε3, ε4 heterozygosity increases risk of Alzheimer's disease by 3 to 4 times, and ε4 homozygosity increases risk by 8 to 12 times [Alzheimer's Association 2020]. Approximately two-thirds of pathology-confirmed Alzheimer's disease cases are ε4 positive (homozygous or heterozygous), compared with about 15% to 20% of the general population [Mattsson 2018]. Autosomal dominant genetic mutations are estimated to account for less than 1% of Alzheimer's disease cases [Bekris 2010].

Developing treatments to halt, slow, or reverse the course of disease is a goal for the scientific community, the clinical health care system, long-term care services, community/support environments serving patients and caregivers, and the federal government [U.S. Department of Health and Human Services 2019].

With pathophysiological changes in the brain starting a decade or more before clinical symptom onset, treatments directed at this goal must begin prior to the development of  irreversible neurodegeneration and well before there are advanced clinical symptoms [FDA 2018; U.S. Department of Health and Human Services 2019; Vermunt 2019].

---

**The FDA's Position:**

The Applicant's overview accurately discusses the contemporary understanding of the pathophysiology and evolution of Alzheimer's disease.

FDA considers it critical to intervene in Alzheimer's disease, and neurodegenerative diseases in general, as early as possible given the complexity and possible irreversibility of pathophysiological deterioration responsible for clinical findings.

---

## 2.2.      Unmet Medical Need

**The Applicant's Position**

Currently approved Alzheimer's disease treatments include the cholinesterase inhibitors donepezil, rivastigmine, and galantamine, and the N-methyl-D-aspartate antagonist memantine.

None of these agents address the underlying pathology of the disease. Their effects are reversible and lessen over time due to the continued progression of the disease process [Birks 2006; McShane 2006].

There are no treatments available to halt, slow, or cure Alzheimer's disease. Clearly, there is an unmet need for therapies that halt or slow the disease.

---

**The FDA's Position:**

The FDA agrees there is an urgent and unmet medical need for effective treatments for Alzheimer's disease. In addition to the general need for more effective treatments, there is a particular unmet need for effective treatments to delay, halt, or reverse the pathophysiological processes that ultimately lead to the clinical deficits of Alzheimer's disease.

---

Aducanumab
Advisory Committee Briefing Document                                    Alzheimer's Disease

## 2.3.      Rationale for Aducanumab for the Treatment of Alzheimer's Disease

**The Applicant's Position**

### 2.3.1.      β-Amyloid Pathway

β-amyloid is a peptide generated by sequential cleavage of its precursor protein (APP) [Kang 1987; Selkoe 1991]. Monomers of β-amyloid can be of differing lengths and can self-aggregate, forming a range of aggregates from small soluble oligomers to larger aggregated forms which ultimately deposit in the brain (Figure 1).

Aggregated forms of β-amyloid, including soluble oligomers and amyloid plaques, are directly toxic to synapses and neurons [Benilova 2012; Koffie 2009], while monomers are not considered to exhibit these detrimental properties.

Genetic, neuropathological, and cell biological evidence suggest that reducing or removing Aβ could be beneficial for patients with Alzheimer's disease [Ising 2015; Selkoe 2013].

**Figure 1:      Description of the β-amyloid pathway**

Source: Image adapted from [Huang 2013].

### 2.3.2.      Mechanism of action of aducanumab and nonclinical data

Unlike any other anti-Aβ monoclonal antibody in development, aducanumab was derived from human B-cells collected from healthy elderly subjects with no signs of cognitive impairment and from cognitively impaired elderly subjects with unusually slow clinical decline. The screening of libraries of human memory B cells for reactivity against aggregated Aβ led to molecular cloning, sequencing, and recombinant expression of aducanumab [Sevigny 2016].

Aducanumab is a human IgG1 anti-Aβ monoclonal antibody selective for Aβ aggregates, including soluble oligomers and insoluble fibrils, but not monomers, as demonstrated in a variety of biochemical and structural analyses.

13

Aducanumab
Advisory Committee Briefing Document                                    Alzheimer's Disease

Binding of aducanumab to aggregated β-amyloid promotes the removal of amyloid from the brain, through a microglia-mediated phagocytosis mechanism. Experimental evidence has shown that removal of amyloid stops or reduces neurotoxicity [Rozkalne 2009; Spires-Jones 2009] that might otherwise lead to neurodegeneration and, ultimately, cognitive impairment.

Nonclinical studies have confirmed in vivo dose-dependent target engagement and dose-dependent reduction in brain amyloid burden for aducanumab [Sevigny 2016].

**The FDA's Position:**

FDA acknowledges the Applicant's rationale for the development of aducanumab in Alzheimer's disease and notes the amyloid pathway has been widely considered a target for drug development.

FDA notes the unique provenance of aducanumab. Its origin, based upon reactivity to aggregated amyloid beta in humans who appear phenotypically resistant to cognitive deterioration, is unique amongst agents targeting amyloid beta.

## 2.4.    Historical Context for the Development of Anti-Aβ Treatments for Alzheimer's Disease

**The Applicant's Position**

### 2.4.1.    Early anti-Aβ clinical programs

Multiple investigational products have been developed to either reduce production of β-amyloid or lower levels of aggregated β-amyloid present in the brain. Enhancing elimination of β-amyloid by immunotherapy has been one of the most pursued approaches for the development of a treatment for Alzheimer's disease. However, several development programs have been terminated due to either lack of efficacy and/or safety considerations.

The failures of these previous anti-Aβ programs are recognized to be due in part to the following clinical development considerations:

- Inclusion of individuals in those clinical trials without evidence of brain ⊡-amyloid pathology (i.e., individuals without Alzheimer's disease) [Selkoe and Hardy 2016].

- Unknown or no target engagement prior to initiation of Phase 3 (i.e., inadequate effect on β-amyloid in the brain or CSF) [Karran and Hardy 2014].

- Use of dosages too low to elicit sufficient target engagement, effect on pathophysiology, or clinical progression [Selkoe and Hardy 2016].

- Inclusion of participants at later stages of Alzheimer's disease dementia, when significant irreversible neurodegeneration has already occurred [Musiek and Holtzman 2015; Selkoe and Hardy 2016].

None of the failed anti-Aβ antibodies achieved a clinical proof of concept, i.e., effect on clinical progression prior to initiating Phase 3 studies. Aducanumab was the first program to achieve proof of concept prior to Phase 3, as will be discussed in Section 3.1.2.

14

Aducanumab
Advisory Committee Briefing Document                                  Alzheimer's Disease

### 2.4.2.      Molecular differences among anti-Aβ antibodies

In addition to the clinical development considerations discussed above, anti-Aβ antibodies differ considerably with respect to their molecular characteristics including antibody isotype, binding epitopes and biophysical properties. Anti-Aβ antibodies therefore differ in specificity for and mechanisms of action toward the different forms of β-amyloid. This directly affects their ability to target and remove the toxic forms of β-amyloid and, consequently, the potential for efficacy.

Of the anti-Aβ antibodies previously in development for symptomatic Alzheimer's disease, antibodies that bound to monomeric forms of β-amyloid appeared to influence directly the clearance of β-amyloid from the brain into the plasma [DeMattos 2001]. However, binding to β-amyloid monomers can also lead to an unproductive mobilization of antibody bound to a large pool of monomers found outside of the brain, and might not represent a desirable feature if one considers the optimal profile for an anti-Aβ antibody [Seubert 2008].

Several mechanisms of action have been described for the anti-Aβ antibodies targeting aggregated forms of β-amyloid that are currently in development for symptomatic Alzheimer's disease. Those mechanisms can affect either the β-amyloid aggregation process and ultimately the ability of these anti-Aβ antibodies to modulate the levels of neurotoxic oligomers, and/or the clearance of β-amyloid aggregates

Nonclinical studies have shown that aducanumab, similar to other anti-Aβ antibodies targeting aggregated forms of β-amyloid such as gantenerumab and bapineuzumab, induces clearance of brain amyloid plaques through a microglia-mediated phagocytosis process [Sevigny 2016]. Additionally, aducanumab due to its particular affinity and binding stoichiometry toward β-amyloid aggregates uniquely among anti-Aβ antibodies directly inhibits the molecular process through which oligomers form (secondary nucleation), thereby reducing the formation of neurotoxic Aβ oligomers [Linse 2020].

### 2.4.3.      Amyloid-related amyloid imaging abnormalities (ARIA)

Another feature that relates to the molecular characteristics of anti-Aβ antibodies is amyloid-related imaging abnormalities (ARIA). ARIA, including ARIA-E (previously referred to as vasogenic edema), was observed in the very first clinical trials as a treatment-related side effect in patients receiving an anti-Aβ monoclonal antibody [Ostrowitzki 2012; Sperling 2011b]. ARIA has since been observed with some but not all other anti-Aβ antibodies, particularly those targeting aggregated and/or deposited β-amyloid [Greenberg 2020; Penninkilampi 2017]. Consistent findings are that ARIA occurs early during treatment, is typically asymptomatic, and is more frequent in ApoE ε4 carriers than noncarriers especially at higher doses [Greenberg 2020; Ketter 2017; Salloway 2014; Sperling 2012; Sperling 2011b].The biological mechanism of ARIA-E is not well understood. Published hypotheses suggest that increased cerebrovascular permeability could be caused either by increased Aβ clearance from the brain parenchyma, leading to saturation of the perivascular drainage system, and/or by direct antibody interaction with deposited vascular amyloid, leading to its clearance and weakening of the vessel walls [Greenberg 2020; Zago 2013].

ARIA is discussed in more detail in Section 4.

Aducanumab
Advisory Committee Briefing Document                                    Alzheimer's Disease

### 2.4.4.    Current/active anti-Aβ clinical programs

The anti-Aβ antibodies currently in development for Alzheimer's disease specifically target and remove the neurotoxic aggregated forms of β-amyloid (e.g., aducanumab, BAN2401, and gantenerumab). Each antibody also has effector-function enabling microglial-mediated clearance of aggregated β-amyloid.

With these properties, and in contrast to the first generation of anti-Aβ antibodies, these agents have each demonstrated robust and sustained reductions in brain amyloid in early symptomatic Alzheimer's disease participants as measured by PET imaging [Klein 2018; Sevigny 2016; Swanson 2018].

Aducanumab and BAN2401 have also shown a clinical proof of concept prior to initiating Phase 3 studies [Swanson 2018]. Aducanumab was, with Study 103, the first of this generation of antibodies to demonstrate robust reductions in brain amyloid in clinical trials, and to have shown a reduction in clinical decline, i.e., the first anti-Aβ program to establish proof of concept before initiating Phase 3 (results detailed in Section 3.1.2). Accordingly, aducanumab is the first program of this generation of anti-Aβ antibodies to have data from Phase 3 trials (results detailed in Sections 3.4 and 3.5).

### 2.4.5.    Advances in Alzheimer's disease research

Along with the key observations from the previous anti-Aβ clinical trials, advances have been made by the research community in understanding Alzheimer's disease [Weiner 2017]. It is established that the disease is a continuum, and that the deposition of β-amyloid into amyloid plaques begins decades prior to the onset of symptoms [Jack 2018].

For treatments targeting amyloid pathology these findings led to a shift to conducting clinical trials in participants at earlier stages of disease.

Nomenclature for diagnostic guidelines has kept pace with the scientific progress in Alzheimer's disease. Those germane to the 10-year time frame of the aducanumab clinical development program are listed in Figure 2.

16

Aducanumab
Advisory Committee Briefing Document                              Alzheimer's Disease

**Figure 2:      Evolution in Nomenclature for Categorization of Alzheimer's Disease Across the Alzheimer's Disease Continuum (Since 2010)**



Abbreviations: IWG = International Working Group; MCI = mild cognitive impairment; NIA-AA = National Institute on Aging and the Alzheimer's Association.
Data sources:  [Albert 2011; Dubois 2010; FDA 2018; Jack 2018; McKhann 2011; Sperling 2011a].

### 2.4.6.      Methodologic considerations in clinical trial design

The conduct of clinical trials in participants at early stages of symptomatic disease comes with additional methodological considerations.

Among them are developing reliable methods for identifying participants with early symptomatic disease. This includes developing methods to detect the underlying core pathology of Alzheimer's disease present early in the disease process (β-amyloid), because symptoms at this stage are subtle and may be due to other dementias (e.g., vascular dementia) or other non-neurodegenerative diseases (e.g., depression). Methods approved in the US at the time the Phase 3 protocols were being developed include the use of the amyloid PET tracers [$^{18}$F]-florbetapir, [$^{18}$F]-flutemetamol and [$^{18}$F]-florbetaben [Amyvid USPI 2012; Neuraceq USPI 2014; Vizamyl USPI 2013]. In addition, there are several CSF tests for β-amyloid confirmation that are currently in development in the US. These CSF tests appear to show similar sensitivity and specificity ranges to those of the amyloid PET tracers and are routinely used in the enrollment of participants in contemporary Alzheimer's disease studies.

In addition, appropriate clinical outcome measures must be identified that are sensitive to change at this disease stage.

Finally, designing and powering clinical trials requires accurate estimates of the rate of decline on these measures in untreated patients. These design considerations and how they were each addressed in the aducanumab clinical trials are discussed in Sections 3.1.2 and 3.1.3.

Aducanumab
Advisory Committee Briefing Document                                    Alzheimer's Disease

### 2.4.7.    Summary

The following are key points from the preceding discussion:

- The failure of previous anti-Aβ programs to demonstrate efficacy is likely attributable to both the molecular characteristics of the drug and clinical trial design features

- Anti-Aβ antibodies cannot be considered as a single class. They are distinct at the molecular level, and the differences have an impact on their mechanism of action, including:

  - Differences in binding characteristics (i.e., which form or forms of β-amyloid that they bind to)

  - Whether they reduce amyloid plaque

  - Whether they are associated with ARIA

- With the increased understanding of Alzheimer's disease, there has been a shift in the focus of the scientific community to conducting clinical trials of anti-Aβ agents in patients at earlier stages of the disease.

- Clinical research in patients at the earlier stages of disease poses additional considerations for design and conduct of clinical trials.

- Among several anti-Aβ antibodies currently in development for Alzheimer's disease, aducanumab was the first of this generation to have Phase 3 clinical data.

---

**The FDA's Position:**

The FDA agrees that anti-Aβ therapies do not represent a single class of drugs. As noted, aducanumab has molecular properties that in part distinguish it from the anti-Aβ therapies that have been previously tested in clinical trials. Aducanumab may be more appropriately considered in the context of later generation therapies which have demonstrated target engagement and brain amyloid reduction at sufficiently high drug levels.  The design of the pivotal trials for aducanumab benefited from the lessons learned from previous trials regarding patient selection, outcome assessment, and dosing. Therefore, previous late-stage failures of anti-Aβ therapies do not constitute a demonstrated "class failure" and are not particularly informative for the assessment of the effectiveness of aducanumab.

---

## 2.5.    Regulatory History

**The Applicant's Position**

Biogen submitted to FDA a Biologics License Application (BLA) in July 2020 for approval to market aducanumab.

Applications are being prepared for review in other regions.

Aducanumab
Advisory Committee Briefing Document                                    Alzheimer's Disease

Biogen sought guidance from FDA prior to and during the development of aducanumab as a treatment for Alzheimer's disease. In 2015, Special Protocol Assessment (SPA) agreements were sought and obtained from the FDA for the Phase 3 studies.  FDA agreed that the design and planned analysis of each Phase 3 study addressed the objectives necessary to support a regulatory submission. This included use of the CDR-SB as the primary efficacy endpoint.

On March 21, 2019, Biogen announced the termination of the Phase 3 program (Studies 301 and 302), based on results of a prespecified interim futility analysis with a data cutoff date of December 26, 2018.  As discussed further in Section 3.3, subsequent individual study results of analyses based on data through March 20, 2019 differed from the results of the prespecified futility analysis, with one study showing apparently positive results (Study 302). At a Type C meeting in June 2019, Biogen sought guidance from the FDA on the appropriateness and interpretation of the latter set of results. Subsequently, over a period of approximately 1 year, Biogen engaged with the FDA in an ongoing bilateral scientific effort to understand the similarities and differences between the two Phase 3 studies (Studies 301 and 302). Biogen and FDA met at three further Type C meetings to discuss the ongoing scientific effort (October 2019, February 2020, and June 2020); the last of these also addressed Type B pre-BLA meeting topics to support submission of a BLA.

June 2019:

> At this meeting, the FDA concluded in the minutes that "it would have been more appropriate if futility had not been declared for those studies." After noting that "the effect of early termination of the studies on the interpretability of the observed efficacy data and associated analyses is a matter for further detailed consideration," the FDA further noted, "on face, that the effects of aducanumab in that [302] study might not only be interpreted as being supportive of the efficacy of that compound in Alzheimer's disease, but might also be considered exceptionally persuasive on several of the instruments used to evaluate efficacy."

> The FDA noted, "Further complicating the interpretation of the available data for Studies 301 and 302 are the partially conflicting results … for Study 301 as compared with those for Study 302, with particular attention to the discordant high dose results of each study (while noting an apparent degree of consistency of the low-dose results between the studies). A detailed understanding, informed by plans for further analyses ..., of the overall results, and especially these discordant results, is critical to any consideration of whether Study 302 (with or without possible support from Study 301, as might be determined from further explorations of the data) might provide evidence adequate to establish the effectiveness of aducanumab for the treatment of Alzheimer's disease."

> The FDA further stated that "the submission of a marketing application for aducanumab based primarily on the results of Study 302 as a single positive efficacy study may also be considered. It is possible that the results of Study 301 may have a role in supporting the results of Study 302 or may be understood well enough to be dismissible (i.e., to not represent evidence that the drug is ineffective), assuming that further analyses do not lead to a conclusion that Study 301 is clearly negative."

> After citing the possibility that aducanumab could be an effective drug for the treatment of Alzheimer's disease based on the Study 302 data presented, the FDA stated, "It is imperative that extensive resources be brought to bear on achieving a maximum understanding of the

19

Aducanumab
Advisory Committee Briefing Document                                    Alzheimer's Disease

existing data. Given the wholly unique situation that is the current state of the aducanumab development program …, those further analyses would best be conducted as part of a bilateral effort involving the Agency and sponsor, i.e., through a 'workstream' or a 'working group' collaboration."

October 2019:

The FDA indicated that the analyses conducted since the June 2019 Type C meeting had established that the Phase 3 results were interpretable. The minutes state, "The analyses conducted since the June 14, 2019, Type C meeting, have established not only that the results of Studies 301 and 302 are interpretable, but on face, suggest an understanding of the discordant results of Studies 301 and 302 sufficient to allow for independent consideration of whether Study 302 might provide evidence adequate to establish the effectiveness of aducanumab for the treatment of Alzheimer's disease."

February 2020:

Additional analyses to further characterize the dose-exposure-response relationship were presented and discussed. With additional analyses complete, the minutes stated, "The additional analyses presented in this meeting package address the questions that remained following the October 21, 2019, Type C meeting and provide additional insight regarding the relationship between aducanumab dose/exposure and response in Study 301 and Study 302."

June 2020:

Biogen summarized for the FDA its proposal to submit a BLA, with Study 302 providing the primary contribution to substantial evidence of the effectiveness of aducanumab, with reasons for differences between the Phase 3 studies understood and Study 301 subgroups providing support for Studies 302, and with Study 103 providing an additional contribution to substantial evidence of aducanumab's effectiveness. While a matter of review, FDA indicated that Biogen's plan to submit a BLA was reasonable.

---

**The FDA's Position:**

The Applicant provides an accurate summary of the regulatory history. The first formal request from Biogen to the FDA regarding a discussion of the decision to terminate the aducanumab Phase 3 studies and the resultant analyses of the data from those studies came on May 15, 2019, in the form of a Type C Meeting Request. Given the unmet medical need and unique nature of the data, FDA and the Applicant agreed upon a plan for further analyses and FDA formally engaged with the Applicant through Type C Meetings on four occasions between June 2019 and June 2020, the last of which included a discussion of pre-BLA questions submitted by the Applicant.

---

Aducanumab
Advisory Committee Briefing Document                                    Alzheimer's Disease

# 3.    ADUCANUMAB CLINICAL TRIALS

## 3.1.    Overview of the Clinical Development Plan for Aducanumab in Alzheimer's disease

### 3.1.1.    Overview of Aducanumab Clinical Development

**The Applicant's Position**

The aducanumab clinical program comprises 7 clinical studies in Alzheimer's disease and 1 study in healthy volunteers (Table 1).

Aducanumab was administered by IV infusion in all Alzheimer's disease studies and was administered every 4 weeks in all multiple-dose studies.

Aducanumab
Advisory Committee Briefing Document                    Alzheimer's Disease

**Table 1:       Aducanumab Clinical Studies**

| Study | Design / Dosing Regimen | Study Population per categorization[1] at the time of enrollment (no. subjects enrolled) |
|---|---|---|
| First-in-human study | | |
| 101 | Phase 1 randomized, blinded, PC, single-ascending-dose / Single doses of ADU (0.3 to 60 mg/kg) or placebo | Mild to moderate Alzheimer's disease (N=53) |
| Clinical studies pertinent to the efficacy of aducanumab | | |
| 103 | Phase 1b randomized, DB, PC, multiple dose, dose escalation, staggered cohort / 12-month PC period: ADU (1, 3, 6, 10 mg/kg in a fixed-dose regimen or 10 mg/kg after a 44-week titration) or PBO in a 3:1 or 3:2 ratio LTE period: dose-blinded ADU | Prodromal Alzheimer's disease and mild Alzheimer's disease dementia (N=197) |
| 302 | Phase 3 multicenter, randomized, DB, PC, parallel-group / 18-month PC period: Low-dose ADU (3 or 6 mg/kg after titration), high-dose ADU[2] (10 mg/kg after a 24-week titration), or PBO in a 1:1:1 ratio. Randomization was stratified by ApoE ε4 carrier status. LTE period: dose-blinded ADU | MCI due to Alzheimer's disease and mild Alzheimer's disease dementia (N=1643) |
| 301 | Identical in design to Study 302 | Same as Study 302 (N=1653) |
| Other aducanumab clinical studies | | |
| 102 | Randomized, open-label, bioavailability study / Single dose of ADU (6 mg/kg IV OR 420 mg SC) | Healthy volunteers (N=28) |
| 104 | Randomized, DB, PC, single- and multiple-ascending-dose study in Japanese participants / ADU (single and multiple doses of 1 or 3 mg/kg; 6 mg/kg after titration; 10 mg/kg after titration) or PBO in a 4:1 ratio. | Mild to moderate Alzheimer's disease (N=21) |
| 205 | Multicenter, randomized, parallel-group, DB, controlled 54-week study with an LTE period / ADU 10 mg/kg after titration | MCI due to Alzheimer's disease and mild Alzheimer's disease dementia (N=52) |
| 304 (ongoing) | Single-arm, longitudinal, multicenter, open-label 24-month study / ADU 10 mg/kg after titration | Participants who had previously participated in Studies 103, 205, 301, or 302 (N=120)[3] |

Abbreviations: ADU = aducanumab; DB = double-blind; IV = intravenous; LTE = long-term extension; MCI = mild
  cognitive impairment; PBO = placebo; PC = placebo-controlled; SC = subcutaneous
1: See Figure 2 for changes over time in the categorization of Alzheimer's disease across the disease continuum.
2: High-dose aducanumab in ApoE ε4 carriers was 6 mg/kg (after titration) under Protocol Versions 1-3 and was
  increased to 10 mg/kg (after titration) under Protocol Versions 4-6. High dose aducanumab in noncarriers was
  10 mg/kg (after titration) throughout the study.
3:  As of June 15, 2020.

