# Exhibit I

**Biogen Stock Chart on November 4, 2021**

| DATE | OPEN | HIGH | LOW | CLOSE |
|---|---|---|---|---|
| 11/4/2021 16:00 | 355.63 | 355.73 | 355 | 355.73 |
| 11/4/2021 15:59 | 356.53 | 356.673 | 355.11 | 355.63 |
| 11/4/2021 15:58 | 357.22 | 357.29 | 356 | 356.565 |
| 11/4/2021 15:57 | 355.99 | 357.3 | 355.83 | 357.13 |
| 11/4/2021 15:56 | 356 | 357.259 | 355.62 | 355.89 |
| 11/4/2021 15:55 | 356.51 | 356.8 | 355.66 | 355.883 |
| 11/4/2021 15:54 | 356.81 | 356.84 | 354.4 | 356.522 |
| 11/4/2021 15:53 | 354.97 | 357 | 354.75 | 356.667 |
| 11/4/2021 15:52 | 355.267 | 356 | 353.62 | 354.11 |
| 11/4/2021 15:51 | 355.665 | 355.99 | 353.51 | 355.02 |
| 11/4/2021 15:50 | 355.05 | 357 | 355.05 | 355.39 |
| 11/4/2021 15:49 | 355.434 | 356.09 | 354.68 | 355.285 |
| 11/4/2021 15:48 | 355.49 | 355.49 | 353.441 | 355.165 |
| 11/4/2021 15:47 | 355.775 | 356.72 | 355 | 355.02 |
| 11/4/2021 15:46 | 354.513 | 356 | 354.513 | 355.635 |
| 11/4/2021 15:45 | 353.595 | 354.8 | 353.47 | 354.73 |
| 11/4/2021 15:44 | 351.42 | 354 | 351.42 | 353.31 |
| 11/4/2021 15:43 | 350.94 | 352.48 | 350.62 | 351.41 |
| 11/4/2021 15:42 | 350.66 | 351.13 | 350.304 | 350.674 |
| 11/4/2021 15:41 | 350.34 | 351 | 350 | 350.592 |
| 11/4/2021 15:40 | 352.09 | 352.4 | 349.49 | 350.13 |
| 11/4/2021 15:39 | 350.71 | 352.485 | 350.5 | 352.14 |
| 11/4/2021 15:38 | 350.271 | 351 | 350.08 | 350.8 |
| 11/4/2021 15:37 | 349.68 | 351 | 349.68 | 350.303 |
| 11/4/2021 15:36 | 349.11 | 350 | 348.89 | 349.56 |
| 11/4/2021 15:35 | 347.595 | 350 | 347.25 | 349.081 |
| 11/4/2021 15:34 | 347.205 | 348.06 | 346.61 | 347.13 |
| 11/4/2021 15:33 | 346.925 | 348 | 345.11 | 347.205 |
| 11/4/2021 15:32 | 348.635 | 349.19 | 346.61 | 346.76 |
| 11/4/2021 15:31 | 349.55 | 350.49 | 348.08 | 348.612 |
| 11/4/2021 15:30 | 350.885 | 351.11 | 349.05 | 349.55 |
| 11/4/2021 15:29 | 352.37 | 352.37 | 350.66 | 350.885 |
| 11/4/2021 15:28 | 351.5 | 353.15 | 351.5 | 352.54 |
| 11/4/2021 15:27 | 352.025 | 352.35 | 350.2 | 351.341 |
| 11/4/2021 15:26 | 350.903 | 352.39 | 350.903 | 352.025 |
| 11/4/2021 15:25 | 347.73 | 351.87 | 347.59 | 351.045 |
| 11/4/2021 15:24 | 346.69 | 347.73 | 346.44 | 347.544 |
| 11/4/2021 15:23 | 347.22 | 347.51 | 346.11 | 346.474 |

