# Exhibit K

# CENTER FOR DRUG EVALUATION AND RESEARCH

*APPLICATION NUMBER:*

# 761178Orig1s000

# <u>CLINICAL REVIEW(S)</u>

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

## FDA CLINICAL REVIEW

| | |
|---|---|
| **Application Type** | BLA |
| **Application Number(s)** | 761178 |
| **Priority or Standard** | Priority |
| **Submit Date(s)** | 02/20/2020, 05/15/2020, 07/07/2020 |
| **Received Date(s)** | 07/07/2020 |
| **PDUFA Goal Date** | 06/07/2021 |
| **Division/Office** | Division of Neurology 1/Office of Neuroscience |
| **Reviewer Name(s)** | Kevin Krudys, PhD |
| **Review Completion Date** | 06/06/2021 |
| **Established/Proper Name** | aducanumab-avwa |
| **(Proposed) Trade Name** | Aduhelm |
| **Applicant** | Biogen Inc. |
| **Dosage Form(s)** | Solution for injection |
| **Applicant Proposed Dosing Regimen(s)** | 10 mg/kg as an intravenous infusion every four weeks |
| **Applicant Proposed Indication(s)/Population(s)** | To delay clinical decline in patients with Alzheimer's disease |
| **Recommendation on Regulatory Action** | Approval |
| **Recommended Indication(s)/Population(s)** | Treatment of Alzheimer's disease |

1

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

## Table of Contents

Glossary ..........................................................................................................................9

1.   Executive Summary....................................................................................................11
  1.1.   Product Introduction ...........................................................................................11
  1.1.   Conclusions on Substantial Evidence of Effectiveness ....................................11
  1.2.   Benefit-Risk Assessment .....................................................................................14
  1.3.   Patient Experience Data .......................................................................................23

2.   Therapeutic Context ...................................................................................................23
  2.1.   Analysis of Condition ...........................................................................................23
  2.2.   Analysis of Current Treatment Options ..............................................................25

3.   Regulatory Background..............................................................................................25
  3.1.   U.S. Regulatory Actions and Marketing History ...............................................25
  3.2.   Summary of Presubmission/Submission Regulatory Activity.......................25
  3.3.   Foreign Regulatory Actions and Marketing History .........................................27

4.   Significant Issues from Other Review Disciplines Pertinent to Clinical Conclusions on Efficacy and Safety.............................................................................................27
  4.1.   Office of Scientific Investigations (OSI) .............................................................27
  4.2.   Product Quality......................................................................................................28
  4.3.   Clinical Microbiology ...........................................................................................28
  4.4.   Nonclinical Pharmacology/Toxicology ..............................................................28
  4.5.   Clinical Pharmacology..........................................................................................28
  4.6.   Devices and Companion Diagnostic Issues ........................................................28
  4.7.   Consumer Study Reviews......................................................................................29

5.   Sources of Clinical Data and Review Strategy .........................................................29
  5.1.   Table of Clinical Studies .......................................................................................29
  5.2.   Review Strategy .....................................................................................................32

6.   Review of Relevant Individual Trials Used to Support Efficacy.............................33

Reference ID: 4807199

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

6.1.    Study 302 (221AD302): A Phase 3 Multicenter, Double-Blind, Placebo-Controlled, Parallel-Group Study to Evaluate the Efficacy and Safety of Aducanumab (BIIB037) in Subjects With Early Alzheimer's Disease ...............................................................................33

    6.1.1. Study Design ..................................................................................................33

    6.1.2. Study Results ................................................................................................50

6.2.    Study 301 (221AD301): A Phase 3 Multicenter, Double-Blind, Placebo-Controlled, Parallel-Group Study to Evaluate the Efficacy and Safety of Aducanumab (BIIB037) in Subjects With Early Alzheimer's Disease ...............................................................................66

    6.2.1. Study Design ..................................................................................................66

    6.2.2. Study Results ................................................................................................67

6.3.    Study 103 (221AD103): A Randomized, Double-Blinded, Placebo-Controlled Multiple Dose Study to Assess the Safety, Tolerability, Pharmacokinetics, and Pharmacodynamics of BIIB037 in Subjects with Prodromal or Mild Alzheimer's Disease ...........................................79

    6.3.1. Study Design ..................................................................................................79

    6.3.2. Study Results ................................................................................................89

7.    Integrated Review of Effectiveness..............................................................................99

    7.1.    Assessment of Efficacy Across Trials ...............................................................99

        7.1.1. Primary Endpoints .........................................................................99

        7.1.2. Secondary and Other Endpoints...................................................101

        7.1.3. Subpopulations.............................................................................104

        7.1.4. Dose and Dose-Response .............................................................105

        7.1.5. Onset, Duration, and Durability of Efficacy Effects......................105

        7.1.6. Early Termination and Interpretation of Study 301 and Study 302 ...................109

        7.1.7. Analysis of Discordant Results in Study 301 and Study 302................................112

    7.2.    Additional Efficacy Considerations ...............................................................129

        7.2.1. Considerations on Benefit in the Postmarket Setting........................................129

    7.3.    Integrated Assessment of Effectiveness .......................................................130

8.    Review of Safety .........................................................................................................132

9.    Advisory Committee Meeting and Other External Consultations ....................................132

10.   Labeling Recommendations.........................................................................................136

    10.1.    Prescription Drug Labeling .........................................................................136

3

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

10.2.    Nonprescription Drug Labeling ...................................................................136

11.  Risk Evaluation and Mitigation Strategies (REMS) ...........................................137

12.  Postmarketing Requirements and Commitments............................................137

13.  Appendices ....................................................................................................137

13.1.    References ..............................................................................................137

13.2.    Financial Disclosure................................................................................139

4

Reference ID: 4807199

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

**Table of Tables**

Table 1: Clinical Studies Contributing Efficacy Data and Relevant to the Review of this BLA ......30
Table 2: Dosing Scheme for Aducanumab by Treatment Group and ApoE ε4 Carrier Status ......36
Table 3: Dose Modification/Discontinuation Rules for ARIA-E by Protocol Version (Study 302) .37
Table 4: Dose Modification/Discontinuation Rules for ARIA-H Microhemorrhage and Superficial Siderosis by Protocol Version (Study 302) ....................................................................................38
Table 5: Study 302 Schedule of Key Assessments ....................................................................39
Table 6: Study 302 Patient Disposition ....................................................................................50
Table 7: Study 302 Baseline Demographics (ITT Population) ....................................................52
Table 8: Study 302 Disease Characteristics (ITT Population) ....................................................53
Table 9: Study 302 Primary Endpoint Analysis ........................................................................55
Table 10: Study 302 Primary Endpoint Analysis (Dataset Sensitivity) ......................................56
Table 11: Study 302 Secondary Endpoint Analysis ..................................................................59
Table 12: Study 301 Patient Disposition ..................................................................................67
Table 13: Study 301 Baseline Demographics (ITT Population) ..................................................69
Table 14: Study 301 Baseline Disease Characteristics (ITT Population) ....................................70
Table 15: Study 301 Primary Endpoint Analysis ......................................................................72
Table 16: Study 301 Primary Endpoint Analysis (Dataset Sensitivity) ......................................73
Table 17: Study 301 Secondary Endpoint Analysis ..................................................................73
Table 18: Dose Modification/Discontinuation Rules for ARIA-E by Protocol Version (Study 103) ..................................................................................................................................................83
Table 19: Dose Modification/Discontinuation Rules for ARIA-H (Microhemorrhage) by Protocol Version (Study 103) ................................................................................................................84
Table 20: Dose Modification/Discontinuation Rules for ARIA-H (Superficial Siderosis) by Protocol Version (Study 103) ..................................................................................................85
Table 21: Study 103 Schedule of Key Assessments ................................................................86
Table 22: Study 103 Patient Disposition ..................................................................................90
Table 23: Study 103 Baseline Demographics (ITT) ..................................................................92
Table 24: Study 103 Disease Characteristics (ITT Population) ..................................................93
Table 25: Study 103 Clinical Endpoints (CDR-SB and MMSE) Analyses by ANCOVA ..................94
Table 26: Study 103 Clinical Endpoints (CDR-SB and MMSE) Analyses by MMRM ....................95
Table 27: Summary of Findings for CDR-SB in Studies 103, 301 and 302 ..............................101
Table 28: Summary of Findings for MMSE in Studies 103, 301 and 302 ................................101
Table 29: Summary of Findings for ADAS-Cog 13 in Studies 301 and 302 ..............................102
Table 30: Summary of Findings for ADCS-ADL-MCI in Studies 301 and 302 ............................102
Table 31: Summary of Findings for Amyloid PET Composite SUVR in Studies 103, 301 and 302 ................................................................................................................................................103
Table 32: Conditional Power for Change from Baseline in CDR-SB, MMSE and ADAS-Cog13 at Week 78 (Interim Futility Dataset) ..........................................................................................110

Reference ID: 4807199

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

Table 33: Conditional Power (Non-Pooled Analysis) for Change from Baseline in CDR-SB, MMSE and ADAS-Cog13 at Week 78 (Interim Futility Dataset) ............................................................. 111
Table 34: Number of Patients with Rapid Progression (CDR-SB Change from Baseline of >8 at Week 78) ............................................................................................................................................ 115
Table 35: Study 301 Change from Baseline in CDR-SB, MMSE and ADAS-Cog13 at Week 78 Excluding Rapid Progressors (CDR-SB Change from Baseline > 8) ............................................. 115
Table 36: Study 302 Change from Baseline in CDR-SB, MMSE and ADAS-Cog13 at Week 78 Excluding Rapid Progressors (CDR-SB Change from Baseline > 8) ............................................. 115
Table 37: Change from Baseline in CDR-SB, MMSE, ADAS-Cog 13 and ADCS-ADL-MCI at Week 78: All Observations vs. Exclusion of Observations Post-ARIA .................................................. 118
Table 38: Dosing in Subgroups Defined by Study, Randomized Dose Group, ApoE ε4 Status, and Pre- and Post-Protocol Version 4 ............................................................................................. 122
Table 39: Treatment Difference in CDR-SB at Week 78 by Cumulative Dose Threshold for High Dose in Study 301 ................................................................................................................... 124

6

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

## Table of Figures

Figure 1: Study 302 High Dose Subgroup Analysis of the Primary Efficacy Endpoint (Demographics)................................................................................................................57
Figure 2: Study 302 High Dose Subgroup Analysis of the Primary Efficacy Endpoint (Baseline Characteristics) ...........................................................................................58
Figure 3: Study 302 Change from Baseline in Aβ PET Composite SUVR ...................................61
Figure 4: Study 302 Change from Baseline in CSF $A\beta_{1-42}$ (left) and $A\beta_{1-40}$ (right) at Week 78 ......62
Figure 5: Study 302 Change from Baseline in CSF p-Tau (left) and t-Tau (right) at Week 78.......62
Figure 6: Study 302 Longitudinal Change from Baseline for Clinical Endpoints in High-Dose Aducanumab Treatment Arm through Week 134 ........................................................63
Figure 7: Study 301 Change from Baseline in Aβ PET Composite SUVR ...................................75
Figure 8: Study 301 Change from Baseline in CSF $A\beta_{1-42}$ (left) and $A\beta_{1-40}$ (right) at Week 78 ......76
Figure 9: Study 301 Change from Baseline in CSF p-Tau (left) and t-Tau (right) at Week 78.......77
Figure 10: Study 301 and Study 302 Pooled Analyses: Change from Baseline in Tau PET ..........78
Figure 11: Study 103 Schematic ................................................................................80
Figure 12: Study 103 Change from Baseline in Aβ PET Composite SUVR ...................................97
Figure 13: Study 103 Longitudinal Change from Baseline for Clinical Endpoints through Week 222 ......................................................................................................................98
Figure 14: Study 103 Longitudinal Change from Baseline in Aβ PET Composite SUVR through Week 222 ............................................................................................................99
Figure 15: Group-Level Correlation Between Adjusted Mean Difference from Placebo in Aβ PET Composite SUVR and CDR-SB..................................................................................104
Figure 16: Study 302 Clinical Endpoints Adjusted Mean Change from Baseline over Time.......106
Figure 17: Typical Profile of SUVR for Planned Titration and No Dose Interruptions ...............107
Figure 18: Individual CDR-SB Change from Baseline by End of Study 302 Amyloid SUVR .........109
Figure 19: Distribution of Change from Baseline in CDR-SB at Week 78 in Pooled Treatment Arms in Studies 301 and 302.....................................................................................114
Figure 20: Treatment Effect Estimate of Change from Baseline in CDR-SB, MMSE, ADAS-Cog 13 and ADCS-ADL-MCI at Week 78 Grouped by Study, Dose, and ApoE Carrier Status, and Including or Excluding Post-ARIA Observations. (× - Study 302, o – Study 301, C – carrier, NC – non-carrier; solid line is line of unity) ....................................................................................119
Figure 21: Treatment Difference in CDR-SB at Week 78 Vs. Mean Cumulative Dose by Study, Randomized Dose Group, ApoE ε4 Carrier Status, and Protocol Version.................................123
Figure 22: CDR-SB Adjusted Mean Change from Baseline % Difference from Propensity-Matched Placebo at Week 78 in Subgroups by Cumulative Dose in Studies 301 and 302 .......................125
Figure 23: CDR-SB Adjusted Mean Change from Baseline % Difference from Propensity-Matched Placebo at Week 78 in Subgroups by Cumulative Dose in Studies 301 and 302 (Rapid Progressors Removed) ............................................................................................126
Figure 24: CDR-SB Adjusted Mean Change from Baseline % Difference from Propensity-Matched Placebo at Week 78 in Subgroups by Number of 10 mg/kg Doses in Studies 301 and 302.......127

7

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

Figure 25: CDR-SB Adjusted Mean Change from Baseline % Difference from Propensity-Matched Placebo at Week 78 in Subgroups by Number of 10 mg/kg Doses in Studies 301 and 302 (Rapid Progressors Removed) ..................................................................................................127

8

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

## Glossary

| | |
|---|---|
| Aβ | amyloid beta |
| AC | advisory committee |
| AD | Alzheimer's disease |
| ADAS-Cog 13 | Alzheimer's Disease Assessment Scale – Cognitive Subscale (13 items) |
| ADCS-ADL-MCI | Alzheimer's Disease Cooperative Study – Activities of Daily Living Inventory (Mild Cognitive Impairment version) |
| AE | adverse event |
| ANCOVA | analysis of covariance |
| ApoE | apolipoprotein E |
| ARIA | amyloid-related imaging abnormalities |
| ARIA-E | amyloid-related imaging abnormalities-edema |
| ARIA-H | amyloid-related imaging abnormalities-hemorrhage |
| BLA | biologics license application |
| BRF | Benefit Risk Framework |
| CDR | Clinical Dementia Rating |
| CDR-SB | Clinical Dementia Rating Sum of Boxes |
| CFR | Code of Federal Regulations |
| CMC | chemistry, manufacturing, and controls |
| CRF | case report form |
| CRO | contract research organization |
| CRT | clinical review template |
| CSF | cerebrospinal fluid |
| CSR | clinical study report |
| DIAD | dominantly inherited Alzheimer's disease |
| FDA | Food and Drug Administration |
| GCP | good clinical practice |
| HCP | health care professional |
| ICH | International Council for Harmonization |
| IDMC | independent data monitoring committee |
| IgG1 | immunoglobulin gamma 1 |
| IND | Investigational New Drug Application |
| ISE | integrated summary of effectiveness |
| ITT | intent to treat |
| IWG | International Working Group |
| IxRS | interactive voice/web response system |
| LTE | long-term extension |
| MCI | mild cognitive impairment |

9

Reference ID: 4807199

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

| | |
|---|---|
| MMRM | mixed-model repeated measures |
| MMSE | Mini-Mental State Examination |
| MRI | magnetic resonance imaging |
| NIA-AA | National Institute on Aging at the National Institutes of Health and the Alzheimer's Association |
| NDA | new drug application |
| NME | new molecular entity |
| NPI-10 | Neuropsychiatric Inventory-10 |
| OCP | Office of Clinical Pharmacology |
| OSI | Office of Scientific Investigation |
| OTC | opportunity to complete |
| PD | pharmacodynamics |
| PET | positron emission tomography |
| PK | pharmacokinetics |
| PMC | postmarketing commitment |
| PMR | postmarketing requirement |
| PP | per protocol |
| PRO | patient reported outcome |
| PV4 | protocol version 4 |
| RBANS | Repeatable Battery for the Assessment of Neuropsychological Status |
| REMS | risk evaluation and mitigation strategy |
| ROI | region of interest |
| SAP | statistical analysis plan |
| SPA | special protocol assessment |
| SUVR | standard uptake value ratio |

10

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

# 1. Executive Summary

## 1.1.    Product Introduction

Aducanumab (previously BIIB037) is a human immunoglobulin gamma 1 (IgG1) anti-amyloid beta (Aβ) monoclonal antibody targeting aggregated forms of Aβ. Extracellular deposits of Aβ are one of the two pathological hallmarks of Alzheimer's disease, along with intracellular aggregates of hyperphosphorylated tau in the form of neurofibrillary tangles. Accumulation of Aβ in the brain has been proposed to be the primary driver of the disease process. Aducanumab reduces levels of brain Aβ plaque by targeting aggregated forms of Aβ including soluble oligomers and insoluble fibrils.

The applicant's proposed indication is to delay clinical decline in patients with Alzheimer's disease. The dosing regimen consists of an intravenous infusion over approximately one hour every four weeks. To initiate treatment, patients should receive two doses of 1 mg/kg, two doses of 3 mg/kg, then two doses of 6 mg/kg over a total of 24 weeks. Thereafter, the target maintenance dose is 10 mg/kg. Aducanumab is available as a 100 mg/mL solution in a single-dose vial for intravenous infusion.

Aducanumab is a new molecular entity (NME) and is not marketed in any country. The proposed proprietary name is Aduhelm.

## 1.1. Conclusions on Substantial Evidence of Effectiveness

Evaluation of the evidence intended to establish the effectiveness of aducanumab was originally complicated by the fact that the two large, international pivotal trials (Studies 301 and 302) were near completion but were terminated prior to their planned conclusion with a public declaration of futility. Therefore, a critical and necessary first step in the consideration of these data was to assess the interpretability of the observed efficacy data considering the termination of the studies. Modeling and simulation methodologies were used to "virtually complete" the studies. The results of these analyses established that the results of Studies 301 and 302 were interpretable and suitable for additional consideration. Agreement on the interpretability of the data and the final dataset for further consideration was documented in the October 2019, Type C Meeting Minutes.

