# Exhibit M

# CENTER FOR DRUG EVALUATION AND RESEARCH

## *APPLICATION NUMBER:*

# 761178Orig1s000

# CLINICAL PHARMACOLOGY AND BIOPHARMACEUTICS REVIEW(S)

# Office of Clinical Pharmacology

## Integrated Clinical Pharmacology Review

| | |
|---|---|
| BLA Number | 761178 |
| Link to EDR | \\CDSESUB1\evsprod\BLA761178\0003 |
| Submission Date | 7/7/2020 |
| Submission Type | 351(a), Priority Review |
| Brand Name | ADUHELM™ |
| Generic Name | Aducanumab (BIIB037) |
| Dosage Form/Route of administration | 100 mg/mL in single use vial/Intravenous infusion |
| Proposed Indication | To delay clinical decline in patients with Alzheimer's Disease |
| Proposed Dose/regimen | <u>Treatment initiation</u><br>Administer 1 mg/kg as an intravenous infusion over approximately one hour every 4 weeks (Q4W) for 2 doses and increase the dose to 3 mg/kg Q4W for 2 doses and then to 6 mg/kg Q4W for 2 doses.<br><u>Maintenance dosage</u><br>The recommended dose is 10 mg/kg administered as IV infusion over approximately 1 hour Q4W. |
| Applicant | Biogen, Inc. |
| Associated IND | 106230 |
| OCP Review Team | Gopichand Gottipati, Ph.D., Michael Bewernitz, Ph.D., Vishnu Sharma, Ph.D., Hao Zhu, Ph.D., Atul Bhattaram, Ph.D., Sreedharan Sabarinath, Ph.D. |
| OCP Final Signatory | Yaning, Wang, Ph.D., Mehul Mehta, Ph.D. |

**Table of Contents**

Table of Contents........................................................................................................2

1    Executive Summary .............................................................................................4

    1.1    Recommendations.........................................................................................7

    1.2    Post-marketing Requirements ......................................................................8

2    Summary of Clinical Pharmacology Assessment.................................................9

    2.1    The Pharmacology and Clinical Pharmacokinetics ....................................9

    2.2    Dosing and Therapeutic Individualization................................................11

        2.2.1    General dosing...............................................................................11

        2.2.2    Therapeutic individualization........................................................11

        2.2.3    Outstanding Issues.........................................................................11

        2.2.4    Summary of Labeling Recommendations ......................................11

3    Comprehensive Clinical Pharmacology Review .................................................12

    3.1    Overview of the Product and Regulatory Background ...............................12

    3.2    General Pharmacological and Pharmacokinetic Characteristics...............13

    3.3    Clinical Pharmacology Questions..............................................................14

        3.3.1    To what extent does the available clinical pharmacology information provide pivotal or supportive evidence of effectiveness? .....................14

        3.3.2    Is the proposed dosing regimen appropriate for the general population for which the indication is being sought?..............................................40

        3.3.3    Is an alternative dosing regimen and management strategy required for subpopulations based on intrinsic/extrinsic factors? .......................41

        3.3.4    Are there clinically relevant food-drug or drug-drug interactions and what is the appropriate management strategy?......................................41

        3.3.5    Is the to-be-marketed formulation the same as the clinical trial formulation, and if not, are there bioequivalence data to support approval of the to-be-marketed formulation?......................................42

4    APPENDICES .....................................................................................................43

    4.1    Summary of Bioanalytical Method Validation ..........................................43

    4.2    Pharmacometrics Assessment: Population PK Analyses...........................46

        4.2.1    Applicant's Population PK Analysis ..............................................46

        4.2.2    Reviewer's Population PK Analysis ...............................................56

    4.3    Exposure-Response for Efficacy Analyses ................................................77

        4.3.1    Applicant's Exposure-Response Analysis for ADCS-ADL-MCI........80

        4.3.2    Reviewer's Exposure-Response Analysis for ADCS-ADL-MCI ........86

        4.3.3    Exposure-Response Analyses for CDR-SB.....................................94

        4.3.4    Exposure-Response for SUVR........................................................104

2

4.3.5    Exposure-Response Analysis for ADAS-Cog 13 and ARIA-E ..........111

4.3.6    Assessment of the Relationship between Amyloid Plaque Reduction and Clinical Outcomes Within Aducanumab Program .......................129

4.3.7    Assessment of the Relationship between Amyloid Plaque Reduction and Clinical Outcomes in Development Programs for Other Candidate Compounds.........................................................................................132

4.4    Assessment of Potential Biomarkers Changes Associated with Aducanumab Treatment .................................................................................................133

4.5    Memo from Director, Division of Pharmacometrics (Office of Clinical Pharmacology) .........................................................................................134

4.5.1    Erratum and clarification to information related to the role of protocol version 4 amendment (PV4) and placebo worsening in explaining the efficacy results in study 302 ...............................................................134

4.5.2    Is "lack of correlation between week 78 CDR-SB changes and SUVR week 78 changes for high dose" presented at the PCNS-AC meeting valid? .............................................................................................139

4.5.3    Comments on multiplicity adjustment approach................................141

5    References.................................................................................................144

3

Reference ID: 4800109

# 1      Executive Summary

In this original Biologics License Application (BLA), Biogen, Inc. is seeking approval for ADUHELM™ (Aducanumab; BIIB037) to delay the clinical decline in patients with Alzheimer's Disease (AD).

