# Exhibit O

**FINAL**

| | | |
|---|---|---|
| Company Name: Biogen | Market Cap: 54022.4938544 | Bloomberg Estimates - EPS |
| Company Ticker: BIIB US | Current PX: 299.39 | Current Quarter: 7.95 |
| Date: 2019-12-05 | YTD Change($): -1.53 | Current Year: 33.064 |
| Event Description: Biogen Inc Investor Q&A Call | YTD Change(%): -0.508 | Bloomberg Estimates - Sales |
| | | Current Quarter: 3524.654 |
| | | Current Year: 14225.724 |

# Biogen Inc Investor Q&A Call

## Company Participants

- Alfred W. Sandrock, Executive VP of Research & Development and Chief Medical Officer
- Joe Mara, VP of Finance and Head of IR
- Samantha Budd Haeberlein, VP of Clinical Development

## Other Participants

- Aaron Gal, Senior Research Analyst
- Alethia Rene Young, Head of Healthcare Research
- Brian Corey Abrahams, Senior Biotechnology Analyst
- Evan David Seigerman, VP & Senior Equity Research Analyst
- Geoffrey Christopher Meacham, Research Analyst
- Geoffrey Craig Porges, Director of Therapeutics Research, MD & Senior Biotechnology Analyst
- George Farmer, Analyst
- Jay Olson, Executive Director & Senior Analyst
- Laura Kathryn Chico, SVP of Equity Research
- Michael Jonathan Yee, Equity Analyst
- Mohit Bansal, VP and Analyst
- Neena Marie Bitritto-Garg, Analyst
- Paul Andrew Matteis, Co
- Philip M. Nadeau, MD & Senior Research Analyst
- Robyn Karnauskas, Research Analyst
- Salim Qader Syed, MD, Senior Biotechnology Analyst of Equity Research & Head of Biotechnology Research
- Terence C. Flynn, MD
- Umer Raffat, Senior MD & Senior Analyst of Equity Research
- Vikram Purohit, Equity Analyst
- Yatin Suneja, MD & Senior Biotechnology Analyst

## Presentation

### Operator

Good evening. My name is Rob. And I will be your conference operator today. At this time, I would like to welcome everyone to the Investor Q&A call following Biogen's CTAD presentation. (Operator Instructions)

Thank you. I would now like to turn the conference over to Mr. Joe Mara, Vice President of Investor Relations. You may begin your conference.

### Joe Mara, VP of Finance and Head of IR

Thank you very much. And thank you very much for joining us. Welcome to today's conference call to discuss Biogen's presentation of the top line results from the Phase III studies of aducanumab in early Alzheimer's disease.

Company Name: Biogen
Company Ticker: BIIB US
Date: 2019-12-05
Event Description: Biogen Inc Investor Q&A Call

Market Cap: 54022.4938544
Current PX: 299.39
YTD Change($): -1.53
YTD Change(%): -0.508

Bloomberg Estimates - EPS
Current Quarter: 7.95
Current Year: 33.064
Bloomberg Estimates - Sales
Current Quarter: 3524.654
Current Year: 14225.724

**FINAL**

Before we begin, I encourage everyone to go to the Investors section of biogen.com to find the slides that will accompany the discussion related to this call. In addition, you will also find the slides presented by Biogen during its CTAD aducanumab webcast, which may be referenced during this call, on the Investors section of biogen.com.

I want to point out that we will be making forward-looking statements, which are based on our current expectations and beliefs. These statements are subject to certain risks and uncertainties. And our actual results may differ materially as a result of various important factors, including those discussed in the slides that accompany this call as well as the risk factors identified in our most recent annual or quarterly report and in other reports we file with the SEC. I encourage you to consult the risk factors discussed in our SEC filings for additional details.

We are excited to be hosting today's call, which will be about 45 minutes, will be a question-and-answer session focused on clarifying any scientific and medical questions on the aducanumab data shared earlier today.

Joining me on today's call are Dr. Al Sandrock, EVP, Research and Development and our Chief Medical Officer; and Dr. Samantha Budd Haeberlein, Vice President, Late Stage Clinical Development.

Before we begin, I would like to first pass the call to Al, who will make a few opening comments.

## Alfred W. Sandrock, Executive VP of Research & Development and Chief Medical Officer

Thank you, Joe. I'm very happy to be here today. It's a great day to be the Head of R&D at Biogen. I just wanted to thank the entire Biogen team for all the hard work that got us to this point. They always follow the science. I want to give a special thanks to Samantha for giving such a wonderful, clear presentation this morning.

And with that, I'm going to turn it over to Samantha.

## Samantha Budd Haeberlein, VP of Clinical Development

Thanks, Al. I presented on behalf of the team this morning a lot of data from the EMERGE and ENGAGE studies. And it was pretty exciting to be able to share that data with everybody finally.

Just as a short summary of what I presented, as we did disclose in October, the EMERGE study on high-dose aducanumab showed a reduced clinical decline on the primary endpoint and multiple secondary endpoints, whereas the ENGAGE study, also as we've shared before, did not actually reduce the clinical decline.

Today, though, we shared a new post hoc analysis, which is what we've called those -- that subgroup of individuals who were able to have the opportunity for the intended dosing regimen, the so-called Protocol Version 4 group. And in that subset of patients, aducanumab did support the positive findings of EMERGE and ENGAGE.

