# Exhibit P

**DN1 Review of Clinical Data**

| | |
|---|---|
| **BLA (Serial Number)** | **761178** |
| **Sponsor:** | **Biogen Inc.** |
| **Drug:** | **Aducanumab** |
| **Proposed Indication:** | **To delay clinical decline in patients with Alzheimer's Disease** |
| | |
| **Date Received / Agency:** | **07/07/2020** |
| **Date Review Completed:** | **06/06/2021** |
| **Reviewer:** | **Michelle Campbell, PhD** |

## 1. Background

This marketing application is for aducanumab (previously BIIB037), a human immunoglobulin gamma 1 (IgG1) anti-amyloid beta (Aβ) monoclonal antibody targeting aggregated forms of Aβ. The applicant's proposed indication is to delay clinical decline in patients with Alzheimer's disease.

Alzheimer's disease is a progressive, degenerative brain disorder that affects memory, thinking, and behavior and is the most common cause of dementia. According to a recent report (Alzheimer's Association 2021), an estimated 6.2 million Americans age 65 and older are currently living with Alzheimer's disease dementia. In the absence of interventions to prevent or slow the disease, the number is projected to reach 12.7 million by 2050. The report notes that Alzheimer's disease is the sixth-leading cause of death in the United States and the fifth-leading cause of death for those age 65 and older. Almost two-thirds of Americans with Alzheimer's disease are women. Older African Americans and Latinos are disproportionately more likely to have Alzheimer's disease than White Americans (Alzheimer's Association 2021).

Alzheimer's disease exists on a continuum from pathophysiological changes in the brain which are undetectable to the person affected, to subtle problems with memory and thinking, and ultimately difficulties with memory, language, problem-solving, and other skills that affect an individual's ability to perform everyday activities. The disease process may begin 20 years or more before symptoms arise (Vermunt et al. 2019).  Life expectancy varies depending on many factors, but after a diagnosis of Alzheimer's dementia the average survival is 4 to 8 years (Alzheimer's Association 2021). The long duration of the disease contributes to the burden not only of the individuals with the disease, but also their families and caregivers who provide most of the patient care and are at an increased risk for emotional distress and negative mental and physical outcomes.

Patients with Alzheimer's disease and their caregivers have stated that loss of memory and forgetfulness, concentration, communication, impact of moods and emotions, and decreased social engagement are critical areas of the disease which impacts their lives the most. Patients also identified that meaningful treatment outcomes include better

Reference ID: 4807066

memory function, disease modification, and maintaining independence (DiBenedetti et al. 2020).  These concepts are aligned with the Agency's 2018 Early Alzheimer's Disease: Developing Drug for Treatment Guidance for Industry on endpoints for early Alzheimer's disease trials. This review will focus only on the appropriateness of the clinical outcome assessments used by the applicant in its development program. For a complete review of the efficacy data, see Dr. Krudys' s clinical review.

## 2.  Summary of Submission

Study Design

Study 302 was a multicenter, randomized, double-blind, placebo-controlled, parallel-group study in patients with Alzheimer's disease (stage of disease – MCI or mild dementia). The study was conducted in 181 centers globally. Randomization was stratified by site and by ApoE ε4 carrier status (carrier or non-carrier), and enrollment was monitored such that 80% of the population included patients with a baseline clinical stage of MCI due to Alzheimer's disease. The study included an 8-week screening period, a 78-week placebo-controlled treatment period and a safety follow-up period of 18 weeks after the final dose. For the placebo-controlled period, patients were randomized to aducanumab low dose, aducanumab high dose, or placebo treatment in a 1:1:1 ratio. Patients who completed the placebo-controlled period had the option to enter the 5-year, dose-blind, long-term extension (LTE) period. Patients randomized to placebo during the placebo-controlled period were assigned to aducanumab low dose or aducanumab high dose in the LTE.  Patients randomized to aducanumab in the placebo-controlled period continued in the same treatment group for the LTE period.

Diagnostic Criteria

At the time of enrollment, patients fulfilled clinical criteria for either MCI due to Alzheimer's disease or mild Alzheimer's disease dementia as defined by the 2011 National Institute on Aging-Alzheimer's Association (NIA-AA) framework (Albert et al. 2011). Patients were also required to have evidence of brain Aβ pathology by visual read of a positron emission tomography (PET) scan.

