**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com

*Counsel for Plaintiffs*
*and the Putative Class*

[Additional Counsel on signature page]

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NADIA SHASH and AMJAD KHAN Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br>v.<br><br>BIOGEN INC., MICHEL VOUNATSOS, ALFRED W. SANDROCK, JR., and SAMANTHA BUDD-HAEBERLEIN,<br><br>Defendants. | CASE No.: 1:21-cv-10479-IT<br><br>**DECLARATION OF JONATHAN HORNE IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** |

I, JONATHAN HORNE, hereby declare as follows:

1.      I am a partner at The Rosen Law Firm, P.A., counsel for Lead Plaintiff Nadia Shash, Named Plaintiff Amjad Khan, and the Putative Class ("Plaintiffs"). I submit this declaration in support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Second Amended Complaint.

2.      Attached as Exhibit 1 is a true and correct copy of Y.H. Chan, *Biostatistics 104: Correlational Analysis*, 44 Singapore Med. 12:614-19 (2003), available at <https://www.sma.org.sg/smj/4412/4412bs1.pdf>

3.      Attached as Exhibit 2 is a true and correct copy of an October 20, 2021 J.P. Morgan analyst report on Biogen Inc., titled *3Q Snapshot – Adu Goes Missing in 3Q As Near-Term Outlook Remains Challenged*.

4.      Attached as Exhibit 3 is a true and correct copy of Biogen Inc. (BIIB) historical stock data from May 3, 2021 through November 3, 2021, obtained through Yahoo! Finance on November 4, 2021.

5.      Attached as Exhibit 4 is a true and correct copy of a transcript of Biogen Inc.'s Q3 2019 Earnings Call held on October 22, 2019, obtained from Bloomberg.

6.      Attached as Exhibit 5 is a true and correct copy of excerpts from Annual Report on Form 10-K for the year ended December 31, 2018, filed with the Securities and Exchange Commission on February 8, 2019, and available at <https://www.sec.gov/Archives/edgar/data/0000875045/000087504519000006/biib-20181231x10k.htm>.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 4, 2021.

*/s/ Jonathan Horne*
Jonathan Horne

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2021, a true and correct copy of the foregoing **DECLARATION OF JONATHAN HORNE IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** was served by CM/ECF to parties registered to the Court's CM/ECF system.

/s/Laurence Rosen