# Exhibit 2

**J.P.Morgan**

North America Equity Research
20 October 2021

# Biogen

## 3Q Snapshot - Adu Goes Missing in 3Q As Near-Term Outlook Remains Challenged

BIIB's top- and bottom-line beat (driven largely by Tecfidera, which is facing generic erosion in the US) will do little to bolster sentiment as focus remains squarely on the increasingly tenuous outlook for Aduhelm. On that front, nearly nonexistent 3Q Adu sales ($0.3M vs. $17M cons.) certainly doesn't help; see our initial thoughts here. Mgmt does not expect a meaningful Adu revenue inflection until the final NCD decision in April 2022, and even assuming a favorable outcome, this puts a potential inflection in uptake just ahead of key clinical and/or regulatory developments for competitor agents (incl. LLY's donanemab, Roche's gantenerumab, and Eisai/BIIB's own lecanemab). If successful in Phase 3, we suspect one or more of these agents could supplant Aduhelm (particularly if a cognition benefit is achieved), leaving substantial uncertainty at this stage as to the likely LT winner(s) among the anti-amyloid-β class. Overall, with the lingering Aduhelm controversy and ongoing competitive/generic pressures to the base business (Spinraza, Tecfidera, etc.), we continue to see a challenging outlook for BIIB. Reiterate Neutral.

### Quick Takes from the Conference Call & Mgmt Follow-Up

- **Management noted that an inflection in Aduhelm uptake is expected following the anticipated NCD decision in April 2022**, implying very minimal Adu revenues in 4Q21/1Q22. Assuming a favorable NCD decision, mgmt expects a "non-linear" inflection in uptake, but acknowledged substantial physician education on the risk/benefit profile will be necessary (particularly amid negative Aduhelm headlines in the media). Initial sales would also still be limited by the products titration schedule.

- **The company expects a *draft* NCD decision in Jan 2022.** A positive outcome could begin to mobilize great commercial activity in the community, but a meaningful sales ramp is not expected ahead of a positive final decision in April 2022. On the NCD decision, mgmt reiterated five possible outcomes: 1) no coverage decision; 2) coverage to indication (i.e., per the approved label); 3) coverage with restrictions; 4) coverage with evidence; or 5) leave to the discretion of the MACs.

- **The company reported that as of today, ~120 Aduhelm sites have been activated** (meaning at least one patient dosed; up from 50 on 9/9) of the ~900 initial target centers cited on their 2Q call. Little detail was given for the lack of uptake (and for that matter, how many patients have actually been dosed), though mgmt continues to point to reimbursement/access as the primary impediment to uptake. We still suspect the sticker shock associated with the higher than expected gross price (and harsh reaction from the Alzheimer's community, media, and Street) isn't helping matters.

- **We reduce our Dec-22 PT to $324 (from $425 prior).**

Sources for: Style Exposure – J.P. Morgan Quantitative and Derivatives Strategy; all other tables are company data and J.P. Morgan estimates.

## Neutral

**BIIB, BIIB US**
Price (20 Oct 21): $266.57

▼ **Price Target (Dec-22): $324.00**
Prior (Dec-22): $425.00

### Biotechnology – Large Cap

**Cory Kasimov** AC
(1-212) 622-5266
cory.w.kasimov@jpmorgan.com
**Bloomberg** JPMA KASIMOV <GO>
J.P. Morgan Securities LLC

**Gavin Scott**
(1-212) 622-0579
gavin.scott@jpmorgan.com
J.P. Morgan Securities LLC

**Thomas Deal**
(1-212) 622 0851
thomas.deal@jpmchase.com
J.P. Morgan Securities LLC

**Manish Jajoo**
(91-22) 6157-5098
manish.jajoo@jpmchase.com
J.P. Morgan India Private Limited

### Key Changes (FYE Dec)

|  | Prev | Cur |
|---|---|---|
| Adj. EPS - 21E ($) | 17.50 | 19.02 |
| Adj. EPS - 22E ($) | 19.30 | 18.57 |

### Quarterly Forecasts (FYE Dec)

**Adj. EPS  ($)**

|  | 2020A | 2021E | 2022E |
|---|---|---|---|
| Q1 | 9.14 | 5.34A |  |
| Q2 | 10.26 | 5.68A |  |
| Q3 | 5.64 | 4.77A |  |
| Q4 | 4.58 | 3.25 |  |
| FY | 29.92 | 19.02 | 18.57 |

### Style Exposure

| Quant Factors | Current %Rank | Hist %Rank (1=Top) | | | |
|---|---|---|---|---|---|
|  |  | 6M | 1Y | 3Y | 5Y |
| Value | 18 | 14 | 14 | 20 | 21 |
| Growth | 77 | 68 | 23 | 25 | 20 |
| Momentum | 42 | 96 | 80 | 23 | 17 |
| Quality | 19 | 14 | 1 | 20 | 3 |
| Low Vol | 39 | 28 | 15 | 22 | 29 |
| ESGQ | 6 | 2 | 14 | 12 | 4 |

**See page 8 for analyst certification and important disclosures, including non-US analyst disclosures.**
J.P. Morgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Cory Kasimov
(1-212) 622-5266
cory.w.kasimov@jpmorgan.com

**North America Equity Research**
20 October 2021

**J.P.Morgan**

## Price Performance



| | YTD | 1m | 3m | 12m |
|---|---|---|---|---|
| Abs | 8.9% | -10.7% | -17.3% | -0.2% |
| Rel | -11.4% | -14.4% | -21.9% | -31.5% |

## Company Data

| | |
|---|---|
| Shares O/S (mn) | 151 |
| 52-week range ($) | 468.55-223.25 |
| Market cap ($ mn) | 40,133.45 |
| Exchange rate | 1.00 |
| Free float(%) | 99.4% |
| 3M - Avg daily vol (mn) | 0.98 |
| 3M - Avg daily val ($ mn) | 306.4 |
| Volatility (90 Day) | 29 |
| Index | S&P 500 |
| BBG BUY|HOLD|SELL | 18|13|0 |

## Key Metrics (FYE Dec)

| $ in millions | FY20A | FY21E | FY22E | FY23E |
|---|---|---|---|---|
| **Financial Estimates** | | | | |
| Revenue | 13,445 | 10,792 | 9,956 | 11,154 |
| Adj. EBITDA | 5,007 | 4,033 | 3,699 | 4,204 |
| Adj. EBIT | 4,550 | 2,815 | 2,875 | 3,482 |
| Adj. net income | 4,826 | 2,852 | 2,705 | 2,942 |
| Adj. EPS | 29.92 | 19.02 | 18.57 | 20.26 |
| BBG EPS | 33.62 | 18.56 | 20.24 | 24.99 |
| Cashflow from operations | 4,230 | 4,549 | 3,845 | 3,754 |
| FCFF | 3,805 | 4,274 | 3,570 | 3,479 |
| **Margins and Growth** | | | | |
| Revenue growth | (6.5%) | (19.7%) | (7.7%) | 12.0% |
| EBITDA margin | 37.2% | 37.4% | 37.1% | 37.7% |
| EBITDA growth | (35.2%) | (19.5%) | (8.3%) | 13.7% |
| EBIT margin | 33.8% | 26.1% | 28.9% | 31.2% |
| Net margin | 35.9% | 26.4% | 27.2% | 26.4% |
| Adj. EPS growth | (10.9%) | (36.4%) | (2.4%) | 9.1% |
| **Ratios** | | | | |
| Adj. tax rate | 19.6% | 18.4% | 14.4% | 16.5% |
| Interest cover | - | - | - | - |
| Net debt/Equity | 0.6 | 0.5 | 0.2 | 0.1 |
| Net debt/EBITDA | 1.2 | 1.2 | 0.7 | 0.3 |
| ROCE | 19.6% | 12.5% | 12.6% | 13.3% |
| ROE | 40.2% | 27.3% | 22.5% | 19.0% |
| **Valuation** | | | | |
| FCFF yield | 8.8% | 10.7% | 9.2% | 9.0% |
| Dividend yield | - | - | - | - |
| EV/Revenue | 3.5 | 4.2 | 4.3 | 3.7 |
| EV/EBITDA | 9.3 | 11.2 | 11.6 | 9.9 |
| Adj. P/E | 8.9 | 14.0 | 14.4 | 13.2 |

## Summary Investment Thesis and Valuation

We have a Neutral rating on Biogen shares.

