# Exhibit 3

| Date | Open | High | Low | Close | Adj Close | Volume |
|---|---|---|---|---|---|---|
| 5/3/2021 | 267.87 | 275.55 | 267.73 | 275.31 | 275.31 | 981800 |
| 5/4/2021 | 273.7 | 273.7 | 269.94 | 271.02 | 271.02 | 954800 |
| 5/5/2021 | 271 | 273.32 | 269.47 | 271.57 | 271.57 | 787600 |
| 5/6/2021 | 268.67 | 273.03 | 268.5 | 272.11 | 272.11 | 929600 |
| 5/7/2021 | 270.66 | 279.2 | 270.66 | 274.04 | 274.04 | 936100 |
| 5/10/2021 | 274.86 | 278.73 | 273.69 | 275.61 | 275.61 | 895000 |
| 5/11/2021 | 274.26 | 281.53 | 273.5 | 278.39 | 278.39 | 950900 |
| 5/12/2021 | 277.17 | 280.69 | 273.07 | 274.02 | 274.02 | 929700 |
| 5/13/2021 | 274.26 | 283.16 | 274.26 | 281.71 | 281.71 | 1039500 |
| 5/14/2021 | 281.47 | 282.08 | 276.03 | 280.21 | 280.21 | 991000 |
| 5/17/2021 | 281.17 | 284.57 | 279.3 | 280.4 | 280.4 | 944400 |
| 5/18/2021 | 282.49 | 283.5 | 278.82 | 281.01 | 281.01 | 725900 |
| 5/19/2021 | 278.37 | 281.9 | 276.07 | 281.75 | 281.75 | 723100 |
| 5/20/2021 | 281 | 290.36 | 280.01 | 286.57 | 286.57 | 1094300 |
| 5/21/2021 | 288.24 | 289.91 | 282.78 | 283.19 | 283.19 | 940200 |
| 5/24/2021 | 285.6 | 287.27 | 277.96 | 278.86 | 278.86 | 838200 |
| 5/25/2021 | 279.96 | 280.27 | 272.96 | 273.45 | 273.45 | 946700 |
| 5/26/2021 | 273.3 | 274.35 | 266.23 | 267.84 | 267.84 | 1777500 |
| 5/27/2021 | 269.1 | 269.1 | 266 | 267.37 | 267.37 | 1792800 |
| 5/28/2021 | 269 | 271.99 | 266 | 267.48 | 267.48 | 957000 |
| 6/1/2021 | 272.35 | 272.35 | 264.12 | 267.15 | 267.15 | 1340800 |
| 6/2/2021 | 269.27 | 271.86 | 267.78 | 269.35 | 269.35 | 1187500 |
| 6/3/2021 | 271.49 | 272.87 | 266.43 | 272.55 | 272.55 | 1311600 |
| 6/4/2021 | 274.17 | 291.71 | 273.37 | 286.14 | 286.14 | 2956200 |
| 6/7/2021 | 295.35 | 468.55 | 286 | 395.85 | 395.85 | 17954100 |
| 6/8/2021 | 389.1 | 399.07 | 373 | 395.37 | 395.37 | 12209300 |
| 6/9/2021 | 395 | 414.8 | 390.84 | 406.94 | 406.94 | 6196900 |
| 6/10/2021 | 406.94 | 426.82 | 404.25 | 414.71 | 414.71 | 4753800 |
| 6/11/2021 | 423.33 | 427.5 | 395.33 | 396.64 | 396.64 | 4221600 |
| 6/14/2021 | 396.24 | 409.88 | 395.14 | 406.14 | 406.14 | 2102600 |
| 6/15/2021 | 403.5 | 410.41 | 393.91 | 396.08 | 396.08 | 1905100 |
| 6/16/2021 | 394.3 | 403.01 | 388.52 | 391.31 | 391.31 | 1572800 |
| 6/17/2021 | 391.31 | 396.89 | 380.17 | 383.52 | 383.52 | 1832800 |
| 6/18/2021 | 387.19 | 391 | 381.65 | 388.44 | 388.44 | 2873600 |
| 6/21/2021 | 388.86 | 390.99 | 379.11 | 380.91 | 380.91 | 1897900 |
| 6/22/2021 | 379.95 | 381 | 369.49 | 374.4 | 374.4 | 1770000 |
| 6/23/2021 | 376.01 | 376.01 | 364.3 | 371.9 | 371.9 | 1778500 |
| 6/24/2021 | 349.96 | 358.37 | 346.35 | 349.16 | 349.16 | 4647600 |
| 6/25/2021 | 348.67 | 353.57 | 345.13 | 347.93 | 347.93 | 2251600 |
| 6/28/2021 | 343 | 343.46 | 333.28 | 340.27 | 340.27 | 1942700 |
| 6/29/2021 | 338.87 | 346.71 | 336.72 | 345.72 | 345.72 | 1427500 |
| 6/30/2021 | 345 | 349.5 | 342.75 | 346.27 | 346.27 | 1067000 |
| 7/1/2021 | 346 | 350.38 | 345.46 | 348.92 | 348.92 | 998000 |
