**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com

*Counsel for Plaintiffs*
*and the Putative Class*

[Additional Counsel on signature page]

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NADIA SHASH and AMJAD KHAN Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br>  v.<br><br>BIOGEN INC., MICHEL VOUNATSOS, ALFRED W. SANDROCK, JR., and SAMANTHA BUDD-HAEBERLEIN,<br><br>        Defendants. | **CASE No.: 1:21-cv-10479-IT**<br><br>**PLAINTIFFS' MOTION TO STRIKE** |

Pursuant to Local Rule 7.1(b)(1), Lead Plaintiff Nadia Shash and Named Plaintiff Amjad Khan ("Plaintiffs"), hereby move for the Court to: (a) strike extrinsic documents (dkts. # 62-1, 62-2, 62-11, 62-12, 62-13, 62-14 and 62-16); and (b) strike from the record assertions in Defendants' Memorandum of Law in Support of their Motion to Dismiss the Second Amended Complaint (dkt. # 61) of drawn from these extrinsic documents , as set out below:

- Page 19: Beginning from "[s]everal of the FDA's statements in the Joint Briefing book also directly contradict Plaintiffs' alleged alternative interpretations of the trial data" through to the end of the paragraph.

1

- P. 19: all of footnote 5 beginning with "Several FDA reviewers specifically criticized Dr. Massie's analyses relied on by Plaintiffs".

- Page 22: all of footnote 7 beginning with "Other FDA reviewers specifically rebutted Dr. Massie's statistical analysis".

- Page 23, beginning from "[a]ny suggestion that Budd Haeberlein's statement is objectively false is also undermined by" Dunn's office's position in the Joint Briefing Book, through to the end of the paragraph.

- Page 24, the sentence beginning with "as with other scientific disagreements identified in the Complaint, the FDA again sided with Defendants in the Joint Briefing Book" through to the end of the sentence.

- Page 24, all of footnote 8, beginning with "Dr. Krudys, for example, explained".

As grounds for this motion, Plaintiffs state as follows:

1. On a motion to dismiss, the Court cannot take as true reasonably disputed facts set out in extrinsic documents.

2. The Complaint does not incorporate by reference dkt. # 62-1.

WHEREFORE, Plaintiffs respectfully request that the Court strike from the record the above-referenced exhibits and assertions.

Dated: November 4, 2021    Respectfully submitted,

            **THE ROSEN LAW FIRM, P.A.**

            */s/Laurence M. Rosen*
            Laurence M. Rosen, Esq. (pro hac vice)
            Jonathan Horne, Esq. (pro hac vice)
            Joshua Baker, Esq. (BBO #695561)
            Sara Fuks (pro hac vice)
            275 Madison Avenue, 40th Floor
            New York, NY 100016
            Tel: (212) 686-1060
            Fax: (212) 202-3827
            lrosen@rosenlegal.com
            jhorne@rosenlegal.com
            jbaker@rosenlegal.com
            sfuks@rosenlegal.com

            *Counsel for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2021, a true and correct copy of the foregoing **PLAINTIFFS' MOTION TO STRIKE** was served by CM/ECF to parties registered to the Court's CM/ECF system.

/s/Laurence Rosen