**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com

*Counsel for Plaintiffs*
*and the Putative Class*

[Additional Counsel on signature page]

### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NADIA SHASH and AMJAD KHAN Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br>   v.<br><br>BIOGEN INC., MICHEL VOUNATSOS, ALFRED W. SANDROCK, JR., and SAMANTHA BUDD-HAEBERLEIN,<br><br>        Defendants. | **CASE No.: 1:21-cv-10479-IT**<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE** |

Lead Plaintiff Nadia Shash and Named Plaintiff Amjad Khan ("Plaintiffs"), hereby request that the Court takes judicial notice of the following public records attached hereto in further support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Second Amended Complaint (Dkt. No. 63). These documents explain the decision of the Center for Medicare and Medicaid Services ("CMS") not to cover aducanumab except for patients engaged in clinical trials ("Coverage Decision"). In doing so, CMS concluded:

> We emphasize the need to consider clinical benefits and harms together to best inform patients and providers. While there is more to learn about the harms (e.g.,

1

in which patients they are more or less likely to occur, and how to better select, monitor, and manage patients, and treat those with apparent harms), any discussion of harms is only relevant once clear clinical benefit from use of the drug has been established. Here, it has not.  As emphasized by multiple public commenters, that is why FDA would not grant approval based upon evidence of efficacy from a direct measure of clinical benefit for aducanumab, and is requiring a Phase 4 RCT to definitively assess its clinical benefit.

Coverage Decision, page 25 (pagination at bottom left of page).

**EXHIBIT 1** is a true and correct copy of an April 7, 2022 CMS press release announcing the Coverage Decision.

**EXHIBIT 2** is a true and correct copy of the Coverage Decision.

Dated: April 20, 2022                              Respectfully submitted,

                                                  **THE ROSEN LAW FIRM, P.A.**

                                                  */s/Laurence M. Rosen*
                                                  Laurence M. Rosen, Esq. (pro hac vice)
                                                  Jonathan Horne, Esq. (pro hac vice)
                                                  Joshua Baker, Esq. (BBO #695561)
                                                  Sara Fuks (pro hac vice)
                                                  275 Madison Avenue, 40th Floor
                                                  New York, NY 100016
                                                  Tel: (212) 686-1060
                                                  Fax: (212) 202-3827
                                                  lrosen@rosenlegal.com
                                                  jhorne@rosenlegal.com
                                                  jbaker@rosenlegal.com
                                                  sfuks@rosenlegal.com

                                                  *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2022, a true and correct copy of the foregoing **PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE** was served by CM/ECF to parties registered to the Court's CM/ECF system.

/s/Laurence Rosen