**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com

*Counsel for Plaintiffs*
*and the Putative Class*

[Additional Counsel on signature page]

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NADIA SHASH and AMJAD KHAN Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIOGEN INC., MICHEL VOUNATSOS, ALFRED W. SANDROCK, JR., and SAMANTHA BUDD-HAEBERLEIN,<br><br>Defendants. | CASE No.: 1:21-cv-10479-IT<br><br>**PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE** |

Lead Plaintiff Nadia Shash and Named Plaintiff Amjad Khan ("Plaintiffs"), in further support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Second Amended Complaint (Dkt. No. 63), hereby request that the Court takes judicial notice of a press release (Press Release) issued by Defendant Biogen Inc. on May 3, 2022. A copy of the Press Release is attached as **Exhibit 1** hereto. The Press Release announced (a) the shuttering of Biogen's aducanumab commercial operations; and (b) the end of Defendant Michel Vounatsos's tenure at Biogen. Exhibit 1, at 1.

1

Dated: May 3, 2022                         Respectfully submitted,

                                           **THE ROSEN LAW FIRM, P.A.**

                                           */s/Laurence M. Rosen*
                                           Laurence M. Rosen, Esq. (pro hac vice)
                                           Jonathan Horne, Esq. (pro hac vice)
                                           Joshua Baker, Esq. (BBO #695561)
                                           Sara Fuks (pro hac vice)
                                           275 Madison Avenue, 40th Floor
                                           New York, NY 100016
                                           Tel: (212) 686-1060
                                           Fax: (212) 202-3827
                                           lrosen@rosenlegal.com
                                           jhorne@rosenlegal.com
                                           jbaker@rosenlegal.com
                                           sfuks@rosenlegal.com

                                           *Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 3, 2022, a true and correct copy of the foregoing **PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE** was served by CM/ECF to parties registered to the Court's CM/ECF system.

<u>/s/Laurence Rosen</u>