**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| NADIA SHASH and AMJAD KHAN, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>BIOGEN INC., MICHEL VOUNATSOS, ALFRED W. SANDROCK, JR., and SAMANTHA BUDD HAEBERLEIN,<br><br>    Defendants. | Civil Action No.: 1:21-cv-10479-IT |

**DEFENDANTS' OPPOSITION TO PLAINTIFFS'**
**MAY 3, 2022 REQUEST FOR JUDICIAL NOTICE**

Defendants Biogen Inc., Michel Vounatsos, Alfred W. Sandrock, Jr., M.D., Ph.D., and

Samantha Budd Haeberlein, Ph.D., respectfully submit this opposition to Plaintiffs' May 3, 2022

Request for Judicial Notice (the "Second RJN," ECF No. 73).

Yet again, Plaintiffs flout the local rules and ask the Court to take judicial notice of a

plainly irrelevant, extra-record document that post-dates the putative class period by more than a

year, without any explanation of why the Court should consider the document.  This time,

Plaintiffs ask the Court to take judicial notice of a May 3, 2022 press release in which Biogen

reported its financial results for the first quarter of 2022.  Second RJN & Ex. 1.  In the press

release, Biogen explained that, due to the restrictions in the Centers for Medicare and Medicaid

Services' coverage decision for monoclonal antibody therapies that target amyloid for the

treatment of Alzheimer's disease, Biogen will substantially eliminate its commercial

infrastructure supporting ADUHELM™.   Second RJN Ex. 1 at 3.  Biogen explained that it nonetheless expects to continue funding certain regulatory and R&D activities for ADUHELM™, including initiation of the Phase 4 post-marketing study required by the Food and Drug Administration.  *Id.*  Biogen also announced that it has begun a search for a new CEO, and that the current CEO, Michael Vounatsos, will continue to serve in that position until his successor is appointed.  *Id.* at 5.

The Court should deny Plaintiffs' request for judicial notice on the same grounds articulated in Defendants' opposition to Plaintiffs' prior RJN, filed last week (the "First RJN," ECF No. 71).  *See* ECF No. 72 ("Defs.' RJN Opp."):

*First,* the Second RJN should be denied because Plaintiffs again filed in contravention of Local Rule 7.1(b)(3), which requires litigants to seek leave of Court before filing additional papers in connection with a motion.  Once again, Plaintiffs seek to put new, extra-record evidence before the Court without the Court's permission and without meeting and conferring with Defendants.  *See* Defs.' RJN Opp. at 2.

*Second,* the Second RJN should be denied because Plaintiffs have once again failed to explain the relevance of the press release or how it bears on Defendants' pending Motion to Dismiss.  Like the extra-record materials submitted last week, the press release does not address whether Defendants' statements in 2019 and 2020 interpreting the results of the aducanumab clinical trials were false or misleading, nor does this post-class period announcement provide any insight into any Defendants' knowledge or intent during the putative class period.  Defs.' RJN Opp. at 2 (citing legal authority).

*Finally,* the Second RJN should be denied because, as with the First RJN, Plaintiffs do not articulate why the Court should take judicial notice of the document.  *See* Second RJN at 1.

Plaintiffs thus offer no permissible basis for the Court to consider the document.  *See* Defs.' RJN

Opp. at 3 (citing legal authority).

For these reasons, Defendants respectfully request that the Court deny the Second RJN.


Dated: May 4, 2022

Respectfully submitted,

*/s/ Audra J. Soloway*
Audra J. Soloway (*pro hac vice*)
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064
Telephone: (212) 373-3289
Facsimile: (212) 492-0289
asoloway@paulweiss.com

William J. Trach (BBO #661401)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
william.trach@lw.com

*Counsel for Defendants Biogen Inc., Michel
Vounatsos, Alfred W. Sandrock, Jr., and
Samantha Budd Haeberlein*

## CERTIFICATE OF SERVICE

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent on May 4, 2022 to those identified as non-registered participants.

/s/ Audra J. Soloway
Audra J. Soloway