UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NADIA SHASH and AMJAD KHAN, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BIOGEN INC.; MICHEL VOUNATSOS; ALFRED W. SANDROCK, JR.; and SAMANTHA BUDD HAEBERLEIN, <br><br> Defendants. | Civil Action No. 1:21-cv-10479-IT |

ORDER OF DISMISSAL

September 12, 2022

TALWANI, D.J.

Pursuant to the court's Memorandum and Order [Doc No. 76] allowing Defendants' Motion to Dismiss [Doc. No. 60], the Second Amended Complaint [Doc. No 58] is hereby DISMISSED. This case is CLOSED.

IT IS SO ORDERED.

/s/ Indira Talwani
United States District Judge