**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**CLERK'S CERTIFICATE AND APPEALS COVER SHEET**

**ABBREVIATED ELECTRONIC RECORD**

Case Caption:          Shash et al v. Biogen Inc. et al

District Court Number:          21cv10479-IT

Fee:    Paid?  Yes __X__  No ____    Government filer ____   *In Forma Pauperis* Yes ____   No ____

Motions Pending        Yes ____ No _X__          Sealed documents        Yes _X__ No ____
*If yes, document #*   _____          *If yes, document #*        37

*Ex parte* documents   Yes ____ No _X__          Transcripts             Yes ____ No _X__
*If yes, document #*   _____          *If yes, document #*   _____

Notice of Appeal filed by: Plaintiff/Petitioner _X__   Defendant/Respondent ____   Other: ____

Appeal from:

#76 Memorandum and Order, #77 Order of Dismissal
Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#76, #77, and #78

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # __78____ filed on _October 10, 2022_____.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on _October 11, 2022_.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**