# United States Court of Appeals
## For the First Circuit

No. 22-1773

NADIA SHASH, individually and on behalf of all others similarly situated; AMJAD KHAN, individually and on behalf of all others similarly situated,

Plaintiffs - Appellants,

VICTOR D. MENASHE, individually and on behalf of all others similarly situated,

Plaintiff,

v.

BIOGEN INC.; MICHEL VOUNATSOS; ALFRED W. SANDROCK, JR.; SAMANTHA BUDD HAEBERLEIN,

Defendants - Appellees,

JEFFREY D. CAPELLO; MICHAEL R. MCDONNELL,

Defendants.

**MANDATE**

Entered: November 2, 2023

In accordance with the judgment of October 11, 2023, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Hon. Indira Talwani, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Robert Kelsey Kry, Laurence M. Rosen, Jonathan R. Horne, Swara Saraiya, Sara Ellen Margolis, Fu Shek Rocky Li, William Jason Trach, Audra J. Soloway