**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| NADIA SHASH and AMJAD KHAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIOGEN INC., MICHEL VOUNATSOS, ALFRED W. SANDROCK, JR., and SAMANTHA BUDD HAEBERLEIN,<br><br>Defendants. | Civil Action No.: 1:21-cv-10479-IT |

**DECLARATION OF GREGORY F. LAUFER IN SUPPORT OF**
**DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

I, GREGORY F. LAUFER, hereby declare as follows:

1.      I am a member of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, attorneys for Defendants Biogen Inc. ("Biogen"), Michel Vounatsos, Alfred W. Sandrock, Jr., M.D., Ph.D., and Samantha Budd Haeberlein, Ph.D. ("Defendants").  I respectfully submit this declaration in support of Defendants' Motion for Judgment on the Pleadings.

2.      Attached as Exhibit A is a true and correct copy of a document titled *Biogen jumps 13% to $279.83 after FDA posts aducanumab briefing docs*, which was published by theflyonthewall.com at 10:11 a.m. on November 4, 2020.

3.      Attached as Exhibit B is a true and correct copy of a document titled *Biogen Inc (BIIB) Q2 2020 Earnings Call Transcript*, which is a transcript for a Biogen earnings call that occurred on July 22, 2020, and which is quoted from or otherwise incorporated by reference in paragraphs 189 through 192 of the Second Amended Class Action Complaint.

2

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 5, 2024.

/s/ *Gregory F. Laufer*
Gregory F. Laufer

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent on February 5, 2024 to those identified as non-registered participants.

*/s/ Audra J. Soloway*
Audra J. Soloway

3