# Exhibit A

**DOW JONES**

---

10:11 EST Biogen jumps 13% to $279.83 after FDA posts aducanumab briefing docs ................................................2

**Page 1 of 2** © **2023 Factiva, Inc. All rights reserved.**



**10:11 EST Biogen jumps 13% to $279.83 after FDA posts aducanumab briefing docs**

29 words
4 November 2020
Theflyonthewall.com
FLYWAL
English
(c) 2020. Theflyonthewall.com. All Rights Reserved.

10:11 EST Biogen jumps 13% to $279.83 after FDA posts aducanumab briefing docs

Document FLYWAL0020201104egb400orp

Page 2 of 2 © 2023 Factiva, Inc. All rights reserved.