**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

NADIA SHASH and AMJAD KHAN,
Indivudally and On Behalf of All Others
Similarly Situated,

      Plaintiffs,

      v.

BIOGEN INC., MICHEL VOUNATSOS,
ALFRED W. SANDROCK, JR., and
SAMANTHA BUDD HAEBERLEIN,

      Defendants.

Civil Action No.: 1:21-cv-10479-IT

Oral Argument Requested

**DEFENDANTS' MOTION TO ENFORCE DISCOVERY STAY**

Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(b)(3)(B), Defendants Biogen Inc., Michel Vounatsos, Alfred W. Sandrock Jr., M.D., Ph.D., and Samantha Budd Haeberlein, Ph.D. (together, "Defendants"), hereby move, by and through their undersigned attorneys, for an order granting Defendants' motion to enforce the PSLRA discovery stay in the above-captioned action. As grounds for this motion, Defendants state as follows:

1.    *First*, the PSLRA states that "all discovery and other proceedings shall be stayed during the pendency of any motion to dismiss[.]" 15 U.S.C. § 78u-4(b)(3)(B). The PSLRA's mandatory discovery stay applies to motions for judgment on the pleadings made under Rule 12(c). As a result, discovery in this case is stayed automatically while the Court considers Defendants' Rule 12(c) motion.

2.      *Second*, none of the arguments raised in opposition by Lead Plaintiff's Counsel during the parties' January 23, 2024 meet-and-confer has any merit, for the reasons discussed in Defendants' accompanying memorandum of law.

WHEREFORE, Defendants respectfully request that the Court grant Defendants' motion to enforce the PSLRA discovery stay and award such further relief as is just.

## REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(d), Defendants respectfully request to be heard at oral argument on their motion to enforce the PSLRA discovery stay.

Dated:  February 5, 2024

Respectfully submitted,

 */s/ Audra J. Soloway*

Theodore V. Wells, Jr. (*pro hac vice*)
Audra J. Soloway (*pro hac vice*)
Richard C. Tarlowe (*pro hac vice*)
Gregory F. Laufer (*pro hac vice*)
Samantha A. Bui (*pro hac vice*)
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
twells@paulweiss.com
asoloway@paulweiss.com
rtarlowe@paulweiss.com
glaufer@paulweiss.com
sbui@paulweiss.com

William J. Trach (BBO #661401)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
william.trach@lw.com

*Counsel for Defendants Biogen Inc.,*

2

3

*Michel Vounatsos, Alfred W. Sandrock, Jr., and
Samantha Budd Haeberlein*

## LOCAL RULE 7.1 AND 37.1 CERTIFICATION

Pursuant to Local Rules 7.1(a)(2) and 37.1(b), undersigned counsel hereby certifies that on January 23, 2024, Defendants' counsel conferred with counsel for Plaintiffs in a good faith effort to resolve or narrow the issues raised in Defendants' Motion to Enforce Discovery Stay, and Plaintiffs oppose this motion.

*/s/ Audra J. Soloway*
Audra J. Soloway

## CERTIFICATE OF SERVICE

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent on February 5, 2024 to those identified as non-registered participants.

*/s/ Audra J. Soloway*
Audra J. Soloway