**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com

*Counsel for Plaintiffs*
*and the Putative Class*

[Additional Counsel on signature page]

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NADIA SHASH and AMJAD KHAN Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIOGEN INC., MICHEL VOUNATSOS, ALFRED W. SANDROCK, JR., and SAMANTHA BUDD-HAEBERLEIN,<br><br>Defendants. | CASE No.: 1:21-cv-10479-IT<br><br><br>**PLAINTIFFS' MOTION FOR LEAVE TO ADD ADDITIONAL PLAINTIFFS** |

Pursuant to Rules 15, 20, and 24(b) of the Federal Rules of Civil Procedure, Lead Plaintiff Nadia Shash and Named Plaintiff Amjad Kahn, ("Plaintiffs") and additional named plaintiffs Jiri Havrda, Albert Aftoora, and Raymond Pawloski ("Additional Plaintiffs") hereby move this Court, the Honorable Indira Talwani, United States District Court Judge, for an Order allowing Additional Plaintiffs to appear as named plaintiffs in this action. As grounds for this motion, Plaintiffs state as follows:

1

1. Filing of the [Proposed] Third Amended Complaint amended solely to add Additional Plaintiffs as named plaintiffs is proper in that Plaintiffs have not engaged in undue delay, bad faith or dilatory motive in seeking amendment, have not repeatedly failed to cure deficiencies by amendments previously allowed, amendment does not unduly prejudice Defendants, and amendment would not be futile the amendment.

2. In the alternative, it is proper to allow the Additional Plaintiffs to appear as named plaintiffs either under through joinder under Rule 20 or permissive intervention under Rule 24(b), in that Additional Plaintiffs' claims arise out of the same transaction or occurrence and raise a common question of fact as the existing action.

Plaintiffs have filed herewith a Memorandum of Law in Support of their Motion for Leave to Add Additional Plaintiffs, as well as the Declaration of Jonathan Horne in Support of Plaintiffs' Motion for Leave to Add Additional Named Plaintiffs.

Dated: March 25, 2024                          Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

*/s/Laurence M. Rosen*
Laurence M. Rosen, Esq. (pro hac vice)
Jonathan Horne, Esq. (pro hac vice)
Brian B. Alexander, Esq. (pro hac vice)
Joshua Baker, Esq. (BBO #695561)
Sara Fuks, Esq. (pro hac vice)
275 Madison Avenue, 40th Floor
New York, NY 100016
Tel: (212) 686-1060
Fax: (212) 202-3827
lrosen@rosenlegal.com
jhorne@rosenlegal.com
balexander@rosenlegal.com
jbaker@rosenlegal.com
sfuks@rosenlegal.com

*Counsel for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2024, a true and correct copy of the foregoing **PLAINTIFFS' MOTION FOR LEAVE TO ADD ADDITIONAL PLAINTIFFS** was served by CM/ECF to parties registered to the Court's CM/ECF system.

/s/Laurence Rosen