**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com

*Counsel for Plaintiffs*
*and the Putative Class*

[Additional Counsel on signature page]

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NADIA SHASH and AMJAD KHAN Individually and On Behalf of All Others Similarly Situated,<br><br>       Plaintiffs,<br>   v.<br><br>BIOGEN INC., MICHEL VOUNATSOS, ALFRED W. SANDROCK, JR., and SAMANTHA BUDD-HAEBERLEIN,<br><br>       Defendants. | **CASE No.: 1:21-cv-10479-IT**<br><br>**DECLARATION OF JONATHAN HORNE IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO ADD ADDITIONAL NAMED PLAINTIFFS** |

I, JONATHAN HORNE, hereby declare as follows:

1.      I am a partner at The Rosen Law Firm, P.A., counsel for Lead Plaintiff Nadia Shash, Named Plaintiff Amjad Khan, additional named plaintiffs additional named plaintiffs Jiri Havrda, Albert Aftoora, and Raymond Pawloski, and the Putative Class ("Plaintiffs"). I submit this declaration in support of Plaintiffs' Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Second Amended Complaint.

2.      Attached as Exhibit 1 is a true and correct copy of a certification signed by Jiri Havrda.

3.  Attached as Exhibit 2 hereto are true and correct copies of certifications signed by Albert Aftoora, and Raymond Pawloski.

4.  Attached as Exhibit 3 hereto is a [Proposed] Third Amended Complaint.

5.  Attached as Exhibit 4 hereto is a redline of the [Proposed] Third Amended Complaint against the operative Second Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 25, 2024

*/s/ Jonathan Horne*
Jonathan Horne

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2024, a true and correct copy of the foregoing **DECLARATION OF JONATHAN HORNE IN SUPPORT OF PLAINTIFFS' MOTION FOR LEAVE TO ADD ADDITIONAL NAMED PLAINTIFFS** was served by CM/ECF to parties registered to the Court's CM/ECF system.

/s/Laurence Rosen