**THE ROSEN LAW FIRM, P.A.**
Jonathan Horne (JH 7258)
Laurence M. Rosen (LR 5733)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: jhorne@rosenlegal.com
lrosen@rosenlegal.com

*Lead Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NADIA SHASH and AMJAD KHAN, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>BIOGEN INC.; MICHEL VOUNATSOS; ALFRED W. SANDROCK, JR.; and SAMANTHA BUDD HAEBERLEIN,<br><br>        Defendants. | Case No. 1:21-cv-10479-IT<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY** |

        **PLEASE TAKE NOTICE THAT** Lead Plaintiffs Nadia Shash and Amjad Khan, and

movants Jiri Havrda, Albert Aftoora, and Raymond Pawloski (collectively, "Plaintiffs") bring to

the Court's attention a recent decision by the United States District Court for the Eastern District

of New York, *Lavin v. Virgin Galactic Holdings, Inc.*, 21-CV-03070, Dkt. No. 121 (E.D.N.Y.

February 2, 2024), attached as Exhibit A hereto. *Lavin* is relevant to the Court's decision on

Plaintiffs' Motion for Leave to Amend to Add Additional Plaintiffs. (Dkt. No. 138).

1

Dated: July 8, 2024

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

*/s/Laurence M. Rosen*
Laurence M. Rosen, Esq. (pro hac vice)
Jonathan Horne, Esq. (pro hac vice)
Brian B. Alexander, Esq. (pro hac vice)
Joshua Baker, Esq. (BBO #695561)
Sara Fuks, Esq. (pro hac vice)
275 Madison Avenue, 40th Floor
New York, NY 100016
Tel: (212) 686-1060
Fax: (212) 202-3827
lrosen@rosenlegal.com
jhorne@rosenlegal.com
balexander@rosenlegal.com
jbaker@rosenlegal.com
sfuks@rosenlegal.com

*Counsel for Plaintiffs*

2