Aducanumab
Advisory Committee Briefing Document                                      Alzheimer's Disease

### 3.1.2.        Study 103 Design

**The Applicant's Position**

When results from the placebo-controlled period became available in 2015, Study 103 was the first study of an anti-Aβ agent that demonstrated:

- A substantial dose and time dependent reduction in brain amyloid

- A reduction in clinical decline

Key elements were incorporated into the design of Study 103 based on the scientific advances from the research community and previous clinical trials with anti-Aβ antibodies (Section 2.4) including:

- A study population at earlier stages of disease: Previous trials of other agents were conducted in mild and moderate stages of Alzheimer's disease dementia. Study 103 recruited participants at an earlier stage, including participants in the predementia stage.

- Methods to reliably identify this earlier population: Previous anti-Aβ studies enrolled more than 20% participants who did not have amyloid pathology [Salloway 2013]. This raised concern that the failures may have been due at least in part to a significant proportion of the study populations not having Alzheimer's disease, and the pathology not being targeted by the agent. Study 103 addressed this by requiring all participants to have brain amyloid pathology confirmed by newly available technology ($[^{18}F]$-florbetapir PET imaging). Study 103 was the first study of an anti-Aβ agent to enroll participants with amyloid pathology-confirmed early symptomatic Alzheimer's disease.

- Appropriate clinical outcome measures sensitive to change at this earlier stage of disease: The symptoms at the early symptomatic stage are less pronounced than in later stages of Alzheimer's disease and require measures different from those used in later stages. In Study 103 the CDR-SB, was included as an outcome measure.  The CDR-SB is an integrated scale that assesses both daily function and cognitive effects and was shown to be sufficiently sensitive and specific to detect change over time in early symptomatic Alzheimer's disease participants [Cedarbaum 2013], an outcome that was confirmed within Study 103. CDR-SB is accepted by the FDA in early Alzheimer's disease clinical studies, and it was agreed to by the FDA and EMA as the primary endpoint for aducanumab's Phase 3 clinical trials (see Section 3.1.3).

Below is a summary of key Study 103 design features, followed by a summary of key Study 103 findings that informed the Phase 3 trial design.

**Design**

The study was a randomized, multicenter study that included a 12-month randomized, double-blind, placebo-controlled period followed by a dose-blinded LTE period. A total of 196 participants at 27 clinical sites in the United States were randomized and dosed.

Doses studied in the first 3 cohorts (Arms 1-7) were 1, 3, 6, or 10 mg/kg administered every 4 weeks (specifically, 14 doses over the 12-month placebo-controlled period) [Figure 3].  The randomization was stratified by ApoE ε4 status (carrier or noncarrier).

Aducanumab
Advisory Committee Briefing Document                                    Alzheimer's Disease

Participants in the fourth cohort (Arms 8 and 9), comprising ApoE ε4 carriers only, were randomized to either aducanumab (2 doses of 1 mg/kg, then 4 doses of 3 mg/kg, 5 doses of 6 mg/kg, and 3 doses of 10 mg/kg) or placebo during the placebo-controlled period. Arms 8 and 9 were added to Study 103 to assess whether the incidence of ARIA, a side effect of brain amyloid removal, could be mitigated in ApoE ε4 carriers by titration.

## Objectives

The safety and tolerability of aducanumab was the primary aim of the study.

Secondary outcomes were: (1) the effect of aducanumab on brain amyloid plaque content as measured by [$^{18}$F]-florbetapir PET, (2) the PK of aducanumab, and (3) the immunogenicity of aducanumab.

Clinical efficacy endpoints were prespecified in the study protocol as exploratory.

During the placebo-controlled period, pharmacodynamic and clinical assessments were performed at 6 months and 1 year.

## Population

The study was conducted in participants 50 to 90 years of age (inclusive) with early symptomatic Alzheimer's disease, defined as prodromal Alzheimer's disease (IWG nomenclature [Dubois 2010]) or mild Alzheimer's disease dementia, who were positive for brain amyloid pathology as assessed by [$^{18}$F]-florbetapir PET. Participants must have had a baseline MMSE score of 20 to 30 (inclusive) and a CDR global score of 0.5 or 1. Both ApoE ε4 carriers and ApoE ε4 noncarriers were enrolled.

## Clinical endpoints

Clinical efficacy endpoints included change from baseline on the CDR-SB and MMSE.

CDR-SB and MMSE were later used in the Phase 3 studies; for descriptions of these endpoints, see Section 3.1.3.

Similar to the Phase 3 studies, the CDR-SB and MMSE were administered to participants by different raters, and neither rater was permitted to perform other study assessments (e.g., safety assessments). This was done to protect against the potential for functional unblinding.

## Safety monitoring

In Study 103, ARIA was an adverse event of interest, given the experience with previous anti-Aβ antibodies (Section 2.4), and ARIA management rules were based on published guidelines [Sperling 2011b]. The rules in place at the start of the study were conservative, as ARIA was at that time less well understood. Over time, accumulating data have supported a reduced need for dose terminations and interruptions, and dose reduction after interruptions. All changes in ARIA management in the aducanumab program have been made in consultation with the independent Data Monitoring Committee.

In Study 103, cases of ARIA were managed using centrally read MRI findings and clinical symptoms, if present. These entailed requiring dose suspension or dose termination (depending on the radiographic severity of the ARIA findings observed on MRI, the presence/absence of

24

Aducanumab
Advisory Committee Briefing Document                                    Alzheimer's Disease

symptoms, and, if symptoms were present, their clinical severity), followed by resumption of dosing after the findings resolved/stabilized.

The potential for functional unblinding due to ARIA was minimized by having different raters for efficacy endpoints and for adverse event management.

ARIA monitoring and management are described in more detail in Section 4.

**Statistical methods**

While safety and tolerability were the main aims of Study 103, the sample size was based on the primary pharmacodynamic endpoint: change from baseline to Week 26 in [$^{18}$F]-florbetapir PET signal.

Results presented for Study 103 are based on prospectively determined analyses conducted per the prespecified statistical analysis plan.

To support clinical development needs, including safety monitoring, data were available from several prespecified interim analyses. No changes to the planned statistical analyses were made based on these data.

The original statistical analysis plan was finalized on February 7, 2014, before unblinding of data from the fixed-dose cohorts. The titration cohort was added to the study per Protocol Version 6, dated July 8, 2014, and Addendum 1 to the statistical analysis plan was finalized on August 5, 2016, before unblinding of the titration cohort. No changes to the original statistical methods were made.

No formal adjustment for multiplicity was performed. All p-values in Study 103 were nominal.

Aducanumab
Advisory Committee Briefing Document                                                    Alzheimer's Disease

**Figure 3:        Study 103 Placebo-Controlled Period Schematic**



Abbreviations: ADU = aducanumab; FPI = first patient  in; SCR = screening; PBO = placebo

Note:  Arms 1-7 included both ApoE ε4 carriers and noncarriers.  Arms 8 and 9 included ApoE ε4 carriers only.
Arms 8 (2 doses of 1 mg/kg, then 4 doses of 3 mg/kg, 5 doses of 6 mg/kg, and 10 mg/kg thereafter) had only 3 doses
of 10 mg/kg administered during the 12-month placebo-controlled period.

**Study 103 findings informed Phase 3 program**

The following key findings from Study 103 informed the design of the Phase 3 program. Study
103 results are presented in greater detail in Section 3.7.

- 10 mg/kg was identified as the most efficacious dose, as determined by target
  engagement and clinical endpoints:

  – Aducanumab's effect on amyloid plaque was shown to be dose and time
    dependent, with the greatest reduction observed with the 10 mg/kg dose. The
    magnitude of the reduction in brain amyloid plaque observed with aducanumab
    10 mg/kg in Study 103 was subsequently observed to be quantitatively almost
    identical to that seen with the high dose of aducanumab tested in the Phase 3
    Study 302 (Section 3.8).

  – Aducanumab's effect on CDR-SB and MMSE scores was shown to be dose
    dependent, with the greatest effect observed with the 10 mg/kg dose, despite the
    study not being powered to detect an effect on clinical measures.

  – These data supported further investigation of the 10 mg/kg dose in the Phase 3
    program.

Aducanumab
Advisory Committee Briefing Document                                    Alzheimer's Disease

- CDR-SB was confirmed to be sensitive enough to detect change in the early symptomatic Alzheimer's disease participants and therefore appropriate for use in Phase 3.

- While efficacy was observed to be similar regardless of baseline clinical stage, greater variability was observed on the CDR-SB in participants in Study 103 with more advanced disease at baseline (MMSE score of 20-26). Therefore, the Phase 3 enrollment criteria were adjusted such that all participants were required to have a baseline MMSE score of 24-30 (inclusive) and CDR global score of 0.5.

- Data suggested that titration lowered the incidence of ARIA in ApoE ε4 carriers compared with fixed dosing. This finding, combined with efficacy and pharmacodynamic data showing 10 mg/kg (administered as 14 doses over 12 months) to be the most efficacious dose, confirmed selection of both (1) the use of a titration regimen in Phase 3 and (2) the 18-month duration of the placebo-controlled period. Specifically, in the Phase 3 studies, a titration regimen was employed which included a 6-month titration period followed by 14 doses of 10 mg/kg over 12 months; hence, an 18-month treatment duration was implemented in the Phase 3 studies.

**The FDA's Position:**

The FDA agrees with the general description of Study 103. Although designed primarily as a safety and tolerability study, Study 103 was an adequate and well-controlled study that explicitly included assessment of prespecified clinical and biomarker endpoints and a prospectively identified statistical analysis plan. Although not prospectively controlled for multiplicity, the FDA notes that the choice of endpoints and analytical approach is consistent with that which would have been anticipated should an analytical hierarchy have been in place, and that the prespecified elements were respected.  It is important to note that there are design and analysis limitations in Study 103 as compared to a typical confirmatory Phase 3 study design. In particular, because of the staggered dose design and randomization scheme there is no direct concurrent randomization to the various treatment arms to inform a dose-response analysis or a dose vs. placebo comparison based upon concurrent randomization. However, the placebo arms were pooled across cohorts in compliance with the prespecified statistical analysis plan because of the uneven randomization to placebo in each cohort within the staggered design. The study informed the design of Studies 301 and 302 but also included similar elements as these studies, including the requirement of a positive amyloid PET scan and blinded assessment of clinical endpoints. Notable differences include the smaller sample size, inclusion of patients further along the disease continuum, and enrollment of patients only in the United States. The FDA's comments on the results of Study 103 are included in Section 3.7.3.

Aducanumab
Advisory Committee Briefing Document                                    Alzheimer's Disease

### 3.1.3.        Study 301 and 302 Design

**The Applicant's Position**

**Design**

The identically designed Studies 301 and 302 were large, global, randomized, double-blind, placebo-controlled, parallel-group studies designed to assess the efficacy, safety, PK, and pharmacodynamics of aducanumab.

The studies included an 18-month double-blind placebo-controlled period followed by a dose-blinded long-term extension (LTE).

Combined, the studies enrolled 3285 participants at 348 sites in 20 countries (Australia, Austria, Belgium, Canada, Denmark, Finland, France, Germany, Italy, Japan, the Netherlands, Poland, Portugal, South Korea, Spain, Sweden, Switzerland, Taiwan, the United Kingdom, and the United States).

**Objectives**

The primary objective of the studies was to evaluate the efficacy of aducanumab in reducing clinical decline, as measured on the CDR-SB.

Secondary objectives were to evaluate the effect of aducanumab on clinical decline as measured on the MMSE, ADAS-Cog13, and ADCS-ADL-MCI.

There was one tertiary efficacy objective: to assess the effect of aducanumab on behavior, as measured on the NPI-10.

Other tertiary objectives included the safety and tolerability of aducanumab and the PK of aducanumab.

The following biomarkers were assessed in substudies of both Studies 301 and 302 to evaluate the effects of:

- aducanumab on biomarkers proximal to its mechanism of action (brain amyloid pathology, as assessed by $[^{18}F]$-florbetapir PET in the brain amyloid PET substudy, with a subset of sites in Japan using $[^{18}F]$-flutemetamol, and by CSF $\beta$-amyloid$_{1-42}$ levels in the CSF substudy);
- aducanumab-mediated $\beta$-amyloid lowering on downstream disease-related pathophysiological processes (intracellular tau accumulation as measured by CSF p-tau levels, and neurodegeneration as measured by CSF t-Tau levels) in the CSF substudy; and
- aducanumab on downstream tau pathophysiology as assessed by $[^{18}F]$-MK-6240 Tau PET in a substudy.

Additionally, the effects of aducanumab on brain volume change as measured by MRI was assessed in all participants; this is considered a nonspecific measure of neurodegeneration.

In addition to the baseline assessment, clinical measures were evaluated at 6 months, 1 year, and 18 months, amyloid PET was done at 6 months and 18 months (Figure 4), CSF and Tau PET

Aducanumab
Advisory Committee Briefing Document                                    Alzheimer's Disease

assessments were done at 18 months, and MRI (as a biomarker assessment) was done at
6 months and 18 months.

### Population

The Phase 3 studies were conducted in participants 50 to 85 years of age (inclusive) with early
symptomatic Alzheimer's disease who were positive for brain amyloid pathology as assessed by
PET. Participants must have had a baseline MMSE score of 24 to 30 (inclusive) and a CDR
global score of 0.5. Both ApoE ε4 carriers and ApoE ε4 noncarriers were enrolled.

Per the study protocols, ~80% participants in both studies had a baseline clinical diagnosis of
MCI due to Alzheimer's disease [Albert 2011], with ~20% having a diagnosis of mild
Alzheimer's disease dementia [McKhann 2011].

### Clinical endpoints

Once symptoms are noticeable, Alzheimer's disease is characterized by progressive decline in
cognition and function, including memory, language, executive and visuospatial function,
personality, and behavior, which causes loss of abilities to perform instrumental and/or basic
activities of daily living.

The clinical efficacy scales used in the Phase 3 studies were chosen because they are regarded as
appropriate measures for the patient population included in the studies, i.e., with apparent
detectable abnormalities on neuropsychological measures, and mild but detectable functional
impairment. Disease progression in this early symptomatic patient population is expected to be
slow over this timeframe.

Five clinical efficacy scales were selected to measure the broad array of symptoms experienced
by individuals with Alzheimer's disease:  CDR-SB, MMSE, ADAS-Cog13, ADCS-ADL-MCI,
and NPI-10. All of these scales are well-validated and are commonly used in Alzheimer's
disease clinical research.  Furthermore, assessments on these 5 scales collectively reflect several
independent sources of information:  the patient, caregiver, and independent clinical assessors.
The total scores of these 5 scales indicate the severity of the disease, with changes over time
reflecting clinical progression.

The primary outcome, CDR-SB, is a measure of both cognition and function and has been
established as an appropriate measure in early symptomatic Alzheimer's disease [Cedarbaum
2013]; this was shown in our own program in Study 103 (Sections 3.1.2 and 3.7). The secondary
(MMSE, ADAS-Cog13, ADCS-MCI-ADL) and tertiary (NPI-10) efficacy outcome measures all
complement the CDR-SB, and each provides important and largely independent information,
with minimal overlap across measures.  This wide array of cognitive, functional, and
neuropsychiatric measures provides a comprehensive and thoroughly validated assessment of the
Alzheimer's disease state, with demonstrated sensitivity to change as the disease progresses.

Alzheimer's disease severity subsumes a range of different manifestations that are heterogeneous
in nature (i.e., they each arise independently and at possibly different rates, out of a common
disease pathophysiology that progresses with some anatomic and physiologic variation). Within
this universe of disease manifestations, test results may be associated with one another. Some
may be correlated because they are duplicative (e.g., orientation is a construct that is similarly
tested in the CDR-SB, the MMSE, and the ADAS-Cog13). Alternatively, associations may be

Aducanumab
Advisory Committee Briefing Document                                    Alzheimer's Disease

causative (i.e., memory impairment and dyspraxias rated on the ADAS-Cog13 can causally contribute to difficulties in cooking a meal [rated on the ADCS-ADL-MCI]). Therefore, the constructs will change over time in tandem as disease progresses, and in that sense, they can correlate with one another.

To assess the independent contribution of each scale, Principal Component Analyses of individual items from the primary and 3 secondary outcome measures were conducted on natural history data (Alzheimer's Disease Neuroimaging Initiative [ADNI]) and the placebo groups of Studies 301 and 302.

This showed that a large number of factors  is needed to explain the majority (approximately 80%) of the information in the 4 scales, thus demonstrating that the CDR, MMSE, and ADAS-Cog13 each measure different aspects of the cognitive state of the patient, and that there is very little overlap among them. Similarly, while CDR and ADCS-ADL-MCI both measure the functional state of the patient, each provides information that is minimally covered by the other. The NPI-10 measures several dimensions of neuropsychiatric and behavioral symptoms that are distinct from one another and from the cognitive and functional symptom items on the other scales.

It is important to distinguish principal components from correlated changes in symptoms over time.  Principal components address questions about what underlying constructs the scales measure, based on the individual items of the scales. It is possible, often likely, that independent principal components will have highly correlated changes over time as the symptoms of Alzheimer's disease progress together. In other words, changes in total scores of efficacy scales can be highly correlated yet the scales measure largely independent factors.

The CDR-SB and the secondary efficacy assessments were conducted by 2 different trained health care professionals (raters), and neither rater was permitted to perform other study assessments (e.g., safety assessments) or have access to any other clinical data. This was done to protect against the potential for functional unblinding.

The primary clinical efficacy outcome measure, CDR-SB, was discussed with and accepted by FDA as part of its Special Protocol Assessment (SPA) of the Phase 3 protocols in 2015 as a single primary efficacy outcome measure. Disease progression, measured as change from baseline on CDR-SB, reflects evolving disability on both cognition and functional abilities, and was deemed adequate to assess the effects of the drug. The FDA endorsed a statistically significant effect on the CDR-SB as a clinically meaningful outcome. The secondary clinical efficacy measures (MMSE, ADAS-Cog13, and ADCS-ADL-MCI) were accepted as providing supportive information.

### Clinical Dementia Rating Scale – Sum of Boxes (CDR-SB)

The primary endpoint was the change from baseline in CDR-SB at Week 78. The scale integrates assessments from 3 domains of cognition (memory, orientation, judgment/problem-solving) and 3 domains of function (community affairs, home/hobbies, personal care). Following caregiver interview and systematic patient examination, the rater assigns a score that best describes the patient's current performance level in each of these essential domains of life functioning. Detailed anchors guide scoring to reflect the severity of performance disability in each domain. Prespecified severity anchors range from none = 0, questionable = 0.5, mild = 1, moderate = 2 to severe = 3 (the personal care domain omits the 0.5 score).  The "sum of boxes" scoring

30

Aducanumab
Advisory Committee Briefing Document                                    Alzheimer's Disease

methodology sums the score for each of the 6 domains and provides a value ranging from 0 to 18 that can change in increments of 0.5 or greater. Higher scores indicate greater disease severity.

### Mini-Mental State Examination (MMSE)

The first-ranked secondary efficacy endpoint was the change from baseline in MMSE at Week 78. The MMSE is a widely used performance-based test of global cognitive status. It has several known limitations impacting sensitivity to change, particularly in earlier disease stages: substantial ceiling effects, sensitivity to practice effects, scores are impacted by patients' educational achievement, and learning effects are observed [Chapman 2016; Franco-Marina 2010; Galasko 1993; Spencer 2013]. Also, the MMSE lacks items reflecting executive dysfunctions often seen in early clinical stages. It consists of 11 tasks that assess orientation, word recall, attention and calculation, language abilities, and visuospatial functions [Folstein 1975]. The scores from the 11 tests are combined to obtain the total score, which ranges from 0 to 30, with lower scores over time indicating increasing cognitive impairment.

### Alzheimer's Disease Assessment Scale – Cognitive Subscale (13-Item version) (ADAS-Cog13)

The second-ranked secondary efficacy endpoint was the change from baseline in ADAS-Cog13 at Week 78. ADAS-Cog13 comprises both cognitive tasks and clinical ratings of cognitive performance [Mohs 1997; Rosen 1984]. The scale items capture word recall, ability to follow commands, the ability to correctly copy or draw an image, naming, the ability to interact with everyday objects, orientation, word recognition, memory, comprehension of spoken language, word-finding, and language ability, with a measure for delayed word recall and concentration/distractibility.  The total score ranges from 0 to 85.  An increase in score over time indicates increasing cognitive impairment.

### Alzheimer's Disease Cooperative Study - Activities of Daily Living Inventory (Mild Cognitive Impairment version) [ADCS-ADL-MCI]

The third-ranked secondary efficacy endpoint was the change from baseline in ADCS-ADL-MCI at Week 78. The ADCS-ADL-MCI consists of 17 instrumental items (e.g., shopping, preparing meals, using household appliances) and 1 basic item (getting dressed). Ratings reflect caregiver observations about the patient's actual functioning over the previous month and provide an assessment of change in the functional state of the participant over time. The total score ranges from 0 to 53, with lower values over time reflecting functional deterioration.  The ADCS-ADL has been used as an endpoint in Alzheimer's disease clinical trials of symptomatic therapies [Bullock 2005; Tariot 2000] and more recently as a co-primary endpoint with ADAS-Cog in an anti-Aβ trial [Doody 2014].