1

| DATE | OPEN | HIGH | LOW | CLOSE |
|---|---|---|---|---|
| 11/4/2021 15:22 | 345.62 | 347.82 | 345.375 | 347.16 |
| 11/4/2021 15:21 | 344.3 | 345.98 | 344.3 | 345.62 |
| 11/4/2021 15:20 | 343.974 | 344.51 | 343.58 | 344.21 |
| 11/4/2021 15:19 | 343.885 | 343.885 | 343.07 | 343.83 |
| 11/4/2021 15:18 | 342.926 | 344.28 | 342.91 | 343.89 |
| 11/4/2021 15:17 | 342.78 | 344 | 342.65 | 342.89 |
| 11/4/2021 15:16 | 342.2 | 343 | 342.07 | 342.925 |
| 11/4/2021 15:15 | 343.51 | 343.512 | 341.73 | 341.98 |
| 11/4/2021 15:14 | 342.97 | 343.971 | 342.97 | 343.51 |
| 11/4/2021 15:13 | 343.466 | 343.466 | 342.9 | 342.91 |
| 11/4/2021 15:12 | 343.54 | 343.82 | 342.86 | 343.445 |
| 11/4/2021 15:11 | 343.819 | 344.595 | 343.27 | 343.705 |
| 11/4/2021 15:10 | 344.755 | 344.77 | 343.53 | 343.847 |
| 11/4/2021 15:09 | 345.91 | 345.91 | 344.22 | 344.87 |
| 11/4/2021 15:08 | 344.03 | 345.47 | 343.93 | 345.47 |
| 11/4/2021 15:07 | 342.99 | 344.46 | 342.99 | 344.3 |
| 11/4/2021 15:06 | 343.27 | 343.48 | 342.86 | 342.99 |
| 11/4/2021 15:05 | 343.46 | 344.545 | 343.46 | 343.48 |
| 11/4/2021 15:04 | 342.72 | 343.92 | 342.72 | 343.375 |
| 11/4/2021 15:03 | 344.155 | 344.155 | 342.498 | 342.75 |
| 11/4/2021 15:02 | 345.2 | 345.221 | 343.2 | 344.533 |
| 11/4/2021 15:01 | 344.75 | 346 | 344.65 | 345.2 |
| 11/4/2021 15:00 | 345.42 | 346.43 | 344.5 | 344.78 |
| 11/4/2021 14:59 | 346.598 | 346.98 | 344.91 | 345.36 |
| 11/4/2021 14:58 | 345.363 | 346.575 | 345.363 | 346.475 |
| 11/4/2021 14:57 | 345.01 | 345.59 | 344.26 | 345.2 |
| 11/4/2021 14:56 | 345.45 | 346.055 | 345.06 | 345.295 |
| 11/4/2021 14:55 | 345.375 | 345.515 | 344.65 | 345.18 |
| 11/4/2021 14:54 | 346.64 | 346.79 | 345.02 | 345.52 |
| 11/4/2021 14:53 | 345.79 | 346.77 | 344.85 | 346.298 |
| 11/4/2021 14:52 | 344.85 | 346.99 | 344.575 | 345.53 |
| 11/4/2021 14:51 | 343.575 | 344.85 | 343.07 | 344.64 |
| 11/4/2021 14:50 | 343.8 | 344.08 | 342.74 | 343.565 |
| 11/4/2021 14:49 | 343.838 | 344.11 | 343.38 | 343.64 |
| 11/4/2021 14:48 | 344 | 344.535 | 343.11 | 344.086 |
| 11/4/2021 14:47 | 340.91 | 344.96 | 340.33 | 344.91 |
| 11/4/2021 14:46 | 340.01 | 341.716 | 339 | 340.33 |
| 11/4/2021 14:45 | 341.01 | 341.09 | 339.48 | 340.421 |
| 11/4/2021 14:44 | 341.998 | 342.751 | 340.71 | 340.73 |
| 11/4/2021 14:43 | 342.4 | 343.615 | 341.55 | 341.55 |