The applicant presents the results of Study 302 as the primary evidence of effectiveness. Study 302 is a large, multicenter trial that demonstrated aducanumab, as compared to placebo, reduced the change from baseline on the primary outcome measure, CDR-SB (-0.39, p=0.012). The CDR-SB is an acceptable primary outcome measure and its use was accepted by FDA in a Special Protocol Assessment of Study 302 in September 2015. The effect of aducanumab in

11

Reference ID: 4807199

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

Study 302 was robust, including convincing effects on the primary endpoint, all three multiplicity-controlled secondary endpoints, and the tertiary clinical endpoint, and was exceptionally persuasive on several of the instruments used to evaluate efficacy. To some degree, each of these endpoints captures distinct information regarding cognitive decline. Statistically significant effects on ADAS-Cog 13 (-1.400, p=0.0097) and ADCS-ADL-MCI (1.7, 0.0006), endpoints which independently assess cognition and daily function, represent another acceptable co-primary endpoint approach in studies of Alzheimer's disease. Statistically significant treatment effects were maintained in sensitivity analyses, including one which included only patients who completed the study before its early termination. Further support for the results of the high dose is provided by the numerically favorable results for the low dose on the primary endpoint (-0.26, p=0.0901). Numerically favorable trends in the low dose were also observed for two of the secondary endpoints. These results are also suggestive of a dose-response relationship for aducanumab. Simulations suggest the probability of observing this pattern of results if aducanumab is no different than placebo is extremely small.

The treatment effect in Study 302 is supported by consistently favorable results for the primary and secondary endpoints across 79 of 80 prespecified subgroups of interest defined by demographic and baseline disease characteristics. Brain Aβ measured by PET was significantly reduced in a dose-dependent manner in all prespecified subgroups and a relationship between brain amyloid reduction and treatment effect for CDR-SB was identified. Biomarkers reflecting target engagement (brain Aβ reduction and CSF Aβ$_{1-42}$ levels), effects on downstream Alzheimer's tau pathophysiology (p-Tau and Tau PET), and neurodegeneration (t-Tau) supported the observations on the clinical outcomes. Dose- and concentration-dependent relationships for biomarkers offer further support to the apparent dose-response relationship for clinical endpoints.

Although designed primarily as a safety and tolerability study, Study 103 was an adequate and well-controlled study that explicitly included assessment of prespecified clinical (CDR-SB and MMSE) and biomarker endpoints and a prospectively specified statistical analysis plan. The results of Study 103 are appropriately viewed as supportive evidence of effectiveness. Despite the limitations of a trial designed primarily to assess safety and tolerability, the 10 mg/kg dose arm was able to show a reduction, as compared to placebo, in the change from baseline in the clinical endpoints, CDR-SB (-1.08, p=0.0464) and MMSE (1.9, p=0.0356). The dose-response relationship for Aβ reduction provides support for the positive finding and is consistent with the dose-response relationship observed in the study for CDR-SB and MMSE.

Study 301 is a negative study and does not contribute to the evidence of effectiveness for clinical outcomes. One key observation, however, is that primary and secondary endpoints for the low dose had responses that were numerically favorable and similar in magnitude to those in Study 302. The response of the high dose, specifically the primary endpoint, was the notable difference between the studies. At the June 14, 2019, Type C Meeting, the Division clearly

12

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

stated that, "available data do not suggest the future use of Study 301 as an efficacy study providing independent evidence of effectiveness supporting the approval of aducanumab." Rather, the Division noted the possibility that analyses "may be understood well enough… to not represent evidence that the drug is ineffective."

Given the enormous unmet medical need, extensive resources were brought to bear on achieving a maximum understanding of the existing data. The analyses were exploratory by design but limited in scope and focused on pre-defined areas of interest. These explorations were not intended to provide supportive evidence of effectiveness nor were they intended to fully account for the partially discordant results in Studies 301 and 302. The detailed considerations given to those analyses in this review, however, attest to their relevance. The rapid progressor analysis indicated that a small imbalance in the number of rapid progressing patients in the high-dose arm in Study 301 had a disproportionate impact on the estimate of the treatment effect using the primary analysis method.  An examination of dosing in Study 301 indicates that patients with higher sustained exposure to the 10 mg/kg dose in Study 301 had similar responses to patients in Study 302. These two factors contribute to the overall understanding of Studies 301 and 302.

Based on the considerations above, the applicant has provided substantial evidence of effectiveness to support approval. Study 302 provides the primary evidence of effectiveness as a robust and exceptionally persuasive study demonstrating a treatment effect on a clinically meaningful endpoint and reinforced by effects on secondary endpoints, biomarkers, and in relevant subgroups. Study 103 was an adequate and well-controlled study which included design components consistent with Study 302 and demonstrated a persuasive treatment effect on both clinical endpoints. The dose-response relationship for Aβ reduction provides support for the positive finding in the 10 mg/kg treatment arm and to the apparently dose-related effects observed on clinical outcomes in Studies 103 and 302. Study 301 does not contribute to the evidence of effectiveness. The results of exploratory analyses, however, contribute to the overall understanding of Study 301 and together do not meaningfully detract from the persuasiveness of Study 302.

Although this review concludes that the standard for substantial evidence of effectiveness to support approval has been met, the reviewer also acknowledges the residual uncertainty introduced by the early termination of the studies and the failure of Study 301 to replicate the positive findings in Study 302. In the presence of residual uncertainty, it is reasonable to consider accelerated approval as a potential pathway. Alzheimer's disease clearly meets the definition of a serious disease, and given the unmet need in patients at the early stages of the disease, aducanumab provides a meaningful therapeutic benefit over available therapies which offer modest and short-lived effects and do not target the underlying pathophysiology.

13

Reference ID: 4807199

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

The critical question is whether reduction in brain amyloid plaque as measured by PET is an endpoint that is reasonably likely to predict clinical benefit. Although the precise relationship between brain amyloid and the emergence and progression of clinical symptoms is not fully understood, the presence of brain amyloid is a necessary condition for a diagnosis of Alzheimer's disease. Aducanumab distinguishes itself from previous amyloid-targeting therapies because it is the first anti-amyloid antibody to reach this stage of development and demonstrate a robust reduction of brain amyloid quantified using SUVR on PET imaging. The evidence to show that an effect on the surrogate endpoint affects the clinical outcome is provided by the treatment effects on clinical endpoints as described earlier. Further support is provided by the clear group-level correlation between change from baseline in PET SUVR and treatment effect for CDR-SB across the aducanumab development program. Long-term data also suggests that patients who achieved an SUVR <1.1 (the value reported to discriminate between a positive and negative amyloid PET scan) had more stable results on clinical measures than patients who did not. Important evidence of the relationship between aducanumab's effect and the disease process is also provided by the effects observed on downstream markers of tau pathophysiology and neurodegeneration. The accelerated approval pathway also allows for consideration of whether the effect on the endpoint has been shown to predict a clinical benefit with another drug or drugs. The two other anti-amyloid antibodies which have demonstrated a similar degree of reduction of brain amyloid in controlled studies in this population (BAN2401 and donanemab) have also been associated with treatment effects on clinical endpoints of similar magnitude and character to those observed in Studies 302 and 103. Together, these observations make a convincing case that reduction in brain amyloid plaque as measured by PET is reasonably likely to predict clinical benefit. Acceptance of reduction in brain amyloid plaque as a surrogate endpoint should not imply an endorsement of one hypothesis over another, nor does it exclude other therapeutic targets as viable for the treatment of Alzheimer's disease.

Unlike the effect on clinical endpoints, there is no uncertainty that the effect of aducanumab on brain amyloid plaque meets the statutory standard for substantial evidence of effectiveness. All 3 studies demonstrated statistically significant, dose- and time-dependent reductions in amyloid beta plaque. For these reasons, in this setting where the evidence supporting clinical benefit is strong but associated with the residual uncertainty conveyed by the results of Study 301 (and the associated contribution of those results to the premature termination of both studies), this review concludes that the accelerated approval pathway is also a viable option.

## 1.2.    Benefit-Risk Assessment

14

Reference ID: 4807199

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

particularly relevant for this review. Section 1.1 provides an integrated summary of the evidence in support of the effectiveness of aducanumab for the treatment of Alzheimer's disease.

This review focuses solely on clinical efficacy. This application is being reviewed separately for safety by Drs. Branagan and Trummer.

# 6. Review of Relevant Individual Trials Used to Support Efficacy

## 6.1. Study 302 (221AD302): A Phase 3 Multicenter, Double-Blind, Placebo-Controlled, Parallel-Group Study to Evaluate the Efficacy and Safety of Aducanumab (BIIB037) in Subjects With Early Alzheimer's Disease

### 6.1.1. Study Design

**Overview and Objective**

Study 302 was one of two identically designed studies to evaluate the efficacy and safety of aducanumab in patients with Alzheimer's disease. The primary efficacy objective was to evaluate the efficacy of monthly doses of aducanumab in slowing cognitive and functional impairment as measured by changes in the Clinical Dementia Rating Scale-Sum of Boxes (CDR-SB) score as compared with placebo in participants with mild cognitive impairment (MCI) due to Alzheimer's disease or mild Alzheimer's disease dementia.

**Trial Design**

Study Design

Study 302 was a multicenter, randomized, double-blind, placebo-controlled, parallel-group study in patients with MCI due to Alzheimer's disease or mild Alzheimer's disease dementia. The study was conducted in 181 centers globally. Randomization was stratified by site and by ApoE ε4 carrier status (carrier or non-carrier) and enrollment was monitored such that 80% of the population included patients with a baseline clinical stage of MCI due to Alzheimer's disease. The study included an 8-week screening period, a 78-week placebo-controlled treatment period and a safety follow-up period of 18 weeks after the final dose. For the placebo-controlled period, patients were randomized to aducanumab low dose, aducanumab high dose, or placebo treatment arms in a 1:1:1 ratio. Patients who completed the placebo-controlled period had the option to enter the 5-year, dose-blind, long-term extension (LTE) period. Patients randomized to placebo during the placebo-controlled period were switched to receive aducanumab (high dose or low dose as randomized at study entry) in the LTE.  Patients

33

Reference ID: 4807199

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

randomized to aducanumab in the placebo-controlled period continued in the same treatment group for the LTE period.

Diagnostic Criteria

At the time of enrollment, patients fulfilled clinical criteria for either MCI due to Alzheimer's disease or mild Alzheimer's disease dementia as defined by the 2011 National Institute on Aging-Alzheimer's Association (NIA-AA) framework (Albert et al. 2011). Patients were also required to have evidence of brain Aβ pathology by visual read of a positron emission tomography (PET) scan.

Key Inclusion Criteria

1. Male or female patients age 50 to ≤85 years
2. At least 6 years of education or work experience
3. Positive amyloid PET scan
4. CDR global score of 0.5
5. Repeatable Battery for the Assessment of Neuropsychological Status (RBANS) score ≤85
6. Mini-Mental State Examination (MMSE) score ≥24
7. Must consent to ApoE genotyping
8. Has one informant/care partner who is able to provide accurate information about the subject's cognitive and functional abilities and should be available for the duration of the study

Key Exclusion Criteria

1. Any uncontrolled medical or neurological condition (other than Alzheimer's disease) that may be a contributing cause of the subject's cognitive impairment
2. Clinically significant unstable psychiatric illness within 6 months prior to screening
3. Transient ischemic attack or stroke or any unexplained loss of consciousness within 1 year prior to screening
4. Brain MRI performed at screening that shows evidence of any of the following: acute or sub-acute hemorrhage, prior macrohemorrhage or prior subarachnoid hemorrhage (unless finding is not due to an underlying structural or vascular hemorrhage), greater than 4 microhemorrhages, cortical infarct, >1 lacunar infarct, superficial siderosis or history of diffuse white matter disease
5. Contraindications to having a brain MRI or PET scan
6. History of bleeding disorder
7. Use of medications with platelet anti-aggregant or anti-coagulant properties (unless aspirin at ≤325 mg daily)
8. Uncontrolled hypertension or history of unstable angina, myocardial infarction, chronic

34

Reference ID: 4807199

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

  heart failure or clinically significant conduction abnormalities
9. Participation in any active immunotherapy study targeting Aβ, any passive
   immunotherapy study targeting Aβ within 12 months of screening or any study with
   purported disease-modifying effect in AD within 12 months of screening unless
   documentation of receipt of placebo

*Reviewer Comment: The patient population is consistent with Stage 3 and Stage 4 patients as described in the FDA 2018 Guidance for Industry Early Alzheimer's Disease: Developing Drugs for Treatment.*

Dose Selection

Two dose levels (hereafter referred to as low dose and high dose) were chosen to balance dose-dependent Aβ reduction and occurrence of ARIA. The high dose was chosen to maximize Aβ reduction and the low dose was chosen to achieve considerable, but lower, reduction of Aβ while lowering the incidence of ARIA. Dose levels were initially based on the results of the fixed-dose cohorts (1, 3, 6 and 10 mg/kg) from Study 103 which demonstrated a time- and dose-dependent reduction of brain amyloid and a dose-dependent reduction of decline for the exploratory endpoints CDR-SB and MMSE. The incidence of ARIA was also dose- and ApoE ε4 carrier-dependent in the fixed-dose cohorts of Study 103. It was hypothesized that dose titration would minimize the incidence of ARIA in Study 302. For these reasons, dosing was initially dependent on ApoE ε4 carrier status with ApoE ε4 carriers titrated to lower doses (3 mg/kg low dose and 6 mg/kg high dose) than ApoE ε4 non-carriers (6 mg/kg low dose and 10 mg/kg high dose). In parallel with the initiation of Study 302, the applicant added a cohort to Study 103 to assess the impact of titration to 10 mg/kg in ApoE ε4 carriers on the incidence and severity of ARIA. The incidence of ARIA and discontinuations from study treatment due to ARIA in this cohort appeared to be reduced compared to ApoE ε4 carriers who received a fixed dose of 10 mg/kg throughout the study.  Following this finding, the high dose (after titration) for ApoE ε4 carriers in Study 302 was increased via protocol amendment from 6 mg/kg to 10 mg/kg. The target 14 doses of 10 mg/kg administered over 78 weeks in Study 302 is equivalent to the number of 10 mg/kg doses administered over 54 weeks in the fixed-dose cohort in Study 103 (see Section 6.3.1).

Study Treatments

IV infusions of aducanumab or placebo were administered every 4 weeks over 76 weeks for a total of 20 doses. The titration period lasted 8 or 24 weeks (2 to 6 doses) depending on the target dose.  Target doses for both the low- and high-dose treatment arms initially depended on ApoE ε4 carrier status.  Protocol version 4 mandated the same target dose, 10 mg/kg, in the high-dose arm for both ApoE ε4 carriers and non-carriers. After implementation of protocol

35

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

version 4, subjects enrolled under protocol versions prior to version 4 and assigned to the ApoE ε4 carrier high-dose arm were titrated to 10 mg/kg following receipt of at least 2 doses of 6 mg/kg. The dosing scheme is illustrated in Table 2.

**Table 2: Dosing Scheme for Aducanumab by Treatment Group and ApoE ε4 Carrier Status**

| Dose (Week) | | 0 | 4 | 8 | 12 | 16 | 20 | 24 to 76 |
|---|---|---|---|---|---|---|---|---|
| Treatment Group | | Dose (mg/kg) | | | | | | |
| ApoE ε4 carrier | Low Dose | 1 | 1 | 3 | 3 | 3 | 3 | 3 |
| | High Dose (Protocol Version 1-3) | 1 | 1 | 3 | 3 | 3 | 3 | 6 |
| | High Dose (Protocol Version ≥4) | 1 | 1 | 3 | 3 | 6 | 6 | 10 |
| | Placebo | Saline | | | | | | |
| ApoE ε4 non-carrier | Low Dose | 1 | 1 | 3 | 3 | 3 | 3 | 6 |
| | High Dose | 1 | 1 | 3 | 3 | 6 | 6 | 10 |
| | Placebo | Saline | | | | | | |

Adapted from Table 12 in the Study 302 protocol.

<u>Assignment to Treatment</u>

An automated interactive voice/web response system (IxRS) was used to manage randomization and treatment assignment. Patients were randomized in a 1:1:1 ratio to placebo, low dose, or high dose. Randomization was stratified by site and ApoE ε4 carrier status (carrier or non-carrier) and enrollment was monitored such that 80% of the population included patients with a baseline clinical stage of MCI due to Alzheimer's disease.

<u>Blinding</u>

A placebo match was not provided for the study, so an unblinded pharmacist managed all aspects of study treatment receipt, dispensing, and preparation. All other study site staff and patients were blinded to treatment assignment during the placebo-controlled period. Efficacy assessments were conducted by two independent health care professionals (HCPs) not involved in patient care or management who were to remain blinded to treatment assignment and any other information that had the potential to reveal treatment assignment, including status of dosing with aducanumab, concomitant therapy, laboratory data, imaging data, or adverse events (AEs). The treating HCP was not allowed to discuss AEs, including occurrence of ARIA, with the independent rating HCPs. The occurrence of certain ARIA events during the titration period required additional monitoring to continue through completion of the titration period. If treatment was suspended due to ARIA during dose titration prior to the subject reaching the maximum dose, additional monitoring was performed, with subjects assumed to be titrating to 10 mg/kg (titration period of 6 doses and a final MRI after the second dose at 10 mg/kg) to maintain study blinding.  For the LTE period, study site staff and patients were blinded to dose level.

36

Reference ID: 4807199

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

*Reviewer Comment: The occurrence of ARIA has the potential to cause functional unblinding of investigators, patients, and caregivers because ARIA is associated with aducanumab treatment and it prompts differential management of patients, including additional MRIs and dose modification. The potential for this functional unblinding was unavoidable and the applicant has taken steps to address it in the study. This was recognized and reflected in the issuance of FDA agreement to the applicant's request for a special protocol assessment of the protocol. One important safeguard against this potential unblinding is the use of rating HCPs who are independent of patient care and blinded to dosing and adverse events. Patients and caregivers may become functionally unblinded though, which can influence rating scales that require more of their input, such as the ADCS-ADL-MCI. The potential of functional unblinding to influence the efficacy results is an important issue and is addressed in greater detail in Section 7.1.7.*

Dose Modification/Dose Discontinuation

Dose modification criteria were established to account for the expected occurrence of ARIA-E and ARIA-H. Dose reduction, suspension, or termination were dependent on the radiographic severity of ARIA as detected by MRI, the presence or absence of clinical symptoms, and the severity of symptoms, if present. ARIA dose management was initially informed by results from fixed-dose cohorts of Study 103 and expert recommendations (Sperling et al. 2011) but evolved over time as the scientific field gained experience managing ARIA and as additional data became available from Study 103. Specifically, protocol versions 3 and above enabled more patients to continue treatment with aducanumab and to reach their assigned target dose. Dosing guidelines for different protocol versions are summarized for ARIA-E in Table 3 and ARIA-H in Table 4. Patients who developed ARIA-H coincident with ARIA-E were to follow the more restrictive guideline. If dosing was suspended prior to reaching the target dose the patient must receive at least two doses at the restart dose before titrating to the next dose level and must complete the required number of doses at that dose level per their assigned group.