Aducanumab is a human immunoglobulin G1 (IgG1) monoclonal antibody targeted against the aggregated forms of amyloid-β pathway, including soluble oligomers and insoluble fibrillar forms. Binding of aducanumab to aggregated forms of Aβ is reported to promote the removal of β-amyloid from the brain through a microglia-mediated phagocytosis mechanism. Currently, there are five approved therapies for treating various stages of dementia associated with AD. They include cholinesterase inhibitors: *donepezil*, *rivastigmine*, and *galantamine*, the N-methyl-D-aspartate antagonist: *memantine*, and a combination of *donepezil* and *memantine*. These drugs work by regulating neurotransmitters. However, there are no approved therapies that delay the clinical decline of Alzheimer's Disease.

The applicant conducted one phase 1b/2 randomized, double-blind, placebo-controlled, safety and efficacy study (Study 103) in patients with prodromal AD and mild AD dementia with a positive amyloid PET scan. Dose- and time-dependent trends observed in amyloid PET, Clinical Dementia Rating Scale - Sum of Boxes (CDR-SB), and Mini Mental State Exam (MMSE) data from this study informed dose selection for subsequent phase 3 studies.

Two phase 3 randomized, double-blind, placebo-controlled, safety and efficacy studies 301 and 302, with identical designs were conducted in patients with mild-cognitive impairment (MCI) due to AD and mild AD dementia with a positive amyloid PET scan. These studies included two target maintenance dose levels of 6 mg/kg (low dose) and 10 mg/kg (high dose). In March 2019, the applicant announced termination of these phase 3 studies based on the results of a prespecified interim futility analysis with a data cutoff date of December 26, 2018. Subsequent analyses of individual study results based on data through March 20, 2019 differed from the results of the futility analyses, with study 302 showing positive results for the 10 mg/kg dose group: reduction in baseline- and placebo-corrected primary efficacy endpoint CDR-SB scores during 78-week treatment period, while study 301 did not.

Given the high unmet medical need and apparent discordant study results, the agency engaged with the applicant through Type C meetings on four occasions between June 2019 and June 2020. Additionally, a collaborative workstream was established between the agency and the applicant to understand existing data (as noted in June 2019 Type C meeting minutes). In Type C meeting held in October 2019, the agency agreed that the results of studies 301 and 302 are interpretable and suitable for additional consideration. Ultimately, the agency agreed to file aducanumab BLA in July 2020.

4

Reference ID: 4800109

In the BLA submitted in July 2020, the applicant is seeking approval for 10 mg/kg dose (with initial titration period) in patients with a confirmed positive amyloid PET scan. The applicant also submitted exposure-response analyses for CDR-SB and secondary efficacy endpoints, e.g., Alzheimer's Disease Assessment Scale-Cognition 13 items (ADAS-Cog13) and Alzheimer's Disease Cooperative Study-Activities of Daily Living Inventory-Mild Cognitive Impairment (ADCS-ADL-MCI) as supportive evidence.

This application was discussed at the Peripheral and Central Nervous System (PCNS) Drugs Advisory Committee (AC) meeting on November 6, 2020. The AC panelists overwhelmingly voted that: there is no strong evidence to support effectiveness of aducanumab in light of the discordant results between study 301 and 302, and results from study 103 do not provide supportive evidence. However, the votes were split between 'Yes' (N=5) and 'Uncertain' (N=6) for question on strength of evidence on the pharmacodynamic effect on AD pathophysiology. Additionally, one of the AC panelists raised questions about the probability to observe the positive findings from 302 under a null assumption that aducanumab is the same as placebo.

This was a complex application with one phase 3 study meeting its prespecified statistical analysis while an identical second study did not. The OCP review team carefully considered the observations from the PCNS-AC panel as well as the opinions within the review team and conducted several independent, exploratory quantitative analyses to scrutinize available information from aducanumab clinical development program. The team acknowledges that there are no *definitive* clinical pharmacology reasons that could fully explain the discordant results for the 10 mg/kg dose group between studies 301 and 302. However, exploratory analyses clearly suggest that a subgroup of patients before protocol version 4 amendment (Pre-PV4) contributed to differential impact of aducanumab's drug effect on disease progression slopes between studies 301 and 302.

There is a consensus within the entire OCP review team that aducanumab has demonstrated consistent pharmacodynamic effects (e.g. Aβ plaque quantified by PET-Standardized Uptake Value Ratio [SUVR] in multiple clinical studies). The team also believes that Aβ plaque burden has clinical significance in the pathophysiology of Alzheimer's disease. The key findings of the review team are summarized below:

**1) Clear exposure-efficacy and dose-response relationships for aducanumab**

Positive exposure-response (efficacy) relationships were identified across multiple clinical endpoints for Studies 301 and 302, even though the magnitude of drug effect on disease progression slopes was different. The exposure-response relationships were consistent for different clinical endpoints that were independently assessed and found to be only partially correlated (CDR-SB, ADAS-Cog-13, and ADCS-ADL-MCI) in these studies. Furthermore, there is evidence of

5

Reference ID: 4800109

dose-response for exploratory clinical endpoints CDR-SB and MMSE in the dose-finding study 103. Additionally, the magnitude of drug effect on Aβ-SUVR reduction for 10mg/kg dose was similar in studies 103 and 302.

2) **Consistent pharmacodynamic effect (Aβ plaque reduction) in clinical studies and a clear relationship between Aβ plaque reduction and clinical endpoint CDR-SB for aducanumab**

Positive exposure-amyloid plaque (Aβ plaque quantified by PET-SUVR) reduction in clinical trials 301 and 302, and a clear association between Aβ plaque reduction in brain and preservation of clinical function (i.e., SUVR-CDR-SB relationship) across clinical trials 302, 301 and 103 within aducanumab development program.