We also shared sub-studies on biomarkers, the robust lowering of amyloid plaque as well as CSF phospho and total tau that we shared before. And we also showed a small tau PET subgroup with statistically significant reduction in tau. I think it's the first time that any anti-amyloid agent has shown reduction on a tau PET endpoint.

It's also very nice to share that the safety profile was consistent to what we've seen before. And overall, the data that we share, we believe, supports the disease-modifying mechanism of action of aducanumab.

So at this time, our next steps are: one, really important that we want to get patients back on to aducanumab in the redosing study; and then second, we're focused on global submissions for aducanumab at this time.

Thanks.

## Joe Mara, VP of Finance and Head of IR

Bloomberg Transcript

Bloomberg

**Company Name:** Biogen

**Company Ticker:** BIIB US

**Date:** 2019-12-05

**Event Description:** Biogen Inc Investor Q&A Call

**Market Cap:** 54022.4938544

**Current PX:** 299.39

**YTD Change($):** -1.53

**YTD Change(%):** -0.508

**Bloomberg Estimates - EPS**

**Current Quarter:** 7.95

**Current Year:** 33.064

**Bloomberg Estimates - Sales**

**Current Quarter:** 3524.654

**Current Year:** 14225.724

Thank you, Al and Samantha. And with that, we'll start the call with our first question.

# Questions And Answers

## Operator

(Operator Instructions) And your first question comes from the line of Geoffrey Porges from SVB Leerink.

## Geoffrey Craig Porges, Director of Therapeutics Research, MD & Senior Biotechnology Analyst

Congratulations, particularly Samantha, on the big presentation, a lot of content. There's been a little bit of a confusion about the PV4 cohort, Samantha. Specifically, there's a lot of improvement in the low-dose patients as well as the high-dose. And whilst it's reassuring to see the high dose of ENGAGE catch up with EMERGE, could you explain what the variation in doses and exposure what is -- to the low-dose cohort such that they performed so much better? And related to that, are you certain that there isn't anything related to study sites, geography or any other variation that could explain the breadth of the improvement other than just the exposure?

## Samantha Budd Haeberlein, VP of Clinical Development

Thanks, Geoff, for the question. And you are correct in that the Protocol Version 4 population also had an improved outcome in the 6 milligram per kilogram and 3 milligram per kilogram dosing arms to the low-dose regimen. And we believe what this may be due to is that those individuals who signed Protocol Version 4 also had the benefit from the ARIA management that was implemented in Protocol Version 3, meaning that more individuals would be uptitrated to the target dose and there would be less dose interruptions. So that's one aspect that we believe is behind that. And the other one being that we focused a lot on 10. But it's the character of dosing that we believe is important, i.e., reaching a target dose and 10 being the top dose has been a great deal of focus to help us understand ENGAGE. But it's also about consistency, duration and interruptions that are important. And so it's not surprising that at some point, 6 may catch up to 10. But in the context of 18 months, 10 is showing us the stronger effect.

And to the second part of your question, we believe having looked very closely at the baseline demographics and characteristics, that none of these are driving the overall outcomes that we see or the differences that we see between the studies.

## Operator

Your next question comes from the line of Phil Nadeau from Cowen.

## Philip M. Nadeau, MD & Senior Research Analyst

Maybe just one follow-up on Geoff's and then a second question. It did look like in the Protocol Version 4 analysis that it was actually the placebo arm that got worse, the decline in placebo almost somewhat worse in the reanalysis of ENGAGE and then in the ITT analysis. What could be an explanation for that given that the dosing change shouldn't have affected the placebo arm?

Then second question is just any correlation between ARIA and cognitive improvement. Could ARIA have unblinded some patients and influenced the CDR sum of the boxes results? I believe today we saw any subgroup analysis based on ARIA and efficacy.



Company Name: Biogen
Company Ticker: BIIB US
Date: 2019-12-05
Event Description: Biogen Inc Investor Q&A Call

Market Cap: 54022.4938544
Current PX: 299.39
YTD Change($): -1.53
YTD Change(%): -0.508

Bloomberg Estimates - EPS
Current Quarter: 7.95
Current Year: 33.064
Bloomberg Estimates - Sales
Current Quarter: 3524.654
Current Year: 14225.724

### Samantha Budd Haeberlein, VP of Clinical Development

Philip, thanks for the question. You're correct that the placebo moved upwards in the Protocol Version #4 in ENGAGE. And the degree to which it moves. So from 1.54 to 1.7 something, is well within the range to be expected in this patient population. So they're not essentially different. And you're correct that given that this population is a re-randomized population as in placebo, low and high dose maintain randomization, the implementation should not have any effect on placebo. So we believe that this is normal within the range to be expected from that patient population.

The second question was on unblinding?

### Alfred W. Sandrock, Executive VP of Research & Development and Chief Medical Officer

On ARIA.

### Philip M. Nadeau, MD & Senior Research Analyst

ARIA and unblinding.

### Samantha Budd Haeberlein, VP of Clinical Development

Yes. So subject themselves is aware when they have an incident of ARIA because they may need additional MRI monitoring. And a smaller subset mainly need suspension of their dosing. However, the (racers) at the clinical trial site who assess the clinical endpoints are blinded to the situation of a patient with ARIA. And so while -- we believe that this helps maintain the blinding to the best possibility.

### Operator

Your next question comes from the line of Terence Flynn from Goldman Sachs.