Key Inclusion Criteria

1.  Male or female patients age 50 to ≤85 years
2.  At least 6 years of education or work experience
3.  Positive amyloid PET scan
4.  CDR global score of 0.5
5.  Repeatable Battery for the Assessment of Neuropsychological Status (RBANS) score ≤85
6.  Mini-Mental State Examination (MMSE) score ≥24

2

Reference ID: 4807066

7. Must consent to ApoE genotyping
8. Has one informant/care partner who is able to provide accurate information about the subject's cognitive and functional abilities and should be available for the duration of the study

<u>Key Exclusion Criteria</u>

1. Any uncontrolled medical or neurological condition (other than Alzheimer's disease) that may be a contributing cause of the subject's cognitive impairment
2. Clinically significant unstable psychiatric illness within 6 months prior to screening
3. Transient ischemic attack or stroke or any unexplained loss of consciousness within 1 year prior to screening
4. Brain MRI performed at screening that shows evidence of any of the following: acute or sub-acute hemorrhage, prior microhemorrhage or prior subarachnoid hemorrhage (unless finding is not due to an underlying structural or vascular hemorrhage), greater than 4 microhemorrhages, cortical infarct, >1 lacunar infarct, superficial siderosis or history of diffuse white matter disease
5. Contraindications to having a brain MRI or PET scan
6. History of bleeding disorder
7. Use of medications with platelet anti-aggregant or anti-coagulant properties (unless aspirin at ≤325 mg daily)
8. Uncontrolled hypertension or history of unstable angina, myocardial infarction, chronic heart failure or clinically significant conduction abnormalities
9. Participation in any active immunotherapy study targeting Aβ, any passive immunotherapy study targeting Aβ within 12 months of screening or any study with purported disease-modifying effect in AD within 12 months of screening unless documentation of receipt of placebo

**Study Endpoints**

<u>Primary Efficacy Endpoint</u>

The primary efficacy endpoint was the change from baseline in CDR-SB at Week 78. The CDR-SB is a clinician-reported outcome measure which assesses three domains of cognition (memory, orientation, judgment/problem solving) and three domains of function (community affairs, home/hobbies, personal care) using semi-structured interviews with the patient and a reliable companion or informant. A qualified rater uses patient/caregiver interview data and clinical judgment to assign scores for each domain ranging from none=0, questionable = 0.5, mild = 1, moderate = 2 to severe = 3. The personal care domain does not include the 0.5 score. Scores from each domain are summed to provide the CDR-SB value ranging from 0 to 18, with higher scores indicating

3

Reference ID: 4807066

greater disease severity. CDR-SB has been described in the literature (Cederbaum et al. 2013) as a suitable primary endpoint for clinical trials in patients with early Alzheimer's disease due to its ability to assess both cognitive and functional disability. CDR-SB is accepted by FDA as an acceptable primary outcome assessment for studies of Alzheimer's disease intended to demonstrate substantial evidence of effectiveness. It has been widely used as the primary efficacy endpoint in clinical trials for other investigational drugs in this population.

CDR-SB assessments were conducted by an independent and blinded HCP not involved in patient care or management.  Given the importance of the reliable informant or companion, the inclusion criteria included a stipulation that the informant should be available for the duration of the study and the use of the same informant for the duration of the study was encouraged. Raters were required to complete qualification and training prior to being eligible to administer the assessment. All sites were asked to maintain the same rater throughout the study to ensure consistency. If a rater administered the CDR-SB to a patient, that rater was not allowed to administer the other neurocognitive assessments to that patient at any point during the study. Selected assessments were reviewed by central raters for consistency. If the central review resulted in feedback to the site rater, the site rater either agreed with the feedback and updated the assessment or provided rationale for not making the update.

Secondary Endpoints

The secondary endpoints were assessed by a second HCP who was independent from the rater responsible for administering the CDR-SB. This rater was also independent from and blinded to study treatment and not part of the patient's care or management. As with CDR-SB, all sites were asked to maintain the same rater throughout the study to ensure consistency.