Despite Alzheimer's coming back into the picture after initial futility, it remains to be seen how receptive payers and physicians will be to prescribing this product on the heels of its approval (based on surrogate endpoints).

Outside of AD, we believe it will be important for BIIB to build the perceived valuation of the company beyond MS/SMA with material headwinds facing both franchises. We believe BIIB (ex AD) has a challenged outlook pending pipeline successes and/or value creating BD.

While the company has a number of mid- to late-stage drug candidates in its pipeline, we do not believe investors are yet willing to ascribe much value here. Rather, many investors appear to be far more focused on the company's approach to business development, where Biogen has made recent progress with the DNLI and SAGE collaborations.

Our Dec-22 price target is $324. Our price target is based on a DCF valuation that assumes an 8.5% discount rate and a 0% terminal growth rate.

## Performance Drivers



| Factors | 6M Corr | 1Y Corr |
|---|---|---|
| **Market**: MSCI US | 0.06 | 0.22 |
| **Sect**: Health Care | 0.27 | 0.34 |
| **Ind**: Pharma, Bio, Life Sci | 0.52 | 0.47 |
| **Macro**: | | |
| US 10yr Breakeven | -0.35 | -0.33 |
| Economic Surprise | 0.49 | 0.32 |
| US 10yr yield | -0.33 | -0.30 |
| **Quant Styles**: | | |
| Momentum | -0.34 | 0.32 |
| Value | -0.09 | -0.30 |
| Growth | 0.12 | 0.28 |

Source: J.P. Morgan Quantitative and Derivatives Strategy for Performance Drivers; company data, Bloomberg Finance L.P. and J.P. Morgan estimates for all other tables.

Cory Kasimov
(1-212) 622-5266
cory.w.kasimov@jpmorgan.com

North America Equity Research
20 October 2021

J.P.Morgan

- **BIIB submitted a draft protocol of Aduhelm's Phase 4 confirmatory study** to the FDA, and while mgmt expects an early completion (ahead of the 9 year deadline), we note competing agents should have Phase 3 cognition data within the next couple of years. Ex-US, the company is planning for an upcoming meeting to inform a CHMP opinion in the EU, with regulatory reviews ongoing in other regions.

- **The Phase 3 BAN2401 (lecanemab) study** in early Alzheimer's (CLARITY) remains on track to read out in 2H22. Partner Eisai initiated a rolling BLA submission under the accelerated approval pathway this quarter and expects to complete the process in 2022. We suspect top-line CLARITY results could be announced while under FDA review. If approved (best case scenario in 2H22), the dynamics between lecanemab and Aduhelm – not to mention other competing agents – will be closely monitored. We try to reflect this dynamic of multiple products competing for share in our updated model (details below), but acknowledge this will very much remain a moving target.

- **Beyond AD**, mgmt underscored progress in the quarter including: (1) positive Ph3b EID natalizumab data in MS; (2) positive Ph2 data for zuranolone in MDD in Japan, supporting two prior RCTs; and (3) Vumerity approval in Switzerland and a positive CHMP opinion. Though tofersen in *SOD1*-ALS missed its Ph3 endpoint (as announced last wknd), the company is looking to next steps on some signs of reduced disease progression on secondary/exploratory endpoints.

### 3Q Results

- **3Q results and model update.** See below for a 3Q variance table, and our initial takeaways on the print can be found here. We updated our model for 3Q results and to reflect updated guidance. Based on mgmt's commentary and the potential for competitive pressure starting in 2022, we are lowering our near-term Aduhelm estimates (which are informed by our Aduhelm patient build) and modestly increasing our gross margin assumptions. In addition, given the complex competitive dynamics to the business we are increasing our discount rate to 8.5% from 8.0%. As a result of these changes, our Dec-22 price target goes to $324 (from $425).

- **Balance sheet/cash flow.** BIIB ended 3Q with $3.92B in cash and $7.27B in debt. The company generated $805M in net CFOP in 3Q and repurchased $750M of shares (~2.2M shares); there is $2.8B remaining in the repurchase plan.

- **Key Upcoming Events.** Aduhelm commercial metrics – and the NCD process – will continue to dominate the narrative. Beyond that we look to (1) BAN2401 (lecanemab) Ph3 data in AD expected 3Q22; (2) regulatory progress for LLY's donanemab; and 3) Roche's Ph3 gantenerumab readout in 2H22.

- **Maintain Neutral.**

Cory Kasimov
(1-212) 622-5266
cory.w.kasimov@jpmorgan.com

**North America Equity Research**
20 October 2021

J.P.Morgan

### Figure 1: 3Q Variance

| In millions, except per share amount | | 3Q21 Actual | 3Q21 Consensus | 2Q21 Actual | 3Q20 Actual |
|---|---|---|---|---|---|
| Tecfidera | Beat | $499 | $402 | $488 | $953 |
| vs 3Q21 (abs / %) | | | $97/24% | $11/2% | -$454/-48% |
| Vumerity | Beat | $121 | $102 | $91 | $15 |
| vs 3Q21 (abs / %) | | | $19/19% | $30/33% | $106/706% |
| Avonex | Miss | $301 | $314 | $311 | $381 |
| vs 3Q21 (abs / %) | | | -$13/-4% | -$10/-3% | -$80/-21% |
| Plegridy | Miss | $86 | $88 | $90 | $93 |
| vs 3Q21 (abs / %) | | | -$2/-2% | -$3/-4% | -$7/-7% |
| Tysabri | Beat | $523 | $495 | $524 | $516 |
| vs 3Q21 (abs / %) | | | $28/6% | -$1/0% | $7/1% |
| Spinraza | Miss | $444 | $484 | $500 | $495 |
| vs 3Q21 (abs / %) | | | -$40/-8% | -$56/-11% | -$51/-10% |
| Aduhelm | Miss | $0.3 | $17 | $2 | N/A |
| vs 3Q21 (abs / %) | | | -$17/-98% | -$1/-81% | N/A |
| **Product Revenues** | Beat | **$2,206** | **$2,142** | **$2,236** | **$2,690** |
| vs 3Q21 (abs / %) | | | $64/3% | -$30/-1% | -$484/-18% |
| **Total Revenues** | Beat | **$2,779** | **$2,674** | **$2,775** | **$3,376** |
| vs 3Q21 (abs / %) | | | $105/4% | $4/0% | -$597/-18% |
| COGS | | $512 | $465 | $460 | $449 |
| vs 3Q21 (abs / %) | | | $47/10% | $52/11% | $63/14% |
| GAAP R&D | | $702 | $688 | $585 | $1,141 |
| vs 3Q21 (abs / %) | | | $14/2% | $117/20% | -$439/-38% |
| GAAP SG&A | | $654 | $682 | $637 | $573 |
| vs 3Q21 (abs / %) | | | -$28/-4% | $17/3% | $81/14% |
| **Non-GAAP Net Income** | Beat | **$710** | **$614** | **$852** | **$887** |
| vs 3Q21 (abs / %) | | | $96/16% | -$143/-17% | -$178/-20% |
| **Non-GAAP Diluted EPS** | Beat | **$4.77** | **$4.13** | **$5.68** | **$5.64** |
| vs 3Q21 (abs / %) | | | $0.64/15% | -$0.91/-16% | -$0.87/-15% |

Source: Company reports and J.P. Morgan estimates.