| 7/2/2021 | 349.54 | 350.07 | 343.85 | 348.72 | 348.72 | 811800 |
| 7/6/2021 | 347.6 | 347.71 | 340.27 | 344.89 | 344.89 | 1041300 |
| 7/7/2021 | 344.95 | 355.82 | 344.39 | 355.33 | 355.33 | 1377600 |

| | | | | | |
|---|---|---|---|---|---|
| 7/8/2021 | 350.07 | 370.06 | 350.07 | 369.05 | 369.05 | 2344900 |
| 7/9/2021 | 371.86 | 372.12 | 351.01 | 358.16 | 358.16 | 2720100 |
| 7/12/2021 | 357.03 | 357.99 | 348.6 | 349.04 | 349.04 | 1188600 |
| 7/13/2021 | 349.09 | 357.24 | 347.5 | 351.92 | 351.92 | 974200 |
| 7/14/2021 | 351.33 | 358.77 | 349.68 | 352.06 | 352.06 | 1237100 |
| 7/15/2021 | 341.85 | 343.04 | 323.71 | 328.16 | 328.16 | 3031700 |
| 7/16/2021 | 323.97 | 331.11 | 323 | 324.62 | 324.62 | 1534800 |
| 7/19/2021 | 323.08 | 326.97 | 320.11 | 324.16 | 324.16 | 1036300 |
| 7/20/2021 | 324.7 | 327.52 | 317.26 | 322.49 | 322.49 | 1384600 |
| 7/21/2021 | 321.41 | 324.52 | 318.29 | 322.96 | 322.96 | 1126300 |
| 7/22/2021 | 320.04 | 330.64 | 319.23 | 326.36 | 326.36 | 1485600 |
| 7/23/2021 | 322.1 | 328.15 | 319.85 | 325.4 | 325.4 | 1015900 |
| 7/26/2021 | 324.41 | 335 | 322.51 | 331.93 | 331.93 | 1269500 |
| 7/27/2021 | 332.07 | 334.5 | 326.5 | 333.96 | 333.96 | 929300 |
| 7/28/2021 | 333.75 | 336.95 | 329.82 | 334.18 | 334.18 | 713600 |
| 7/29/2021 | 334.99 | 336.92 | 329 | 329.17 | 329.17 | 660200 |
| 7/30/2021 | 326.37 | 331.45 | 325.4 | 326.73 | 326.73 | 942800 |
| 8/2/2021 | 327.04 | 336.08 | 326.26 | 331.7 | 331.7 | 962600 |
| 8/3/2021 | 331.81 | 338.36 | 325.09 | 338 | 338 | 1326700 |
| 8/4/2021 | 336.92 | 342.86 | 335.03 | 338.1 | 338.1 | 1216600 |
| 8/5/2021 | 336.83 | 340.5 | 334.42 | 336.59 | 336.59 | 714900 |
| 8/6/2021 | 335.75 | 342.16 | 333 | 340 | 340 | 822200 |
| 8/9/2021 | 339.99 | 347.34 | 338 | 340.2 | 340.2 | 1046800 |
| 8/10/2021 | 339.09 | 340.74 | 334.68 | 337.22 | 337.22 | 801200 |
| 8/11/2021 | 337.39 | 342 | 336.39 | 339.05 | 339.05 | 784100 |
| 8/12/2021 | 335.87 | 341 | 334.61 | 340.68 | 340.68 | 806400 |
| 8/13/2021 | 340.34 | 345.08 | 339.02 | 342.25 | 342.25 | 744500 |
| 8/16/2021 | 341.92 | 344 | 337.2 | 343.5 | 343.5 | 836700 |
| 8/17/2021 | 340.9 | 350.07 | 340.76 | 349.79 | 349.79 | 1139400 |
| 8/18/2021 | 349.43 | 351.86 | 341.31 | 341.87 | 341.87 | 668600 |
| 8/19/2021 | 341.88 | 347.79 | 337.68 | 338.62 | 338.62 | 954600 |
| 8/20/2021 | 339.72 | 345.74 | 337.08 | 341.74 | 341.74 | 794100 |
| 8/23/2021 | 342.33 | 349.63 | 341.16 | 346.43 | 346.43 | 810000 |
| 8/24/2021 | 346.75 | 350.45 | 345.89 | 349.4 | 349.4 | 628900 |
| 8/25/2021 | 347.24 | 347.69 | 341.5 | 342.75 | 342.75 | 791000 |
| 8/26/2021 | 343.28 | 347.13 | 342.02 | 342.24 | 342.24 | 717200 |
| 8/27/2021 | 341.81 | 347.74 | 338.52 | 343.19 | 343.19 | 614800 |
| 8/30/2021 | 342.92 | 345.78 | 340.75 | 344.42 | 344.42 | 555100 |
| 8/31/2021 | 344.62 | 345.61 | 337.9 | 338.91 | 338.91 | 984400 |
| 9/1/2021 | 340.78 | 341.29 | 336.44 | 338.24 | 338.24 | 791500 |
| 9/2/2021 | 338.67 | 338.69 | 327.8 | 335.57 | 335.57 | 1221600 |