### Neuropsychiatric Inventory-10 (NPI-10)

The study included a single tertiary clinical efficacy endpoint: change from baseline in NPI-10 at Week 78. The NPI-10 is completed by an interviewer with the study partner informant and systematically indexes the presence, frequency, and severity of 10 neuropsychiatric symptoms: delusions, hallucinations, depression/dysphoria, anxiety, apathy, euphoria, irritability/lability, disinhibition, agitation/aggression, and aberrant motor behavior [Cummings 2020]. The total score ranges from 0 to 120, with higher scores indicating worse symptoms.

31

Aducanumab
Advisory Committee Briefing Document                                        Alzheimer's Disease

**Doses studied**

The Phase 3 studies compared the effects of 2 dosing regimens of aducanumab versus placebo over the 18-month placebo-controlled period. Participants were randomized 1:1:1 to aducanumab low dose, aducanumab high dose, or placebo. The randomization was stratified by ApoE ε4 status.

Aducanumab 10 mg/kg was hypothesized to be the most efficacious dose, based on results from nonclinical studies (Section 2.3.2) and Study 103 (Section 3.1.2). However, at initiation of the Phase 3 studies, due to a more limited understanding of ARIA than today and with the aim to reduce the incidence of ARIA, both the aducanumab low and high doses differed based on the participants' ApoE ε4 status, as shown below. Consequently, at the beginning of the studies, only ApoE ε4 noncarriers (approximately one-third of the participants in the high-dose arm) were randomized to 10 mg/kg. Additionally, to mitigate ARIA, each target dose was reached after a titration period. For the hypothesized efficacious dose of 10 mg/kg, the titration period was 6 months (i.e., 6 months of titration to the target dose was followed by 14 doses of 10 mg/kg over the next 12 months).

Dosing Protocol Versions 1-3

- Low dose:
    - ApoE ε4 carriers: 3 mg/kg after titration over 8 weeks
    - ApoE ε4 noncarriers: 6 mg/kg after titration over 24 weeks
- High dose:
    - ApoE ε4 carriers: 6 mg/kg after titration over 24 weeks
    - ApoE ε4 noncarriers: 10 mg/kg after titration over 24 weeks

In 2017, based on ARIA data from the final enrolled cohort of Study 103, the Phase 3 protocols were amended mid-study (in Protocol Version 4) to increase the high dose in ApoE ε4 carriers to 10 mg/kg. These changes were made in consultation with the independent Data Monitoring Committee used for the aducanumab program as well as global regulators.

Dosing Protocol Versions 4-6

- Low dose:
    - Unchanged
- High dose:
    - 10 mg/kg (after titration over 24 weeks) in all participants regardless of the participant's ApoE ε4 status

This change in dosing is illustrated in Figure 4.

Aducanumab
Advisory Committee Briefing Document                              Alzheimer's Disease

**Figure 4:      Schematic of Study Design including Aducanumab Doses (Pre- and Post-Protocol Version 4)**



## ARIA management

At the start of the Phase 3 program, ARIA was managed using rules largely similar to those then in place in Study 103.

More specifically, Protocol Version 1 mandated dosing suspension under certain circumstances (e.g., if ARIA was accompanied by mild or moderate symptoms, or if ARIA-E was radiographically moderate or severe regardless of whether symptoms were present). Dosing could be resumed at the next lower dose after the event resolved; these participants were then required to remain at that dose for the duration of the trial.  Under other circumstances (e.g., if symptoms of greater severity were present), dosing was required to be discontinued permanently.

With Protocol Version 3 several changes in ARIA dose management were implemented:

- For participants who suspended dosing due to ARIA, after resolution of the findings (1) participants could resume dosing at the same dose, and (2) participants could continue titration to the target dose.

- Participants with severe or serious symptoms (other medically important events only) could suspend dosing rather than discontinue permanently.

33

These changes had the effect of enabling more subjects to continue on aducanumab, and also enabled more of those participants to reach their assigned target dose.

**Statistical methods**

The primary, secondary, and tertiary efficacy endpoints as well as brain amyloid endpoints were analyzed according to the prespecified analysis plan. In some instances (noted in the data tables), post hoc analyses were conducted; these included analyses of some exploratory endpoints and some sensitivity analyses.

For the primary and secondary endpoints, a prespecified sequential testing procedure that was agreed to by FDA as part of the SPA agreement was used to control the type 1 error rate (rate of false positive results). For other endpoints, statistical significance is considered nominal.

The Phase 3 Statistical Analysis Plans were dated September 12, 2018, and an Addendum to the plan dated November 4, 2019 was finalized prior to database lock.

The Statistical Analysis Plan Addendum did not alter the prespecified primary analysis methods as documented in the September 2018 Statistical Analysis Plan, except for specifying that the primary analysis would exclude efficacy data collected after March 20, 2019, per agreement with FDA at the October 21, 2019 Type C meeting.  Additionally, no censoring of data was applied to biomarker, PK, and safety data.

The impact of early termination is discussed in Section 3.2.

---

**The FDA's Position:**

The SPA agreements for Studies 301 and 302 indicate FDA's concurrence with the critical elements of the overall protocol design.

FDA agrees with the description of the design of Studies 301 and 302.

CDR-SB is a scale that adequately and meaningfully assesses both daily function and cognitive effects in an integrated manner and is consistent with FDA guidance on clinical endpoints appropriate for Stage 3 patients. FDA accepts a statistically significant change on an inherently meaningful instrument such as CDR-SB as evidence of a clinically meaningful effect.

---

## 3.2.    Early Termination of the Phase 3 Studies

**The Applicant's Position**

### 3.2.1.    Prespecified interim analysis and outcome

An interim analysis for futility was prespecified in the study protocols and statistical analysis plan, to allow for the early termination of the studies in the event that the analysis showed the drug to be obviously ineffective, thereby limiting exposure to placebo and the drug.

The Phase 3 protocols and statistical analysis plans specified that an interim analysis would be performed after approximately the first 50% of participants in the studies had the opportunity to

Aducanumab
Advisory Committee Briefing Document                                    Alzheimer's Disease

complete (OTC) the Week 78 primary efficacy assessment. The data cutoff date for the prespecified futility analysis was December 26, 2018.

The interim analysis was pre-specified as a futility analysis only, with no possibility of stopping for positive efficacy.  Therefore, no need exists for alpha adjustment.

To maintain the integrity of the study, an independent group external to Biogen, which was not involved in the conduct of the study, performed the analysis. The independent Data Monitoring Committee reviewed the unblinded results of the interim analysis and, based on prespecified criteria, made the recommendation to Biogen to terminate the studies. Biogen leadership reviewed the results and accepted the independent Data Monitoring Committee's recommendation.

The prespecified criteria for futility were primarily based on conditional power for CDR-SB, which is the probability calculated on the data at the interim analysis that the final analysis would show statistical significance in favor of aducanumab. The studies were to be considered futile if the conditional power was less than 20%. The conditional power for each study was calculated on a future estimate based on <u>pooled</u> data from Studies 301 and 302.

The use of pooled data was based on the fact that the pooling approach has better operating characteristics than the approach based on single-trial data, if there is only small to moderate heterogeneity on the treatment effects between the 2 studies [Deng 2020]. As the two Phase 3 studies were identically designed, large heterogeneity was not expected.

The results of the prespecified futility analysis showed that estimated conditional power values, based on the pooled data, for the CDR-SB in the high-dose group were 12% for Study 302 and 0% for Study 301. As such, the probability of a statistically significant difference was below the prespecified cutoff of 20%. With the futility criteria met, on March 21, 2019 Biogen announced the termination of the aducanumab Phase 3 program.

### 3.2.2.      Futility results (based on pooled December 2018 data) did not accurately reflect results of the individual studies

While the prespecified futility criteria were met (based on the pooled December 2018 data, as prespecified), the conditional power values differed between studies (0% for 301 and 12% for 302), and this was reflected in the individual study results based on that same dataset using the prespecified primary efficacy analysis methods. Specifically, the individual study results using the prespecified primary efficacy analysis methods on the December 2018 data showed:

- A percent treatment difference favoring high-dose aducanumab of -18% on the CDR-SB was seen in Study 302, whereas a percent treatment difference of 15% on CDR-SB favoring placebo was seen in Study 301.

This outcome violated a key assumption in the estimation of conditional power, namely that the treatment effect in the two studies would be similar. Because of this, after the futility announcement, and in response to a subsequent FDA request, the conditional power was re-estimated for the individual studies. Results of this non-pooled analysis yielded conditional power estimates of 0% and 59% on the primary endpoint for the high dose in Studies 301 and 302, respectively.

In brief, using the non-pooled analysis, the studies would not have met futility criteria.

Aducanumab
Advisory Committee Briefing Document                                    Alzheimer's Disease

A second assumption in estimating conditional power was also violated: the assumption that the treatment effect would not change substantially over time in these studies. As will be discussed in Section 3.3, analysis of data up to the time of the futility decision (March 20, 2019) showed an improved treatment effect relative to the December (futility) dataset for both Studies 302 and 301. As expected, this improved treatment effect (relative to the December [futility] dataset) was also confirmed by the final data analysis, as described in Sections 3.4.2 and Section 3.5.2.

Therefore, although the criteria for the futility analysis were prespecified, two key assumptions on which the futility analysis was based were invalid, and results of the futility analysis yielded inaccurate predictions for the final outcomes.

Reasons for these inaccurate predictions, as well as for the differences between Studies 302 and 301, are explored in Section 3.6.

> **The FDA's Position:**
>
> The FDA acknowledges that the Applicant followed the prespecified plan by announcing the termination of the aducanumab Phase 3 studies in response to the futility analysis. At the June 14, 2019, Type C meeting, however, FDA stated, "it would have been more appropriate if futility had not been declared for those studies." Upon initial receipt of the summary of the futility analysis results, the FDA also noted the apparently divergent effects of the high dose of aducanumab between Study 301 and 302 on primary and secondary efficacy parameters. In preliminary comments to the June 14, 2019, Type C Meeting, the FDA therefore asked the Applicant to provide conditional power estimates if non-pooled futility analyses had been performed for each study independently. The assumption that the treatment effect would be similar in the two studies was clearly not realized. The assumption that the treatment effect would not substantially change during the study was also not met.

## 3.3.     Post-Futility

### 3.3.1.     Analysis of a larger dataset

After the futility announcement, in an effort to understand why the studies had divergent outcomes based on the December 2018 dataset (see Section 3.2.2), Biogen ran the primary analyses using all data collected up to March 20, 2019 (futility decision).

All data included in this larger dataset (March 2019 ITT dataset) had been collected under rigorous, unchanged, protocol-specified, double-blind conditions, as the studies had continued to be conducted per the clinical study protocols until the futility announcement.

In the March 2019 ITT dataset, 66% of participants from Study 301 and 60% of participants from Study 302 had the opportunity to complete the Week 78 assessments. The March 2019 ITT data also included 100% of participants who had the opportunity to complete the Week 26 assessments and over 80% with the opportunity to complete the Week 50 assessments (both studies).

With the addition of these substantial additional data in the March 2019 ITT dataset, analysis of the data using the prespecified primary analysis methods yielded results that differed from the

Aducanumab
Advisory Committee Briefing Document                                    Alzheimer's Disease

results in the December 2018 dataset.  The March ITT data were preliminary, in that following the March 21, 2019, futility announcement, collection of Phase 3 data and data cleaning continued (although dosing had been stopped, with no doses administered after March 20, 2019). Results based on the final data, following database lock in November 2019, showed that the final results were consistent with these preliminary March ITT results. Specifically:

- Study 302 showed an improved treatment effect, with the percent treatment difference favoring high-dose aducanumab changing from -18% on the CDR-SB in the interim (December 2018) results to -22%.

- In Study 301, the results for the high dose no longer showed marked worsening as compared with placebo, with the treatment difference favoring placebo changing from 15% to 2% on the CDR-SB.

### 3.3.2.    Biogen-FDA Collaborative Investigation

Biogen shared the March 2019 ITT results with the FDA, seeking the Agency's counsel and expert opinion on the appropriateness and interpretation of the analyses. The FDA indicated in the June 14, 2019 Type C meeting minutes that, "it is possible, on face, that the effects of aducanumab in Study 302 might not only be interpreted as being supportive of the efficacy of that compound in Alzheimer's disease, but might also be considered exceptionally persuasive on several of the instruments used to evaluate efficacy." Furthermore, based on the data presented by Biogen, FDA referred to the prespecified plan for the futility analysis in the meeting minutes as "flawed," and indicated that "it would have been more appropriate if futility had not been declared for those studies."

As described in Section 2.5, the FDA and Biogen agreed that further analyses of the Phase 3 data were needed to determine the next steps for the aducanumab development program. Considering the significant unmet need for Alzheimer's disease, and the possibility that aducanumab could be an effective drug for the treatment of Alzheimer's disease, the FDA considered it "imperative that extensive resources be brought to bear on achieving a maximum understanding of the existing data," as stated in the June 2019 Type C meeting minutes. The FDA further stated in the minutes, "Given the wholly unique situation that is the current state of the aducanumab development program …, those further analyses would best be conducted as part of a bilateral effort involving the Agency and sponsor, i.e., through a 'workstream' or a 'working group' collaboration."

### 3.3.3.    Interpretability of Phase 3 data

A first objective agreed upon between Biogen and the FDA was to determine whether the Phase 3 data were valid and interpretable, given the early termination of the studies. It was agreed that this assessment was a prerequisite to embarking on any other analyses.

To address the question of interpretability, in the context of the studies having been inappropriately terminated early, Biogen and the FDA agreed to take the novel approach of "virtually completing" the Phase 3 trials. Virtual completion of the trials was done using statistical modeling and simulation based on information from the observed data from the March 2019 dataset to understand the range of plausible final trial outcomes if the trials had run to

Aducanumab
Advisory Committee Briefing Document                                  Alzheimer's Disease

completion.  Two prospectively defined approaches were agreed on prior to being conducted by Biogen:

- Approach 1 addressed the question: Given the data seen at the time of the futility declaration, what was the range of plausible results had the studies run to completion? Approach 1 simulated completion of the existing trials (i.e., supplemented the large amount of observed data with 1000 simulated outcomes for the data that were administratively censored due to the early termination of the trials).

- Approach 2 addressed the question: Given the data seen at the time of the futility declaration, what was the range of plausible results if a large number of trials like these were run start to finish? Approach 2 virtually completed 5000 trials with fully simulated data, informed by the observed data.

Within each approach, several parameterizations were used to predict the unobserved data in order to assess outcomes over the plausible range. Approach 1 was considered the primary assessment because observed outcomes were included, and what would have happened at completion of the existing trials was considered the key question.  Approach 2 provided supportive evidence.

For each study, consistent results were obtained across all parameterizations, and the results for each study were also consistent with the observed results of the terminated studies.

- For Study 302, of the 1000 simulated studies in Approach 1, 94% yielded a statistically significant difference for high-dose aducanumab versus placebo on the CDR-SB, and for the 5000 simulated studies in Approach 2, the corresponding percentage was 90%. Higher percentages of a statistically significant result were seen for the ADAS-Cog13 and ADCS-ADL-MCI (up to 99%), and lower percentages for MMSE (as low as 76%).

- In contrast, Study 301 yielded low success rates for high-dose aducanumab.

In other words, the results of the virtually completed trials were highly consistent with those of the terminated trials.

### 3.3.4.    Conclusions

Based on these results, the FDA and Biogen jointly concluded that early termination of the Phase 3 program did not compromise the ability to interpret the results. Results of the two trials were jointly concluded to be reliable and interpretable on face and reflected an accurate representation of the effects of aducanumab. As such, the data were suitable for further analysis. The October 2019 Type C meeting minutes state, "we agree that the results of Studies 301 and 302 are interpretable and suitable for additional consideration."

At this juncture Biogen and the FDA also agreed that the dataset to be used in the final analysis of Phase 3 data would be based on all data through database lock (November 2019), with efficacy data after March 20, 2019, censored.

Aducanumab
Advisory Committee Briefing Document                              Alzheimer's Disease

> **The FDA's Position:**
>
> The FDA agrees with the discussion and conclusions presented by the Applicant in Section 3.3.

## 3.4.     Summary of Study 302

### 3.4.1.     Disposition, Demographics, and Baseline Characteristics

**The Applicant's Position**

Final Study 302 data were analyzed using the prespecified analysis plan.

A total of 1638 participants were randomized and dosed in the study. Of these, 90.4% of participants were either still on study or had completed the study as of March 20, 2019. Among those who had the opportunity to complete the Week 78 visit by March 20, 2019, 87.6% completed the study.

Overall, 9.6% of all randomized and dosed participants had withdrawn from the study as of March 20, 2019. Among those with the opportunity to complete the Week 78 visit, 12.4% withdrew from study prematurely. The degree of participants prematurely withdrawing from the study was low. In general, Alzheimer's disease studies of this duration have reported a premature withdrawal rate of 20% to 30% [Doody 2014; Salloway 2014; Sevigny 2016]. To address this, the study power calculation included an assumption of a 20% dropout rate.

Demographics and baseline characteristics were similar across treatment groups. Per protocol design, most participants had a diagnosis of MCI due to Alzheimer's disease (81.6%), while 18.4% of participants had mild Alzheimer's disease dementia (Table 2). Mean baseline MMSE scores were 25.9 for participants with mild Alzheimer's disease dementia and 26.4 for participants with MCI due to Alzheimer's disease. Demographics and baseline characteristics were well balanced across treatment groups within the PET substudy.

Aducanumab
Advisory Committee Briefing Document                                    Alzheimer's Disease

**Table 2:        Demographics and Baseline Characteristics – ITT Population**

| | PBO (N=548) | Low dose (N=543) | High dose (N=547) | Total (N=1678) |
|---|---|---|---|---|
| Age in years, mean ± SD | 70.8±7.40 | 70.6±7.45 | 70.6±7.47 | 70.7±7.43 |
| Sex, Female n (%) | 290 (52.9) | 269 (49.5) | 284 (51.9) | 843 (51.5) |
| Race | | | | |
|   Asian n (%) | 47 (8.6) | 39 (7.2) | 42 (7.7) | 128 (7.8) |
|   White n (%) | 431 (78.6) | 432 (79.6) | 422 (77.1) | 1285 (78.4) |
| Education years, mean ± SD | 14.5±3.68 | 14.5±3.63 | 14.5±3.60 | 14.5±3.63 |
| Alzheimer's disease medications used, n (%) | 282 (51.5) | 281 (51.7) | 285 (52.1) | 848 (51.8) |
| ApoE ε4, n (%) | | | | |
|   Carriers | 368 (67.2) | 362 (66.7) | 365 (66.7) | 1095 (66.8) |
|   Noncarriers | 178 (32.5) | 178 (32.8) | 181 (33.1) | 537 (32.8) |
| Clinical stage, n (%) | | | | |
|   MCI due to Alzheimer's disease | 446 (81.4) | 452 (83.2) | 438 (80.1) | 1336 (81.6) |
|   Mild Alzheimer's disease | 102 (18.6) | 91 (16.8) | 109 (19.9) | 302 (18.4) |
| PET SUVR, mean composite ± SD | 1.375±0.1748 | 1.394±0.1837 | 1.383±0.1833 | 1.384±0.1805 |
| (n) - PET substudy only | (159) | (159) | (170) | (488) |

Abbreviations: PBO = placebo; SUVR = standard uptake value ratio.
Data source: 221AD302/CSR/T-DM-PC; 221AD302/CSR/T-BL-CHAR-PC; 221AD302/CSR/T-BL-CHAR-PET-PC

Aducanumab
Advisory Committee Briefing Document                    Alzheimer's Disease

---

**The FDA's Position:**

The FDA agrees with the Applicant's presentation of disposition, demographics, and baseline disease characteristics for Study 302.

---

### 3.4.2.    Efficacy

**The Applicant's Position**

Study 302 is a robustly positive study and is the primary contributor to substantial evidence of the effectiveness of aducanumab.

Aducanumab slowed clinical decline in early symptomatic Alzheimer's disease participants, as evidenced by statistically significant effects across the primary endpoint, all 3 secondary endpoints, and the tertiary efficacy endpoint. These 5 scales each measure different aspects of the disease (Section 3.1.3). Therefore, the consistent benefit of aducanumab versus placebo in these diverse endpoints reflects broad efficacy across different and important aspects of Alzheimer's disease. The clinical results confirmed the earlier results seen in the independently conducted Study 103 (Sections 3.1.2 and 3.7).

**Primary efficacy endpoint – primary analysis**

The primary efficacy endpoint analyses based on the ITT population demonstrated the following:

- Aducanumab high dose resulted in a statistically significant reduction in clinical decline compared with placebo at Week 78, as measured on the primary efficacy outcome measure, CDR-SB (22% less decline, p = 0.0120) [Table 3, Figure 5].

- Aducanumab low dose showed a numerical advantage over placebo on the CDR-SB at Week 78. This result is indicative of a dose-response relationship (Table 3, Figure 5).

- In an additional analysis using the same methods as the primary analysis, aducanumab high dose had a consistent effect across all 6 domains of the CDR (i.e., orientation, memory, judgment and problem solving, community affairs, home and hobbies, and personal care) as compared with placebo, with treatment differences ranging from -15% to -32% (Table 4).