2

| DATE | OPEN | HIGH | LOW | CLOSE |
|---|---|---|---|---|
| 11/4/2021 14:42 | 344.16 | 344.16 | 341.5 | 342.04 |
| 11/4/2021 14:41 | 344.71 | 345.5 | 343.522 | 344.61 |
| 11/4/2021 14:40 | 345.232 | 346.415 | 344.64 | 344.825 |
| 11/4/2021 14:39 | 346.255 | 346.81 | 345.061 | 345.392 |
| 11/4/2021 14:38 | 347.3 | 347.89 | 345.78 | 346.14 |
| 11/4/2021 14:37 | 347.37 | 348.75 | 346.672 | 347.42 |
| 11/4/2021 14:36 | 345.45 | 347.37 | 345 | 347.02 |
| 11/4/2021 14:35 | 345.38 | 346 | 343.81 | 345.535 |
| 11/4/2021 14:34 | 348.074 | 348.41 | 345 | 345.25 |
| 11/4/2021 14:33 | 346.95 | 348.453 | 346 | 348.35 |
| 11/4/2021 14:32 | 341.13 | 347.53 | 340.16 | 346.765 |
| 11/4/2021 14:31 | 353.42 | 353.42 | 340 | 340.63 |
| 11/4/2021 14:30 | 354.48 | 354.75 | 353.24 | 353.39 |
| 11/4/2021 14:29 | 353.88 | 354.5 | 353.805 | 354.5 |
| 11/4/2021 14:28 | 353.695 | 354.42 | 353.22 | 353.82 |
| 11/4/2021 14:27 | 355.915 | 356 | 353.5 | 353.785 |
| 11/4/2021 14:26 | 355.78 | 356.15 | 355.53 | 355.905 |
| 11/4/2021 14:25 | 355.475 | 356.85 | 355.12 | 356.15 |
| 11/4/2021 14:24 | 356.865 | 356.94 | 355.15 | 355.15 |
| 11/4/2021 14:23 | 356.39 | 356.9 | 356.39 | 356.865 |
| 11/4/2021 14:22 | 356.61 | 357.53 | 356.26 | 356.58 |
| 11/4/2021 14:21 | 356.985 | 356.985 | 356.305 | 356.305 |
| 11/4/2021 14:20 | 356.05 | 357.05 | 355.72 | 356.98 |
| 11/4/2021 14:19 | 356.995 | 357.24 | 354.19 | 356.1 |
| 11/4/2021 14:18 | 357.14 | 357.38 | 356.43 | 356.72 |
| 11/4/2021 14:17 | 357.82 | 357.98 | 357.23 | 357.37 |
| 11/4/2021 14:16 | 357.85 | 358.28 | 357.03 | 357.706 |
| 11/4/2021 14:15 | 357.75 | 358.75 | 357.64 | 358 |
| 11/4/2021 14:14 | 357.2 | 357.77 | 357.2 | 357.63 |
| 11/4/2021 14:13 | 357 | 357.56 | 356.981 | 357.245 |
| 11/4/2021 14:12 | 356.965 | 357.2 | 356.85 | 357.05 |
| 11/4/2021 14:11 | 357.465 | 357.465 | 356.616 | 356.965 |
| 11/4/2021 14:10 | 356.3 | 357.757 | 356.3 | 357.413 |
| 11/4/2021 14:09 | 356.451 | 356.926 | 356.29 | 356.29 |
| 11/4/2021 14:08 | 356.44 | 357.43 | 356.31 | 356.88 |
| 11/4/2021 14:07 | 356.26 | 356.79 | 355.3 | 356.22 |
| 11/4/2021 14:06 | 356.62 | 357.5 | 356.52 | 356.605 |
| 11/4/2021 14:05 | 356.5 | 356.89 | 356.046 | 356.22 |
| 11/4/2021 14:04 | 356 | 356.99 | 356 | 356.361 |
| 11/4/2021 14:03 | 355.7 | 356.37 | 355 | 356.19 |

3

| DATE | OPEN | HIGH | LOW | CLOSE |
|---|---|---|---|---|
| 11/4/2021 14:02 | 357.201 | 357.201 | 355.5 | 355.77 |
| 11/4/2021 14:01 | 355.949 | 357.129 | 355.835 | 357.129 |
| 11/4/2021 14:00 | 355.52 | 356 | 355.21 | 355.955 |
| 11/4/2021 13:59 | 354.98 | 355.635 | 354.24 | 355.635 |
| 11/4/2021 13:58 | 355.327 | 355.5 | 354.79 | 355 |
| 11/4/2021 13:57 | 354 | 355.44 | 353.885 | 355 |
| 11/4/2021 13:56 | 353.27 | 354.12 | 353.26 | 354.12 |
| 11/4/2021 13:55 | 353.845 | 354.32 | 353.27 | 353.27 |
| 11/4/2021 13:54 | 355.24 | 355.24 | 353.444 | 353.6 |
| 11/4/2021 13:53 | 355.285 | 356.346 | 355.285 | 355.767 |
| 11/4/2021 13:52 | 353.96 | 355.38 | 353.715 | 355.38 |
| 11/4/2021 13:51 | 353.77 | 354.1 | 353.251 | 353.952 |
| 11/4/2021 13:50 | 353.735 | 353.9 | 352.835 | 353.565 |
| 11/4/2021 13:49 | 354.02 | 354.427 | 353.538 | 353.98 |
| 11/4/2021 13:48 | 353.71 | 354.237 | 353.555 | 354 |
| 11/4/2021 13:47 | 353.846 | 354.25 | 353.28 | 353.4 |
| 11/4/2021 13:46 | 352.86 | 354.245 | 352.48 | 353.793 |
| 11/4/2021 13:45 | 354.245 | 354.39 | 352.48 | 352.718 |
| 11/4/2021 13:44 | 354.5 | 354.586 | 353.049 | 354.245 |
| 11/4/2021 13:43 | 355.2 | 355.605 | 353.92 | 354.345 |
| 11/4/2021 13:42 | 356.04 | 356.19 | 355.15 | 356 |
| 11/4/2021 13:41 | 355.99 | 357 | 355.71 | 356.03 |
| 11/4/2021 13:40 | 356.7 | 357.01 | 355.88 | 356.5 |
| 11/4/2021 13:39 | 355 | 357.37 | 355 | 356.463 |
| 11/4/2021 13:38 | 355.815 | 356.857 | 354.465 | 355 |
| 11/4/2021 13:37 | 356.47 | 356.68 | 355.28 | 355.765 |
| 11/4/2021 13:36 | 353.74 | 357.02 | 353.74 | 355.75 |
| 11/4/2021 13:35 | 354.96 | 355.5 | 353.16 | 354.13 |
| 11/4/2021 13:34 | 352.07 | 355.49 | 351.77 | 354.995 |
| 11/4/2021 13:33 | 352.84 | 352.89 | 351.01 | 352.28 |
| 11/4/2021 13:32 | 352.965 | 353.015 | 352.1 | 352.87 |
| 11/4/2021 13:31 | 352.3 | 353.499 | 352.14 | 352.975 |
| 11/4/2021 13:30 | 352.46 | 352.8 | 350.596 | 352.305 |
| 11/4/2021 13:29 | 353.5 | 353.58 | 350.86 | 351.97 |
| 11/4/2021 13:28 | 352.28 | 353.63 | 350.89 | 353.325 |
| 11/4/2021 13:27 | 352.84 | 353.05 | 352.28 | 352.49 |
| 11/4/2021 13:26 | 352.905 | 354 | 352.28 | 352.899 |
| 11/4/2021 13:25 | 352.845 | 353 | 352.17 | 352.958 |
| 11/4/2021 13:24 | 353.35 | 354.45 | 352.18 | 352.525 |
| 11/4/2021 13:23 | 352.48 | 353.94 | 351.78 | 353.475 |