**Table 3: Dose Modification/Discontinuation Rules for ARIA-E by Protocol Version (Study 302)**

| Clinical Symptom Severity | | MRI Severity | Protocol Version[1] | | |
|---|---|---|---|---|---|
| | | | Version 1 | Version 3 | Version 4-6 |
| Asymptomatic | | Mild | Continue dosing at same dose and schedule | | |
| | | Moderate or Severe | Suspend dosing and restart at next lower dose | Suspend dosing and restart at the same dose | |
| Symptomatic | Mild or Moderate | Any | | | |

37

Reference ID: 4807199

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

| | | | | |
|---|---|---|---|---|
| | Severe | | Permanently discontinue | |
| | Serious "other medically important event"[2] | | | |
| | Serious, except "other than medically important event" | | Permanently discontinue | |

Created by reviewer, modified from Table 11 in Study 302 Clinical Study Report (CSR)
[1] No patients were consented under Protocol Version 2
[2] "Other medically important events" include SAEs that were not life-threatening, did not require inpatient hospitalization or prolongation of existing hospitalization, and did not result in significant or permanent disability
Note: Dosing was restarted when ARIA-E and/or clinical symptoms resolved
Note: From protocol versions 3-5, if a second ARIA event (either ARIA-E or ARIA-H) required dose suspension, patients were to restart at the next lower dose. If a third ARIA event required dose suspension, drug was to be permanently discontinued. For protocol version 6, patients were to restart at the same dose after the second or third ARIA event

**Table 4: Dose Modification/Discontinuation Rules for ARIA-H Microhemorrhage and Superficial Siderosis by Protocol Version (Study 302)**

| Clinical Symptom Severity | | MRI Severity | Protocol Version[1] | |
|---|---|---|---|---|
| | | | Version 1 | Version 3-6 |
| Asymptomatic | | Mild | Continue dosing at same dose and schedule | |
| | | Moderate | Suspend dosing and restart at next lower dose | Suspend dosing and restart at same dose |
| | | Severe | Permanently discontinue | |
| Symptomatic | Mild or Moderate | Mild or Moderate | Suspend dosing and restart at next lower dose | Suspend dosing and restart at same dose |
| | | Severe | Permanently discontinue | Permanently discontinue |
| | Severe | Mild or Moderate | | Suspend dosing and restart at same dose |
| | | Severe | | Permanently discontinue |
| | Serious "other medically important event"[2] | Mild or Moderate | | Suspend dosing and restart at same dose |
| | | Severe | | Permanently discontinue |
| | Serious, except "other than | Any | | |

38

Reference ID: 4807199

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

| | medically important event" | | | |
|---|---|---|---|---|

Created by reviewer, modified from Table 12 in Study 302 CSR
[1] No patients were consented under Protocol Version 2
[2] "Other medically important events" include SAEs that were not life-threatening, did not require inpatient hospitalization or prolongation of existing hospitalization, and did not result in significant or permanent disability
Note: Dosing was restarted when ARIA-H stabilized, and clinical symptoms resolved
Note: From protocol version 3-5, if a second ARIA event (either ARIA-E or ARIA-H) required dose suspension, patients were to restart at the next lower dose. If a third ARIA event required dose suspension, drug was to be permanently discontinued. For protocol version 6, patients were to restart at the same dose after the second or third ARIA event

Administrative Structure

A steering committee blinded to treatment assignment was established to provide scientific and medical direction and to oversee the administrative progress of the study. Members of the committee included study medical directors from Biogen and external experts in Alzheimer's disease. An independent Data Monitoring Committee (IDMC) was formed to monitor the overall conduct of the study and review safety on an ongoing basis and could recommend protocol modifications, dose suspension, dose termination, or study termination. The IDMC was also responsible for reviewing the futility analysis. At each meeting the IDMC made a recommendation to continue, stop, or modify the study.

A centralized imaging laboratory was selected to read and interpret PET and MRI scans. The central laboratory was to notify the principal investigator and the applicant of ARIA-E and ARIA-H findings. For the purpose of study conduct, readings from the central reader prevailed over those from the local radiologist.

A central electronic clinical outcomes vendor was selected to ensure standardization of clinical outcome assessments. Selected assessments were reviewed by central raters for consistency. If the central review resulted in feedback to the site rater, the site rater either agreed with the feedback and updated the assessment or provided rationale for not making the update.

Procedures and Schedule

The schedule for key assessments is presented in Table 5. The screening period consisted of three visits within a 60-day period before administration of the first dose. Eligible subjects reported to the study site to receive study treatment every 4 weeks for 76 weeks. The end-of-treatment visit occurred on Week 78 and the follow-up visit occurred on Week 94.

**Table 5: Study 302 Schedule of Key Assessments**

| Assessment | Schedule |
|---|---|
| Eligibility Criteria | Screening V1, V2 and V3 |
| ApoE Genotyping | Screening V1 |
| Neurological and Physical Examinations | Screening V1, Week 12, 24, 48, 72, 78, 94 |

39

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

| Brain MRI | Screening V2, Weeks 14, 22, 30, 42, 54, 66, 78 |
|---|---|
| Study Drug Infusion | Weeks 1, 4, 8, 12, 16, 20, 24, 28, 32, 36, 40, 44, 48, 52, 56, 60, 64, 68, 72, 76 |
| Anti-Aducanumab Ab | Weeks 1, 24, 32, 60, 78, 94 |
| Aducanumab Concentration | Weeks 1, 4, 12, 16, 20, 26, 28, 52, 56, 78, 94 |
| RNA, Serum and Plasma for Biomarkers | Screening V1, Weeks 8, 12, 24, 28, 56, 78, 94 |
| CSF Collection (optional) | Screening V1, Week 78 |
| Amyloid PET | Screening V3, Weeks 26 and 78 |
| Tau PET | Screening V3, Weeks 26 and 78 |
| RBANS | Screening V1 |
| CDR | Screening V1, Weeks 26, 50, 78, 94 |
| MMSE | Screening V1, Weeks 26, 50, 78, 94 |
| ADCS-ADL-MCI, ADAS-Cog 13 | Screening V2, Weeks 26, 50, 78, 94 |
| NPI-10 | Screening V2, Weeks 26, 50, 78 |

Created by reviewer, modified from Table 1 and Table 2 in Study 302 protocol
Note: There were three screening visits (V1, V2 and V3) within 60 days of randomization
Note: Amyloid PET and tau PET were assessed in different subgroups of patients
Note: Additional MRIs were collected in response to ARIA

Concurrent Medications

Medications for treatment of Alzheimer's disease, including but not limited to donepezil, rivastigmine, galantamine, and memantine were allowed if patients were receiving a stable dose for at least 8 weeks prior to Screening Visit 1 and were to stay on a stable dose during the study. Patients were instructed to continue the medications they were receiving at enrollment without changes and to avoid starting new medications. An unscheduled visit for collection of all clinical assessments for the primary and secondary endpoints should have occurred before any change in Alzheimer's disease medications.

The following medications were not allowed:
o Medications with platelet anti-aggregant or anti-coagulant properties, except aspirin at doses ≤325 mg per day
o Non-prescription narcotic medication
o Immunosuppressive drugs including systemic corticosteroids
o Parenteral immunoglobulin, blood products, plasma derivatives, plasma exchange, and plasmapheresis
o Any investigational drug

Subject Completion, Discontinuation, or Withdrawal

Patients who completed the 78-week treatment period and follow-up visit were considered to have completed the study.

Reference ID: 4807199

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

Patients who discontinued treatment were to remain in the study, attend a follow-up visit 18 weeks after the final visit, and continue protocol-required tests and assessments at a subset of the clinical visits listed in Table 5 until the end of the study or until the patient withdrew consent. The most notable treatment-related reason for study discontinuation was the occurrence of ARIA as outlined in Table 3 and Table 4. Other reasons for discontinuation include withdrawal of consent, medical emergency, AEs that do not resolve, severe infusion reaction, and discretion of the investigator for medical reasons or noncompliance. The reason for discontinuation of study treatment was to be recorded in the patient's case report form (CRF).

Patients who were withdrawn from the study after receiving at least one dose of study treatment were expected to complete the end-of-treatment visit and return to the site for a follow-up visit 18 weeks after receiving their last dose of study treatment. Efficacy assessments were not required if the patients discontinued treatment within 3 months of the previous efficacy assessment and significant changes in cognitive status were not suspected by the investigator.  Reasons for withdrawal of patients include withdrawal of consent, unwillingness or inability to comply with the protocol, and discretion of the investigator or applicant. The reason for withdrawal was to be recorded in the patient's CRF.

**Study Endpoints**

<u>Primary Efficacy Endpoint</u>

The primary efficacy endpoint was the change from baseline in CDR-SB at Week 78. The CDR-SB assesses three domains of cognition (memory, orientation, judgment/problem solving) and three domains of function (community affairs, home/hobbies, personal care) using semi-structured interviews with the patient and a reliable companion or informant. A qualified rater uses interview data and clinical judgment to assign scores for each domain ranging from none=0, questionable = 0.5, mild = 1, moderate = 2 to severe = 3. The personal care domain does not include the 0.5 score. Scores from each domain are summed to provide the CDR-SB value ranging from 0 to 18, with higher scores indicating greater disease severity. CDR-SB has been described in the literature (Cederbaum et al. 2013) as a suitable primary endpoint for clinical trials in patients with early Alzheimer's disease due to its psychometric properties and its ability to assess both cognitive and functional disability. CDR-SB is accepted by FDA as an acceptable primary outcome assessment for studies of Alzheimer's disease intended to demonstrate substantial evidence of effectiveness. It has been widely used as the primary efficacy endpoint in clinical trials for other investigational drugs in this population.

CDR-SB assessments were conducted by an independent HCP not involved in patient care or management who remained blinded to treatment assignment. Given the importance of the reliable informant or companion, the inclusion criteria included a stipulation that the informant should be available for the duration of the study and the use of the same informant for the

41

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

duration of the study was encouraged. Raters were required to complete qualification and training prior to being eligible to administer the assessment. All sites were asked to maintain the same rater throughout the study to ensure consistency. If a rater administered the CDR-SB to a patient, that rater was not allowed to administer the other neurocognitive assessments to that patient at any point during the study. A contract research organization (CRO), Medavante, was selected to manage rater training and eligibility and to ensure standardization of clinical outcome assessments with special focus on CDR-SB.  Selected assessments were reviewed by central raters for consistency. If the central review resulted in feedback to the site rater, the site rater either agreed with the feedback and updated the assessment or provided rationale for not making the update.

*Reviewer Comment: CDR-SB is an integrated scale that adequately and meaningfully assesses both daily function and cognitive effects in early Alzheimer's disease and is consistent with FDA guidance on clinical endpoints in Stage 3 patients. The distinction between cognitive and functional domains for the CDR-SB is somewhat artificial because the effects on cognition are measured in a way that reflect impact on function and are clinically meaningful. The SPA agreement for this protocol indicated FDA's concurrence with the choice of primary endpoint.*

<u>Secondary Endpoints</u>

*MMSE*

The MMSE is a widely used performance-based assessment of cognitive ability consisting of 11 tasks evaluating orientation, word recall, attention and calculation, language, and visuospatial functions. The scores from the 11 tests are summed to obtain a total score, which ranges from 0 to 30 with lower scores indicating greater cognitive impairment. It is often used in clinical practice or as a staging instrument for trial inclusion and is also used as an efficacy assessment in clinical trials.

*ADAS-Cog 13*

The ADAS-Cog is a cognitive assessment consisting of clinical ratings and cognitive tasks that was originally developed for use in clinical trials of patients with later stages of Alzheimer's disease dementia.  ADAS-Cog 11 includes 11 tasks measuring disturbances of memory, language, and praxis. Many of the items of the ADAS-Cog 11 are at the measurement floor in patients with mild disease and may not show decline over the length of a typical clinical trial. Therefore, two additional tasks, delayed word recall and number cancellation, were added to create the ADAS-Cog 13 for use in this earlier disease population. The ADAS-Cog 13 includes 9 items that test performance (up to 65 points) and 4 clinician-rated items that test language and memory (up to 20 points) for a total score ranging from 0 to 85, with higher scores indicating greater cognitive impairment. The 13 items assess word recall, ability to follow commands, constructional praxis, naming, ideational praxis, orientation, word recognition, comprehension

42

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

of spoken language, memory, word-finding, language ability, delayed word recall, and concentration.

The ADAS-Cog was a key clinical endpoint in the trials that led to the approval of the acetylcholinesterase inhibitors. For many of the initial trials of anti-Aβ antibodies, ADAS-Cog 11 was a co-primary endpoint with a functional outcome such as ADCS-ADL. More recently, another variation of the ADAS-Cog, ADAS-Cog 14, was used as the primary endpoint in the trial for solanezumab in patients with mild dementia due to Alzheimer's disease.

*ADCS-ADL-MCI*

The ADCS-ADL-MCI is a questionnaire for informants that consists of 17 instrumental items and 1 basic item (getting dressed) intended to reflect activities of daily living. Informants are asked whether the patient attempted each item during the prior 4 weeks and their level of performance. Responses are "Yes," "No," or "Don't Know" with additional sub-ratings depending on the item. The total score ranges from 0 to 53 with lower scores indicating greater impairment. The ADCS-ADL-MCI was adapted from the ADCS-ADL, which was developed for a population with more advanced disease and served as a key endpoint in many of the acetylcholinesterase trials.

The secondary endpoints were assessed by a second HCP who was independent from the rater responsible for administering the CDR-SB. As with CDR-SB, all sites were asked to maintain the same rater throughout the study to ensure consistency. If raters administered the CDR-SB to a patient, they were not allowed to administer the secondary endpoint assessments to that patient at any point during the study.

The applicant performed a principal components analysis of the 48 individual items from CDR-SB, MMSE, ADAS-Cog 13 and ADCS-ADL-MCI using baseline and change from baseline data from Study 301 and Study 302 to assess the degree to which the endpoints capture similar or distinct information. The applicant concluded that the overlap between the items was 5-25% and therefore each scale carries independent information on the clinical state of the patient.

*Reviewer Comment: FDA routinely encounters the use of these measures and they are appropriate selections for use in supporting an effect on an acceptable primary measure. The principal components analysis indicated that while there may be some degree of overlap among the 4 clinical endpoints, each also captures distinct information regarding cognitive decline. Effects on each of these endpoints can independently contribute to the persuasiveness of a specific study.*

*Based on analyses in Appendix II (FDA Statistical Review and Evaluation) of the Advisory Committee Briefing Document, the Advisory Committee accepted as fact that secondary*

43

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

*endpoints were correlated with the primary endpoint and used this correlation as a reason to question the strength of the results of Study 302. The only correlation presented was for the change from baseline for the primary and secondary endpoints. It is important to note that for a progressive disease, correlation between endpoints is* expected*, not because endpoints are conceptually the same, but because they all change in a similar direction as the disease progresses. Appendix II of the Advisory Committee Briefing Document also notes that correlations are "all easily nominally significant." Reference to statistical significance is misplaced because statistical significance is influenced by the sample size and is not a measure of the strength of a relationship. Finally, Appendix II of the Advisory Committee Briefing Document presented a principal components analysis on total scores (Figure 32 in the appendix). The appropriate approach is to perform principal components analysis on the individual items of the scales. The final statistical review still includes a presentation of correlations for change from baseline for the primary and secondary endpoints, but no longer includes a principal components analysis and no longer appears to conclude that the four key endpoints do not measure very distinct information.*

*Dr. Campbell, a measurement expert in the Office of Neuroscience, has reviewed the clinical outcome assessments and concluded in her memo that the assessments capture symptoms and impacts of Alzheimer's disease that are meaningful to patients. She further concludes that the observed correlations between endpoints do not suggest concern for redundancy or multicollinearity of the outcome assessments.*

*A more relevant correlation analysis performed on baseline assessments instead of change from baseline reveals a weak degree of correlation between the endpoints, with correlation coefficients ranging from 0.17 and 0.38. Even if one considers change from baseline as the statistical review suggests, correlations in Study 302 are still weak to moderate (0.3 to 0.5). For these reasons, this review concludes that the primary and secondary endpoints capture distinct information and secondary endpoints add to the strength of Study 302.*

Tertiary Endpoint

NPI-10 was included as the tertiary clinical efficacy endpoint and was completed by interview with the informant. The NPI-10 assesses the presence, frequency, and severity of 10 neuropsychiatric domains: delusions, hallucinations, dysphoria, apathy, euphoria, disinhibition, agitation/aggression, irritability/liability, anxiety, and aberrant motor behavior. The total score ranges from 0 to 120 with higher scores indicating worse symptoms.

Key Pharmacodynamic Endpoints

Key pharmacodynamic endpoints include the following:

44

Reference ID: 4807199

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

- Change from baseline in amyloid signal as measured by $^{18}$F-florbetapir PET and quantified by a composite standard uptake value ratio (SUVR) was assessed in a subset of sites and patients (approximately 400) at Week 26 and Week 78. The SUVR was calculated for a composite of brain regions consisting of frontal, parietal, lateral temporal, sensorimotor, anterior and posterior cingulate, and occipital cortices with whole cerebellum as a reference region
- Change from baseline in CSF levels of $A\beta_{1-42}$, $A\beta_{1-40}$, phosphorylated tau at residue 181 (p-Tau), and total tau (t-Tau) at Week 78 in a subset of patients
- Change from baseline in tau PET as measured by $^{18}$F-MK-6240 PET and quantified by a composite SUVR at the Week 78 or end-of-treatment visit in a subset of patients. The SUVR was calculated for 6 composite regions of interest (frontal, temporal, medial temporal, parietal, cingulate, and occipital) with cerebellar cortex as the reference region
- Change in brain volume (whole brain, whole cortex, hippocampus, and lateral ventricle) as measured by MRI at Week 30 and Week 78

**Statistical Analysis Plan**

The Statistical Analysis Plan (SAP) was finalized on September 11, 2018, before the termination of the study and an addendum was added on November 4, 2019 prior to database lock, in response to the futility declaration of March 21, 2019. The addendum to the SAP did not alter the prespecified primary analysis methods as documented in the September 2018 SAP, except for specifying that the primary analysis would exclude efficacy data collected after March 20, 2019, per agreement with the Division at the October 21, 2019, Type C Meeting. Additionally, no censoring of data was applied to biomarker, PK, and safety data.