3) **Similar relationship between Aβ plaque reduction and clinical endpoint CDR-SB reported with other candidate drugs targeting Aβ pathways**

OCP review team collected the amyloid plaque (PET-SUVR) reduction and clinical endpoint (CDR-SB) data from publicly accessible resources for multiple compounds currently under development that target amyloid-beta pathways. Analyses of these data also indicated a consistent amyloid plaque (PET-SUVR) reduction-clinical endpoint relationship, even though there may be differences in the characteristics of the patient population between aducanumab and other clinical development programs, reinforcing the importance of this finding. These analyses highlight the importance of Aβ pathways in AD pathophysiology and progression of the disease.

4) **Clinical trial simulations showed very low probability of a false positive finding for the high dose group in Study 302, strongly suggesting that Study 301 result could be a chance finding driven by a subgroup in the high dose group.**

OCP review team conducted extensive clinical trial simulations and concluded that the probability of high dose group in study 302 being a false positive is very low, and that the high dose group in study 301 is likely a chance finding driven by a subgroup (pre-PV4). Additionally, these results also indicated that the probability to observe the overall positive findings from 302, 301 and 103 under the null assumption that aducanumab is the same as placebo is extremely low. Thus, it is extremely unlikely to see the pattern of results observed in these three studies if aducanumab was ineffective.

6

Reference ID: 4800109

Given the consistent pharmacodynamic effect of aducanumab on amyloid plaque (PET-SUVR) reduction in all the clinical studies and the relationship between pharmacodynamics and clinical endpoint CDR-SB, the negative findings for CDR-SB for the high dose group in Study 301 appears to be a chance finding (Type 2 error) driven by the Pre-PV4 subgroup.

In summary, the OCP review team considered information from all clinical studies for aducanumab (103, 301 and 302), collated data on amyloid pathophysiology in AD, considered the high unmet medical need in AD and applied a totality of evidence approach in this review to provide the final recommendations.

## 1.1    Recommendations

Following a thorough review of all available information submitted in BLA 761178, extensive independent analyses, and various considerations outlined above, the OCP review team supports regulatory approval of aducanumab with a maintenance dosing regimen of 10 mg/kg once every 4 weeks following initial titration period to delay the clinical decline in patients with Alzheimer's Disease.

Key review issues with specific recommendations and comments are summarized below.

**Table 1 Summary of Review Issues and OCP Recommendations**

| Review Issues | Recommendations and Comments |
|---|---|
| **Evidence of effectiveness** | The evidence of effectiveness is based on the totality of evidence from clinical trials 302, 301 and 103. This includes:<br>• Positive findings for the high dose group from Study 302<br>• Dose-response relationship from study 103<br>• Exposure-response (efficacy) relationships in CDR-SB, ADAS-Cog13, ADCS-ADL-MCI endpoints from studies 301 and 302<br>• Exposure-SUVR and SUVR-clinical endpoint relationships observed in studies 301, 302 and 103 |

7

Reference ID: 4800109

| Review Issues | Recommendations and Comments |
|---|---|
| **General dosing instructions:** | Initiate treatment at 1 mg/kg as an IV infusion over one-hour Q4W for 2 doses and increase the dose to 3 mg/kg Q4W for 2 doses and then to 6 mg/kg Q4W for 2 doses. Administer 10 mg/kg as IV infusion over one-hour Q4W as maintenance regimen. All doses are administered intravenously in 100 ml bag of 0.9% Sodium Chloride Injection, USP. |
| **Dosing in patient subgroups (intrinsic and extrinsic factors)** | No dose adjustments are needed based on age, race, sex, renal or hepatic impairment, food-intake or drug/transporter mediated interactions. |
| **Bridge between the "to-be-marketed" and clinical trial formulations** | Differences in the clinical trial and commercial formulations with respect to cell-lines, manufacturing and formulation aspects were noted. The applicant submitted reports to demonstrate analytical similarity between the clinical and commercial formulations. Based on the discussions held with CMC, OBP review teams, it was noted that applicant's reports provided adequate evidence to support analytical similarity as per ICH Q5E guidelines. Thus, it was concluded that the to be marketed product is adequately bridged to the clinical trial formulation. |

## 1.2    Post-marketing Requirements

None from OCP review team.

The OCP review team carefully considered Dr. Atul Bhattaram's opinion that aducanumab can be approved on the basis of effects on Aβ plaque quantified by PET-SUVR followed by the conduct of an additional efficacy study.  While an additional clinical study could provide more data, the rest of the review team does not feel that this is necessary. As presented in Section 1 above, there is clear evidence available from a clinical pharmacology perspective at this time supporting regulatory approval of aducanumab.

8

Reference ID: 4800109

## 2        Summary of Clinical Pharmacology Assessment

### 2.1        The Pharmacology and Clinical Pharmacokinetics

**Mechanism of Action:**

Aducanumab is a monoclonal immunoglobulin G1 (IgG1) antibody targeting the aggregated forms of amyloid-β pathway, including soluble oligomers and insoluble fibrillar forms. The applicant notes that it modifies the disease course by facilitating the removal of amyloid plaques accumulated in the brains of patients with Alzheimer's Disease.

**Absorption**

Since aducanumab is administered intravenously, absorption is not relevant.

**Distribution**

The volume of distribution of aducanumab is 9.6 liters.

**Metabolism and Excretion**

Aducanumab is expected to be degraded into small peptides and amino acids via catabolic pathways in the same manner as endogenous IgGs. Monoclonal antibodies typically do not undergo metabolism by the cytochrome P450 system and are unlikely to be affected by drug transporters; therefore, no drug interaction studies were conducted with aducanumab.

The mean clearance of aducanumab is 0.0159 L/h and the mean terminal half-life was approximately 25 days.