### Terence C. Flynn, MD

Just maybe first, I know in the PRIME data, you had looked at the relationship between plaque reduction and, I think, CDR and both MMSE and reported that you saw a moderate correlation there, I think, on a Spearman analysis. If you plot the plaque reduction data from the current Phase IIIs and you look at that irrespective of dose versus CDR, I just wonder if you see a similar correlation.

### Samantha Budd Haeberlein, VP of Clinical Development

Terence, thanks for the question. And it's obviously a very important one. We're really limiting our responses today to the analysis that we have shared this morning.

### Alfred W. Sandrock, Executive VP of Research & Development and Chief Medical Officer

Company Name: Biogen | Market Cap: 54022.4938544 | Bloomberg Estimates - EPS
Company Ticker: BIIB US | Current PX: 299.39 | Current Quarter: 7.95
Date: 2019-12-05 | YTD Change($): -1.53 | Current Year: 33.064
Event Description: Biogen Inc Investor Q&A Call | YTD Change(%): -0.508 | Bloomberg Estimates - Sales
| | Current Quarter: 3524.654
| | Current Year: 14225.724

Yes. And Terence, you're right. In PRIME, when we looked at people had less than one standard deviation change in amyloid plaque versus those that had greater than one standard deviation change, those who had less than one standard deviation change, as published, did not have a clinical benefit, whereas those who had greater than one standard deviation change did. And so in that study, we did see that correlation referred to.

## Operator

Your next question comes from the line of Jay Olson from Oppenheimer.

## Jay Olson, Executive Director & Senior Analyst

Congrats on the results today. Now that we've seen 2 clinical programs where dose adjustments that were based on concerns about ARIA and ApoE4 carriers led to complicated clinical outcomes, do you think we should be less concerned about ARIA? And is it possible that ARIA is even a signal of efficacy?

## Samantha Budd Haeberlein, VP of Clinical Development

Thanks for the question. I think we, in our studies. And the sponsors have learned a lot about ARIA in the last five years. And as we presented this morning, a vast majority of ARIA are unassociated. So they're not associated with any symptom or reporting from patients. So the vast majority of ARIA does seem not to be problematic. And that's what we've learned. However, we will continue to learn in regards to ARIA. We did safely implement the increase in dose in this study. So we do believe that ARIA is not preventing us from taking patients to the target dose.

## Alfred W. Sandrock, Executive VP of Research & Development and Chief Medical Officer

Yes, I would agree. We would never want to dismiss safety. And so it's always important to keep safety in mind. However, I would say that we would not have implemented these protocol amendments, as Samantha pointed out this morning, had we not gotten more comfort around ARIA, its risks and how to manage it. And so I do think, over time, I agree with Samantha that over time, the field has learned how to deal with ARIA. And that may continue to evolve for all I know.

## Operator

Your next question comes from the line of Umer Raffat from Evercore.

## Umer Raffat, Senior MD & Senior Analyst of Equity Research

I have one for Al and one for the Samantha, if I may. Al, I've tracked so many of your data presentations over the years. And I felt like today, it seemed like there was so much presented but also so much not presented perhaps. And I couldn't tell why. So could you speak to what the carrier and noncarriers look like? And should we assume that vast majority of the patients and the patients that had "sufficient exposure" were noncarriers? That was one for you, Al.

And Samantha, from your perspective, it seemed like everything we're looking at is a function of 2 things: one is the real data, which is the completers; and one is assumed data, which is the noncompleters. So from your perspective, how -- like what was the thought process in getting comfortable assuming that the effect size in noncompleters should mirror the effect size in completers? And is there a regulatory feedback and/or sensitivity analyses that support that?



Company Name: Biogen                    Market Cap: 54022.4938544        Bloomberg Estimates - EPS
Company Ticker: BIIB US                 Current PX: 299.39               Current Quarter: 7.95
Date: 2019-12-05                        YTD Change($): -1.53             Current Year: 33.064
Event Description: Biogen Inc Investor Q&A Call    YTD Change(%): -0.508    Bloomberg Estimates - Sales
                                                                         Current Quarter: 3524.654
                                                                         Current Year: 14225.724

## Alfred W. Sandrock, Executive VP of Research & Development and Chief Medical Officer

So I guess I'll start with the first question. And Umer, I mean, look, as we said at the very beginning of this call, we're not presenting any data that we didn't already present this morning. And you're right, I mean, typically, we do present a lot of things, subgroups included, in the past. You're right, we did do that. There's a time and a place for everything. And look, this will soon be under review at regulatory authorities. And so for that reason, we're very sensitive about what we want to present now. We have nothing to hide. But there's a time and a place for everything. And in due time, I look forward to presenting all the data that make it important for -- so that physicians can make the very best benefit/risk decisions if the drug becomes approved.

## Samantha Budd Haeberlein, VP of Clinical Development

Yes. Thanks, Al. I'll just add a comment to that. I'm not sure if I was clear this morning. And that is that the ApoE4 carrier status was well balanced over the arms of each study, was similar in both studies. And this is in the ITT population. But also in that Protocol Version 4 population, ApoE4 carriage was balanced. And that was why we used that particular methodology or one of the reasons. So while subgroups are really important, there's a time and place for us to disclose much more data. I think everybody is looking to hear that we have that balance in the studies.