 *MMSE*

The MMSE is a performance outcome measure which assesses cognitive ability, and consists of 11 tasks evaluating orientation, word recall, attention and calculation, language, and visuospatial functions. The scores from the 11 tests are summed to obtain a total score, which ranges from 0 to 30, with lower scores indicating greater cognitive impairment. It is often used in clinical practice or as a staging instrument for trial inclusion. It is also used as an efficacy assessment in clinical trials.

Reference ID: 4807066

*ADAS-Cog 13*

The ADAS-Cog is a clinician-reported outcome cognitive assessment consisting of clinical ratings and cognitive tasks that was originally developed for use in clinical trials of patients with later stages of Alzheimer's disease dementia.  ADAS-Cog 13 contained the ADAS-Cog-11 items, which measure disturbances of memory, language, and praxis, plus two additional tasks, delayed word recall and number cancellation, to create the ADAS-Cog 13, for use in an earlier disease population. The ADAS-Cog 13 includes 9 items that test performance (up to 65 points) and 4 clinician-rated items that test language and memory (up to 20 points), for a total score ranging from 0 to 85, with higher scores indicating greater cognitive impairment. The 13 items assess word recall, ability to follow commands, constructional praxis, naming, ideational praxis, orientation, word recognition, comprehension of spoken language, memory, word-finding, language ability, delayed word recall, and concentration.

*ADCS-ADL-MCI*

The ADCS-ADL-MCI is an interview-administered questionnaire for patients and their caregivers to respond on activities of daily living. The ADCS-ADL-MCI consists of 17 instrumental items and 1 basic item (getting dressed), intended to reflect activities of daily living. Informants are asked whether the patient attempted each item during the prior 4 weeks and their level of performance. Responses are "Yes," "No," or "Don't Know" with additional sub-ratings depending on the item. The total score ranges from 0 to 53 with lower scores indicating greater impairment. The ADCS-ADL-MCI was adapted from the ADCS-ADL, which was developed for a population with more advanced disease.

Tertiary Endpoint

NPI-10 is an interviewed administer questionnaire for patients and their caregivers.  The NPI-10 assesses the presence, frequency, and severity of 10 neuropsychiatric domains: delusions, hallucinations, dysphoria, apathy, euphoria, disinhibition, agitation/aggression, irritability/liability, anxiety, and aberrant motor behavior.  The total score ranges from 0 to 120 with higher scores indicating worse symptoms.

Correlations Values of Endpoints

To examine the potential for any redundancy or multicollinearity, the applicant performed both a Spearman rho correlation and a principal components analysis. The correlation matrix showed a range of small to moderate correlation between the clinical outcome assessments used to support the primary and secondary endpoints.

5

Reference ID: 4807066

Table 1. Study 302 Correlations at Week 78 between changes from baseline on Primary and Secondary endpoints

| | **Prob > \|r\| under H0: Rho=0** | | | |
|---|---|---|---|---|
| | **Number of Observations** | | | |
| | **CDRSB** | **MMSE** | **ADAS-cog** | **ADCS-ADL-MCI** |
| **CDRSB** | 1.000 | -0.557 | 0.494 | -0.639 |
| | | <.0001 | <.0001 | <.0001 |
| | 877 | 876 | 866 | 862 |
| **MMSE** | -0.557 | 1.000 | -0.583 | 0.443 |
| | <.0001 | | <.0001 | <.0001 |
| | 876 | 880 | 869 | 864 |
| **ADAS-cog** | 0.494 | -0.583 | 1.000 | -0.397 |
| | <.0001 | <.0001 | | <.0001 |
| | 866 | 869 | 869 | 857 |
| **ADCS-ADL-MCI** | -0.639 | 0.443 | -0.397 | 1.000 |
| | <.0001 | <.0001 | <.0001 | |
| | 862 | 864 | 857 | 864 |

From FDA Statistical Review, Table 26, page 102

Using a principal components analysis of the 48 individual items from CDR-SB, MMSE, ADAS-Cog 13, and ADCS-ADL-MCI, baseline and change from baseline data from Study 301 and Study 302 to assess the degree to which the items capture similar or distinct information, the applicant determined that the overlap or shared variance between the items was 5-25%, and concluded that each outcome assessment was independent from one another and captured distinct concepts from the patient.