### Figure 2: Updated 2021 Guidance

| | 2021 Guide | 2021 Guide (old) | 2021 Consensus | 2021 JPMe | 2020 Actual | 2019 Actual |
|---|---|---|---|---|---|---|
| **Total Revenues** | $10.8-$10.9B | $10.65-$10.85B | $10.8B | $10.8B | $13.4B | $14.4B |
| vs 2021 midpoint (abs / %) | $0M /0% | -$100M /-1% | -$87M/-1% | -$58M/-1% | -$2.6B/-24% | -$3.5B/-33% |
| Non-GAAP R&D | $2.45-$2.55B | $2.45-$2.55B | $2.48B | $2.48B | 18% | 16% |
| Non-GAAP SG&A | $2.6-$2.7B | $2.6-$2.7B | $2.66B | $2.64B | 19% | 17% |
| Non-GAAP tax rate | 16% | 16% | 14.0% | 15.5% | 19% | 15% |
| **Non-GAAP Diluted EPS** | $18.85-$19.35 | $17.50-$19.00 | $18.58 | $19.02 | $29.92 | $33.57 |
| vs 2021 midpoint (abs / %) | $0.85 /5% | -$0.85 /-4% | -$0.52/-3% | -$0.08/0% | -$10.82/-57% | -$14.47/-76% |

Source: Company reports and J.P. Morgan estimates.

Cory Kasimov
(1-212) 622-5266
cory.w.kasimov@jpmorgan.com

**North America Equity Research**
20 October 2021

J.P.Morgan

### Figure 3: BIIB Income Statement

| | 2017A | 2018A | 2019A | 2020A | 1Q21A | 2Q21A | 3Q21A | 4Q21E | 2021E | 2022E | 2023E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Product Sales | | | | | | | | | | | |
| Tecfidera | 4,214 | 4,274 | 4,433 | 3,841 | 479 | 488 | 499 | 489 | 1,955 | 1,568 | 1,431 |
| Avonex | 2,151 | 1,915 | 1,665 | 1,492 | 311 | 311 | 301 | 290 | 1,213 | 1,064 | 966 |
| Plegridy | 495 | 448 | 437 | 386 | 89 | 90 | 86 | 75 | 340 | 329 | 306 |
| Tysabri | 1,973 | 1,864 | 1,892 | 1,946 | 503 | 524 | 523 | 490 | 2,041 | 1,897 | 1,824 |
| Fampyra | 92 | 93 | 97 | 103 | 27 | 26 | 26 | 24 | 103 | - | - |
| Vumerity | - | - | 6 | 64 | 74 | 91 | 121 | 148 | 434 | 582 | 659 |
| Spinraza | 884 | 1,724 | 2,097 | 2,052 | 521 | 500 | 444 | 449 | 1,914 | 1,843 | 1,774 |
| Benepali | 371 | 485 | 486 | 482 | 122 | 122 | 121 | 122 | 486 | 491 | 496 |
| Flixabi | 9 | 43 | 68 | 98 | 26 | 25 | 25 | 27 | 103 | 108 | 113 |
| Imraldi | | 17 | 184 | 216 | 58 | 56 | 57 | 58 | 229 | 248 | 253 |
| Fumaderm | 40 | 22 | 15 | 12 | 3 | 3 | 3 | 1 | 10 | 8 | 6 |
| Aduhelm | - | - | - | - | - | 2 | 0 | 2 | 4 | 351 | 1,718 |
| Zuranolone | | | | | | | | | - | - | - |
| SAGE-324 EU | | | | | | | | | - | - | - |
| Other pipeline | | | | - | - | - | - | - | - | - | - |
| **Net Product Revenue** | **10,355** | **10,887** | **11,380** | **10,692** | **2,212** | **2,236** | **2,206** | **2,179** | **8,832** | **8,488** | **9,546** |
| Unconsolidated joint business (anti-CD20) | 1,559 | 1,980 | 2,290 | 1,978 | 389 | 440 | 415 | 250 | 1,494 | 1,373 | 1,340 |
| Other Revenues | 360 | 586 | 708 | 775 | 93 | 99 | 158 | 115 | 465 | 91 | 153 |
| BAN2401 profit share | - | - | - | - | | | | | - | 4 | 116 |
| SAGE-324 US profit share | | | | | | | | | | | |
| **Total Revenues** | **12,275** | **13,453** | **14,377.9** | **13,445** | **2,694** | **2,775** | **2,779** | **2,544** | **10,792** | **9,956** | **11,154** |
| *Bloomberg Consensus as of 10/20/2021* | | | | | | | | | *10,775* | *10,851* | *12,118* |
| | | | | | | | | | | | |
| COGS | 1,630 | 1,816 | 1,955 | 1,805 | 478 | 460 | 512 | 503 | 1,952 | 1,792 | 1,877 |
| R&D | 2,254 | 2,597 | 2,281 | 3,991 | 514 | 585 | 702 | 680 | 2,482 | 2,141 | 2,342 |
| SG&A | 1,936 | 2,106 | 2,375 | 2,504.5 | 595 | 637 | 654 | 758 | 2,644 | 2,489 | 2,454 |
| Amortization of acquired intangibles | 815 | 747 | 490 | 465 | 98 | 604 | 111 | 20 | 833 | 450 | 360 |
| Acquired in -process research and development | 120 | 113 | - | 75 | - | 18 | - | - | 18 | - | - |
| Collaboration profit sharing  (incl. Eisai and Sage) | 112 | 185 | 242 | 233 | 69 | (15) | 21 | 22 | 97 | 209 | 639 |
| (Gain) loss on fair value remearsument of contingent consideration | 63 | (12) | (64) | (179) | (34) | 0 | (16) | - | (49) | - | - |
| Other | 1 | 12 | 57 | - | | | | | - | - | - |
| **GAAP Operating Expenses** | **6,930** | **7,564** | **7,335** | **8,895** | **1,720** | **2,289** | **1,985** | **1,982** | **7,977** | **7,081** | **7,673** |
| | | | | | | | | | | | |
| **Income from operations** | **5,345** | **5,888** | **7,043** | **4,550** | **974** | **486** | **794** | **561** | **2,815** | **2,875** | **3,482** |
| Other income (expense), net | (215) | 11 | 83 | 497 | (507) | 96 | (503) | (61.15) | (975) | (202) | (207) |
| **Income before taxes** | **5,130** | **5,899** | **7,126** | **5,048** | **467** | **582** | **291** | **500** | **1,840** | **2,674** | **3,275** |
| Income tax expense | 2,459 | 1,426 | 1,158 | 992 | 44 | (409) | (26) | 70 | (321) | 401 | 557 |
| Equity in loss of investee, net of tax | - | - | 79 | (5) | 18 | (34) | (1) | - | (17) | (17) | (17) |
| Net Income | 2,671 | 4,474 | 5,889 | 4,061 | 405 | 1,026 | 318 | 430 | 2,178 | 2,290 | 2,735 |
| Net income attributable to non-controlling interests, net of tax | 131 | 43 | - | 60 | (6) | 577 | (11) | 0 | 561 | 27 | 143 |
| **Net Income attributable to BIIB** | **2,540** | **4,430** | **5,889** | **4,000.5** | **410** | **449** | **329** | **430** | **1,618** | **2,263** | **2,593** |
| | | | | | | | | | | | |
| GAAP Basic EPS | 11.95 | 21.62 | 31.47 | 24.86 | 2.70 | 3.00 | 2.22 | 2.95 | 10.89 | 15.68 | 18.02 |
| GAAP Diluted EPS | 11.92 | 21.58 | 31.42 | 24.80 | 2.69 | 2.99 | 2.22 | 2.92 | 10.79 | 15.53 | 17.85 |
| *Bloomberg Consensus as of 10/20/2021* | | | | | | | | | *12.32* | *16.22* | *19.78* |
| **Non-GAAP Diluted EPS** | **21.81** | **26.19** | **33.57** | **29.92** | **5.34** | **5.68** | **4.77** | **3.25** | **19.02** | **18.57** | **20.26** |
| *Bloomberg Consensus as of 10/20/2021* | | | | | | | | | *18.73* | *19.54* | *23.64* |