| 9/3/2021 | 336.8 | 337.8 | 333.06 | 333.6 | 333.6 | 549200 |
| 9/7/2021 | 331.31 | 332.87 | 325.22 | 327.24 | 327.24 | 967300 |
| 9/8/2021 | 330.22 | 330.22 | 318.07 | 321.55 | 321.55 | 1142400 |
| 9/9/2021 | 322 | 322.49 | 295.22 | 300.15 | 300.15 | 3549600 |
| 9/10/2021 | 299.97 | 302.47 | 295.25 | 299.81 | 299.81 | 1380200 |
| 9/13/2021 | 301.87 | 306.46 | 300 | 301.94 | 301.94 | 797500 |

| | | | | | |
|---|---|---|---|---|---|
| 9/14/2021 | 301.68 | 301.98 | 294.34 | 295.95 | 295.95 | 1039000 |
| 9/15/2021 | 298.99 | 302.42 | 296.36 | 299.21 | 299.21 | 1125800 |
| 9/16/2021 | 300.79 | 302.93 | 296.77 | 299.69 | 299.69 | 752200 |
| 9/17/2021 | 300.85 | 300.85 | 296.56 | 300.19 | 300.19 | 1680000 |
| 9/20/2021 | 297.94 | 301.58 | 296.31 | 298.49 | 298.49 | 932000 |
| 9/21/2021 | 300.97 | 304.21 | 292.73 | 295.54 | 295.54 | 738000 |
| 9/22/2021 | 289.44 | 292.17 | 285.4 | 289.32 | 289.32 | 1420100 |
| 9/23/2021 | 293.69 | 299.83 | 292.1 | 293.2 | 293.2 | 919300 |
| 9/24/2021 | 289.86 | 293.47 | 289 | 291.71 | 291.71 | 817500 |
| 9/27/2021 | 290.55 | 291 | 286.16 | 286.62 | 286.62 | 704300 |
| 9/28/2021 | 290.82 | 291.54 | 284.25 | 284.71 | 284.71 | 785100 |
| 9/29/2021 | 285.76 | 289.33 | 284.64 | 285.56 | 285.56 | 700700 |
| 9/30/2021 | 286.23 | 287.8 | 282.64 | 282.99 | 282.99 | 793900 |
| 10/1/2021 | 281.35 | 285.41 | 279.24 | 283.94 | 283.94 | 925800 |
| 10/4/2021 | 281.44 | 284.56 | 277.41 | 278.32 | 278.32 | 924900 |
| 10/5/2021 | 278.34 | 282.26 | 278.34 | 280.44 | 280.44 | 1010500 |
| 10/6/2021 | 280.12 | 285.57 | 279.12 | 283.55 | 283.55 | 978600 |
| 10/7/2021 | 285.52 | 290.76 | 284.58 | 287.77 | 287.77 | 879900 |
| 10/8/2021 | 287.44 | 288.99 | 284 | 285.83 | 285.83 | 629600 |
| 10/11/2021 | 284.65 | 288.77 | 283.45 | 285.59 | 285.59 | 620600 |
| 10/12/2021 | 285.48 | 288.59 | 283.79 | 284.79 | 284.79 | 616200 |
| 10/13/2021 | 284.9 | 285.3 | 280.5 | 283.65 | 283.65 | 521400 |
| 10/14/2021 | 286 | 287.93 | 282.65 | 285.26 | 285.26 | 705300 |
| 10/15/2021 | 285.34 | 286 | 278.57 | 281.19 | 281.19 | 1299600 |
| 10/18/2021 | 279.42 | 279.5 | 269.19 | 269.73 | 269.73 | 1496100 |
| 10/19/2021 | 270 | 271.66 | 266.3 | 268.13 | 268.13 | 1801700 |
| 10/20/2021 | 270.11 | 277.87 | 264.78 | 266.57 | 266.57 | 2153000 |
| 10/21/2021 | 266.3 | 271.94 | 266.29 | 270.21 | 270.21 | 1374200 |
| 10/22/2021 | 269.38 | 270.37 | 264.35 | 264.8 | 264.8 | 873200 |
| 10/25/2021 | 266 | 271.51 | 265 | 269.94 | 269.94 | 1092900 |
| 10/26/2021 | 269.88 | 273.64 | 267.02 | 271.12 | 271.12 | 1453800 |
| 10/27/2021 | 270.17 | 270.6 | 259.63 | 259.95 | 259.95 | 1276200 |
| 10/28/2021 | 260.45 | 266.5 | 260.45 | 264.87 | 264.87 | 1273500 |
| 10/29/2021 | 264.41 | 268.32 | 262.02 | 266.68 | 266.68 | 947600 |
| 11/1/2021 | 266.15 | 274.75 | 265.5 | 272.1 | 272.1 | 1222600 |
| 11/2/2021 | 272.27 | 274.5 | 264.58 | 272.51 | 272.51 | 1839100 |
| 11/3/2021 | 271.53 | 279.81 | 269.98 | 279.59 | 279.59 | 1041100 |