Aducanumab
Advisory Committee Briefing Document                                      Alzheimer's Disease

**Table 3:** **Primary Efficacy Endpoint Analysis: Change from Baseline on the CDR-SB at Week 78 in Study 302**

| | | Difference vs PBO[a] (%) p-value | |
|---|---|---|---|
| | PBO decline (N=548) | Low dose (N=543) | High dose (N=547) |
| CDR-SB | n=288 1.74 | n=290 -0.26 (-15%) 0.0901 | n=299 -0.39 (-22%) 0.0120 |

Abbreviations: N = numbers of all randomized and dosed participants that were included in the analysis; n: numbers of randomized and dosed subjects with primary endpoint assessment at Week 78; PBO = placebo
[a]Difference vs placebo at Week 78. Negative percentage means less progression in the treated arm.
Note: The primary analysis was conducted on the ITT population excluding data collected after March 20, 2019.
Note: A mixed model for repeated measures was used as the primary analysis to analyze change from baseline in the CDR-SB using fixed effects of treatment group, time (categorical), treatment group-by-time interaction, baseline CDR-SB, baseline CDR-SB by time interaction, baseline MMSE, Alzheimer's disease symptomatic medication use at baseline, region, and laboratory ApoE ε4 status.
Data source: 221AD302/CSR/T-CDR-MMRM-PC


**Table 4:** **Change from Baseline on CDR Items at Week 78 in Study 302**

| | | Difference vs PBO[a] (%) p-value |
|---|---|---|
| | PBO decline (N=548) | High dose (N=547) |
| CDR-SB | n=288 1.74 | n=299 -0.39 (-22%) 0.0120 |
| Memory | 0.25 | -0.07 (-28%) |
| Orientation | 0.34 | -0.08 (-24%) |
| Judgment and problem solving | 0.28 | -0.07 (-25%) |
| Community Affairs | 0.31 | -0.07 (-23%) |
| Home and Hobbies | 0.29 | -0.07 (-24%) |
| Personal Care | 0.20 | -0.03 (-15%) |

Abbreviations: N = numbers of all randomized and dosed participants that were included in the analysis; n: numbers of randomized and dosed subjects with primary endpoint assessment at Week 78; PBO = placebo
[a]Difference vs placebo at Week 78. Negative percentage means less progression in the treated arm.
Note:  The CDR item analysis was post hoc.
Note: The analysis was conducted on the ITT population excluding data collected after March 20, 2019.
Note: A mixed model for repeated measures was used as the primary analysis to analyze change from baseline in the CDR score using fixed effects of treatment group, time (categorical), treatment group-by-time interaction, baseline CDR score, baseline CDR score by time interaction, baseline MMSE, Alzheimer's disease symptomatic medication use at baseline, region, and laboratory ApoE ε4 status.
Data source: FDA/20200903/F-CDR-ITEM-BAR-MMRM-PC-302

Aducanumab
Advisory Committee Briefing Document                                    Alzheimer's Disease

**Figure 5:        Change From Baseline on the CDR-SB Over Time in Study 302**



\* p < 0.05
Note: Results were based on a mixed model for repeated measures, with change from baseline in CDR-SB as
dependent variable and with fixed effects of treatment group, categorical visit, treatment-by-visit interaction,
baseline CDR-SB, baseline CDR-SB by visit interaction, baseline MMSE, Alzheimer's disease symptomatic
medication use at baseline, region, and laboratory ApoE ε4 status.
Data source: 221AD302/CSR/T-CDR-MMRM- PC

**Primary efficacy endpoint – supplementary analyses**

The primary analysis excluded all data that became available after the decision to discontinue the
aducanumab program was made public, on March 21, 2019, to limit the potential introduction of
bias. In response to FDA feedback, an analysis based on all data from all participants (i.e., with
no censoring of data after March 20, 2019) from the ITT population was included in the
Statistical Analysis Plan Addendum (finalized prior to database lock). Results from this
uncensored ITT analysis (Table 5) show that the magnitude of treatment effect (25% reduction)
and statistical significance (p = 0.0029) at the primary endpoint were maintained in the
uncensored ITT analysis despite the participants' having been off treatment for up to 18 weeks
prior to the last assessment.

An additional analysis specified in the Addendum was performed using data from participants
who had the opportunity to complete (OTC) the Week 78 visit by March 20, 2019. The
advantage of including only those participants with the opportunity to complete the Week 78
visit by that date was that the amount of missing Week 78 data (necessitating imputation) was
low, which is more similar to what would have been the case had the studies run to completion.
Results of this additional OTC analysis were consistent with those for the primary analysis and
the uncensored ITT analysis, showing a 22% reduction in decline for high dose aducanumab as
compared with placebo (p = 0.0368).

Aducanumab
Advisory Committee Briefing Document                          Alzheimer's Disease

**Table 5:    Change from Baseline in CDR-SB at Week 78 in Study 302: Uncensored Analysis and OTC Analysis**

| | Uncensored ITT Analysis [a] | | | OTC Analysis [b] | | |
|---|---|---|---|---|---|---|
| | | Diff vs PBO [c] (%) p-value | | | Diff vs PBO [c] (%) p-value | |
| | PBO decline (N=548) | Low dose (N=543) | High dose (N=547) | PBO decline (N=313) | Low dose (N=329) | High dose (N=340) |
| **CDR-SB** | n = 408 | n = 399 | n = 403 | n = 288 | n = 290 | n = 298 |
| | 1.79 | -0.22 (-12%) 0.1273 | -0.44 (-25%) 0.0029 | 1.61 | -0.27 (-17%) 0.1188 | -0.36 (-22%) 0.0368 |

Abbreviations: Diff = difference; N = numbers of randomized and dosed subjects that were included in the analysis; n: numbers of randomized and dosed subjects with primary endpoint assessment at Week 78; OTC = opportunity to complete (Week 78); PBO = placebo.
[a] Uncensored analysis was conducted on the ITT population including all data collected in the placebo-controlled period; p values are nominal.
[b] OTC analysis was conducted on the ITT population who had the opportunity to complete the Week 78 visit by March 20, 2019; p-values are nominal.
[c] Difference vs placebo at Week 78. Negative percentage means less progression in the treated arm.
Data source: 221AD302/CSR/T-CDR-MMRM-ALL-PC; 221AD302/CSR/T-CDR-MMRM-OTC-PC

**Primary efficacy endpoint – Sensitivity analyses**

Sensitivity analyses assessed the robustness of the treatment effect to early treatment discontinuation, the use of or changes in Alzheimer's disease symptomatic medications, and different assumptions for missing data. Several sensitivity analyses were prespecified, as listed below. The jump to reference analysis was not prespecified but was conducted given that this method is a most conservative assessment of missing data.

As seen in Table 6, in these sensitivity analyses, results for the high dose are consistent with the primary analysis.

- **Censoring after intercurrent events:** Excluding data after intercurrent events (i.e., after early withdrawal or change in concomitant medications) estimates the result expected if all participants adhered to their randomized treatment.

- **Copy increment from reference:** This approach was prespecified to estimate what would have happened if participants who prematurely withdrew from study and a similar proportion of those ongoing participants who could have withdrawn prematurely if the study had not been terminated (i.e., a total of 12% of the ITT population) retained the benefit gained from their prior treatment but progressed as if they were on placebo after withdrawal.

- **Jump to reference:** This approach was not prespecified but is the most conservative method among this family of sensitivity analysis approaches. It assumes that participants who withdrew early and a similar proportion of those ongoing participants who could have withdrawn prematurely if the study had not been terminated (i.e., a total of 12% of the ITT population) immediately lost benefit from previous study treatment and progressed as placebo afterward.

44

Aducanumab
Advisory Committee Briefing Document                                    Alzheimer's Disease

Therefore, across several different sensitivity analyses, statistical significance of the high-dose arm was consistently maintained.

Finally, in the **tipping point analysis**, this prespecified delta adjustment approach showed that in order to overturn statistical significance achieved in the primary efficacy endpoint analysis, subjects in the high-dose group who withdrew prematurely by March 20, 2019, and a similar proportion of those ongoing subjects who could have withdrawn prematurely if the study had not been terminated (i.e., a total of 12% of the ITT population) would have had to progress faster than the subjects in the placebo group. This is implausible, given that the large amount of post-treatment data collected after study termination showed no sign of high-dose participants performing worse than the placebo participants after discontinuing aducanumab (see the supplementary Uncensored ITT Analysis, above). The implausibility of the worsening needed to overturn the statistical significance reinforces the robustness of the primary analysis.

Two additional post hoc sensitivity analyses were used to assess the consequences of non-normality in the data (Table 6). The non-normality (i.e., right-skewness in the data) increased heterogeneity and could possibly bias estimates of treatment effects. The consequences of the non-normality were assessed by repeating the primary analysis on data that were "normalized" using a log-transformation, and a non-parametric procedure that used the ranked order of outcomes rather than the actual values. In the non-parametric and log-transformed analyses, the magnitude of the treatment effect was increased compared to the primary analysis (-0.44 and -0.49, respectively). The data transformations also decreased heterogeneity. Consequently, the p-value from the non-parametric analysis was 3-fold smaller than the primary analysis (0.0120 vs. 0.0041) and the p-value from the log-transform analysis was 20-fold smaller (0.0120 vs. 0.0006).

In summary, the treatment effect observed in the Study 302 high-dose arm was robust to a range of missing data assumptions and departures from normality assumptions.

Aducanumab
Advisory Committee Briefing Document                                        Alzheimer's Disease

**Table 6:**      **Change from Baseline to Week 78 on the CDR-SB, Primary Analysis and Prespecified and Post Hoc Sensitivity Analyses in Study 302, ITT Population**

|  | PBO decline (N=548) | Difference vs PBO (%) [a] p-value High dose (N=547) |
|---|---|---|
| **CDR-SB (primary analysis)** | 1.74 | -0.39 -22% 0.0120 |
| **Censoring after intercurrent events [b]** | 1.64 | -0.41 (-25%) 0.0119 |
| **Copy Increment from reference [c]** | 1.68 | -0.34 (-20%) 0.0289 |
| **Jump to reference [d]** | 1.68 | -0.33 (-20%) 0.0350 |
| **Log transformation to correct skewness [e]** | 1.40 | -0.49 (-35%) 0.0006 |
| **Nonparametric test [f]** | -- | **Hodges-Lehmann estimate of median difference [f]** -0.44 0.0041 |

Abbreviations: N = numbers of all randomized and dosed participants that were included in the analysis; PBO = placebo.
Note:  The primary analysis was conducted on the ITT population excluding data collected after March 20, 2019.
Note: A mixed model for repeated measures was used as the primary analysis to analyze change from baseline in the CDR-SB using fixed effects of treatment group, time (categorical), treatment group-by-time interaction, baseline CDR-SB, baseline CDR-SB by time interaction, baseline MMSE, Alzheimer's disease symptomatic medication use at baseline, region, and laboratory ApoE ε4 status.
[a] Difference vs placebo at Week 78. Negative percentage means less progression in the treated arm.
[b] Data collected after premature discontinuation of treatment and any change to concomitant Alzheimer's disease symptomatic medication were excluded.
[c] Missing data for participants in active drug groups were imputed using the copy increment from reference method. The missing data for participants still active in the placebo-controlled period on March 20, 2019 were imputed using the missing at random method, except for a portion that were assumed to be potential dropout if the study had not been terminated and were imputed using the copy increment from reference method
[d] Missing data for participants in active drug groups was imputed using the jump to reference method. The missing data for participants still active in the placebo-controlled period on March 20, 2019 were imputed using the missing at random method, except for a portion that were assumed to be potential dropout if the study had not been terminated and were imputed using the jump to reference method.
[e] A mixed model for repeated measures was fitted based on the log-transformed data and the results were then transformed back to the original scale. The p-values are for the difference at the log scale.
[f] Non-parametric test p-values were from a rank ANCOVA model of the change from baseline CDR-SB at Week 78 based on a dataset imputed with multiple imputation. Hodges-Lehmann estimator of median difference at Week 78 was calculated based on a dataset imputed with multiple imputation.
Note: Except for the primary analysis, all other p-values are nominal.
Data source: 221AD302/CSR/T-CDR-CIR-PC; 221AD302/CSR/T-CDR-CNSR-PC; ISE/CSR/T-CDR-MMRM-J2R-PC-302; ISE/CSR/T-CDR-MMRM-PC-LOG-302; 221AD302/CSR/T-CDR-NONPARAM-PC

**Secondary efficacy endpoints**

The primary efficacy endpoint results are supported by statistically significant differences favoring aducanumab high dose on all 3 secondary endpoints at Week 78.  Aducanumab high dose resulted in a reduction in clinical decline as measured on the MMSE (18% less decline, p = 0.0493), ADAS-Cog13 (27% less decline, p = 0.0097), and ADCS-ADL-MCI (40% less

Aducanumab
Advisory Committee Briefing Document                                    Alzheimer's Disease

decline, p = 0.0006), as compared with placebo (Table 7). Statistical significance was achieved using the prespecified sequential testing procedure to control the overall type 1 error rate.

As was seen with the primary efficacy results, aducanumab low dose had a numerical advantage over placebo on 2 of the 3 secondary endpoints at Week 78, which is suggestive of a dose-response relationship when considered with the difference observed between aducanumab high dose and placebo (Table 7).

**Table 7:        Primary and Secondary Endpoints at Week 78 in Study 302: ITT Population**

| | | Difference vs PBO [a] (%) p-value | |
|---|---|---|---|
| | **PBO decline (N=548)** | **Low dose (N=543)** | **High dose (N=547)** |
| **CDR-SB** | n=288 1.74 | n=290 -0.26 (-15%) 0.0901 | n=299 -0.39 (-22%) 0.0120 |
| **MMSE** | n=288 -3.3 | n=293 -0.1 (3%) 0.7578 | n=299 0.6 (-18%) 0.0493 |
| **ADAS-Cog13** | n=287 5.162 | n=289 -0.701 (-14%) 0.1962 | n=293 -1.400 (-27%) 0.0097 |
| **ADCS-ADL-MCI** | n=283 -4.3 | n=286 0.7 (-16%) 0.1515 | n=295 1.7 (-40%) 0.0006 |

Abbreviations: N = numbers of all randomized and dosed participants that were included in the analysis; n: numbers of randomized and dosed subjects with endpoint assessment at Week 78.
PBO = placebo.
[a] Difference vs placebo at Week 78. Negative percentage means less progression in the treated arm.
Note:  The analysis was conducted on the ITT population excluding data collected after March 20, 2019.
Note: A mixed model for repeated measures was used as the primary analysis to analyze change from baseline in the CDR-SB using fixed effects of treatment group, time (categorical), treatment group-by-time interaction, baseline CDR-SB, baseline CDR-SB by time interaction, baseline MMSE, Alzheimer's disease symptomatic medication use at baseline, region, and laboratory ApoE ε4 status. The change from baseline in MMSE, ADAS-Cog13 and ADCS-ADL-MCI scores were also analyzed using a mixed model for repeated measures.
Data source: Table 3; 221AD302/CSR/T-MMSE-MMRM-PC; 221AD302/CSR/T-ADAS-MMRM-PC; 221AD302/CSR/T-ADL-MMRM-PC.

A consistent treatment effect ranging from 26% to 51% was observed across all ADAS-Cog13 items that measure episodic memory, orientation, and attention. Furthermore, item-level analysis for the ADCS-ADL-MCI indicated a reduction in decline across a variety of daily activities, such as tasks related to personal hygiene and use of household appliances.

Results were robust across sensitivity and supplementary analyses.

**Tertiary efficacy endpoint – NPI-10**

Aducanumab high dose also resulted in less decline in neuropsychiatric symptomatology than placebo, as measured on the NPI-10, a tertiary endpoint, at Week 78 (87% less decline, nominal p = 0.0215) [Table 8].  An analysis assessing the consequences of non-normality in the data, similar to what was done for the other clinical endpoints, yielded directionally consistent results (nonparametric analysis, point estimate for treatment difference -0.8, nominal p=0.0992).

Aducanumab
Advisory Committee Briefing Document                                    Alzheimer's Disease

**Table 8:        Primary, Secondary, and Tertiary Endpoints at Week 78 in Study 302: ITT Population**

|  | PBO decline (N=548) | Difference vs PBO [a] (%) p-value | |
|---|---|---|---|
|  |  | Low dose (N=543) | High dose (N=547) |
| CDR-SB | n=288 1.74 | n=290 -0.26 (-15%) 0.0901 | n=299 -0.39 (-22%) 0.0120 |
| MMSE | n=288 -3.3 | n=293 -0.1 (3%) 0.7578 | n=299 0.6 (-18%) 0.0493 |
| ADAS-Cog13 | n=287 5.162 | n=289 -0.701 (-14%) 0.1962 | n=293 -1.400 (-27%) 0.0097 |
| ADCS-ADL-MCI | n=283 -4.3 | n=286 0.7 (-16%) 0.1515 | n=295 1.7 (-40%) 0.0006 |
| NPI-10 | n=282 1.5 | n=283 -0.5 (-33%) 0.3921 | n=291 -1.3 (-87%) 0.0215 |

Abbreviations: N = numbers of all randomized and dosed participants that were included in the analysis; n = numbers of randomized and dosed subjects with endpoint assessment at Week 78.
NPI-10 = Neuropsychiatric Index-10; PBO = placebo
[a] Difference vs placebo at Week 78. Negative percentage means less progression in the treated arm.
Note:  In the analysis of change from baseline on the NPI-10, the p-value is nominal.
Note:  The analysis was conducted on the ITT population excluding data collected after March 20, 2019.
Note:  A mixed model for repeated measures was used as the primary analysis to analyze change from baseline in the CDR-SB using fixed effects of treatment group, time (categorical), treatment group-by-time interaction, baseline CDR-SB, baseline CDR-SB by time interaction, baseline MMSE, Alzheimer's disease symptomatic medication use at baseline, region, and laboratory ApoE ε4 status. The change from baseline in MMSE, ADAS-Cog13, ADCS-ADL-MCI, and NPI-10 scores were also analyzed using a mixed model for repeated measures.
Data source: Table 3; Table 7; 221AD302/CSR/T-NPI-MMRM-PC.

### Effects on biomarkers proximal to aducanumab's mechanism of action (brain amyloid plaque and CSF β-amyloid$_{1-42}$ levels)

Aducanumab treatment produced statistically significant, dose-dependent reductions in brain amyloid plaque versus placebo, as measured by PET, at both Weeks 26 and 78 (p < 0.0001); the magnitude of reduction was larger at Week 78 than Week 26 (Figure 6).  The magnitude of the high-dose effect was similar to the result for the 10 mg/kg fixed-dose group in Study 103. Furthermore, a statistically significant, dose-dependent increase in CSF β-amyloid$_{1-42}$ levels (a second biomarker of target engagement) was observed at Week 78 for both the low-dose and high-dose groups as compared with placebo (p < 0.0001).

Together, results for these biomarkers proximal to aducanumab's mechanism of action demonstrated target engagement (brain amyloid plaque as measured by PET, CSF β-amyloid$_{1-42}$ levels) and lowering of brain amyloid plaque levels in the brain (a hallmark of Alzheimer's disease pathophysiology) and indicated that a higher dose and longer duration of aducanumab treatment were associated with greater effects.

Aducanumab
Advisory Committee Briefing Document                    Alzheimer's Disease

**Figure 6:    Changes in Brain Amyloid Plaque, Measured by PET and Quantified as SUVR in Study 302**



Abbreviations: Diff = difference; SUVR = standard uptake value ratio; *** p < 0.001 (nominal).
Note: Results were based on a mixed model for repeated measures, with change from baseline as dependent variable and with fixed effects of treatment group, categorical visit, treatment-by-visit interaction, baseline SUVR value, baseline SUVR value by visit interaction, baseline MMSE, baseline age, and laboratory ApoE ε4 status.
Data source: 221AD302/CSR/T-PET-MMRM-COMP-CERE-PC

**Effects on downstream biomarkers of intracellular tau pathology and neurodegeneration**

Aducanumab treatment produced statistically significant, dose-dependent reductions in CSF p-Tau levels (high dose, p = 0.0005; low dose, p = 0.0035) and CSF t-Tau levels (high dose, p = 0.0088; low dose, p = 0.0148) at Week 78 (Figure 7).

These findings on a downstream Alzheimer's disease-related biomarker of tau pathology (p-Tau) and a downstream marker of neurodegeneration (t-Tau) demonstrated that aducanumab lowered tau accumulation and neurodegeneration in a dose-dependent manner.

Furthermore, a higher cumulative dose of aducanumab was associated with a greater change in both CSF p-Tau and t-Tau levels.

Collectively, these results, with effects on brain amyloid plaque described earlier, show a dose-response relationship consistent with a direct effect of aducanumab on lowering brain amyloid pathology and a downstream action of aducanumab on slowing the progression of tau pathology and neurodegeneration.

Aducanumab
Advisory Committee Briefing Document                                         Alzheimer's Disease

**Figure 7:**     **CSF p-Tau and t-Tau Change at Week 78 in Study 302, CSF Modified Analysis Population**



* p < 0.05, ** p < 0.01, *** p < 0.001 (nominal).
Note: Results were based on an ANCOVA model at Week 78, fitted with change from baseline as dependent variable and with treatment group, baseline biomarker value, baseline age, and laboratory ApoE ε4 status as independent variables.
Data source: ISE/CSR/T-CSF-ANCOVA-PC

**Effects on intracellular tau as measured by PET**

Tau PET was incorporated later in the conduct of Studies 301 and 302, when the PET imaging agent [18F]-MK-6240 became available. Therefore, the number of subjects enrolled in the tau PET substudy was small, and the tau PET analysis population comprised later-enrolled subjects from both studies.  Furthermore, due to the early termination of the studies, the postbaseline visit was on average at 14 months and ranged approximately between 9 to 20 months.  Due to the small sample size, tau PET analyses were performed on pooled data from Studies 301 and 302.

Aducanumab resulted in a dose-dependent reduction in brain tau levels in the frontal (high dose, p < 0.05), temporal (high dose, p < 0.05), and medial temporal (both doses, p < 0.05) composite brain regions, which have tau involvement at the early stages of Alzheimer's disease (Figure 8). As expected, tau levels increased in these regions in the placebo group, indicating accumulation of tau pathology with disease progression over time. No statistically significant differences were observed for the cingulate, parietal, or occipital composites, which may be attributed to the limited degree of tau involvement in these regions at the early stages of Alzheimer's disease.

The largest magnitude of tau reduction was observed in the medial temporal composite; both high-dose and low-dose aducanumab produced a greater reduction in tau than placebo (p = 0.0005 and p = 0.0012, respectively). In line with this observation of a dose response, a higher cumulative dose was associated with a greater magnitude of reduction in tau in the medial temporal composite region (Figure 8); this relationship was observed even though (as noted above) the postbaseline assessment was on average at 14 months. A consistent relationship between cumulative dose and change from baseline tau was also observed for the frontal and temporal regions as well.