4

| DATE | OPEN | HIGH | LOW | CLOSE |
|---|---|---|---|---|
| 11/4/2021 13:22 | 352 | 352.49 | 351.06 | 352.13 |
| 11/4/2021 13:21 | 351.685 | 352.5 | 351.23 | 352.17 |
| 11/4/2021 13:20 | 353.41 | 353.64 | 351 | 351.68 |
| 11/4/2021 13:19 | 352.76 | 353.95 | 352.52 | 353 |
| 11/4/2021 13:18 | 352.49 | 353.66 | 351.311 | 352.686 |
| 11/4/2021 13:17 | 350.291 | 352.5 | 350.289 | 352.45 |
| 11/4/2021 13:16 | 348.93 | 350.9 | 348.93 | 350.9 |
| 11/4/2021 13:15 | 348.03 | 349.39 | 347.782 | 349.39 |
| 11/4/2021 13:14 | 347.48 | 348.5 | 347.03 | 347.89 |
| 11/4/2021 13:13 | 346.815 | 347.75 | 346.73 | 347.3 |
| 11/4/2021 13:12 | 347.51 | 347.51 | 346.29 | 346.81 |
| 11/4/2021 13:11 | 346.53 | 347.485 | 346.42 | 347.44 |
| 11/4/2021 13:10 | 346.4 | 347.03 | 346.11 | 346.85 |
| 11/4/2021 13:09 | 347.092 | 347.96 | 346.15 | 346.21 |
| 11/4/2021 13:08 | 346.52 | 347.96 | 346.17 | 347.54 |
| 11/4/2021 13:07 | 346.265 | 346.6 | 345.425 | 346.036 |
| 11/4/2021 13:06 | 346.06 | 346.868 | 346 | 346.07 |
| 11/4/2021 13:05 | 346.05 | 346.36 | 346.05 | 346.06 |
| 11/4/2021 13:04 | 346.27 | 346.46 | 346.105 | 346.18 |
| 11/4/2021 13:03 | 346.42 | 346.92 | 346.3 | 346.3 |
| 11/4/2021 13:02 | 345.47 | 346.96 | 345.26 | 346.54 |
| 11/4/2021 13:01 | 344.953 | 346 | 344.27 | 345.29 |
| 11/4/2021 13:00 | 344.279 | 345.3 | 344.07 | 345.17 |
| 11/4/2021 12:59 | 343.17 | 344.51 | 343.17 | 344.51 |
| 11/4/2021 12:58 | 344.46 | 344.58 | 343 | 343.34 |
| 11/4/2021 12:57 | 343.83 | 344.81 | 343.679 | 344.07 |
| 11/4/2021 12:56 | 344 | 344.3 | 343.71 | 344.13 |
| 11/4/2021 12:55 | 344.41 | 344.85 | 343.5 | 343.7 |
| 11/4/2021 12:54 | 344.845 | 344.906 | 342.75 | 343.85 |
| 11/4/2021 12:53 | 345.93 | 345.94 | 344.501 | 345.17 |
| 11/4/2021 12:52 | 345.28 | 346.65 | 345.13 | 345.94 |
| 11/4/2021 12:51 | 345.21 | 345.52 | 345.02 | 345.13 |
| 11/4/2021 12:50 | 344.37 | 345.87 | 344.24 | 345.61 |
| 11/4/2021 12:49 | 344.625 | 344.97 | 343.05 | 344.5 |
| 11/4/2021 12:48 | 343.74 | 344.97 | 343.398 | 344.97 |
| 11/4/2021 12:47 | 345.987 | 346.57 | 343 | 343.565 |
| 11/4/2021 12:46 | 347.05 | 347.55 | 345.76 | 346.147 |
| 11/4/2021 12:45 | 347.49 | 347.75 | 346.464 | 347.079 |
| 11/4/2021 12:44 | 350.7 | 350.7 | 346.45 | 347.227 |
| 11/4/2021 12:43 | 349.24 | 351.99 | 349 | 351.25 |