Interim Analysis – Blinded Sample Size Reassessment

The sample size was planned to have approximately 90% power to detect a true mean difference of 0.5 in change from baseline CDR-SB at Week 78. The mean difference of 0.5 represents an approximately 25% reduction assuming the placebo mean change in CDR-SB is 2 at Week 78. Sample size was reassessed approximately 3 months before enrollment completion in November of 2017. At the time of this reassessment approximately 10% of the data was available on the primary endpoint from the pooled blinded data from Studies 301 and 302. As a result of the analysis, the sample size was increased from 1350 to 1605 (from 450 to 535 per treatment arm).

Interim Analysis – Futility Assessment

An interim futility analysis was planned to occur after approximately 50% of the patients enrolled in Studies 301 and 302 had the opportunity to complete the Week 78 visit. Futility

45

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

criteria were primarily based on conditional power, which was defined as the chance that the primary efficacy endpoint analysis would be statistically significant in favor of aducanumab at the planned final analysis, given the data at the futility analysis. Conditional power assumed that the future unobserved treatment effect would be equal to an estimate based on pooled observed data from Studies 301 and 302. The studies were to be considered futile if both studies had a conditional power for the primary efficacy analysis that was <20% in both the high-dose and low-dose treatment groups. The SAP specified that other data in addition to the pre-specified criteria could also be considered.

The data cutoff date for the futility analysis was December 26, 2018, at which point 49% of patients from Study 302 had the opportunity to complete the Week 78 visit. Data from patients who were enrolled in the study but had not had the opportunity to complete the Week 78 visit were not included in the analysis. An independent, unblinded statistician from a CRO (IQVIA) conducted the futility analysis. The IDMC received the futility analysis package on March 8, 2019, and met with the unblinded statistician 4 days later. The IDMC communicated its recommendation to the Biogen Senior Decision Team, which was independent of the study team, on March 19, 2019. The Biogen Senior Decision Team requested additional analyses which were conducted by unblinded statisticians who were employed by the applicant but not part of the study team. The Biogen Senior Decision Team recommended termination of the studies to the Biogen Executive Decision Team on March 20, 2019, and the Biogen Executive Team made the final decision to terminate all ongoing studies of aducanumab. On March 21, 2019, the applicant publicly announced the discontinuation of the aducanumab program. See Section 7.1.6 for a detailed discussion of the futility analysis and its implications.

Definitions of Statistical Analysis Populations

The following analysis populations were defined:

- Intent-to-Treat (ITT) Population – all randomized subjects who received at least one dose of study treatment and excluding data collected after March 20, 2019

- Per-Protocol Population – all subjects in the ITT population who had no violations of the following inclusion criteria: 6 years of education or work experience, positive PET scan, CDR global score of 0.5, RBANS score of 85 or lower, and MMSE score between 24 and 30. Also, subjects had ≥70% expected infusions and did not make changes to concomitant Alzheimer's disease medications during the study

- Opportunity to Complete (OTC) Population – subjects in the ITT population who had the opportunity to complete the Week 78 visit by March 20, 2019

- ITT Population during the Double-Blind Period – subjects in the ITT population including

46

Reference ID: 4807199

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

all data collected until April 17, 2019. The applicant began releasing treatment assignments to the CRO on April 18, 2019, to be distributed to the sites upon request.

- <u>Uncensored ITT Population</u> – subjects in the ITT population including all data collected during the study

- <u>[18]F-florbetapir Amyloid PET Analysis Population</u> – all randomized subjects who received at least one dose of study treatment, used [18]F-florbetapir ligand for their amyloid PET scan and had an evaluable amyloid PET SUVR value for the composite region-of-interest using cerebellum as the reference region

<u>Analysis Method for Primary Endpoint</u>

A mixed model repeated measures (MMRM) model was used to analyze change from baseline CDR-SB using fixed effects of treatment, time, treatment-by-time interaction, baseline CDR-SB, baseline CDR-SB by time, baseline MMSE, Alzheimer's disease medication use at baseline, region, and laboratory ApoE ε4 status.

<u>Missing Data</u>

For the MMRM analysis, missing data were assumed to be missing at random. Different assumptions for missing data were explored as part of sensitivity analyses.

<u>Adjustments for Multiplicity</u>

A sequential (closed) testing procedure was used to control the overall Type I error rate for the primary endpoint according to the following order: high-dose aducanumab versus placebo and low-dose aducanumab versus placebo. All comparisons after the initial comparison with p >0.05 would not be considered statistically significant. Secondary endpoints were rank prioritized according to the following order: MMSE, ADAS-Cog 13, ADCS-ADL-MCI. To control for Type I error for each of the secondary endpoints, a sequential (closed) procedure, including both the order of the secondary endpoints and treatment comparisons were used.

*Reviewer Comment: The Advisory Committee accepted as fact the suggestion in Appendix II of the Advisory Committee Briefing Document that the testing sequence does not allow for testing of secondary endpoints for the high dose if the low dose is not statistically significant for the primary endpoint. The applicant disagrees with this suggestion and there was not an opportunity to discuss this issue in depth at the meeting. The applicant has apparently used the same multiplicity adjustment procedure for other registration studies (Tecfidera and Plegridy) and asserts the approach ensures that failure of the low dose does not stop testing of the high*

47

Reference ID: 4807199

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

*dose. The same neurology statistical review team appeared to accept this interpretation for the Tecfidera review[1], noting, "If statistical significance was not achieved for an endpoint for a particular dose level, all endpoints(s) of a lower rank for that dose level were not considered statistically significant. For each endpoint, the TID group was compared with placebo and if statistically significant (p≤0.050), the BID group was compared with placebo."*

*The source of the confusion appears to be that the applicant planned to apply different levels of Type I error control to the primary and secondary endpoints. The Type I error was controlled at a level of 0.05 for the primary endpoint. The family-wise Type I error for the secondary endpoints was controlled at a maximum of 0.1. After accounting for correlation of endpoints, the applicant calculated the family-wise Type I error for secondary endpoints to be 0.09 (i.e., a 4.5% probability for a false positive result). The different levels of Type I error were not explicitly stated in the SAP, leading the statistical reviewer to conclude in the final statistical review that the plan was "slightly ambiguous." Unfortunately, a SPA agreement was reached without a shared understanding of the approach.*

*When evaluating benefit, this clinical review will accept results for secondary endpoints of the high dose. Simply disregarding compelling and clinically meaningful results on well-known and established endpoints in a positive study because of a misunderstanding about language in the statistical analysis plan would be a disservice to the patients and caregivers who devoted their time to generate the data.*

Amyloid PET analysis

Amyloid PET SUVR is a quantitative measure of cerebral amyloid plaque burden. The SUVR was calculated for the following target brain regions of-interest (ROIs): composite ROI, frontal cortex, parietal cortex, lateral temporal cortex, sensorimotor cortex, anterior cingulate cortex, posterior cingulate cortex, medial temporal cortex, occipital cortex, striatum, and statistical ROI normalized to reference region activity. Additionally, SUVR ROIs including pons and deep subcortical white matter, which are believed to be least affected by amyloid pathology were also evaluated. The composite ROI comprised major cortical regions of the frontal, parietal, lateral temporal, sensorimotor, anterior, posterior cingulate, and occipital cortices to serve as a summary measure of global cerebral amyloid burden. The statistical ROI is a region of interest consisting of the posterior cingulate cortex, precuneus, and medial frontal cortex that has been demonstrated to yield optimal group separation between subjects with low and high amyloid burden across different reference regions. A negative change from baseline in composite ROI SUVR indicates a reduction in amyloid burden and a negative treatment difference

---

[1] See FDA Statistical Review for Tecfidera (NDA 204063), dated October 15, 2012, available at https://www.accessdata.fda.gov/drugsatfda_docs/nda/2013/204063Orig1s000StatR.pdf

48

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

(aducanumab minus placebo) favors aducanumab. The composite ROI serves as the ROI of primary focus.

The following reference regions were employed: cerebellum, cerebellum cropped, cerebellar white matter, cerebellar grey matter, deep subcortical white matter, pons, cerebellum + pons, cerebellar white matter + pons, deep subcortical white matter + cerebellum, deep subcortical white matter + pons and deep subcortical white matter + cerebellum + pons. Cerebellum will serve as the reference region of primary focus.

The composite ROI SUVR using cerebellum as the reference region was used as the primary endpoint for amyloid PET analysis.

Subgroup Analyses

Subgroup analyses for CDR-SB, MMSE, ADAS-Cog 13, and ADCS-ADL-MCI were conducted for the following pre-defined groups:

- Laboratory ApoE ε4 status (carrier or non-carrier)
- Baseline clinical stage (MCI due to Alzheimer's disease or mild Alzheimer's disease)
- Use of Alzheimer's disease concomitant medication at baseline (yes or no)
- Baseline MMSE (MMSE ≤26 or MMSE ≥27)
- Region (United States, Europe/Canada/Australia, Asia)
- Age (≤64, 65-74, ≥75)

Subgroup analyses for PET SUVR in the [18]F-florbetapir amyloid PET analysis population were prespecified for groups defined by laboratory ApoE ε4 status, baseline clinical stage, and baseline SUVR value in quartiles. Additional subgroup analyses were performed for all factors in the list above, except for region.

*Reviewer Comment: Baseline clinical stage and baseline MMSE are both ways to evaluate disease severity. The distinction between MCI due to Alzheimer's disease and mild Alzheimer's disease is somewhat subjective. Also, only 20% of enrolled patients had mild Alzheimer's disease, further complicating interpretation of potential subgroup effects. The baseline MMSE criterion is more objective and roughly divides the population in half.*

**Protocol Amendments**

The original protocol (Version 1) was issued on April 9, 2015. No patients were consented under Version 2. The main consequence of subsequent protocol versions was to increase the dose level or number of doses received by patients. Notably, Protocol Version 4, dated March 24,

49

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

2017, allowed ApoE ε4 carriers randomized to aducanumab high dose to receive the same aducanumab dose received by ApoE ε4 non-carriers (titration to 10 mg/kg).  Table 3 and Table 4 outline the most relevant changes to the protocol, including Protocol Version 3 dated July 21, 2016, which modified dosing in relation to ARIA management.  Protocol Version 6, dated June 28, 2018, updated the sample size from 450 to 535 per treatment group following the blinded sample size re-estimation.

### 6.1.2.  Study Results

**Compliance with Good Clinical Practices**

The applicant asserts that the study was performed in accordance with 21 CFR parts 50, 54, 56 and 312 Subpart D, ICH Guideline on GCP (E6) and the ethical principles outlined in the Declaration of Helsinki.

**Financial Disclosure**

The applicant has adequately disclosed financial interests or agreements with clinical investigators as outlined in the guidance for industry Financial Disclosures by Clinical Investigators.

**Patient Disposition**

A total of 6757 patients were screened for entry into the study and 1643 patients were randomized. The most common reasons reported for screening failure were having a CDR global score, MMSE score, or RBANS score outside the allowed range (62%) or not having a positive amyloid PET scan (16%). There were 5 patients who were randomized but did not receive study treatment, with the most common reason being that the patient should have been classified as a screening failure. Patient disposition is summarized in Table 6. The most common reason for treatment discontinuation is "other." This category includes patients who terminated the study due to the administrative decision to terminate aducanumab studies based on the interim futility analysis (placebo, 221 (40.3%); low dose, 198 (36.5%); high dose, 187 (34.2%)).

**Table 6: Study 302 Patient Disposition**

| Disposition | Study 302 | | |
|---|---|---|---|
| No. of patients screened | 6757 | | |
| No. of patients not randomized | 5114 | | |
| | **Aducanumab Low Dose N=543** | **Aducanumab High Dose N=547** | **Placebo N=548** |

50

Reference ID: 4807199

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

| | n (%) | n (%) | n (%) |
|---|---|---|---|
| **Patients randomized** | 547 | 547 | 549 |
| ITT population | 543 (100%) | 547 (100%) | 548 (100%) |
| Per-protocol population | 387 (71.3%) | 365 (66.7%) | 427 (77.9%) |
| OTC population | 329 (60.6%) | 340 (62.2%) | 313 (57.1%) |
| $^{18}$F-florbetapir amyloid PET | 159 (29.3%) | 170 (31.1%) | 159 (29.0%) |
| **Discontinued treatment** | 264 (48.6%) | 265 (48.4%) | 254 (46.4%) |
| Adverse event | 42 (7.7%) | 49 (9.0%) | 17 (3.1%) |
| Consent withdrawn | 22 (4.1%) | 20 (3.7%) | 6 (1.1%) |
| Other reasons | 200 (36.8%) | 196 (35.7%) | 231 (42.2%) |
| **Discontinued study** | 252 (46.4%) | 252 (46.1%) | 260 (47.4%) |
| Adverse event | 13 (2.4%) | 20 (3.7%) | 10 (1.8%) |
| Consent withdrawn | 32 (5.9%) | 26 (4.8%) | 15 (2.7%) |
| Other reasons | 207 (38.1%) | 206 (37.6%) | 235 (42.9%) |

Created by the reviewer using ie.xpt and Tables 13, 20 and 50 in Study 302 CSR

**Protocol Violations/Deviations**

Two-thirds of patients had at least one major protocol deviation during the placebo-controlled period (placebo, 349 (63.7%); low dose, 354 (65.2%); high dose, 388 (70.9%)). The only major protocol deviation with ≥5% difference between the high-dose treatment arm and placebo was in the "study procedures" category. The "study procedures" category included a variety of protocol deviations and none seemed to predominate. Overall, the most common categories of major protocol deviations were regarding informed consent (27.8%), study procedures (26.9%), and investigational product compliance (23.7%). These deviations are not expected to affect interpretation of the overall results. During the combined screening and placebo-controlled periods, 101 patients (36 placebo, 29 low dose, 36 high dose) had a major protocol deviation for eligibility or entry criteria. There were 4 patients who did not meet the CDR global score criterion, 2 who did not meet the MMSE criterion and 10 who did not meet the RBANS criterion. These numbers are small relative to the overall population enrolled and balanced across the treatment arms and are therefore not expected to complicate efficacy analyses. A total of 10.1% of patients received disallowed concomitant medications during the placebo-controlled period, but many of these were anti-coagulants or corticosteroids, which were disallowed for safety considerations and were not anticipated to have an impact on the effectiveness of aducanumab. Also, 13 patients were randomized to a carrier status that was discordant with laboratory assay results. There was one patient randomized to placebo who received aducanumab treatment in the visit before the start of the LTE. Single dose administration of aducanumab near the end of the study would not have an impact on the efficacy results.

**Table of Demographic Characteristics**

Table 7 contains information regarding demographic characteristics for each treatment arm in the ITT population. Demographic characteristics were balanced across the treatment arms and

51

Reference ID: 4807199

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

generally representative of the patient population except for an under-representation of African American and Hispanic patients. Overall, 39.8% of patients were enrolled in the United States.

**Table 7: Study 302 Baseline Demographics (ITT Population)**

| Demographic Parameters | Placebo (N=548) n (%) | Treatment Group | | |
|---|---|---|---|---|
| | | Aducanumab Low Dose (N=543) n (%) | Aducanumab High Dose (N=547) n (%) | Total (N=1638) n (%) |
| **Sex** | | | | |
| Male | 258 (47.1%) | 274 (50.5%) | 263 (48.1%) | 795 (48.5%) |
| Female | 290 (52.9%) | 269 (49.5%) | 284 (51.9%) | 843 (51.5%) |
| **Age** | | | | |
| Mean years (SD) | 70.8 (7.4) | 70.6 (7.5) | 70.6 (7.5) | 70.7 (7.4) |
| Median (years) | 71.0 | 72.0 | 72.0 | 72.0 |
| Min, max (years) | 50, 85 | 50, 85 | 50, 85 | 50, 85 |
| **Age Group** | | | | |
| ≤ 64 years | 104 (19.0%) | 106 (19.5%) | 113 (20.7%) | 323 (19.7%) |
| > 64 – <75 years | 255 (46.5%) | 262 (48.3%) | 257 (47.0%) | 774 (47.3%) |
| ≥ 75 years | 189 (34.5%) | 175 (32.2%) | 177 (32.4%) | 541 (33.0%) |
| **Race** | | | | |
| White | 431 (78.6%) | 432 (79.6%) | 422 (77.1%) | 1285 (78.4%) |
| Black or African American | 1 (0.2%) | 6 (1.1%) | 4 (0.7%) | 11 (0.7%) |
| Asian | 47 (8.6%) | 39 (7.2%) | 42 (7.7%) | 128 (7.8%) |
| American Indian or Alaska Native | 1 (0.2%) | 0 | 0 | 1 (<0.1%) |
| Native Hawaiian or Other Pacific Islander | 0 | 0 | 0 | 0 |
| Other | 1 (0.2%) | 1 (0.2%) | 3 (0.5%) | 5 (0.3%) |
| **Ethnicity** | | | | |
| Hispanic or Latino | 22 (4.0%) | 22 (4.1%) | 23 (4.2%) | 67 (4.1%) |
| Not Hispanic or Latino | 470 (85.8%) | 470 (86.6%) | 461 (84.3%) | 1401 (85.5%) |
| Not Reported[1] | 56 (10.2%) | 51 (9.4%) | 62 (11.3%) | 169 (10.3%) |
| **Region** | | | | |
| United States | 218 (39.8%) | 218 (40.1%) | 216 (39.5%) | 652 (39.8%) |
| **Rest of the World** | | | | |
| Europe/Canada | 287 (52.4%) | 287 (52.9%) | 291 (53.2%) | 865 (52.8%) |
| Asia | 43 (7.8%) | 38 (7.0%) | 40 (7.3%) | 121 (7.4%) |

Source: Table 14 and Table 49 in Study 302 CSR
[1] Data on race and/or ethnicity were not collected because of local regulations.

52

Reference ID: 4807199

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

**Other Baseline Characteristics (disease characteristics, important concomitant drugs)**

Table 8 contains a summary of baseline disease characteristics and baseline use of concomitant Alzheimer's disease medications. The disease characteristics are balanced across treatment arms and reflect a population of patients who are early in the course of Alzheimer's disease. By design, the overall population consisted of 80% of patients with MCI due to Alzheimer's disease and 20% with mild Alzheimer's disease dementia. The percentage of the population who were ApoE ε4 carriers is consistent with previous reports. Most patients were receiving concomitant medications for Alzheimer's disease (51.8%). Additionally, 15.3% of patients received any Alzheimer's disease medication and stopped prior to entering the study.