*Age, Race and Sex*

The covariate effects of age, race, and sex are unlikely to be clinically relevant (please refer to Appendix 4.3 for further details). Therefore, no dose adjustments are recommended for aducanumab based on these covariates.

9

**Specific Populations**

*Patients with Renal or Hepatic Impairment*

The IgG monoclonal antibodies undergo elimination via intracellular catabolism and therefore, hepatic impairment is not expected to significantly impact the disposition of aducanumab. The renal elimination of monoclonal antibodies is generally considered low. Thus, the applicant did not conduct any dedicated studies to evaluate the impact of renal or hepatic impairment on the PK of aducanumab. The impact of renal/hepatic impairment is unlikely to be clinically relevant and therefore, no dose adjustments are recommended for aducanumab based on renal or hepatic impairment.

**Immunogenicity:**

Overall, the final immunogenicity database consisted of 2689 randomized subjects who received at least 1 dose of aducanumab at any time in studies 301 and 302, across all dose arms included in placebo-controlled and/or open-label safety extension periods in which anti-aducanumab antibody (ADA) results were collected. Of these patients, 15 (0.6%) showed treatment-emergent anti-aducanumab antibody response (i.e., ADA-positive status) at any time during the placebo-controlled or active treatment period (long-term extension period). The applicant did not evaluate for the presence of neutralizing antibodies against aducanumab.

Overall, the incidence rates of the treatment-emergent ADA-positive response groups are relatively low. Because of the low sample size, it was not feasible to evaluate the potential impact of ADA status on PK exposures, efficacy and safety. Please refer to Office of Biotechnology Products review for additional details on immunogenicity assessments.

10

Reference ID: 4800109

## 2.2 Dosing and Therapeutic Individualization

### 2.2.1 General dosing

In patients with a confirmed presence of amyloid β pathology using PET scan, the following dosing regimen should be followed:

Treatment initiation

Administer 1 mg/kg as an intravenous infusion over approximately one hour every 4 weeks (Q4W) for 2 doses and increase the dose to 3 mg/kg Q4W for 2 doses and then to 6 mg/kg Q4W for 2 doses.

Maintenance dosage

The recommended dose is 10 mg/kg administered as IV infusion over approximately one-hour Q4W.

This dosing regimen is identical to that evaluated in the efficacy/safety studies 301, and 302.

### 2.2.2 Therapeutic individualization

Aducanumab is administered on a bodyweight basis and no therapeutic individualization is necessary based on other extrinsic/intrinsic factors.

Aducanumab is administered by intravenous route, and therefore, food-drug interactions are not anticipated. In addition, the drug-drug interaction liability is considered low (See Section 3.3.4). No dedicated clinical studies were performed in subjects with renal or hepatic impairment; however, renal/hepatic impairment is not expected to impact the pharmacokinetics of aducanumab. Therefore, no dose adjustment is warranted in patients with hepatic/renal impairment.

### 2.2.3 Outstanding Issues

None.

### 2.2.4 Summary of Labeling Recommendations

The applicant's labeling recommendations are generally acceptable.

Reference ID: 4800109

## 3        Comprehensive Clinical Pharmacology Review

### 3.1        Overview of the Product and Regulatory Background

The drug product is supplied as a single-use vial containing 100 mg/mL aducanumab solution for intravenous administration. The vial consists of a clear to opalescent and colorless to yellow solution for dilution in a 100 mL bag of 0.9% Sodium Chloride Injection, USP, prior to intravenous infusion. More than one vial may be needed for full dose.

Currently, there are five approved therapies for treating various stages of dementia associated with AD. They include cholinesterase inhibitors: *donepezil*, *rivastigmine*, and *galantamine*, and the N-methyl-D-aspartate antagonist *memantine*, and a combination of *donepezil* and *memantine*. Aducanumab is a human monoclonal immunoglobulin G1 (IgG1) antibody targeting the aggregated forms of amyloid-β pathway, including soluble oligomers and insoluble fibrillar forms.

The clinical development program of aducanumab consists of 6 clinical studies. One phase 1 study was conducted in healthy volunteers, evaluating the absolute bioavailability with subcutaneous administration, while the rest were conducted in patients with AD: two phase 1 studies (single ascending and multiple ascending dose studies), one phase 1b/2 randomized, double-blind, placebo-controlled, safety and efficacy study and two phase 3 randomized, double-blind, placebo-controlled, safety and efficacy studies. Additionally, phase 1b/2 and phase 3 studies had an open-label extension long-term safety arm each.

Two special protocol assessment (SPA) agreement letters were issued by the agency in 2015 for the phase 3 studies (301 and 302). On March 21, 2019, the applicant announced that the results based on interim futility analyses with a data cutoff of December 26, 2018 failed to meet the prespecified statistical criteria, and that they were terminating further clinical development of aducanumab. At a type C meeting in June 2019, the applicant held discussions with the agency, and a collaborative work stream was established to further review and understand the results from studies 301 and 302. Over the subsequent year, three more Type-C meetings (October 2019, February 2020 and June 2020) were held with the agency, and reached an agreement that the efficacy dataset for the primary analyses would exclude data beyond March 20, 2019. The applicant filed the BLA with the agency in July 2020.

Reference ID: 4800109

## 3.2    General Pharmacological and Pharmacokinetic Characteristics

A summary of aducanumab of PK characteristics from studies in patients with AD is listed below. The absolute bioavailability following subcutaneous administration was determined to be 54% in a phase 1 study in healthy volunteers. Please note that clinical development program in AD utilized only intravenous route of administration.