Umer, to your comment on real data completers versus noncompleters, the analysis method and the data set that we use. So the ITT and the MMRM are in fact the preferred method, as outlined in regulatory guidance on Alzheimer's disease therapeutics. And that was our primary statistical analysis. And so having a prespecified primary statistical analysis plan is what we -- one would want to apply when a data set first comes in. However, as we've discussed, given that we had differences between the studies, we went further to do sensitivity analyses, including looking at the completers, to ensure that it wasn't an aspect of early termination that was making the data look the way it was. And as we showed in October, both the ITT and the OTC data sets are equivalent.

## Operator

Your next question comes from the line of Ronny Gal from Bernstein.

## Aaron Gal, Senior Research Analyst

I'll just add my congratulations to Samantha for the presentation today. I have 2. The first one is just a clarifying question about something you just said. If you could just tell us the percentage of ApoE4 carriers was roughly similar in the post-V4 population that you've shown us on the right side of that Page 56, that is in the ENGAGE and EMERGE between the low dose, high dose and placebo, we have roughly the same proportion of patients in every arm that are ApoE4 carriers.

And second, I did notice that you have quite a number of patients discontinuing the use of the drug in both trials. But withdrawing from a trialed number is a lot longer. And essentially, what I'm trying to ascertain with it, this essentially mean that you gave us up a little bit of a higher bar in the data we are seeing here on Page 56 because the patients who discontinued the dose and have not withdrawn from the study do count against the low dose and high dose of aducanumab.

## Samantha Budd Haeberlein, VP of Clinical Development

Okay. I'll start with the first question since that's easier. Yes. The proportion of ApoE4 carriers in the low and high dose for the Protocol Version 4 subset was the same and roughly the same as the overall population, i.e., 2/3 were ApoE4



Company Name: Biogen
Company Ticker: BIIB US
Date: 2019-12-05
Event Description: Biogen Inc Investor Q&A Call

Market Cap: 54022.4938544
Current PX: 299.39
YTD Change($): -1.53
YTD Change(%): -0.508

Bloomberg Estimates - EPS
Current Quarter: 7.95
Current Year: 33.064
Bloomberg Estimates - Sales
Current Quarter: 3524.654
Current Year: 14225.724

carriers.

## Alfred W. Sandrock, Executive VP of Research & Development and Chief Medical Officer

On the second question, Ronny, I think what you were noticing is that the incidence or the number of patients who discontinued treatment was larger than the number of patients who withdrew from the study. And that's because, as Samantha said this morning, even though patients discontinued treatment, we encourage them to stay in the study. And that's because what we want to avoid is missing values. And so yes, in some ways, I think you're pointing out that it may mitigate against the drug showing an effect because you have people who are no longer on treatment that are still being followed as if they were according to the dose group that they were randomized to. But that's the best way to do clinical trials. And so that's to minimize missing values.

## Operator

Your next question comes from the line of Cory Kasimov from JPMorgan.

## Neena Marie Bitritto-Garg, Analyst

This is Neena on for Cory. So I just have 2. The first is for the asymptomatic ARIA-E cases, can you just talk a little bit about what the severity were actually on MRI? So what percentage were maybe like mild, moderate and severe?

Then just a second question is just about Eisai presented some BAN2401 open-label extension data from the Phase IIb study. And that showed that essentially patients who came back into the open-label extension after being off drug for, I think, two years on average had essentially remained amyloid-negative and -- but there was a treatment effect that was sustained over time on multiple clinical endpoints. So what does this suggest, in your view, about the need for uninterrupted dosing with aducanumab? Because it seems like with BAN2401, patients who are off drug for a sustained period of time still had a treatment effect.

## Samantha Budd Haeberlein, VP of Clinical Development

Thanks for the questions. The first one in regards to the proportion of severity for the asymptomatic ARIA, that's a level of detail that we didn't go into this morning. And at a later date, we will do. But now is not the time for that level of information. I don't think we're going to comment on the BAN presentation at this time. And that's for another conversation.

## Alfred W. Sandrock, Executive VP of Research & Development and Chief Medical Officer

Yes, I agree. Yes. We're still in the early stages of understanding what happens after you stop treatment. And what's important now is that we're focusing on getting this filing done and also starting our own redosing study so that patients could get back on aducanumab.

## Operator

Your next question comes from the line of Robyn Karnauskas from SunTrust.

Company Name: Biogen
Company Ticker: BIIB US
Date: 2019-12-05
Event Description: Biogen Inc Investor Q&A Call

Market Cap: 54022.4938544
Current PX: 299.39
YTD Change($): -1.53
YTD Change(%): -0.508

Bloomberg Estimates - EPS
Current Quarter: 7.95
Current Year: 33.064
Bloomberg Estimates - Sales
Current Quarter: 3524.654
Current Year: 14225.724

### Robyn Karnauskas, Research Analyst

I do give kudos to Samantha on a great presentation. So I have 2 and one quick one. So I guess on Slide 55, where you talk about 51% of patients and 47% of patients post-PV4 received the full doses, that if you do the math, it's like really small numbers of patients, maybe in the hundreds. Can you help us understand like how that relates to your argument with the FDA? Will the FDA look at that as tangential? Or are they mainly focused on the overall ITT and none the post-PV4 group? Because it's a small subset. And I just want to understand what the meaningfulness of what you think that is for, like, 100 to 150 patients.

And the second was the doctor on the panel commented, who's been treating patients with ARIA, that he's gotten used to treating patients with ARIA. What is he -- how easy is it to deal with those patients. So we can understand in the real world if doctors are being nervous about giving this drug, who haven't had experience giving the drug in the clinic?