### 3.  Reviewer's Summary Comments

The clinical outcome assessments used to support the study endpoints are assessments that are adequate and suitable for use in this drug development program. These assessments captured the symptoms and impacts of Alzheimer's disease that are meaningful to patients (Harty et al. 2020). Additionally, these assessments align with the Agency's 2018 *Early Alzheimer's Disease: Developing Drug for Treatment Guidance for Industry* and measures concepts/domains adequately to support study endpoints. There

6

Reference ID: 4807066

was an SPA agreement for the endpoints selected and used in this drug development program. For additional details, see Dr. Krudys' s efficacy review.

The correlations values shown in Table 1 do not suggest concern for redundancy or multicollinearity of the outcome assessments or the items included in the outcome assessments used in this drug development program. Correlations values that are 0.85 or over would suggest a concern for the presence of redundant items. The correlations values seen in this drug development program are acceptable.  It is expected with the progressive nature of Alzheimer's disease to see some correlation between the clinical outcome assessments. The clinical outcome assessments used in this drug development program do measure distinct concepts. The applicant's principal components analysis also support that distinct, independent domains are being measured using the clinical outcome assessments for this drug development program.

## 4.  Conclusions

Patients with Alzheimer's disease and their caregivers have stated that loss of memory and forgetfulness, concentration, communication, impact of moods and emotions, and decreased social engagement are critical areas of the disease which impact their lives the most. Patients also identified that meaningful treatment outcomes include better memory function, disease modification, and maintaining independence (DiBenedetti et al. 2020).  The clinical outcome assessments used in the aducanumab development program were appropriate and adequate to support study endpoints.  These clinical outcome assessments capture clinically meaningful aspects of an Alzheimer's patient's life. These clinical outcome assessments capture distinct, independent concepts and domains. There is no concern for redundancy or multicollinearity with the correlation values presented in Table 1.   Collectively, the clinical outcome assessments supporting the primary, secondary, and tertiary endpoints capture the broad impact of Alzheimer's disease in a patient's life.

## 5.  References

Alzheimer's Association, 2021, 2021 Alzheimer's Disease Facts and Figures, Special Report: Race, Ethnicity and Alzheimer's in America. https://www.alz.org/media/Documents/alzheimers-facts-and-figures.pdf

Cedarbaum, JM, M Jaros, C Hernandez, N Coley, S Andrieu, M Grundman, B Vellas, and Alzheimer's Disease Neuroimaging Initiative, 2013, Rationale for Use of the Clinical Dementia Rating Sum of Boxes as a Primary Outcome Measure for Alzheimer's Disease Clinical Trials, Alzheimers Dement., 9(1 Suppl):S45-55.

DiBenedetti, DB, Slota C, Wronski AL, Vradenburg G, et al., 2020, Assessing what matters most to patients with or at risk for Alzheimer's and care partners: a qualitative study evaluating symptoms, impacts and outcomes, Alzheimer's Research & Therapy, 12:90

7

Hartry A, Menne H, Wronski S, Paulson R, Callahan L, Potashman M, Lee D, Wunderlich G, Hoffman D, Wieberg D, Kremer I, Hauber B, DiBenedetti D. Evaluation of what matters most in existing clinical outcomes assessments in Alzheimer's Disease. Poster presented at the 2020 Alzheimer's Association Virtual International Conference (AAIC); July 29, 2020.

Vermunt, L, SAM Sikkes, A van den Hout, R Handels, I Bos, WM van der Flier, S Kern, PJ Ousset, P Maruff, I Skoog, FRJ Verhey, Y Freund-Levi, M Tsolaki, AK Wallin, MO Rikkert, H Soininen, L Spiru, H Zetterberg, K Blennow, P Scheltens, G Muniz-Terrera, PJ Visser, for the Alzheimer Disease Neuroimaging Initiative, AIBL Research Group, ICTUS/DSA study groups, 2019, Duration of Preclinical, Prodromal, and Dementia Stages of Alzheimer's Disease in Relation to Age, Sex, and APOE Genotype, Alzheimer's & Dementia, 15:888-898.

.

8