Source: Company reports, Bloomberg Finance L.P., and J.P. Morgan estimates.

Cory Kasimov
(1-212) 622-5266
cory.w.kasimov@jpmorgan.com

North America Equity Research
20 October 2021

J.P.Morgan

# Investment Thesis, Valuation and Risks

## Biogen *(Neutral; Price Target: $324.00)*

**Investment Thesis**
We have a Neutral rating on Biogen shares.

Despite Alzheimer's coming back into the picture after initial futility, it remains to be seen how receptive payers and physicians are to prescribing a product based on surrogate endpoints (no clinical benefit was demonstrated). Debate around the initial ramp are expected to persist for the near-term, as is the peak sales potential.

Outside of AD, we believe it will be important for BIIB to build the perceived valuation of the company beyond MS/SMA with material headwinds facing both franchises. We believe BIIB has a challenged outlook pending pipelines successes and/or value creating BD if the Alzheimer's launch doesn't pan out.

While the company has a number of mid- to late-stage drug candidates in its pipeline, we do not believe investors are yet willing to ascribe much value here. Rather, many investors appear to be far more focused on the company's approach to business development, where Biogen has made recent progress with the DNLI and SAGE collaborations.

**Valuation**

Our Dec-22 price target is $324. Our price target is based on a DCF valuation that assumes an 8.5% discount rate and a 0% terminal growth rate. We updated our model for 3Q results and to reflect updated guidance. Based on mgmt's commentary and the potential for competitive pressure starting in 2022, we are lowering our near-term Aduhelm estimates (which are informed by our Aduhelm patient build) and modestly increasing our gross margin assumptions. In addition, given the complex competitive dynamics to the business, we are increasing our discount rate to 8.5% from 8.0%. As a result of these changes, our Dec-22 price target goes to $324 (from $425).

**Risks to Rating and Price Target**
Upside risks to our rating include (1) a greater-than-expected revenue growth trajectory in MS; (2) better-than-expected competitive positioning for Spinraza; (3) better than expected launch in Alzheimer's; (4) any pipeline surprises, and/or (5) heightened strategic interest in the company.

Downside risks to our price target and rating include (1) commercial setbacks for Tecfidera; (2) a slower-than-expected revenue growth trajectory in MS; (3) additional competitive or reimbursement/pricing threats in MS and Alzheimer's; (4) disappointing Spinraza sales and potential Spinraza competition; (5) regulatory risk (specifically as it relates to aducanumab OUS); and (6) negative early- or mid-stage data from key pipeline assets.