Aducanumab
Advisory Committee Briefing Document                                    Alzheimer's Disease

**Figure 8:**    **Change from baseline in Tau PET in Studies 301 and 302 (Pooled Data): Frontal, Temporal, and Medial Temporal Composite Regions; Association between Tau PET Change in Medial Temporal Composite Region and Dose**



* p < 0.05, *** p < 0.001 (nominal).
Note 1: Results were based on an ANCOVA model fitted with change from baseline as dependent variable and with treatment group, baseline tau PET value, and laboratory ApoE ε4 status as independent variables.
Note 2: Due to the early termination of the studies, all the Tau PET assessments performed in the placebo-controlled period were used as one postbaseline timepoint.
Data source: ISE/CSR/T-TAU-ANCOVA-PC-POOL, ISE/CSR/F-TAU-SCA-CUMDOS-WK78-PC

**Subgroup analyses**

Prespecified subgroup analyses were performed across demographic and disease characteristics. Seven subgroup factors were prespecified (region, age, sex, ApoE ε4 status, baseline clinical stage, baseline MMSE, and baseline use of symptomatic treatments for Alzheimer's disease), each with 2 or 3 subgroup categories, for a total of 16 subgroups.

51

Aducanumab
Advisory Committee Briefing Document                                Alzheimer's Disease

Treatment contrasts favored aducanumab high dose in 79 of 80 comparisons across 5 clinical endpoints (CDR-SB, MMSE, ADAS-Cog13, ADCS-ADL-MCI, NPI-10) [Figure 9 and Figure 10].

Except for the region subgroups, these same prespecified subgroups listed above were compared regarding reductions in amyloid PET; region subgroups were not considered because no plausible basis existed for differences by region for this outcome. In all 13 of these subgroups, both doses of aducanumab had statistically significant reduction in amyloid PET versus placebo, with the reductions being larger in magnitude for high dose than low dose in each comparison.

**Figure 9:    Subgroup Analyses (Disease Characteristics) for Clinical Endpoints, Study 302**



Abbreviations:  AD = Alzheimer's disease.
Data source: Adapted from the Integrated Summary of Efficacy, Section 4.1.3.5.

Aducanumab
Advisory Committee Briefing Document                                          Alzheimer's Disease

**Figure 10:     Subgroup Analyses (Demographics) for Clinical Endpoints, Study 302**



Data source: Adapted from the Integrated Summary of Efficacy, Section 4.1.3.5.

### *Subgroup analysis - ApoE ε4*

ApoE ε4 carriage is the most salient known genetic risk factor for development of Alzheimer's disease. The effects of ApoE ε4 on the risk of developing Alzheimer's disease and the age at onset are well established, with the ApoE ε4 allele increasing the risk of Alzheimer's disease and reducing the age at onset.

However, the relationship between ApoE ε4 carriage and clinical decline is less well defined. In biomarker-verified amyloid-positive subjects, longitudinal and cross-sectional observational studies have demonstrated that once symptoms are present, ApoE ε4 status does not have an impact on the rate of cognitive decline [Roberts 2018; Suzuki 2020].

Whether ApoE ε4 carriage has an impact on the treatment effect of an anti-Aβ therapy is unknown.

The pre-planned subgroup analyses for Study 302 suggested slowing of decline relative to placebo in both ApoE ε4 carriers and noncarriers (Figure 9). Although the effect in carriers was larger, the interaction test was not significant, indicating that the difference in the treatment effect between carriers and noncarriers could have been due to chance alone.

Additional analyses to assess the potential impact of ApoE ε4 included assessment of CDR-SB using the OTC and uncensored datasets. Based on the OTC dataset, the percent decline versus placebo was -23% for carriers and -19% for noncarriers. Based on the uncensored dataset, the percent decline versus placebo was -26% for carriers and -20% for noncarriers. In the PK/PD modeling of CDR-SB, ApoE ε4 status was not a clinically meaningful covariate, indicating that the exposure-response relationship did not differ between carriers and noncarriers (Section 3.4.3). In addition, mean changes on amyloid SUVR PET showed that in ApoE ε4 noncarriers the degree of reduction in amyloid is not lower than that in ApoE ε4 carriers.

Aducanumab
Advisory Committee Briefing Document                                      Alzheimer's Disease

The set of evidence suggests that the pharmacology of aducanumab is similar in ApoE ε4 carriers and noncarriers, and that a treatment effect exists in both ApoE ε4 carriers and noncarriers.

### 3.4.3.        Clinical Pharmacology

A population PK model was developed using data from all clinical studies, comprising approximately 3000 participants and 50,000 concentration observations. This modeling established that the PK of aducanumab was typical for an IgG1 monoclonal antibody. The mean (model estimated) half-life was 24.8 days and the mean time to steady state with every 4 weeks dosing was approximately 4 months. Weight, age, gender, race, and baseline MMSE score had statistically significant influences on aducanumab PK but the impact of these covariate effects was not clinically meaningful.

Nonclinical and early clinical studies established a dose-response effect for aducanumab. Therefore, it is useful to further evaluate the exposure-response relationships and other PK/PD properties from the larger confirmatory dataset in Study 302.  To that end, several population exposure-response models were developed.

A population PK/PD model was developed to describe the relationship between exposure to aducanumab and brain amyloid plaque removal, as measured by brain amyloid PET composite SUVR. An exposure-dependent reduction in brain amyloid was observed.  The relationship between exposure and amyloid removal is illustrated in Figure 11, where the mean amyloid profiles for the 3 mg/kg, 6 mg/kg, and 10 mg/kg titration regimens differed substantially.

Additionally, the consequences of dose interruptions due to ARIA were assessed. Figure 12 shows the simulated amyloid profiles for participants titrated to 10 mg/kg with monthly dosing over 5 years without dose interruptions, and for participants who have a 12-week interruption in dosing at Month 5. The median number of doses missed by participants with ARIA was 3. Hence, this dosing pattern is representative, although many variations in dosing interruptions and suspensions were observed.

The interruption in dosing had a prolonged influence on brain amyloid plaque removal, including at the Week 78 primary endpoint and beyond. Therefore, in addition to magnitude and duration, the consistency of dosing is also an important factor in the degree of amyloid removal. Age, weight, ApoE ε4 status, and MMSE baseline score had statistically significant influences on the relationship between exposure and amyloid plaque removal, but the impact of these covariate effects was not clinically meaningful.

Aducanumab
Advisory Committee Briefing Document                                   Alzheimer's Disease

**Figure 11:    Population Mean Simulations of Nominal Brain Amyloid PET-Time Profiles by Dose (3, 6, and 10 mg/kg) – Study 302**



**Figure 12:    Effect of Dose Interruption due to ARIA on Nominal Brain Amyloid-Time Profile – Study 302**



Aducanumab
Advisory Committee Briefing Document                                    Alzheimer's Disease

The exposure-response for amyloid PET is useful to understand how aducanumab works in the body.

Exposure-response evaluation for clinical outcomes is also needed to understand the consequences of these effects. Population exposure-response models were developed on the clinical outcomes (CDR-SB, ADCS-ADL-MCI, and ADAS-Cog13) to evaluate these relationships.

A logit-linear disease progression model best described the changes over time in CDR-SB in the placebo group. To account for the considerable variation in disease progression rates, following the logic of [Delor 2013], a mixture model was used that assigned subjects to 1 of 3 disease progression rates.

The exposure-CDR-SB response model, which includes a drug effect component slowing down the disease progression rate, detected a statistically significant response as indicated by the drug effect slope estimate.  Simply put, greater exposure to aducanumab led to less clinical decline.

Similar to the exposure-CDR-SB response model, a model relating SUVR to CDR-SB also detected a significant drug effect, confirming that greater amyloid plaque removal leads to greater efficacy. Observed SUVR measurements were available in ~30% of participants. As such, a predicted SUVR value was generated for ~70% of participants (using the exposure-SUVR model) to use as an input for the exposure-response model linking SUVR to CDR-SB. In fact, the latter model has a higher resolution for signal detection than the exposure-response model, since it may better account for the existing pharmacodynamic delays in the system.

### 3.4.4.    Conclusion

Study 302 is a positive study, providing the primary contribution to the substantial evidence of the effectiveness of aducanumab. Evidence of the robustness of these results is provided by the following observations. These conclusions are based on pre-specified analyses.

- Aducanumab high dose significantly slowed the progression of Alzheimer's disease as shown on the primary efficacy endpoint (CDR-SB), all 3 multiplicity-adjusted secondary efficacy endpoints (MMSE, ADAS-Cog13, and ADCS-ADL-MCI), and the tertiary efficacy endpoint (NPI-10). Collectively, on these 5 clinical measures, aducanumab high dose demonstrated a consistent, statistically significant reduction of decline as compared with placebo after 18 months, with treatment differences ranging from -18% (on the MMSE) to -87% (on the NPI-10).

- These treatment effects across 5 independent scales of cognitive, functional, and behavioral decline are clinically meaningful and address an unmet medical need.

- These benefits were observed in an Alzheimer's disease population of limited baseline severity, against a background of minimal expected disease progression over this timeframe.

- The primary and secondary endpoint results were robust to departures from missing data and normality assumptions.

- An intermediate effect was observed in the low-dose group, consistent with a dose-response relationship.

Aducanumab
Advisory Committee Briefing Document                              Alzheimer's Disease

- The exposure-response model for CDR-SB quantifies the exposure-response relationship and detects a significant drug effect for aducanumab.

- The treatment benefit was observed across a broad range of pre-defined, relevant subgroups defined by demography and baseline disease-related characteristics.

- The clinical effects of aducanumab are supported by substantial treatment effects on objective measures of underlying Alzheimer's disease pathophysiology, including brain amyloid pathology as well as downstream markers of intracellular tau pathology and neurodegeneration. The effect of aducanumab on these objective markers was dose dependent and increased with a longer duration of treatment.

**The FDA's Position:**

FDA agrees that the results of Study 302 are highly persuasive and the study is capable of providing the primary contribution to a demonstration of substantial evidence of effectiveness of aducanumab.

Study 302 is a strongly positive study on multiple distinct and important clinical measures, robust to numerous sensitivity analyses, and supported by well-characterized biomarker data. Beneficial effects on clinical measures are supported by evidence suggesting a dose-response relationship on clinical outcomes and by evidence of a dose- and time-dependent relationship on biomarkers of fundamental Alzheimer's disease pathophysiology, including brain amyloid burden, the primary direct marker of aducanumab's intended mechanistic effect.

Further clinical support for a benefit of aducanumab is found in the presentation of the individual domains of CDR-SB, the primary outcome, which were all consistent with the overall result, and in the statistically significant exploratory analysis of NPI-10, which assesses clinical findings not directly evaluated by the other clinical efficacy outcomes.

Although there was no alpha adjustment for considering the sub-items of the CDR, it is routine to evaluate the movement of components of a scale when the overall scale itself demonstrates statistical significance according to the prespecified testing procedure. It is worth noting that the large absolute effect on NPI-10 may be influenced by non-normal and skewed data and may not be robust to outliers.

## 3.5.    Summary of Study 301

### 3.5.1.    Disposition, Demographics, and Baseline Disease Characteristics

**The Applicant's Position**

A total of 1647 participants were randomized and dosed in the study. Of these, 88.3% of participants were either still on study or had completed the study as of March 20, 2019. Among those who had the opportunity to complete the Month 18 visit by March 20, 2019, 85.5% completed the study.

Overall, 11.7% of participants had withdrawn from the study by March 20, 2019. Among those with the opportunity to complete the Week 78 visit, 14.5% withdrew from the study prematurely.

Aducanumab
Advisory Committee Briefing Document                                    Alzheimer's Disease

Similar to Study 302, the degree of patients prematurely withdrawing from the study was low. In general, Alzheimer's disease studies of this duration have reported a premature withdrawal rate of 20% to 30% [Doody 2014; Salloway 2014; Sevigny 2016]. To address this, the study power calculation included an assumption of a 30% dropout rate.

Demographics and baseline characteristics were similar across treatment groups in the ITT Population. Per protocol design, a majority of ITT participants had a diagnosis of MCI due to Alzheimer's disease (80.4%), while 19.6% of participants had mild Alzheimer's disease dementia (Table 9). Demographics and baseline characteristics were well balanced across treatment groups within the PET substudy.

**Table 9:        Demographics and Baseline Characteristics – ITT Population**

|  | PBO (N=545) | Low dose (N=547) | High dose (N=555) | Total (N=1647) |
|---|---|---|---|---|
| Age in years, mean ± SD | 69.8±7.72 | 70.4±6.96 | 70.0±7.65 | 70.1±7.45 |
| Sex, Female n (%) | 287 (52.7) | 284 (51.9) | 292 (52.6) | 863 (52.4) |
| Race |  |  |  |  |
|   Asian n (%) | 55 (10.1) | 55 (10.1) | 65 (11.7) | 175 (10.6) |
|   White n (%) | 413 (75.8) | 412 (75.3) | 413 (74.4) | 1238 (75.2) |
| Education years, mean ± SD | 14.7±3.66 | 14.6±3.77 | 14.6±3.72 | 14.6±3.71 |
| Alzheimer's disease medications used, n (%) | 299 (54.9) | 317 (58.0) | 313 (56.4) | 929 (56.4) |
| ApoE ε4, n (%) |  |  |  |  |
|   Carriers | 376 (69.0) | 391 (71.5) | 378 (68.1) | 1145 (69.5) |
|   Noncarriers | 167 (30.6) | 156 (28.5) | 176 (31.7) | 499 (30.3) |
| Clinical stage, n (%) |  |  |  |  |
|   MCI due to Alzheimer's disease | 443 (81.3) | 440 (80.4) | 442 (79.6) | 1325 (80.4) |
|   Mild Alzheimer's disease | 102 (18.7) | 107 (19.6) | 113 (20.4) | 322 (19.6) |
| PET SUVR, mean composite ± SD | 1.376±0.1990 | 1.385±0.1859 | 1.407±0.1786 | 1.389±0.1885 |
| (n) - PET substudy only | (204) | (198) | (183) | (585) |

Abbreviations: PBO = placebo; PET = positron emission tomography; SUVR = standard uptake value ratio.
Data source: 221AD301/CSR/T-DM-PC; 221AD301/CSR/T-BL-CHAR-PC; 221AD301/CSR/T-BL-CHAR-PET-PC

Aducanumab
Advisory Committee Briefing Document                                    Alzheimer's Disease

---

**The FDA's Position:**

The FDA agrees with the Applicant's presentation of disposition, demographics, and baseline disease characteristics for Study 301.

---

### 3.5.2.    Efficacy

**The Applicant's Position**

Study 301 failed to meet its primary and secondary objectives.

Neither treatment group of Study 301 had statistically significant differences from placebo on the primary efficacy endpoint or the secondary efficacy endpoints (Table 10, Figure 13).

Numeric differences between the low-dose group and the placebo group favored aducanumab (Table 10) and were similar in magnitude to the numeric differences observed between low dose and placebo in Study 302 (Table 3 and Table 7).

A statistically significant, dose-dependent reduction in brain amyloid plaque, as measured by PET, was seen in Study 301 for both dose groups at Weeks 26 and 78 ($p < 0.0001$ for all comparisons). Likewise, a statistically significant dose-dependent increase in CSF $\beta$-amyloid$_{1-42}$ levels was seen for the high dose ($p = 0.0006$) in Study 301. However, the magnitude of the treatment effect for the high dose on these biomarkers was smaller in Study 301 than in Study 302:  16.5% smaller for PET and 37.7% smaller for CSF $\beta$-amyloid$_{1-42}$. Unlike Study 302, the differences from placebo on CSF levels of p-Tau and t-Tau (biomarkers of downstream disease-related pathophysiology and neurodegeneration, respectively) were not significant.

In considering these results, it is notable that across Studies 301 and 302, results for the low dose are similar but results for the high dose are divergent.  Analyses conducted to understand why the results of Study 301 are partially discordant with those of Study 302 are described in Section 3.6. Some of the analyses applied to Study 302 to understand robustness of the results are not applicable to Study 301 because Study 301 did not show an effect.

Aducanumab
Advisory Committee Briefing Document                    Alzheimer's Disease

**Table 10:    Primary and Secondary Endpoints at Week 78 in Study 301: ITT Population**

| | | Diff vs PBO [a] (%) p-value | |
|---|---|---|---|
| | **PBO decline (N=545)** | **Low dose (N=547)** | **High dose (N=555)** |
| **CDR-SB** | n=333 1.56 | n=331 -0.18 (-12%) 0.2250 | n=295 0.03 (2%) 0.8330 |
| **MMSE** | n=332 -3.5 | n=334 0.2 (-6%) 0.4795 | n=297 -0.1 (3%) 0.8106 |
| **ADAS-Cog13** | n=331 5.140 | n=332 -0.583 (-11%) 0.2536 | n=294 -0.588 (-11%) 0.2578 |
| **ADCS-ADL-MCI** | n=331 -3.8 | n=330 0.7 (-18%) 0.1225 | n=298 0.7 (-18%) 0.1506 |

Abbreviations: ADAS-Cog13 = Alzheimer's Disease Assessment Scale - Cognitive Subscale (13 items); ADCS-ADL-MCI = Alzheimer's Disease Cooperative Study - Activities of Daily Living Inventory (Mild Cognitive Impairment version); CDR-SB = Clinical Dementia Rating – Sum of Boxes; MMRM = mixed model for repeated measures; MMSE = Mini-Mental State Examination; PBO = placebo
[a]Difference vs placebo at Week 78. Negative percentage means less progression in the treated arm.
N: numbers of all randomized and dosed participants that were included in the analysis; n: numbers of randomized and dosed subjects with endpoint assessment at Week 78.
Note: The primary analysis was conducted on the ITT population excluding data collected after March 20, 2019.
Note: A MMRM was used as the primary analysis to analyze change from baseline CDR-SB using fixed effects of treatment group, time (categorical), treatment group-by-time interaction, baseline CDR-SB, baseline CDR-SB by time interaction, baseline MMSE, Alzheimer's disease symptomatic medication use at baseline, region, and laboratory ApoE ε4 status. The change from baseline in MMSE, ADAS-Cog13 and ADCS-ADL-MCI scores were also analyzed using MMRM.
Data source: 221AD301/CSR/T-CDR-MMRM-PC; 221AD301/CSR/T-MMSE-MMRM-PC; 221AD301/CSR/T-ADAS-MMRM-PC; 221AD301/CSR/T-ADL-MMRM-PC

Aducanumab
Advisory Committee Briefing Document                                    Alzheimer's Disease

**Figure 13:     Change From Baseline on the CDR-SB Over Time, Study 301**



Abbreviations: SE = standard error.
Note: Results were based on an MMRM model, with change from baseline in CDR-SB as dependent variable and with fixed effects of treatment group, categorical visit, treatment-by-visit interaction, baseline CDR-SB, baseline CDR-SB by visit interaction, baseline MMSE, Alzheimer's disease symptomatic medication use at baseline, region, and laboratory ApoE ε4 status.
Data source: 221AD301/CSR/T-CDR-MMRM- PC

**The FDA's Position:**

The FDA agrees Study 301 is a negative study. At the October 21, 2019, Type C Meeting, the FDA stated that, "available data do not suggest the future use of Study 301 as an efficacy study providing independent evidence of effectiveness supporting the approval of aducanumab for the treatment of Alzheimer's disease."

Upon initial review, the one positive study (Study 302) and one negative study (Study 301) were given equal weight and consideration. Despite divergent outcomes in the primary endpoint, there were some key similarities between the two studies. The low-dose aducanumab treatment arms, while not statistically significant, demonstrated consistent numerical effects favoring aducanumab in the studies. Also, aducanumab produced a time- and dose-dependent reduction in brain amyloid burden. Upon closer review of the individual studies, Study 302 appeared to be a strongly positive study on many distinct clinical measures, robust to numerous sensitivity analyses, and supported by well-characterized biomarker data. In the context of a positive Study 302, the suggestion of a dose-response relationship observed in Study 103, and the numerically favorable results of similar magnitude in the low-dose groups in both studies, the high-dose group in Study 301 tends to stand apart not only for the negative outcome on the primary endpoint, but also the difference in biomarker profiles compared to Study 302.

61

Aducanumab
Advisory Committee Briefing Document                                    Alzheimer's Disease

## 3.6.    Effect of Study 301 on the Persuasiveness of Study 302

**The Applicant's Position**

### 3.6.1.    Introduction

Sections 3.4 and 3.5 describe the final results for Study 302 and Study 301. The divergence in outcomes was already apparent in the March ITT data, as described in Section 3.3.1. When the March ITT results were presented at the June 2019 Type C meeting, the FDA stated that if the study outcomes were shown to not be confounded by the early termination of the studies, then Study 302 "might also be considered exceptionally persuasive," and "[t]he submission of a marketing application for aducanumab based primarily on the results of Study 302 as a single positive efficacy study may also be considered. It is possible that the results of Study 301 may have a role in supporting the results of Study 302 or may be understood well enough to be dismissible (i.e., to not represent evidence that the drug is ineffective)."

After the FDA and Biogen jointly concluded that the data from Studies 301 and 302 were suitable for interpretation and valid for further analysis (Sections 3.3.3 and 3.3.4), the FDA and Biogen began a collaborative investigation in order to gain a maximum understanding of the existing data (Section 3.3.2). The stated goals of this collaboration were to achieve "a detailed understanding, informed by plans for further analysis … of the overall results."  This included both:

- the partially divergent results, specifically, the high dose clinical efficacy and biomarker results, in Studies 301 and 302; *and*

- the results that were consistent between the 2 studies, namely:

  – the low-dose arms in both studies had similar treatment effects across clinical outcomes that were intermediate in magnitude compared with the difference between Study 302 high dose and placebo.

  – the low-dose arms in both studies had similar treatment effects on proximal biomarkers (amyloid PET and CSF $\beta$-amyloid$_{1\text{-}42}$), and downstream biomarkers specific to Alzheimer's disease (tau PET and CSF p-Tau) and neurodegeneration (CSF t-Tau).

  – the PK and pharmacologic properties of aducanumab did not differ between studies.