5

| DATE | OPEN | HIGH | LOW | CLOSE |
|---|---|---|---|---|
| 11/4/2021 12:42 | 347.11 | 350 | 347.11 | 349.62 |
| 11/4/2021 12:41 | 346.76 | 348 | 346.76 | 347.32 |
| 11/4/2021 12:40 | 345.79 | 346.72 | 345.77 | 346.65 |
| 11/4/2021 12:39 | 346.01 | 346.39 | 345.17 | 345.415 |
| 11/4/2021 12:38 | 345.45 | 346.08 | 344.78 | 346.08 |
| 11/4/2021 12:37 | 345.275 | 345.36 | 344.681 | 345.14 |
| 11/4/2021 12:36 | 344.68 | 345.9 | 344.414 | 345.445 |
| 11/4/2021 12:35 | 344.635 | 345.39 | 344.01 | 344.03 |
| 11/4/2021 12:34 | 345.216 | 345.31 | 344.55 | 344.551 |
| 11/4/2021 12:33 | 345.435 | 345.8 | 345 | 345.6 |
| 11/4/2021 12:32 | 345.2 | 345.8 | 344.89 | 345.305 |
| 11/4/2021 12:31 | 346 | 346 | 344.19 | 345.161 |
| 11/4/2021 12:30 | 346.07 | 346.295 | 345.77 | 346.265 |
| 11/4/2021 12:29 | 345.95 | 346.635 | 345.62 | 346 |
| 11/4/2021 12:28 | 345.21 | 346.36 | 345.21 | 346 |
| 11/4/2021 12:27 | 346.335 | 346.66 | 344.94 | 345.82 |
| 11/4/2021 12:26 | 345.66 | 347 | 344.95 | 346.335 |
| 11/4/2021 12:25 | 344.529 | 345.84 | 344.35 | 345 |
| 11/4/2021 12:24 | 344.035 | 344.82 | 343.81 | 344.35 |
| 11/4/2021 12:23 | 344.945 | 344.945 | 343.57 | 344.025 |
| 11/4/2021 12:22 | 344.335 | 345.97 | 343.88 | 345.144 |
| 11/4/2021 12:21 | 344.525 | 344.525 | 343.34 | 344.21 |
| 11/4/2021 12:20 | 345.386 | 345.79 | 344.601 | 344.735 |
| 11/4/2021 12:19 | 345.38 | 345.839 | 344.82 | 345.545 |
| 11/4/2021 12:18 | 345.911 | 346.594 | 345.15 | 345.15 |
| 11/4/2021 12:17 | 346.194 | 346.826 | 344.61 | 346.195 |
| 11/4/2021 12:16 | 346.62 | 348.115 | 346.2 | 346.201 |
| 11/4/2021 12:15 | 350.68 | 350.68 | 346.65 | 346.8 |
| 11/4/2021 12:14 | 349.47 | 351.01 | 348.26 | 350.33 |
| 11/4/2021 12:13 | 348.319 | 349.75 | 348.17 | 349.706 |
| 11/4/2021 12:12 | 347.305 | 348.5 | 347.02 | 348.35 |
| 11/4/2021 12:11 | 347.47 | 348.46 | 346.01 | 347.35 |
| 11/4/2021 12:10 | 347.47 | 348.837 | 347.21 | 347.681 |
| 11/4/2021 12:09 | 349.93 | 350.2 | 346.47 | 347.57 |
| 11/4/2021 12:08 | 348.88 | 351.31 | 347.97 | 349.26 |
| 11/4/2021 12:07 | 346.98 | 348.98 | 346.84 | 348.658 |
| 11/4/2021 12:06 | 346.955 | 347.47 | 346.18 | 346.83 |
| 11/4/2021 12:05 | 348.18 | 348.26 | 346.17 | 346.895 |
| 11/4/2021 12:04 | 348.565 | 348.91 | 348.26 | 348.26 |
| 11/4/2021 12:03 | 348.59 | 349.76 | 348.282 | 349.213 |