**Table 8: Study 302 Disease Characteristics (ITT Population)**

| Disease Characteristics | Placebo (N=548) n (%) | Treatment Group | | |
|---|---|---|---|---|
| | | Aducanumab Low Dose (N=543) n (%) | Aducanumab High Dose (N=547) n (%) | Total (N=1638) n (%) |
| **Baseline Clinical Stage** | | | | |
| MCI due to AD | 446 (81.4%) | 452 (83.2%) | 438 (80.1%) | 1336 (81.6%) |
| Mild AD | 102 (18.6%) | 91 (16.8%) | 109 (19.9%) | 302 (18.4%) |
| **Laboratory ApoE ε4 Status** | | | | |
| Carrier | 368 (67.2%) | 362 (66.7%) | 365 (66.7%) | 1095 (66.8%) |
| Homozygote | 92 (16.8%) | 97 (17.9%) | 77 (14.1%) | 266 (16.2%) |
| Heterozygote | 276 (50.4%) | 265 (48.8%) | 288 (52.7%) | 829 (50.6%) |
| Non-carrier | 178 (32.5%) | 178 (32.8%) | 181 (33.1%) | 537 (32.8%) |
| Undetermined | 2 (0.4%) | 3 (0.6%) | 1 (0.2%) | 6 (0.4%) |
| **Number of Years of Formal Education** | | | | |
| Mean years (SD) | 14.5 (3.7) | 14.5 (3.6) | 14.5 (3.6) | 14.5 (3.6) |
| Median (years) | 15.0 | 15.0 | 15.0 | 15.0 |
| Min, Max (years) | 5, 29 | 3, 27 | 3, 29 | 3, 29 |
| **Number of Years Since Diagnosis of AD** | | | | |
| Mean years (SD) | 1.3 (1.4) | 1.3 (1.5) | 1.3 (1.6) | 1.3 (1.5) |
| Median (years) | 0.8 | 0.8 | 0.8 | 0.8 |
| Min, Max (years) | 0, 10.0 | 0, 14.4 | 0, 16.1 | 0, 16.1 |
| **Concomitant AD medication** | | | | |
| Any AD medication at baseline | 282 (51.5%) | 281 (51.7%) | 285 (52.1%) | 848 (51.8%) |
| Only cholinesterase | 235 (42.9%) | 230 (42.4%) | 228 (41.7%) | 693 (42.3%) |

53

Reference ID: 4807199

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

| | | | | |
|---|---|---|---|---|
| inhibitors | | | | |
| Only memantine | 8 (1.5%) | 15 (2.8%) | 21 (3.8%) | 44 (2.7%) |
| Both cholinesterase inhibitors and memantine | 39 (7.1%) | 36 (6.6%) | 36 (6.6%) | 111 (6.8%) |
| **Baseline CDR-SB** | | | | |
| Mean (SD) | 2.47 (1.00) | 2.46 (1.01) | 2.51 (1.05) | 2.48 (1.02) |
| Median | 2.50 | 2.50 | 2.50 | 2.50 |
| Min, Max | 0.5, 6.0 | 0.5, 5.5 | 0.5, 5.5 | 0.5, 6.0 |
| **Baseline MMSE** | | | | |
| <24 | 0 | 1 (0.2%) | 1 (0.2%) | 2 (0.1%) |
| ≥24 - <27 | 296 (54.0%) | 314 (57.8%) | 296 (54.1%) | 906 (55.3%) |
| ≥27 - ≤30 | 252 (46.0%) | 228 (42.0%) | 250 (45.7%) | 730 (44.6%) |
| **Baseline ADAS-Cog 13** | | | | |
| Mean (SD) | 21.9 (6.7) | 22.5 (6.8) | 22.2 (7.1) | 22.2 (6.9) |
| Median | 21.7 | 22.3 | 21.8 | 21.7 |
| Min, Max | 4.7, 45.7 | 2.0, 46.0 | 5.3, 57.7 | 2.0, 57.7 |
| **Baseline ADCS-ADL-MCI** | | | | |
| Mean (SD) | 42.6 (5.7) | 42.8 (5.5) | 42.5 (5.8) | 42.6 (5.7) |
| Median | 43.0 | 44.0 | 43.0 | 43.0 |
| Min, Max | 11, 52 | 19, 53 | 5, 53 | 5, 53 |

Source: Tables 16, 17 and Table 59 in Study 302 CSR

**Treatment Compliance, Concomitant Medications, and Rescue Medication Use**

During the period of study treatment, compliance with study treatment was 96.2%. Although compliance was high, protocol-defined dose modification for ARIA, changes to the protocol, and the termination of the study meant that some patients received fewer target doses. For example, only 9% of ApoE ε4 carriers received all 14 doses of aducanumab 10 mg/kg, compared to 37.2% of ApoE ε4 non-carriers. Similarly, 80.1% of ApoE ε4 carriers received any 10 mg/kg doses, compared to 91.1% of ApoE ε4 non-carriers. More patients in the lower dose treatment arm received the maximum dose level (89.7% for ApoE ε4 non-carriers receiving 6 mg/kg and 98.6% for ApoE ε4 carriers receiving 3 mg/kg).

Overall, 14% of patients made changes to their concomitant Alzheimer's disease medications at some point during the study. The number of patients who made changes was similar across treatment arms (placebo, 73 (13.3%); low dose, 74 (13.6%); high dose, 83 (15.2%)).

**Efficacy Results – Primary Endpoint**

The primary efficacy endpoint analysis, change from baseline in CDR-SB at Week 78, demonstrated a statistically significant treatment effect in the aducanumab high-dose treatment arm compared to placebo (-0.39 [-22%], p=0.0120) (Table 9). The low-dose

54

Reference ID: 4807199

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

treatment arm demonstrated a numerical advantage compared to placebo (-0.26 [-15%]) but failed to reach statistical significance (p=0.0901).  The results are consistent with a dose-response relationship.

**Table 9: Study 302 Primary Endpoint Analysis**

|  | Placebo (N=548) | Aducanumab Low Dose (N=543) | Aducanumab High Dose (N=547) |
|---|---|---|---|
| **Baseline CDR-SB** |  |  |  |
| n | 548 | 543 | 547 |
| Mean | 2.47 | 2.46 | 2.51 |
| **Change from Baseline in CDR-SB at Week 78** |  |  |  |
| n | 288 | 290 | 299 |
| Adjusted mean | 1.74 | 1.47 | 1.35 |
| Standard error | 0.115 | 0.116 | 0.115 |
| 95% CI | (1.513, 1.963) | (1.247, 1.701) | (1.124, 1.573) |
| Difference from placebo |  | -0.26 | -0.39 |
| 95% CI for difference |  | (-0.569, 0.041) | (-0.694, -0.086) |
| % difference vs. placebo |  | -15% | -22% |
| p-value (compared with placebo) |  | 0.0901 | 0.0120 |

Source: Table 22 from Study 302 CSR

*Reviewer Comment: The treatment effect is not much different than the estimate used to power the study (-25%). Power calculations assumed a 2-point decline in CDR-SB over 78 weeks, whereas the observed decline in Study 302 was lower (1.74).*

*A treatment effect size of 1 to 2 on the CDR-SB scale has been quoted in literature (Andrews et al. 2019) as the minimum clinically important difference for CDR-SB. Setting aside concerns about the applicability of the data used in the publication to the population in Study 302, it is important to note that the placebo progression in Studies 301 and 302, 1.56 and 1.74, respectively, was also between 1 and 2. To see a treatment effect the size of the placebo progression in a study like Study 302, a drug would essentially need to halt the disease or even reverse existing cognitive deficits. A cursory review of existing protocols in this population revealed that the treatment effect on CDR-SB observed in Study 302 is consistent with expectation for other drug development programs.*

Several SAP-defined and post hoc sensitivity analyses were performed for the primary endpoint. The copy increment from reference method and the jump to reference method were used to test the assumption that missing data were missing at random. Results from these analyses demonstrated that the statistically significant results for the primary endpoint were not sensitive to departures from the missing at random assumption. Notably, a sensitivity analysis for normality revealed that the distribution of the data was skewed, but the primary

55

Reference ID: 4807199

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

analysis results were not sensitive to departures from normality.

Table 10 displays the results of the supplementary analyses of the primary endpoint in some of the key populations as defined in Section 6.1.1. Results in the uncensored population suggest that the magnitude of the treatment effect improves with additional data, including data after patients have stopped dosing for a period of time. Overall, the results support the robustness of the analysis of the primary endpoint in the ITT population.

**Table 10: Study 302 Primary Endpoint Analysis (Dataset Sensitivity)**

| | ITT Population during Double-Blind Period | | | Uncensored ITT Population | | | OTC Population | | |
|---|---|---|---|---|---|---|---|---|---|
| | Difference vs. Placebo at Week 78 (%) p-value | | | Difference vs. Placebo at Week 78 (%) p-value | | | Difference vs. Placebo at Week 78 (%) p-value | | |
| | PBO Decline (N=548) | Low Dose (N=543) | High Dose (N=547) | PBO Decline (N=548) | Low Dose (N=543) | High Dose (N=547) | PBO Decline (N=313) | Low Dose (N=329) | High Dose (N=340) |
| CDR-SB | n=340 | n=329 | n=349 | n=408 | n=399 | n=403 | n=288 | n=290 | n=298 |
| | 1.76 | -0.23 | -0.41 | 1.79 | -0.22 | -0.44 | 1.61 | -0.27 | -0.36 |
| | | -13% | -23% | | -12% | -25% | | -17% | -22% |
| | | 0.1339 | 0.0061 | | 0.1273 | 0.0029 | | 0.1188 | 0.0368 |

Source: Tables 73, 77, and 79 in Study 302 CSR
p-values are nominal

**Subgroup Analysis of the Primary Efficacy Endpoint**

Subgroup analyses were performed on the primary efficacy endpoint for the groups described in Section 6.1.1 and are reported for the high-dose treatment arm in Figure 1 and Figure 2. All results trended in favor of high-dose aducanumab compared to placebo.

56

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

**Figure 1: Study 302 High Dose Subgroup Analysis of the Primary Efficacy Endpoint (Demographics)**



Created by the reviewer using Tables 135, 136, and 137 in Study 302 CSR.

Reference ID: 4807199

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

**Figure 2: Study 302 High Dose Subgroup Analysis of the Primary Efficacy Endpoint (Baseline Characteristics)**



Created by the reviewer using Tables 131 to 134 in Study 302 CSR.

## Data Quality and Integrity

There were no major data quality issues identified during the review of Study 302.

## Efficacy Results – Secondary endpoints

A summary of the analysis results for the secondary endpoints is provided in Table 11. Statistically significant differences from placebo were observed for the high-dose treatment arm at Week 78 for all secondary endpoints. The low-dose treatment arm demonstrated favorable numerical trends for ADAS-Cog 13 and ADCS-ADL-MCI, but not for MMSE. Sensitivity analyses were also performed for secondary endpoints and were consistent with the primary analysis except for MMSE after censoring for intercurrent events. Although the p-value for this sensitivity analysis increased from 0.0493 to 0.1008, the magnitude of the treatment effect only dropped from -18% to -16%.  Like CDR-SB, the secondary endpoints were also not normally distributed. Supplementary analysis using different datasets, including the OTC dataset, demonstrated similar results to the ITT population. Subgroup analyses for the secondary endpoints showed that all groups favored high-dose aducanumab except for one (MMSE in ApoE ε4 non-carriers).  Subgroup findings for ApoE ε4 populations are discussed further in Section 7.1.3.

58

Reference ID: 4807199

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

**Table 11: Study 302 Secondary Endpoint Analysis**

| | Placebo (N=548) | Aducanumab Low Dose (N=543) | Aducanumab High Dose (N=547) |
|---|---|---|---|
| **Baseline MMSE** | | | |
| n | 548 | 543 | 547 |
| Mean | 26.4 | 26.3 | 26.3 |
| **Change from Baseline in MMSE at Week 78** | | | |
| n | 288 | 293 | 299 |
| Adjusted mean | -3.3 | -3.3 | -2.7 |
| Standard error | 0.22 | 0.22 | 0.21 |
| 95% CI | (-3.68, -2.83) | (-3.77, -2.92) | (-3.11, -2.27) |
| Difference from placebo | | -0.1 | 0.6 |
| 95% CI for difference | | (-0.65, 0.48) | (0.00, 1.13) |
| % difference vs. placebo | | 3% | -18% |
| p-value (compared with placebo) | | 0.7578 | 0.0493 |
| **Baseline ADAS-Cog 13** | | | |
| n | 545 | 542 | 546 |
| Mean | 21.87 | 22.49 | 22.25 |
| **Change from Baseline in ADAS-Cog 13 at Week 78** | | | |
| n | 287 | 289 | 293 |
| Adjusted mean | 5.16 | 4.46 | 3.76 |
| Standard error | 0.40 | 0.41 | 0.40 |
| 95% CI | (4.37, 5.96) | (3.66, 5.26) | (2.97, 4.55) |
| Difference from placebo | | -0.70 | -1.40 |
| 95% CI for difference | | (-1.76, 0.36) | (-2.46, -0.34) |
| % difference vs. placebo | | -14% | -27% |
| p-value (compared with placebo) | | 0.1962 | 0.0097 |
| **Baseline ADCS-ADL-MCI** | | | |
| n | 545 | 540 | 545 |
| Mean | 42.6 | 42.8 | 42.5 |
| **Change from Baseline in ADCS-ADL-MCI at Week 78** | | | |
| n | 283 | 286 | 295 |
| Adjusted mean | -4.3 | -3.5 | -2.5 |
| Standard error | 0.38 | 0.38 | 0.38 |
| 95% CI | (-5.02, -3.53) | (-4.29, -2.79) | (-3.27, -1.79) |
| Difference from placebo | | 0.7 | 1.7 |
| 95% CI for difference | | (-0.27, 1.73) | (0.75, 2.74) |
| % difference vs. placebo | | -16% | -40% |
| p-value (compared with placebo) | | 0.1515 | 0.0006 |

Source: Tables 92, 104, and 116 in Study 302 CSR

59

Reference ID: 4807199

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

**Efficacy Results – Tertiary endpoint**

The adjusted mean change from baseline in NPI-10 at Week 78 compared to placebo was -1.3 (-87%, nominal p = 0.0215) for aducanumab high dose and -0.5 (-33%, p=0.3921) for aducanumab low dose.

**Efficacy Results – Pharmacodynamic endpoints**

Change from baseline in brain amyloid signal as measured by SUVR was analyzed with an MMRM model with fixed effects of treatment group, visit, treatment group-by-visit interaction, baseline SUVR, baseline SUVR-by-visit interaction, baseline MMSE, ApoE ε4 status, and baseline age. The adjusted mean change from baseline relative to placebo was similar in the low-dose and high-dose groups at Week 26, -0.075 (p<0.0001) and -0.082 (p<0.0001), respectively due to similar dosing during titration. At Week 78, the adjusted mean change from placebo was -0.179 (p<0.0001) and -0.278 (p<0.0001) in the low-dose and high-dose groups, respectively, indicating time- and dose-dependent relationships (Figure 3). Consistent and statistically significant findings were observed for other brain regions and when using additional reference regions.

Adjusted mean changes from baseline in brain amyloid for all subgroups of interest demonstrated statistically significant reduction in SUVR relative to placebo with larger reductions for the high-dose treatment arm compared to the low-dose treatment arm. At Week 78, the difference (95% CI) from placebo in the high-dose treatment arm for ApoE ε4 carriers and ApoE ε4 non-carriers was -0.260 (-0.2915, -0.2280) and -0.298 (-0.3490, -0.2469), respectively. The larger magnitude of reduction in ApoE ε4 non-carriers is consistent with the higher aducanumab exposure achieved in this subgroup. An association between baseline SUVR and magnitude of reduction in SUVR was observed in the high-dose treatment arm at Week 78 with a difference from placebo of -0.205 (-0.2599, -0.1499) in the lowest quartile of baseline SUVR and -0.367 (-0.4361, -0.2970) in the highest quartile of baseline SUVR.

60

Reference ID: 4807199

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

**Figure 3: Study 302 Change from Baseline in Aβ PET Composite SUVR**



Created by reviewer from Table 23 in Study 302 CSR
* p<0.0001

There was a dose-related increase in CSF $A\beta_{1-42}$ levels with overlap between groups, but no apparent relationship between dose and CSF $A\beta_{1-40}$ levels (Figure 4). The change in CSF $A\beta_{1-42}$ levels may reflect an increased input of $A\beta_{1-42}$ into the CSF, decreased clearance from the CSF due to the prolonged half-life of the aducanumab:$A\beta_{1-42}$ complex, or dispersion out of aggregated forms.

61

Reference ID: 4807199

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

**Figure 4: Study 302 Change from Baseline in CSF A$\beta_{1-42}$ (left) and A$\beta_{1-40}$ (right) at Week 78**

 

Created by reviewer using adbk.xpt

Change from baseline in markers of downstream Alzheimer's Tau pathophysiology and neurodegeneration are illustrated in Figure 5 and suggest a dose-dependent decrease in both p-Tau and t-Tau with significant variability between patients following aducanumab treatment. There were no differences between either treatment group and placebo for change from baseline at Week 78 in MRI volume measures for whole brain, whole cortex, and hippocampus. There was an increase in change from baseline to Week 78 lateral ventricle volume in both dose groups.

A pooled analysis of Studies 301 and 302 was performed for tau PET and is further described in Section 6.2.2.

**Figure 5: Study 302 Change from Baseline in CSF p-Tau (left) and t-Tau (right) at Week 78**

 

Created by reviewer using adbk.xpt

62

Reference ID: 4807199

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

**Durability of Response**

The durability of clinical response in patients treated with high-dose aducanumab over 134 weeks is illustrated in Figure 6. This analysis compares the results of primary and secondary endpoints in patients randomized to high-dose aducanumab throughout the study to patients randomized to placebo during the placebo-controlled period and high-dose aducanumab during the LTE. Overall, the magnitude of the treatment effect at Week 78 does not appear to diminish during the LTE.

Continued reduction in brain amyloid as measured by SUVR was observed in patients who remained on aducanumab treatment throughout the placebo-controlled and LTE periods. The mean change from baseline in SUVR (95% CI) was -0.262 (-0.2811, -0.2432) at Week 78 and -0.330 (-0.3534, -0.3056) at Week 132  for the high dose and -0.163 (-0.1831, -0.1433) at Week 78 and -0.218 (-0.2450, -0.1905) at Week 132 for the low dose.

**Figure 6: Study 302 Longitudinal Change from Baseline for Clinical Endpoints in High-Dose Aducanumab Treatment Arm through Week 134**



63

Reference ID: 4807199

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)



Created by reviewer from Tables 31-34 in ISE Appendix G1
* For LTE period, p<0.05 compared with subjects assigned placebo in the placebo-controlled period and high dose in the LTE (Placebo-High Dose) (nominal)
Note: Solid lines represent the placebo-controlled period. Dotted lines represent the LTE

## Additional Analyses Conducted on the Individual Trial

### Correlation Analysis

Prespecified correlation analyses of individual CDR-SB and brain Aβ plaque levels were performed for the [18]F-florbetapir amyloid PET analysis population. A total of 329 patients were pooled from the low-dose and high-dose treatment groups and were included in the analyses. A positive, but relatively weak (Spearman correlation of 0.19 [95% CI: 0.048, 0.327]) relationship was observed between change from baseline in PET composite SUVR at Week 78 and change from baseline in CDR-SB Week 78. Nominally significant correlations in the expected direction for all three secondary endpoints were also observed. To account for potential lag between reduction of brain Aβ plaque levels and clinical endpoints, correlations between Week 78 SUVR and Week 106 clinical endpoints were assessed. The correlations were all nominally significant and stronger than when Week 78 clinical endpoints were used.