### Summary of Pharmacological and Pharmacokinetic Characteristics

| **Pharmacology** | |
| --- | --- |
| Mechanism of Action | Aducanumab is a human immunoglobulin monoclonal antibody (IgG1) that targets aggregated forms of amyloid-β pathway (including soluble oligomers and insoluble fibrillar forms) and is reported to promote the removal of β-amyloid plaques in the brain. |
| **General Information** | |
| Healthy volunteers vs. patients | Except for an absolute bioavailability study, all the studies were conducted in patients with AD |
| Dose proportionality | The systemic exposures increased in a dose proportional manner from 1 mg/kg to 10 mg/kg. |
| Accumulation | Mean accumulation ratio was 1.7 with once-every 4-week regimen. Steady-state exposures are expected to be achieved in 16 weeks. |
| Immunogenicity | A total of 2689 patients from studies 301 and 302 have been tested for anti-drug antibody (ADA) during placebo-controlled and/or long-term safety extension periods. Among those, 15 patients (0.6%) were identified to have treatment-emergent anti-aducanumab antibody response. The incidence of neutralizing antibodies against aducanumab was not evaluated. Please refer to Office of Biotechnology Products review for additional details on immunogenicity assessments |
| **Absorption** | |
| Tmax | At the end of infusion (~ 60 min) |

13

Reference ID: 4800109

| **Distribution** | |
| --- | --- |
| Volume of Distribution | 9.6 liters |

| **Elimination** | |
| --- | --- |
| Mean Terminal Elimination Half-life | Approximately 25 days |
| Metabolism / Excretion | Monoclonal antibodies are not known to be metabolized by the cytochrome P450 system or affected by drug transporters. As a human IgG1 monoclonal antibody, aducanumab is expected to be degraded into small peptides and amino acids via catabolic pathways in the same manner as endogenous IgG. |

## 3.3    Clinical Pharmacology Questions

### 3.3.1    To what extent does the available clinical pharmacology information provide pivotal or supportive evidence of effectiveness?

The efficacy and safety of aducanumab were evaluated in three clinical studies: 103, 301 and 302 in patients with AD and these results are summarized in *Section 3.3.1.1* below. Study 302 is considered as the pivotal study for this application. From a clinical pharmacology perspective, the analyses outlined below support the efficacy of aducanumab.

The relationships between aducanumab concentrations (Caverage, AUC) and clinical efficacy endpoints, namely, CDR-SB[1], ADCS-ADL-MCI[2], and ADAS-Cog13[3] were evaluated. The relationships between aducanumab concentrations, pharmacodynamic biomarker levels (e.g., SUVR quantified from PET imaging data) and primary clinical efficacy endpoint, CDR-SB were also assessed (summarized in *section 3.3.1.2* below).

Based on the analyses of these data, the review team concluded:

---

[1] CDR-SB: Clinical Dementia Rating Scale - Sum of Boxes. Range of score: 0-18 (higher score = more severe)
[2] ADCS-ADL-MCI: Alzheimer's Disease Cooperative Study – Activities of Daily Living Inventory – Mild Cognitive Impairment. Range of score: 0 – 53 (lower score = more severe)
[3] Alzheimer's Disease Assessment Scale – Cognition 13 items. Range of scores: 0-85 (higher score = more severe)

Reference ID: 4800109

(1) positive exposure-response relationships across the three clinical efficacy endpoints noted above and

(2) positive exposure-SUVR relationships across studies 301 and 302, and a clear relationship between Aβ plaque reduction in brain and preservation of clinical function (i.e., SUVR-CDR-SB relationship) across studies 301, 302 and 103.

Additionally, following the discussion at the PCNS – AC meeting, the review team conducted additional analyses and concluded:

(3) Similar relationship between Aβ plaque reduction and clinical endpoint CDR-SB reported with other candidate drugs targeting Aβ pathways, and

(4) Clinical trial simulations showed very low probability of a false positive finding for the high dose group in Study 302, suggesting that Study 301 result for the high dose could be a chance finding driven by a subgroup (Pre-PV4). Please refer to *Section 3.3.1.5* for further details.

In the subsequent sections, we have provided key details of our findings.

### 3.3.1.1    Summary of Clinical Efficacy Data

The dose finding study 103 was conducted in patients who are prodromal/MCI due to AD or mild AD dementia and consisted of 54-week double-blind, placebo-controlled period. The treatment arms included fixed dose arms receiving 1, 3, 6 and 10 mg/kg and a titration arm receiving up to 10 mg/kg. The patients enrolled in the study included only those with a confirmed positive amyloid PET scan.

Dose-dependent trends were observed in mean baseline- and placebo-corrected changes in CDR-SB scores, as summarized in **Table 2** in Study 103. The Aβ reduction as quantified by composite SUVR scores on PET imaging was also collected, and these results also showed dose- and time-dependent reduction in the Aβ composite SUVR, as summarized in **Table 3**. Based on these results, dosing regimens for subsequent phase 3 studies 301 and 302 were selected.