### Samantha Budd Haeberlein, VP of Clinical Development

Thanks, Robyn. I'll take the first half of that there. And I'm not going to speculate on what regulators might make of that subset. But what we are doing with looking at that subset is determine that there are individuals in ENGAGE who do have a response to aducanumab. And by selecting the patient population in that way, again, it's about ensuring that there's randomization and balance and opportunity for that high dose.

### Alfred W. Sandrock, Executive VP of Research & Development and Chief Medical Officer

And I would just say in terms of -- I mean it's hard to speculate what will happen if and when the drug is approved and what other doctors will do. But I would point out that several hundred doctors have -- are in our clinical trials right now, learning how to give aducanumab, how to deal with ARIA. And there'll be a learning curve. If the drug is launched, it'll be our job to make sure that we educate physicians, as we always do, in how to handle adverse events with any drug that we launch.

### Operator

Your next question comes from the line of Michael Yee from Jefferies.

### Michael Jonathan Yee, Equity Analyst

Congrats, Al and Samantha. I know this has been the culmination of years of work. So this was a big day for you guys. Two questions. One is, I guess if I take a step back, obviously, the big announcement that you're going to file has gotten everyone quite excited. Maybe can you just put that into context for us how we should interpret that? And more specifically, are there 1 or 2 things, Al, that drive your confidence in this? Because normally, we're used to not -- FDA not allowing post-talk analysis on all of this. So maybe just put that into context for us.

And the second part is related to Europe. Is there anything specifically different there that would drive the ability to file, or that's just a totally different political thing? Maybe just talk about Europe a little bit.

### Alfred W. Sandrock, Executive VP of Research & Development and Chief Medical Officer

**Company Name:** Biogen
**Company Ticker:** BIIB US
**Date:** 2019-12-05
**Event Description:** Biogen Inc Investor Q&A Call

**Market Cap:** 54022.4938544
**Current PX:** 299.39
**YTD Change($):** -1.53
**YTD Change(%):** -0.508

**Bloomberg Estimates - EPS**
**Current Quarter:** 7.95
**Current Year:** 33.064
**Bloomberg Estimates - Sales**
**Current Quarter:** 3524.654
**Current Year:** 14225.724

I'll start and then maybe Samantha can finish. But we don't file willy-nilly. I mean we only go to filing when we believe that there's a benefit/risk argument based on science, based on data. And look, I mean, if you look at our history, we haven't done filings right and left without good reason. And so -- and look, it's a lot of work to do a filing. And it's also a lot of work for FDA or other regulators that have to review the filings. So these are not things that we just do lightly. So I'll say that. And...

## Samantha Budd Haeberlein, VP of Clinical Development

Yes, I would agree, Al. And our decision to file -- an announcement to file came following interactions with the FDA, where it was agreed that it was reasonable to go to file. We have now initiated global interactions. And there's not much more to say about those at this time.

## Operator

Your next question comes from the line of Evan Seigerman from Crédit Suisse.

## Evan David Seigerman, VP & Senior Equity Research Analyst

Congrats on the presentation today. So I have a question on the amyloid reduction. How do you think about the amyloid reduction in both trials looking similar yet really yielding different results? And how does this square with your hypothesis that there was a sufficient difference in the trial with -- in relation to the protocol amendment to drive a divergent result?

## Alfred W. Sandrock, Executive VP of Research & Development and Chief Medical Officer

So I'll start. And I'm sure Samantha will have things to add. But I would point out that in the high -- in the low-dose group, the reduction was similar between EMERGE and ENGAGE. But in the high-dose group, there was actually a difference. And in fact, Samantha pointed out the SUVR numbers. Even though the amyloid PET was done in a sub-study, it is such a precise measurement. If you look at the error bars, they're tiny, they almost blend right into the actual symbol. And so the small differences between -- the difference between EMERGE and ENGAGE actually is significant. And I think Samantha pointed out this morning that in the EMERGE trial, the reduction was what we had expected based on the PRIME data. But ENGAGE fell short. And that's the reason why we started to focus on exposure because it looked like the amyloid reduction in ENGAGE was not quite what we had expected. And that's what led us down this track of looking at drug exposure.

## Samantha Budd Haeberlein, VP of Clinical Development

Yes, nothing to add. Thanks, Al.

## Operator

And your next question comes from the line of Brian Abrahams from RBC Capital Markets.

## Brian Corey Abrahams, Senior Biotechnology Analyst



**Company Name:** Biogen
**Company Ticker:** BIIB US
**Date:** 2019-12-05
**Event Description:** Biogen Inc Investor Q&A Call

**Market Cap:** 54022.4938544
**Current PX:** 299.39
**YTD Change($):** -1.53
**YTD Change(%):** -0.508

**Bloomberg Estimates - EPS**
Current Quarter: 7.95
Current Year: 33.064
**Bloomberg Estimates - Sales**
Current Quarter: 3524.654
Current Year: 14225.724

**FINAL**

**Bloomberg Transcript**

Congratulations on the very clear presentation today. Two quick ones from me. Among the post-PV4 patients that you presented today, what did the safety look like, particularly the ARIA rates in that group? Then in EMERGE, what was the median follow-up for patients who didn't reach week 78 and so whose primary endpoint data had to be imputed?

## Samantha Budd Haeberlein, VP of Clinical Development

I missed that second one. But in regards to the post-PV4, again, those are details that we're not yet at this time releasing. And what was important about the PV4 population was, again, trying to understand are there subjects in ENGAGE study that overall did not have a positive effect, either individuals who, on the basis of dose which was our hypothesis, do have a response. And so we do see that in the subgroup that we selected. I didn't hear the second question. Would you care to repeat that?