Cory Kasimov
(1-212) 622-5266
cory.w.kasimov@jpmorgan.com

**North America Equity Research**
20 October 2021

J.P.Morgan

# Biogen: Summary of Financials

| Income Statement - Annual | FY19A | FY20A | FY21E | FY22E | FY23E | Income Statement - Quarterly | 1Q21A | 2Q21A | 3Q21A | 4Q21E |
|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | 14,378 | 13,445 | 10,792 | 9,956 | 11,154 | Revenue | 2,694A | 2,775A | 2,779A | 2,544 |
| COGS | (1,955) | (1,805) | (1,952) | (1,792) | (1,877) | COGS | (478)A | (460)A | (512)A | (503) |
| **Gross profit** | - | - | - | - | - | **Gross profit** | - | - | - | - |
| SG&A | (2,375) | (2,505) | (2,644) | (2,489) | (2,454) | SG&A | (595)A | (637)A | (654)A | (758) |
| **Adj. EBITDA** | 7,723 | 5,007 | 4,033 | 3,699 | 4,204 | **Adj. EBITDA** | 1,279A | 790A | 1,099A | 866 |
| D&A | (681) | (457) | (1,218) | (823) | (722) | D&A | (305)A | (305)A | (305)A | (305) |
| **Adj. EBIT** | 7,043 | 4,550 | 2,815 | 2,875 | 3,482 | **Adj. EBIT** | 974A | 486A | 794A | 561 |
| Net Interest | - | - | - | - | - | Net Interest | - | - | - | - |
| **Adj. PBT** | 7,126 | 5,048 | 1,840 | 2,674 | 3,275 | **Adj. PBT** | 467A | 582A | 291A | 500 |
| Tax | (1,237) | (987) | 338 | (384) | (540) | Tax | (62)A | 443A | 27A | (70) |
| Minority Interest | - | - | - | - | - | Minority Interest | - | - | - | - |
| **Adj. Net Income** | 6,291 | 4,826 | 2,852 | 2,705 | 2,942 | **Adj. Net Income** | 813A | 852A | 709A | 478 |
| Reported EPS | 33.57 | 29.92 | 19.02 | 18.57 | 20.26 | Reported EPS | 5.34A | 5.68A | 4.77A | 3.25 |
| **Adj. EPS** | 33.57 | 29.92 | 19.02 | 18.57 | 20.26 | **Adj. EPS** | 5.34A | 5.68A | 4.77A | 3.25 |
| **DPS** | - | - | - | - | - | **DPS** | - | - | - | - |
| Payout ratio | - | - | - | - | - | Payout ratio | - | - | - | - |
| Shares outstanding | 187 | 161 | 150 | 146 | 145 | Shares outstanding | 152A | 150A | 149A | 147 |
| **Balance Sheet & Cash Flow Statement** | **FY19A** | **FY20A** | **FY21E** | **FY22E** | **FY23E** | **Ratio Analysis** | **FY19A** | **FY20A** | **FY21E** | **FY22E** | **FY23E** |
| Cash and cash equivalents | 2,914 | 1,331 | 3,598 | 3,918 | 5,397 | Gross margin | - | - | - | - | - |
| Accounts receivable | 1,881 | 1,914 | 1,511 | 1,394 | 1,562 | EBITDA margin | 53.7% | 37.2% | 37.4% | 37.1% | 37.7% |
| Inventories | 804 | 1,069 | 858 | 791 | 887 | EBIT margin | 49.0% | 33.8% | 26.1% | 28.9% | 31.2% |
| Other current assets | 2,783 | 2,574 | 2,472 | 4,447 | 6,440 | Net profit margin | 43.8% | 35.9% | 26.4% | 27.2% | 26.4% |
| **Current assets** | 8,382 | 6,887 | 8,439 | 10,550 | 14,285 | | | | | | |
| PP&E | 3,247 | 3,412 | 3,301 | 3,203 | 3,116 | ROE | 47.7% | 40.2% | 27.3% | 22.5% | 19.0% |
| LT investments | - | - | - | - | - | ROA | 24.0% | 18.6% | 11.4% | 10.4% | 10.3% |
| Other non current assets | 15,605 | 14,320 | 13,488 | 13,037 | 12,677 | ROCE | 30.4% | 19.6% | 12.5% | 12.6% | 13.3% |
| **Total assets** | 27,234 | 24,619 | 25,227 | 26,790 | 30,077 | SG&A/Sales | 16.5% | 18.6% | 24.5% | 25.0% | 22.0% |
| | | | | | | Net debt/equity | 0.2 | 0.6 | 0.5 | 0.2 | 0.1 |
| Short term borrowings | 1,496 | 0 | 1,000 | 0 | 0 | | | | | | |
| Payables | 531 | 455 | 492 | 452 | 473 | P/E (x) | 7.9 | 8.9 | 14.0 | 14.4 | 13.2 |
| Other short term liabilities | 2,837 | 3,287 | 3,287 | 3,287 | 3,287 | P/BV (x) | - | - | - | - | - |
| **Current liabilities** | 4,864 | 3,742 | 4,779 | 3,739 | 3,760 | EV/EBITDA (x) | 5.6 | 9.3 | 11.2 | 11.6 | 9.9 |
| Long-term debt | 4,459 | 7,426 | 7,436 | 6,444 | 6,452 | Dividend Yield | - | - | - | - | - |
| Other long term liabilities | 4,572 | 2,764 | 2,764 | 2,764 | 2,764 | | | | | | |
| **Total liabilities** | 13,895 | 13,933 | 14,980 | 12,948 | 12,977 | Sales/Assets (x) | 0.5 | 0.5 | 0.4 | 0.4 | 0.4 |
| Shareholders' equity | 13,339 | 10,686 | 10,248 | 13,843 | 17,100 | Interest cover (x) | - | - | - | - | - |
| Minority interests | - | - | - | - | - | Operating leverage | 285.0% | 545.2% | 193.3% | (27.8%) | 175.3% |
| **Total liabilities & equity** | 27,234 | 24,619 | 25,227 | 26,790 | 30,077 | | | | | | |
| **BVPS** | - | - | - | - | - | Revenue y/y Growth | 6.9% | (6.5%) | (19.7%) | (7.7%) | 12.0% |
| *y/y Growth* | - | - | - | - | - | EBITDA y/y Growth | 11.9% | (35.2%) | (19.5%) | (8.3%) | 13.7% |
| Net debt/(cash) | 3,041 | 6,095 | 4,838 | 2,526 | 1,056 | Tax rate | 17.4% | 19.6% | 18.4% | 14.4% | 16.5% |
| | | | | | | Adj. Net Income y/y Growth | 17.0% | (23.3%) | (40.9%) | (5.2%) | 8.7% |
| **Cash flow from operating activities** | 7,079 | 4,230 | 4,549 | 3,845 | 3,754 | EPS y/y Growth | 28.2% | (10.9%) | (36.4%) | (2.4%) | 9.1% |
| o/w Depreciation & amortization | 681 | 457 | 1,218 | 823 | 722 | DPS y/y Growth | - | - | - | - | - |
| o/w Changes in working capital | 199 | (187) | 768 | 337 | (109) | | | | | | |
| **Cash flow from investing activities** | 471 | (609) | (275) | (2,275) | (2,275) | | | | | | |
| o/w Capital expenditure | (515) | (425) | (275) | (275) | (275) | | | | | | |
| *as % of sales* | 3.6% | 3.2% | 2.5% | 2.8% | 2.5% | | | | | | |
| **Cash flow from financing activities** | (5,860) | (5,273) | (2,025) | (1,250) | 0 | | | | | | |
| o/w Dividends paid | - | - | - | - | - | | | | | | |
| o/w Net debt issued/(repaid) | 0 | 1,467 | 0 | (1,000) | 0 | | | | | | |
| **Net change in cash** | 1,689 | (1,583) | 2,249 | 320 | 1,479 | | | | | | |
| **Adj. Free cash flow to firm** | 6,564 | 3,805 | 4,274 | 3,570 | 3,479 | | | | | | |
| *y/y Growth* | 21.2% | (42.0%) | 12.3% | (16.5%) | (2.6%) | | | | | | |

Source: Company reports and J.P. Morgan estimates.

Note: $ in millions (except per-share data). Fiscal year ends Dec. o/w - out of which

Cory Kasimov
(1-212) 622-5266
cory.w.kasimov@jpmorgan.com

**North America Equity Research**
20 October 2021

J.P.Morgan

**Analyst Certification:** The Research Analyst(s) denoted by an "AC" on the cover of this report certifies (or, where multiple Research Analysts are primarily responsible for this report, the Research Analyst denoted by an "AC" on the cover or within the document individually certifies, with respect to each security or issuer that the Research Analyst covers in this research) that: (1) all of the views expressed in this report accurately reflect the Research Analyst's personal views about any and all of the subject securities or issuers; and (2) no part of any of the Research Analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the Research Analyst(s) in this report. For all Korea-based Research Analysts listed on the front cover, if applicable, they also certify, as per KOFIA requirements, that the Research Analyst's analysis was made in good faith and that the views reflect the Research Analyst's own opinion, without undue influence or intervention.

All authors named within this report are Research Analysts unless otherwise specified. In Europe, Sector Specialists (Sales and Trading) may be shown on this report as contacts but are not authors of the report or part of the Research Department.

## Important Disclosures

- **Market Maker:** J.P. Morgan Securities LLC makes a market in the securities of Biogen.

- **Market Maker/ Liquidity Provider:** J.P. Morgan is a market maker and/or liquidity provider in the financial instruments of/related to Biogen.

- **Client:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients: Biogen.

- **Client/Investment Banking:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as investment banking clients: Biogen.

- **Client/Non-Investment Banking, Securities-Related:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients, and the services provided were non-investment-banking, securities-related: Biogen.

- **Client/Non-Securities-Related:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients, and the services provided were non-securities-related: Biogen.

- **Investment Banking Compensation Received:** J.P. Morgan has received in the past 12 months compensation for investment banking services from Biogen.

- **Potential Investment Banking Compensation:** J.P. Morgan expects to receive, or intends to seek, compensation for investment banking services in the next three months from Biogen.

- **Non-Investment Banking Compensation Received:** J.P. Morgan has received compensation in the past 12 months for products or services other than investment banking from Biogen.

- **Debt Position:** J.P. Morgan may hold a position in the debt securities of Biogen, if any.

**Company-Specific Disclosures:** Important disclosures, including price charts and credit opinion history tables, are available for compendium reports and all J.P. Morgan–covered companies, and certain non-covered companies, by visiting https://www.jpmm.com/research/disclosures, calling 1-800-477-0406, or e-mailing research.disclosure.inquiries@jpmorgan.com with your request.