### 3.6.2.    Hypotheses Tested

To understand the similarities and differences between Studies 301 and 302 described above, with a view to assessing how Study 301 affected the persuasiveness of Study 302, Biogen and the FDA developed specific hypotheses that were specified in analysis plans before the analyses began.  The analyses were exploratory (post hoc), but they were undertaken with rigor to the greatest extent possible.

The overarching hypothesis was that if aducanumab were an effective treatment for Alzheimer's disease, then there should be patients in Study 302, the positive study, that drive the overall effect. Additionally, in such a situation, a set of patients in Study 301, the failed study, with those

Aducanumab
Advisory Committee Briefing Document                                    Alzheimer's Disease

same characteristics should show a response similar to that seen in Study 302.  Specific hypotheses within this framework were as follows:

1. Whether there were differences in dosing between the 2 studies, and whether such differences, if they existed, contributed to the differences in the results was a focus of investigation because:

    a. Protocols were amended during the studies to enable more subjects to achieve the target dose of 10 mg/kg. Specifically, as described in Section 3.1.3, the protocols for Studies 301 and 302 were amended twice during the studies with the effect of increasing exposure to 10 mg/kg.

        – Subjects who suspended dosing due to ARIA could (after resolution of findings) resume dosing at the same dose and continue titration to the target dose (rather than resume at the next lower dose with no further increases in dose permitted).

        – The target dose for ApoE ε4 carriers in the high-dose regimen was increased from 6 mg/kg to 10 mg/kg.

    b. Due to the differences in enrollment timing, the protocol amendments influenced more patients in Study 302 than Study 301 because Study 302 started later; therefore, more patients were enrolled after the amendment.

    c. Nonclinical and previous clinical studies for aducanumab showed a clear dose-exposure response. For example, in Study 103, reduction in brain amyloid pathology was closely correlated with dose, and a dose response was evident also on the clinical measures (Sections 3.1.2 and 3.7).

It was also prospectively recognized that multiple factors could potentially influence efficacy outcomes. These additional factors, and hypotheses that were specified to address them, included:

2. Imbalances in prognostic factors or treatment effect modifiers, which are always a consideration in divergent results. Therefore, whether imbalances in demographic and disease characteristics contributed to the divergence in results was investigated.

3. The effects of ARIA on efficacy outcomes was another area of investigation, because ARIA is a frequent adverse event with the potential to impact outcomes due to (1) the management of ARIA through temporary dose suspension and (2) the potential for functional unblinding.

4. Routine statistical diagnostic tests of the primary analysis indicated the assumption of normal distributed outcomes had been substantially violated. Therefore, the consequences of this non-normality were investigated.

In summary, 4 areas were investigated to understand the partially conflicting results in Study 302 and 301: 1) dose, 2) baseline characteristics, 3) ARIA, and 4) non-normality of the clinical data. These are addressed in Section 3.6.3.

These investigations relied on post hoc analyses, for which there are well known limitations. To mitigate these limitations, hypotheses were specified before analysis, and multiple analytic approaches with differing strengths, limitations, and assumptions were used.

Aducanumab
Advisory Committee Briefing Document                                                    Alzheimer's Disease

These post hoc analyses were conducted to understand the differences in results between Studies 301 and 302.  None of the conclusions on primary and secondary efficacy outcomes in Studies 103, 301, and 302 were from post-hoc analyses.

---

**The FDA's Position:**

In general, the FDA agrees with the Applicant's characterization of the hypotheses tested. If aducanumab is effective, it follows that Study 302 is a positive study and that there would be patients in Study 301 who, based on certain characteristics, should show response of similar character to patients in Study 302. Given the possibility that aducanumab is an effective drug for a disease with an enormous unmet medical need, it was agreed by the Applicant and Division at the June 14, 2019, Type C Meeting that extensive resources should be brought to bear on achieving a maximum understanding of the existing data.

By their nature, these analyses were post hoc and exploratory and therefore carry with them the appropriate caveats and caution in their interpretation. To address these concerns, any exploration of the data was to be rigorous, limited in scope, and based on predetermined and well-defined hypotheses. To the maximum degree possible, the analyses were pre-specified. An important distinction is that these analyses were not aimed at obtaining independent support from Study 301. Study 301 was a negative study. The purpose of these analyses is to provide maximum understanding of the partially discordant results and to determine if this understanding precludes independent consideration of Study 302.

---

### 3.6.3.    Results

**Overview**

Each of the areas investigated by Biogen in collaboration with FDA and the associated conclusion are listed in Table 11. Brief summaries are provided for factors not having a meaningful impact on divergence in results. More detailed summaries are provided for factors found to be influential.

Aducanumab
Advisory Committee Briefing Document                                        Alzheimer's Disease

**Table 11:    Overview of Hypotheses and Outcomes for Why Results for the High-Dose Groups Were Discordant Between Studies 301 and 302**

| 1 | Did differences in dosing between the 2 studies contribute to the difference in results? | Was a contributing factor |
|---|---|---|
| 2 | Did the violation of statistical assumptions regarding non-normality have an impact on the results? | Was a contributing factor |
| 3 | Were there imbalances in demographic and disease characteristics that contributed to the difference in results? | Not a factor |
| 4 | Were there differences in the incidence, severity, association with symptoms, or management of ARIA with potential implications of functional unblinding that contributed to the difference in results? | Not a factor |

**Demographics and disease characteristics**

For demographic and disease characteristics to contribute to the difference in results between the high-dose arms of Studies 301 and 302, these factors must both (1) have an appreciable influence on disease progression and (2) be substantially unbalanced between treatment arms.

Extensive statistical modeling was done to better understand factors that influenced disease progression. These analyses determined that baseline demographic and illness characteristics had a minimal influence on disease progression.

Furthermore, differences between treatment arms and studies in demographic and baseline disease characteristics were minimal. This was as expected in clinical trials with such large sample sizes and randomization as in Studies 301 and 302. The small differences found did not contribute to the divergence in results.

---

**The FDA's Position:**

Prior to the June 14, 2019, Type C Meeting, the FDA requested that the Applicant examine whether there were differences in demographics and baseline disease characteristics between the studies. The FDA agrees that any differences are minor and do not appear to have a meaningful impact on the outcome of the studies.

---

**ARIA**

Several considerations were addressed in assessing whether ARIA contributed to the differences between Studies 301 and 302:

- Symptoms of ARIA could theoretically negatively impact clinical outcomes.

- ARIA could be a marker of greater clinical effect if it were associated with greater amyloid reduction (which has not been established).

- Dose suspensions due to ARIA could result in reduced clinical effect.

- ARIA could influence clinical outcomes through functional unblinding of participants with ARIA.

65

Aducanumab
Advisory Committee Briefing Document                                    Alzheimer's Disease

Participants with ARIA were subject to additional follow-up MRIs and dose suspension. Given that the majority of ARIA cases were expected to be on active treatment, ARIA management could therefore potentially lead to functional unblinding. This potential was minimized by requiring efficacy raters to be different from those assessing and monitoring safety and by requiring that they remain blinded to all other clinical assessments.

The incidence, severity, and symptoms of ARIA were similar in Studies 301 and 302. Therefore, if ARIA influenced outcomes, that influence should be similar in the two studies and not contribute to the difference in results between studies. ARIA-E events typically occurred early in treatment, with over 70% occurring during the first 8 doses. Incidence of dose suspension, dose reduction, and discontinuation of study treatment due to first ARIA-E events was similar in Studies 301 and 302. For a complete discussion of ARIA incidence, detection, and management, see Section 4.3.

To evaluate the potential for functional unblinding due to ARIA, results based on all observations were compared with an otherwise identical analysis in which post-ARIA observations were removed. These analyses of the primary and secondary endpoints yielded outcomes similar to the primary analysis that included all data (Table 12).

The treatment contrast for the high-dose group in Study 302 was greater after excluding post-ARIA observations (33% slowing in decline vs. 22%). Therefore, the statistically significant difference between high dose and placebo on the primary endpoint in Study 302 was not influenced by systematic bias from functional unblinding associated with ARIA.

**Table 12:    Change from Baseline in CDR-SB at Week 78: All Participants With and Without Post-ARIA Observations Excluded, Studies 301 and 302, ITT Dataset**

| | Study 301 | | | Study 302 | | |
|---|---|---|---|---|---|---|
| | **PBO decline (N=545)** | **diff vs. PBO[α] (%)** | **diff vs. PBO[α] (%)** | **PBO decline (N=548)** | **diff vs. PBO[α] (%)** | **diff vs. PBO[α] (%)** |
| | | **Low dose (N=547)** | **High dose (N=555)** | | **Low dose (N=543)** | **High dose (N=547)** |
| All participants – all observations | n=333 1.56 | n=331 -0.18 (-12%) | n=295 0.03 (2%) | n=288 1.74 | n=290 -0.26 (-15%) | n=299 -0.39 (-22%) |
| All participants – excluding post-ARIA observations | n=298 1.55 | n=240 -0.11 (-7%) | n=181 0.00 (0%) | n=254 1.72 | n=194 -0.19 (-11%) | n=172 -0.57 (-33%) |

Abbreviations: diff = difference; PBO = placebo.
a: difference vs placebo at Week 78. Negative percentage means less progression in the treated arm.
N: number of randomized and dosed participants included in the analysis.
n: numbers of randomized and dosed participants with primary endpoint assessment at Week 78.
Data source: 221AD301/CSR/T-CDR-MMRM-PC, 221AD302/CSR/T-CDR-MMRM-PC ISE/CSR/T-CDR-CNSR-ARIA-PC

For a more granular comparison, prespecified groupings defined by dose, study, and ApoE ε4 status, with and without excluding all post-ARIA observations, and with and without excluding post-ARIA observations for participants with a dosing change due to ARIA were examined (Figure 14). The X axis is the treatment contrast from all data and the Y axis is the treatment contrast after excluding relevant observations. The data points are scattered evenly above and

Aducanumab
Advisory Committee Briefing Document                                    Alzheimer's Disease

below the line of unity, indicating random variability and not bias (data points reflecting bias would be consistently below or above the unity line).

Again, no evidence was found for systematic bias from functional unblinding due to ARIA or ARIA management.

Aducanumab
Advisory Committee Briefing Document                                    Alzheimer's Disease

**Figure 14:    Treatment Difference for Change on CDR-SB at Week 78 by ApoE ε4 Status with and Without Post-ARIA Observations**



Aducanumab
Advisory Committee Briefing Document                                    Alzheimer's Disease

> **The FDA's Position:**
>
> FDA agrees a systematic bias due to functional unblinding caused by ARIA is not apparent. Some degree of functional unblinding was inevitable, but the Applicant took steps in the protocol to minimize its impact (i.e., independent and blinded raters). The analysis presented by the Applicant must be based on a post-randomization factor (i.e., occurrence of ARIA), as baseline factors do not reliably predict the occurrence of ARIA. The results of this analysis do not indicate a systematic bias introduced by ARIA.

**Non-normal distribution of the data**

Some degree of non-normality in change from baseline scores on CDR-SB was anticipated during study planning. However, standard statistical diagnostics showed that the statistical assumption for normality of residuals had been substantially violated. The data were "right skewed," with a small number of participants having unusually rapid decline. This finding led to the investigation of the influence of rapid progressors on results.

The anticipated decline in an early symptomatic Alzheimer's disease population on CDR-SB in a 78-week period is 1-2 points [Coric 2012; Egan 2019; Ostrowitzki 2017]. Alzheimer's disease patients who, after diagnosis, have a very precipitous decline in their symptoms are also seen in clinical practice [Abu-Rumeileh 2018; Llorens 2016; Schmidt 2012]. However, factors prognostic of rapid decline have not been identified.

There is no precedent in clinical trials for defining rapid progressors. A cut-off of change > 8 points on CDR-SB was chosen as the primary definition of rapid progression. This is 4-fold the upper limit of the anticipated mean decline in this study population and, therefore, is an extreme change compared to typical progression. Additionally, a >8 point change on the CDR-SB is consistent with the definition for statistical outliers [Tukey 1977]. Thirty-one participants were classified as rapid progressors. Participants categorized as rapid progressors based on CDR-SB also had rapid declines in the other endpoints.

Except for the high-dose group in Study 301, each treatment group in each study (N > 500), including the placebo groups, had 4 or 5 participants with this degree of progression; the high-dose group in Study 301 had 9 (twice as many as the other groups). Given the divergence between the 2 studies in the results in the high-dose groups, the imbalance in the number of rapid progressing participants in the high-dose arms was a focus of the collaborative investigation.

To isolate the effect rapid progressors had on estimates of the treatment effect, results from the primary and secondary endpoints were compared before and after excluding observations from the rapid progressors. The intent of this analysis was to explain the difference in results between studies, not to find a more suitable primary analysis. Excluding rapid progressors had a notably greater impact on results in the high-dose group of Study 301 than in the other groups (Figure 15).

Results using other cut-offs to identify rapid progressors (6-, 7-, 9-, and 10-point changes in CDR-SB) yielded similar results, where excluding rapid progressors had a larger influence on the Study 301 high-dose group. Results were also consistent across secondary outcomes.

Aducanumab
Advisory Committee Briefing Document                                      Alzheimer's Disease

**Figure 15:    CDR-SB Results With and Without Rapid Progressors, Studies 301 and 302**



Abbreviations: CI = confidence interval; excl = excluding; rap = rapid progressors.
N: numbers of all randomized and dosed participants that were included in the analysis.
Note: Results were based on an MMRM model, with change from baseline in CDR-SB as dependent variable and with fixed effects of treatment group, categorical visit, treatment-by-visit interaction, baseline CDR-SB, baseline CDR-SB by visit interaction, baseline MMSE, Alzheimer's disease symptomatic medication use at baseline, region, and laboratory ApoE status.
Data source: 221AD301/CSR/T-CDR-MMRM-PC; 221AD302/CSR/T-CDR-MMRM-PC; ISE/CSR/T-CDR-MMRM-CDR8-PC.

### *Characteristics of rapid progression*

With only 31 participants in the Phase 3 studies classified as rapid progressors, there was limited statistical power to identify characteristics of rapid progressors that differ from other participants.

However, rapid progressors were not found to differ from the study sample based on any demographic or baseline disease characteristic, including ApoE ε4 status, comorbidities, concomitant medications, or the incidence of AEs, including ARIA.

Neither randomized treatment group nor actual dosing was a factor in rapid progression. As noted above, except for the high-dose group in Study 301, each of the treatment arms – including placebo – had 4 or 5 rapid progressors (with the high-dose group of Study 301 having 9). Since rapid progression was evident early in treatment, with large declines already present at the Week 26 assessment, for those in the high-dose arms, participants were not yet at the highest dose of 10 mg/kg. Five of the 9 rapid progressors in the Study 301 high-dose arm had 6 or fewer doses of 10 mg/kg, and only 1 participant had >10 doses of 10 mg/kg throughout their treatment. Therefore, it is unlikely that rapid progression was related to aducanumab treatment.

70

Aducanumab
Advisory Committee Briefing Document                                   Alzheimer's Disease

Rapidly progressing participants were not differentiated by baseline clinical characteristics, and they did not differ from the study population as a whole in the prevalence of psychiatric disorders at study entry, the incidence of psychiatric-related AEs during the study, or in changes of medications that influence acute mental status during the trial.

Therefore, these findings are consistent with published studies in suggesting that there is no single clinical feature that consistently differentiates rapidly progressing participants from normally progressing Alzheimer's disease patients [Abu-Rumeileh 2018].

71

Aducanumab
Advisory Committee Briefing Document                                              Alzheimer's Disease

**The FDA's Position:**

FDA agrees that (1) small imbalances in the number of rapid progressors can have a relatively large impact on the magnitude of the primary and secondary endpoints using the primary analysis method and (2) the high dose arm in Study 301 was disproportionately affected by such an imbalance.

An additional consideration for investigating the distribution of the treatment effect was the finding from the futility analysis dataset in which the high dose arm in Study 301 appeared to show greater cognitive decline than the placebo arm. A credible indication that aducanumab treatment in Study 301 was accelerating cognitive decline would undermine the results of Study 302. An exploratory analysis based on the observation of skewed data revealed the existence of a small number of rapid progressors, consistent with reports in the literature and observations in other large datasets. When the small number of rapid progressors are removed, however, the point estimate of the treatment effect for the high dose in Study 301 favors aducanumab, a finding consistent with every other treatment arm across the aducanumab development program. This is not to say that the imbalance in rapid progressors that disproportionately affected the high dose arm of Study 301 is the cause for the failure of Study 301 on its primary outcome. As noted previously, this is an exploratory post hoc analysis that must be viewed with that limitation in mind. Instead of removing all the rapid progressors, removing only the single worst high dose rapid progressor does not result in the point estimate of the treatment effect favoring aducanumab, though this approach retains a residual imbalance in the remaining rapid progressors. These explorations suggest that a single outlier has less influence than a larger number, which is to be expected, but a relatively larger number requires consideration of whether a systemic issue contributed to the imbalance. There was no prespecified analysis robust to outliers on which to rely. An additional exploratory post hoc analysis that is robust to outliers results in an estimate of the treatment effect for the high dose that is essentially the same as placebo. There is also no indication from Study 301 that aducanumab is the cause of the rapid progression observed in subjects receiving the high dose. With no external data or data from the study itself able to differentiate rapid progressors from the remainder of the population, and no indication that aducanumab is the cause of rapid progression, a systemic issue does not appear responsible.

In sum, the high dose arm in Study 301 was disproportionately affected by an imbalance of rapid progressors, with essentially twice the number of such patients as were present in all other treatment groups. The total number of rapid progressors was small, such that removing them still leaves a large treatment population on which to base an exploratory analysis of treatment effect. This analysis resulted in a point estimate of the treatment effect for the high dose in Study 301 that favors aducanumab, indicating that small imbalances in the number of rapid progressors can have a relatively large impact on the magnitude of the primary and secondary endpoints using the primary analysis method.

Aducanumab
Advisory Committee Briefing Document                    Alzheimer's Disease

**Influence of Dosing**

*Basis for possible dosing differences between studies*

Two amendments to the Phase 3 protocols influenced the ability of participants randomized to aducanumab high dose to have consistent exposure to the target 10 mg/kg dose:

- Protocol Version 3 changed dosing management of ARIA, such that participants who met prespecified criteria for dose suspension due to ARIA could now (1) resume treatment at the same dose (rather than the lower dose) and (2) continue titration to their target dose (rather than remain at the lower dose). This amendment increased the likelihood that such participants would reach and maintain their target dose.

- Protocol Version 4 changed the target dose for ApoE ε4 carriers (approximately two-thirds of each study population) in the high-dose group from 6 mg/kg to 10 mg/kg (10 mg/kg was the target dose for high-dose noncarriers throughout the studies).

While Studies 301 and 302 were identical in design, they started one month apart, with Study 301 starting first and remaining ahead in enrollment. Therefore, Protocol Versions 3 and 4 influenced more participants in Study 302 (81.3% and 55.9%, respectively) than in Study 301 (73.4% and 49.1%, respectively).

*Differences in dosing between studies and within studies over time*

Figure 16 shows dosing heat maps that illustrate individual dosing profiles for individuals in the high-dose group of each study who had the opportunity to reach Week 78 by March 20, 2019. On the heat maps, dark blue represents the 10 mg/kg dose, lower doses are light blue, and no dose is yellow.

The heat maps illustrate the following important factors:

- Even among the individuals who had the opportunity to complete the 78 weeks, both studies have a low level of participants who received the full quotient of intended target dose of 10 mg/kg; only 22.3% of participants in Study 301 and 28.8% of participants in Study 302 received all 14 doses of 10 mg/kg.

- Considerable heterogeneity in individual participant dosing was present.

Aducanumab
Advisory Committee Briefing Document                                    Alzheimer's Disease

**Figure 16:    Individual Dosing Profiles for High-Dose Participants in Studies 301 and 302**



Data source: 221AD301/CSR/L-EX; 221AD302/CSR/L-EX

Some of the heterogeneity in individual dosing is due to ARIA, while considerably more is directly due to protocol changes. The expected cumulative doses at Week 78 with no interruption in dosing were 160 mg/kg and 98 mg/kg for participants randomized to groups with a maximum dose of 10 mg/kg and 6 mg/kg, respectively. Therefore, before implementation of Protocol Version 4, the maximum cumulative dose for ApoE ε4 carriers (approximately two thirds of the population) randomized to the high dose (6 mg/kg) was 98 mg/kg. Therefore, mean and median cumulative dose for Studies 301 and 302 high-dose arms increased over time following implementation of the protocol amendment.

To further illustrate this change in dosing over the duration of the study, the median number of 10 mg/kg doses by enrollment cohorts of 200 participants is plotted in Figure 17.  As can be seen in the figure, in the first 200-participant cohort, the median number of 10 mg/kg doses in Study 301 was 1, compared with a median of 4 in Study 302 (out of the 14 intended 10 mg/kg doses after the titration period). In the last 200 enrolled, the median number of 10 mg/kg doses was 13 and 14 in Studies 301 and 302, respectively.

Note that differences in dosing between the 2 studies are attributable to differences in timing of the implementation of Protocol Version 4 between the 2 studies as well as differences in stratification based on ApoE ε4 carriage over time.

Overall, exposure to 10 mg/kg dosing continued to increase over time in both studies, while dosing was greater in Study 302 throughout the studies.

Aducanumab
Advisory Committee Briefing Document                                    Alzheimer's Disease

**Figure 17:     Median Number of 10 mg/kg Doses by Enrollment Time**



Data source: ISE/ADHOC/T-EX-SUM-BY-ENROLL-PC-OTC

Another way to understand the heterogeneity in dosing in the high-dose groups is to assess individual participant dosing profiles.  As detailed in a subsequent section, dosing was categorized in a number of ways by subsetting the high-dose arms into groups representing: 1) high exposure to 10 mg/kg dosing; 2) intermediate exposure to 10 mg/kg dosing, and 3) no (or very limited) exposure to 10 mg/kg dosing.