6

| DATE | OPEN | HIGH | LOW | CLOSE |
|---|---|---|---|---|
| 11/4/2021 12:02 | 347.74 | 349.75 | 347.74 | 348.91 |
| 11/4/2021 12:01 | 349.41 | 350 | 347.508 | 347.79 |
| 11/4/2021 12:00 | 344.9 | 349.45 | 344.555 | 348.885 |
| 11/4/2021 11:59 | 345.3 | 346.441 | 344.25 | 344.9 |
| 11/4/2021 11:58 | 344.88 | 346.99 | 344.735 | 345.707 |
| 11/4/2021 11:57 | 342.66 | 344.88 | 341.85 | 344.88 |
| 11/4/2021 11:56 | 341.918 | 343.26 | 341.311 | 342.66 |
| 11/4/2021 11:55 | 341.125 | 342.75 | 340.8 | 342.3 |
| 11/4/2021 11:54 | 342.14 | 342.14 | 340.26 | 341.64 |
| 11/4/2021 11:53 | 342.335 | 342.47 | 341.14 | 342 |
| 11/4/2021 11:52 | 341 | 342.28 | 341 | 342.255 |
| 11/4/2021 11:51 | 343.2 | 343.335 | 339.7 | 341.102 |
| 11/4/2021 11:50 | 343.46 | 343.78 | 342.33 | 343.04 |
| 11/4/2021 11:49 | 342.575 | 344.161 | 342.575 | 344.161 |
| 11/4/2021 11:48 | 342.89 | 344.03 | 342.01 | 342.605 |
| 11/4/2021 11:47 | 345.5 | 345.97 | 342.35 | 342.85 |
| 11/4/2021 11:46 | 346.15 | 347.37 | 345 | 345.32 |
| 11/4/2021 11:45 | 345.435 | 346.65 | 345.03 | 346.165 |
| 11/4/2021 11:44 | 343 | 346.1 | 342.7 | 345.91 |
| 11/4/2021 11:43 | 343.297 | 343.69 | 342.33 | 343.122 |
| 11/4/2021 11:42 | 343.5 | 343.84 | 342.01 | 343 |
| 11/4/2021 11:41 | 344.05 | 344.28 | 343.29 | 343.415 |
| 11/4/2021 11:40 | 344.075 | 344.55 | 343.08 | 344.27 |
| 11/4/2021 11:39 | 343.87 | 344 | 342.58 | 344 |
| 11/4/2021 11:38 | 344.479 | 345.16 | 342.58 | 343.545 |
| 11/4/2021 11:37 | 344.944 | 346.93 | 344.07 | 344.42 |
| 11/4/2021 11:36 | 344.64 | 345.5 | 342.52 | 344.457 |
| 11/4/2021 11:35 | 342.61 | 344.98 | 342.49 | 344.44 |
| 11/4/2021 11:34 | 343.158 | 344 | 341.38 | 342.74 |
| 11/4/2021 11:33 | 340.015 | 345 | 339.93 | 343.3 |
| 11/4/2021 11:32 | 336.745 | 340.92 | 336.745 | 339.78 |
| 11/4/2021 11:31 | 336.58 | 336.8 | 335.24 | 336.58 |
| 11/4/2021 11:30 | 335.568 | 337.989 | 335.31 | 336.425 |
| 11/4/2021 11:29 | 336.306 | 336.77 | 335.23 | 335.635 |
| 11/4/2021 11:28 | 337.645 | 338 | 335.59 | 336.02 |
| 11/4/2021 11:27 | 339.803 | 339.85 | 337.303 | 337.655 |
| 11/4/2021 11:26 | 340.55 | 340.55 | 338.795 | 339.87 |
| 11/4/2021 11:25 | 340.425 | 341.88 | 339.605 | 340.46 |
| 11/4/2021 11:24 | 339.351 | 341 | 338.5 | 339.812 |
| 11/4/2021 11:23 | 340.275 | 341.15 | 338.5 | 339.41 |