*Reviewer Comment: It has been recognized that brain Aβ burden is not well correlated with disease progression and there is not an a priori expectation of precisely how reduction in Aβ burden would relate to changes on clinical scales. It is not even clear if the key metric is a relative reduction in SUVR or an absolute reduction below a certain level. The correlation presented by the applicant is a snapshot of Week 78 data and does not adequately account for the dynamic nature of Aβ reduction or the potential for downstream effects, or delays between reduction in Aβ and changes in CDR-SB. The correlation analyses were performed in a subgroup of the overall population (~30-35%) and do not account for other baseline factors, including comorbidities and mixed pathologies, which may affect the relationship. Furthermore, the 25th*

64

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

*to 75th percentiles of the change from baseline of CDR-SB at Week 78 in the overall population are 0 and 2.5, respectively, making it difficult to resolve relationships over this narrow range, especially in small subgroups with limited range of change in SUVR. For these reasons, it is not surprising that despite a treatment effect, there is not a tight correlation between reduction in brain Aβ plaque levels and CDR-SB at the individual level. Notably, an exposure-response model which considers individual dosing and the time course of SUVR was able to detect a relationship between SUVR and CDR-SB.*

*Some Advisory Committee members were persuaded by analyses in the statistical review and presentation which showed a univariate analysis using data only from the high-dose treatment arm to suggest a lack of a relationship between SUVR and CDR-SB. Pooling data across dose arms, however, is more appropriate to provide an adequate range of SUVR. Furthermore, when individual data from one dose level is used to quantify the relationship between two endpoints, it is challenging to correctly adjust the imbalances of multiple confounders due to potential nonlinear and complex relationships. Patients with different levels of SUVR reduction within the same high-dose arm in Study 302 had an imbalanced distribution of multiple prespecified covariates. To correctly assess the relationship between two endpoints all potential confounders should be balanced across the data points. Therefore, an analysis at the randomized group level is more appropriate to investigate the relationship between change in SUVR and change in clinical endpoints. The results of this analysis are presented in Section 7.1.2 and reveal a clear positive relationship.*

Influence of Placebo Progression in Post-Protocol Version 4 (PV4) Population

Appendix II of the Advisory Committee Briefing Document commented on the "dramatic worsening of placebo Post-PV4 relative to Pre-PV4" and concluded that, "the success could be explained by a higher placebo progression after the implementation of protocol amendment 4 while the study was ongoing." This argument, illustrated in Figure 5 of Appendix II of the Advisory Committee Briefing Document, and presented on Slide 10 of the FDA statistics presentation was accepted by the Advisory Committee and provided as justification by some committee members for concluding that Study 302 does not support the effectiveness of aducanumab. Because some members of the Advisory Committee found this explanation persuasive, it is important to point out several inaccuracies in the analysis. First, the figure presented in Appendix II of the Advisory Committee Briefing Document was not created using the final dataset submitted in the BLA. It used a working version of the data that had not yet undergone cleaning. Second, there is a typo on slide 10 of the FDA statistics presentation (the numbers 1.37 and 1.25 were transposed). Correction of these two factors eliminate the basis of the argument. Despite updating the analysis with the final dataset, the statistical review reached the same conclusion regarding placebo worsening.

65

Reference ID: 4807199

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

Comparing the placebo-corrected effect size for the high-dose treatment arm in the Pre-PV4 population to the placebo-corrected effect size for the high-dose treatment arm in the Post-PV4 population is a straightforward and appropriate way to determine whether the Post-PV4 population is driving the overall results of Study 302. The effect sizes for CDR-SB are -0.35 for the Pre-PV4 population and -0.38 for the Post-PV4 population. The similarity of the two estimates and their consistency with the overall treatment effect estimate clearly demonstrate that there is no basis for the conclusion that placebo change in the Post-PV4 population is driving the result in Study 302. Additional rationale for why placebo differences, more generally, do not meaningfully explain differences in the results of Studies 301 and 302 is provided in Section 7.1.2.

*Reviewer Comment: The similarity of the treatment effect estimates in the Pre-PV4 and Post-PV4 populations may lead some to question the importance of dosing. In other words, if dosing is important, why is there not a substantially larger treatment effect size in the Post-PV4 population? The analyses presented above and in the statistical review are based on the ITT dataset. Due to the early study termination, many patients in the Post-PV4 ITT population were missing Week 50 or Week 78 data. The purported benefit of the dose increase of PV4 is due to the sustained exposure to the 10 mg/kg doses, but due to the termination of the studies, most patients in the Post-PV4 ITT population did not even have the opportunity for this sustained exposure. Inferences about dosing are more appropriately drawn from the OTC dataset, which is limited to patients who had the opportunity to receive all doses. These analyses are presented in Section 7.1.7.*

*Although the data in the aducanumab program demonstrate the importance of dosing overall, PV4 is simply not the appropriate prism through which to view the entire set of results of Studies 301 and 302. PV4 is not the sole reason for the success of Study 302 and timing of the implementation of the amendment does not explain the different results for the primary endpoint in the two studies.*

### 6.2. Study 301 (221AD301): A Phase 3 Multicenter, Double-Blind, Placebo-Controlled, Parallel-Group Study to Evaluate the Efficacy and Safety of Aducanumab (BIIB037) in Subjects With Early Alzheimer's Disease

#### 6.2.1. Study Design

Study 301 was identically designed to Study 302. At the time of the futility analysis on December 26, 2018, 57% of patients from Study 301 had the opportunity to complete the Week 78 visit. Please refer to Section 6.1.1 for study design elements as these are applicable to Study 301.

66

Reference ID: 4807199

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

of such an analysis. But from a qualitative perspective, the analysis is consistent with there being a relationship between brain amyloid reduction and treatment effect for CDR-SB. Figure 15 also highlights the apparently aberrant performance of the high dose in Study 301. The Office of Clinical Pharmacology (OCP) also concludes that there is a clear association between Aβ plaque reduction and treatment effect for CDR-SB. In addition, OCP has reviewed data from publicly accessible sources for multiple compounds under development and concludes that the relationship observed for aducanumab is consistent with the relationship observed in other clinical development programs.

**Figure 15: Group-Level Correlation Between Adjusted Mean Difference from Placebo in Aβ PET Composite SUVR and CDR-SB**



Source: Figure 61 in ISE

### 7.1.3. Subpopulations

A pooled analysis across trials is not provided because Study 301 is a negative trial and the sample size for Study 103 is small. Subgroup analysis for Study 302 is presented in Section 6.1.2. Treatment effects favored aducanumab for the various subpopulations considered.

One factor of interest is ApoE ε4 carriage because it is the most relevant known genetic risk factor for the development of Alzheimer's disease and is thought to affect disease pathogenesis via both amyloid-dependent and amyloid-independent mechanisms. Potential differences in treatment effect due to ApoE ε4 carriage are therefore biologically plausible and not evidence

104

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

of "inconsistency" in the data as suggested in the statistical review. The only subgroup across the primary and secondary endpoints with a point estimate of the treatment effect that did not favor aducanumab was MMSE in ApoE ε4 non-carriers.   In Figure 2, the trend for a lower response in ApoE ε4 non-carriers is also evident for CDR-SB. This might be viewed as unexpected, given that ApoE ε4 non-carriers had the opportunity to be exposed to the 10 mg/kg dose throughout the study. The applicant provided additional analyses using the OTC and uncensored datasets which question the robustness of this finding. For example, in the OTC dataset, which by definition only includes patients who have had the opportunity to receive all doses, the percent decline versus placebo for CDR-SB was -23% for ApoE ε4 carriers and -19% for ApoE ε4 non-carriers. In the uncensored ITT population, the percent decline versus placebo for CDR-SB was -26% for ApoE ε4 carriers and -20% for ApoE ε4 non-carriers. Interestingly, in the disease progression model developed by the applicant, ApoE ε4 carrier status was not a clinically meaningful covariate on the rate of progression after incorporating a mixture model to describe different subpopulations of progressors.  Also, brain amyloid is similarly reduced in ApoE ε4 carriers and ApoE ε4 non-carriers, suggesting the underlying pharmacodynamic effect is similar in the two populations. In sum, the data suggest a treatment effect exists for ApoE ε4 carriers and ApoE ε4 non-carriers although there might be a more modest effect in ApoE ε4 non-carriers. A definitive conclusion cannot be drawn from the data.

### 7.1.4. Dose and Dose-Response

The results of Study 103 and 302 were indicative of a dose-response relationship for reduction of brain amyloid and treatment effect for clinical endpoints (see Sections 6.1.2 and 6.2.2). The role of dose is discussed in detail in Section 7.1.7. Further considerations of the concentration- and dose-response relationships are also provided in 7.1.7 and in the clinical pharmacology review. Notably, the clinical pharmacology review team has concluded that exposure-response relationships for clinical endpoints were established in both Study 302 and Study 301, although the magnitude of the drug effect on disease progression slopes were different in the two studies.

### 7.1.5. Onset, Duration, and Durability of Efficacy Effects

Week 78 is the earliest time in Study 302 when statistically convincing evidence of a clinically meaningful effect is observed across all clinical endpoints (Figure 16).  There were a few instances at Week 26 or 50 where the adjusted mean change from baseline for ADAS-Cog 13 or ADCS-ADL-MCI crossed the bounds to nominal significance, but the effect was not sustained.

105

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

**Figure 16: Study 302 Clinical Endpoints Adjusted Mean Change from Baseline over Time**



Created by reviewer from Figures 4, 7, 9 and 11 in Study 302 CSR
*p<0.05, **p<0.01, ***p<0.001

Although the precise relationship between reduction in amyloid plaque and clinical outcomes is unknown, consideration of the time-course of SUVR for the proposed dosing regimen is instructive (Figure 17). The first key observation is that the reduction in brain amyloid is delayed with respect to initiation of treatment. Based on the understanding of the mechanism of action of aducanumab and the disease process, one can reasonably assume that the effect on tau reduction is even further delayed, although the staging of events is not discernible from the data collected in the studies. Second, the pharmacodynamic effect of aducanumab on amyloid plaque reduction is increasing during the trial and does not reach maximum effect until more than a year after the double-blind treatment period. Furthermore, dose interruptions due to ARIA would further prolong the time to achieve maximum effect on amyloid levels. Together, these observations are consistent with an effect on clinical outcomes that did not clearly emerge until the end of the study, with favorable trends observed at earlier time points.

106

Reference ID: 4807199

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

Moreover, these findings suggest that the effect should be durable and may increase over time. On the other hand, these same observations raise the possibility that patients receiving aducanumab treatment progressed as normal during the early portion of the trial before therapeutic levels of amyloid reduction were reached, thereby making it more difficult to demonstrate effectiveness in the studies. The fixed-dose of 10 mg/kg in Study 103 reduced amyloid plaque to a similar extent as the high dose in Study 302, but in a shorter period of time. Accordingly, a treatment effect on clinical endpoints was observed earlier in Study 103.

**Figure 17: Typical Profile of SUVR for Planned Titration and No Dose Interruptions**



Legend:
- Red curve - typical SUVR profile with standard titration to 3-mg/kg
- Black curve - typical SUVR profile with standard titration to 6-mg/kg
- Blue curve - typical SUVR profile with standard titration to 10-mg/kg
- Broken horizontal line – reference SUVR value (discriminate between an amyloid positive and negative scan with no particular therapeutic interpretation)
- Solid vertical line – end of the 18-month study period,
- Gray shaded area – 95% CI of uncertainty

Source: Figure 8 in Summary of Clinical Pharmacology

The persistence of clinical efficacy with continuous treatment is informed by the LTE periods of Studies 103 and 302. Specifically, the LTE period of Study 103 included patients with continuous aducanumab treatment for approximately 4.25 years. Although clinical endpoints continue to decline in all groups, the magnitude of the treatment effects observed at the conclusion of the placebo-controlled periods do not appear to diminish over time with high-dose aducanumab treatment (Figure 6 and Figure 13). Consistent with predictions (Figure 17), there is a further reduction of amyloid with continuous treatment, as observed in Study 103 (Figure 14).

107

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

The persistence of clinical benefit after treatment has been stopped is indirectly assessed by the efficacy results using the uncensored ITT population (Table 16) because this data set includes assessments after the March 20, 2019, termination of study treatment. The mean time (range) elapsed from the time of last dose to the last assessment in the high-dose aducanumab treatment arm was 13 weeks (1 to 67 weeks) during the placebo-controlled period. The magnitude of the treatment effect is consistent with the estimate derived from the ITT population. These results should be viewed with caution, however, because of the termination of the studies and the subsequent unblinding of some patients.

The termination of aducanumab studies in March of 2019 followed by the subsequent resumption of dosing in subjects who opted to enroll in a redosing study, Study 304, also offers a unique opportunity to investigate the persistence of benefit after cessation of treatment. Study 304 is an ongoing, single-arm, open-label study to assess the long-term safety and efficacy of aducanumab in participants who were actively participating in Studies 103, 205, 301, or 302.  The first patient enrolled into Study 304 on March 13, 2020, and interim data, consisting only of baseline values, was available up to October 21, 2020. The median gap in treatment for patients entering Study 304 was 1.5 years. For study participants who did not enter the LTE period of Study 302, but enrolled in Study 304, a numerical advantage on all 4 clinical endpoints was maintained during the treatment gap in participants who received high-dose aducanumab in Study 302 (n=58) compared to those receiving placebo (n=70). For study participants who did enter the LTE period of Study 302 and enrolled in Study 304, there was not a consistent difference between endpoints in the group of patients who were randomized to high-dose aducanumab throughout the placebo-controlled and LTE periods (n=101) compared to patients who were randomized to placebo in the placebo-controlled period and high-dose aducanumab in the LTE (n=39). In all groups, clinical decline during the treatment gap was evident.

The persistence of effect on brain amyloid following treatment discontinuation was informed by a comparison of SUVR at the Study 304 baseline visit to the last nonmissing SUVR assessment in Study 301 or Study 302 for patients who received high-dose aducanumab in the placebo controlled and LTE periods. The mean change from baseline in SUVR at the last Study 301/302 visit was -0.285 (n=35). During the treatment gap, the SUVR increased by 0.022, which corresponds to a change from baseline of -0.263 (n=35). The baseline SUVR assessment for Study 301/302 was used as the baseline value for both calculations. These results suggest that the effect of aducanumab on reduction of brain amyloid persists after treatment cessation.

The relationship between brain amyloid reduction and maintenance of treatment effect on clinical endpoints was also investigated with data from Study 304. Patients who received high-dose aducanumab treatment in the placebo-controlled period of Study 302 were dichotomized by the value of their last SUVR assessment. An SUVR value of 1.1 was chosen because this value has been reported to discriminate between a positive and negative amyloid PET scan.

108

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

Preliminary results (Figure 18) suggest that patients who achieved SUVR ≤1.1 tended to have less progression on the CDR-SB. Similar results were observed for the other clinical endpoints. These exploratory findings provide further support to the relationship between amyloid reduction and clinical benefit.

**Figure 18: Individual CDR-SB Change from Baseline by End of Study 302 Amyloid SUVR**




Source: Created by reviewer from adcfbeff.xpt
Solid black lines represent median values

There are several important limitations of the data and analyses from Study 304. There is no guarantee that participants in Study 304 are representative of the participants enrolled in Study 302 and the baseline characteristics are likely not balanced between groups used for comparisons. For example, there is likely selection bias in the participants who chose to enroll in the study. Also, the enrollment in Study 304 is weighted towards patients in the United States at this time. The analyses do not account for the potential for intercurrent events to occur in the gap period, including a change in concomitant Alzheimer's medications or the impact of the COVID-19 pandemic. There may have also been a change in the rater from Study 302 to Study 304. For these reasons and more, the explorations of the data provided above do not meaningfully contribute to the evidence used to support the effectiveness of aducanumab. On the other hand, there were no trends in the data which diminish the persuasiveness of the results observed in placebo-controlled periods of the studies.

### 7.1.6. Early Termination and Interpretation of Study 301 and Study 302

The applicant announced the early termination of Studies 301 and 302 on March 21, 2019, based on the results of a prespecified futility analysis of interim data. A detailed timeline of the interactions leading to the futility declaration is included in Section 6.1.1. The futility criteria were based on conditional power, which was defined by the applicant as the chance that the primary efficacy endpoint analysis will be statistically significant in favor of aducanumab at the

109

Reference ID: 4807199

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

planned final analysis, given the data at the interim analysis. Conditional power was calculated assuming that the future unobserved effect would be equal to the maximum likelihood estimate of the pooled observed interim data from Studies 301 and 302. Pooling of the data assumes that the treatment effect would be similar in the two studies. The studies were to be considered futile if both studies had conditional power less than 20% for both the high-dose and low-dose treatment groups. The SAP specified that other data, in addition to the prespecified futility criteria, could also be considered.  At the June 14, 2019, Type C meeting the applicant asserted that if the conditional power had been less than 20% for CDR-SB, but greater than 90% for either MMSE or ADAS-Cog 13, the studies could have continued.

The futility analysis was planned to occur after approximately 50% of the patients enrolled in the studies had the opportunity to complete the Week 78 visit. Data from patients who were enrolled in the studies but did not yet have the opportunity to complete the Week 78 visit were not included in the calculation of conditional power.

At the interim data cutoff date of December 26, 2018, 57% of participants from Study 301 and 49% of participants from Study 302 had the opportunity to complete the Week 78 visit.  Table 32 provides the results of the futility analysis and shows that the futility criteria were met. The results also clearly demonstrate divergent estimates of treatment effect for the high-dose treatment arm in the two studies for all three endpoints. In other words, the assumption that the treatment effect would be similar in the two studies was not realized.