Reference ID: 4800109

**Table 2 Summary of CDR-SB results (based on MMRM) from Study 103**

| Study 103 | Placebo (N = 48) | Fixed dose 1 mg/kg (N=31) | Fixed dose 3 mg/kg (N = 32) | Fixed dose 6 mg/kg (N = 30) | Fixed dose 10 mg/kg (N = 32) | Titration to 10 mg/kg (N = 23) |
|---|---|---|---|---|---|---|
| n at 12 months | 39 | 23 | 27 | 26 | 23 | 21 |
| Change from baseline | 1.88 | 1.82 | 1.42 | 1.20 | 0.80 | 1.14 |
| Difference vs. placebo | | -0.06 (-3%) | -0.45 (-24%) | -0.68 (-36%) | -1.08 (-57%) | -0.73 (-39%) |
| Negative percentage means less progression in the treated arm<br>n: number of randomized and dosed subjects with endpoint assessment at week 54 | | | | | | |

*Source: Integrated Summary of Efficacy datasets: adqs.xpt, adsl.xpt*

**Table 3 Summary of Aβ PET results (based on MMRM) from Study 103**

| Study 103 | Placebo (N = 42) | Fixed dose 1 mg/kg (N=26) | Fixed dose 3 mg/kg (N = 29) | Fixed dose 6 mg/kg (N = 24) | Fixed dose 10 mg/kg (N = 28) | Titration to 10 mg/kg (N = 18) |
|---|---|---|---|---|---|---|
| n at 12 months | 38 | 21 | 26 | 23 | 21 | 16 |
| Change from baseline | 0.017 | -0.047 | -0.130 | -0.208 | -0.259 | -0.170 |
| Difference vs. placebo | | -0.064 | -0.147 | -0.225 | -0.276 | -0.187 |
| n: number of randomized and dosed subjects with endpoint assessment at week 54 | | | | | | |

*Source: Integrated Summary of Efficacy datasets: adpet.xpt, adsl.xpt*

Reference ID: 4800109

The Phase 3 studies 301 and 302 were of identical design. Briefly, patients who were mild cognitively impaired (MCI) due to AD and mild AD dementia, and only those with a confirmed positive amyloid PET scan were enrolled. The double-blind placebo-controlled treatment period consisted of an initial titration period followed by a 54-week stable maintenance period. The results for the clinical efficacy endpoints are summarized in **Table 4** below.

Furthermore, in a subset of patients (about a third of the population within each phase 3 study), cerebral Aβ plaque levels were measured by Aβ PET imaging, quantified by SUVR. In this subset of patients, a dose- and time-dependent reduction in the mean baseline-corrected reduction in SUVR estimates were noted (summarized in **Table 5** below). The OCP review team evaluated the representativeness of the subset of patients in which Aβ PET imaging data was collected relative to the rest of the overall ITT population from studies 302 and 301. The review team did not find any obvious systematic differences in the distribution patterns of demographics and baseline disease characteristics that may limit the interpretability of the data (please refer to *Section 4.2.2.4* for further details).

Lastly, biomarker data on intracellular tau pathology (e.g., microtubule-associated phosphorylated tau protein [p-Tau], and tau-PET imaging), and neurodegeneration (e.g., total microtubule-associated protein tau [t-Tau]) were also collected in a small subset of patients within each phase 3 study. Collection of Tau-PET data was incorporated later in the conduct of studies 301 and 302, when PET imaging agent [$^{18}$F]-MK-6240 became available. Therefore, tau-PET sub-study was particularly small, only included later-enrolled patients and was pooled from studies 301 and 302. Overall, the sample sizes are very limited, but these biomarker data seem to show dose-dependent reduction in mean baseline-corrected values. Please refer to Appendix 4.4 for additional details on the biomarker data collected from phase 3 studies.

Reference ID: 4800109

**Table 4 Summary of clinical efficacy results from ITT population for studies 301 and 302 using censored data (i.e., excluding data beyond March 2019 cut-off)**

| Clinical Endpoints | Study 301 | | | Study 302 | | |
| --- | --- | --- | --- | --- | --- | --- |
| | Placebo (N=545) | Difference vs. placebo[a] (%) | | Placebo (N=548) | Difference vs. placebo[a] (%) | |
| | | Low dose (N=547) | High dose (N=555) | | Low dose (N=543) | High dose (N=547) |
| CDR-SB | 1.56 (n=333) | -0.18 (-12%) (n=331) | 0.03 (2%) (n=295) | 1.74 (n=288) | -0.26 (-15%) (n=290) | -0.39 (-22%) (n=299) |
| MMSE | -3.5 (n=332) | 0.2 (-6%) (n=334) | -0.1 (3%) (n=297) | -3.3 (n=288) | -0.1 (3%) (n=293) | 0.6 (-18%) (n=299) |
| ADAS-Cog 13 | 5.14 (n=331) | -0.58 (-11%) (n=332) | -0.59 (-11%) (n=294) | 5.16 (n=287) | -0.70 (-14%) (n=289) | -1.40 (-27%) (n=293) |
| ADCS-ADL-MCI | -3.8 (n=331) | 0.7 (-18%) (n=330) | 0.7 (-18%) (n=298) | -4.3 (n=283) | 0.7 (-16%) (n=286) | 1.7 (-40%) (n=295) |

[a]: difference vs placebo at week 78; n: number of randomized and dosed subjects with endpoint assessment at week 78, Negative percentage means less progression in the treated arm.

*Source: Integrated Summary of Efficacy datasets: adqs.xpt, adsl.xpt*

18

Reference ID: 4800109

**Table 5 Summary of Amyloid PET SUVR results from studies 301 and 302**

|  | Study 221AD301 | | | Study 221AD302 | | |
|---|---|---|---|---|---|---|
|  | Placebo (N=204) | Low dose (N=198) | High dose (N=183) | Placebo (N=159) | Low dose (N=159) | High dose (N=170) |
| n at 18 months | 124 | 138 | 112 | 93 | 100 | 109 |
| Change from baseline | -0.003 | -0.170 | -0.235 | 0.014 | -0.165 | -0.264 |
| Difference vs. placebo |  | -0.167 | -0.232 |  | -0.179 | -0.278 |

*Source: Integrated Summary of Efficacy datasets: adpet.xpt, adsl.xpt*

### 3.3.1.2    Summary of Exposure-Response Relationships for Efficacy

Exposure-response analyses for efficacy endpoints namely, CDR-SB, ADCS-ADL-MCI, ADAS-Cog13 were conducted. The exposure-response analyses for all 3 of these endpoints differed from the primary efficacy and secondary analyses. The primary efficacy analyses assessed the change from baseline (CFB) for CDR-SB at week 78 versus placebo. Secondary and tertiary efficacy analyses followed the same calculation using the other 3 endpoints. The exposure-response analyses, however, modeled the effect of the drug exposure on the rate of disease progression per unit time. As such, while the primary and secondary efficacy analyses focused on CFB at week 78, the exposure - response analyses assessed the relationship of each endpoint over all available timepoints (Week 0, 26, 50, and 78) and the time-dependent exposure metrics.