## Brian Corey Abrahams, Senior Biotechnology Analyst

Sure. I guess I was wondering in the EMERGE trial, for patients who did not reach week 78 and so whose primary endpoint data had to be imputed, what was the median follow-up for those patients? Trying to just gauge how close they were to week 78.

## Samantha Budd Haeberlein, VP of Clinical Development

Thanks. That I understand. That was, of course, highly variable and dependent on their enrollment time into the study. So that's not a simple number to provide.

## Operator

And your next question comes from the line of Geoff Meacham from Bank of America.

## Geoffrey Christopher Meacham, Research Analyst

Samantha, you mentioned collecting additional data from patients coming back on the study. I'm assuming that this would be just -- would this just be descriptive or would it be actually added to the filing package at some point in the future? Then when we look at the next steps beyond the filing, what, if anything, are you guys planning for prospective studies of aducanumab, either, obviously, could be a pre-market or a post-marketing setting?

## Samantha Budd Haeberlein, VP of Clinical Development

So Geoff, I think that additional data will be very important for us to understand more around the profile of the long-term exposure. And as I mentioned, more individuals with biomarker data will be of interest to us. But it's not required and it's not part of the filing that will occur at a different time frame. And that really is our focus at the moment is getting that study up and running before we turn to look at other types of studies that we might want to do in the future with aducanumab.

## Operator

Your next question comes from the line of Matthew Harrison from Morgan Stanley.



Company Name: Biogen
Company Ticker: BIIB US
Date: 2019-12-05
Event Description: Biogen Inc Investor Q&A Call
Market Cap: 54022.4938544
Current PX: 299.39
YTD Change($): -1.53
YTD Change(%): -0.508
Bloomberg Estimates - EPS
Current Quarter: 7.95
Current Year: 33.064
Bloomberg Estimates - Sales
Current Quarter: 3524.654
Current Year: 14225.724

## Vikram Purohit, Equity Analyst

This is Vikram on for Matthew. So we had a question about the amyloid PET scans. We're wondering if there's any correlation that you saw with those images, with the patients use in the post-Protocol 4 subset. And particularly, was there any reduction from baseline that was statistically different from the overall data that you saw in ENGAGE or EMERGE?

## Samantha Budd Haeberlein, VP of Clinical Development

Vikram, thanks for the question. The amyloid PET sub-study is a sub-study and as such is already a quite small group. And you can see, due to the early termination, the end fall down to about 80 individuals at the end. So we've avoided slicing the data any further than that. But we'll stand behind what we've seen in the PRIME study and also in this study that the amyloid PET reduction is very responsive to the exposure that individuals have received. So one might anticipate that, that would follow into the post-Protocol Version 4 population.

## Operator

Your next question comes from the line of Yatin Suneja from Guggenheim Partners.

## Yatin Suneja, MD & Senior Biotechnology Analyst

Congrats on the results. The panel discussion seems pretty intrigued by the functional endpoint. So could you maybe talk about the consistency of the results across various components? Was there any particular component that was driving the delta? Then can you also talk about how the functional endpoints trended in both the studies, specifically after the patients -- after you implemented the full commitment -- the Protocol 4 commitment?

## Samantha Budd Haeberlein, VP of Clinical Development

Yes, I'll take the last bit first. We didn't show the secondaries, including the functional endpoint for the Protocol Version 4 population. But the outcomes on those endpoints were consistent for that population. We haven't disclosed the pieces of those endpoints. One thing I would like to say is if you take a look at EMERGE, the primary endpoint, CDR sum of boxes, is comprised of both cognitive and functional components, 3 pieces each. Then the others, MMSE and ADAS-Cog are more cognitive tests. Then you've got ADCS-ADL, which is a functional score. So it's the breadth of (endpoints) having an effect on each of these, which is encouraging rather than any one of them or pieces thereof.

## Operator

Your next question comes from the line of Paul Matteis from Stifel.

## Paul Andrew Matteis, Co

Great. I wanted to ask one question about data imputation and one question about the biomarker data. I was wondering, as I understand it, you used MMRM to impute missing data. And it assumes that dropouts would behave similarly to other patients in the same group. But in this case, part of the hypothesis is that later-enrolled patients that get higher exposures might actually do better. So can you talk about how you use MMRM in the context of that hypothesis?

Then secondarily, I was wondering if you could just comment at all on the magnitude of amyloid reductions you saw in the EMERGE study in patients pre and post the PV4 time point.



Company Name: Biogen
Company Ticker: BIIB US
Date: 2019-12-05
Event Description: Biogen Inc Investor Q&A Call

Market Cap: 54022.4938544
Current PX: 299.39
YTD Change($): -1.53
YTD Change(%): -0.508

Bloomberg Estimates - EPS
Current Quarter: 7.95
Current Year: 33.064
Bloomberg Estimates - Sales
Current Quarter: 3524.654
Current Year: 14225.724

### Samantha Budd Haeberlein, VP of Clinical Development

All right. I think we just talked about the magnitude of amyloid pre; and post-PV4. And that's a subgroup of a subgroup. So we haven't been looking at data to that degree.

With regards to data imputation, I'm not a statistician. And I think it's quite complicated how data is imputed at a given time point after -- along the way. So I don't want -- I don't know if we really want to go into that at this particular point in time.