Cory Kasimov
(1-212) 622-5266
cory.w.kasimov@jpmorgan.com

**North America Equity Research**
20 October 2021

J.P.Morgan



Biogen (BIIB, BIIB US) Price Chart

Source: Bloomberg Finance L.P. and J.P. Morgan; price data adjusted for stock splits and dividends.
Initiated coverage Jul 11, 2000. All share prices are as of market close on the previous business day.

| Date | Rating | Price ($) | Price Target ($) |
|---|---|---|---|
| 23-Oct-18 | OW | 315.54 | 436 |
| 21-Mar-19 | N | 320.59 | 244 |
| 22-Oct-19 | N | 223.51 | 260 |
| 30-Jan-20 | N | 282.52 | 293 |
| 21-Jul-20 | N | 283.40 | 272 |
| 22-Jul-20 | N | 280.19 | 279 |
| 13-Oct-20 | N | 291.48 | 276 |
| 21-Oct-20 | N | 267.12 | 269 |
| 11-Jun-21 | N | 414.71 | 435 |
| 22-Jul-21 | N | 322.96 | 425 |

The chart(s) show J.P. Morgan's continuing coverage of the stocks; the current analysts may or may not have covered it over the entire period.
J.P. Morgan ratings or designations: OW = Overweight, N= Neutral, UW = Underweight, NR = Not Rated

**Explanation of Equity Research Ratings, Designations and Analyst(s) Coverage Universe:**
J.P. Morgan uses the following rating system: Overweight [Over the next six to twelve months, we expect this stock will outperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Neutral [Over the next six to twelve months, we expect this stock will perform in line with the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Underweight [Over the next six to twelve months, we expect this stock will underperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Not Rated (NR): J.P. Morgan has removed the rating and, if applicable, the price target, for this stock because of either a lack of a sufficient fundamental basis or for legal, regulatory or policy reasons. The previous rating and, if applicable, the price target, no longer should be relied upon. An NR designation is not a recommendation or a rating. In our Asia (ex-Australia and ex-India) and U.K. small- and mid-cap equity research, each stock's expected total return is compared to the expected total return of a benchmark country market index, not to those analysts' coverage universe. If it does not appear in the Important Disclosures section of this report, the certifying analyst's coverage universe can be found on J.P. Morgan's research website, www.jpmorganmarkets.com.

**Coverage Universe: Kasimov, Cory W**: ACADIA Pharmaceuticals (ACAD), Alkermes PLC (ALKS), Allogene (ALLO), Amgen Inc (AMGN), BioMarin Pharmaceuticals (BMRN), BioNTech (BNTX), Biogen (BIIB), Clovis Oncology (CLVS), Editas Medicine (EDIT), Gilead Sciences (GILD), Incyte Corporation (INCY), Jounce Therapeutics (JNCE), Karuna Therapeutics (KRTX), Legend Biotech (LEGN), Lyell Immunopharma (LYEL), Moderna (MRNA), Novocure LTD (NVCR), Puma Biotechnology (PBYI), Regeneron Pharmaceuticals (REGN), Sage Therapeutics (SAGE), Sana Biotechnology (SANA), Seagen Inc (SGEN), Ultragenyx (RARE), Vertex Pharmaceuticals (VRTX), bluebird bio (BLUE)

**J.P. Morgan Equity Research Ratings Distribution, as of October 02, 2021**

| | Overweight (buy) | Neutral (hold) | Underweight (sell) |
|---|---|---|---|
| J.P. Morgan Global Equity Research Coverage* | 51% | 37% | 12% |
| IB clients** | 54% | 49% | 35% |
| JPMS Equity Research Coverage* | 49% | 38% | 13% |
| IB clients** | 78% | 71% | 52% |

*Please note that the percentages might not add to 100% because of rounding.
**Percentage of subject companies within each of the "buy," "hold" and "sell" categories for which J.P. Morgan has provided investment banking services within the previous 12 months.
For purposes only of FINRA ratings distribution rules, our Overweight rating falls into a buy rating category; our Neutral rating falls into a hold rating category; and our Underweight rating falls into a sell rating category. Please note that stocks with an NR designation are not included in the table above. This information is current as of the end of the most recent calendar quarter.

Cory Kasimov
(1-212) 622-5266
cory.w.kasimov@jpmorgan.com

North America Equity Research
20 October 2021

J.P.Morgan

**Equity Valuation and Risks:** For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at http://www.jpmorganmarkets.com, contact the primary analyst or your J.P. Morgan representative, or email research.disclosure.inquiries@jpmorgan.com. For material information about the proprietary models used, please see the Summary of Financials in company-specific research reports and the Company Tearsheets, which are available to download on the company pages of our client website, http://www.jpmorganmarkets.com. This report also sets out within it the material underlying assumptions used.

A history of J.P. Morgan investment recommendations disseminated during the preceding 12 months can be accessed on the Research & Commentary page of http://www.jpmorganmarkets.com where you can also search by analyst name, sector or financial instrument.

**Analysts' Compensation:** The research analysts responsible for the preparation of this report receive compensation based upon various factors, including the quality and accuracy of research, client feedback, competitive factors, and overall firm revenues.

**Registration of non-US Analysts:** Unless otherwise noted, the non-US analysts listed on the front of this report are employees of non-US affiliates of J.P. Morgan Securities LLC, may not be registered as research analysts under FINRA rules, may not be associated persons of J.P. Morgan Securities LLC, and may not be subject to FINRA Rule 2241 or 2242 restrictions on communications with covered companies, public appearances, and trading securities held by a research analyst account.

## Other Disclosures

J.P. Morgan is a marketing name for investment banking businesses of JPMorgan Chase & Co. and its subsidiaries and affiliates worldwide.

All research material made available to clients are simultaneously available on our client website, J.P. Morgan Markets, unless specifically permitted by relevant laws. Not all research content is redistributed, e-mailed or made available to third-party aggregators. For all research material available on a particular stock, please contact your sales representative.

Any long form nomenclature for references to China; Hong Kong; Taiwan; and Macau within this research material are Mainland China; Hong Kong SAR (China); Taiwan (China); and Macau SAR (China).

J.P. Morgan Research may, from time to time, write on issuers or securities targeted by economic or financial sanctions imposed or administered by the governmental authorities of the U.S., EU, UK or other relevant jurisdictions (Sanctioned Securities). Nothing in this report is intended to be read or construed as encouraging, facilitating, promoting or otherwise approving investment or dealing in such Sanctioned Securities. Clients should be aware of their own legal and compliance obligations when making investment decisions.

**Options and Futures related research:** If the information contained herein regards options- or futures-related research, such information is available only to persons who have received the proper options or futures risk disclosure documents. Please contact your J.P. Morgan Representative or visit https://www.theocc.com/components/docs/riskstoc.pdf for a copy of the Option Clearing Corporation's Characteristics and Risks of Standardized Options or http://www.finra.org/sites/default/files/Security_Futures_Risk_Disclosure_Statement_2018.pdf for a copy of the Security Futures Risk Disclosure Statement.

**Changes to Interbank Offered Rates (IBORs) and other benchmark rates:** Certain interest rate benchmarks are, or may in the future become, subject to ongoing international, national and other regulatory guidance, reform and proposals for reform. For more information, please consult: https://www.jpmorgan.com/global/disclosures/interbank_offered_rates

**Private Bank Clients:** Where you are receiving research as a client of the private banking businesses offered by JPMorgan Chase & Co. and its subsidiaries ("J.P. Morgan Private Bank"), research is provided to you by J.P. Morgan Private Bank and not by any other division of J.P. Morgan, including, but not limited to, the J.P. Morgan Corporate and Investment Bank and its Global Research division.

**Legal entity responsible for the production and distribution of research:** The legal entity identified below the name of the Reg AC Research Analyst who authored this material is the legal entity responsible for the production of this research. Where multiple Reg AC Research Analysts authored this material with different legal entities identified below their names, these legal entities are jointly responsible for the production of this research. Research Analysts from various J.P. Morgan affiliates may have contributed to the production of this material but may not be licensed to carry out regulated activities in your jurisdiction (and do not hold themselves out as being able to do so). Unless otherwise stated below, this material has been distributed by the legal entity responsible for production. If you have any queries, please contact the relevant Research Analyst in your jurisdiction or the entity in your jurisdiction that has distributed this research material.