Individual participant dosing heat maps for three such categories in Studies 301 and 302 are presented in Figure 18. The categorizations were (after titration):

- **High:** ≥ 8 uninterrupted doses of 10 mg/kg at steady state

- **Intermediate:** 1-7 uninterrupted doses of 10 mg/kg at steady state

- **Zero:** no doses of 10 mg/kg at steady state

In Study 302, the proportion of participants in the high subset of the high-dose arm (≥ 8 uninterrupted doses of 10 mg/kg at steady state) (35.0%) was higher than in Study 301 (28.8%), while in Study 301, the proportion of participants with zero doses of 10 mg/kg at steady state was higher (28.8%) than in Study 302 (24.2%).   In the intermediate subset of the high-dose arm (1-7 uninterrupted doses of 10 mg/kg at steady state), the heat maps in Figure 18 show considerable heterogeneity in dosing, i.e., there are many dosing patterns present in this category. Greater heterogeneity in dosing profiles is expected to increase potential for heterogeneity in results.

Aducanumab
Advisory Committee Briefing Document                                     Alzheimer's Disease

**Figure 18:    Dosing Profiles (Heat Maps) for Zero, Intermediate, and High/Consistent Dosing Subgroups Within the High-Dose Groups of Studies 301 and 302**



Data source: 221AD301/CSR/L-EX; 221AD302/CSR/L-EX, ISE/ADHOC/L-SUBJ-SS10-PSMB-PC-OTC

*Similarities and differences in outcomes between studies*

To assess the impact of differences in dosing over time on clinical outcomes in the high-dose arms between studies and within studies, two approaches were used to create various subsets:

- Subsets of the high-dose arm defined by randomization (ApoE ε4 carriers / noncarriers) and pre-Protocol Version 4 / post-Protocol Version 4.

- Subsets of the high-dose arm formed by the total mg/kg of drug taken and by how many 10 mg/kg doses each participant had taken during the 78-week treatment period.

Additional details on the analyses are summarized in Table 13.

An advantage of using groups formed by randomization (Approach 1) was that it preserved randomization, and therefore standard statistical analyses could be used. A disadvantage of the randomized group approach was that it did not consider the actual dosing that each participant received.

Forming subgroups of the high-dose group based on actual dosing (Approach 2) enables consideration of actual dosing but does not preserve randomization because groups are formed based on post-randomization outcomes. Therefore, for the subsets of the high-dose group based on actual dosing, analytic approaches commonly used in observational studies were used to select appropriately matched subgroups of placebo participants as the comparison group.

Aducanumab
Advisory Committee Briefing Document                                    Alzheimer's Disease

**Table 13:    Analyses to Investigate Efficacy Outcomes in the High-Dose Group by Dosing Subgroups**

---

**Approach 1: Subgroups defined by randomization (OTC data)**

- 8 groups per study created by stratified randomization (further subdivided by pre- or post-Protocol Version 4):
  - Dose: Low/High
  - ApoE ε4: Carrier / Noncarrier
- Differences versus placebo on the 4 primary and secondary endpoints were compared, with and without rapid progressors excluded.
- Because groups are created by randomization, placebo subgroups are appropriately matched to the corresponding aducanumab group.

**Approach 2: Subgroups based on actual dosing profiles (OTC data)**

- 3 methods to categorize individual participant dosing:
  - Number of uninterrupted steady-state doses of 10 mg/kg
  - Number of doses of 10 mg/kg without regard for interruption
  - Cumulative dose (sum of all doses taken)
- Propensity score matching was used for each method of categorizing dosing to find appropriately matched placebo groups (primary approach, emphasized controlling bias).
  - Analyses were conducted on the primary and 3 secondary endpoints, with and without rapid progressors excluded.
- Two additional approaches were applied on selected dosing subgroups to evaluate the robustness of the primary approach:
  - Unmatched: included all randomized placebo participants
  - Matching based on ApoE ε4 status and enrollment timing

---

Representative results of the analyses conducted in Approach 1 and Approach 2 are presented below.

**Approach 1: Subgroups defined by randomization**

The expected cumulative doses at Week 78 with no interruption in dosing were 160 mg/kg and 98 mg/kg for participants randomized to groups with a maximum dose of 10 mg/kg and 6 mg/kg, respectively.

ApoE ε4 carriers in both studies in the high-dose group enrolled prior to Protocol Version 4 did not have the opportunity to receive all 14 doses of 10 mg/kg and had exposures of 96.4 and 98.0 mg/kg in Study 301 and Study 302, respectively. These exposures were at or close to the expected cumulative doses of 98 mg/kg for participants randomized to a maximum dose of 6 mg/kg, but are appreciably lower (by approximately 20% to 34%) than the mean cumulative dose of the other high-dose subgroups (Figure 19, top 2 bars). Two thirds of the study sample are ApoE ε4 carriers; therefore, approximately two-thirds of participants randomized to the high-dose group prior to the protocol amendments had lower cumulative doses.

Aducanumab
Advisory Committee Briefing Document                                    Alzheimer's Disease

**Figure 19:      Heterogeneity in Dosing Subsets of the High-Dose Group by Mean
                  Cumulative Dose, Studies 301 and 302**



Abbreviations: PV4  = protocol version 4.
Note: High-dose pre-PV4 carriers had the opportunity to receive 0-13 doses of 10 mg/kg (after titration). High-dose
post-PV4 carriers had the opportunity to receive all 14 doses of 10 mg/kg (after titration). High-dose noncarriers had
the opportunity to receive all 14 doses of 10 mg/kg under all protocol versions.
Data source: ISE/CSR/T-EX-SUM-BY-PV4LAP-PC-OTC

Results from the three subgroups in each study that did have the opportunity for 14 doses of
10 mg/kg are summarized in Figure 20. The percent weighted mean treatment differences
between high dose and placebo based on combining the three subgroups within each study were
similar in Studies 301 and 302 (-23% in both studies). Moreover, results for each of the
individual subgroups were also similar for the two studies.

In conclusion, in Study 301, participants randomized with the opportunity for a full 14 doses of
10 mg/kg had clinical outcomes similar to those in Study 302.

Aducanumab
Advisory Committee Briefing Document                          Alzheimer's Disease

**Figure 20:    Comparison of CDR-SB in Subsets with Opportunity to Receive 14 Doses of 10 mg/kg – OTC Population**



Abbreviations: CI = confidence interval; cum = cumulative; diff = difference; pbo = placebo; MMRM = mixed model for repeated measures; PV4 = Protocol Version 4
Note: Results were based on an MMRM model, with change from baseline in CDR-SB as dependent variable and with fixed effects of treatment group, categorical visit, laboratory ApoE ε4 status, PV4 consenting status, and two-way, three-way and four-way interactions of these four covariates, and additional fixed effects of baseline CDR-SB, baseline CDR-SB by visit interaction, baseline MMSE, Alzheimer's disease symptomatic medication use at baseline and region.
Data source: ISE/CSR/T-CDR-BY-PV4LAP-PC-OTC, ISE/CSR/T-CDR-BY-PV4LAP-PC-OTC-HEXP, ISE/CSR/T-EX-SUM-BY-PV4LAP-PC-OTC

**Approach 2: Subgroups based on actual dosing**

In this approach, dosing *within* the high-dose groups was categorized by creating subsets. In the results representative of this approach presented below, the categorizations were (after titration):

- **High/Consistent:** ≥ 8 uninterrupted doses of 10 mg/kg at steady state

- **Intermediate:** 1-7 uninterrupted doses of 10 mg/kg at steady state

- **Zero:** no doses of 10 mg/kg at steady state

Individual participant dosing heat maps for these three dosing categories in Studies 301 and 302 were presented above in Figure 18.

Results on the CDR-SB for these dosing categories are presented in Figure 21.

- Participants in the high-dose subset with ≥ 8 uninterrupted doses of 10 mg/kg at steady state had reductions versus placebo of approximately 35% in both Study 301 and Study 302. i.e., in Study 301 despite the overall high-dose group failing to meet clinical outcomes, a subset of participants with high and consistent exposure to 10 mg/kg aducanumab had outcomes similar to those in Study 302.

Aducanumab
Advisory Committee Briefing Document                                    Alzheimer's Disease

- Participants in the subset of the high-dose groups with no exposure to 10 mg/kg at steady state had minimal difference from placebo in both Study 301 and Study 302.

Both subsets demonstrate that in Study 301 and Study 302 similar exposures produce similar outcomes, and that exposure to 10 mg/kg is important for efficacy.

In each of these subsets, there are different proportions of participants in both studies. On balance, these favored higher exposure to 10 mg/kg in Study 302: In the high dosing subset with efficacy outcomes of 35% reduction, Study 302 had more participants than Study 301 (35.0% vs. 28.8%). Additionally, Study 302 had fewer participants in the no exposure to 10 mg/kg dosing category than Study 301 (24.2% vs. 28.8%).

In contrast to the similarity in outcomes seen in the high and zero exposure subsets of 10 mg/kg, in the intermediate subset of the high-dose group (1-7 uninterrupted doses of 10 mg/kg at steady state), participants had reduced decline versus placebo in Study 302 but not in Study 301. In this intermediate subset of the high-dose group, both the mean cumulative dose and the number of participants are similar in both Study 301 and Study 302. Excluding rapid progressors reduces the differences between studies in the results for the intermediate 10 mg/kg dosing subset in Study 301; however, some difference on CDR-SB remain (Figure 22).

On amyloid PET SUVR, the results for this intermediate exposure subset did not differ markedly between studies. Therefore, and as also shown in the PK/PD model, the dose and biological activity of aducanumab was similar in the two studies at this intermediate exposure to 10 mg/kg doses. What is discrepant in the intermediate dosing subset of the high-dose group is the clinical outcome.

In summary, the discrepancy between results for the high-dose groups of Study 302 and Study 301 was due at least in part to the participants with intermediate dosing, in conjunction with the proportion of participants in the zero and high subsets, favoring a lower overall exposure to 10 mg/kg in Study 301.

However, results for the intermediate exposure to 10 mg/kg dosing subset remain somewhat discrepant between Study 301 and Study 302, even with the rapid progressors removed.

Given that the clinical outcomes are highly consistent in both studies across the low-dose groups, as well as across the high and low exposure subsets of the high-dose groups, and that the biological activity of aducanumab as measured by amyloid PET is similar in the two studies at the intermediate dosing subset, it is reasonable to conclude that the remaining difference in the clinical outcome in the Study 301 intermediate exposure subset may be due to several factors, including greater heterogeneity in dosing patterns (Figure 18) and measurement noise in the context of low sample sizes and modest measurement sensitivity in an 18-month study [Evans 2018].

Aducanumab
Advisory Committee Briefing Document                                    Alzheimer's Disease

**Figure 21:    Consistent CDR-SB Outcomes in Participants Receiving Sufficient Doses of 10 mg/kg**



Abbreviations: CI = confidence interval.; MMRM = mixed model for repeated measures
Note 1: The analysis was conducted on the OTC population, i.e., ITT population who had the opportunity to complete the Week 78 visit by March 20, 2019.
Note 2: Placebo participants were selected to match the baseline characteristics of the treated participants in each dosing category based on a propensity score model that includes covariates of laboratory ApoE ε4 status, age, sex, baseline clinical stage, baseline scores of CDR-SB, MMSE, ADAS-Cog13, ADCS-ADL-MCI, years of education, years since first Alzheimer's disease symptom, Alzheimer's disease symptomatic medication use at baseline, US/non-US and enrollment window of every 200 subjects. Placebo and treated subjects matched exactly on laboratory ApoE ε4 status.
Note 3: An MMRM model was used to analyze change from baseline CDR-SB using fixed effects of treatment group, time (categorical), treatment group-by-time interaction, baseline CDR-SB, baseline CDR-SB by time interaction, baseline MMSE, Alzheimer's disease symptomatic medication use at baseline, region, and laboratory ApoE ε4 status.
Data source: ISE/CSR/T-CDR-SS10-PSMB-PC

**Figure 22:    Consistent CDR-SB Outcomes in Participants Receiving Sufficient Doses of 10 mg/kg – Excluding Rapid Progressors**



Abbreviations: CI = confidence interval.; MMRM = mixed model for repeated measures.
Note 1: The analysis was conducted on the OTC population, i.e., ITT population who had the opportunity to complete the Week 78 visit by March 20, 2019.
Note 2: Placebo participants were selected to match the baseline characteristics of the treated participants in each dosing category based on a propensity score model that includes covariates of laboratory ApoE ε4 status, age, sex, baseline clinical stage, baseline scores of CDR-SB, MMSE, ADAS-Cog13, ADCS-ADL-MCI, years of education, years since first Alzheimer's disease symptom, Alzheimer's disease symptomatic medication use at baseline, US/non-US and enrollment window of every 200 subjects. Placebo and treated subjects matched exactly on laboratory ApoE ε4 status.
Note 3: An MMRM model was used to analyze change from baseline CDR-SB using fixed effects of treatment group, time (categorical), treatment group-by-time interaction, baseline CDR-SB, baseline CDR-SB by time interaction, baseline MMSE, Alzheimer's disease symptomatic medication use at baseline, region, and laboratory ApoE ε4 status.
Data source: ISE/CSR/T-CDR-SS10-PSMB-CDR8-PC.

*Exposure Response*

A summary of exposure-response modeling results for Study 302 is provided in Section 3.4.3. Similar exposure-response modeling was applied to pooled data from Studies 301 and 302, with

Aducanumab
Advisory Committee Briefing Document                                    Alzheimer's Disease

data from > 3000 participants and 50,000 PK samples. Using pooled data allowed for objective tests of whether the exposure-response relationship on pharmacodynamic (brain amyloid) and efficacy differed between studies.

This modeling did not find statistically significant differences between Studies 301 and 302 in the exposure-response relationship for effects on brain amyloid or most of the clinical outcomes (ADAS-Cog13 and ADCS-ADL-MCI, and SUVR-CDR-SB response models).  Results of exposure-response analyses relating Cavg to CDR-SB, when including all participants in the pooled 301 and 302 studies, indicated that the drug effect in Study 301 is not statistically significant. However, when considering only the population of "typical progressors" (which represent 86% of the Study 301 and 302 population), the drug effect for Study 301 is statistically significant for the exposure-response analyses relating Cavg to CDR-SB. Given the substantial heterogeneity in the CDR-SB outcomes, the exposure-CDR-SB model is less precise than the exposure-amyloid PET SUVR model.

The lack of a between-study difference in the exposure-response relationship for amyloid removal suggests that the divergent clinical results for high dose were not due to the underlying actions of aducanumab.

The exposure-response relationships on the clinical outcomes support that, with greater exposure, greater clinical effects are seen in both Study 301 and Study 302. These results support the observed data where participants in Study 301 with high and consistent exposure to aducanumab had outcomes similar to those in Study 302 (Figure 21 and Figure 22).

Aducanumab
Advisory Committee Briefing Document                                    Alzheimer's Disease

**The FDA's Position:**

FDA agrees with the importance of dose as an area of investigation. The lack of adequate dosing has been cited as a contributing factor to the failure of previous clinical trials of amyloid-targeting therapies and protocols of notable clinical trials have been amended in recent years to significantly increase dose levels. The importance of dose was also directly established in the aducanumab program by Study 103 which demonstrated a dose-dependent reduction in brain amyloid and reduction of decline on clinical outcome measures. Through the implementation of protocol amendments, exposure to aducanumab increased over the course of Studies 301 and 302. To a lesser extent aducanumab exposure also differed between the studies. It is worth noting that the Division asked the Applicant about the role of dosing in preliminary comments to the June 14, 2019, Type C Meeting, before any investigation of the results of Studies 301 and 302 began.

A guiding principle of the hypothesis was that if aducanumab is effective and the effect is dose-related as in Study 302, it follows that patients in Study 301 with adequate and consistent dosing should also demonstrate an effect on clinical endpoints. An absence of an effect in this subgroup of patients in Study 301 would diminish the persuasiveness of Study 302. Although it is impossible to fully account for all factors that may contribute to findings in subgroups formed by post-randomization factors (i.e., dosing), a variety of approaches, each with strengths and limitations, appears to show that consistent exposure to high doses of aducanumab does lead to similar treatment effects in the two studies.

Evaluation of dosing is complicated by many factors, including ARIA, ApoE ε4 carrier status, and the observation that the placebo response worsened later in the studies when more patients also happened to have the opportunity to receive the 10 mg/kg dose. The analysis used in Approach 1 preserved randomization and thus placebo subgroups are matched to the corresponding aducanumab treatment group and to some degree accounts for potential changes over time. The analysis used in Approach 2 considered region (US vs. non-US), ApoE ε4 carrier status, and enrollment window as well as other factors, in an attempt to account for relevant baseline characteristics. Outcomes in non-US countries, however, were heterogeneous and it may not be appropriate to pool them into a single non-US category. On the other hand, the number of patients enrolled in each country was insufficient to ensure adequate matching on this variable. Before embarking on Approach 2, it was recognized that matching may not account for all possible confounders.

Although the precise relationship between dosing and treatment effect is unknown, the difference in various measures of aducanumab exposure between the studies is modest and dosing alone does not explain the negative finding for the high dose in Study 301. Also, there remains a subset of high dose assigned patients in Study 301 who received intermediate exposure to 10 mg/kg yet failed to show a treatment effect of similar character to high dose assigned patients who received intermediate exposure to 10 mg/kg in Study 302 or even subjects who received the low dose in either study. FDA also acknowledges the inherent variability in clinical measures and challenges measuring clinical decline in this patient population. For these reasons, these analyses do not provide independent evidence of the effectiveness of aducanumab, but rather contribute to the overall understanding of Study 301.

Aducanumab
Advisory Committee Briefing Document                                        Alzheimer's Disease

### 3.6.4.     Conclusions

Study 301 and Study 302 have partially discordant results, specifically, the clinical and biomarker results in the high-dose groups. Based on the post hoc analyses presented in this section, together with the results reported in previous sections for each of the studies (Sections 3.4 and 3.5), Biogen and the FDA have jointly concluded that Study 301 does not represent evidence that aducanumab is ineffective. Indeed, using multiple methods, participants in Study 301 with sufficient exposure to 10 mg/kg have clinical outcomes similar to those in Study 302. Furthermore, it was concluded that the differences between studies in clinical and biomarker outcomes in the high-dose group are sufficiently well understood in Study 301 so as to allow independent consideration of the persuasiveness of Study 302.

What is consistent between Studies 301 and 302 is:

- Consistent exposure to 10 mg/kg in the high-dose groups of both studies results in similar treatment effects.

- The low-dose groups in both studies had similar treatment effects across clinical outcomes.

- The low-dose groups in both studies had similar treatment effects on proximal biomarkers and downstream biomarkers of disease.

- The clinical and biomarker outcomes are supported by exposure-response models of the pooled Study 301 and Study 302 data, in which the pharmacological properties of aducanumab on brain amyloid and clinical outcomes did not differ between studies. These outcomes indicate that the discordant results were not due inherently to aducanumab.

- Demographic and disease characteristics did not differ between studies and were not attributable to the differences between Studies 301 and 302.

- The frequency, severity, and management of ARIA did not differ between the studies. ARIA occurs early most frequently during the titration phase and is dose dependent, although ARIA occurs at all dose levels. No systematic bias due to potential functional unblinding due to ARIA could be detected and did not differ between studies.

What differentially impacts the Study 301 high-dose results and contributes to the divergence in outcomes between the 2 studies is:

- In the Study 301 high-dose group, clinical outcomes were substantially impacted by an imbalance in a very small number of rapidly progressing participants.

- In the Study 301 high-dose group, clinical and biomarker outcomes were impacted by lower exposures to the target dose of 10 mg/kg. Fewer participants in Study 301 had high exposure to 10 mg/kg and more participants had no exposure to 10 mg/kg than in Study 302.

- In the setting of lower exposure and a greater number of rapid progressors in the Study 301 high-dose group than all other groups, the inherent variability in the

Aducanumab
Advisory Committee Briefing Document                                    Alzheimer's Disease

clinical outcome measures and potentially other factors may have additionally contributed to the discordant results between studies in the high-dose group.

It is reasonable to conclude that the partially discrepant results between Studies 301 and 302 are sufficiently well understood to allow for independent consideration of the persuasiveness of Study 302.

The work was presented at a Type C meeting with the FDA (October 2019), where it was concluded by the FDA, "The analyses conducted since the June 14, 2019, Type C meeting, have established not only that the results of Studies 301 and 302 are interpretable, but on face, suggest an understanding of the discordant results of Studies 301 and 302 sufficient to allow for independent consideration of whether Study 302 might provide evidence adequate to establish the effectiveness of aducanumab for the treatment of Alzheimer's disease."

Study 302 is further supported by the prior study, Study 103, which is discussed in Section 3.7.

> **The FDA's Position:**
>
> FDA agrees that the understanding of the discordant results in the high dose arms of Studies 301 and 302, while not complete, is sufficient to allow for independent consideration of Study 302.

## 3.7.    Summary of Study 103

Results for Study 103 are summarized below.  The focus is on results from the aducanumab 10 mg/kg group, since the Month 12 efficacy results in the 10 mg/kg group in Study 103 are the relevant findings for comparison with the Month 18 results in the high dose group in Study 302. To contextualize these results, we note the following aspects of the studies:

- Study 103 had a 12-month placebo-controlled period, while Study 302 had an 18-month placebo-controlled period.

- In Study 302, the high-dose regimen consisted of 14 doses of 10 mg/kg over 1 year, following the 6-month titration period.

- In Study 103, the 10 mg/kg dose regimen consisted of 14 doses of 10 mg/kg over the 12-month placebo-controlled period.

### 3.7.1.    Disposition, Demographics, and Baseline Characteristics

**The Applicant's Position**

A total of 196 participants were randomized and dosed in the study. Of these, 154 (79%) completed the study and 42 (21%) withdrew from the study. In the 10 mg/kg group, 11 (34%) withdrew from study.

Treatment groups were generally balanced with respect to demographics (Table 14). Baseline disease characteristics were generally balanced across groups and were consistent with enrollment criteria (Table 14).