| DATE | OPEN | HIGH | LOW | CLOSE |
|---|---|---|---|---|
| 11/4/2021 11:22 | 342.045 | 342.76 | 339.39 | 340.21 |
| 11/4/2021 11:21 | 343.84 | 344 | 341.3 | 342.29 |
| 11/4/2021 11:20 | 343.97 | 344.88 | 343.72 | 343.92 |
| 11/4/2021 11:19 | 345.375 | 346.295 | 343 | 343.69 |
| 11/4/2021 11:18 | 344.89 | 347 | 344.89 | 345.239 |
| 11/4/2021 11:17 | 343.7 | 346.37 | 343.213 | 344.89 |
| 11/4/2021 11:16 | 346.475 | 347.59 | 342.01 | 343.705 |
| 11/4/2021 11:15 | 345.52 | 348.7 | 343.82 | 346.755 |
| 11/4/2021 11:14 | 347.287 | 348 | 344.01 | 345.51 |
| 11/4/2021 11:13 | 349.46 | 350.695 | 347 | 347.6 |
| 11/4/2021 11:12 | 350.385 | 353.72 | 349 | 349.18 |
| 11/4/2021 11:11 | 350.63 | 350.72 | 346.01 | 349.77 |
| 11/4/2021 11:10 | 351.175 | 352 | 349.32 | 351.29 |
| 11/4/2021 11:09 | 351.896 | 353 | 347.83 | 351.177 |
| 11/4/2021 11:08 | 354.32 | 354.75 | 351 | 352.15 |
| 11/4/2021 11:07 | 352.5 | 354.75 | 348 | 354.75 |
| 11/4/2021 11:06 | 350.455 | 354.785 | 349.12 | 352.587 |
| 11/4/2021 11:05 | 358.455 | 358.5 | 350 | 350.4 |
| 11/4/2021 11:04 | 358.34 | 362.5 | 357.635 | 358.49 |
| 11/4/2021 11:03 | 357.405 | 359.15 | 355 | 358.62 |
| 11/4/2021 11:02 | 362.73 | 363.8 | 355.31 | 356.99 |
| 11/4/2021 11:01 | 361.962 | 363.92 | 361.28 | 362.15 |
| 11/4/2021 11:00 | 360.825 | 363.84 | 357.62 | 362.53 |
| 11/4/2021 10:59 | 355.637 | 360.825 | 353 | 360.825 |
| 11/4/2021 10:58 | 351.55 | 356 | 351.29 | 356 |
| 11/4/2021 10:57 | 348.285 | 353.69 | 346.46 | 351.111 |
| 11/4/2021 10:56 | 349.02 | 351.93 | 347 | 348.285 |
| 11/4/2021 10:55 | 336.066 | 349.89 | 336.066 | 349.081 |
| **11/4/2021 10:54** | **340.525** | **343.275** | **336** | **336.559** |
| 11/4/2021 10:53 | 332.44 | 342.99 | 331.7 | 341.61 |
| 11/4/2021 10:52 | 331.289 | 332.89 | 329.38 | 332.39 |
| 11/4/2021 10:51 | 324.005 | 331.08 | 323.5 | 330.76 |
| 11/4/2021 10:50 | 323.945 | 326.75 | 323.19 | 324.08 |
| 11/4/2021 10:49 | 324.53 | 324.83 | 322.5 | 323.88 |
| 11/4/2021 10:48 | 321.545 | 324.54 | 321.12 | 324.53 |
| 11/4/2021 10:47 | 319.33 | 322.58 | 318.86 | 321.55 |
| 11/4/2021 10:46 | 318.06 | 320.53 | 318 | 319.65 |
| 11/4/2021 10:45 | 319.22 | 320 | 317.601 | 317.64 |
| 11/4/2021 10:44 | 323.29 | 325 | 317.61 | 318.808 |
| 11/4/2021 10:43 | 323.8 | 327.639 | 321.69 | 323.29 |