**Table 32: Conditional Power for Change from Baseline in CDR-SB, MMSE and ADAS-Cog13 at Week 78 (Interim Futility Dataset)**

| | Study 301 | | | Study 302 | | |
|---|---|---|---|---|---|---|
| | Diff vs. placebo (%) Conditional Power | | | Diff vs. placebo (%) Conditional Power | | |
| | Placebo decline (N=324) | Low Dose (N=320) | High Dose (N=301) | Placebo decline (N=258) | Low Dose (N=269) | High Dose (N=276) |
| CDR-SB | 1.45 | -0.15 (-10%) 12.9% | 0.22 (15%) 0% | 1.53 | -0.10 (-7%) 10.7% | -0.28 (-18%) 11.8% |
| MMSE | -3.2 | 0.3 (-9%) 5.7% | -0.4 (13%) 0% | -3.0 | -0.1 (3%) 0.3% | 0.6 (-20%) 24.9% |
| ADAS-Cog 13 | 4.827 | -0.472 (-10%) 9.8% | -0.058 (-1%) 3.3% | 5.488 | -0.311 (-6%) 9.0% | -1.089 (-20%) 55.2% |

Source: Table 5 in ISE

Upon review of the futility analysis and prior to the June 14, 2019, Type C meeting, the Division asked the applicant to recalculate the conditional power assuming the future unobserved effect would be equal to the maximum likelihood estimates for each individual study independently. The results are provided in Table 33 and show that the futility criteria would not have been met

110

Reference ID: 4807199

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

with this analysis. Estimates of the treatment effect for all three endpoints in the high-dose arm in Study 302 numerically favor aducanumab treatment. For these reasons, the futility decision is not an accurate reflection of the individual studies.

**Table 33: Conditional Power (Non-Pooled Analysis) for Change from Baseline in CDR-SB, MMSE and ADAS-Cog13 at Week 78 (Interim Futility Dataset)**

| | Study 301 | | | Study 302 | | |
|---|---|---|---|---|---|---|
| | Diff vs. placebo (%) Conditional Power | | | Diff vs. placebo (%) Conditional Power | | |
| | Placebo decline (N=324) | Low Dose (N=320) | High Dose (N=301) | Placebo decline (N=258) | Low Dose (N=269) | High Dose (N=276) |
| CDR-SB | 1.45 | -0.15 (-10%) 11.23% | 0.22 (15%) 0% | 1.53 | -0.10 (-7%) 4.4% | -0.28 (-18%) 58.6% |
| MMSE | -3.2 | 0.3 (-9%) 12.4% | -0.4 (13%) 0% | -3.0 | -0.1 (3%) 0.02% | 0.6 (-20%) 78.2% |
| ADAS-Cog 13 | 4.827 | -0.472 (-10%) 8.1% | -0.058 (-1%) 0.3% | 5.488 | -0.311 (-6%) 3.7% | -1.089 (-20%) 72.4% |

Source: Table 6 in ISE

It is important to note that rigorous, per-protocol collection of blinded data continued between the time of the data cutoff in December 2018 and the futility announcement in March 2019. Subsequently, the primary analysis per the SAP was conducted on the more complete ITT dataset including assessments collected before March 21, 2019.  On face, Study 302 was a positive study which might be considered exceptionally persuasive on several of the instruments used to evaluate efficacy. Study 301 remained a negative study. To a casual observer, the turnabout from futility to a positive study might suggest that the data collected after the futility announcement was completely incongruent with the data used to make the futility decision or that some new analysis was performed on the data. Although the treatment effect did improve over time (e.g., -18% to -22% for the high dose in Study 302), one can see from Table 33 that Study 302 was trending positively and had a reasonable likelihood of success if run to conclusion. It is not surprising that the treatment effect would improve over time, as protocol amendments implemented during the studies had the effect of increasing the exposure to aducanumab, although other factors also clearly contributed.

Before further consideration could be given to Studies 301 and 302 it was imperative to evaluate the effect of early termination of the studies on the interpretability of the observed efficacy data and associated analyses. Virtual completion of the studies using modeling and simulation was used to explore the range of plausible outcomes had the studies been run to completion. Two approaches were used to virtually complete the studies. Both approaches estimated parameters from a target dataset, simulated patient-level data, and fit an MMRM model to the simulated data. The primary approach supplemented the existing observed data

111

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

with simulated assessments for the data that were censored due to the early termination of the trials. Another approach fully simulated studies to explore the range of plausible results if many trials like Studies 301 and 302 were run from start to completion. Overall, simulation results were highly consistent with the primary analysis of the observed data. Similar results were obtained using all data (ITT) or only data in patients who had the opportunity to complete the Week 78 visit.

The results of this exercise established the following:

- The early termination of the aducanumab program does not compromise the interpretability of the efficacy results of Studies 301 and 302
- The appropriate dataset for further consideration is the ITT population consisting of all randomized subjects who received at least one dose of study treatment and excluding data collected after March 20, 2019.

Thus, the final analysis results presented earlier in Table 27 to Table 30 simply provide the final, interpretable results of trials that were terminated early but analyzed in accordance with the prespecified analysis.

### 7.1.7.    Analysis of Discordant Results in Study 301 and Study 302

Once the results of Studies 301 and 302 were deemed interpretable, the review team was met with a unique situation of having a large and complicated, but incomplete and partially discordant, data set suggestive of the possible effectiveness of aducanumab.

Upon initial review, the one positive study (Study 302) and one negative study (Study 301) were given equal weight and consideration. Despite divergent outcomes in the primary endpoint, there were some key similarities between the two studies. As noted earlier, the low-dose aducanumab treatment arms, while not statistically significant, demonstrated consistent numerical effects favoring aducanumab in the studies. Also, aducanumab produced a time- and dose-dependent reduction in brain amyloid burden. Upon closer review of the individual studies, Study 302 appeared to be a strongly positive study on many distinct and important clinical measures, robust to sensitivity analyses, and supported by well-characterized biomarker data. Simulations performed by the clinical pharmacology review team suggest the probability of observing such a pattern of results in Study 302 by chance if aducanumab is similar to placebo is very small (less than 1 in 10 million). In the context of a positive Study 302, the dose-response relationship observed in Study 103, and the numerically favorable results of similar magnitude in the low-dose groups in both studies, the high dose in 301, and specifically the primary endpoint, tends to stand apart. Also, the magnitude of the effect on CDR-SB in the high-dose group in Study 301 underwent the greatest change from the futility analysis (15%) to the final analysis (2%), suggesting instability in the estimate.

112

Reference ID: 4807199

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

Given the enormous unmet medical need, it was agreed by the applicant and Division at the June 14, 2019, Type C Meeting that extensive resources should be brought to bear on achieving a maximum understanding of the existing data.

By their nature, these analyses are post hoc and exploratory and therefore carry with them the appropriate caveats and caution in their interpretation. To address these concerns, any exploration of the data was to be rigorous, limited in scope, and based on well-defined hypotheses. To the maximum degree possible, the analyses were pre-specified. An important distinction is that these analyses were not aimed at obtaining independent support from Study 301. Study 301 is a negative study. The results of the analyses had the potential to cast doubt on the persuasiveness of Study 302. The purpose of these analyses is to provide maximum understanding of the partially discordant results of Studies 301 and 302.

**Demographics and Baseline Disease Characteristics**

A first step to establish the foundation for future investigation was to rule out any glaring differences in the characteristics of the patients enrolled in the two studies, especially in the high-dose arms. Prior to the June 14, 2019, Type C Meeting, the Division requested the applicant to investigate this possibility even though differences were not expected due to the identical design and timing of the studies. The individual studies are reviewed in Sections 6.1.2 and 6.2.2 and no major differences in demographics or baseline disease characteristics between the studies were noted.

A population exposure-CDR-SB model developed by the applicant revealed that observable baseline factors do not explain much of the variability in disease progression. This suggests that even if there were small differences in observed baseline characteristics, they are unlikely to explain the discordant results in the high dose arms. Most of the variability between patients in disease progression is due to unknown factors that should be balanced by randomization.

**Influence of Study Participants with Rapid Progression**

Investigation of individual treatment responses, particularly identification of participants with a rapid rate of disease progression, was an area of focus due to the following considerations:

- Diagnostic plots of the primary endpoint analysis demonstrated that the distribution of the change from baseline in CDR-SB was skewed.
- At the time of the futility analysis, the high-dose treatment arm in Study 301 was unique in that aducanumab-treated patients had greater cognitive decline (15% on CDR-SB) than patients receiving placebo. A credible indication that aducanumab treatment was

113

Reference ID: 4807199

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

accelerating cognitive decline in Study 301 would undermine the results of Study 302. It was therefore particularly important to interrogate the nature of the decline in aducanumab high-dose patients in Study 301.

A graphical review of the data revealed that CDR-SB change from baseline at Week 78 was right-skewed with a small percentage of patients having relatively large increases (Figure 19). Some degree of right-skewness is expected as the mean baseline CDR-SB was approximately 2.5 on a scale that ranges from 0 to 18. Also, the existence of a small proportion of patients with a rapid rate of disease progression has been noted in the literature (Abu-Rumeileh et al. 2018; Schmidt et al. 2012). The question was not whether these rapid progressors existed in the data, but rather what potential impact they had on the primary analysis and whether that impact was similar across treatment groups.

**Figure 19: Distribution of Change from Baseline in CDR-SB at Week 78 in Pooled Treatment Arms in Studies 301 and 302**



Created by reviewer using adqs.xpt

A cutoff of an 8-unit increase in CDR-SB over 78 weeks was initially chosen to define patients with rapid progression. This increase is 4 times the expected estimate of mean progression used to power Studies 301 and 302. The numbers of patients in each study who met the cutoff

114

Reference ID: 4807199

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

were evenly distributed across the treatment groups except for the high-dose group in Study 301 (Table 34). A similar degree of progression was observed in these patients across the secondary endpoints.

**Table 34: Number of Patients with Rapid Progression (CDR-SB Change from Baseline of >8 at Week 78)**

|  | Placebo | Low Dose | High Dose | Total |
|---|---|---|---|---|
| Study 301 | 4 | 5 | 9 | 18 |
| Study 302 | 4 | 4 | 5 | 13 |

Source: Table 34 in ISE

Analyses for the primary and secondary endpoints were conducted using a dataset with all rapid progressors removed and compared to the results from the ITT population. Results for the primary and secondary endpoints were most sensitive to rapid progressors in the high-dose treatment arm in Study 301. For example, the results for CDR-SB went from a 2% increase relative to placebo, to a -6% decrease when the rapid progressors were removed (Table 35). Minor differences were observed at the lower dose in Study 301. Likewise, results of Study 302 were not sensitive to exclusion of rapid progressors (Table 36). The analysis was repeated for other cutoff values to define rapid progressors and the results were similar.

**Table 35: Study 301 Change from Baseline in CDR-SB, MMSE and ADAS-Cog13 at Week 78 Excluding Rapid Progressors (CDR-SB Change from Baseline > 8)**

|  | Study 301 (excluding rapid progressors) | | | Study 301 (ITT) | | |
|---|---|---|---|---|---|---|
|  | Placebo decline (N=541) | Diff vs. placebo (%) | | Placebo decline (N=545) | Diff vs. placebo (%) | |
|  |  | Low Dose (N=542) | High Dose (N=546) |  | Low Dose (N=547) | High Dose (N=555) |
| CDR-SB | 1.47 | -0.19 (-13%) | -0.09 (-6%) | 1.56 | -0.18 (-12%) | 0.03 (2%) |
| MMSE | -3.5 | 0.2 (-6%) | 0.1 (-3%) | -3.5 | 0.2 (-6%) | -0.1 (3%) |
| ADAS-Cog 13 | 5.033 | -0.607 (-12%) | -0.818 (-16%) | 5.140 | -0.583 (-11%) | -0.588 (-11%) |
| ADCS-ADL-MCI | -3.7 | 0.8 (-22%) | 1.0 (-27%) | -3.8 | 0.7 (-18%) | 0.7 (-18%) |

Source: Table 3 in Appendix C in ISE

**Table 36: Study 302 Change from Baseline in CDR-SB, MMSE and ADAS-Cog13 at Week 78 Excluding Rapid Progressors (CDR-SB Change from Baseline > 8)**

|  | Study 302 (excluding rapid progressors) | Study 302 (ITT) |
|---|---|---|

115

Reference ID: 4807199

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

| | Placebo decline (N=544) | Diff vs. placebo (%) | | Placebo decline (N=548) | Diff vs. placebo (%) | |
|---|---|---|---|---|---|---|
| | | Low Dose (N=539) | High Dose (N=542) | | Low Dose (N=543) | High Dose (N=547) |
| CDR-SB | 1.66 | -0.29 (-17%) | -0.42 (-25%) | 1.74 | -0.26 (-15%) | -0.39 (-22%) |
| MMSE | -3.2 | -0.1 (3%) | 0.6 (-19%) | -3.3 | -0.1 (3%) | 0.6 (-18%) |
| ADAS-Cog 13 | 4.996 | -0.729 (-15%) | -1.335 (-27%) | 5.162 | -0.701 (-14%) | -1.400 (-27%) |
| ADCS-ADL-MCI | -4.1 | 0.7 (-17%) | 1.9 (-46%) | -4.3 | 0.7 (-16%) | 1.7 (-40%) |

Source: Table 2 in Appendix C in ISE

The applicant investigated potential group- and individual-level factors that may have contributed to the rapid clinical decline in the 31 patients defined as rapid progressors. Demography, baseline disease characteristics, comorbidities, concomitant medication use, imaging biomarkers, and exposure were explored at the group level, but a distinct pattern for rapid progressors did not emerge. There was a trend for lower baseline whole cortex volume, increased lateral ventricle volume, and higher baseline ADA-Cog 13 scores in rapid progressors but there was considerable overlap with the overall population.

Even though the high-dose arm in Study 301 was the only aducanumab-treatment arm with a relatively higher number of rapid progressors, it was important to investigate whether aducanumab treatment itself was the cause of rapid progression. Of the 23 rapid progressors who received aducanumab, 10 had an adverse event of ARIA-E, ARIA-H, or superficial siderosis, although most were mild or moderate and asymptomatic. For the two patients in Study 301 who received high-dose aducanumab and had symptomatic ARIA, the symptoms occurred late in the treatment after significant clinical decline had already occurred. Other AEs were also reviewed, but there was no consistent pattern with respect to rapid progression.

Taken together, these analyses suggest that (1) small imbalances in the number of rapid progressors can have a relatively large impact on the magnitude of the primary and secondary endpoints and (2) the high-dose arm in Study 301 was disproportionally affected by such an imbalance in rapid progressors. With rapid progressors excluded from the analysis, the high-dose aducanumab arm in Study 301 suggests a numerical trend in favor of aducanumab, consistent with every other aducanumab treatment arm. It is also important to note that 8 of the 9 rapid progressors from the high-dose arm in Study 301 were included in the futility data cut. This further casts doubt on the appropriateness of the futility determination, as the numerical trend in favor of placebo over high-dose aducanumab in Study 301 may be due to a small imbalance in rapid progressors rather than a systematic worsening across aducanumab-treated patients.

116

Reference ID: 4807199

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

**Influence of ARIA and ARIA Management**

The potential impact of ARIA and ARIA management on efficacy results was investigated for the following reasons:

- The occurrence of ARIA has the potential to cause functional unblinding of investigators, patients, and caregivers because ARIA is associated with aducanumab treatment and it prompts differential management of patients
- ARIA management evolved over the course of the studies (see Section 6.1.1)
- An initial review of the data revealed that the number of patients with symptomatic ARIA was higher for the high-dose arm in Study 301 (65) than for the high-dose arm in Study 302 (45)

Functional unblinding was therefore considered a potential explanation for the positive results observed in Study 302. An indication of a systematic bias due to functional unblinding would therefore undermine the strength of Study 302.

The incidence and radiographic severity of ARIA was generally similar between Study 301 and Study 302. A small imbalance in symptomatic ARIA was noted for patients in the high-dose arms and a post hoc analysis suggested that the primary endpoint was sensitive to exclusion of patients with symptomatic ARIA in Study 301.  Upon further review, it was determined that this sensitivity was almost entirely due to two patients who were rapid progressors and experienced symptomatic ARIA. As noted in the previous section, rapid clinical decline occurred prior to the occurrence of ARIA in these patients. Therefore, differences in the occurrence or severity of ARIA are not likely to explain the discordant results at the high dose in the two studies.

Given the similar incidence of ARIA between the two studies, potential unblinding due to ARIA is likely to affect both studies equally. As such, the following analyses are not likely to directly address the discordant results in the two studies but are presented more as sensitivity analyses. It is important to reiterate that steps were taken in the protocol to minimize functional blinding, specifically the use of an independent rater who was blinded to patient management, including occurrence of ARIA and dose modifications. Also, an ARIA incidence of approximately 10% in the placebo arm indicates that an ARIA event does not directly imply unblinding.

To address the potential effect of functional unblinding due to ARIA, the applicant compared the results of the primary analysis using the ITT dataset to results using a reduced ITT dataset in which all assessments after occurrence of ARIA were excluded. For the low-dose and high-dose arms, approximately 30% and 40% of the observations were excluded, respectively. Overall, the results do not suggest a systematic bias due to functional unblinding (Table 37). The treatment difference for the high-dose arm in Study 302 was higher (33% vs. 22% for CDR-SB) after

117

Reference ID: 4807199

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

excluding observations post-ARIA. It is worth noting that all 4 patients in Study 302 who were rapid progressors and experienced ARIA also received the high-dose. The occurrence of ARIA in these patients tended to happen early in the course of treatment, so exclusion of post-ARIA observations likely influenced this finding. It also demonstrates that rapid progressors can have an outsized effect when interpreting subgroups.

**Table 37: Change from Baseline in CDR-SB, MMSE, ADAS-Cog 13 and ADCS-ADL-MCI at Week 78: All Observations vs. Exclusion of Observations Post-ARIA**

| | Study 301 | | | Study 302 | | |
|---|---|---|---|---|---|---|
| | Placebo decline (N=545) | Diff vs. placebo (%) | | Placebo decline (N=548) | Diff vs. placebo (%) | |
| | | Low Dose (N=547) | High Dose (N=555) | | Low Dose (N=543) | High Dose (N=547) |
| **CDR-SB** | | | | | | |
| All observations | n=333 1.56 | N=331 -0.18 (-12%) | N=295 0.03 (2%) | N=288 1.74 | N=290 -0.26 (-15%) | N=299 -0.39 (-22%) |
| Post-ARIA observations excluded | n=298 1.55 | N=240 -0.11 (-7%) | N=181 0.00 (0%) | N=254 1.72 | N=194 -0.19 (-11%) | N=172 -0.57 (-33%) |
| **MMSE** | | | | | | |
| All observations | N=332 -3.5 | N=334 0.2 (-6%) | N=297 -0.1 (3%) | N=288 -3.3 | N=293 -0.1 (3%) | N=299 0.6 (-18%) |
| Post-ARIA observations excluded | N=297 -3.6 | N=242 0.2 (-6%) | N=182 -0.1 (3%) | N=254 -3.4 | N=195 -0.1 (3%) | N=172 0.8 (-24%) |
| **ADAS-Cog 13** | | | | | | |
| All observations | N=331 5.140 | N=332 -0.583 (-11%) | N=294 -0.588 (-11%) | N=287 5.162 | N=289 -0.701 (-14%) | N=293 -1.400 (-27%) |
| Post-ARIA observations excluded | N=296 5.143 | N=240 -0.507 (-10%) | N=180 -0.669 (-13%) | N=254 5.306 | N=193 -0.628 (-12%) | N=169 -2.193 (-41%) |
| **ADCS-ADL-MCI** | | | | | | |
| All observations | N=331 -3.8 | N=330 0.7 (-18%) | N=298 0.7 (-18%) | N=283 -4.3 | N=286 0.7 (-16%) | N=295 1.7 (-40%) |
| Post-ARIA observations excluded | N=296 -3.6 | N=239 0.5 (-14%) | N=183 0.3 (-8%) | -4.3 | N=190 0.5 (-12%) | N=171 2.6 (-60%) |

Source: Table 33 in ISE and Output # 128, 129 and 130 in ISE Appendix F

The applicant also assessed the treatment effect at Week 78 for groups defined by dose, study, and ApoE ε4 carrier status including and excluding observations after occurrence of ARIA. The results are presented graphically in Figure 20. If a systematic bias were present, one would expect the points to consistently fall on one side of the line of unity. Instead, the results show an even scatter around the line of unity, suggesting no systematic bias due to ARIA.