During the initial course of the review, the OCP review team identified discrepancies in the sample sizes used for the exposure-response analyses and those reported in the ITT population, owing to the inclusion of the data beyond March 20, 2019 cut-off date (i.e., uncensored data, which the applicant noted to exclude in the exposure-response pre-specified analyses plan) and informed the applicant about it. Subsequently, the applicant acknowledged the issue with the data cut off dates and reached an agreement with the agency on revised analyses to be conducted based on censored data (i.e., excluding data beyond March 20, 2019). In addition to verifying the applicant's revised analyses, the review team conducted independent analyses to confirm the findings.

19

Reference ID: 4800109

***Summary of analyses methodology***

- Population PK model was used to derive longitudinal PK profiles at individual-level for all subjects in studies 301 and 302 based on actual dosing records while taking early dose titration into consideration. PK exposure metrics, namely AUC during the dosing interval (Q4W) and time-averaged concentration within a dosing interval (Cavg) values, were derived based on the individual PK profiles.

- Clinical efficacy endpoint data at baseline (Week 0), Week 26, 50, 78 (end of treatment), and 94 (follow-up/early termination) in the placebo-controlled period were included in the analyses. All the three clinical efficacy endpoints noted above have specific upper and lower bounds – i.e., CDR-SB: 0 – 18, ADCS-ADL-MCI: 0 – 53, and ADAS-Cog13: 0 – 85. Therefore, for the purposes of modeling the exposure-response for these efficacy endpoints, the efficacy data was logit transformed.

- First, the clinical efficacy endpoint data in the placebo group was used to develop natural disease progression model. Subsequently, the clinical efficacy endpoint data from the active treatment arms, namely low and high dose groups, were used to characterize the slope of disease progression (i.e., decline in the disease progression). Lastly, the potential of covariates affecting the slope of the drug-effect were evaluated.

- Next, within each study (301 and 302), the average disease progression slope due to drug effect across visits (i.e. excluding slope estimate at baseline) was calculated for all subjects. These individual-level slope estimates due to drug effect were then used to derive a median slope estimate due to drug effect by treatment and study.

***Key findings from Exposure-Response Analyses for Efficacy***

The summary of exposure-response analyses for efficacy (disease progression) for all the three clinical endpoints stratified by dose group and study are shown in **Figure 1**. Exposure-response analyses clearly suggest aducanumab's effectiveness in delaying the decline in disease progression, and these relationships are consistent across all the clinical endpoints, suggesting the positive impact on cognitive as well as function measures as captured by these endpoints.

The data support an exposure-response relationship between time-averaged concentration within a dosing interval, Cavg, and the slope of the CDR-SB versus time profile for both study 301 and 302, though the magnitude of the drug effect is lower in study 301. Similar observations were made with ADAS-Cog13 and ADCS-ADL-MCI endpoints.

20

Reference ID: 4800109

While no *definitive* reason for this difference in drug effect between studies was identified, it appears that the pre-PV4 subgroup in the high dose in study 301 could have contributed to the differential drug effect noted above. This impact seems to be consistent for CDR-SB (**Figure 25**, Appendix Section 4.3.3), ADAS-Cog13 (**Figure 39**, Appendix Section 4.3.5) and ADCS-ADL-MCI (**Figure 17**, Appendix Section 4.3.1) endpoints. Use of SUVR as an exposure metric instead of Cavg produces a better model fit (in terms of the objective function value).

In addition, the OCP review team conducted independent exploratory analyses aimed at improving the understanding of the underlying factors that could potentially explain the differential outcomes between studies 301 and 302 for the high dose group. These included evaluation of  potential imbalances in the demographics, baseline disease characteristics, incidence of ARIA-E safety events (including their potential consequences on dosing, i.e., continue as planned, dose-reduction, suspension and discontinuation), impact of the PK exposures (e.g., Cavg, cumulative dose) [Please refer to the appendices *Sections 4.3.2, 4.3.4.3* for more details]. Overall, none of these exploratory analyses were able to fully explain the differential trial outcomes in studies 301 and 302.

21

Reference ID: 4800109

**Figure 1 Slope of disease progression for different efficacy endpoints by treatment arm and study**

Source: Reviewer's independent analyses

Notes: The three points for each study represent the three arms; placebo, low-dose, and high-dose.

Negative disease progression slope indicates decline in disease progression for CDR-SB and ADAS-Cog13 endpoints, and positive disease progression slope indicates decline in disease progression for ADCS-ADL-MCI (i.e., improvement in ADL) endpoint

22

Reference ID: 4800109

### 3.3.1.3   Exposure - Pharmacodynamics (Aβ SUVR) – Efficacy relationships

The Aβ SUVR longitudinal biomarker data was collected in a subset of patients in trials 301 and 302 (about 30% of the overall population in each study), and these results are summarized in **Table 5** above. The Aβ SUVR biomarker was used as the "response" variable in these exposure-response analyses. These analyses support an apparent E-R relationship such that SUVR reduction over time increases with increases in aducanumab exposure. This finding is consistent with the proposed mechanism of action of aducanumab, of increasing amyloid beta elimination. The relationship of aducanumab exposure and SUVR for a typical subject, according to the E-R model for SUVR, is presented in the **Figure 2** below.