### Operator

Your next question comes from the line of Mohit Bansal from Citigroup.

### Mohit Bansal, VP and Analyst

So if I look at Slide #55, it seems like about half of the EMERGE and ENGAGE patients did receive a full possible 14 doses of highest dose. But then if I look at Slide 57, the number of patients who had the 78-week analysis visit, it seemed to be just 1/4 of the patients. So why is there a difference here? Then also, is this normal to use MMRM-based modeling for 50% to 75% of the patients using imputation?

### Samantha Budd Haeberlein, VP of Clinical Development

So I'm struggling to understand which slides we're referring to here.

### Mohit Bansal, VP and Analyst

So I'm talking about Slide 55. It seems like about half of the patients in this trial -- in both these trials for post-PV4 analysis had -- they did receive 14 doses of the highest dose. But then I look at the Slide 57, at the bottom, high-dose aducanumab, out of 282 -- or so roughly 280 patients in each of these trials, only 70 to 80 patients actually were available for analysis at week 78, it seems like that. So it's just 1/4 of those patients. So why is that difference there between 50% versus 25%? Then since you are using some kind of imputation using MMRM, I'm trying to understand, it seems like a lot of imputation between 50% to 75% using modeling versus real data. So is this normal there?

### Samantha Budd Haeberlein, VP of Clinical Development

So yes, thanks. I understand the data that you're looking at. And if I can describe because there might be a misunderstanding there. So on Slide 55, these are showing the doses received in the post-PV4 population. And because we're showing doses out to week 78, we can only include the OTC population in this chart. And it's about 50% of a smaller group. So it's not 50% of the overall trial. And I think you'll find that then on Slide 57, at week 78, that number then is 50% of the post-PV4 population. So that's just to try and clarify your first question.

To the second question. And this came up previously, the MMRM and the use of missing at random, the administrative censoring of the individuals, i.e., the early termination of studies, leads to data that is not missing, not missing at random that is, because we understand why we do not have that final data point. And that's why it has been appropriate to use that analysis. And as we mentioned earlier on, the sensitivity analysis is to look at those who had the opportunity to complete. And we did present that in October. So if you look at just the completers, you see the same outcome as using the MMRM model with the imputed subjects who did not complete.



Company Name: Biogen                                     Market Cap: 54022.4938544          Bloomberg Estimates - EPS
Company Ticker: BIIB US                                    Current PX: 299.39                        Current Quarter: 7.95
Date: 2019-12-05                                              YTD Change($): -1.53                       Current Year: 33.064
Event Description: Biogen Inc Investor Q&A Call     YTD Change(%): -0.508                   Bloomberg Estimates - Sales
                                                                                                                      Current Quarter: 3524.654
                                                                                                                      Current Year: 14225.724

## Operator

Your next question comes from the line of Alethia Young from Cantor Fitzgerald.

## Alethia Rene Young, Head of Healthcare Research

Congrats to Al and Sam on all the work on this, pretty incredible. So I just had a question a little bit talking about the ARIA-E. And there were situations where it resolved in 4 weeks versus 15 weeks. Can you just give us any kind of -- were there any correlations around cases and symptoms that resolved faster than others? Then on Slide 56 was the one where you were talking about the pooled analysis and looking at on the ITT and the post-PV. Were there any p-values associated there with CDR sum of boxes that you could offer up?

## Samantha Budd Haeberlein, VP of Clinical Development

I'll take the second one. First of all, it's not pooled. That is the post-Protocol Version 4 group. It's not a pooling. That is each individual study separately. And we didn't present p-values because this is a post hoc subgroup. And so we've got the confidence intervals for you there to see what the overall variation looks like in those groups. Al?

## Alfred W. Sandrock, Executive VP of Research & Development and Chief Medical Officer

And I think in the first half of your question, Alethia, you were asking whether there were any characteristics of the ARIA that resolved faster than others, did I get that right?

## Alethia Rene Young, Head of Healthcare Research

Right.

## Alfred W. Sandrock, Executive VP of Research & Development and Chief Medical Officer

Yes. So we haven't looked at that yet. But it is something that is potentially of interest for clinicians if and when the drug is approved. So we will be looking at that.

## Samantha Budd Haeberlein, VP of Clinical Development

Yes, just to add that the time frame of resolution, that's on MRI. So that doesn't relate to symptoms.

## Alfred W. Sandrock, Executive VP of Research & Development and Chief Medical Officer

And it also depends on when you took the MRI too. So you can't do it every day. So it partly depends on when -- the timing of the MRIs.



Company Name: Biogen
Company Ticker: BIIB US
Date: 2019-12-05
Event Description: Biogen Inc Investor Q&A Call

Market Cap: 54022.4938544
Current PX: 299.39
YTD Change($): -1.53
YTD Change(%): -0.508

Bloomberg Estimates - EPS
Current Quarter: 7.95
Current Year: 33.064
Bloomberg Estimates - Sales
Current Quarter: 3524.654
Current Year: 14225.724

## Operator

Your next question comes from the line of George Farmer from BMO Capital Markets.

## George Farmer, Analyst

Congratulations on all the data. Following up on Alethia's question on Slide 56, that seems to me to be pretty important as far as the overall application is concerned. And I appreciate that it's post hoc analysis and that p-values can't be provided. But isn't that going to be a critical focus of FDA, do you think, when they review the application?