**Legal Entities Disclosures and Country-/Region-Specific Disclosures:**
**Argentina:** JPMorgan Chase Bank N.A Sucursal Buenos Aires is regulated by Banco Central de la República Argentina ("BCRA"-Central Bank of Argentina) and Comisión Nacional de Valores ("CNV"- Argentinian Securities Commission" - ALYC y AN Integral

10

Cory Kasimov
(1-212) 622-5266
cory.w.kasimov@jpmorgan.com

North America Equity Research
20 October 2021

J.P.Morgan

N°51). **Australia:** J.P. Morgan Securities Australia Limited ("JPMSAL") (ABN 61 003 245 234/AFS Licence No: 238066) is regulated by the Australian Securities and Investments Commission and is a Market, Clearing and Settlement Participant of ASX Limited and CHI-X. This material is issued and distributed in Australia by or on behalf of JPMSAL only to "wholesale clients" (as defined in section 761G of the Corporations Act 2001). A list of all financial products covered can be found by visiting https://www.jpmm.com/research/disclosures. J.P. Morgan seeks to cover companies of relevance to the domestic and international investor base across all Global Industry Classification Standard (GICS) sectors, as well as across a range of market capitalisation sizes. If applicable, in the course of conducting public side due diligence on the subject company(ies), the Research Analyst team may at times perform such diligence through corporate engagements such as site visits, discussions with company representatives, management presentations, etc. Research issued by JPMSAL has been prepared in accordance with J.P. Morgan Australia's Research Independence Policy which can be found at the following link: J.P. Morgan Australia - Research Independence Policy. **Brazil**: Banco J.P. Morgan S.A. is regulated by the Comissao de Valores Mobiliarios (CVM) and by the Central Bank of Brazil. Ombudsman J.P. Morgan: 0800-7700847 / ouvidoria.jp.morgan@jpmorgan.com. **Canada**: J.P. Morgan Securities Canada Inc. is a registered investment dealer, regulated by the Investment Industry Regulatory Organization of Canada and the Ontario Securities Commission and is the participating member on Canadian exchanges. This material is distributed in Canada by or on behalf of J.P.Morgan Securities Canada Inc. **Chile:** Inversiones J.P. Morgan Limitada is an unregulated entity incorporated in Chile. **China:** J.P. Morgan Securities (China) Company Limited has been approved by CSRC to conduct the securities investment consultancy business. **Dubai International Financial Centre (DIFC)**: JPMorgan Chase Bank, N.A., Dubai Branch is regulated by the Dubai Financial Services Authority (DFSA) and its registered address is Dubai International Financial Centre - The Gate, West Wing, Level 3 and 9 PO Box 506551, Dubai, UAE. This material has been distributed by JP Morgan Chase Bank, N.A., Dubai Branch to persons regarded as professional clients or market counterparties as defined under the DFSA rules. **European Economic Area (EEA):** Unless specified to the contrary, research is distributed in the EEA by J.P. Morgan AG ("JPM AG"), which is a member of the Frankfurt Stock Exchange, is authorised by the European Central Bank ("ECB") and is regulated by the Federal Financial Supervisory Authority (BaFin). JPM AG is a company incorporated in the Federal Republic of Germany with a registered office at Taunustor 1, 60310 Frankfurt am Main, the Federal Republic of Germany. The material has been distributed in the EEA to persons regarded as professional investors (or equivalent) pursuant to Art. 4 para. 1 no. 10 and Annex II of MiFID II and its respective implementation in their home jurisdictions ("EEA professional investors"). This material must not be acted on or relied on by persons who are not EEA professional investors. Any investment or investment activity to which this material relates is only available to EEA relevant persons and will be engaged in only with EEA relevant persons. **Hong Kong**: J.P. Morgan Securities (Asia Pacific) Limited (CE number AAJ321) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission in Hong Kong, and J.P. Morgan Broking (Hong Kong) Limited (CE number AAB027) is regulated by the Securities and Futures Commission in Hong Kong. JP Morgan Chase Bank, N.A., Hong Kong (CE Number AAL996) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission, is organized under the laws of the United States with limited liability. **India**: J.P. Morgan India Private Limited (Corporate Identity Number - U67120MH1992FTC068724), having its registered office at J.P. Morgan Tower, Off. C.S.T. Road, Kalina, Santacruz - East, Mumbai – 400098, is registered with the Securities and Exchange Board of India (SEBI) as a 'Research Analyst' having registration number INH000001873. J.P. Morgan India Private Limited is also registered with SEBI as a member of the National Stock Exchange of India Limited and the Bombay Stock Exchange Limited (SEBI Registration Number – INZ000239730) and as a Merchant Banker (SEBI Registration Number - MB/INM000002970). Telephone: 91-22-6157 3000, Facsimile: 91-22-6157 3990 and Website: www.jpmipl.com. JPMorgan Chase Bank, N.A. - Mumbai Branch is licensed by the Reserve Bank of India (RBI) (Licence No. 53/ Licence No. BY.4/94; SEBI - IN/CUS/014/ CDSL : IN-DP-CDSL-444-2008/ IN-DP-NSDL-285-2008/ INBI00000984/ INE231311239) as a Scheduled Commercial Bank in India, which is its primary license allowing it to carry on Banking business in India and other activities, which a Bank branch in India are permitted to undertake. For non-local research material, this material is not distributed in India by J.P. Morgan India Private Limited. **Indonesia**: PT J.P. Morgan Sekuritas Indonesia is a member of the Indonesia Stock Exchange and is regulated by the OJK a.k.a. BAPEPAM LK. **Korea**: J.P. Morgan Securities (Far East) Limited, Seoul Branch, is a member of the Korea Exchange (KRX). JPMorgan Chase Bank, N.A., Seoul Branch, is licensed as a branch office of foreign bank (JPMorgan Chase Bank, N.A.) in Korea. Both entities are regulated by the Financial Services Commission (FSC) and the Financial Supervisory Service (FSS). For non-macro research material, the material is distributed in Korea by or through J.P. Morgan Securities (Far East) Limited, Seoul Branch. **Japan**: JPMorgan Securities Japan Co., Ltd. and JPMorgan Chase Bank, N.A., Tokyo Branch are regulated by the Financial Services Agency in Japan. **Malaysia**: This material is issued and distributed in Malaysia by JPMorgan Securities (Malaysia) Sdn Bhd (18146-X), which is a Participating Organization of Bursa Malaysia Berhad and holds a Capital Markets Services License issued by the Securities Commission in Malaysia. **Mexico**: J.P. Morgan Casa de Bolsa, S.A. de C.V.and J.P. Morgan Grupo Financiero are members of the Mexican Stock Exchange and are authorized to act as a broker dealer by the National Banking and Securities Exchange Commission. **New Zealand**: This material is issued and distributed by JPMSAL in New Zealand only to "wholesale clients" (as defined in the Financial Advisers Act 2008). JPMSAL is registered as a Financial Service Provider under the Financial Service providers (Registration and Dispute Resolution) Act of 2008. **Pakistan**: J. P. Morgan Pakistan Broking (Pvt.) Ltd is a member of the Karachi Stock Exchange and regulated by the Securities and Exchange Commission of Pakistan. **Philippines**: J.P. Morgan Securities Philippines Inc. is a Trading Participant of the Philippine Stock Exchange and a member of the Securities Clearing Corporation of the Philippines and the Securities Investor Protection Fund. It is regulated by the Securities and Exchange Commission. **Russia**: CB J.P. Morgan Bank International LLC is regulated by the Central Bank of Russia. **Singapore**: This material is issued and distributed in Singapore by or through J.P. Morgan Securities Singapore Private Limited (JPMSS) [MCI (P) 093/09/2021 and Co. Reg. No.: 199405335R], which is a member of the Singapore Exchange Securities Trading Limited, and/or JPMorgan Chase Bank, N.A., Singapore branch (JPMCB Singapore), both of which are regulated by the Monetary Authority of Singapore. This material is issued and distributed