**Table 14:** **Demographics and Baseline Characteristics—Placebo-Controlled Period—Study 103**

| Characteristic | Placebo (n = 48) | 1 mg/kg (n = 31) | 3 mg/kg (n = 32) | 6 mg/kg (n = 30) | 10 mg/kg (n = 32) | Titration (n = 23) | Total (n = 196) |
|---|---|---|---|---|---|---|---|
| Age in years, mean ± SD | 73.3±6.82 | 72.6±7.75 | 70.5±8.17 | 73.3±9.27 | 73.7±8.33 | 73.1±7.83 | 72.8±7.93 |
| Sex, Female n (%) | 28 (58) | 13 (42) | 17 (53) | 15 (50) | 15 (47) | 10 (43) | 98 (50) |
| Race | | | | | | | |
| Asian n (%) | 0 (0) | 0 (0) | 0 (0) | 0 (0) | 1 (3) | 0 (0) | 1 (<1) |
| White n (%) | 48 (100) | 31 (100) | 31 (97) | 28 (93) | 30 (94) | 23 (100) | 191 (97) |
| Education years, mean ± SD | 15.5±2.98 | 15.5±3.15 | 15.5±2.42 | 16.1±2.76 | 15.2±2.35 | 14.5±3.33 | 15.4±2.84 |
| AD medications used, n (%) | 32 (67) | 21 (68) | 28 (88) | 20 (67) | 17 (53) | 12 (52) | 130 (66) |
| ApoE ε4, n (%) | | | | | | | |
| Carriers | 34 (71) | 19 (61) | 21 (66) | 21 (70) | 20 (63) | 23 (100) | 138 (70) |
| Noncarriers | 14 (29) | 12 (39) | 11 (34) | 9 (30) | 12 (38) | 0 (0) | 58 (30) |
| Clinical stage, n (%) | | | | | | | |
| Prodromal AD | 22 (46) | 10 (32) | 14 (44) | 12 (40) | 13 (41) | 13 (57) | 84(43) |
| Mild AD | 26 (54) | 21 (68) | 18 (56) | 18 (60) | 19 (59) | 10 (43) | 112 (57) |
| PET SUVR, mean composite ± SD | 1.435±0.1719 | 1.441±0.1461 | 1.464±0.1494 | 1.429±0.1989 | 1.441±0.1917 | 1.325±0.1796 | 1.430±0.1751 |

Data source: 221AD103/CSR/T-BL-DEMOG-PC-ARM19; 221AD103/CSR/T-BL-ALZHER-PC-ARM19

Aducanumab
Advisory Committee Briefing Document                                    Alzheimer's Disease

> **The FDA's Position:**
>
> The FDA has verified the Applicant's presentation of disposition, demographics, and baseline disease characteristics for Study 103. The disease characteristics represent a population overlapping with Studies 301 and 302 but with more patients later in the disease continuum. Due to the relatively smaller sample sizes in each arm of Study 103, there are small imbalances in some of the baseline demographic characteristics. For example, the percentage of female subjects in the 10 mg/kg arm (47%) is lower than in the pooled placebo arm (58%). Also, there are more ApoE ε4 carriers in the pooled placebo arm (71%) than the 10 mg/kg arm (63%). This imbalance may be due in part to the pooling of placebo subjects across arms including Arm 9 which only enrolled ApoE ε4 carriers. Subjects in the pooled placebo arms also had lower mean baseline CDR-SB (2.69) than subjects in the 10 mg/kg arm (3.14). Modeling analyses indicated that baseline demographic and disease characteristics explain a relatively small proportion of the overall variability in progression of CDR-SB. Therefore, minor baseline imbalances in Study 103 are unlikely to fundamentally alter the interpretation of the results. As noted previously, the separating of the randomization by cohorts means that any comparison with pooled placebo or between doses is not supported by randomization.
>
> The FDA agrees the 10 mg/kg fixed-dose in Study 103 is the relevant dose to compare to the high dose in Study 302 for the reasons listed by the Applicant.

### 3.7.2.    Efficacy

**The Applicant's Position**

Aducanumab resulted in a dose-dependent reduction in clinical decline, as measured by the CDR-SB and MMSE, in comparison with placebo at Month 12.

- Based on the pre-specified analysis method (ANCOVA), efficacy was seen in the 10 mg/kg fixed-dose group as compared with the placebo group on both the CDR-SB (p = 0.0246) and the MMSE (p = 0.0430) at Month 12 (Table 15).

- Consistent with the pre-specified analysis, sensitivity analyses using an MMRM model showed treatment differences favoring the aducanumab 10 mg/kg fixed-dose group vs placebo on both the CDR-SB (-1.08 [-57%], p=0.0464) and MMSE (1.9 [-76%], p=0.0356).

These results were achieved even though the study was not powered to detect changes in clinical measures of efficacy.

The dose-dependent effect of aducanumab on clinical outcomes as compared with placebo at Month 12 (as assessed by CDR-SB and MMSE scores) was statistically significant (p = 0.0264 and 0.0387, respectively), based on a linear contrast test in ANCOVA based on data from the 1, 3, 6, and 10 mg/kg fixed-dose groups.

Additional analyses of CDR-SB data were performed to address a limitation inherent in the cohort design of this proof-of-concept study, namely, the pooling of the placebo group from each cohort due to the 3:1 randomization (Section 3.1.2, Figure 3). Comparison of the aducanumab 10 mg/kg fixed-dose group with the concurrent placebo group using ANCOVA showed a

Aducanumab
Advisory Committee Briefing Document                                    Alzheimer's Disease

treatment difference of -1.29 (p=0.0756); the corresponding MMRM result was -1.12 (p=0.1254).  Supplementary post hoc analyses (1) excluding data after intercurrent events (change in AD medication or early discontinuation from treatment) and (2) excluding data from the titration placebo arm also yielded directionally consistent results.

The clinical efficacy results in Study 103 were supported by a statistically significant, dose-dependent reduction in brain amyloid plaque, as measured by PET, in comparison with placebo at Month 12.

- Maximal reduction in brain amyloid plaque was observed in the 10 mg/kg fixed-dose group as compared with placebo (p < 0.0001) [Figure 23].

- The magnitude of the reduction in brain amyloid plaques in the 10 mg/kg group as compared with placebo in Study 103 (-0.277) was similar to that observed in the aducanumab high-dose group in Study 302 (-0.278).

**Table 15:    CDR-SB and MMSE Change from baseline at 12 Months—Placebo-Controlled Period--Study 103**

| | | Difference vs PBO [a] (%) p-value | | | | |
|---|---|---|---|---|---|---|
| | | **Fixed dose Groups** | | | | |
| | **PBO decline (N=46)** | **1 mg/kg (N=30)** | **3 mg/kg (N=32)** | **6 mg/kg (N=29)** | **10 mg/kg (N=30)** | **Titration[b] (N=22)** |
| **CDR-SB** | n = 39 | n = 23 | n = 27 | n = 26 | n = 23 | n = 21 |
| | 1.89 | -0.20 (-11%) 0.7249 | -0.56 (-30%) 0.2995 | -0.80 (-42%) 0.1398 | -1.26 (-67%) 0.0246 | -1.19 (-63%) 0.0432 |
| **MMSE** | n = 40 | n = 25 | n = 26 | n = 26 | n = 25 | n = 21 |
| | -2.5 | 0.2 (-8%) 0.7932 | 1.7 (-68%) 0.0700 | 0.5 (-20%) 0.6133 | 1.9 (-76%)) 0.0430 | 1.5 (-60%) 0.1496 |

Abbreviations: PBO = placebo.
[a] Difference vs placebo at Week 54 for CDR-SB and at Week 52 for MMSE.
[b] Titration regimen consisted of 2 doses of 1 mg/kg, then 4 doses of 3 mg/kg, 5 doses of 6 mg/kg, and 3 doses of 10 mg/kg.
N:  number of participants in the efficacy analysis population, defined as all participants who were randomized, received at least one dose of study treatment, and have both baseline and at least one postbaseline questionnaire assessment; n: numbers of participants in the efficacy analysis population with endpoint assessment at Week 54/52.
Note: Change from baseline in CDR-SB and MMSE scores during the placebo-controlled period was analyzed using an ANCOVA model, the primary analysis specified in Study 103 Statistical Analysis Plan, with change from baseline as dependent variable, and treatment group, baseline score, and laboratory ApoE status as independent variables.
Data sources:  221AD103/CSR/T-CDR-CHG-ANCOV-PC-ARM19; 221AD103/CSR/T-MMSE-CHG-ANCOV-PC-ARM19

Aducanumab
Advisory Committee Briefing Document                                         Alzheimer's Disease

**Figure 23:    Brain amyloid PET Change from Baseline at 6 and 12 Months—Placebo-Controlled Period—Study 103**



Abbreviations: Diff = difference; SE = standard error.
* p < 0.05, ** p < 0.01, *** p < 0.001 (nominal).
Note: Results were based on an ANCOVA model, the primary analysis specified in Study 103 Statistical Analysis Plan, with change from baseline as dependent variable, and treatment group, baseline value, and laboratory ApoE ε4 status as independent variables.
Data sources:  221AD103/CSR/T-CDR-CHG-ANCOV-PC-ARM19

### 3.7.3.    Conclusion

In Study 103, the clinical and pharmacodynamic effects in aducanumab indicated a dose-dependent effect, with the greatest statistically significant amyloid plaque reduction and reduction in clinical decline observed for aducanumab 10 mg/kg given over 12 months. Sensitivity analyses using MMRM support the primary analysis of the clinical endpoints. Other post hoc analyses using concurrent placebo or excluding data after intercurrent events showed directionally consistent results.

The CDR-SB, MMSE, and brain amyloid plaque results in Study 103 are consistent with the corresponding CDR-SB, MMSE, and brain amyloid plaque results from Study 302.

Therefore, based on the above, Study 103 provides an additional contribution to the substantial evidence of the effectiveness of aducanumab.

Aducanumab
Advisory Committee Briefing Document                    Alzheimer's Disease

**The FDA's Position:**

The results presented by the Applicant are an accurate representation of the prespecified analyses for Study 103. An MMRM model (the same primary analysis method that was used in Studies 301 and 302), which more appropriately handles dropouts, with the same covariates as the ANCOVA model specified in the SAP was used as a supplementary analysis and provided similar estimates of the treatment effect for the 10 mg/kg treatment arm for both CDR-SB and MMSE.

Of note, the titration arm of Study 103 has a nominal p-value of 0.0432 using ANCOVA. However, the MMRM analysis of the titration group is not significant (p=0.2044) likely due to the inclusion of a titration group dropout with a 6.5 point worsening at Week 26 which is excluded from the Applicant's by-Visit ANCOVA analysis of Week 54.

The titration arm in Study 103 is not the relevant dose to compare to the high dose arm in Study 302 because the titration period was much longer in Study 103 (44 weeks) compared to Study 302 (24 weeks). Subjects in the titration arm in Study 103 received 3 doses of 10 mg/kg compared to 14 doses of 10 mg/kg in the high dose arm in Study 302. In fact, the reduction of brain β-amyloid for the titration arm in Study 103 at Week 54 was more similar to the lower dose in Study 302.

Because Study 103 was designed as a safety and tolerability study, the following must be considered when interpreting the clinical efficacy results:

- Although there was a statistical analysis plan for analysis of clinical endpoints, there was no control for multiplicity.

- The placebo group is pooled across the different arms enrolled in the study and is therefore not entirely contemporaneous with the 10 mg/kg treatment arm and the analysis does not reflect the randomization.

- The statistical significance of the 10 mg/kg treatment arm demonstrated with both ANCOVA and MMRM analyses was not robust to the exclusion of post-baseline starting of AD medications or exclusion of the titration placebo arm.

Despite the smaller sample size, the 10 mg/kg dose arm was able to achieve statistical significance according to the pre-specified analysis plan. Also, the dose-response relationships for Aβ reduction provide support for the positive finding in the 10 mg/kg treatment arm and are consistent with the dose-response relationship observed for CDR-SB and MMSE.

While the FDA agrees the 10 mg/kg fixed-dose in Study 103 is the relevant dose to compare to the high dose in Study 302, there are notable differences in the time course of Aβ reduction in the two treatment arms which should be considered. Specifically, the fixed-dose 10 mg/kg treatment reduces β-amyloid plaque levels earlier than the titration regimen used in Studies 301 and 302 (as seen in Figure 23 vs. Figure 6). The precise relationship between reduction in β-amyloid plaque levels and cognitive decline is unknown but may depend on the time to achieve a certain level of Aβ reduction.

90

Aducanumab
Advisory Committee Briefing Document                                        Alzheimer's Disease

## 3.8.        Efficacy Summary and Conclusions

**The Applicant's Position**

Study 302 is a positive study, with statistically significant differences on the prespecified
primary, secondary, and tertiary clinical efficacy outcomes that are internally consistent, robust
to departures from assumptions, and provides the primary contribution to the substantial
evidence of the effectiveness of aducanumab.

- Study 302 results showed statistically significant differences from placebo in the
  high-dose group on the primary endpoint, all three secondary endpoints, and the
  tertiary efficacy endpoint.  These 5 endpoints cover a broad range of symptoms, with
  little overlap between them, and therefore each endpoint provides important and
  independent evidence of the broad impact of aducanumab on the range of symptoms
  of Alzheimer's disease (Table 3, Table 7, Table 8).

- Internal consistency of the efficacy results was demonstrated in that 79 of
  80 subgroup comparisons across 5 clinical endpoints and all 13 subgroup
  comparisons for amyloid PET showed the treatment effect favored aducanumab high
  dose over placebo (Figure 9, Figure 10).

- Statistical significance of the high-dose group in Study 302 was robust to departures
  from assumptions regarding missing data and non-normality (Table 5, Table 6).

- The clinical effects of aducanumab are supported by substantial treatment effects on
  multiple objective measures of underlying Alzheimer's disease pathophysiology,
  including brain amyloid levels as well as biomarkers of downstream tau pathology
  and neurodegeneration (Figure 6, Figure 7, Figure 8).

Study 103 also contributes to the substantial evidence for the effectiveness of aducanumab.
Study 103 results for the 10 mg/kg dose group showed a statistically significant clinical benefit,
as measured on the CDR-SB and MMSE, as well as dose- and time- dependent effects on brain
amyloid plaque levels (Table 15, Figure 23). Therefore, results of the 10 mg/kg group in Study
103 were consistent with and support the high-dose results from Study 302.

Study 301 failed to meet its primary and secondary objectives. Post hoc analyses concluded that
Study 301 is sufficiently well understood so as not to detract from the persuasiveness of Study
302 and not to preclude the independent consideration of Study 302. Study 301 does not
represent evidence that aducanumab is ineffective, and indeed, there is evidence of effectiveness
in participants with consistent exposure to 10 mg/kg in Study 301, where effects on clinical
endpoints are consistent with those observed in Study 302.

Presented below is an integrated summary of efficacy results from Studies 302 and 103, noting
that CDR-SB, MMSE, and brain amyloid plaque PET levels were common to the 2 studies. The
consistency of the results for these 3 endpoints in the high-dose group of Study 302 and the
10 mg/kg group of Study 103 is evident (Table 16, Table 17).

In summary, the totality of the data demonstrate that aducanumab is effective in removing a core
pathology of Alzheimer's disease and thereby slows clinical decline, including decline in
memory, language, executive and visuospatial function, personality, and behavior, all of which
cause loss of abilities to perform instrumental and/or basic activities of daily living.

Aducanumab
Advisory Committee Briefing Document                                    Alzheimer's Disease

**Table 16:**    **Study 302 (18 Months) and Study 103 (12 Months): Change from baseline on the CDR-SB, MMSE, ADAS-Cog13, ADCS-ADL-MCI, and NPI-10**

| | Study 302 | | | Study 103 | |
|---|---|---|---|---|---|
| | Diff vs PBO (%) p-value | | | Diff vs PBO (%) p-value | |
| | PBO decline N=548 | LOW N=543 | HIGH N=547 | PBO decline N=48 | 10 mg/kg N=32 |
| CDR-SB | n=288 1.74 | n=290 -0.26 (-15%) 0.0901 | n=299 -0.39 (-22%) 0.0120 | n=39 1.89 | n=23 -1.26 (-67%) 0.0246 |
| MMSE | n=288 -3.3 | n=293 -0.1 (3%) 0.7578 | n=299 0.6 (-18%) 0.0493 | n=40 -2.5 | n=25 1.9 (-76%) 0.0430 |
| ADAS-Cog13 | n=287 5.162 | n=289 -0.701 (-14%) 0.1962 | n=293 -1.400 (-27%) 0.0097 | | |
| ADCS-ADL-MCI | n=283 -4.3 | n=286 0.7 (-16%) 0.1515 | n=295 1.7 (-40%) 0.0006 | | |
| NPI-10 | n=282 1.5 | n=283 -0.5 (-33%) 0.3921 | n=291 -1.3 (-87%) 0.0215 | | |

Abbreviations: Diff = difference; PBO = placebo.
N: number of subjects in ITT population; n: number of ITT subjects with endpoint assessment at 18 months (Study 302) or 12 months (Study 103)
Note: Study 103 results for placebo and the 10 mg/kg fixed dose arm are shown. Refer to Section 3.7 for results for all groups.
Note: Study 103 results were based on an ANCOVA model at 12 months, which is the primary model specified in Study 103 Statistical Analysis Plan. Study 302 results were based on an MMRM model up to 18 months, which is the primary model specified in Study 302 Statistical Analysis Plan.
Note: Study 301/302 efficacy data after March 20, 2019 were censored.
Data source: Table 8 and Table 15.

Aducanumab
Advisory Committee Briefing Document                                      Alzheimer's Disease

**Table 17:**    **Studies 301 and 302 (18 Months) and Study 103 (12 Months): Change from Baseline in Biomarkers**

| | | Study 302 | | | Study 103 | |
|---|---|---|---|---|---|---|
| | | **Diff vs PBO** **p-value** | | | | **Diff vs PBO** **p-value** |
| **Amyloid PET** | **PBO change from baseline** **N=159** | **LOW** **N=159** | **HIGH** **N=170** | | **PBO decline** **N=42** | **10 mg/kg** **N=28** |
| | n=93 0.014 | n=100 -0.179 <0.0001 | n=109 -0.278 <0.0001 | | n=38 0.014 | n=21 -0.277 <0.0001 |
| **CSF analyte** | **PBO change from baseline** | **Diff vs PBO** **p-value** | | | | |
| | | **LOW** | **HIGH** | | | |
| **β-amyloid$_{1-42}$ CSF** | n=28 -30.69 | n=33 179.57 < 0.0001 | n=17 318.88 < 0.0001 | | | |
| **p-Tau CSF** | n=28 -0.49 | n=33 -15.64 0.0035 | n=17 -22.44 0.0005 | | | |
| **t-Tau CSF** | n=28 -0.39 | n=33 -86.74 0.0148 | n=17 -112.05 0.0008 | | | |
| **Tau PET composite region \*** | **PBO change from baseline** | **Diff vs PBO** **p-value** | | | | |
| | | **LOW** | **HIGH** | | | |
| **Frontal** | n=12 0.090 | n=14 -0.049 0.0876 | n=11 -0.073 0.0212 | | | |
| **Medial Temporal** | n=12 0.082 | n=14 -0.115 0.0012 | n=11 -0.132 0.0005 | | | |
| **Temporal** | n=12 0.082 | n=14 -0.065 0.1174 | n=11 -0.096 0.0304 | | | |

Abbreviations: Diff = difference; PBO = placebo.
N: number of subjects in the [$^{18}$F]-florbetapir amyloid PET analysis population; n: number of subjects in the analysis population with an assessment at 18 months (Study 302) or 12 months (Study 103)
Note: Study 103 results for placebo and the 10 mg/kg fixed dose arm are shown. Refer to Section 3.7 for results for all groups.
Note: Study 103 results were based on an ANCOVA model at 12 months, which is the primary model specified in Study103 Statistical Analysis Plan. Study 302 results were based on an MMRM model up to 18 months, which is the primary model specified in Study 302 Statistical Analysis Plan.
\*Due to the early termination of the studies, all Tau PET assessments performed in the placebo-controlled period were pooled from Study 301 and 302 and used as one postbaseline timepoint.
Data source: 221AD302/CSR/T-PET-MMRM-COMP-CERE-PC; 221AD103/CSR/T-PETCOMP-CHG-ANCOV-PC-ARM19; ISE/CSR/T-CSF-ANCOVA-PC; ISE/CSR/T-TAU-ANCOVA-PC-POOL

Aducanumab
Advisory Committee Briefing Document                                    Alzheimer's Disease

**The FDA's Position:**

Study 302 provides the primary evidence of effectiveness of aducanumab. The effect of aducanumab in Study 302 is robust and exceptionally persuasive on several of the instruments used to evaluate efficacy. In fact, the effects observed for the primary and secondary endpoints encompass two acceptable approaches to establish effectiveness: (1) primary endpoint of CDR-SB and (2) co-primary endpoints of ADAS-Cog 13 and ADCS-ADL-MCI. The estimate of the treatment effect in the low dose arm was numerically favorable and was consistent with a dose-response relationship. The treatment effect for the high dose arm is supported by consistently favorable results across subgroups of interest. Biomarker results demonstrate target engagement and treatment effects on markers of Alzheimer's disease pathophysiology.

The results of Study 103 are appropriately viewed as supportive evidence of the effectiveness of aducanumab. Despite the limitations of a trial designed to assess safety and tolerability rather than effectiveness, the 10 mg/kg dose arm was able to achieve statistical significance according to the prespecified analysis plan. Also, the dose-response relationship for Aβ reduction provides support for the positive finding in the 10 mg/kg treatment arm and is consistent with the dose-response relationship observed for CDR-SB and MMSE.

Study 301 is a negative study and does not contribute to the evidence of effectiveness of aducanumab. The results presented in Section 3.6 should not be interpreted as "explaining why Study 301 was negative." This was not the intention of this work and such a complete explanation is not necessary to establish the effectiveness of aducanumab. At the June 14, 2019, Type C Meeting, the Division clearly stated that, "available data do not suggest the future use of Study 301 as an efficacy study providing independent evidence of effectiveness supporting the approval of aducanumab." Rather, the Division noted the possibility that analyses "may be understood well enough… to not represent evidence that the drug is ineffective." The analyses presented in Section 3.6 are exploratory by design but limited in scope and focused on pre-defined areas of interest. The rapid progressor analysis indicated that a small imbalance in the number of rapid progressing patients in the high-dose arm in Study 301 had a disproportionate impact on the estimate of the treatment effect using the primary analysis method. An examination of dosing in Study 301 indicates that patients with higher exposure to the 10 mg/kg dose in Study 301 had similar responses to patients in Study 302. These two factors contribute to the overall understanding of Study 301 and together do not meaningfully detract from the persuasiveness of Study 302. There were no findings from the exploration that represented evidence that aducanumab is not effective.