| DATE | OPEN | HIGH | LOW | CLOSE |
|---|---|---|---|---|
| 11/4/2021 10:42 | 322.605 | 324.439 | 319.95 | 323.61 |
| 11/4/2021 10:41 | 316.44 | 322.98 | 314.752 | 322.605 |
| 11/4/2021 10:40 | 313.595 | 318.19 | 313.21 | 315.575 |
| 11/4/2021 10:39 | 312.63 | 314.72 | 312.495 | 314.04 |
| 11/4/2021 10:38 | 310.733 | 313.6 | 310.24 | 312.265 |
| 11/4/2021 10:37 | 314.941 | 314.941 | 310.05 | 311.71 |
| 11/4/2021 10:36 | 314.58 | 315.95 | 314.16 | 314.7 |
| 11/4/2021 10:35 | 316.23 | 316.97 | 314.111 | 314.58 |
| 11/4/2021 10:34 | 312.03 | 317.33 | 312.03 | 316.3 |
| 11/4/2021 10:33 | 313.926 | 316.99 | 311.18 | 312.15 |
| 11/4/2021 10:32 | 308.11 | 314.43 | 306.42 | 313.105 |
| 11/4/2021 10:31 | 310.228 | 311.87 | 306.04 | 307.824 |
| 11/4/2021 10:30 | 312.505 | 313.45 | 310 | 310.228 |
| 11/4/2021 10:29 | 314.413 | 315.13 | 311.671 | 312.505 |
| 11/4/2021 10:28 | 316.99 | 317.45 | 312.6 | 314.75 |
| 11/4/2021 10:27 | 324.56 | 325.45 | 315.01 | 316.5 |
| 11/4/2021 10:26 | 325 | 327 | 321.81 | 324.705 |
| 11/4/2021 10:25 | 328.19 | 333.66 | 325 | 325.72 |
| 11/4/2021 10:24 | 319 | 328.54 | 318.34 | 328.028 |
| 11/4/2021 10:23 | 324.99 | 327.08 | 316.45 | 318.67 |
| 11/4/2021 10:22 | 308.48 | 325 | 308.48 | 324.256 |
| 11/4/2021 10:21 | 294 | 308.7 | 284 | 308.69 |
| 11/4/2021 10:11 | 278.85 | 283.6 | 278.38 | 283.6 |
| 11/4/2021 10:10 | 266.09 | 278.77 | 265.65 | 278.05 |
| 11/4/2021 10:09 | 261.34 | 267.87 | 261.34 | 265.9 |
| 11/4/2021 10:08 | 261.205 | 261.98 | 259.56 | 261.16 |
| 11/4/2021 10:07 | 261.693 | 262.06 | 260.46 | 260.91 |
| 11/4/2021 10:06 | 261.555 | 261.973 | 261.27 | 261.67 |
| 11/4/2021 10:05 | 260.66 | 261.94 | 260.12 | 261.51 |
| 11/4/2021 10:04 | 260 | 260.63 | 259.79 | 260.35 |
| 11/4/2021 10:03 | 259.42 | 260 | 259.42 | 259.81 |
| 11/4/2021 10:02 | 259.5 | 260 | 259.35 | 259.505 |
| 11/4/2021 10:01 | 259.4 | 259.64 | 258.737 | 259.275 |
| 11/4/2021 10:00 | 259.67 | 259.68 | 259.18 | 259.18 |
| 11/4/2021 9:59 | 258.77 | 259.8 | 258.38 | 259.52 |
| 11/4/2021 9:58 | 259.57 | 259.59 | 258.74 | 258.74 |
| 11/4/2021 9:57 | 259.55 | 260 | 259.307 | 259.55 |
| 11/4/2021 9:56 | 259.845 | 259.845 | 259.545 | 259.545 |
| 11/4/2021 9:55 | 260.195 | 260.195 | 259.33 | 259.545 |
| 11/4/2021 9:54 | 259.72 | 260.5 | 259.72 | 260.3 |

9

| DATE | OPEN | HIGH | LOW | CLOSE |
|---|---|---|---|---|
| 11/4/2021 9:53 | 259.44 | 259.95 | 259.34 | 259.7 |
| 11/4/2021 9:52 | 259.31 | 259.545 | 259.12 | 259.29 |
| 11/4/2021 9:51 | 259.34 | 259.677 | 259.14 | 259.32 |
| 11/4/2021 9:50 | 258.07 | 259.11 | 258.07 | 259.11 |
| 11/4/2021 9:49 | 257.79 | 258 | 257.4 | 258 |
| 11/4/2021 9:48 | 257.55 | 257.795 | 256.99 | 257.55 |
| 11/4/2021 9:47 | 257.16 | 257.8 | 256.96 | 257.65 |
| 11/4/2021 9:46 | 257.4 | 257.4 | 256.53 | 257.035 |
| 11/4/2021 9:45 | 257.8 | 257.815 | 257.215 | 257.55 |
| 11/4/2021 9:44 | 257.17 | 258.2 | 256.946 | 258.04 |
| 11/4/2021 9:43 | 256.79 | 257.2 | 256.71 | 257.142 |
| 11/4/2021 9:42 | 256.65 | 256.79 | 256.02 | 256.79 |
| 11/4/2021 9:41 | 256.785 | 256.785 | 256.185 | 256.375 |
| 11/4/2021 9:40 | 255.98 | 256.78 | 255.98 | 256.75 |
| 11/4/2021 9:39 | 256.87 | 257 | 255.55 | 256.163 |
| 11/4/2021 9:38 | 255.93 | 257.33 | 255.84 | 257.33 |
| 11/4/2021 9:37 | 255.31 | 256.24 | 255.31 | 256.05 |
| 11/4/2021 9:36 | 255 | 255.6 | 255 | 255.41 |
| 11/4/2021 9:35 | 254.86 | 256.12 | 254.86 | 255.41 |
| 11/4/2021 9:34 | 255.87 | 257.07 | 255.21 | 255.965 |
| 11/4/2021 9:33 | 254.79 | 255.76 | 254.79 | 255.495 |
| 11/4/2021 9:32 | 254 | 255.02 | 253.68 | 254.04 |
| 11/4/2021 9:31 | 255.53 | 255.67 | 253.21 | 253.954 |
| **11/4/2021 9:30** | **253.48** | **255.53** | **253.142** | **255.5** |

10