118

Reference ID: 4807199

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

The potential impact of ARIA is inherently confounded with dosing through protocol-specified dose modifications due to ARIA. Therefore, it is challenging to independently assess the impact of ARIA and dosing. Approaches to address the potential effect of dosing on outcomes will be further discussed in the following section.

**Figure 20: Treatment Effect Estimate of Change from Baseline in CDR-SB, MMSE, ADAS-Cog 13 and ADCS-ADL-MCI at Week 78 Grouped by Study, Dose, and ApoE Carrier Status, and Including or Excluding Post-ARIA Observations. (× - Study 302, o – Study 301, C – carrier, NC – non-carrier; solid line is line of unity)**



Created by reviewer using output # 219-226 in ISE Appendix F

**Influence of Dosing**

119

Reference ID: 4807199

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

Dosing was an obvious area of investigation to understand the discordant results for the high dose arms between Study 301 and Study 302. The critical role of dosing for amyloid-targeting therapies became increasingly evident during the aducanumab clinical program. The lack of adequate dosing was acknowledged as a contributing factor to the failure of previous clinical trials.

The importance of dose was also directly established in the aducanumab program by Study 103 which demonstrated a dose-dependent reduction in brain amyloid and reduction of decline on clinical outcome measures.

The motivation to investigate the potential importance of dosing in the interpretation of Studies 301 and 302 is further supported by the conduct of these clinical studies, including the following considerations:

- The protocols for Studies 301 and 302 were amended twice during the studies to increase the dose or to allow for patients to continue dosing after occurrence of ARIA:
  - Protocol Version 3 modified ARIA management rules so that patients were more likely to be able to continue dosing or achieve target dose levels.
  - Protocol Version 4 increased the target dose for ApoE ε4 carriers in the high-dose arm from 6 mg/kg to 10 mg/kg.

- The timing of the studies and pace of enrollment was such that Study 302 was more likely to benefit from changes to the protocol than Study 301.

- The timing of the protocol amendments was such that patients enrolled later in the studies were more likely to achieve higher aducanumab exposures.

In fact, before any investigation of the results of Studies 301 and 302 began, the Division asked the applicant about the role of dosing in preliminary comments to the June 14, 2019, Type C Meeting.

Dosing in Studies 301 and 302

One challenge in comparing dosing over time or between studies is identifying an appropriate dosing metric. Steady-state is achieved after 4 consecutive doses and dose interruptions can have long-term consequences on amyloid reduction (Figure 17). There was also heterogeneity in the dosing profiles due to changes in the protocol and dose modifications due to adverse events. It may be possible that achieving consistent exposure early in the study is more important than reaching the target dose later in the study. It is worth noting that patients receiving lower doses had more consistent dosing compared to patients receiving higher doses.

120

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

For these reasons, multiple measures of dosing were characterized, including cumulative dose, number of doses at target dose, and number of uninterrupted doses at target dose.

Through the implementation of protocol amendments, exposure to aducanumab increased over the course of Studies 301 and 302. Protocol Version 3 modified ARIA management rules so that patients who experienced ARIA were more likely to continue dosing or achieve target dose levels. Protocol Version 4 increased the target dose for all ApoE ε4 carriers in the high-dose arm from 6 mg/kg to 10 mg/kg. To quantify the actual increase in dose due to these protocol amendments, patients were dichotomized into groups based on the timing of their consent to Protocol Version 4 or higher prior to Week 16 (i.e., Pre-PV4 or Post-PV4). Week 16 was chosen because patients who consented by this time had the opportunity to receive all 14 doses of 10 mg/kg according to the protocol amendment.  The mean cumulative dose received up to Week 78 for the high-dose arms was lower in the Pre-PV4 group (104.4 mg/kg in Study 301 and 109.5 mg/kg in Study 302) compared to the Post-PV4 group (129.8 mg/kg in Study 301 and 127.8 mg/kg in Study 302).  As expected, the mean cumulative dose received up to Week 78 was similar in the Pre-PV4 (58.8 mg/kg in Study 301 and 59.9 mg/kg in Study 302) and Post-PV4 (59.8 kg/kg in Study 301 and 57.8 mg/kg) groups for the low-dose arms because Protocol Version 4 did not change dosing for the low-dose arms. In the high-dose arms, the mean number of 10 mg/kg doses received up to Week 78 was lower in the pre-PV4 groups (6.5 in Study 301 and 7.3 in Study 302) compared to the post-PV4 groups (10.8 in Study 301 and 10.5 in Study 302).

Due to the timing of the initiation of the studies and the pace of enrollment, more patients in Study 302 were able to benefit from the amendments in Protocol Versions 3 and 4 (81.3% and 55.9%, respectively) compared with patients in Study 301 (73.4% and 49.1%, respectively). For example, the mean cumulative dose received up to Week 78 in the high-dose arms was 114.7 mg/kg in Study 302 compared with 110.6 mg/kg in Study 301. The difference between studies is more evident at the extremes where 100 patients in Study 302 received all 14 doses of 10 mg/kg compared to 82 in Study 301.  The difference in dosing between studies is smaller than the difference in dosing over time in the studies as described in the previous paragraph.

The potential impact of differences in dosing between studies is evident in the amyloid PET analysis populations. The mean cumulative dose received up to Week 78 was higher in the high-dose arm of Study 302 (118.3 mg/kg) compared to Study 301 (109.1 mg/kg). This relatively small difference in dosing corresponded with a 16% smaller reduction in brain amyloid at Week 78 in Study 301 (-0.232) compared to Study 302 (-0.278). It is also noteworthy that the CSF biomarker changes for the high-dose arm in Study 301 were consistently smaller than the changes observed in Study 302 (see Sections 6.1.2 and 6.2.2).

Response in Dosing Subgroups Based on Stratified Randomization

121

Reference ID: 4807199

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

Modifications in dosing due to protocol changes, ApoE ε4 status, and ARIA management suggest that randomized dose (i.e., low or high) does not fully capture the level of aducanumab exposure. To further investigate the relationship between dose and response, subgroups were formed for each study based on stratified randomization (low/high dose and ApoE ε4 carrier/non-carrier) and by enrollment (Pre-PV4 vs. Post-PV4) to form a total of 16 distinct groups (Table 38). The advantage of this approach is that it largely preserves randomization and the primary analysis method can be used when estimating treatment differences. Mean cumulative dose at Week 78 was calculated for patients in each subgroup. The expected cumulative dose at Week 78 assuming no dose interruptions is 56 mg/kg, 98 mg/kg, and 160 mg/kg for randomized target dose levels of 3 mg/kg, 6 mg/kg, and 10 mg/kg. The 16 randomized groups were categorized as low, medium, or high in Table 38 and roughly correspond with the target levels.  Using this categorization, it becomes evident that some groups in the randomized high-dose arms (i.e., pre-PV4 ApoE ε4 carriers) achieved actual aducanumab dosing similar to groups randomized to the low dose (i.e., ApoE ε4 noncarriers).

**Table 38: Dosing in Subgroups Defined by Study, Randomized Dose Group, ApoE ε4 Status, and Pre- and Post-Protocol Version 4**

| Dosing Regimen (Study/Dose/Protocol Version/ApoE ε4 status) | Mean Cumulative Dose at Week 78 (mg/kg) | Exposure Categorization |
|---|---|---|
| 301 high pre-PV4 carrier | 96.4 | Medium |
| 301 high post-PV4 carrier | 122.9 | High |
| 301 high pre-PV4 non-carrier | 123.4 | High |
| 301 high post-PV4 non-carrier | 145.9 | High |
| 302 high pre-PV4 carrier | 98.0 | Medium |
| 302 high post-PV4 carrier | 124.7 | High |
| 302 high pre-PV4 non-carrier | 131.4 | High |
| 302 high post-PV4 non-carrier | 134.3 | High |
| 301 low pre-PV4 carrier | 48.5 | Low |
| 301 low post-PV4 carrier | 49.8 | Low |
| 301 low pre-PV4 non-carrier | 85.5 | Medium |
| 301 low post-PV4 non-carrier | 78.7 | Medium |
| 302 low pre-PV4 carrier | 47.7 | Low |
| 302 low post-PV4 carrier | 47.7 | Low |
| 302 low pre-PV4 non-carrier | 81.7 | Medium |
| 302 low post-PV4 non-carrier | 78.1 | Medium |

Adapted from Table 38 in ISE
PV=Protocol Version

Mean differences of CDR-SB between aducanumab treatment and placebo were calculated for each of the 16 subgroups listed in Table 38 and are plotted against mean cumulative dose in Figure 21. The relationship between mean cumulative dose and treatment effect is weak with considerable variability between the groups. On the other hand, it is noteworthy that the weighted mean treatment effect among randomized groups from Study 301 in the "high"

122

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

exposure category is -0.39. This estimate is consistent with the weighted mean estimate from Study 302 in the "high" exposure category (-0.35) and with the primary analysis of the high-dose arm Study 302 in (-0.39). These results suggest that groups of patients in Study 301 who had the opportunity to receive higher exposure to aducanumab show a response to aducanumab treatment similar in character to Study 302.

**Figure 21:  Treatment Difference in CDR-SB at Week 78 Vs. Mean Cumulative Dose by Study, Randomized Dose Group, ApoE ε4 Carrier Status, and Protocol Version**



| Weighted mean | Low | Median | High |
|---|---|---|---|
| 301 | -0.11 | 0.09 | -0.39 |
| 302 | -0.43 | -0.27 | -0.35 |
| 301 & 302 | -0.26 | -0.09 | -0.37 |

Source: Figure 41 in ISE

Notes: Blue circles are groups randomized to low dose. Red + are groups randomized to high dose. The label for each point represents the study, dose (L = low, H = high), Protocol Version (pre = pre-PV4, PV4 = post-PV4), ApoE ε4 status (C = carrier, N = non-carrier).

<u>Response in Dosing Subgroups Based on Individual Dosing</u>

Within the randomized subgroups presented in the previous section there may still be meaningful heterogeneity with respect to individual aducanumab dose or exposure. Therefore, in a separate analysis, subgroups were defined by levels of individual aducanumab dosing. Analyses were conducted on the subset of patients who had the opportunity to complete 78 weeks of treatment so as not to confound cumulative dosing with time in the study. A disadvantage of this approach, however, is that it primarily includes patients enrolled early in the study and does not fully address changes in exposure that occurred over time. The purpose of the following analyses was to test the hypothesis that patients in Study 301 who were exposed to higher levels or doses of aducanumab were more likely to show benefit. An initial

123

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

view of the data (Table 39) from the high-dose arm in Study 301 suggests a trend between increasing cumulative dose and numerically greater treatment difference vs. placebo. Placebo here corresponds to the overall placebo response.

**Table 39: Treatment Difference in CDR-SB at Week 78 by Cumulative Dose Threshold for High Dose in Study 301**

| Cumulative Dose Threshold (mg/kg) | Number of Subjects | Treatment Difference vs. Placebo |
|---|---|---|
| < 100* | 401 | -4% |
| ≥ 100 | 223 | 4% |
| ≥ 110 | 206 | 1% |
| ≥ 120 | 178 | -6% |
| ≥ 130 | 157 | -10% |
| ≥ 140 | 133 | -14% |
| ≥ 150 | 98 | -24% |
| ≥ 160 | 75 | -30% |

Source: Appendix G7 Table 16 in ISE
* Patients in high dose were combined with low dose group

A limitation of this approach is that subgroups are created by post-randomization outcomes (i.e., cumulative dose) and may not be balanced on other relevant factors. For example, the ≥160 mg/kg group in Table 39 is made up of approximately 75% ApoE ε4 non-carriers whereas the overall placebo group is approximately 33% ApoE ε4 non-carriers. Therefore, a propensity score matching analysis was used to balance placebo and aducanumab groups on baseline demographic and disease characteristics. To explore the relationship between individual aducanumab dosing within the high-dose arm and treatment response, three independent groups of low, intermediate, and high exposure were formed. Three groups were chosen so that each group included approximately ≥100 aducanumab-treated patients.

The treatment differences at Week 78 for CDR-SB between aducanumab and propensity score matched placebo subgroups based on cumulative dose are illustrated in Figure 22. The results for Study 302 show the expected pattern with subgroups exposed to higher cumulative doses exhibiting the largest treatment effect and the subgroup with limited exposure showing a response similar to placebo. For Study 301, the high cumulative dose subgroup performs similarly to Study 302. The discrepancy is primarily in the intermediate exposure subgroup which appears to show an advantage of placebo over aducanumab. Dosing cannot explain this observation.

124

Reference ID: 4807199

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

**Figure 22: CDR-SB Adjusted Mean Change from Baseline % Difference from Propensity-Matched Placebo at Week 78 in Subgroups by Cumulative Dose in Studies 301 and 302**



| | | 221AD301 | | | 221AD302 | |
|---|---|---|---|---|---|---|
| Placebo | 104 | 129 | 100 | 84 | 118 | 124 |
| | 1.57 | 1.58 | 1.56 | 2.01 | 2.03 | 1.41 |
| BIIB037 | 104 | 129 | 100 | 84 | 118 | 124 |
| | 1.71 | 1.89 | 1.04 | 2.08 | 1.36 | 0.87 |

Source: Figure 52 in ISE
\* BIIB037 refers to aducanumab

Previous analyses have demonstrated the outsized effect rapid progressors can have on interpretation of treatment differences. This effect is also notable when interpreting subgroups of data. Figure 23 shows the results of the same analyses, but with the rapid progressors removed. Again, the high cumulative dose group in Study 301 continues to indicate a favorable response to aducanumab treatment in line with the corresponding group in Study 302. This finding is robust to the existence of rapid progressors. Instead of showing a favorable response for placebo compared to aducanumab, the intermediate exposure group indicates a response similar to placebo.

125

Reference ID: 4807199

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

**Figure 23: CDR-SB Adjusted Mean Change from Baseline % Difference from Propensity-Matched Placebo at Week 78 in Subgroups by Cumulative Dose in Studies 301 and 302 (Rapid Progressors Removed)**



Source: Figure 53 in ISE
* BIIB037 refers to aducanumab

The same analyses were also performed using the number of uninterrupted steady-state doses at 10 mg/kg and the number of doses at 10 mg/kg without regard for interruption as the dosing metrics. These results showed a similar pattern to results using the cumulative dose. using the number of doses at 10 mg/kg without regard for interruptions are illustrated in Figure 24 and Figure 25 (with rapid progressors removed).

126

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

**Figure 24: CDR-SB Adjusted Mean Change from Baseline % Difference from Propensity-Matched Placebo at Week 78 in Subgroups by Number of 10 mg/kg Doses in Studies 301 and 302**



Source: Figure 49 in ISE
* BIIB037 refers to aducanumab

**Figure 25: CDR-SB Adjusted Mean Change from Baseline % Difference from Propensity-Matched Placebo at Week 78 in Subgroups by Number of 10 mg/kg Doses in Studies 301 and 302 (Rapid Progressors Removed)**



Source: Figure 50 in ISE
* BIIB037 refers to aducanumab

127

Reference ID: 4807199

Clinical Review
Kevin Krudys, PhD
BLA 761178
Aduhelm (aducanumab)

It is noteworthy that the treatment difference observed in the high exposure group in Study 301 does not appear to be driven by the placebo response. The adjusted mean change from baseline in this group in Study 301 is approximately 1 unit, similar to the approximately 0.88 change observed in Study 302. It is still possible that patients in the high exposure group in Study 301 have other characteristics not considered in the propensity score analysis that make them more likely to have a favorable response. For example, the fact that they remained in the study and received most of their expected doses might also make them more likely to be responders. As a supplementary analysis, only placebo patients in the per-protocol population (i.e., received ≥70% expected infusion) were included in the propensity matching pool. A favorable treatment effect was still observed in the high exposure group in Study 301.

The difference in dosing between the two studies is also illustrated in Figure 24. A total of 124 patients in Study 302 received ≥13 doses of 10 mg/kg compared to 101 patients in Study 301. Conversely, more patients (131) in Study 301 received 0-5 doses of 10 mg/kg compared to Study 302 (106 patients). As noted before, this difference in dosing between studies is modest. Simple arithmetic calculations suggest that if dosing in Study 301 had been similar to Study 302, the overall treatment effect from the primary analysis in Study 301 would only improve by 1-2%.

The primary discrepancy between Study 301 and Study 302 in these analyses is the group of patients with cumulative dose or number of 10 mg/kg doses in the intermediate range. It is worth noting that this group includes the most heterogeneity in terms of dosing profiles. Even with this heterogeneity, pharmacokinetic and PET data indicate that the aducanumab exposure and amyloid reduction in this subgroup are in excess of observations in the low-dose arm in the study. Therefore, if one accepts that the low doses in Studies 301 and 302 consistently demonstrate a numerical effect in favor of aducanumab, one expects to observe at least a numerically favorable outcome in this intermediate exposure subgroup in Study 301. Given the multitude of findings suggesting a dose-response relationship and a directionally favorable effect of aducanumab, the fact that this is not the case in this one subset raises the possibility that this observation may simply be due to chance or some other unknown factor unrelated to aducanumab.

 Overall, the analyses on dose indicate the following:

- Dosing is an important consideration for interpretation of the efficacy result of aducanumab in Studies 301 and 302
- Patients in Study 301 with higher exposure to the 10 mg/kg dose demonstrated treatment effects similar to patients in Study 302
- Lower exposure to the target dose of 10 mg/kg in Study 301 was a small but contributing factor for the discordant results with Study 302. Factors other than dosing may also contribute to the difference

Reference ID: 4807199