**Figure 2 Simulated Exposure-SUVR relationship for a typical AD patient**

*Source: sequence 0003, module 5335, cpp-20-003-biib037.pdf, page 52 of 175*

The review team conducted additional analysis to evaluate the representativeness of the Aβ PET dataset relative to the rest of the overall ITT population in studies 301 and 302 across all randomized dose groups. Based on the comparison of the demographics and baseline disease characteristics of patients in placebo and high dose group across studies 301 and 302, the Aβ PET composite SUVR dataset seems to be representative to the rest of the overall dataset, with no obvious systematic differences in the distribution patterns. Please refer to appendix Section *4.2.2.4* for additional details.

23

Reference ID: 4800129

The review team also assessed the relationship between observed SUVR at week 78 and predicted cumulative AUC at week 78. Data from all three arms (placebo, low-dose, and high-dose) were pooled within each phase 3 study. The results of these graphical analyses demonstrate that SUVR values are generally higher in the placebo arm and that Week 78 SUVR decreases as the Week 78 cumulative AUC increases (see **Figure 3** below; please refer to appendix *Section 4.3.4.3* for additional details).

**Figure 3: SUVR versus predicted cumulative AUC in Phase 3 Study 301 and 302 at Week 78 for Placebo, Low dose, and High Dose Arms**



*Source: Reviewer's independent analyses*

24

Reference ID: 4800109

### *3.3.1.4    Association of Amyloid Plaque Reduction and Clinical Outcomes*

#### *3.3.1.4.1 Association of Amyloid Plaque Reduction and Clinical Outcomes Observed in the Aducanumab Program*

Longitudinal SUVR data was collected in the entire population in study 103, and in a subset (approximately 30%) of overall population in studies 301 and 302. The relationship between change from baseline CDR-SB and SUVR during the placebo-controlled period in Phase 2 study 103 and Phase 3 studies 301 and 302 was analyzed. Due to the differences in study designs between Phase 2 versus Phase 3, Week 78 was used for studies 301 and 302, and week 54 was used for study 103. The ITT population with non-missing baseline CDR-SB and PET measurements was used for studies 103, 301 and 302. The group-level CDR-SB adjusted mean difference from placebo versus SUVR adjusted mean difference from placebo is presented in the    **Figure 4** below, and the correlation coefficient for the relationship was reported to be 0.45 (and excluding the study 301 high dose group resulted in correlation coefficient value of 0.76).

Because of differences in inclusion/exclusion criteria for study 103 and 301/302, there may be differences in demographics and baseline characteristics, in addition to obvious differences in the sample sizes. Therefore, when evaluating SUVR – CDR-SB relationship based on data across different studies, it is necessary to use placebo-corrected, baseline-adjusted values to account for the differences or imbalances between studies. When placebo-response is different between studies, not correcting for placebo-effect (i.e., using only baseline-adjusted values) can affect the interpretability of the underlying relationship between SUVR and CDR-SB. This approach of using placebo-corrected, baseline-adjusted values when exploring potential relationships between biomarkers and clinical endpoints across different studies is well known and has been employed in regulatory assessments previously.

The review team also conducted independent analyses of the relationships between CDR-SB change from baseline and SUVR change from baseline at the last visit at the group-level within each study (**Figure 44**) and is described in detail in Appendix Section 4.5. Based on these analyses, a strong positive relationship was identified with correlation coefficient ranging from 0.95 in Study 103 to 0.99 in Study 302.

25

Reference ID: 4800109

**Figure 4: Group-Level Correlation Between Adjusted Mean Difference from Placebo in Aβ PET Composite SUVR and CDR-SB: Placebo-Controlled Period (Studies 301, 302 and 103)**



*Source: sequence 0003, module 5353, ise.pdf, page 242*

26

Reference ID: 4800109

It is also worth noting that the applicant evaluated individual-level and group-level relationships between changes in SUVR and CDR-SB across these studies. However, the review team believes that the relationships evaluated at group-level are accurate representation of the underlying relationship for the following reasons:

Randomization, as noted in Section 2.3.2 in ICH E9 guideline, "provides a sound statistical basis for quantitative evaluation of evidence relating to treatment effects. It also tends to produce treatment groups in which the distribution of prognostic factors known and unknown, are similar". Patients in studies 103, 301 and 302 were all randomized into respective dose groups. Consequently, it is highly likely to achieve a balance of prognostic factors (known and unknown) across dose groups (i.e., group-level), improving the confidence in the underlying relationship. On the contrary, if the patients were randomized at group-level, but the relationships between endpoints were assessed at individual-level within a dose-level, such a balance (in prognostic factors, known and unknown) can no longer be guaranteed (e.g., an artificially "flat" relationship may arise because of potential imbalances in baseline characteristics of patients). In other words, there can be multiple confounders across different individual subjects, and when multivariate analyses are conducted, it is extremely difficult to correctly adjust the imbalance of multiple confounders across individual patients due to potential nonlinear relationships and complex interactions.

In summary, based on the review team's analyses, there appears to be a clear relationship between Aβ plaque reduction in brain and preserving of clinical function in various dose arms for all efficacy and safety trials in the aducanumab development program.

Overall, the trends presented in the figures above are consistent with the hypothesized mechanism of action of aducanumab. The amyloid hypothesis for Alzheimer's Disease suggests that the removal of accumulated Aβ could lead to slowing of disease progression.

27

Reference ID: 4800109