## Samantha Budd Haeberlein, VP of Clinical Development

Again, I don't really want to speculate on how the regulators would look at this kind of data. What we've done to look at this data is to help us understand what happened in ENGAGE. And it gives us confidence that if you select the patient population who had the opportunity for the intended dose that we do see some effect. So I think it's very important from that perspective.

## Alfred W. Sandrock, Executive VP of Research & Development and Chief Medical Officer

Yes. And in our experience, obviously, we will send all the data to FDA. And they will do additional analyses as they please

## Joe Mara, VP of Finance and Head of IR

So we probably have time for about 2 more questions.

## Operator

And your next question comes from the line of Salim Syed from Mizuho.

## Salim Qader Syed, MD, Senior Biotechnology Analyst of Equity Research & Head of Biotechnology Research

Just a couple from me, if I may. One, on the Slide 57, where you have the PV4 longitudinal data on CDR sum of the boxes, if the hypothesis here is that dose really matters, right. And we -- you have one slide that shows that the cumulative median dose was 56, 98 mgs per kg in a low dose and 153 mgs per kg in the high dose, could you maybe shed some light on as to why the lines are overlapping here if, again, dose really matters?

Then the second question just for Al. Al, just one of the things I've struggled with. And then I know you've mentioned that one of the options here is for Biogen to do a confirmatory study post-approval. How would that exactly be done given it would be, I would think, incredibly hard to fill up the placebo arm?

## Samantha Budd Haeberlein, VP of Clinical Development

Company Name: Biogen
Company Ticker: BIIB US
Date: 2019-12-05
Event Description: Biogen Inc Investor Q&A Call

Market Cap: 54022.4938544
Current PX: 299.39
YTD Change($): -1.53
YTD Change(%): -0.508

Bloomberg Estimates - EPS
Current Quarter: 7.95
Current Year: 33.064
Bloomberg Estimates - Sales
Current Quarter: 3524.654
Current Year: 14225.724

I'll take the first bit there, looking at Slide 57. And so we were discussing this a little bit earlier on. But it's the character of the dosing is what we've learned a lot more around. So reaching a target dose, having that for a duration and uninterrupted has helped us understand who will best respond. And so we have not, through the presentation, actually put the median cumulative dose for the low-dose group in the post-Protocol Version 4. However, as I was saying earlier on, that group also benefited from the change in ARIA management and so had less dosing interruptions.

## Alfred W. Sandrock, Executive VP of Research & Development and Chief Medical Officer

Yes. And I think on the first -- or the second part of your question. But we haven't even done the filing yet. So we're focused on that. And what -- I don't want to speculate as to what kinds of trials we would do or nor how we would do it if and when the time comes.

## Operator

And your final question comes from the line of Laura Chico from Wedbush Securities.

## Laura Kathryn Chico, SVP of Equity Research

I guess I had just a couple before we go here. What doses will you actually be seeking approval on? Should we assume that you're going to be focusing just on the high dose within final labeling here? And I guess I keep hearing the message that consistency is important. The character of dosing is important. But doesn't that argue for the completion of a second study here? I guess I understand it's important to redose patients but just trying to get a better understanding there. And if you do either do a restart or a second study, would you be expanding the biomarker analysis in that?

## Alfred W. Sandrock, Executive VP of Research & Development and Chief Medical Officer

In terms of the doses, I mean, that will be a matter of review. Obviously, they have all the data from all the various doses. And I'm quite sure that the regulators will -- well, if it's approved, the doses that will provide the best benefit/risk profile for patients will be the ones -- one or ones that are approved.

Then in terms of -- I think there was a question about whether we would do biomarkers in a potential additional study?

## Samantha Budd Haeberlein, VP of Clinical Development

Well we're not preparing for an additional study. But we talked about the redosing study. And having biomarkers measured there is important to us.

## Alfred W. Sandrock, Executive VP of Research & Development and Chief Medical Officer

Yes.

## Joe Mara, VP of Finance and Head of IR

**Company Name: Biogen**
**Company Ticker: BIIB US**
**Date: 2019-12-05**
**Event Description: Biogen Inc Investor Q&A Call**

**Market Cap: 54022.4938544**
**Current PX: 299.39**
**YTD Change($): -1.53**
**YTD Change(%): -0.508**

**Bloomberg Estimates - EPS**
**Current Quarter: 7.95**
**Current Year: 33.064**
**Bloomberg Estimates - Sales**
**Current Quarter: 3524.654**
**Current Year: 14225.724**

Well thanks, everyone. Thanks for all the questions. And now we'll end our call. Thanks so much.

## Operator

Ladies and gentlemen, this concludes today's conference call. Thank you for participating. You may now disconnect.

*This transcript may not be 100 percent accurate and may contain misspellings and other inaccuracies. This transcript is provided "as is", without express or implied warranties of any kind. Bloomberg retains all rights to this transcript and provides it solely for your personal, non-commercial use. Bloomberg, its suppliers and third-party agents shall have no liability for errors in this transcript or for lost profits, losses, or direct, indirect, incidental, consequential, special or punitive damages in connection with the furnishing, performance or use of such transcript. Neither the information nor any opinion expressed in this transcript constitutes a solicitation of the purchase or sale of securities or commodities. Any opinion expressed in the transcript does not necessarily reflect the views of Bloomberg LP.*

*© COPYRIGHT 2020, BLOOMBERG LP. All rights reserved. Any reproduction, redistribution or retransmission is expressly prohibited.*