Cory Kasimov
(1-212) 622-5266
cory.w.kasimov@jpmorgan.com

North America Equity Research
20 October 2021

J.P.Morgan

in Singapore only to accredited investors, expert investors and institutional investors, as defined in Section 4A of the Securities and Futures Act, Cap. 289 (SFA). This material is not intended to be issued or distributed to any retail investors or any other investors that do not fall into the classes of "accredited investors," "expert investors" or "institutional investors," as defined under Section 4A of the SFA. Recipients of this material in Singapore are to contact JPMSS or JPMCB Singapore in respect of any matters arising from, or in connection with, the material. As at the date of this material, JPMSS is a designated market maker for certain structured warrants listed on the Singapore Exchange where the underlying securities may be the securities discussed in this material. Arising from its role as a designated market maker for such structured warrants, JPMSS may conduct hedging activities in respect of such underlying securities and hold or have an interest in such underlying securities as a result. The updated list of structured warrants for which JPMSS acts as designated market maker may be found on the website of the Singapore Exchange Limited: http://www.sgx.com. **South Africa**: J.P. Morgan Equities South Africa Proprietary Limited and JPMorgan Chase Bank, N.A., Johannesburg Branch are members of the Johannesburg Securities Exchange and are regulated by the Financial Services Board. **Taiwan**: J.P. Morgan Securities (Taiwan) Limited is a participant of the Taiwan Stock Exchange (company-type) and regulated by the Taiwan Securities and Futures Bureau. Material relating to equity securities is issued and distributed in Taiwan by J.P. Morgan Securities (Taiwan) Limited, subject to the license scope and the applicable laws and the regulations in Taiwan. According to Paragraph 2, Article 7-1 of Operational Regulations Governing Securities Firms Recommending Trades in Securities to Customers (as amended or supplemented) and/or other applicable laws or regulations, please note that the recipient of this material is not permitted to engage in any activities in connection with the material that may give rise to conflicts of interests, unless otherwise disclosed in the "Important Disclosures" in this material. **Thailand**: This material is issued and distributed in Thailand by JPMorgan Securities (Thailand) Ltd., which is a member of the Stock Exchange of Thailand and is regulated by the Ministry of Finance and the Securities and Exchange Commission, and its registered address is 3rd Floor, 20 North Sathorn Road, Silom, Bangrak, Bangkok 10500. **UK:** Unless specified to the contrary, research is distributed in the UK by J.P. Morgan Securities plc ("JPMS plc") which is a member of the London Stock Exchange and is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. JPMS plc is registered in England & Wales No. 2711006, Registered Office 25 Bank Street, London, E14 5JP. This material is directed in the UK only to: (a) persons having professional experience in matters relating to investments falling within article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) (Order) 2005 ("the FPO"); (b) persons outlined in article 49 of the FPO (high net worth companies, unincorporated associations or partnerships, the trustees of high value trusts, etc.); or (c) any persons to whom this communication may otherwise lawfully be made; all such persons being referred to as "UK relevant persons". This material must not be acted on or relied on by persons who are not UK relevant persons. Any investment or investment activity to which this material relates is only available to UK relevant persons and will be engaged in only with UK relevant persons. Research issued by JPMS plc has been prepared in accordance with JPMS plc's policy for prevention and avoidance of conflicts of interest related to the production of Research which can be found at the following link: J.P. Morgan EMEA - Research Independence Policy. **U.S.**: J.P. Morgan Securities LLC ("JPMS") is a member of the NYSE, FINRA, SIPC, and the NFA. JPMorgan Chase Bank, N.A. is a member of the FDIC. Material published by non-U.S. affiliates is distributed in the U.S. by JPMS who accepts responsibility for its content.

**General:** Additional information is available upon request. The information in this material has been obtained from sources believed to be reliable. While all reasonable care has been taken to ensure that the facts stated in this material are accurate and that the forecasts, opinions and expectations contained herein are fair and reasonable, JPMorgan Chase & Co. or its affiliates and/or subsidiaries (collectively J.P. Morgan) make no representations or warranties whatsoever to the completeness or accuracy of the material provided, except with respect to any disclosures relative to J.P. Morgan and the Research Analyst's involvement with the issuer that is the subject of the material. Accordingly, no reliance should be placed on the accuracy, fairness or completeness of the information contained in this material. Any data discrepancies in this material could be the result of different calculations and/or adjustments. J.P. Morgan accepts no liability whatsoever for any loss arising from any use of this material or its contents, and neither J.P. Morgan nor any of its respective directors, officers or employees, shall be in any way responsible for the contents hereof, apart from the liabilities and responsibilities that may be imposed on them by the relevant regulatory authority in the jurisdiction in question, or the regulatory regime thereunder. Opinions, forecasts or projections contained in this material represent J.P. Morgan's current opinions or judgment as of the date of the material only and are therefore subject to change without notice. Periodic updates may be provided on companies/industries based on company-specific developments or announcements, market conditions or any other publicly available information. There can be no assurance that future results or events will be consistent with any such opinions, forecasts or projections, which represent only one possible outcome. Furthermore, such opinions, forecasts or projections are subject to certain risks, uncertainties and assumptions that have not been verified, and future actual results or events could differ materially. The value of, or income from, any investments referred to in this material may fluctuate and/or be affected by changes in exchange rates. All pricing is indicative as of the close of market for the securities discussed, unless otherwise stated. Past performance is not indicative of future results. Accordingly, investors may receive back less than originally invested. This material is not intended as an offer or solicitation for the purchase or sale of any financial instrument. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. The recipients of this material must make their own independent decisions regarding any securities or financial instruments mentioned herein and should seek advice from such independent financial, legal, tax or other adviser as they deem necessary. J.P. Morgan may trade as a principal on the basis of the Research Analysts' views and research, and it may also engage in transactions for its own account or for its clients' accounts in a manner inconsistent with the views taken in this material, and J.P. Morgan is under no obligation to ensure that such other communication is brought to the attention of any recipient of this material. Others within J.P. Morgan, including Strategists, Sales staff

Cory Kasimov
(1-212) 622-5266
cory.w.kasimov@jpmorgan.com

**North America Equity Research**
20 October 2021

J.P.Morgan

and other Research Analysts, may take views that are inconsistent with those taken in this material. Employees of J.P. Morgan not involved in the preparation of this material may have investments in the securities (or derivatives of such securities) mentioned in this material and may trade them in ways different from those discussed in this material. This material is not an advertisement for or marketing of any issuer, its products or services, or its securities in any jurisdiction.

"Other Disclosures" last revised October 16, 2021.

**Copyright 2021 JPMorgan Chase & Co. All rights reserved. This material or any portion hereof may not be reprinted, sold or redistributed without the written consent of J.P. Morgan.**

**North America Equity Research**
20 October 2021

J.P.Morgan

13