# Exhibit 1

**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NADIA SHASH and AMJAD KHAN Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> BIOGEN INC., MICHEL VOUNATSOS, ALFRED W. SANDROCK, JR., and SAMANTHA BUDD-HAEBERLEIN, <br><br> Defendants. | CASE No.: 1:21-cv-10479-IT |

# EXPERT REPORT OF DAVID I. TABAK, PH.D.

## I.    SCOPE OF ANALYSIS AND SUMMARY OF FINDINGS

1.   This report concerns a federal securities class action involving Biogen Inc. ("Biogen").  I understand that a ruling by the First Circuit Court of Appeals limited the case to a single misstatement, the "all data" statement made on July 22, 2020.[1]  The class

---

[1] Order from the United States Court of Appeals for the First Circuit dated October 11, 2023 ("First Circuit Order").  See, for example, pp. 18-20 and p. 42 ("For the foregoing reasons, we **REVERSE** the district court's dismissal of the section 10(b) and section 20(a) claims predicated upon Sandrock's 'all data' statement. We otherwise **AFFIRM** the dismissal of investors' remaining fraud claims." Emphases in original. Internal footnote omitted.)

period is pled to go through "November 6, 2020, inclusive[.]"[2]  I understand that the Court has ruled that "[t]he earliest point at which the market began to react to corrective information was on November 5."[3]  For purposes of my analysis of market efficiency, I refer to July 22, 2020 through November 4, 2020 as the "Analysis Period" in this report, meaning the period before the market began reacting to corrective information per the March 2025 Order.[4]

2.    Counsel for Plaintiffs in this matter have asked me to examine whether Biogen's shares traded in an efficient market during the Analysis Period.  As discussed below, the analyses demonstrate that Biogen's shares traded in an efficient market.  Counsel have also asked me to analyze whether damages for investors in Biogen's shares can be calculated through a common methodology.  Finally, counsel have asked me to examine whether there is evidence of "price impact" from the alleged misrepresentation remaining in this case, and I find that there is such evidence.  I find that there are reliable methods to calculate damages on a common class-wide basis.

## II.    QUALIFICATIONS AND REMUNERATION

3.    I received Bachelor's degrees in Physics and in Economics from the Massachusetts Institute of Technology and a Master's degree and a Ph.D. in Economics from Harvard University.  I have appeared as an expert in federal district courts; state trial courts; bankruptcy court; and in arbitration forums, including the National Association of Securities Dealers, the International Chamber of Commerce International Court of Arbitration, and the American Arbitration Association.  I have published in my

---

[2] Second Amended Class Action Complaint for Violation of the Federal Securities Laws filed on August 4, 2021 ("Complaint"), ¶1.

[3] Memorandum & Order dated March 27, 2025 ("March 2025 Order"), p. 20.

[4] Of course, market efficiency does not disappear in a day, and including November 5, 2020 would yield similar results, allowing one to conclude that Biogen's stock also traded in an efficient market on November 5, 2020.

fields of expertise on subjects such as market efficiency, loss causation, statistics, and the analysis of stock price movements.

4.   National Economic Research Associates ("NERA") was established in 1961 and now employs approximately 500 people in over twenty offices worldwide.  NERA provides consulting for economic matters to parties for their internal use, to parties in litigation, and to governmental and regulatory authorities.  I have worked at NERA for over twenty years and am a senior managing director in NERA's securities and finance practice.  My work entails providing analyses for parties in litigation and consulting for parties in non-litigation settings.  I have served as a speaker at events providing CLE credits for attorneys and at academic conferences on areas related to securities litigation. I have provided reports and/or testimony for plaintiffs and defendants in numerous securities class actions.

5.   My curriculum vitae, which sets forth in further detail my publications and prior testimony experience, is attached to this report as Exhibit 1.

6.   NERA is being compensated on a non-contingent basis for out-of-pocket costs and at our usual rates for time.  My current billing rate is $1,250 per hour.  I have been assisted by a number of individuals at NERA working at my direction who are billing at their standard rates.

### III.   MATERIALS CONSIDERED

7.   Materials considered for the purposes of this report are listed in Exhibit 2.

### IV.   THE THEORY OF MARKET EFFICIENCY

8.   In the 1960s, economists Paul Samuelson and Eugene Fama each advanced theories that developed into the modern theory of market efficiency, known as the

"Efficient Market Hypothesis."[5]  Professors Samuelson and Fama recognized that if market participants are rational, a security cannot have an expected change in price.[6]  For example, suppose that the market expected a stock price to be $15 tomorrow.  The stock could not trade at $10 today, because there would be little reason for anyone to sell at $10 today given that there would be buyers more than happy to pay $11 today for a stock that they could sell at $15 tomorrow.  Similarly, no rational investor would purchase a stock at $16 today if it was believed that the price would be $15 tomorrow.  This process would result in an equilibrium where the price today would be nearly $15.  Any changes in stock prices would be due to *unexpected* information or randomness, leading to the theory that stock prices follow a "random walk."

9.   In particular, there are three forms of the Efficient Market Hypothesis, known as weak-form efficiency, semi-strong-form efficiency, and strong-form efficiency.  Weak-form efficiency posits that the price of a stock rapidly incorporates all information contained in prior stock prices.  Semi-strong-form efficiency posits that the price of a stock rapidly incorporates all publicly available information.  Strong-form efficiency posits that the price of a stock rapidly incorporates all public and private information.[7]  When discussing the "Efficient Market Hypothesis" with regard to publicly traded securities such as Biogen's shares, financial economists are generally referring to the semi-strong form of market efficiency.  I will follow the same convention here.

---

[5] See, for example, the *New Palgrave Dictionary of Economics*, 2008 edition, entry on Efficient Markets Hypothesis, available online at https://rd.springer.com/referenceworkentry/10.1057/978-1-349-95121-5_42-2.

[6] While later refinements of the theory examined whether certain types of stock price movements are possible because of factors such as the risk entailed in trying to profit from those expected movements (e.g., there is a risk-return tradeoff and sometimes there may be expected profits, on average, to compensate for higher risk), the general outlines of the theory discussed above are still correct.  Throughout the discussion, I abstract away from any such issues.

[7] This is a standard taxonomy of Efficient Market Hypothesis theories, discussed, for example in Eugene Fama, "Efficient Capital Markets: A Review of Theory and Empirical Work," *Journal of Finance*, 1970.  (See, for example, p. 388.)

10. One of the implications of the Efficient Market Hypothesis is that the market begins to incorporate unexpected news quickly into security prices.  Therefore, if the market learns of material, new, unexpected positive (negative) information about an issuer, then the price of the issuer's common stock will rise (fall) if the market is efficient.  Of course, even efficient markets may take time to fully absorb new material information, but they should begin the process of reacting to news as soon as it is available.[8]  Testing for market efficiency can be challenging, as it may often be difficult to determine whether the news that reached the market at a particular time is material or even whether it is positive or negative news relative to market expectations.[9]

11. To assess whether a market is efficient, financial economists and the courts have developed various tests.  These tests can broadly be divided into direct tests of whether a market exhibits or violates the conditions of market efficiency (e.g., whether the price of a security actually responds to material, new, unexpected information) and indirect tests of the conditions that one expects would be present in an efficient market (e.g., substantial analyst coverage of the issuer, which suggests that market participants are interested in understanding and responding to news).  It is my understanding that these tests are used holistically to make inferences about whether a market is efficient and that it is not necessary for each test to offer support of efficiency.  For instance, the Court of

---

[8] Under the Efficient Market Hypothesis, a market may initially underestimate or overestimate the effects of news.  However, these two effects should roughly balance each other.  Consequently, in an efficient market, initial price movements should reflect, on average, an unbiased estimate of the effects of the new information (i.e., later price movements are roughly equally likely to be positive or negative).  In an efficient market, the length of time it takes for the market to fully incorporate news is indeterminate, and depends on the nature of the news.  As long as one cannot predict whether additional price movements will be positive or negative, a price reaction lasting for days is consistent with the Efficient Market Hypothesis.

[9] See, for example, *In re Teva Securities Litigation*, No. 3:17-cv-558 (SRU), 2021 WL 872156 (D. Conn. Mar. 9, 2021), discussing how it can be difficult to determine whether even relatively simple news such as earnings announcements are positive or negative (at *28-29) and explaining that one should not expect material news stories to always be associated with statistically significant price movements (at *26).

Appeals for the Second Circuit recently explained that market efficiency may be demonstrated where the indirect tests support that conclusion, even if the direct tests do not, stating, "The *Cammer* and *Krogman* factors are simply tools to help district courts analyze market efficiency in determining whether the *Basic* presumption of reliance applies in class certification decision–making.  But they are no more than tools in arriving at that conclusion, and certain factors will be more helpful than others in assessing particular securities and particular markets for efficiency."[10]  In the following sections, I discuss the results of these tests for Biogen's shares.

## V.    TESTS OF MARKET EFFICIENCY FOR BIOGEN'S SHARES

12. One widely adopted legal case providing for tests of market efficiency is *Cammer v. Bloom*.[11]  This decision discussed five factors that support a finding of market efficiency, commonly referred to as the "*Cammer* factors":

> (1) **Trading volume:** an "average weekly trading of two percent or more of the outstanding shares would justify a strong presumption that the market for the security is an efficient one; one percent would justify a substantial presumption";
>
> (2) **Analyst coverage:** "a significant number of securities analysts followed and reported on a company's stock during the Analysis Period";
>
> (3) **Market makers and arbitrageurs:** the "stock had numerous market makers. The existence of market makers and arbitrageurs" would aid in market efficiency;[12]

---

[10] *Waggoner v. Barclays PLC*, 875 F.3d 79, 98 (2d Cir. 2017).

[11] *Cammer v. Bloom*, 711 F. Supp. 1264, 1286-87 (D.N.J. 1989).

[12] A "market maker" is a market participant that provides liquidity by actively quoting two-sided markets in a security, providing both bids and asks, and attempting to profit from the bid-ask spread.  As discussed below, "arbitrageurs" are investors who attempt to profit from any possible mispricing of a security.

(4) **SEC Form S-3 eligibility:** "the Company was entitled to file an S-3 Registration Statement in connection with public offerings"; and

(5) **Price response to news:** "empirical facts showing a cause and effect relationship between unexpected corporate events or financial releases and an immediate response in the stock price."[13]

13. In addition to these factors, the Third Circuit in *DVI Securities Litigation* stated that (6) "the listing of a security on a major exchange such as the NYSE or the NASDAQ weighs in favor of a finding of market efficiency."[14]  Furthermore, three additional factors that may be relevant, as discussed in *Krogman v. Sterritt* and other cases, are measures of a company's: (7) market capitalization, (8) bid-ask spread, and (9) float.[15]

14. Academics and courts have also looked at whether there was autocorrelation (also known as serial correlation) in the returns of a security, i.e., whether rather than behaving randomly, a movement in the price of a security was more likely to be followed by another movement in the same direction (positive autocorrelation) or by a movement in the opposite direction (negative autocorrelation).[16]  In lay terms, autocorrelation exists if an observer can use a prior return to improve their prediction of today's return in a statistically significant manner.  The absence of autocorrelation provides evidence in favor of market efficiency by ruling out a class of potential forms of inefficiency.

15. I will discuss each of these factors in more detail as they are presented below, and then present my conclusions based on the totality of the information obtained by examining each of these factors.  For purposes of my analysis of market efficiency, I consider the period from July 22, 2020 through November 4, 2020, the trading days

---

[13] This factor is typically addressed through the use of a statistical analysis known as an "event study," as discussed below.

[14] *In re DVI, Inc. Securities Litigation*, 639 F.3d 623, 634 (3d Cir. 2011) ("*DVI II*").

[15] *Krogman, Inc. v. Sterritt,* 202 F.R.D. 467, 478 (N.D. Tex. 2001).

[16] See, e.g., *In re DVI, Inc. Securities Litigation*, 249 F.R.D. 196, 213 (E.D. Pa. 2008) ("*DVI I*"). Autocorrelation can also be measured based on the size of the price movements and not just their direction.

before the date at which, according to the ruling in the March 2025 Order, the market began reacting to the corrective information in the report of Tristan Massie ("Massie Report").[17]  There should be no dispute that Biogen's stock price increased by more than 43% on November 4, 2020 in response to new information from the FDA, thus establishing a price response to news on that day.  In Section VII below, I discuss the evidence that Biogen's stock-price movement on November 5, 2020 was a response to the market continuing to digest the information released on November 4, including the Massie Report.  In any event, adding November 4 or adding both November 4 and 5 to my analyses would have limited effects, and the clear price response to news on November 4, 2020 would strengthen the evidence in favor of market efficiency.

### (1) Trading Volume

16. The first *Cammer* factor is the average weekly trading volume as a percent of shares outstanding.  As noted on page 1286 of the *Cammer* decision, "[t]he reason the existence of an actively traded market, as evidenced by a large weekly volume of stock trades, suggests there is an efficient market is because it implies significant investor interest in the company."  Exhibit 3 shows the weekly volume of trading in Biogen's shares as reported by FactSet Research Systems Inc., a recognized data vendor, and the last reported number of shares outstanding for each day, obtained from SEC filings.  The volume figures in Exhibit 3 are shown unadjusted and also adjusted to remove trades created by estimated market-maker participation.[18]  I next calculate the mean and median percentage of shares outstanding traded in each week during the Analysis Period.  The

---

[17] Plaintiffs allege that a report by Tristan Massie that was included as part of the FDA briefing materials on November 4, 2020 contained data and analyses that serve as a corrective disclosure in this matter.

[18] A market maker sometimes serves as the counterparty to investor orders.  For example, one investor may sell shares to the market maker at $20 and later the market maker sells those shares to another investor at $21.  Both trades would be reported, but there really was only one transfer of shares between actual investors.  Support for this type of adjustment is found in *Unger v. Amedisys Inc.*, 401 F.3d 316, 324 (5th Cir. 2005).

mean is simply the arithmetic average of the weekly percentages of trading volume for each full week in the Analysis Period.[19]  The median is the midpoint of the weeks if arranged by the percentage of shares traded relative to shares outstanding, so that half of the weeks have the same percentage as or a larger percentage than the median week and half have the same percentage as or a smaller percentage than the median week.

17. Over the Analysis Period, the average unadjusted weekly volume is 3.70% of shares outstanding and the median unadjusted weekly volume is 3.58% of shares outstanding.  The average market-maker-adjusted weekly trading volume (i.e., reported volume reduced by 54.76%[20]) of Biogen's shares is 1.67% of the shares outstanding and the median figure is 1.62%, with both of those figures exceeding 2.5 million shares traded per week.  As previously noted, the *Cammer* court stated that an "average weekly trading of 2% or more of the outstanding shares would justify a strong presumption that the market for the security is an efficient one; 1% would justify a substantial presumption[.]" Thus, the unadjusted volume figures for Biogen's shares support a "strong presumption" in favor of market efficiency for the stock under *Cammer* while adjusted figures support a "substantial presumption" in favor of market efficiency.

### *(2)  Analyst Coverage*

18. In discussing the relevance of analyst coverage, the *Cammer* court stated on page 1286 that "[t]he existence of such analysts would imply, for example, the [auditor] reports [on the issuer] were closely reviewed by investment professionals, who would in turn make buy/sell recommendations to client investors." (Closing footnote omitted.) That is, analysts seek out, review, and disseminate information about a company and

---

[19] Including any partial week at the beginning or end of the Analysis Period would have minimal effects on the results.

[20] Daily trading volume is adjusted down by 54.76% for the NASDAQ market-maker participation rate, as obtained from Fernando Avalos and Marcia Kramer Mayer, "Dealer Participation on the New York Stock Exchange and Nasdaq," *NERA Working Paper,* May 2002.

make it easier for market participants to understand and react, or choose not to react, to that information, thus facilitating the process that leads to market efficiency.

19. While analysts provide coverage that is meant to inform investors about a company, different analysts provide varying levels of coverage that may have differential impacts in determining whether that coverage should be considered to be a material factor in aiding market efficiency.  For example, some analysts may provide limited analysis or merely repeat what a company has said, while others may provide informative analyses of a company's current and future expected revenues.

20. There are many ways to focus an examination on analysts that are providing at least some substantial coverage.  One such way is to identify the number of analysts included in the Institutional Brokers' Estimate System ("I/B/E/S") consensus earnings estimate for a given company.  Exhibit 4 shows the number of analysts included in the I/B/E/S earnings estimate for the upcoming quarter for Biogen for each month in the Analysis Period.  As can be seen in the exhibit, the average and median number of analysts that had provided such estimates were both 27 per month. (Note that these are estimates for the upcoming quarter and need not have been provided in the month indicated.)

21. The *Cammer* court found market efficiency where the security at issue (the common stock of Coated Sales, Inc.) was the subject of "[a]t least 15 research reports … from July 1987 through June 1988" (fn. 30, p. 1283) a 12-month period.  Here, by contrast, there was an average of at least 27 analysts issuing one or more reports each quarter.[21]  Thus, this factor weighs in favor of a finding of market efficiency.  Even the

---

[21] If one looked at the raw number of analyst reports (without removing those that may not have provided an earnings estimate but discussed topics other than earnings), a search on the Refinitiv Eikon database for Biogen analyst reports yields hundreds of reports over the Analysis Period.  While in *Cammer*, one might have examined each of the "[a]t least 15" analyst reports in that case to judge their quality, here such a review is not necessary for the more than one thousand reports given that the issuing firms included prominent investment houses including Bank of America, Credit Suisse, JP Morgan, Morgan Stanley, Oppenheimer, RBC, and Wells Fargo.

month with the lowest figure had 25 analyst estimates, well above the situation found in *Cammer*, where there was an average of just over one analyst report per month.

### (3) Market Makers and Arbitrageurs

22. As discussed in *Cammer*, "[t]he existence of market makers and arbitrageurs would ensure completion of the market mechanism; these individuals would react swiftly to company news and reported financial results by buying or selling stock and driving it to a changed price level."[22]  There were 91 market makers who traded Biogen's shares on the NASDAQ stock exchange during the Analysis Period.[23]

23. Arbitrageurs are investors who attempt to profit from any possible mispricing of a security.  There are two types of arbitrageurs that we can examine: those who take a "long" (or positive) position in the stock (profiting from an increase in price) and those that take a "short" (or negative) position (profiting from a decrease in price).  While there are no data on the identities of arbitrageurs in particular securities or their holdings of those securities, one would expect many of the arbitrageurs who are active enough to move the market to be found among the largest market participants.  We can therefore use information about institutional holdings, which are reported quarterly, as a proxy for arbitrageurs that take a long position.  Though not all institutions are arbitrageurs, many of the major arbitrageurs who take a long position large enough to affect the price of a stock would be institutional investors, as non-institutional investors generally do not have the capital to take a long-term position of the same magnitude.

24. Over 1,400 institutions are known to have collectively held over 137 million Biogen shares, or 84.2% of the shares outstanding as of June 30, 2020, the last calendar quarter-end before the start of the Analysis Period, as seen in Exhibit 5.  On December 31, 2020, the first quarter-end after the end of the Analysis Period, institutions held approximately 131 million Biogen shares, or 85.2% of the shares outstanding.  The

---

[22] *Cammer*, 711 F. Supp. at 1286-87.

[23] Bloomberg L.P.

direction of the changes in institutional holdings are not important; what is important is that there was a potential for change, with institutions buying or selling in response to factors including news about Biogen and changes in its share price.

25. As alluded to above, if an institution did not trade any shares during the Analysis Period, it may not be adding to market efficiency, since it would be providing neither upward pressure through buy orders nor downward pressure through sell orders. However, an examination of the data underlying Exhibit 5 shows that most institutions did change their positions, with numerous examples of a single reporting institution changing its holdings up or down by more than a hundred thousand shares over the course of a single quarter.  Moreover, including the quarter-ends surrounding the Analysis Period, of the institutions with a non-zero holding of shares at the end of a quarter, on average, 78.4% reported a different holding figure at the end of the next quarter, while 80.6% of those with a non-zero holding at the end of the sole quarter-end in the Analysis Period showed a different holding figure at the end of the next quarter. These observations show that as a group, institutions were not passive investors, but changed their positions, which is a hallmark of arbitrage activity.  Even among the institutions that did not change their positions, there may be some that actively evaluated news about Biogen and changes in its share price and were comfortable maintaining their prior position.  The fact that on average more than eight out of ten institutions holding Biogen shares changed their position is evidence that a substantial number of large investors were following the company.

26. With regard to arbitrageurs who held a short position in Biogen shares, I obtained data on the aggregate short position, which is reported twice a month by Bloomberg L.P., and shown in Exhibit 6a.  The average aggregate short position over the Analysis Period was 1.96% of Biogen's shares outstanding.  The minimum monthly short position over

the Analysis Period as a percentage of shares outstanding was 1.50%, while the largest was 2.47%.[24]

27. I also looked into whether there was any evidence of Biogen shares being hard to borrow by examining whether Biogen shares met the fail-to-deliver condition for being a "threshold security." As noted by the NYSE, a threshold security is one that for five consecutive settlement days meets three criteria, one of which is that the "level of fails is equal to at least one-half of one percent of the issuer's total shares outstanding[.]"[25] Exhibit 6b shows this ratio for Biogen shares for each day of the Analysis Period. The *highest* single figure is under 0.025%, less than one-twentieth of the figure of 0.5% (one half of one percent) that would, if reached on five consecutive settlement days, satisfy one of the three requirements for a security to be considered a threshold security. Thus, Biogen shares did not even come close to being considered a threshold security, or one that is flagged as being potentially difficult to borrow.

28. Overall, I find that both institutions and short sellers actively changed their holdings over the Analysis Period, an indication of their attention to the price of Biogen's shares.[26] Institutional holdings varied from 84.2% to 85.2% of shares outstanding over the quarter-ends encompassing the Analysis Period, with 78.4% of institutions with a positive holding in one quarter reporting a different amount of holdings in the next. This supports the conclusion that investors were able to, and did, take and change positions in

---

[24] To short one Biogen share, the investor who wants to take the short position must, through their broker, find a share held by another investor to borrow. The investor going short delivers this share to the counterparty (the purchaser) in the short transaction and is required to later return a share to the investor from whom he or she borrowed the share. When there are not enough shares available for borrowing, investors may not be able to establish or expand their short positions, and therefore would not be able to contribute to arbitrage and market efficiency by varying the size of their short positions.

[25] https://www.nyse.com/regulation/nyse/public-info (citing 17 C.F.R. § 242.203(c)(6)).

[26] Some changes in institutional holdings may be due to other factors, such as a decision to sell shares for liquidity purposes. Still, the substantial number of changes is evidence of active monitoring of Biogen by many institutions.

Biogen's shares to reflect their views, the core mechanism by which financial markets are driven to efficiency. The activity of these arbitrageurs, as well as the 91 market makers trading Biogen's shares on the NASDAQ exchange, supports a finding of efficiency for Biogen's shares.

### (4) S-3 Registration Statement

29. Another *Cammer* factor is the ability of an issuer to register new shares through a Form S-3 registration statement rather than using a Form S-1 or Form S-2, both of which require more disclosure than a Form S-3. The SEC allows qualifying companies to register shares using the less burdensome Form S-3 based on the assumption that news about such companies is already publicly available to market participants and therefore does not need to be included in the registration statement. At the time of the *Cammer* opinion, an issuer had to have a float (i.e., shares outstanding that are not held by insiders) with a market value of at least $150 million to use a Form S-3. That requirement was later reduced to $75 million.[27] Exhibit 7 shows the market capitalization and float of Biogen's shares during the Analysis Period. The market capitalization and float of Biogen's shares exceeded $26 billion (i.e., more than 300 times the $75 million requirement) throughout the Analysis Period.

30. A second requirement to be able to file a Form S-3 registration statement is that the issuer be current in its SEC filings.[28] Biogen was not delinquent in its SEC filings during the Analysis Period. As it satisfied the two requirements, Biogen was eligible to

---

[27] Form S-3, available at https://www.sec.gov/files/forms-3.pdf, §1.B.1. See also "Revisions to the Eligibility Requirements for Primary Securities Offerings on Forms S-3 and F-3," available at https://www.sec.gov/files/rules/proposed/2007/33-8812.pdf, p. 6 ("As originally adopted, the 'public float' requirement for companies eligible to use Form S-3 to register primary offerings was $150 million. In 1992, the Commission reduced the minimum float threshold to the current $75 million, based on its analysis of the trading markets and market following of registrants in various capitalization ranges." Internal and closing footnotes omitted.)

[28] Form S-3, available at https://www.sec.gov/files/forms-3.pdf, §1.A.3.

file a Form S-3, thereby satisfying this *Cammer* factor and supporting a finding of market efficiency.

### (5) Price Response to News

31. Whether a stock price responds to material, new, unexpected information is often considered the most direct and important of the *Cammer* factors. The *Cammer* court noted on pages 1291-1292 that "one of the most convincing ways to demonstrate efficiency would be to illustrate, over time, a cause-and-effect relationship between company disclosures and resulting movements in stock price."[29]

32. Accordingly, I performed statistical analyses, based on tests known as "event studies," the standard means of quantifying stock price responses to news, to examine this factor. An event study is a statistical test that first measures the movement in the price of a stock or other security by removing the influence of general market and/or industry effects. The remaining movement is then compared to a "control period" of similar market-adjusted price movements to see if it is unusual (i.e., statistically significant). If so, then one may be able to make the inference that the news was the cause of the unusual stock price movement.[30] In general, we expect that the price of a stock will increase in response to unexpectedly positive news and fall in response to unexpectedly negative news.

---

[29] As discussed above, courts have often held that this factor is not a necessary factor when the other *Cammer* factors weigh in favor of market efficiency and that particular forms of proof of this factor are not necessary. See, for example, *Waggoner* at 96-97 ("We conclude that direct evidence of price impact under *Cammer* 5 is not always necessary to establish market efficiency and invoke the *Basic* presumption[.]"). See also *In re Petrobras Securities,* 862 F.3d 250, 277-278 (2d Cir. 2017), holding that requiring "direct evidence of market efficiency … consist[ing] of empirical data showing that the price of the relevant securities predictably moved up in response to good news and down in response to bad news … attempt[s] to relabel a *sufficient* condition as a *necessary* one." (Emphases in original.)

[30] The event studies I employ here are consistent with my own published work (David Tabak and Frederick Dunbar, in *Litigation Services Handbook, The Role of the Financial Expert* (3d ed. 2001)).

33. To test the general proposition of whether a stock price responds to news, it is necessary to examine the stock price responses to two different groups of dates: those with news and those without news.[31]  That is, one conducts event studies on the different news and non-news days, and then compares the results of those two analyses.  This is the same idea behind a medical study that has a control group and a treatment group.  Here, the control group (i.e., the group not receiving treatment) consists of the "non-news days" while the treatment group consists of the "news days."  Establishing two such groups is necessary because even if the market for a stock were not efficient, there would generally still be some news days that were randomly associated with stock price movements.  Selecting a few examples of such instances and claiming to have thereby found an association between news and stock price movements would be clearly incorrect.[32]  Conversely, even in an efficient market, one would not expect every news day to be associated with a stock price movement;[33] again, selecting a few examples and

---

[31] Ideally, one wants to define news as material, new, unexpected information.  Other news may be consistent with prior expectations and should not be expected to cause a change in a stock's price.

[32] For example, if such a methodology were valid, one could identify several people with blue eyes who are right-handed and then claim to have "found" an association between blue eyes and right-handedness.  One could also, under the same methodology, identify several left-handed blue-eyed people and also claim to have "found" an association between blue eyes and left-handedness.  A description of the method of analysis I use here is found in Paul Ferrillo, Frederick Dunbar, and David Tabak, "The 'Less Than' Efficient Capital Markets Hypothesis: Requiring More Proof From Plaintiffs in Fraud-on-the-Market Cases," 78 *St. John's L. Rev.* 81, 120-21 (2004).  This methodology was recently cited as a basis for a test of market efficiency in a peer-reviewed article (Miguel O. Villanueva and Steven Feinstein, "Stock Price Reactivity to Earnings Announcements: The Role of the *Cammer/Krogman* Factors," *Review of Quantitative Finance and Accounting* (2021): 57:203-234) and was extensively debated, and accepted by the court, in a case in which I served as an expert for plaintiffs, *In re Teva Securities Litigation*, No. 3:17-cv-558 (SRU) , 2021 WL 872156, at *27 (D. Conn. Mar. 9, 2021), with that court finding that "[n]umerous courts have accepted the FDT Test (or a similar comparative test) as a sound statistical method" and listing eight such cases.

declaring the absence of an association between news and price movement is just as clearly incorrect.

34. Another relevant consideration in this analysis is to recognize that we typically cannot use the news and price movement at the end of a Analysis Period in an analysis of market efficiency. This is because most Analysis Periods are chosen to end with a news event corresponding with a large stock price decline. Defining our analysis period to include such a date would result in an improper bias toward finding an association between news and stock price movements.[34] Thus, I end the analysis on November 4, 2020, the last trading day before the start of the price movements associated with the disclosure of the Massie Report per the March 2025 Order.

35. As noted above, the test of a stock price's response to news depends on classifying days into news days and non-news days. If not performed carefully, this classification may be somewhat subjective. Thus, one generally wishes to use an objective measure of news, or at least one where any subjective decisions have been made by others who are not part of the analysis of market efficiency.[35] My standard

[33] See, for example, Boudoukh, Jacob, Ronen Feldman, Shimon Kogan, and Matthew Richardson, "Information, Trading, and Volatility: Evidence from Firm-Specific News," *The Review of Financial Studies* 32.3 (2019): 992-1033, p. 1004.

[34] One would also want to exclude the first day of a Analysis Period if it were chosen because of news causing a large increase in the stock price. Here, there does not seem to be evidence that the initial day of the Analysis Period was chosen because of a stock price increase, but rather was effectively chosen by the First Circuit based on its factual analysis of the statement made that day and not based on any associated stock-price movement. Assuming that the Analysis Period is continuous, then only the first and last dates could present an issue, as they define the range of dates to be considered in the analysis. Intermediate disclosure dates, like all other dates in the Analysis Period, would still be included in the analysis whether they were deemed to be partial disclosures or not once the initial and end dates of the Analysis Period have been determined.

[35] See, for example, *In re Countrywide Financial Corporation Securities Litigation*, 273 F.R.D. 586, 618 (C.D. Cal. 2009) ("It should be obvious, even to those without a background in statistics or econometrics, that the events for study should be selected using criteria that are as objective as possible. Further, those criteria should be determined before looking at the result to be studied (here, stock returns). Relatedly, (continued)

-17-

procedure is to undertake analyses that minimize any possible subjectivity on my part as to which "news days" were selected for examination by first defining news days as days with Biogen earnings announcements. Many experts limit their analysis to the study of earnings announcements. However, this often results in a small set of dates, making it harder to demonstrate market efficiency.

36. Because news about a company can arrive on days other than earnings-announcement dates, defining news days as days with earnings announcements represents an overly restrictive definition of "news days," and results in comparing (1) a set of particular news days with (2) a mixed set composed of both non-news days and days that would (but for the restrictive definition) be considered news days. Because the second set of days has a mix of types of days, this will tend to make it harder for a comparison of (1) and (2) to show that Biogen's share price responded to news.[36] Therefore, because such an analysis is biased against finding market efficiency, a negative result would not necessarily discredit a finding that a security's price reacts differently in a statistically significantly fashion on earnings-announcement versus non-earnings-announcement days.

---

unless the expert uses articulable objective criteria, it is difficult to evaluate the probative value of expert evidence without evaluating also the expert's own credibility."). See also *Teva*, at *33.

[36] To see this, imagine that Biogen's share price moved by ten percent on news days and by zero on non-news days. If we had perfectly identified news days and non-news days, we would be comparing a set of days with an average price movement of ten percent to another set of days with an average price movement of zero. However, in our actual analysis, the second set of days (i.e., those classified as non-news days) likely includes some news days. Thus, using the percentage price movements in our hypothetical, we may wind up comparing a set of days with an average stock price movement of ten percent (some of the news days) to some positive figure such as five percent (if half of the second set consisted of news days). Thus, rather than a difference of ten percentage points, the difference would be only five percentage points, making it harder to prove that there is a meaningful difference between the two figures. One should note that under some circumstances (e.g., if non-earnings news has a very small impact on prices), grouping those with non-news days may make the average price impact of the remaining news stories on news days greater, which could aid in reaching a correct finding that a stock responds to earnings news.

37. Although an analysis of earnings-announcement days is often considered sufficient to demonstrate market efficiency (if the evidence supports that conclusion), I performed another analysis with ten broader sets of news days, in which I define news days as days with stories published by the *Dow Jones Newswires*. First, I limited news stories to those that have references relevant to "Biogen Inc." as a company (a "Company Search" is an option in Factiva that picks up stories characterized by Factiva as related to Biogen).[37] Second, I considered only those stories from this group that occurred outside of trading hours on the New York Stock Exchange (i.e., before 9:30 a.m. and at or after 4 p.m. Eastern Time), to reduce concerns that large intraday price movements during trading hours may be leading to news stories being published on those days.[38] Third, I looked at the last set of news days (i.e., stories published outside of market hours based on the "Company Search" of Biogen) and took the 50%, the 25%, and the 10% of days with the highest number of such news stories, as that would be a proxy for more material news.[39] Finally, I repeated the analyses with the Company Search by performing a news

---

[37] If a news story came out before 4 p.m. Eastern Time (i.e., before the close of trading), that day was characterized as a news day. If the story occurred at or after 4 p.m. Eastern Time but before midnight, or occurred on a non-trading day, then the following trading day was characterized as a news day. If a news story was merely commenting on trading behavior, such as Biogen's share order imbalance, or Biogen's share price movement, it would be excluded.

[38] This is mostly a theoretical concern. See Boudoukh, Jacob, Ronen Feldman, Shimon Kogan, and Matthew Richardson, "Information, Trading, and Volatility: Evidence from Firm-Specific News," The Review of Financial Studies 32.3 (2019): 992-1033), p. 1004. ("[W]e observe very little evidence of extreme price changes on news days when we cannot identify a specific event tied to the news: only 0.5% more than the expected fraction of our defined 'extreme' days. Ex ante, one might have imagined that large price moves would have generated 'news' stories, but this result shows no mechanical relation between news and firm volatility.")

[39] The academic field of "content analysis" suggests that more material news will be reported more (e.g., by additional news sources or by repetitions of the same news in the same or different sources). Thus, the number of news stories on a day is a proxy for the materiality of news. This concept has been used in the analysis of price response to news, with, for example, a peer-reviewed article that looked at price response to news across different countries, stating, "Panel A in Figure 2 shows that most developed (continued)

search for mentions of "Biogen" in the headline or lead paragraph of the news article (a "Text Search").  I again looked at all of the results of that search as well as only stories published outside of market hours and the top 50%, top 25%, and top 10% of the days of non-market-hours stories.[40]

38. Exhibit 8a compares (A) the percentage of news days within the Analysis Period that are associated with statistically significant market-adjusted stock price movements with (B) the percentage of days in the control period of non-news days that are associated with statistically significant market-adjusted stock price movements.  The first row in Exhibit 8a was run using the definition of news days as days with Biogen earnings announcements.  The second block, containing five rows, was run with news days defined as those that Factiva tagged as relevant to Biogen (i.e., a "Company Search"), and the third block, also containing five rows, is based on text searches in headlines and lead paragraphs for "Biogen" (i.e., a "Text Search").[41]

39. One issue seen in Exhibit 8a is that there are only two days with a statistically significant return over the 75 trading days in the Analysis Period, while normally one would expect about 5% of the days, or 3.75 (meaning likely either three or four) days should have a statistically significant return.  Consequently, the results of this set of tests of price response to news will often be dependent on whether a single one of those two days is classified as a news day or a non-news day.  To bring the number of news days up toward 5%, I adjust the critical (or cut-off) level for the t-statistic, the statistical measure

---

markets are to the left with a greater fraction of return volatility 'explained' by news days and article counts on those news days."  (Griffin, John M., Nicholas H. Hirschey, and Patrick J. Kelly, "How Important Is the Financial Media in Global Markets?" *The Review of Financial Studies* 24.12 (2011): 3941-3992, p. 3964.)

[40] References to "Biogen Inc." would be picked up by the search term "Biogen" as that search term is a sequential portion of the full name "Biogen Inc."

[41] Days where the only news about Biogen was reporting on trading activity and/or price movements are excluded from the list of news stories considered.  In this case, there were no such days during the Analysis Period.

used to determine whether a result is statistically significant.[42]  Specifically, I find a critical value for the t-statistic so that at most 5% of the trading days (meaning four out of 75) are associated with a statistically significant return.  While this is still a small number of days, the figure is in accord with the desired 5% figure.  Results are shown in Exhibit 8a-percentile.

40. As seen in the first row of Exhibit 8a-percentile ("Earnings Dates"), in the Analysis Period, when I limit the definition of news days to earnings announcements and examine the common stock, there are only two earnings-announcement days in the Analysis Period.  Neither is associated with a statistically significant stock price movement. Thus, this test does not support market efficiency.  This is not necessarily unusual for pharmaceutical-development companies, where news about whether a drug will or will not be approved and marketed often is more important than the deviations from expected earnings from already-marketed drugs.

41. In the second block of Exhibit 8a-percentile (the Company Search category), we see that the result with all news stories is statistically significant.

42. When we move to looking only at news stories published outside of market hours, the number of news days is reduced, and the result is no longer statistically significant.[43]

---

[42] This procedure actually is more theoretically sound than the use of a critical value (or cutoff) for the t-statistic of 1.96, which is based on a theoretical distribution that is justified for large, identical samples, which may not hold when looking at a single firm over a single time period.  Theoretically, the 5% significance level means that the probability that one would observe results as extreme or more extreme than those actually observed, if the null hypothesis is true, is 5%.  This can be accomplished either by assuming a theoretical distribution or by looking at the actual distribution of excess returns, as I have done here.  See, for example, Gelbach, Jonah B., Eric Helland, and Jonathan Klick, "Valid inference in single-firm, single-event studies," *American Law and Economics Review* 15.2 (2013): 495-541.

[43] The test is run by comparing the proportions of the news and non-news days with statistically significant returns.  A test of proportions implicitly assumes equal variances under the null hypothesis, an update in methodology that I have used in prior cases relative to that used in a publication I co-authored in 2004 (Paul Ferrillo, Frederick Dunbar, and David Tabak, "The 'Less Than' Efficient Capital Markets Hypothesis:
(continued)

The standard level of statistical significance for tests in financial economics is the five-percent level, meaning that there is only a five percent chance that a result as strong as or stronger than the one observed in the data would appear if the market did not react to news. This means that we consider results to be statistically significant if they have a false-positive error rate (i.e., a finding of a reaction to news when no such reaction exists) of five percent or less.[44] As we limit the number of news days to those with the top number of news stories, the results become and remain statistically significant until we raise the bar to limit the number of news days to just two.[45] In that final case, we again

Requiring More Proof From Plaintiffs in Fraud-on-the-Market Cases," 78 *St. John's L. Rev.* 81 (2004).)

[44] A p-value is the observed level of statistical significance. For example, a p-value of 0.05 or 5% represents statistical significance (or the expected false-positive rate) at the 5% significance level. This means that if prices do not actually respond to news, we would expect to see results as extreme or more extreme as those actually observed when the p-value is 0.05 only 5% of the time. A more stringent significance level is 0.01 or 1%, corresponding to a false-positive rate of only 1% (i.e., it is even less likely that we would see results that extreme if prices were not actually responding to news). p-values may be determined based on a statistic known as a z-statistic (which is a function of a particular observed value, such as an abnormal return on a date, and the distribution of the data). A z-statistic of at least 1.96 in absolute value generally corresponds to statistical significance at the 5% level, while a z-statistic of at least 2.58 in absolute value generally corresponds to statistical significance at the 1% level. Higher z-statistics and lower p-values (or significance levels) indicate stronger results, everything else being held constant.

[45] It is worth noting that there is no meaningful benchmark for the percent of news days that should be associated with a statistically significant return. As the definition of news days becomes looser (i.e., less likely to be material new information), then the expected percent of such days associated with a statistically significant return should fall. That is, many news stories may not contain material new information because the news is expected or is not material to Biogen. For example, new product introductions or improvements may be partially or fully expected or may not be large in financial terms relative to the size of the company. In addition, the results presented are based on the five-percent significance level. The use of a more or less stringent significance level would result in fewer or more price movements, respectively, passing the test of statistical significance. Given the variability of both the definition of news and of statistical significance, there is no reason to expect any particular percentage of news days to be associated with statistically significant returns. In other words, what matters is
(continued)

run into issues with having small numbers in the analysis, and it turns out that neither of those days is associated with a statistically significant stock-price return.[46]

43. Finally, we have similar results in the third block of Exhibit 8a-percentile (the Text Search category).  Once again, all four of the days with statistically significant returns are associated with news.  When we limit the number of news stories by counting only those published outside of market hours, the result is statistically insignificant;, however, again, this result becomes statistically significant when we limit the number of news days to those with the top 50% or top 25% of news stories by count.  When we further restrict news days to those with the top 10% by count, a mere two news days, the result is again no longer statistically significant.  These are qualitatively the same results as with the Company Search.

44. The market model (i.e., the statistical analysis that I employed as part of my event study to control for the effect of general market factors on Biogen's share price) used the Dow Jones U.S. Select Pharmaceuticals Index as a proxy for the relevant industry and market effects and is presented in Exhibit 8b.  As set forth in Exhibit 8b, the R-squared, a measure of how well movements in the chosen index relate to movements in Biogen's share price was 35.42%, or 0.3542.

45. The tests of stock price response to news, the *Cammer* factor that most directly tests market efficiency, provide reasonable evidence that Biogen's share price responded to material new information.  All four of the days with statistically significant returns occur on news days, with three of those being associated with news stories outside of market hours.  However, when we restrict the number of news days severely, such that we have only two news days, neither of those days is associated with a statistically significant return.  Overall, the results are more in favor of efficiency than if there were

---

the comparison of statistically significant price movements on news versus non-news days, not the absolute proportion of statistically significant price movements in either group.

[46] The two days with the most news are both earnings-announcement days.

no relationship between Biogen stock-price movements and news, though the limited number of trading days (given an Analysis Period of less than four months) appears to affect some of the results.

### (6) Trading on a Major Securities Market

46. The court in *DVI II*, citing prior case law, stated on page 634, "Securities markets like the NYSE and the NASDAQ are 'open and developed,' ... and are therefore 'well suited for application of the fraud on the market theory,'…. Accordingly, the listing of a security on a major exchange such as the NYSE or the NASDAQ weighs in favor of a finding of market efficiency." That is, major securities markets, such as the NASDAQ, have mechanisms in place to ensure conditions such as the rapid dissemination of price and volume information that allow investors to trade easily and with reliable information about recent trading. Market participants are then better able to spot any potential deviations of the stock price from an efficient value and move to quickly eliminate any such inefficiencies. Biogen's shares traded on the NASDAQ during the Analysis Period and therefore satisfies this criterion, supporting a finding of market efficiency.

### (7) Market Capitalization

47. A large market capitalization is another factor that courts have found to weigh in favor of finding an efficient market for common stock. As noted previously, Exhibit 7 shows Biogen's market capitalization over the Analysis Period. Biogen's market capitalization over the Analysis Period was always at least $37 billion. Biogen's minimum market capitalization during the Analysis Period, on October 28, 2020, exceeded the market capitalization of more than 94.47% of the members of the Russell 3000 Index (excluding Biogen), which is composed of 3,000 of the largest stocks traded in the United States, on that date, making it the 168th largest company in the index on that day.[47]

---

[47] Members and market capitalization of the Russell 3000 Index determined as of October 28, 2020, the day in the Analysis Period when Biogen's market capitalization was the (continued)

48. The large capitalization means that there would have been opportunities for investors to make large profits if there were any apparent mispricing, thus providing an incentive for investors to carefully analyze news and information about Biogen. This conclusion supports a finding of market efficiency for Biogen's common stock.

### (8) Bid-Ask Spread

49. A narrow bid-ask spread can provide evidence regarding market efficiency because the spread provides information about the cost of arbitrage. A narrow spread supports a finding of market efficiency because it means that those costs are lower. Market makers typically work to keep a market functioning by being continuously willing to buy at a certain price (the bid) and to sell at another price (the ask). Market makers make a profit by keeping the bid price below the ask. For example, if the bid is $20.00, the ask may be $20.50. If a market maker receives one market order to buy and one to sell, it buys at $20.00 from the seller and sells at $20.50 to the purchaser. The market maker's gross profit of $0.50 is reduced by the costs of maintaining an inventory of securities (in case there are more buyers than sellers) and the other costs of running a market-making operation. While the market maker earns $0.50 in this transaction, an arbitrageur who thinks that a stock is undervalued would pay $0.50 on their round-trip transaction, hoping that between the purchase and sale times the stock rises by more than this amount. Thus, the spread between the bid and ask represents the cost of arbitrage, and thus equals a degree of mispricing that arbitrageurs may not seek to exploit because

---

lowest. According to a factsheet for the index available at https://research.ftserussell.com/Analytics/FactSheets/Home/DownloadSingleIssue?issue Name=US3000USD&isManual=True, "[t]he Russell 3000® Index measures the performance of the largest 3,000 US companies designed to represent approximately 98% of the investable US equity market." Thus, Biogen was also the 168th largest publicly traded company in the United States on October 28, 2020.

doing so will be unprofitable after taking into account the arbitrageur's transaction costs.[48]

50. Exhibit 9 shows the daily bid-ask spread for Biogen's shares for each trading day in the Analysis Period. The bid-ask spread averaged 0.07% of the same-day's closing price over the Analysis Period, with a median figure of 0.06%. This low figure indicates that, on average, it would typically be profitable (in expectation) for investors to trade in Biogen's shares if they felt that it was mispriced by as little as the sum of trading costs (e.g., commissions) plus 0.06% or 0.07%. This low level of the bid-ask spread supports a finding that arbitrageurs would have an incentive to trade on any perceived mispricing, and therefore would have an incentive to undertake the activities that lead to a stock trading in an efficient market, supporting a finding of market efficiency.

### (9) Float

51. Courts have considered the size of an issuer's float (i.e., the shares outstanding not held by insiders) as another indicator of efficiency for the issuer's common stock. A larger float suggests greater liquidity for shares, making it easier to purchase and sell shares in the market. Exhibit 7 shows the float in Biogen's shares, or the shares not held by insiders. Courts have often found that a float representing a large percentage of the shares outstanding is an indicator of efficiency.[49] This would be true because investors are only able to trade shares that are in the float. Thus, investors' ability to profit from any apparent mispricing, and their incentives to examine a company's stock price and news about the company, will be related to the number of shares that they can attempt to trade in order to make potential profits. Over the Analysis Period, Biogen's float averaged over 71% of the shares outstanding, indicating a high level of float that strongly supports a finding of efficiency.

---

[48] In reality, arbitrageurs may be able to trade "between the quotes" and not pay the full bid-ask spread. However, it is still generally true that the larger the bid-ask spread, the larger are the expected costs of arbitrage activities.

[49] See, for example, *Krogman* 202 F.R.D. 467, p. 474.

### *(10)   Autocorrelation*

52. A final test of market efficiency is whether there is autocorrelation in Biogen's share prices, or whether there is a predictable statistical pattern of positive and negative changes in those prices.[50]  For example, if a price rises on Monday, then if the market were able to predict that the stock was more likely to move in the same direction (i.e., rise) than move in the opposite direction on Tuesday, there would be evidence of positive autocorrelation.  Similarly, if the market were able to predict that on Tuesday the stock price would move in the opposite direction of its movement on Monday, there would be evidence of negative autocorrelation.  Evidence of autocorrelation would be an indicator counter to market efficiency and would invite the question of how severe that violation of market efficiency would be.  In particular, persistent autocorrelation beyond transaction costs would represent a potential failure of investors to exploit profit opportunities in the stock, suggesting that investors may not be properly analyzing the company's stock price movements.

53. In Exhibit 10a, I show the measure of first-degree, or one-day, autocorrelation in Biogen's share prices for the Analysis Period.  When first-degree autocorrelation is present, then the size and direction of the price movement of a security on one day can be statistically estimated (though, of course, not precisely, but with some degree of uncertainty) in advance based on the size and direction of the security's price movement on the prior trading day.  As can be seen, there is no statistically significant degree of autocorrelation at the standard 5% level in the stock over the Analysis Period.

54. A second way to examine autocorrelation that it is my regular practice to employ is by means of what is called a "runs test."[51]  To see how such a test works, imagine

---

[50] Autocorrelation, also known as serial correlation, is discussed as a test of potential market efficiency in Eugene F. Fama, "Efficient Capital Markets: A Review of Theory and Empirical Work," *Journal of Finance*, 1970.  ("More of the literature has, however, been concerned with tests of serial covariances of returns." p. 391.)

[51] See, for example, footnote 15 of Prof. Fama's 1970 paper.  ("For the daily price changes, the actual number of runs of price changes of the same sign is less than the expected number for 26 out of 30 stocks.  Moreover, of the eight stocks for which the (continued)

flipping a coin N times.  We would expect that if the coin were unbiased it would sometimes come up heads and sometimes tails; sometimes there may be a single head followed by tails, and sometimes there may be a string of heads in a row.  Suppose first that in running this experiment the coin switched back and forth between heads and tails on every flip.  Then the number of runs in the N flips would also be N, as every single flip would start a new run of heads or tails.  This would be a form of negative autocorrelation because a result in one direction would indicate that we should expect the next result to be in the other direction.  Now suppose instead that the first N/2 flips were heads and the second N/2 flips were tails.  In this case, we have only two runs, one of heads and one of tails.  This would be a form of positive autocorrelation, because with one exception right in the middle, one could always predict a flip of the coin by assuming that it would be the same as the last flip.  Probability theory allows us to show that a fair coin would have approximately N/2 runs.  Probability theory also lets us determine how many runs represent a statistically significant deviation from this expected number of runs.

55. This theory has been applied to stock price movements by examining the number of runs of increases or decreases in the stock price during some time period.[52]  If the number of runs is sufficiently small, there is evidence of positive autocorrelation while if the number of runs is sufficiently large, there is evidence of negative autocorrelation. The number of runs needed to result in a statistically significant deviation from the results

---

actual number of runs is more than two standard errors less than the expected number [i.e., is statistically significant at the five-percent level], five of the same stocks have positive daily, first order serial correlations in Table 1 that are more than twice their standard errors [i.e., are statistically significant at the five-percent level].  But in both cases the statistical 'significance' of the results is largely a reflection of the large sample sizes.")

[52] The analysis is actually run comparing the number of runs of returns, or percentage price changes, above and below the median return.  Because stock prices tend to have a median return of around zero, for present purposes one can imagine looking at runs of positive and negative returns.

of an unpredictable outcome can be determined by the use of probability and statistical theory.  One of the benefits of a runs test is that a single event will not have an outsized effect on the results.

56. The results of the runs test also point toward a lack of autocorrelation, which weighs in favor of a finding of efficiency.  As shown in Exhibit 10b, there is no statistically significant autocorrelation over the Analysis Period.  Putting together the two tests of autocorrelation, results argue in favor of market efficiency.

### (11)    Summary

57. The above analyses indicate that Biogen's shares traded in an efficient market. The market for Biogen's shares shows clear evidence of efficiency under four of the five *Cammer* tests, while showing reasonable evidence in favor of efficiency under the price-response-to-news test.  It also does extremely well on the *Krogman* tests and the autocorrelation tests.  Viewed as a whole, the evidence strongly supports a finding of market efficiency for Biogen's shares stock during the Analysis Period.

## VI.    DAMAGES FOR INVESTORS IN BIOGEN'S SHARES CAN BE CALCULATED THROUGH A COMMON METHODOLOGY

58.    While I have not yet been asked to determine the level of inflation in Biogen's shares, I have been asked to provide an opinion on whether such an analysis can be performed on a class-wide basis.[53]  As discussed below, the answer is unambiguously that such a common methodology is possible in this matter.

59.    In the most common type of fraud-on-the-market securities-fraud case under Section 10(b) and Rule 10b-5, including this one, damages are calculated under the "out-of-pocket" measure, and the damages analysis begins with an allegation that members of the class have overpaid because the market price of the security they purchased was

---

[53] It is my understanding that this opinion relates to the Supreme Court's ruling in *Comcast Corp. v. Behrend*, 569 U.S. 27 (2013).

artificially inflated. Thus, the proper form of analysis depends not on what an individual investor believed, but on the degree, if any, by which the market price of the security in question was inflated.[54] As all investors face the same market price at any given point in time, the proper analysis of damages will be the same across all investors in any given security.

60.    The starting point for calculating damages for an investor who holds their purchase past the end of the relevant period is the amount of inflation at the time of purchase. Further adjustments may be necessary if the amount of inflation declines for reasons other than a corrective disclosure (e.g., if inflation changes due to market, industry, or company-specific reasons unrelated to the allegations) in order to obtain what is known as the "out-of-pocket" measure of damages. In addition, the 1995 Private Securities Litigation Reform Act provides a limitation on damages.[55] Notably, all the above calculations are performed on a class-wide basis.

61.    The inflation calculation referenced above begins with an event study, or the analysis of the change in the market prices of Biogen's shares, accounting for changes in market and/or industry effects, on the effective trading dates for what I understand to be potentially affected by the alleged corrective disclosures in this case (i.e., November 5, 2020 and potentially November 9, 2020 and November 4, 2020).[56] I understand that

---

[54] Certain investors, such as defendants, may be excluded from a class based on their knowledge or beliefs, as the fraud-on-the-market theory applies to an investor who "buys or sells stock at the price set by the market[.]" (*Basic Inc. v. Levinson*, 485 U.S. 224, 247, 108 S. Ct. 978, 99 L. Ed. 2d 194 (1988).)

[55] For shares held beyond the disclosure that corrects the misrepresentation(s) that is (are) the basis for the action, damages are limited to the purchase price less (1) the 90-day average closing price following that disclosure if the shares are held through this 90-day period or (2) the average closing price through the time of sale if the shares are sold within the 90-day period.

[56] I understand that the March 2025 Order held that the market began to react to the Massie Report on November 5, 2020. If so, November 5 is included as a day where the price movement may be in response to corrective information. To the extent that this holding is challenged or changed or is not deemed relevant for purposes of analyzing loss
(continued)

there will likely be disputes as to how much of the price movements on each of those dates may be attributed to corrective information, a point I address in the next section of this report, which calculates a minimum response of Biogen's stock price to the corrective disclosure. However, whatever the outcome of those disputes, the results (i.e., the inflation, if any, that was removed from Biogen's stock price on each of those days) will be common figures that would apply to all members of the Class.

62.    In other words, while further discovery should aid in some of the exact parameterizations of the damages calculations, a method for determining inflation at any date, and thus damages for any Class member, will be feasible. While there may be questions about how to calculate inflation, those questions will affect all members of the Class who purchased Biogen's shares and will be resolved by common class-wide proof. Consequently, the inflation in Biogen's shares will be determined in a common manner for all Class members. The resultant figures will then be applied to each Class member's transactions in a mechanical fashion to determine the appropriate claim for each member of the Class.

## VII.  THERE IS EVIDENCE OF PRICE IMPACT FROM THE MISREPRESENTATION AT ISSUE

63.    The end of the Analysis Period is the result of the publication by the FDA on November 4, 2020 of briefing materials regarding an upcoming meeting of an FDA advisory committee ("Advisory Committee") that would advise the FDA on several questions relating to Biogen's aducanumab drug.[57]  Plaintiffs allege that the briefing

---

causation and damages, I reserve the right to consider if a portion of the November 4 price movement is related to the Massie Report.

[57] I understand that the First Circuit referred only to the Massie Report as a corrective disclosure, and my analysis in this section focuses only on the Massie Report. (See the First Circuit Order.) I also understand that Plaintiffs pled the November 6, 2020 Advisory Committee meeting as part of their "loss causation" allegations starting in ¶280 of the Complaint.  To the extent that one considers the November 6 Advisory Committee meeting to have contained corrective information, then a damages analysis to incorporate (continued)

materials "included, but buried, a report by Tristan Massie, PhD, the FDA's statistical reviewer on aducanumab's application. Massie relied on the raw data denied the public and researchers. He ran the analyses and presented the data Biogen had concealed from investors. And his report showed that Defendants' statements had been false[.]"[58]

64.     While Plaintiffs allege that the Massie Report was negative, they also allege that the remainder of the FDA materials were substantially positive.[59]  Biogen's stock price increased from $247.01 per share on November 3, 2020 to $355.63 on November 4, before falling to $328.90 per share on November 5, 2020.

65.     I understand that it is Defendants' burden to prove a complete lack of price impact from the misrepresentations.  Because Plaintiffs allegations economically should be characterized as omissions (i.e., Plaintiffs allege that Defendants failed to disclose certain negative information about aducanumab), one would not expect Biogen's stock price to react to the alleged misrepresentations, something known as "front-end price impact."  Instead, Defendants would have to show that there was no "back-end price impact," meaning that there was no reaction in Biogen's stock price to the disclosure of the allegedly omitted information.  Any negative price reaction on November 4, 5, and/or

that information would entail a disaggregation of the effect of the curative information in the November 6, 2020 Advisory Committee meeting from other information (often referred to as "confounding information"), which is a standard procedure in securities class actions.  This additional effect would add to the inflation from the Massie Report.

[58] Complaint, ¶16.

[59] See, for example, ¶¶266-267 of the Complaint, alleging that the FDA characterized the EMERGE study of abucanumab as "highly persuasive" and "trying to find reasons why ENGAGE [a study of abucanumab with arguably negative results] was wrong rather than evidence that aducanumab was ineffective[.]"  The Complaint makes additional arguments why the FDA briefing materials, other than the Massie report, were highly positive in ¶¶268-272, including quoting analysts that said that "[w]e see the FDA position as highly supportive of approval and believe the questions presented to the panel are structured to reinforce the FDA position" and that the "[d]raft questions [are] clearly designed to steer AdComm panelists favorably." (Alterations in the Complaint.)

9, 2020 to the corrective information would defeat a finding of a complete lack of price impact.

66.    To demonstrate a complete lack of price impact on November 4, 2020, Defendants would need to either rely on the March 2025 Order or else prove that the November 4, 2020 stock-price increase was not diminished by the inclusion of the Massie Report in the FDA briefing materials.  In other words, while Biogen's stock price increased by $108.62 (from $247.01 per share to $355.63 per share) on November 4, if that price increase would have been larger in the absence of the Massie Report, then the disclosure of the Massie Report had a negative impact on Biogen's stock price by preventing it from increasing as much as it otherwise would have.

67.    Exhibit 11 lists analysts that provided price targets for Biogen on November 4 or 5, 2020.  There are a total of seven firms that provided such price targets.[60]  Of the seven reports, three did not mention the Massie Report and four did.  This allows us to make a comparison of the change in price target for analysts that indicated that they at least recognized the Massie Report with those that provided no such indication.

68.    As shown in Exhibit 11, the four reports that mentioned the Massie Report increased their price target by an average of $65.75 per share, while the three that did not mention the Massie Report increased their price target by an average of $93.00 per share. In other words, analysts who did not reference the Massie Report increased their target price by $27.25 per share more than those that did mention the Massie Report.  If we limit the analysis to analysts whose most recent price target was made after April 22, 2020 (Biogen's first-quarter earnings announcement), the difference is still $27.25 (as there is no change in the reports used), while if we limit the analysis to analysts whose most recent price target was after July 22, 2020 (Biogen's second-quarter earnings announcement), the difference is $19.67.  In each case, analysts who referenced the Massie Report increased their Biogen price target by less, on average, than those who did

---

[60] Wells Fargo provided two price targets in two separate reports on November 4, 2020. For purposes of this analysis, only the first Wells Fargo report is of interest.

not reference the Massie Report.  Notably, Biogen's stock price fell by $26.73 on November 5, 2020, similar to the $27.25 figure discussed above.

69.    While further investigation of these results will likely be appropriate at the merits stage of this litigation, these preliminary figures show that analysts who referenced the Massie Report in their initial response to the November 4, 2020 news treated the overall news as less favorable to Biogen than analysts who did not.  This is an indication that analysts who reviewed the Massie Report took a less favorable view of Biogen's value, the argument that Plaintiffs are making about how the market would have reacted had the analysis in the Massie Report been made public earlier in the Analysis Period.  In other words, this analysis provides evidence of price impact from the alleged misrepresentations, as revealed by the analyses disclosed in the Massie Report.[61]

70.    Again, I understand that the March 2025 Order held that the price impact of the Massie Report began on November 5, 2020.  However, it is worth considering the question of, if one were to challenge that holding, whether the full impact of the Massie Report was included in Biogen's closing price on November 4, 2020.  As noted above, some analysts did not mention the Massie Report that day, which could indicate that it took longer for the market participants to review and incorporate the effects of that report. The Complaint alleges that the FDA briefing matter included 343 pages of material, 147 minutes of pre-recorded presentations not by Massie, and a 45-minute pre-recorded presentation by Massie.[62]  Even if a market is efficient, that only means that it acts quickly enough to eliminate likely arbitrage opportunities, not that it can incorporate hundreds of pages and hours of pre-recorded presentations instantaneously.  Thus, the question of whether the market was reacting to the information in the Massie Report on November 5, 2020 is one that would have to be addressed with detailed analysis rather

[61] The Complaint alleges that "Massie relied on the raw data denied the public and researchers." (Complaint, ¶16.)  Put differently, the Complaint effectively alleges that the market could not have performed the analyses and reached the conclusions presented in the Massie report before November 4, 2020.

[62] Complaint, ¶263.

than any claim that the Massie Report would necessarily have been fully incorporated into Biogen's stock price in a single trading day.

71. First, over five million shares of Biogen traded on November 5, 2020, more than on any day in the Analysis Period other than November 4, 2020. This suggests that the market was still processing information on November 5, 2020.

72. Second, I checked to see whether Biogen's stock price declined by a statistically significant amount on November 5, 2020, which would indicate that the market was still incorporating information released on November 4. The market model used is shown in Exhibit 12 while Exhibit 13 shows a statistically significant decline on November 5, 2020 of $25.41 per share, as well as a continuing statistically significant decline on November 9, 2020. The daily results for November 5 are highly statistically significant, with t-statistics of -3.03 and -13.87, respectively. These results are statistically significant not only at the standard 5% level, but also at the more stringent 1% level.

73. Third, a review of analyst reports shows that three analyst firms mentioned the Massie Report for the first time after the November 4, 2020 market close.[63] In addition, after the November 4, 2020 close and before the November 5, 2020 open, two firms put out analyst reports with titles explicitly describing a "Closer Look" or a "Deeper Look" into the split in FDA analyses.[64] These reports indicate that analysts were still processing—and the market was still receiving—information on the divergent results of the Massie Report and other FDA briefing materials after the November 4, 2020 close.

---

[63] William Blair ("Not What the Polls Predicted; FDA Appears Willing to Look Past ENGAGE and Focus on EMERGE; Statistical Analysis Less Rosy"), SVB Leerink ("Best Case Scenario in Briefing Docs; Adu AdCom Appears De-Risked; PT to $402"), and Wells Fargo ("BIIB: Increasing Target and Scenario Analysis Into AdCom") first reported on the Massie Report on November 4, 2020 after the market close.

[64] "A Closer Look at the Adu Briefing Docs and The Tale of Two FDAs," *J.P. Morgan*, November 4, 2020 at 9:12 PM and "A House Divided: Deeper Look Into Split FDA Take on Aducanumab," *Raymond James*, November 5, 2020 at 8:05 AM.

74.     Fourth, reviews of the percentage of analyst reports and news stories that referenced Dr. Massie and/or the Massie Report demonstrate a continued discussion of the Massie Report.  Exhibit 14a shows the percentage of analyst reports that included a word containing "Massie," "statistician," or "statistical review" (without consideration of any punctuation).  Unsurprisingly, there were no such reports on November 2 or 3, 2020. The percentage then rose to about 50% on November 4, reached 100% on November 5, and then was at least 40% though at least November 11, 2020.  Exhibit 14b performs a similar analysis for news stories, using the date of publication, while Exhibit 14c uses the effective trading date (i.e., the first day on which Biogen shares traded following the publication of a news story) based on the time stamp of each story.  As can be seen in Exhibits 14b and 14c, the percentage of Biogen news stories containing at least one of those three terms varied from day-to-day (Exhibit 14b) but was roughly constant when aggregated up to effective trading days (Exhibit 14c).[65]  I also reviewed the news stories and found no news unrelated to aducanumab that would be likely to have had a substantial impact on Biogen's stock price on November 5, 2020.

75.     Thus, even if one challenged the holding in the March 2025 Order and argued that the effects of the Massie Report should have been fully incorporated into Biogen's stock price on November 4, 2020, there would still be strong evidence that any such price impact on November 4, 2020 continued into November 5, 2020.  Alternatively, an independent analysis of November 5, 2020 demonstrates price impact on that day.

76.     Finally, Biogen's stock price fell by approximately 28% on November 9, 2020.  This price movement was highly statistically significant.  It is not clear that Defendants can prove that none of this price movement relates to the market

---

[65] The November 3, 2020 positive figures in the exhibits come from one November 3, 2020 news story that quoted an analyst as stating, "We think the documents will reveal significant FDA statistician concern over the nature of the post-hoc analysis of the Phase 3 trials on which management is relying upon to support an a-mab clinical benefit[.]"

incorporating information from the Massie Report.[66]  For example, more than two dozen analyst reports on Biogen were published on November 6, 7, and 8, 2020, while trading in Biogen's stock was halted, and as noted above and shown in Exhibit 14a, the share of those analyst reports mentioning the Massie Report remained at or above 40%.  As noted in the analysis of market efficiency, analysts help the market to understand complex information, thereby affecting stock prices.  To show that there was a complete lack of price impact on November 9, 2020, one would have to show that information about the corrective information in the Massie Report discussed in these analyst reports contributed absolutely nothing to Biogen's stock-price decline on November 9, 2020.  Given that even after the negative vote on aducanumab, there was still a possibility of later approval of that drug by the FDA, one would have to show that that the probability associated with that possibility was not negatively affected by the discussion of the Massie Report in those analyst reports.  A failure to do so would mean a failure to demonstrate a complete lack of price impact, via back-end impact, from the misrepresentations lasting through November 9, 2020.

I reserve the right to modify or extend my opinion in light of any new information, including submissions by any experts for Defendants, that becomes available to me.

I declare under penalty of perjury that the foregoing is true and correct.  Executed in New York, NY on June 25, 2025.

David I. Tabak

June 25, 2025

---

[66] It is my understanding that Defendants must prove a complete lack of price impact, which, in terms of back-end analyses, means proving that none of the price decline is due to the effects of corrective information.


ECONOMIC CONSULTING

**David I. Tabak**
Senior Managing Director

National Economic Research Associates, Inc.
1166 Avenue of the Americas
New York, New York 10036
+1 212 345 2176
david.tabak@nera.com
www.nera.com.

# EXHIBIT 1
# DAVID I. TABAK
## SENIOR MANAGING DIRECTOR

Dr. Tabak earned his Ph.D. and M.A. degrees in Economics from Harvard University and his B.S. in Economics and B.S. in Physics from the Massachusetts Institute of Technology. While at Harvard, Dr. Tabak participated in teaching courses in micro- and macroeconomics and American economic policy at the undergraduate and graduate levels and in the creation of an undergraduate textbook and accompanying software package.

Dr. Tabak has appeared as an expert in state, federal, Delaware Chancery, and bankruptcy courts, and before arbitration panels, including the National Association of Securities Dealers, the American Arbitration Association, the International Dispute Resolution Centre, and the International Chamber of Commerce International Court of Arbitration. He has published in his areas of expertise in forums such as *St. John's Law Review* and *Shannon Pratt's Business Valuation Update*, and has published peer-reviewed articles in *Litigation Economics Review* and the *Journal of Forensic Economics*. Dr. Tabak is also the author of book chapters and has served as a member of *BV Q&A Update's* expert author panel and as a referee for peer-reviewed journals. His publications have covered topics such as commercial disputes, economic analysis of market efficiency, valuation discounts for lack of marketability, and the application of statistics in litigation analyses. Dr. Tabak has been an invited presenter at the Securities and Exchange Commission and has spoken at forums that provide continuing legal education credits or continuing professional education credits for accountants and valuation professionals.

Dr. Tabak has been retained as an expert to address issues including allegations of valuations, contract disputes, commercial damages, and disputes between brokers and customers. His non-litigation work has included developing a risk-scoring model for a reinsurance company, assisting financial institutions in new product development, analysis of potential insider trading for a financial institution, and interpretation of statistical analyses of treatment effectiveness for a program for at-risk youth.

David I. Tabak

## Education

**Harvard University**
Ph.D., Economics, 1996
M.A., Economics, 1992

**Massachusetts Institute of Technology**
B.S., Economics, 1990
B.S., Physics, 1990

## Professional Experience

**NERA Economic Consulting**

2005-     *Senior Managing Director (f/k/a Managing Director, f/k/a Senior Vice President)*
Provide written and oral testimony. Conduct and supervise economic analyses, with a focus on securities litigation and valuation cases.

2001-2005  *Vice President*

1998-2001  *Senior Consultant*

1996-1998  *Senior Analyst*

**Harvard University**

1991-1996  *Teaching Fellow in Economics*
Participated in teaching various courses from introductory principles of economics to graduate macroeconomics. Ran coursewide tutorial program for the largest class at Harvard for two academic years, with a staff of over fifty part-time employees.

**Worth Publishers**

1991, 1993  *Research Assistant/Independent Contractor*
Worked on data collection, software analysis, and creation of a problem bank for an educational economics software package.

**National Bureau of Economic Research**

1991      *Research Assistant*
Performed data collection and econometric analysis for a project on comparisons of international growth rates.

## Honors and Professional Activities

Member, American Economic Association, 1993-present

Referee, *Journal of Forensic Economics*, 2005, 2006, 2008, 2009, 2011, 2012, 2015

David I. Tabak

Referee, *Litigation Economics Review*, 2002, 2003, 2004

William M. Mercer Securities Corporation, Registered Representative, Series 7 and 63, 2000 - 2002

Marsh & McLennan Securities Corporation, Registered Representative, Series 7 and 63, 1998 - 2000

Adjunct Member, Committee on International Trade, Association of the Bar of the City of New York, 1998 – 2001

Harvard University Scholarship, 1990-1992

Derek Bok Teaching Award, 1993, 1994, 1995, and 1996

Allyn Young Teaching Award, 1996

## Expert Reports and Testimony

Expert Reply Report of David I. Tabak, Ph.D. before the United States District Court for the Northern District of Illinois, Eastern Division in *In re The Boeing Company Aircraft Securities Litigation*, June 6, 2025.

Expert Reply Report of David I. Tabak, Ph.D. before the United States District Court for the Eastern District of Virginia, Alexandria Division, in *Ohio Public Employees Retirement System*, et al., *v. David L. Calhoun*, et al., June 4, 2025.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Northern District of California in *In re the Enovix Corporation Securities Litigation*, May 22, 2025.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Northern District of California in *Guiseppe Pampena*, et al., *v. Elon Musk*, May 2, 2025.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Eastern District of Virginia, Alexandria Division, in *Ohio Public Employees Retirement System*, et al., *v. David L. Calhoun*, et al., April 23, 2025.

Deposition Testimony before the United States District Court for the Northern District of Illinois, Eastern Division in *In re The Boeing Company Aircraft Securities Litigation*, April 7, 2025.

Declaration of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *Srinivasan Venkataraman v. Kandi Technology Group, Inc.* et al., March 24, 2025.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Northern District of Illinois, Eastern Division in *In re The Boeing Company Aircraft Securities Litigation*, February 7, 2025.

Expert Report of David I. Tabak, Ph.D. before the Supreme Court of the State of New York, County of New York in *Employees Retirement System for the City of Providence v. Urs Rohner*, et al., December 13, 2024.

Deposition Testimony before the Eastern District of New York in *Shane Lavin v. Virgin Galactic Holdings, Inc. et al.*, November 20, 2024.

Expert Report of David I. Tabak, Ph.D. before the Eastern District of New York in *Shane Lavin v. Virgin Galactic Holdings, Inc. et al.*, October 11, 2024.

Expert Reply Report of David I. Tabak, Ph.D. before the Northern District of California in *Guiseppe Pampena v. Elon Musk*, September 16, 2024.

Expert Reply Report of David I. Tabak, Ph.D. before the Eastern District of Pennsylvania in *In re Chester Vanguard Funds Litigation*, September 5, 2024.

David I. Tabak

Deposition Testimony before the Northern District of California in *Guiseppe Pampena v. Elon Musk*, August 9, 2024.

Deposition Testimony before the Eastern District of Pennsylvania in *In re Chester Vanguard Funds Litigation*, June 17, 2024.

Expert Report of David I. Tabak, Ph.D. before the Eastern District of Pennsylvania in *In re Chester Vanguard Funds Litigation*, May 29, 2024.

Expert Report of David I. Tabak, Ph.D. before the Northern District of California in *Guiseppe Pampena v. Elon Musk*, May 22, 2024.

Deposition Testimony before the Southern District of New York in *Daniel Lee v. Richard Golaszewski and Stephen Swentzel*, May 9, 2024.

Expert Sur-Reply Report of David I. Tabak, Ph.D. before the United States District Court for the Central District of California in *Charles Larry Crews et al. v. Rivian Automotive, Inc et al.*, April 26, 2024.

Expert Reply Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *In re Alibaba Group Ltd. Securities Litigation*, April 19, 2024.

Deposition Testimony before the United States District Court for the Central District of California in *Charles Larry Crews et al. v. Rivian Automotive, Inc et al.*, April 11, 2024.

Expert Rebuttal Report of David I. Tabak, Ph.D. before the Southern District of New York in *Daniel Lee v. Richard Golaszewski and Stephen Swentzel*, April 10, 2024.

Deposition Testimony before the United States District Court for the Southern District of California in *In re Qualcomm Incorporated Securities Litigation*, February 29, 2024.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Central District of California in *Charles Larry Crews et al. v. Rivian Automotive, Inc et al.*, February 27, 2024.

Expert Reply Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of California in *In re Qualcomm Incorporated Securities Litigation*, February 2, 2024.

Expert Reply Report of David I. Tabak, Ph.D. before the United States District Court for the Northern District of Ohio in *Ohio Public Employees Retirement System v. Federal Home Loan Mortgage Corporation*, February 2, 2024.

David I. Tabak

Deposition Testimony before the United States District Court for the Northern District of Ohio in *Ohio Public Employees Retirement System v. Federal Home Loan Mortgage Corporation*, December 20, 2023.

Declaration of David I. Tabak, Ph.D. before the United States District Court for the Southern District of California in *In re Qualcomm Incorporated Securities Litigation*, November 20, 2023.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Northern District of Ohio in *Ohio Public Employees Retirement System v. Federal Home Loan Mortgage Corporation*, November 16, 2023.

Deposition Testimony before the United States District Court for the Eastern District of New York in *In re Vale S.A. Securities Litigation*, November 8, 2023.

Deposition Testimony before the United States District Court for the Southern District of New York in *In re Alibaba Group Ltd. Securities Litigation*, November 2, 2023.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Eastern District of New York in *In re Vale S.A. Securities Litigation*, October 17, 2023.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *In re Alibaba Group Ltd. Securities Litigation*, October 5, 2023.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of California in *In re Qualcomm Incorporated Securities Litigation*, September 12, 2023.

Deposition Testimony before the United States District Court for the District of New Jersey in *In re Celgene Securities Litigation*, November 9, 2022.

Expert Reply Report of David I. Tabak, Ph.D. before the United States District Court for the District of New Jersey in *In re Celgene Securities Litigation*, October 12, 2022.

Deposition Testimony before the United States District Court for the Southern District of California in *In re Qualcomm Incorporated Securities Litigation*, September 23, 2022.

Reply Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of California in *In re Qualcomm Incorporated Securities Litigation*, August 22, 2022.

Reply Expert Report of David I. Tabak, Ph.D. before the Northern District of Illinois in *In re Kraft Heinz Securities Litigation*, July 19, 2022.

Deposition Testimony before the United States District Court for the Southern District of New York in *In re Grupo Televisa Securities Litigation*, July 8, 2022.

Deposition Testimony before the Southern District of New York in *Sjunde AP-Fonden* et al. *v. General Electric Company* et al., July 1, 2022.

David I. Tabak

Reply Expert Report of David I. Tabak, Ph.D. before the Southern District of New York in *Sjunde AP-Fonden* et al. *v. General Electric Company* et al., June 9, 2022.

Expert Rebuttal Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *In re Grupo Televisa Securities Litigation*, May 25, 2022.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of California in *In re Qualcomm Incorporated Securities Litigation*, May 19, 2022.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of New Jersey in *In re Celgene Securities Litigation*, May 11, 2022.

Deposition Testimony before the Northern District of Illinois in *In re Kraft Heinz Securities Litigation*, May 5, 2022.

Supplement to Expert Report of David I. Tabak, Ph.D. before the Southern District of New York in *Sjunde AP-Fonden* et al. *v. General Electric Company* et al., April 29, 2022.

Expert Report of David I. Tabak, Ph.D. before the Northern District of Illinois in *In re Kraft Heinz Securities Litigation*, March 28, 2022.

Expert Report of David I. Tabak, Ph.D. before the Southern District of New York in *Sjunde AP-Fonden* et al. *v. General Electric Company* et al., March 11, 2022.

Testimony before the American Arbitration Association Commercial Panel in *Honeywell International, Inc. v. Rheem Sales Company, Inc.,* January 13, 2022.

Updated Expert Report of David. I Tabak, Ph.D. before the American Arbitration Association Commercial Panel in *Honeywell International, Inc. v. Rheem Sales Company, Inc.,* January 12, 2022.

Updated Expert Report of David. I Tabak, Ph.D. before the American Arbitration Association Commercial Panel in *Honeywell International, Inc. v. Rheem Sales Company, Inc.,* January 8, 2022.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of Arizona in *David G. Lowthorp v. Mesa Air Group Incorporated, et al.*, January 3, 2022.

Deposition Testimony before the United States District Court for the Northern District of California in *In re Oracle Securities Litigation*, November 23, 2021.

Deposition Testimonh before the American Arbitration Association Commercial Panel in *Honeywell International, Inc. v. Rheem Sales Company, Inc.,* October 28, 2021.

Expert Report of David. I Tabak, Ph.D. before the American Arbitration Association Commercial Panel in *Honeywell International, Inc. v. Rheem Sales Company, Inc.,* October 15, 2021.

David I. Tabak

Expert Report of David. I Tabak, Ph.D. before the United States District Court for the Northern District of California in *In re Oracle Securities Litigation*, October 6, 2021.

Reply Report of David I. Tabak, Ph.D. (on damages) before the United States District Court for the District of Connecticut in *In re Teva Securities Litigation*, September 20, 2021.

Rebuttal Report of David I. Tabak, Ph.D. (on negative causation) before the United States District Court for the District of Connecticut in *In re Teva Securities Litigation*, September 20, 2021.

Deposition Testimony before the United States District Court for the District of Connecticut in *In re Teva Securities Litigation*, September 1, 2021.

Reply Expert Report of David I. Tabak, Ph.D. before the Southern District of New York in *Sjunde AP-Fonden v. General Electric Company*, August 16, 2021.

Rebuttal Report of David I. Tabak, Ph.D. before the United States District Court for the District of Connecticut in *In re Teva Securities Litigation*, August 4, 2021.

Testimony before the Court of Chancery of the State of Delaware in *In re CVR Refining, LP Unitholder Litigation*, July 27, 2021.

Deposition Testimony before the United States District Court for the District of Connecticut in *In re Teva Securities Litigation*, June 22, 2021.

Deposition Testimony before the Court of Chancery of the State of Delaware in *In re CVR Refining, LP Unitholder Litigation*, June 17, 2021.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of Connecticut in *In re Teva Securities Litigation*, May 28, 2021.

Expert Reports of David I. Tabak, Ph.D. before the Southern District of New York in *Sjunde AP-Fonden v. General Electric Company*, May 21, 2021.  (Two reports submitted simultaneously.)

Expert Report of David I. Tabak , Ph.D. before the Court of Chancery of the State of Delaware in *In re CVR Refining, LP Unitholder Litigation*, March 16, 2021.

Deposition Testimony before the United States District Court for the District of Connecticut in *In re Teva Securities Litigation*, December 14, 2020.

Rebuttal Expert Report before the United States District Court for the District of Connecticut in *In re Teva Securities Litigation*, December 2, 2020.

Deposition Testimony before the United States District Court for the Eastern District of Virginia, Alexandria Division, in *In re Willis Towers Watson Proxy Litigation*, August 7, 2020.

Rebuttal Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Eastern District of Virginia, Alexandria Division, in *In re Willis Towers Watson Proxy Litigation*, August 5, 2020.

David I. Tabak

Rebuttal Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of New Jersey in *In re Celgene Securities Litigation*, July 30, 2020.

Deposition Testimony before the United States District Court for the District of Connecticut in *In re Teva Securities Litigation*, July 28, 2020.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of Connecticut in *In re Teva Securities Litigation*, June 18, 2020.

Deposition Testimony before the United States District Court for the District of New Jersey in *In re Celgene Securities Litigation*, June 11, 2020.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Eastern District of Virginia, Alexandria Division, in *In re Willis Towers Watson Proxy Litigation*, June 9, 2020.

Deposition Testimony before the United States District Court for the Southern District of New York in *In re Grupo Televisa Securities Litigation*, May 13, 2020.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of New Jersey in *In re Celgene Securities Litigation*, April 30, 2020.

Deposition Testimony before the United States Bankruptcy Court for the District of Delaware in *In re: Paragon Offshore PLC, Debtor* and *Paragon Litigation Trust v. Noble Corporation PLC, et al.*, April 28, 2020.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *In re Grupo Televisa Securities Litigation*, April 25, 2020.

Deposition Testimony before the United States District Court for the District of New Jersey in *Bing Li* et al. v. *Aeterna Zentaris* et al., January 17, 2020.

Expert Report of David I. Tabak, Ph.D. in the United States Bankruptcy Court for the District of Delaware in *In re: Paragon Offshore PLC, Debtor* and *Paragon Litigation Trust v. Noble Corporation PLC, et al.*, January 15, 2020.

Affidavit of David I. Tabak before the United States District Court for the Northern District of Illinois, Eastern Division in *In re Akorn, Inc. Data Integrity Securities Litigation*, October 18, 2019.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of New Jersey in *Bing Li* et al. v. *Aeterna Zentaris* et al., September 23, 2019.

Supplemental Rebuttal Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *In re Vale S.A. Securities Litigation*, August 21, 2019.

Deposition Testimony before the United States District Court for the Northern District of Georgia in *In re HD Supply Holdings, Inc. Securities Litigation*, July 11, 2019.

David I. Tabak

Expert Report of David I. Tabak before the United States District Court for the Northern District of Illinois, Eastern Division in *In re Akorn, Inc. Data Integrity Securities Litigation*, June 25, 2019.

Expert Report of David I. Tabak before the United States District Court for the Northern District of Georgia in *In re HD Supply Holdings, Inc. Securities Litigation*, June 17, 2019.

Expert Affidavit of David I. Tabak before the United States District Court for the Northern District of Illinois in *George Hedick Jr. v. The Kraft Heinz Company, et al.* and in *Iron Workers District Council (Philadelphia and vicinity) Retirement and Pension Plan v. The Kraft Heinz Company, et al.*, May 15, 2019.

Rebuttal Expert Report of David I. Tabak before the United States District Court for the Central District of California in *Trevor Mild v. PPG Industries et al.*, April 8, 2019.

Deposition Testimony before the United States District Court for the Southern District of New York in *In re Alibaba Group Holding Limited Securities Litigation*, March 29, 2019.

Deposition Testimony before the United States District Court for the Central District of California in *Trevor Mild v. PPG Industries et al.*, March 27, 2019.

Deposition Testimony before the United States District Court for the District of Puerto Rico in *The Financial Oversight and Management Board for Puerto Rico as representative of The Commonwealth of Puerto Rico et al.*, March 20, 2019.

Expert Report of David I. Tabak before the United States District Court for the Central District of California in *Trevor Mild v. PPG Industries et al.*, March 8, 2019.

Rebuttal Expert Report of David I. Tabak before the United States District Court for the Southern District of New York in *In re Alibaba Group Holding Limited Securities Litigation*, March 7, 2019.

Expert Declaration of David I. Tabak before the United States District Court for the District of Puerto Rico in *The Financial Oversight and Management Board for Puerto Rico as representative of The Commonwealth of Puerto Rico et al.*, February 25, 2019.

Expert Report of David I. Tabak before the United States District Court for the Southern District of New York in *In re Alibaba Group Holding Limited Securities Litigation*, February 11, 2019.

Testimony before JAMS Arbitration in *John Mariani, Jr.* et al. *v. James Mariani* et al., June 12, 2018.

Testimony before the Court of Chancery of the State of Delaware in *A. Schulman, Inc.,* et al. *v. Citadel Plastics Holdings, LLC,* et al., June 4-5, 2018.

Deposition Testimony before the Court of Chancery of the State of Delaware in *A. Schulman, Inc.,* et al. *v. Citadel Plastics Holdings, LLC,* et al., May 14, 2018.

David I. Tabak

Deposition Testimony before the United States District Court for the Southern District of New York in *In re Alibaba Group Holding Limited Securities Litigation*, April 6, 2018.

Deposition Testimony before the Court of Chancery of the State of Delaware in *A. Schulman, Inc.,* et al. *v. Citadel Plastics Holdings, LLC,* et al., March 23, 2018.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *In re Alibaba Group Holding Limited Securities Litigation*, March 9, 2018.

Expert Report of David I. Tabak, Ph.D. before JAMS Arbitration in *John Mariani, Jr.* et al. *v. James Mariani* et al., February 21, 2018.

Expert Report of David I. Tabak, Ph.D. before the Court of Chancery of the State of Delaware in *A. Schulman, Inc.,* et al. *v. Citadel Plastics Holdings, LLC,* et al., February 16, 2018.

Rebuttal Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *In re Vale S.A. Securities Litigation*, November 17, 2017.

Deposition Testimony before the United States District Court for the Southern District of New York in *In re Vale S.A. Securities Litigation*, October 26, 2017.

Report of David I. Tabak, PhD in *Babscay Pty Ltd v. Slater & Gordon Limited*, Federal Court Proceeding VID 659 / 2017, Australia, October 26, 2017.

Deposition Testimony before the Supreme Court of the State of New York, County of Westchester, in *Paraco Gas Corporation v. Ferrellgas, L.P.*, September 28, 2017.

Rebuttal Expert Report of David I. Tabak, Ph.D. before the Supreme Court of the State of New York, County of Westchester, in *Paraco Gas Corporation v. Ferrellgas, L.P.*, September 20, 2017.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *In re Vale S.A. Securities Litigation*, September 14, 2017.

Expert Report of David I. Tabak, Ph.D. before the Supreme Court of the State of New York, County of Westchester, in *Paraco Gas Corporation v. Ferrellgas, L.P.*, August 24, 2017.

Supplement to Reply Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of Vermont in *Louisiana Municipal Police Employees' Retirement System* et al. *v. Green Mountain Coffee Roasters, Inc.* et al., August 9, 2017.

Deposition Testimony before the United States District Court for the District of Vermont in *Louisiana Municipal Police Employees' Retirement System* et al. *v. Green Mountain Coffee Roasters, Inc.* et al., August 1, 2017.

Reply Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of Vermont in *Louisiana Municipal Police Employees' Retirement System* et al. *v. Green Mountain Coffee Roasters, Inc.* et al., June 15, 2017.

David I. Tabak

Sur-Reply Expert report of David I. Tabak, Ph.D. before the United States District Court for the District of New Jersey in *Bing Li* et al. v. *Aeterna Zentaris* et al., May 31, 2017.

Reply Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of Vermont in *Louisiana Municipal Police Employees' Retirement System* et al. *v. Green Mountain Coffee Roasters, Inc.* et al., May 26, 2017.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of South Carolina in *Edna Selan Epstein* et al. *vs. World Acceptance Corporation* et al., May 8, 2017.

Deposition Testimony before the United States District Court for the District of New Jersey in *Bing Li* et al. v. *Aeterna Zentaris* et al., April 21, 2017.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of Vermont in *Louisiana Municipal Police Employees' Retirement System* et al. *v. Green Mountain Coffee Roasters, Inc.* et al., April 13, 2017.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of New Jersey in *Bing Li* et al. v. *Aeterna Zentaris* et al., March 23, 2017.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of South Carolina in *Edna Selan Epstein* et al. *vs. World Acceptance Corporation* et al., March 16, 2017.

Supplement to Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Northern District of California in *In re Rocket Fuel, Inc. Securities Litigation*, February 21, 2017.

Deposition Testimony before the United States District Court for the Middle District of Florida, Jackson Division in *In re Rayonier Inc. Securities Litigation*, February 8, 2017.

Expert Rebuttal Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *In re Salix Pharmaceuticals*, January 17, 2017.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Middle District of Florida, Jackson Division in *In re Rayonier Inc. Securities Litigation*, December 12, 2016.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the District of Vermont in *Louisiana Municipal Police Employees' Retirement System* et al. *v. Green Mountain Coffee Roasters, Inc.* et al., December 9, 2016.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Northern District of California in *In re Rocket Fuel, Inc. Securities Litigation*, December 8, 2016.

Deposition Testimony before the United States District Court for the Southern District of New York in *In re Salix Pharmaceuticals*, November 3, 2016.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *In re Salix Pharmaceuticals*, October 7, 2016.

Rebuttal Expert Report of David Tabak, Ph.D. before the United States District Court for the District of Minnesota in *Första AP-Fonden and Danke Invest Management A/S et al. v. St. Jude Medical, Inc. et al.*, May 6, 2016.

Deposition Testimony before the United States District Court for the District of Minnesota in *Första AP-Fonden and Danke Invest Management A/S et al. v. St. Jude Medical, Inc. et al.*, February 11, 2016.

Deposition Testimony before the United States District Court for the Eastern District of Virginia in *In re Genworth Securities Litigation*, February 9, 2016.

Rebuttal Report of David Tabak, Ph.D. before the United States District Court for the Eastern District of Virginia in *In re Genworth Securities Litigation*, February 3, 2016.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Western District of Texas in *KB Partners I v. Pain Therapeutics, Inc. et al.*, January 29, 2016.

Expert Report of David Tabak, Ph.D. before the Securities and Exchange Commission in *In the Matter of Arthur F. Jacob, CPA and Innovative Business Solutions, LLC,* January 29, 2016.

Deposition Testimony before the United States District Court for the Eastern District of New York in *In re Symbol Technologies, Inc. Securities Litigation*, January 28, 2016.

Expert Report of David Tabak, Ph.D. before the United States District Court for the District of Minnesota in *Första AP-Fonden and Danke Invest Management A/S et al. v. St. Jude Medical, Inc. et al.*, December 23, 2015.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Eastern District of Virginia in *In re Symbol Technologies, Inc. Securities Litigation*, December 11, 2015.

Expert Report of David Tabak, Ph.D. before the United States District Court for the Eastern District of Virginia in *In re Genworth Securities Litigation*, December 2, 2015.

Rebuttal Report of David Tabak, Ph.D. before the United States District Court for the District of Minnesota in *Första AP-Fonden and Danke Invest Management A/S et al. v. St. Jude Medical, Inc. et al.*, November 16, 2015.

Expert Report of David I. Tabak, Ph.D. in the United States District Court for the Western District of Texas in *KB Partners I v. Pain Therapeutics, Inc. et al.*, November 12, 2015.

Deposition Testimony before the United States District Court for the District of Minnesota in *Första AP-Fonden and Danke Invest Management A/S et al. v. St. Jude Medical, Inc. et al.*, September 2, 2015.

Deposition Testimony before the United States District Court for the Southern District of California in *In re Bridgepoint Securities Litigation*, July 20, 2015.

Rebuttal Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of California in *In re Bridgepoint Securities Litigation*, June 15, 2015.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of California in *In re Bridgepoint Securities Litigation*, June 1, 2015.

Expert Report of David I. Tabak, Ph.D. before the Supreme Court of the State of New York, Nassau County, in *John M. Ferolito* et al. against *AriZona Beverages USA LLC et al.*, March 30, 2015.

Declaration of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *George Byrun et al. v. Salix Pharmaceuticals et al.*, 30 January 2015.

Expert Report of David Tabak, Ph.D. before the United States District Court for the District of Minnesota in *Första AP-Fonden and Danke Invest Management A/S et al. v. St. Jude Medical, Inc. et al.*, January 13, 2015.

Expert Report of David Tabak before the Securities and Exchange Commission in the matter of *Airtouch Communications, Inc., Hideyuki Kanakubo, and Jerome Kaiser, CPA*, December 16, 2014.

Expert Report of David Tabak, Ph.D. before the United States District Court for the Southern District of New York in *In re Puda Coal Securities et al. Litigation*, November 13, 2014.

Deposition Testimony before the United States District Court for the Southern District of Ohio, Western Division (at Dayton) in *Antioch Litigation Trust, W. Timothy Miller, Trustee,* against *McDermott Will & Emery LLP*, July 2, 2014.

Testimony before the Supreme Court of the State of New York, Nassau County, in *John M. Ferolito* et al. against *AriZona Beverages USA LLC et al.*, June 16, 2014.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of Ohio, Western Division (at Dayton) in *Antioch Litigation Trust, W. Timothy Miller, Trustee,* against *McDermott Will & Emery LLP*, June 11, 2014.

Supplemental Expert Report of David I. Tabak, Ph.D. before the Supreme Court of the State of New York, Nassau County, in *John M. Ferolito* et al. against *AriZona Beverages USA LLC et al.*, June 3, 2014.

Deposition before the Supreme Court of the State of New York, Nassau County, in *John M. Ferolito* et al. against *AriZona Beverages USA LLC et al.*, March 31, 2014.

Cross Examination in the Matter of the Companies' Creditors Arrangement Act and in the Matter of a Plan of Compromise or arrangement of Nortel Networks Corporation et al. before the Ontario Superior Court of Justice (Commercial List), March 19, 2014.

Report of David I. Tabak, Ph.D. before the Supreme Court of the State of New York, Nassau County, in *John M. Ferolito* et al. *against AriZona Beverages USA LLC et al.*, March 11, 2014.

Report of David I. Tabak in the Matter of the Companies' Creditors Arrangement Act and in the Matter of a Plan of Compromise or arrangement of Nortel Networks Corporation *et al.* before the Ontario Superior Court of Justice (Commercial List), February 28, 2014.

Deposition Testimony before the United States District Court for the District of New Jersey in *In re Merck & Co, Inc. Securities, Derivative & "ERISA" Litigation*, November 8, 2013.

Rebuttal Report of David Tabak, Ph.D. before the United States District Court for the District of New Jersey in *In re Merck & Co, Inc. Securities, Derivative & "ERISA" Litigation*, September 4, 2013.

Expert Report of David Tabak, Ph.D. before the United States District Court for the District of New Jersey in *In re Merck & Co, Inc. Securities, Derivative & "ERISA" Litigation*, July 12, 2013.

Deposition Testimony before the United States District Court for the Southern District of California in *In re Novatel Wireless Securities Litigation*, June 27, 2013.

Deposition Testimony before the United States District Court for the Western District of Texas in *KB Partners I v. Pain Therapeutics, Inc. et al.*, May 10, 2013.

Expert Report of David Tabak, Ph.D. before the United States District Court for the Southern District of California in *In re Novatel Wireless Securities Litigation*, April 11, 2013.

Declaration of David I. Tabak, Ph.D. in the United States District Court for the Western District of Texas in *KB Partners I v. Pain Therapeutics, Inc. et al.*, March 21, 2013.

Reply Declaration of David Tabak, Ph.D. before the United States District Court for the District of New Jersey in *In re Merck & Co, Inc. Securities, Derivative & "ERISA" Litigation*, November 8, 2012.

Expert Report of David Tabak, Ph.D. before the United States District Court for the Southern District of New York in *In re Bank of America Corp. Securities, Derivative, and Employee Retirement Income Security Act (ERISA) Litigation*, November 6, 2012.

Deposition Testimony before the United States District Court for the District of New Jersey in *In re Merck & Co, Inc. Securities, Derivative & "ERISA" Litigation*, July 12, 2012.

Testimony before the United States Bankruptcy Court for the Southern District of New York in *In re: Adelphia Communications Corp.* and *Adelphia Recovery Trust vs. FPL Group*, May 3, 2012.

Written Direct Testimony of David Tabak, Ph.D. before the United States Bankruptcy Court for the Southern District of New York in *In re: Adelphia Communications Corp.* and *Adelphia Recovery Trust vs. FPL Group*, April 17, 2012.

Declaration of David Tabak, Ph.D. before the United States District Court for the District of New Jersey in *In re Merck & Co, Inc. Securities, Derivative & "ERISA" Litigation*, April 10, 2012.

David I. Tabak

Rebuttal Report before the Supreme Court of Victoria at Melbourne in *Pathway Investments Pty Ltd and Doystoy Pty Ltd vs. National Australia Bank Limited*, January 30, 2012.

Expert Report before the Supreme Court of Victoria at Melbourne in *Pathway Investments Pty Ltd and Doystoy Pty Ltd vs. National Australia Bank Limited*, December 5, 2011.   (Affidavits testifying to the report executed on December 9, 2011 and December 20, 2011.)

Deposition Testimony before the United States Bankruptcy Court for the Southern District of New York in *In re: Adelphia Communications Corp.* and *Adelphia Recovery Trust vs. FPL Group*, August 1, 2011.

Expert Report of David Tabak, Ph.D. before the United States Bankruptcy Court for the Southern District of New York in *In re: Adelphia Communications Corp.* and *Adelphia Recovery Trust vs. FPL Group*, July 8, 2011.

Deposition Testimony before the United States District Court for the Southern District of California in *In re Novatel Wireless Securities Litigation*, February 3, 2011.

Expert Report of David Tabak, Ph.D. before the United States District Court for the Southern District of California in *In re Novatel Wireless Securities Litigation*, January 11, 2011.

Expert Report of David Tabak, Ph.D. before the United States District Court for the District of New Jersey in *Securities and Exchange Commission v. Alfred S. Teo, et al.*, November 4, 2010.

Declaration of David Tabak, Ph.D. before the United States District Court for the District of Massachusetts in *In re Smith and Wesson Holding Corp. Securities Litigation*, October 29, 2010.

Deposition Testimony before the United States District Court for the District of Massachusetts in *In re Smith and Wesson Holding Corp. Securities Litigation*, October 7, 2010.

Expert Rebuttal Report of David Tabak, Ph.D. before the United States District Court for the District of Massachusetts in *In re Smith and Wesson Holding Corp. Securities Litigation*, September 16, 2010.

Expert Report of David Tabak, Ph.D. before the United States District Court for the District of Massachusetts in *In re Smith and Wesson Holding Corp. Securities Litigation*, August 30, 2010.

Rebuttal Declaration of David Tabak, Ph.D. before the United States District Court for the Southern District of California in *Maureen Bakke, et al. vs. Novatel Wireless, et al.*, April 25, 2010.

Declaration of David Tabak, Ph.D. before the United States District Court for the Southern District of California in *Maureen Bakke, et al. vs. Novatel Wireless, et al.*, March 12, 2010.

Testimony before the International Dispute Resolution Centre *in the matter of an arbitration and in the matter of the Arbitration Acts 1950-1979 between Motorola, Inc. and Ace Bermuda Insurance, Ltd.*, November 6, 2009.

Expert Rebuttal Report of David Tabak, Ph.D., before the International Dispute Resolution Centre *in the matter of an arbitration and in the matter of the Arbitration Acts 1950-1979 between Motorola, Inc. and Ace Bermuda Insurance, Ltd*., October 19, 2009.

Expert Report of David Tabak, Ph.D., before the United States District Court for the Central District of California in *Donald Johnson v. James D. Aljian, Kirk Kerkorian, and Tracinda Corporation*, September 17, 2009.

Expert Report of David Tabak, Ph.D., before the International Dispute Resolution Centre *in the matter of an arbitration and in the matter of the Arbitration Acts 1950-1979 between Motorola, Inc. and Ace Bermuda Insurance, Ltd*., September 10, 2009.

Rebuttal Expert Report of David Tabak, Ph.D., before the District Court for the Northern District of Georgia in *In re NetBank Securities Litigation*, July 16, 2009.

Declaration of David Tabak before the District Court for the Northern District of Texas in *Fluor Corporation v. Citadel Equity Fund Ltd.*, July 13, 2009.

Rebuttal Expert Report of David Tabak, Ph.D., before the District Court for the Northern District of Texas in *Fluor Corporation v. Citadel Equity Fund Ltd.*, June 26, 2009.

Deposition Testimony before the District Court for the Northern District of Georgia in *In re NetBank Securities Litigation*, June 16, 2009.

Declaration and Expert Report of David Tabak, Ph.D., before the District Court for the Northern District of Georgia in *In re NetBank Securities Litigation*, May 29, 2009.

Deposition Testimony before the District Court for the Northern District of Texas in *Fluor Corporation v. Citadel Equity Fund Ltd.*, May 6, 2009.

Expert Report of David Tabak, Ph.D., before the District Court for the Northern District of Texas in *Fluor Corporation v. Citadel Equity Fund Ltd.*, April 15, 2009.

Deposition Testimony before the Supreme Court of the State of New York, County of New York, in *Herbert Feinberg against Jerome S. Boros; Robinson, Silverman, Pearce, Aronsohn & Berman and Bryan Cave*, February 17, 2009.

Declaration of David Tabak, Ph.D., before the United States District Court for the Central District of California in *Donald Johnson v. James D. Aljian, Kirk Kerkorian, and Tracinda Corporation*, January 5, 2009.

Expert Report of David Tabak, Ph.D., before the Supreme Court of the State of New York, County of New York, in *Herbert Feinberg against Jerome S. Boros; Robinson, Silverman, Pearce, Aronsohn & Berman and Bryan Cave*, December 15, 2008.

Declaration of David Tabak, Ph.D., before the District Court for the Northern District of Texas in *Fluor Corporation v. Citadel Equity Fund Ltd.*, November 7, 2008.

David I. Tabak

Deposition Testimony before the District Court for the Southern District of New York in *In Re American International Group Inc. Securities Litigation,* October 31, 2008.

Declaration of David Tabak, Ph.D., before the District Court for the Southern District of New York in *In Re American International Group Inc. Securities Litigation,* September 23, 2008.

Cross-Examination before the Superior Court of Justice, Ontario, in *Peter McCann v. CP Ships Limited, Raymond Miles, Frank Halliwell, and Ian Weber*, June 23, 2008.

Surrebuttal Report of David Tabak before the New York Stock Exchange in *Ronald G. Pettengill, et al. v. Robertson Stephens, Inc. et al.*, January 11, 2008.

Affidavit of David I. Tabak before the Superior Court of Justice, Ontario, in *Peter McCann v. CP Ships Limited, Raymond Miles, Frank Halliwell, and Ian Weber*, December 19, 2007.

Rebuttal Report of David Tabak before the New York Stock Exchange in *Ronald G. Pettengill, et al. v. Robertson Stephens, Inc. et al.*, December 19, 2007.

Report of David Tabak before the New York Stock Exchange in *Ronald G. Pettengill, et al. v. Robertson Stephens, Inc. et al.*, December 3, 2007.

Deposition Testimony before the District Court for the Northern District of Georgia in *Carpenters Health & Welfare Fund, et al. vs. The Coca-Cola Company*, August 23, 2007.

Deposition Testimony before the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada in *Holmes Lundt et al. v. Fenwick & West, LLP and Robert A. Freedman*, June 13, 2007.

Expert Report of David Tabak before the District Court for the Northern District of Georgia in *Carpenters Health & Welfare Fund,* et al. *vs. The Coca-Cola Company*, May 30, 2007.

Deposition Testimony before the United States District Court for the Southern District of New York in *In re Omnicom Group Inc. Securities Litigation*, April 27, 2007.

Expert Report of David Tabak before the District Court of the Fourth Judicial District of the State of Idaho, in and for the County of Ada in *Holmes Lundt et al. v. Fenwick & West, LLP and Robert A. Freedman*, April 4, 2007.  (Amended report, June 25, 2007.)

Rebuttal Report of David Tabak before the United States District Court for the Southern District of New York in *In re Omnicom Group Inc. Securities Litigation*, January 18, 2007.

Expert Report of David Tabak before the United States District Court for the Southern District of New York in *In re Omnicom Group Inc. Securities Litigation*, December 18, 2006.

Deposition Testimony before the United States District Court for the District of Colorado in *Genesis Insurance Company v. Daniel D. Crowley, Arlin M. Adams, National Union Fire Insurance Company of Pittsburgh PA*, November 9, 2006.

NERA Economic Consulting    18

Deposition Testimony before the United States District Court for the Eastern District of Michigan in *In re CMS Energy Securities Litigation*, October 13, 2006.

Affidavit of David I. Tabak before the United States District Court for the District of Colorado in *In re Rhythms Securities Litigation*, October 11, 2006.

Rebuttal Report before the United States District Court for the Eastern District of Michigan in *In re CMS Energy Securities Litigation*, October 4, 2006.

Expert Report before the United States District Court for the District of Colorado in *Genesis Insurance Company v. Daniel D. Crowley, Arlin M. Adams, National Union Fire Insurance Company of Pittsburgh PA*, October 4, 2006.

Deposition Testimony before the United States District Court for the Eastern District of Michigan in *In re CMS Energy Securities Litigation*, September 15, 2006.

Expert Report before the United States District Court for the Eastern District of Michigan in *In re CMS Energy Securities Litigation*, August 25, 2006.

Deposition Testimony before the United States District Court for the District of Colorado in *In re Rhythms Securities Litigation*, July 20, 2006.

Deposition Testimony before the United States District Court for the Southern District of Texas in *In re Enron Corporation Securities Litigation*, May 25, 2006.

Affidavit before the United States District Court for the Northern District of Oklahoma in *In re Williams Securities Litigation (WCG Subclass)*, April 14, 2006.

Deposition Testimony before the United States District Court for the Northern District of Oklahoma in *In re Williams Securities Litigation (WCG Subclass)*, March 24, 2006.

Rebuttal Expert Report of David Tabak before the United States District Court for the Southern District of Texas in *In re Enron Corporation Securities Litigation*, March 17, 2006.

Rebuttal Expert Report of David Tabak before the United States District Court for the Northern District of Oklahoma in *In re Williams Securities Litigation (WCG Subclass)*, March 9, 2006.

Expert Report of David Tabak before the United States District Court for the District of Colorado in *In re Rhythms Securities Litigation*, February 13, 2006.

Expert Report of David Tabak before the United States District Court for the Northern District of Oklahoma in *In re Williams Securities Litigation (WCG Subclass)*, February 1, 2006.

Rebuttal Report of David Tabak, Ph.D. before the American Arbitration Association in *Warren N. Lieberfarb v. Warner Home Video Inc.*, November 30, 2005.

Deposition Testimony before the American Arbitration Association in *Warren N. Lieberfarb v. Warner Home Video Inc.*, November 9, 2005.

David I. Tabak

Expert Report of David Tabak, Ph.D. before the American Arbitration Association in *Warren N. Lieberfarb v. Warner Home Video Inc.*, October 3, 2005.

Expert Report of David Tabak, Ph.D. before the United States District Court for the Eastern District of Pennsylvania in *Sean Fitzpatrick v. Michael Queen, Thomas McGreal, Joseph W. Luter, IV, Michael H. Cole, Smithfield Foods, Inc., Showcase Foods, Inc., and Pennexx Foods, Inc.*, March 25, 2005.

Deposition Testimony before the United States District Court for the Northern District of Georgia, Atlanta Division in *In re CryoLife, Inc. Securities Litigation*, February 24, 2005.

Rebuttal Report of David Tabak, Ph.D. before the United States District Court for the Northern District of Georgia, Atlanta Division in *In re CryoLife, Inc. Securities Litigation*, February 18, 2005.

Affidavit of David Tabak, Ph.D. and Stephanie Plancich, Ph.D. before the United States District Court for the Northern District of Illinois, Eastern Division in *Doug Sutton and Prescott Nottingham v. Robert F. Bernard, Robert T. Clarkson, and Bert B. Young*, January 11, 2005.

Deposition Testimony before the United States District Court for the Northern District of Georgia, Atlanta Division in *In re CryoLife, Inc. Securities Litigation*, January 5, 2005.

Expert Report of David I. Tabak before the United States District Court for the Eastern District of New York in *Phoenician Trading Partners, L.P. v. Blue Water Fund Ltd., et al.*, January 3, 2005.

Affidavit of David Tabak, Ph.D. before the United States District Court for the Northern District of Georgia, Atlanta Division in *David Jones and Susan Jones v. InfoCure Corporation, et al.*, December 14, 2004.

Expert Report of David Tabak, Ph.D. before the United States District Court for the Northern District of Georgia, Atlanta Division in *In re CryoLife, Inc. Securities Litigation*, December 10, 2004.

Deposition Testimony before the United States District Court for the Northern District of Georgia, Atlanta Division in *David Jones and Susan Jones v. InfoCure Corporation, et al.*, October 4, 2004.

Rebuttal Report of David Tabak, Ph.D. before the United States District Court for the Northern District of Georgia, Atlanta Division in *David Jones and Susan Jones v. InfoCure Corporation, et al.*, September 22, 2004.

Deposition Testimony before the United States District Court for the Northern District of Illinois, Eastern Division in *Richard C. Snyder, et al. v. Thomas and Betts Corporation*, September 9, 2004.

Expert Report of David Tabak, Ph.D. before the United States District Court for the Northern District of Illinois, Eastern Division in *Richard C. Snyder, et al. v. Thomas and Betts Corporation*, August 20, 2004.

NERA Economic Consulting    20

Further Additional Statement of David Tabak before the New York Stock Exchange in *Robert Belau et al. v. FleetBoston Financial Corporation et al.*, July 30, 2004.

Expert Report of David Tabak, Ph.D. before the United States District Court for the Northern District of Georgia, Atlanta Division in *David Jones and Susan Jones v. InfoCure Corporation, et al.*, June 30, 2004.

Testimony before the United States Bankruptcy Court for the District of Delaware in *In Re Coram Healthcare Corp. and Coram, Inc.*, April 7, 2004.

Deposition Testimony before the United States Bankruptcy Court for the District of Delaware in *In Re Coram Healthcare Corp. and Coram, Inc.*, April 2, 2004.

Expert Report of David Tabak before the United States Bankruptcy Court for the District of Delaware in *In Re Coram Healthcare Corp. and Coram, Inc.*, March 31, 2004.

Statement of David Tabak, Ph.D. before the United States District Court for the Southern District of New York in *United States of America v. Morris Weissman*, February 10, 2004.

Additional Statement of David Tabak before the New York Stock Exchange in *Robert Belau et al. v. FleetBoston Financial Corporation et al.*, December 17, 2003.

Expert Report of David Tabak, Ph.D. before the United States District Court for the Southern District of Ohio Eastern District (at Columbus) in *Barry F. Bovee, et al. v. Coopers & Lybrand, et al.*, December 16, 2003.

Deposition Testimony before the United States District Court for the District of South Carolina in *In Re Safety-Kleen Stockholders Litigation* and in *In Re Safety-Kleen Rollins Shareholders Litigation*, October 23, 2003.

Statement of David Tabak before the New York Stock Exchange in *Robert Belau et al. v. FleetBoston Financial Corporation et al.*, October 1, 2003.

Expert Report of David Tabak, Ph.D. before the United States District Court for the District of South Carolina in *In Re Safety-Kleen Stockholders Litigation*, August 28, 2003.

Expert Report of David Tabak, Ph.D. before the United States District Court for the District of South Carolina in *In Re Safety-Kleen Rollins Shareholders Litigation*, August 28, 2003.

Testimony before the NASD in *Ralph Rubenstein, JANT Foundation, et al. v. Merrill Lynch, Pierce, Fenner & Smith, Inc.,* June 19, 2003.

Affidavit of David Tabak, Ph.D. and Ramzi Zein, Ph.D. in Support of Norwegian Cruise Line's Opposition to Proposed Rule before the Federal Maritime Commission, May 30, 2003.

Testimony before the Circuit Court of Maryland for Baltimore City in *Carnegie International Corporation, et al. vs. Grant Thornton, LLP., et al.*, March 11 and 12, 2003.

David I. Tabak

Declaration of David I. Tabak in Support of Defendant's Motion in Opposition to Appointment of Additional Lead Plaintiffs and Class Certification before the United States District Court for the District of Columbia in *In Re Baan Company Securities Litigation*, June 21, 2002.

Affidavit before the United States District Court for the District of Rhode Island in *George Kinney et al. v. Metro Global Media, Inc., et al.* May 15, 2002.

Testimony before the American Arbitration Association in *Beth Kaplan v. Rite Aid Corporation; Rite Aid Corporation v. Beth Kaplan and Bruce Sholk*, May 2-3, 2002.

Expert Report of David I. Tabak before the United States District Court for the District of Idaho in *Pippin v. ICF Kaiser International, et. Al, Wood v. Edwards et al.*, February 11, 2002.

Deposition Testimony before the United States District Court for the District of Columbia in *In Re Baan Company Securities Litigation*, February 7, 2002.

Deposition Testimony before the United States District Court for the Eastern District of Pennsylvania in *In Re Equimed Securities, Inc. Litigation*, January 17, 2002.

Affidavit before the United States District Court for the District of Columbia in *In Re Baan Company Securities Litigation*, January 10, 2002.

Expert Report of David I. Tabak before the United States District Court for the Eastern District of Pennsylvania in *In Re Equimed Inc. Securities Litigation*, December 28, 2001.

Expert Report of David I. Tabak before the United States District Court for the Southern District of New York in *Castle Creek Technology Partners LLC against Cellpoint Inc.*, December 13, 2001.

Deposition Testimony before the United States District Court for the Southern District of New York in *Morgens, Waterfall, Vintiadis & Co., Inc. et al. against Donaldson, Lufkin & Jenrette Securities Corporation et al.*, October 11, 2001.

Deposition Testimony before the Circuit Court of Maryland for Baltimore City in *Carnegie International Corporation, et al. vs. Grant Thornton, LLP., et al.*, September 25, 2001.

Expert Report of David I. Tabak, Ph.D. before the Circuit Court of Maryland for Baltimore City in *Carnegie International Corporation, et al. vs. Grant Thornton, LLP., et al.*, September 17, 2001.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *Morgens, Waterfall, Vintiadis & Co., Inc. et al. against Donaldson, Lufkin & Jenrette Securities Corporation et al.*, September 6, 2001.

Testimony before the United States District Court for the Eastern District of New York in *United States of America against Harry Shuster*, July 30, 2001.

Declaration before the United States District Court for the Eastern District of New York in *United States of America against Roy Ageloff, et al.*, July 23, 2001.

David I. Tabak

Testimony before the National Association of Securities Dealers in *In the Matter of the Arbitration Between Michael A. Brownlee, M.D. against Marc Keller, Schroder & Co., Inc. and Sanfrey Securities, Inc.*, May 29, 2001.

Opinion Letter before the United States District Court for the Eastern District of New York in *United States of America against Roy Ageloff, et al.*, May 24, 2001.

Testimony before the United States District Court for the Southern District of New York in *Oscar Gruss & Son, Inc. against Yossie Hollander*, May 22, 2001.

Testimony before the Supreme Court of the State of New York, County of New York in *Robert Klein against 5B Technologies Corporation f/k/a Paramount Financial Corporation and Deltaforce Personnel Services, Inc.*, May 17, 2001.

Expert Report of David I. Tabak, Ph.D. before the National Association of Securities Dealers in *In the Matter of the Arbitration Between Michael A. Brownlee, M.D. against Marc Keller, Schroder & Co., Inc. and Sanfrey Securities, Inc.*, April 25, 2001.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Central District of California in *In Re Imperial Credit Industries, Inc. Securities Litigation*, April 5, 2001.

Affidavit before the United States District Court for the Southern District of New York in *Oscar Gruss & Son, Inc. against Yossie Hollander*, February 8, 2001.

Deposition Testimony before the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida in *U.S. Diagnostic, Inc. and Diversified Therapy Corporation vs. Bachner, Tally, Polevoy & Misher, LLP and Michael Karsch*, January 19, 2001.

Expert Report of David I. Tabak before the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Florida in *U.S. Diagnostic, Inc. and Diversified Therapy Corporation vs. Bachner, Tally, Polevoy & Misher, LLP and Michael Karsch*, January 11, 2001.

Supplemental Expert Report of David I. Tabak before the State of Minnesota, County of Hennepin District Court, Fourth Judicial District in *Irving P. Knelman v. Investment Advisers, Inc.*, September 13, 2000.

Expert Report of David I. Tabak before the United States District Court for the Eastern District of New York in *Martin R. Lautman v. The Loewen Group Inc., et al.*, September 6, 2000.

Supplemental Affidavit of David I. Tabak before the Circuit Court of Franklin County, Alabama in *James Taff, individually and on behalf of all others similarly situated, vs. CareMark Rx, Inc and PNC Bank, Kentucky Inc.,* May 25, 2000.

Affidavit of David I. Tabak and Christoph Muelbert before the Circuit Court of Franklin County, Alabama in *James Taff, individually and on behalf of all others similarly situated, vs. CareMark Rx, Inc and PNC Bank, Kentucky Inc.,* May 23, 2000.

David I. Tabak

Expert Report of David I. Tabak before the State of Minnesota, County of Hennepin District Court, Fourth Judicial District in *Irving P. Knelman v. Investment Advisers, Inc.*, April 28, 2000.

Testimony before the American Arbitration Association in *Roderick Covlin against C.S. Block New York, LLC, Dr. Sharaif Amanat, Omar Amanat*, March 30, 2000.

Expert Report of David I. Tabak before the National Association of Securities Dealers Office of Dispute Resolution in *Brooks, Houghton & Company, Inc. Private Corporate Advisors, Inc., and Brooks, Houghton Securities, Inc. against BIG Entertainment, Inc.*, March 17, 2000.

Declaration of David I. Tabak before the United States District Court for the Southern District of New York in *GST Telecommunications, Inc., GST USA, Inc., and GST Telecom Inc. v. Stephen Irwin, David Adler, and Olshan Grundman Frome & Rosenzweig LLP,* February 21, 2000.

Expert Report of David I. Tabak before the United States District Court for the Southern District of New York in *The Klass Report LLC and Christopher M. Klass against Telemation, Inc.*, December 15, 1999.

Expert Report of David I. Tabak, Ph.D. before the United States District Court for the Southern District of New York in *GST Telecommunications, Inc., GST USA, Inc., and GST Telecom Inc. v. Stephen Irwin, David Adler, and Olshan Grundman Frome & Rosenzweig LLP,* November 26, 1999.

Expert Report of David I. Tabak, Ph.D. before the National Association of Securities Dealers in *A.R. DiGima, Inc. vs. A.G. Edwards & Sons, Inc. and Eugene Damico*, November 5, 1999.

Deposition Testimony before the United States District Court for the Southern District of New York in *Oscar Gruss & Son, Inc. against Yossie Hollander*, October 22, 1999.

Expert Report of David I. Tabak before the United States District Court for the Southern District of New York in *Oscar Gruss & Son, Inc. against Yossie Hollander*, September 16, 1999.

Expert Report of Frederick C. Dunbar and David I. Tabak before the United States District Court for the Northern District of Alabama, Southern Division in *MedPartners, Inc. v. Dun & Bradstreet, Inc*, July 28, 1999.

Testimony before the International Chamber of Commerce International Court of Arbitration in *Hanbo Engineering and Construction Co., Ltd. and Hanbo Corporation v. CE Casecnan Water and Energy Company, Inc.*, April 13, 1998.

Expert Witness Statement of David I. Tabak before the International Chamber of Commerce, International Court of Arbitration in *Hanbo Engineering and Construction Co., Ltd. and Hanbo Corporation v. CE Casecnan Water and Energy Company, Inc.*, March 13, 1998.

## Publications

"*p*-Hacking and Event Studies in Securities Litigation," *NERA Working Paper*, April 12, 2023.

"How COVID-19 Impact Analysis May Shape MAE Disputes," (with Edward Flores), *Law360*, June 29, 2020.

COVID-19-related NERA webpages: (1) "S&P 500 Index: Daily Price Movements" (with Edward Flores), May 1, 2020 with updates; (2) "COVID-19, MAEs, and Preliminary Evidence of Disproportionate Impacts Within Industries" (with Edward Flores), June 9, 2020;  (3) "How COVID-19 Impact Analysis May Shape MAE Disputes") (with Edward Flores) reprint of article on Law360, June 29, 2020.

"Economic and Financial Analyses in Australian Securities Litigation in the Wake of *TPT Patrol Pty Limited as trustee for Amies Superannuation Fund v Myer Holdings Limited*," (with William S. Taylor), NERA Working Paper, January 2020.

"Testing Securities Market Efficiency With Cammer Factors," *Law360.com*, February 5, 2019.

"Securities Class Actions Appear to Be Largely 'Price-Maintenance' and Omissions Cases," *NERA Working Paper*, April 10, 2017.

"Further Insight into 'What Should We Expect When Testing for Price Response to News in Securities Litigation?'," *Oxford Business Law Blog*, September 27, 2016.

"Gauging Share-Price Response to News in Securities Litigation," *The CLS Blue Sky Blog, Columbia Law School's Blog on Corporations and the Capital Markets*, September 8, 2016.

"What Should We Expect When Testing for Price Response to News in Securities Litigation?" *NERA Working Paper*, August 11, 2016.

"Should Solvency Tests Give the Same Answer?"  *NERA Working Paper*, July 28, 2015

"Implications for Market Efficiency and Damages Analysis of Plaintiff Interpretations of *Halliburton II's* Statement that 'market efficiency is a matter of degree,'" *Loyola University Chicago Law Journal*, Spring 2015.

"The Solvency Two-Step," Guest Post on the Weil Bankruptcy Blog.  March 2013.

"Do Courts Count *Cammer* Factors?" NERA Working Paper, republished in the Harvard Law School Forum on Corporate Governance and Financial Regulation.  Also published in modified form as "Counting Cammer Factors – A Review of Case Law" at Law360.com, August 2012.

"Settlement reasonableness from negotiations to coverage disputes," *Litigation and Dispute Resolution 2012 Global Reference* Guide.  A prior version of this was published as a NERA Working Paper, February 2012.

"Guesstimating Loss for Sentencing," published in Law360.com, February 2012. (Originally published with the title "Estimating Loss For Sentencing Purposes." Retitled by Law360.com after initial publication on its website.)

"Economic Analysis of Loss in the United States Sentencing Commission's Proposed Methodologies," NERA Working Paper, February 2012.

"Guideline Companies in Valuation: A Careful View of the Market Approach," *Journal of Business Valuation*, 2011 Volume 1. (A previous version appeared as a NERA working paper entitled "Guideline Companies in Valuation: The Economist's View of the Market Approach" in October 2008.)

"The Matrixx of Materiality and Statistical Significance in Securities Fraud Cases," (co-authored with Frederick Lee of Boies, Schiller & Flexner) NERA Working Paper, December 2010.

"Materiality and Statistical Significance Explained" (co-authored with Frederick Lee of Boies, Schiller & Flexner), published in Law360.com, December 2010.

"Satisfying Fiduciary Duty Under ERISA," *Employment Law Strategist*, June 2010.

"Use and Misuse of Event Studies to Examine Market Efficiency," NERA Working Paper, April 2010. (A previous version appeared in September 2009, and a condensed version appeared as a Guest Column, "On the Misuse of Event Studies to Examine Market Efficiency," in May 2010 on www.securitiesdocket.com.)

"Comment: 'A Closer Look at Correction for False Discovery Bias When Making Multiple Comparisons," *Journal of Forensic Economics*, December 2009.

Book Review of *Business Valuation: In Integrated Theory (Second Edition)* in *Valuation Strategies,* November/December 2008.

Guest Author/Respondent, *BVUpdate*, published by Business Valuation Resources, LLC, *Special Report:* What Will the Wall Street Meltdown Mean to the BV Profession? (with Raymund Wong), November 2008.

"Inflation and Damages in a Post-*Dura* World," NERA Working Paper, September 2007.

"Multiple Comparisons and the Known or Potential Error Rate," *Journal of Forensic Economics,"* Volume XIX, Number 2, published March 2007.

"Making Assessments About Materiality Less Subjective Through The Use of Content Analysis," NERA Working Paper, March 2007.

"Risk Disclosures and Damages Measurement in Securities Fraud Cases," published in the *Securities Reform Act Litigation Reporter*, April 2006. (Previously published as a NERA Working Paper.)

Guest Author/Respondent, *BV Q&A Update*, published by Business Valuation Resources, LLC., January, March, June, and July 2004; February, May, August, and September 2005.

David I. Tabak

"Loss Causation and Damages in Shareholder Class Actions: When it Takes Two Steps to Tango," in *Securities Litigation & Enforcement Institute 2004,* published by the Practising Law Institute.  (Previously published as a NERA Working Paper.)

"The 'Less Than' Efficient Capital Markets Hypothesis: Requiring More Proof From Plaintiffs in Fraud-On-The-Market Cases" (with Paul A. Ferrillo and Frederick C. Dunbar), *St. John's Law Review,* Winter 2004.  (Previously published as a working paper by NERA and Weil, Gotshal & Manges, LLP.)

"Determination of the Appropriate Event Window Length in Individual Stock Event Studies" (with Dmitry Krivin, Robert Patton, and Erica Rose), NERA Working Paper, November 4, 2003.

"Inflation Methodologies in Securities Fraud Cases: Theory and Practice" (with Chudozie Okongwu), published in *Securities Litigation & Enforcement Institute 2003,* by the Practising Law Institute.  (Previously published as a NERA Working Paper.)

"Hedging and the Estimation of Marketability Discounts," in *Shannon Pratt's Business Valuation Update*, published by Business Valuation Resources, LLC, August 2003.  (Also reprinted in *BVR's Guide to Discounts for Lack of Marketability*, 2007.)

 "Shareholders' Suit against Corporation," in *Litigation Support Report Writing: Accounting, Finance, and Economic Issues*, edited by Jack P. Friedman and Roman L. Weil, published by John Wiley & Sons, Inc., 2003.

"A CAPM-Based Approach to Calculating Illiquidity Discounts," NERA Working Paper, November 2002.

"A Proposed Methodology to Measure Damages for Option Traders Alleging Securities Fraud" (with Svetlana Starykh and Marc Shotland), *Litigation Economics Review*, Vol. 5, No. 2, Winter 2001 (printed July 2002).

"Intraday Trading Rates in Shareholder Class Actions," *NERA Securities and Finance Insights*, June 2002.

"Materiality and Magnitude: Event Studies in the Courtroom" (with Frederick C. Dunbar), *Litigation Services Handbook: The Role of the Financial Expert, Third Edition, 2001*, edited by Roman L. Weil, Michael J. Wagner and Peter B. Frank, published by John Wiley & Sons, Inc. (Previous versions appeared in the 2000 Supplement to the *Litigation Services Handbook* and as a NERA Working Paper.)

"Are Investors Signalling You About Your Y2K Risk?" (with Vinita M. Juneja and Denise N. Martin), *Y2K Marketwatch*, December 1999.

"What Does the Market Think About Your Y2K Exposure?" (with Vinita M. Juneja and Denise N. Martin), *Viewpoint*, Issue No. 2, November 1999.

"Economic Analysis and Identification of Class Conflicts in Securities Fraud Litigation," NERA Working Paper, June 1998.

**Exhibit 2**
**Biogen Inc.**
**Materials Considered**

*Academic Literature*

Boudoukh, Jacob, Ronen Feldman, Shimon Kogan, and Matthew Richardson, "Information, Trading, and Volatility: Evidence from Firm-Specific News," *The Review of Financial Studies* 32.3 (2019).

David Tabak and Frederick Dunbar, Chapter 19 of *Litigation Services Handbook, The Role of the Financial Expert* (3d ed. 2001).

Eugene F. Fama, "Efficient Capital Markets: A Review of Theory and Empirical Work," *Journal of Finance*, 1970.

Fernando Avalos and Marcia Kramer Mayer, "Dealer Participation on the New York Stock Exchange and Nasdaq," *NERA Working Paper,* May 2002.

Gelbach, Jonah B., Eric Helland, and Jonathan Klick, "Valid Inference in Single-Firm, Single-Event Studies," *American Law and Economics Review* 15.2 (2013).

Griffin, John M., Nicholas H. Hirschey, and Patrick J. Kelly, "How Important Is the Financial Media in Global Markets?" *The Review of Financial Studies* 24.12 (2011).

Miguel O. Villanueva and Steven Feinstein, "Stock Price Reactivity to Earnings Announcements: The Role of the *Cammer/Krogman* Factors," *Review of Quantitative Finance and Accounting* (2021).

Paul Ferrillo, Frederick Dunbar, and David Tabak, "The 'Less Than' Efficient Capital Markets Hypothesis: Requiring More Proof From Plaintiffs in Fraud-on-the-Market Cases," 78 *St. John's L. Rev.* 81, 120-21 (2004).

*Analyst Reports*

"A Closer Look at the Adu Briefing Docs and The Tale of Two FDAs," *J.P. Morgan,* November 4, 2020.

"A House Divided: Deeper Look Into Split FDA Take on Aducanumab," *Raymond James,* November 5, 2020.

"A-mab Ad-com Documents Read Positive," *BMO Capital Markets,* November 5, 2020.

**Exhibit 2**
**Biogen Inc.**
**Materials Considered**

### *Analyst Reports (Cont.)*

"Best Case Scenario in Briefing Docs; Adu AdCom Appears De-Risked; PT to $402," *SVB Leerink,* November 4, 2020.

"BIIB: Increasing Target and Scenario Analysis Into AdCom," *Wells Fargo,* November 4, 2020.

"BIIB: Upgrading on Positive Risk-Reward Into Aducanumab Panel," *Wells Fargo,* November 4, 2020.

"Briefing Documents Provide Encouraging Insights," *Oppenheimer,* November 4, 2020.

"FDAducanumab and BIIB set stage for key AdCom on 11/6; reiterate BUY, PT up to $393," *Canaccord Genuity,* November 4, 2020.

"Not What the Polls Predicted; FDA Appears Willing to Look Past ENGAGE and Focus on EMERGE; Statistical Analysis Less Rosy," *William Blair,* November 4, 2020.

"Positive regulatory outlook shifts adu dynamics," *Bank of America,* November 4, 2020.

"Upgrade to Buy – Hot Debate but FDA Clearly Reads Positive on Efficacy, Safety," *Jefferies,* November 4, 2020.

See pages 12-13 for a list of analyst reports used in Exhibit 14a.

### *Case Law*

*Basic Inc. v. Levinson*, 485 U.S. 224, 247, 108 S. Ct. 978, 99 L. Ed. 2d 194 (1988).

*Cammer v. Bloom*, 711 F. Supp. 1264, 1286-87, 1291 (D.N.J. 1989).

*Comcast Corp. v. Behrend*, 569 U.S. 27 (2013).

*In re Countrywide Financial Corporation Securities Litigation*, 273 F.R.D. 586, 618 (C.D. Cal. 2009).

*In re DVI, Inc. Securities Litigation*, 249 F.R.D. 196, 213 (E.D. Pa. 2008).

*In re DVI, Inc. Securities Litigation*, 639 F.3d 623, 634 (3d Cir. 2011).

**Exhibit 2**
**Biogen Inc.**
**Materials Considered**

*Case Law (Cont.)*

*In re Petrobras Securities,* 862 F.3d 250, 277-278 (2d Cir. 2017).

*In re Teva Securities Litigation*, No. 3:17-cv-558 (SRU), 2021 WL 872156 (D. Conn. Mar. 9, 2021).

*Krogman, Inc. v. Sterritt,* 202 F.R.D. 467, 474-78 (N.D. Tex. 2001).

*Unger v. Amedisys Inc*., 401 F.3d 316, 324 (5th Cir. 2005).

*Waggoner v. Barclays PLC,* 875 F.3d 79, 96-97 (2d Cir. 2017).

*Data*

Biogen common stock closing price, bid price, ask price, trading volume, and short interest data obtained from FactSet Research Systems Inc.

Biogen common stock shares outstanding and insider holdings data obtained from SEC Filings.

Biogen earnings report dates and number of analyst estimates obtained from Institutional Brokers' Estimate System (I/B/E/S) via FactSet Research Systems Inc.

Biogen quarterly institutional holdings for common stock obtained from FactSet Research Systems Inc.

Dow Jones U.S. Select Pharmaceuticals Index data obtained from FactSet Research Systems Inc.

Fails-to-deliver data obtained from the SEC website at: http://www.sec.gov/foia/docs/failsdata.htm.

Market makers on the NASDAQ Exchange data obtained from Bloomberg L.P.

Russell 3000 members list and market capitalization data obtained from Bloomberg L.P.

**Exhibit 2**
**Biogen Inc.**
**Materials Considered**

*News Articles*

See pages 5-11 for a list of news stories obtained from Factiva Dow Jones used in Exhibits 8a and 8a-percentile.

See pages 14-20 for a list of news stories obtained from Factiva Dow Jones used in Exhibits 14b and 14c.

"Biogen's FDA AdCom Documents A Near Best Case -- Market Talk," *Dow Jones Newswire,* November 4, 2020.

*Pleadings in This Matter*

Memorandum & Order dated March 27, 2025.

Order from the United States Court of Appeals for the First Circuit dated October 11, 2023.

Second Amended Class Action Complaint for Violation of the Federal Securities Laws filed on August 4, 2021.

*Other Materials*

Form S-3, available at: https://www.sec.gov/files/forms-3.pdf.

NYSE Regulation SHO, available online at: https://www.nyse.com/regulation/nyse/public-info.

*New Palgrave Dictionary of Economics*, 2008 edition, entry on Efficient Markets Hypothesis, available online at: https://rd.springer.com/referenceworkentry/10.1057/978-1-349-95121-5_42-2.

Private Securities Litigation Reform Act of 1995, Pub. L. 104-67, 109 Stat. 737, codified as amended in 15 U.S.C §78j.

"Revisions to the Eligibility Requirements for Primary Securities Offerings on Forms S-3 and F-3," available at: https://www.sec.gov/files/rules/proposed/2007/33-8812.pdf.

"Russell 3000 Index," *FTSE Russell*, available at: https://research.ftserussell.com/Analytics/FactSheets/Home/DownloadSingleIssue?issueName=US3000USD&isManual=True.

**Exhibit 2** *(News Stories Obtained via a Company Search)*
**Biogen Inc.**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibits 8a and 8a-percentile**
**Analysis Period: July 22, 2020 to November 4, 2020[1]**

| Date | Time | Effective Date[2] | Headline | News Source |
|------|------|------------------|----------|-------------|
| (1) | (2) | (3) | (4) | (5) |
| 7/21/2020 | 4:30 PM | 7/22/2020 | Press Release: Cellectis Appoints Biopharma Veteran Steve Doares, Ph.D., as Senior Vice President of US Manufacturing | Dow Jones Institutional News |
| 7/21/2020 | 4:30 PM | 7/22/2020 | Press Release: Cellectis Appoints Biopharma Veteran Steve Doares, Ph.D., as Senior Vice President of US Manufacturing | Dow Jones Institutional News |
| 7/21/2020 | 6:00 PM | 7/22/2020 | Press Release: Biogen Names Michael McDonnell as Executive Vice President and Chief Financial Officer | Dow Jones Institutional News |
| 7/21/2020 | 6:00 PM | 7/22/2020 | Press Release: Biogen Names Michael McDonnell as Executive Vice President and Chief Financial Officer | Dow Jones Institutional News |
| 7/21/2020 | 6:12 PM | 7/22/2020 | Biogen Names Michael McDonnell As New CFO -- MarketWatch | Dow Jones Institutional News |
| 7/21/2020 | 6:45 PM | 7/22/2020 | Biogen Taps Iqvia Executive as New Finance Chief | Dow Jones Institutional News |
| 7/21/2020 | 8:34 PM | 7/22/2020 | Biogen Taps Iqvia CFO as New Finance Chief -- Update | Dow Jones Institutional News |
| 7/21/2020 | 9:40 PM | 7/22/2020 | Biogen Taps Iqvia CFO as New Finance Chief | Dow Jones Institutional News |
| 7/22/2020 | 7:30 AM | 7/22/2020 | Biogen's Stock Rises After Big Earnings Beat, Raised Outlook -- MarketWatch | Dow Jones Institutional News |
| 7/22/2020 | 7:35 AM | 7/22/2020 | Biogen Records Better-Than-Expected 2Q Adj Profit, Rev | Dow Jones Institutional News |
| 7/22/2020 | 7:51 AM | 7/22/2020 | Biogen Raises 2020 Profit Forecast | Dow Jones Institutional News |
| 7/22/2020 | 8:12 AM | 7/22/2020 | Biogen's stock rises after big earnings beat, raised outlook | Dow Jones Newswires Chinese (English) |
| 7/22/2020 | 9:02 AM | 7/22/2020 | Biogen Beats Earnings Expectations but Leaves CFO's Departure a Mystery -- Barrons.com | Dow Jones Institutional News |
| 7/22/2020 | 5:29 PM | 7/23/2020 | Biogen Inc. CEO Michel Vounatsos on Q2 2020 Results -- Earnings Call Transcript >BIIB | Dow Jones Institutional News |
| 7/24/2020 | 4:06 PM | 7/27/2020 | Press Release: Biogen to Present Data at Virtual 2020 Alzheimer's Association International Conference Highlighting Comprehensive Approach to Alzheimer's Disease | Dow Jones Institutional News |
| 7/24/2020 | 4:06 PM | 7/27/2020 | Press Release: Biogen to Present Data at Virtual 2020 Alzheimer's Association International Conference Highlighting Comprehensive Approach to Alzheimer's Disease | Dow Jones Institutional News |
| 7/27/2020 | 6:40 AM | 7/27/2020 | Biogen Raised to Overweight From Underweight by Morgan Stanley | Dow Jones Institutional News |
| 7/27/2020 | 10:20 AM | 7/27/2020 | Buy Biogen Stock, Says Morgan Stanley, Because the Time Is Right -- Barrons.com | Dow Jones Institutional News |
| 7/28/2020 | 3:17 PM | 7/28/2020 | Correction to Biogen Better-Than-Expected 2Q Adj Profit Article on July 22 | Dow Jones Institutional News |
| 8/5/2020 | 4:30 PM | 8/6/2020 | Press Release: Cellectis Provides Business Update and Reports Financial Results for Second Quarter and First Six Months 2020 | Dow Jones Institutional News |
| 8/6/2020 | 8:01 AM | 8/6/2020 | Press Release: Biogen and Denali to Collaborate on LRRK2 Program for Parkinson's Disease and Certain TV Platform-Enabled Progra... | Dow Jones Institutional News |
| 8/6/2020 | 8:02 AM | 8/6/2020 | Press Release: Biogen and Denali to Collaborate on LRRK2 Program for Parkinson's Disease and Certain TV Platform-Enabled Progra... | Dow Jones Institutional News |
| 8/6/2020 | 8:06 AM | 8/6/2020 | Press Release: Denali Therapeutics Announces Decision to Advance DNL151 into Late Stage Clinical Studies in Parkinson's Patients | Dow Jones Institutional News |
| 8/6/2020 | 8:47 AM | 8/6/2020 | Biogen to Buy Stake in Denali for $465M as Part of Agreement to Develop Parkinson's Disease Treatment | Dow Jones Institutional News |
| 8/6/2020 | 9:13 AM | 8/6/2020 | Denali Therapeutics Stock Rockets Into Record Territory After Biogen Investment And Collaboration -- MarketWatch | Dow Jones Institutional News |
| 8/6/2020 | 9:19 AM | 8/6/2020 | Biogen to Buy Stake in Denali for $465M as Part of Agreement to Develop Parkinson' | Dow Jones Newswires Chinese (English) |
| 8/6/2020 | 11:19 AM | 8/6/2020 | Denali Therapeutics Up Over 41%, on Track for Record High Close -- Data Talk | Dow Jones Institutional News |
| 8/7/2020 | 7:30 AM | 8/7/2020 | Press Release: FDA Accepts Biogen 's Aducanumab Biologics License Application for Alzheimer's Disease with Priority Review | Dow Jones Institutional News |
| 8/7/2020 | 7:30 AM | 8/7/2020 | Press Release: FDA Accepts Biogen 's Aducanumab Biologics License Application for Alzheimer's Disease with Priority Review | Dow Jones Institutional News |
| 8/7/2020 | 8:55 AM | 8/7/2020 | Biogen's Stock Rallies 11% After FDA Accepts Application For Experimental Alzheimer's Drug -- MarketWatch | Dow Jones Institutional News |
| 8/7/2020 | 9:23 AM | 8/7/2020 | Biogen's stock rallies 11% after FDA accepts application for experimental Alzheime | Dow Jones Newswires Chinese (English) |
| 8/7/2020 | 9:56 AM | 8/7/2020 | Biogen Stock Is Spiking Because Its Alzheimer's Drug Takes Another Step Toward Approval -- Barrons.com | Dow Jones Institutional News |
| 8/7/2020 | 4:30 PM | 8/10/2020 | Press Release: Denali Therapeutics Reports Second Quarter 2020 Financial Results and Business Highlights | Dow Jones Institutional News |
| 8/17/2020 | 7:30 AM | 8/17/2020 | Press Release: Zai Lab Appoints F. Ty Edmondson as Chief Legal Officer | Dow Jones Institutional News |
| 8/19/2020 | 7:39 AM | 8/19/2020 | Mylan Launches First U.S. Generic of Biogen MS Drug Tecfidera >MYL | Dow Jones Institutional News |
| 8/19/2020 | 8:13 AM | 8/19/2020 | Mylan Launches First U.S. Generic of Biogen MS Drug Tecfidera >MYL | Dow Jones Newswires Chinese (English) |
| 8/19/2020 | 10:02 AM | 8/19/2020 | Mylan Takes 'At-Risk' Shot at Generic Tecfidera Profits -- Market Talk | Dow Jones Institutional News |
| 8/19/2020 | 10:02 AM | 8/19/2020 | Mylan Takes 'At-Risk' Shot at Generic Tecfidera Profits -- Market Talk | Dow Jones Institutional News |
| 8/19/2020 | 10:51 AM | 8/19/2020 | Auto Challenges Clip Chip Firms -- Market Talk | Dow Jones Institutional News |
| 8/19/2020 | 12:02 PM | 8/19/2020 | Biogen Is Maintained at Outperform by SVB Leerink | Dow Jones Institutional News |
| 8/19/2020 | 12:27 PM | 8/19/2020 | Biogen Alzheimer's Drug Could Soothe Tecfidera Wound -- Market Talk | Dow Jones Institutional News |

**Exhibit 2** *(News Stories Obtained via a Company Search)*
**Biogen Inc.**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibits 8a and 8a-percentile**
**Analysis Period: July 22, 2020 to November 4, 2020[1]**

| Date | Time | Effective Date[2] | Headline | News Source |
|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) |
| 8/19/2020 | 12:27 PM | 8/19/2020 | Biogen Alzheimer's Drug Could Soothe Tecfidera Wound -- Market Talk | Dow Jones Institutional News |
| 8/19/2020 | 12:44 PM | 8/19/2020 | Biogen Alzheimer's Drug Could Soothe Tecfidera Wound -- Market Talk | Dow Jones Newswires Chinese (English) |
| 8/19/2020 | 2:01 PM | 8/19/2020 | Pandemic Accelerates Shift in Corporate Cyber-Security -- Market Talk | Dow Jones Institutional News |
| 8/19/2020 | 2:07 PM | 8/19/2020 | Some Clients Committed to Remote Work Beyond Pandemic -- Market Talk | Dow Jones Institutional News |
| 8/25/2020 | 7:00 AM | 8/25/2020 | Press Release: Biogen Canada investment in newborn screening study underlines commitment to research in spinal muscular atrophy (SMA) | Dow Jones Institutional News |
| 8/25/2020 | 6:29 PM | 8/26/2020 | Boston Biotech's Meeting Spread Coronavirus as Far as Slovakia and Australia | Dow Jones Institutional News |
| 8/25/2020 | 6:40 PM | 8/26/2020 | Boston Biotech Meeting Spread Coronavirus to Slovakia, Australia | Dow Jones Institutional News |
| 8/26/2020 | 9:30 AM | 8/26/2020 | Biogen Stock Is a Big Risk Worth Taking -- Heard on the Street | Dow Jones Institutional News |
| 8/27/2020 | 2:32 AM | 8/27/2020 | Heard on the Street: Biogen's Shares Are A Big Risk Worth Taking -- WSJ | Dow Jones Institutional News |
| 8/27/2020 | 3:19 AM | 8/27/2020 | Biogen Stock Is a Big Risk Worth Taking -- Heard on the Street | Dow Jones Newswires Chinese (English) |
| 9/3/2020 | 9:23 AM | 9/3/2020 | Press Release: OneUnited Bank , Fintech Pioneer, Announces $10 Million Deposit By Biogen To Support #BankBlack Movement | Dow Jones Institutional News |
| 9/8/2020 | 7:30 AM | 9/8/2020 | Press Release: New Biogen Data Presented at ACTRIMS-ECTRIMS Advance Understanding of Clinical and Health Disparities in MS | Dow Jones Institutional News |
| 9/8/2020 | 7:30 AM | 9/8/2020 | Press Release: New Biogen Data Presented at ACTRIMS-ECTRIMS Advance Understanding of Clinical and Health Disparities in MS | Dow Jones Institutional News |
| 9/11/2020 | 8:01 AM | 9/11/2020 | Press Release: New Data at ACTRIMS-ECTRIMS Meeting Showcase Safety and Efficacy of Biogen 's Industry-Leading MS Portfolio | Dow Jones Institutional News |
| 9/11/2020 | 8:01 AM | 9/11/2020 | Press Release: New Data at ACTRIMS-ECTRIMS Meeting Showcase Safety and Efficacy of Biogen 's Industry-Leading MS Portfolio | Dow Jones Institutional News |
| 9/14/2020 | 7:30 AM | 9/14/2020 | Press Release: Biogen to Invest $250 Million in a 20-year Initiative to Eliminate its Use of Fossil Fuels and Improve Public Health | Dow Jones Institutional News |
| 9/14/2020 | 7:30 AM | 9/14/2020 | Press Release: Biogen to Invest $250 Million in a 20-year Initiative to Eliminate its Use of Fossil Fuels and Improve Public Health | Dow Jones Institutional News |
| 9/14/2020 | 7:47 AM | 9/14/2020 | Biogen to Invest $250M in 20-Year Climate-Change Plan | Dow Jones Institutional News |
| 9/14/2020 | 8:53 AM | 9/14/2020 | Biogen to Invest $250M in 20-Year Climate-Change Plan | Dow Jones Newswires Chinese (English) |
| 9/14/2020 | 3:03 PM | 9/14/2020 | Biogen Inc. (BIIB) CEO Michel Vounatsos Presents at Morgan Stanley Global Healthcare Conference (Transcript) >BIIB | Dow Jones Institutional News |
| 9/16/2020 | 7:00 AM | 9/16/2020 | Press Release: Biogen Canada recognized as a Great Place to Work® and one of the 2020 Best Workplaces in Healthcare | Dow Jones Institutional News |
| 9/18/2020 | 12:42 PM | 9/18/2020 | Biogen Is Maintained at Sector Perform by RBC Capital | Dow Jones Institutional News |
| 9/28/2020 | 8:07 AM | 9/28/2020 | Press Release: Cipla receives final approval for generic version of Biogen IDEC Inc .'s Tecfidera(R) (Dimethyl Fumarate DR Capsules 120mg, 2... | Dow Jones Institutional News |
| 9/28/2020 | 12:34 PM | 9/28/2020 | Moody's Affirms Biogen At Baa1; Outlook Revised To Negative | Dow Jones Institutional News |
| 9/29/2020 | 12:06 PM | 9/29/2020 | *Merck KGaA Reverses Provision For Lawsuit In The Amount Of EUR 365 Million | Dow Jones Institutional News |
| 9/29/2020 | 12:06 PM | 9/29/2020 | DGAP-Adhoc: Merck KGaA : Merck KGaA reverses provision for lawsuit in the amount of EUR 365 million | Dow Jones Institutional News |
| 9/29/2020 | 12:06 PM | 9/29/2020 | DGAP-Adhoc: Merck KGaA: Merck KGaA reverses provision for lawsuit in the amount of EUR 365 million | Dow Jones Newswires German |
| 9/29/2020 | 2:23 PM | 9/29/2020 | Merck KGaA Reverses EUR365 Mln Provision for U.S. Lawsuit | Dow Jones Newswires Chinese (English) |
| 10/6/2020 | 7:00 AM | 10/6/2020 | Press Release: Samsung Bioepis and Biogen Announce EMA Filing Acceptance of SB11, a Proposed Biosimilar Referencing Lucentis(R) (ranibizumab) | Dow Jones Institutional News |
| 10/6/2020 | 7:00 AM | 10/6/2020 | Press Release: Samsung Bioepis and Biogen Announce EMA Filing Acceptance of SB11, a Proposed Biosimilar Referencing Lucentis(R) (ranibizumab) | Dow Jones Institutional News |
| 10/6/2020 | 8:10 AM | 10/6/2020 | EMA Accepts Biogen, Samsung Bioepis Filing for Lucentis Biosimilar | Dow Jones Institutional News |
| 10/7/2020 | 8:30 AM | 10/7/2020 | Press Release: Denali Therapeutics Announces Closing of Collaboration and Share Purchase Agreements with Biogen | Dow Jones Institutional News |
| 10/13/2020 | 8:37 AM | 10/13/2020 | Biogen Is Maintained at Overweight by Morgan Stanley | Dow Jones Institutional News |
| 10/14/2020 | 8:00 AM | 10/14/2020 | Press Release: Catalyst Biosciences Receives US Patent for its Anti-Complement Factor 3 Portfolio of Engineered Proteases | Dow Jones Institutional News |
| 10/15/2020 | 11:13 AM | 10/15/2020 | Biogen Is Maintained at Underperform by B of A Securities | Dow Jones Institutional News |
| 10/19/2020 | 6:13 PM | 10/20/2020 | *Acorda Therapeutics Inc. Says It's Entitled to $15M Milestone Payment from Biogen Based on Ex-US Net Sales of Fampyra Exceeding $100M Over 4 Qtrs>ACOR | Dow Jones Institutional News |
| 10/19/2020 | 8:27 PM | 10/20/2020 | Acorda Therapeutics Up 46% After Hours on Milestone Payment From Biogen | Dow Jones Newswires Chinese (English) |
| 10/20/2020 | 3:51 AM | 10/20/2020 | Biogen Inc, Inst Holders, 3Q 2020 (BIIB) | Dow Jones Institutional News |
| 10/20/2020 | 10:08 AM | 10/20/2020 | Biogen Is Maintained at Neutral by Piper Sandler | Dow Jones Institutional News |
| 10/20/2020 | 11:39 AM | 10/20/2020 | Press Release: Abarca Details First Value-Based Agreement For Medicaid Members Prescribed Biogen Products | Dow Jones Institutional News |
| 10/20/2020 | 5:09 PM | 10/21/2020 | A Crucial FDA Hearing Looms for Biogen Alzheimer's Drug. Here's What's at Stake. -- Barrons.com | Dow Jones Institutional News |

**Exhibit 2** (*News Stories Obtained via a Company Search*)
**Biogen Inc.**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibits 8a and 8a-percentile**
**Analysis Period: July 22, 2020 to November 4, 2020[1]**

| Date | Time | Effective Date[2] | Headline | News Source |
|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) |
| 10/21/2020 | 7:50 AM | 10/21/2020 | Biogen Posts Lower 4Q Profit as Pharmaceutical Rev Declines | Dow Jones Institutional News |
| 10/21/2020 | 7:55 AM | 10/21/2020 | Biogen's Earnings Tumble 55% In The Third Quarter Of 2020 -- MarketWatch | Dow Jones Institutional News |
| 10/21/2020 | 8:02 AM | 10/21/2020 | Biogen Cuts Guidance Amid Competition From Generics | Dow Jones Institutional News |
| 10/21/2020 | 8:40 AM | 10/21/2020 | Biogen Cuts Guidance Amid Competition From Generics | Dow Jones Newswires Chinese (English) |
| 10/21/2020 | 8:46 AM | 10/21/2020 | Biogen Results Bring Negative News on Competition, Trial Failure -- Market Talk | Dow Jones Institutional News |
| 10/21/2020 | 8:46 AM | 10/21/2020 | Biogen Results Bring Negative News on Competition, Trial Failure -- Market Talk | Dow Jones Institutional News |
| 10/21/2020 | 8:50 AM | 10/21/2020 | Biogen Lowers Outlook As It Faces Bite of Generics -- Market Talk | Dow Jones Institutional News |
| 10/21/2020 | 8:53 AM | 10/21/2020 | Biogen Posts Lower 4Q Profit as Pharmaceutical Rev Declines | Dow Jones Newswires Chinese (English) |
| 10/21/2020 | 9:12 AM | 10/21/2020 | Google Rethinks App Design for Internet Novices -- Market Talk | Dow Jones Institutional News |
| 10/21/2020 | 12:20 PM | 10/21/2020 | Health Care Roundup: Market Talk | Dow Jones Institutional News |
| 10/21/2020 | 2:14 PM | 10/21/2020 | Update: Biogen's Earnings Tumble 55% In The Third Quarter Of 2020 -- MarketWatch | Dow Jones Institutional News |
| 10/21/2020 | 2:56 PM | 10/21/2020 | Biogen Inc. CEO Michel Vounatsos on Q3 2020 Results -- Earnings Call Transcript >BIIB | Dow Jones Institutional News |
| 10/21/2020 | 4:50 PM | 10/22/2020 | Health Care Roundup: Market Talk | Dow Jones Institutional News |
| 10/22/2020 | 8:06 AM | 10/22/2020 | Biogen Is Maintained at Overweight by Morgan Stanley | Dow Jones Institutional News |
| 10/22/2020 | 8:44 AM | 10/22/2020 | Biogen Is Maintained at Neutral by Wedbush | Dow Jones Institutional News |
| 10/22/2020 | 9:05 AM | 10/22/2020 | Biogen Is Maintained at Outperform by Credit Suisse | Dow Jones Institutional News |
| 10/23/2020 | 10:19 AM | 10/23/2020 | *S&PGR Places Biogen Inc. Rating On CreditWatch Negative | Dow Jones Institutional News |
| 10/23/2020 | 10:22 AM | 10/23/2020 | *S&P Puts Biogen Inc. On Watch Neg | Dow Jones Institutional News |
| 10/27/2020 | 7:28 AM | 10/27/2020 | Biogen Is Maintained at Neutral by Mizuho | Dow Jones Institutional News |
| 10/28/2020 | 8:50 AM | 10/28/2020 | Biogen Initiated at Neutral by UBS | Dow Jones Institutional News |
| 10/28/2020 | 5:32 PM | 10/29/2020 | Biogen Bet on Alzheimer's Drug Faces Poor Odds, Says UBS -- Barrons.com | Dow Jones Institutional News |
| 10/30/2020 | 7:00 AM | 10/30/2020 | Press Release: European Medicines Agency Accepts Biogen 's Aducanumab Marketing Authorization Application for Alzheimer's Disease | Dow Jones Institutional News |
| 10/30/2020 | 7:00 AM | 10/30/2020 | Press Release: European Medicines Agency Accepts Biogen 's Aducanumab Marketing Authorization Application for Alzheimer's Disease | Dow Jones Institutional News |
| 10/30/2020 | 7:46 AM | 10/30/2020 | Biogen, Eisai: EMA to Review Alzheimer's Drug Aducanumab | Dow Jones Institutional News |
| 10/30/2020 | 8:45 AM | 10/30/2020 | Biogen, Eisai: EMA to Review Alzheimer's Drug Aducanumab | Dow Jones Newswires Chinese (English) |
| 11/3/2020 | 7:30 AM | 11/3/2020 | Press Release: Biogen to Present Positive Phase 2 Systemic Lupus Erythematosus Data at American College of Rheumatology 2020 Meeting | Dow Jones Institutional News |
| 11/3/2020 | 7:31 AM | 11/3/2020 | Press Release: Biogen to Present Positive Phase 2 Systemic Lupus Erythematosus Data at American College of Rheumatology 2020 Meeting | Dow Jones Institutional News |
| 11/3/2020 | 7:41 AM | 11/3/2020 | IBio Names Maddux as Operating Chief | Dow Jones Institutional News |
| 11/4/2020 | 10:11 AM | 11/4/2020 | *Biogen Inc. (BIIB) Paused due to volatility | Dow Jones Institutional News |
| 11/4/2020 | 10:21 AM | 11/4/2020 | *Biogen Inc. (BIIB) Resumed Trading | Dow Jones Institutional News |
| 11/4/2020 | 10:49 AM | 11/4/2020 | Perrigo Shares Slip After Company Loses Round in Ireland Tax Battle >PRGO | Dow Jones Newswires Chinese (English) |
| 11/4/2020 | 10:58 AM | 11/4/2020 | Biogen Up 31%, On Pace for Record Percent Increase -- Data Talk | Dow Jones Institutional News |
| 11/4/2020 | 11:31 AM | 11/4/2020 | Biogen Shares Surge After Positive FDA Staff Comments on Alzheimer's Drug >BIIB | Dow Jones Institutional News |
| 11/4/2020 | 11:35 AM | 11/4/2020 | Biogen's Stock Soars 42% In Advance Of FDA Meeting On Its Alzheimer's Disease Therapy Candidate -- MarketWatch | Dow Jones Institutional News |
| 11/4/2020 | 11:47 AM | 11/4/2020 | Biogen Shares Surge After Positive FDA Staff Comments on Alzheimer's Drug >BIIB | Dow Jones Newswires Chinese (English) |
| 11/4/2020 | 1:14 PM | 11/4/2020 | Biogen, at a Crossroads, Surges on Promising Alzheimer's Drug Assessment | Dow Jones Institutional News |
| 11/4/2020 | 1:20 PM | 11/4/2020 | Biogen Surges on Promising Alzheimer's Drug Assessment | Dow Jones Institutional News |
| 11/4/2020 | 1:35 PM | 11/4/2020 | Biogen Stock Leaps as Signs Point to FDA Approval for Its Alzheimer's Drug - - Barrons.com | Dow Jones Institutional News |
| 11/4/2020 | 1:51 PM | 11/4/2020 | Biogen 's FDA AdCom Documents A Near Best Case -- Market Talk | Dow Jones Institutional News |
| 11/4/2020 | 1:51 PM | 11/4/2020 | Biogen's FDA AdCom Documents A Near Best Case -- Market Talk | Dow Jones Institutional News |
| 11/4/2020 | 1:59 PM | 11/4/2020 | Investors Advised to Avoid Quick Reaction to Election Uncertainty -- Market Talk | Dow Jones Institutional News |

**Notes and Sources:**

News stories were obtained through a search for news stories categorized as relevant to the company "Biogen Inc." by Factiva Dow Jones between July 22, 2020 and November 4, 2020, including news published after market hours on July 21, 2020. The search included news stories published by *Dow Jones Newswires*, excluding "Recurring pricing and market data" and "Obituaries, sports, calendars…."

[1] The Appeal from the United States District Court of the District of Massachusetts reversed "claims predicated upon Sandrock's 'all data' statement" (p. 42) made on July 22, 2020. As such, the Analysis Period is assumed to begin on July 22, 2020. According to the Memorandum & Order dated March 27, 2025, "[t]he earliest point at which the market began to react to corrective information was on November 5," so the Analysis Period is assumed to end on November 4, 2020.

[2] On days when news came out at or after 4:00 PM or when there was news on a non-trading day, the next trading day was considered the effective date.

**Exhibit 2** *(News Stories Obtained via a Text Search)*
**Biogen Inc.**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibits 8a and 8a-percentile**
**Analysis Period: July 22, 2020 to November 4, 2020[1]**

| Date | Time | Effective Date[2] | Headline | News Source |
|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) |
| 7/21/2020 | 4:30 PM | 7/22/2020 | Press Release: Cellectis Appoints Biopharma Veteran Steve Doares, Ph.D., as Senior Vice President of US Manufacturing | Dow Jones Institutional News |
| 7/21/2020 | 6:00 PM | 7/22/2020 | Press Release: Biogen Names Michael McDonnell as Executive Vice President and Chief Financial Officer | Dow Jones Institutional News |
| 7/21/2020 | 6:00 PM | 7/22/2020 | Press Release: Biogen Names Michael McDonnell as Executive Vice President and Chief Financial Officer | Dow Jones Institutional News |
| 7/21/2020 | 6:12 PM | 7/22/2020 | Biogen Names Michael McDonnell As New CFO -- MarketWatch | Dow Jones Institutional News |
| 7/21/2020 | 6:45 PM | 7/22/2020 | Biogen Taps Iqvia Executive as New Finance Chief | Dow Jones Institutional News |
| 7/21/2020 | 8:34 PM | 7/22/2020 | Biogen Taps Iqvia CFO as New Finance Chief -- Update | Dow Jones Institutional News |
| 7/21/2020 | 9:40 PM | 7/22/2020 | Biogen Taps Iqvia CFO as New Finance Chief | Dow Jones Institutional News |
| 7/22/2020 | 7:13 AM | 7/22/2020 | *Biogen 2Q Net $1.54B >BIIB | Dow Jones Institutional News |
| 7/22/2020 | 7:13 AM | 7/22/2020 | *Biogen 2Q EPS $9.59 >BIIB | Dow Jones Institutional News |
| 7/22/2020 | 7:13 AM | 7/22/2020 | Biogen 2Q EPS $9.59 >BIIB | Dow Jones Newswires Chinese (English) |
| 7/22/2020 | 7:13 AM | 7/22/2020 | *Biogen Sees FY EPS $32.00-EPS $34.00 >BIIB | Dow Jones Institutional News |
| 7/22/2020 | 7:13 AM | 7/22/2020 | *Biogen 2Q Rev $3.68B >BIIB | Dow Jones Institutional News |
| 7/22/2020 | 7:13 AM | 7/22/2020 | *Biogen Sees FY Adj EPS $34.00-Adj EPS $36.00 >BIIB | Dow Jones Institutional News |
| 7/22/2020 | 7:13 AM | 7/22/2020 | *Biogen 2Q Adj EPS $10.26 >BIIB | Dow Jones Institutional News |
| 7/22/2020 | 7:16 AM | 7/22/2020 | *Biogen Had Seen 2020 Adjusted EPS $31.50-$33.50 >BIIB | Dow Jones Institutional News |
| 7/22/2020 | 7:30 AM | 7/22/2020 | Biogen's Stock Rises After Big Earnings Beat, Raised Outlook -- MarketWatch | Dow Jones Institutional News |
| 7/22/2020 | 7:35 AM | 7/22/2020 | Biogen Records Better-Than-Expected 2Q Adj Profit, Rev | Dow Jones Institutional News |
| 7/22/2020 | 7:51 AM | 7/22/2020 | Biogen Raises 2020 Profit Forecast | Dow Jones Institutional News |
| 7/22/2020 | 8:12 AM | 7/22/2020 | Biogen's stock rises after big earnings beat, raised outlook | Dow Jones Newswires Chinese (English) |
| 7/22/2020 | 9:02 AM | 7/22/2020 | Biogen Beats Earnings Expectations but Leaves CFO's Departure a Mystery -- Barrons.com | Dow Jones Institutional News |
| 7/22/2020 | 5:29 PM | 7/23/2020 | Biogen Inc. CEO Michel Vounatsos on Q2 2020 Results -- Earnings Call Transcript >BIIB | Dow Jones Institutional News |
| 7/24/2020 | 4:06 PM | 7/27/2020 | Press Release: Biogen to Present Data at Virtual 2020 Alzheimer's Association International Conference Highlighting Comprehensive Approach to Alzheimer's Disease | Dow Jones Institutional News |
| 7/24/2020 | 4:06 PM | 7/27/2020 | Press Release: Biogen to Present Data at Virtual 2020 Alzheimer's Association International Conference Highlighting Comprehensive Approach to Alzheimer's Disease | Dow Jones Institutional News |
| 7/24/2020 | 4:07 PM | 7/27/2020 | *Biogen to Present Data at Virtual 2020 Alzheimer's Assocation Intl Conference | Dow Jones Institutional News |
| 7/27/2020 | 6:40 AM | 7/27/2020 | Biogen Raised to Overweight From Underweight by Morgan Stanley | Dow Jones Newswires Chinese (English) |
| 7/27/2020 | 6:40 AM | 7/27/2020 | Biogen Raised to Overweight From Underweight by Morgan Stanley | Dow Jones Institutional News |
| 7/27/2020 | 6:40 AM | 7/27/2020 | Biogen Price Target Raised to $357.00/Share From $263.00 by Morgan Stanley | Dow Jones Newswires Chinese (English) |
| 7/27/2020 | 10:20 AM | 7/27/2020 | Buy Biogen Stock, Says Morgan Stanley, Because the Time Is Right -- Barrons.com | Dow Jones Institutional News |
| 7/27/2020 | 1:48 PM | 7/27/2020 | Biogen Gains, Hasbro Drops as the Dow Inches Higher -- Barrons.com | Dow Jones Institutional News |
| 7/28/2020 | 3:17 PM | 7/28/2020 | Correction to Biogen Better-Than-Expected 2Q Adj Profit Article on July 22 | Dow Jones Institutional News |
| 8/6/2020 | 8:01 AM | 8/6/2020 | Press Release: Biogen and Denali to Collaborate on LRRK2 Program for Parkinson's Disease and Certain TV Platform-Enabled Progra... | Dow Jones Institutional News |
| 8/6/2020 | 8:02 AM | 8/6/2020 | Press Release: Biogen and Denali to Collaborate on LRRK2 Program for Parkinson's Disease and Certain TV Platform-Enabled Progra... | Dow Jones Institutional News |
| 8/6/2020 | 8:06 AM | 8/6/2020 | Press Release: Denali Therapeutics Announces Decision to Advance DNL151 into Late Stage Clinical Studies in Parkinson's Patients | Dow Jones Institutional News |
| 8/6/2020 | 8:47 AM | 8/6/2020 | Biogen to Buy Stake in Denali for $465M as Part of Agreement to Develop Parkinson's Disease Treatment | Dow Jones Institutional News |
| 8/6/2020 | 9:13 AM | 8/6/2020 | Denali Therapeutics Stock Rockets Into Record Territory After Biogen Investment And Collaboration -- MarketWatch | Dow Jones Institutional News |
| 8/6/2020 | 9:19 AM | 8/6/2020 | Biogen to Buy Stake in Denali for $465M as Part of Agreement to Develop Parkinson' | Dow Jones Newswires Chinese (English) |
| 8/7/2020 | 7:30 AM | 8/7/2020 | Press Release: FDA Accepts Biogen 's Aducanumab Biologics License Application for Alzheimer's Disease with Priority Review | Dow Jones Institutional News |
| 8/7/2020 | 7:30 AM | 8/7/2020 | Press Release: FDA Accepts Biogen 's Aducanumab Biologics License Application for Alzheimer's Disease with Priority Review | Dow Jones Institutional News |
| 8/7/2020 | 7:40 AM | 8/7/2020 | FDA Accepts Biogen's Aducanumab Biologics License Application for Alzheimer's Disease With Priority Review >BIIB | Dow Jones Newswires Chinese (English) |
| 8/7/2020 | 7:41 AM | 8/7/2020 | Biogen: FDA Has Said It Plans to Act Early on Application Under Expedited Review, if Possible>BIIB | Dow Jones Newswires Chinese (English) |
| 8/7/2020 | 7:44 AM | 8/7/2020 | Biogen: If Approved, Aducanumab Would Become 1st Therapy to Reduce Clinical Decline of Alzheimer's Disease | Dow Jones Newswires Chinese (English) |
| 8/7/2020 | 8:55 AM | 8/7/2020 | Biogen's Stock Rallies 11% After FDA Accepts Application For Experimental Alzheimer's Drug -- MarketWatch | Dow Jones Institutional News |
| 8/7/2020 | 9:23 AM | 8/7/2020 | Biogen's stock rallies 11% after FDA accepts application for experimental Alzheime | Dow Jones Newswires Chinese (English) |

**Exhibit 2** *(News Stories Obtained via a Text Search)*
**Biogen Inc.**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibits 8a and 8a-percentile**
**Analysis Period: July 22, 2020 to November 4, 2020[1]**

| Date | Time | Effective Date[2] | Headline | News Source |
|------|------|------|----------|-------------|
| (1) | (2) | (3) | (4) | (5) |
| 8/7/2020 | 9:56 AM | 8/7/2020 | Biogen Stock Is Spiking Because Its Alzheimer's Drug Takes Another Step Toward Approval -- Barrons.com | Dow Jones Institutional News |
| 8/8/2020 | 10:40 AM | 8/10/2020 | FDA Approves Roche's New Spinal Muscular Atrophy Drug -- MarketWatch | Dow Jones Institutional News |
| 8/17/2020 | 7:30 AM | 8/17/2020 | Press Release: Zai Lab Appoints F. Ty Edmondson as Chief Legal Officer | Dow Jones Institutional News |
| 8/19/2020 | 7:39 AM | 8/19/2020 | Mylan Launches First U.S. Generic of Biogen MS Drug Tecfidera >MYL | Dow Jones Institutional News |
| 8/19/2020 | 8:13 AM | 8/19/2020 | Mylan Launches First U.S. Generic of Biogen MS Drug Tecfidera >MYL | Dow Jones Newswires Chinese (English) |
| 8/19/2020 | 10:02 AM | 8/19/2020 | Mylan Takes 'At-Risk' Shot at Generic Tecfidera Profits -- Market Talk | Dow Jones Institutional News |
| 8/19/2020 | 10:02 AM | 8/19/2020 | Mylan Takes 'At-Risk' Shot at Generic Tecfidera Profits -- Market Talk | Dow Jones Institutional News |
| 8/19/2020 | 12:02 PM | 8/19/2020 | Biogen Price Target Cut to $342.00/Share From $350.00 by SVB Leerink | Dow Jones Newswires Chinese (English) |
| 8/19/2020 | 12:02 PM | 8/19/2020 | Biogen Is Maintained at Outperform by SVB Leerink | Dow Jones Newswires Chinese (English) |
| 8/19/2020 | 12:02 PM | 8/19/2020 | Biogen Is Maintained at Outperform by SVB Leerink | Dow Jones Institutional News |
| 8/19/2020 | 12:27 PM | 8/19/2020 | Biogen Alzheimer's Drug Could Soothe Tecfidera Wound -- Market Talk | Dow Jones Institutional News |
| 8/19/2020 | 12:27 PM | 8/19/2020 | Biogen Alzheimer's Drug Could Soothe Tecfidera Wound -- Market Talk | Dow Jones Institutional News |
| 8/19/2020 | 12:44 PM | 8/19/2020 | Biogen Alzheimer's Drug Could Soothe Tecfidera Wound -- Market Talk | Dow Jones Newswires Chinese (English) |
| 8/25/2020 | 7:00 AM | 8/25/2020 | Press Release: Biogen Canada investment in newborn screening study underlines commitment to research in spinal muscular atrophy (SMA) | Dow Jones Institutional News |
| 8/25/2020 | 6:29 PM | 8/26/2020 | Boston Biotech's Meeting Spread Coronavirus as Far as Slovakia and Australia | Dow Jones Institutional News |
| 8/25/2020 | 6:40 PM | 8/26/2020 | Boston Biotech Meeting Spread Coronavirus to Slovakia, Australia | Dow Jones Institutional News |
| 8/25/2020 | 7:00 PM | 8/26/2020 | News Highlights: Top Company News of the Day | Dow Jones Institutional News |
| 8/25/2020 | 9:00 PM | 8/26/2020 | News Highlights: Top Company News of the Day | Dow Jones Institutional News |
| 8/25/2020 | 11:00 PM | 8/26/2020 | News Highlights: Top Company News of the Day | Dow Jones Institutional News |
| 8/26/2020 | 9:30 AM | 8/26/2020 | Biogen Stock Is a Big Risk Worth Taking -- Heard on the Street | Dow Jones Institutional News |
| 8/27/2020 | 2:32 AM | 8/27/2020 | Heard on the Street: Biogen's Shares Are A Big Risk Worth Taking -- WSJ | Dow Jones Institutional News |
| 8/27/2020 | 3:19 AM | 8/27/2020 | Biogen Stock Is a Big Risk Worth Taking -- Heard on the Street | Dow Jones Newswires Chinese (English) |
| 9/3/2020 | 9:23 AM | 9/3/2020 | Press Release: OneUnited Bank , Fintech Pioneer, Announces $10 Million Deposit By Biogen To Support #BankBlack Movement | Dow Jones Institutional News |
| 9/8/2020 | 7:30 AM | 9/8/2020 | *New Biogen Data Presented at ACTRIMS-ECTRIMS Advance Understanding of Clinical and Health Disparities in MS | Dow Jones Institutional News |
| 9/8/2020 | 7:30 AM | 9/8/2020 | Press Release: New Biogen Data Presented at ACTRIMS-ECTRIMS Advance Understanding of Clinical and Health Disparities in MS | Dow Jones Institutional News |
| 9/8/2020 | 7:30 AM | 9/8/2020 | Press Release: New Biogen Data Presented at ACTRIMS-ECTRIMS Advance Understanding of Clinical and Health Disparities in MS | Dow Jones Institutional News |
| 9/8/2020 | 10:13 AM | 9/8/2020 | Alexion Pharma May Be Target For Many Big Drugmakers -- Market Talk | Dow Jones Institutional News |
| 9/8/2020 | 10:13 AM | 9/8/2020 | Alexion Pharma May Be Target For Many Big Drugmakers -- Market Talk | Dow Jones Institutional News |
| 9/11/2020 | 8:01 AM | 9/11/2020 | Press Release: New Data at ACTRIMS-ECTRIMS Meeting Showcase Safety and Efficacy of Biogen 's Industry-Leading MS Portfolio | Dow Jones Institutional News |
| 9/11/2020 | 8:01 AM | 9/11/2020 | Press Release: New Data at ACTRIMS-ECTRIMS Meeting Showcase Safety and Efficacy of Biogen 's Industry-Leading MS Portfolio | Dow Jones Institutional News |
| 9/11/2020 | 8:02 AM | 9/11/2020 | *Biogen: New Data From Ongoing Phase 3 Study Further Define the Effectiveness and Improved GI Tolerability of VUMERITY | Dow Jones Institutional News |
| 9/14/2020 | 7:30 AM | 9/14/2020 | Press Release: Biogen to Invest $250 Million in a 20-year Initiative to Eliminate its Use of Fossil Fuels and Improve Public Health | Dow Jones Institutional News |
| 9/14/2020 | 7:30 AM | 9/14/2020 | Press Release: Biogen to Invest $250 Million in a 20-year Initiative to Eliminate its Use of Fossil Fuels and Improve Public Health | Dow Jones Institutional News |
| 9/14/2020 | 7:32 AM | 9/14/2020 | Biogen to Invest $250M in a 20-Yr Initiative to Eliminate Its Use of Fossil Fuels and Improve Public Health | Dow Jones Newswires Chinese (English) |
| 9/14/2020 | 7:35 AM | 9/14/2020 | Biogen Says Goal to Become Fossil Fuel Free by 2040 >BIIB | Dow Jones Newswires Chinese (English) |
| 9/14/2020 | 7:47 AM | 9/14/2020 | Biogen to Invest $250M in 20-Year Climate-Change Plan | Dow Jones Institutional News |
| 9/14/2020 | 8:53 AM | 9/14/2020 | Biogen to Invest $250M in 20-Year Climate-Change Plan | Dow Jones Newswires Chinese (English) |
| 9/14/2020 | 3:03 PM | 9/14/2020 | Biogen Inc. (BIIB) CEO Michel Vounatsos Presents at Morgan Stanley Global Healthcare Conference (Transcript) >BIIB | Dow Jones Institutional News |
| 9/16/2020 | 7:00 AM | 9/16/2020 | Press Release: Biogen Canada recognized as a Great Place to Work® and one of the 2020 Best Workplaces in Healthcare | Dow Jones Institutional News |
| 9/18/2020 | 12:42 PM | 9/18/2020 | Biogen Is Maintained at Sector Perform by RBC Capital | Dow Jones Institutional News |
| 9/18/2020 | 12:43 PM | 9/18/2020 | Biogen Is Maintained at Sector Perform by RBC Capital | Dow Jones Newswires Chinese (English) |
| 9/18/2020 | 12:43 PM | 9/18/2020 | Biogen Price Target Cut to $277.00/Share From $284.00 by RBC Capital | Dow Jones Newswires Chinese (English) |
| 9/28/2020 | 8:07 AM | 9/28/2020 | Press Release: Cipla receives final approval for generic version of Biogen IDEC Inc .'s Tecfidera(R) (Dimethyl Fumarate DR Capsules 120mg, 2... | Dow Jones Institutional News |
| 9/28/2020 | 12:34 PM | 9/28/2020 | Moody's Affirms Biogen At Baa1; Outlook Revised To Negative | Dow Jones Institutional News |

**Exhibit 2** *(News Stories Obtained via a Text Search)*
**Biogen Inc.**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibits 8a and 8a-percentile**
**Analysis Period: July 22, 2020 to November 4, 2020**[1]

| Date | Time | Effective Date[2] | Headline | News Source |
|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) |
| 9/29/2020 | 12:07 PM | 9/29/2020 | *Merck KGaA Reverses Provision for Lawsuit of EUR365M | Dow Jones Institutional News |
| 9/29/2020 | 2:23 PM | 9/29/2020 | Merck KGaA Reverses EUR365 Mln Provision for U.S. Lawsuit | Dow Jones Newswires Chinese (English) |
| 10/6/2020 | 7:00 AM | 10/6/2020 | Press Release: Samsung Bioepis and Biogen Announce EMA Filing Acceptance of SB11, a Proposed Biosimilar Referencing Lucentis(R) (ranibizumab) | Dow Jones Institutional News |
| 10/6/2020 | 7:00 AM | 10/6/2020 | Press Release: Samsung Bioepis and Biogen Announce EMA Filing Acceptance of SB11, a Proposed Biosimilar Referencing Lucentis(R) (ranibizumab) | Dow Jones Institutional News |
| 10/6/2020 | 8:10 AM | 10/6/2020 | EMA Accepts Biogen, Samsung Bioepis Filing for Lucentis Biosimilar | Dow Jones Institutional News |
| 10/6/2020 | 11:49 AM | 10/6/2020 | Alexion Gains After It Says FY Revenue Outlook May Rise -- Market Talk | Dow Jones Institutional News |
| 10/6/2020 | 12:20 PM | 10/6/2020 | Health Care Roundup: Market Talk | Dow Jones Institutional News |
| 10/7/2020 | 8:30 AM | 10/7/2020 | Press Release: Denali Therapeutics Announces Closing of Collaboration and Share Purchase Agreements with Biogen | Dow Jones Institutional News |
| 10/13/2020 | 8:37 AM | 10/13/2020 | Biogen Is Maintained at Overweight by Morgan Stanley | Dow Jones Institutional News |
| 10/13/2020 | 8:38 AM | 10/13/2020 | Biogen Is Maintained at Overweight by Morgan Stanley | Dow Jones Newswires Chinese (English) |
| 10/13/2020 | 8:38 AM | 10/13/2020 | Biogen Price Target Cut to $355.00/Share From $357.00 by Morgan Stanley | Dow Jones Newswires Chinese (English) |
| 10/15/2020 | 11:13 AM | 10/15/2020 | Biogen Is Maintained at Underperform by B of A Securities | Dow Jones Institutional News |
| 10/15/2020 | 11:14 AM | 10/15/2020 | Biogen Is Maintained at Underperform by B of A Securities | Dow Jones Newswires Chinese (English) |
| 10/15/2020 | 11:14 AM | 10/15/2020 | Biogen Price Target Cut to $235.00/Share From $255.00 by B of A Securities | Dow Jones Newswires Chinese (English) |
| 10/18/2020 | 2:59 PM | 10/19/2020 | Tesla, Netflix, AT&T, Chipotle, IBM, and Other Stocks for Investors to Watch This Week -- Barrons.com | Dow Jones Institutional News |
| 10/19/2020 | 6:13 PM | 10/20/2020 | *Acorda Therapeutics Inc. Says It's Entitled to $15M Milestone Payment from Biogen Based on Ex-US Net Sales of Fampyra Exceeding $100M Over 4 Qtrs>ACOR | Dow Jones Institutional News |
| 10/19/2020 | 8:27 PM | 10/20/2020 | Acorda Therapeutics Up 46% After Hours on Milestone Payment From Biogen | Dow Jones Newswires Chinese (English) |
| 10/20/2020 | 3:51 AM | 10/20/2020 | Biogen Inc, Inst Holders, 3Q 2020 (BIIB) | Dow Jones Institutional News |
| 10/20/2020 | 10:08 AM | 10/20/2020 | Biogen Is Maintained at Neutral by Piper Sandler | Dow Jones Institutional News |
| 10/20/2020 | 10:09 AM | 10/20/2020 | Biogen Price Target Cut to $265.00/Share From $270.00 by Piper Sandler | Dow Jones Newswires Chinese (English) |
| 10/20/2020 | 10:09 AM | 10/20/2020 | Biogen Is Maintained at Neutral by Piper Sandler | Dow Jones Newswires Chinese (English) |
| 10/20/2020 | 11:39 AM | 10/20/2020 | Press Release: Abarca Details First Value-Based Agreement For Medicaid Members Prescribed Biogen Products | Dow Jones Institutional News |
| 10/20/2020 | 5:09 PM | 10/21/2020 | A Crucial FDA Hearing Looms for Biogen Alzheimer's Drug. Here's What's at Stake. -- Barrons.com | Dow Jones Institutional News |
| 10/21/2020 | 7:22 AM | 10/21/2020 | *Biogen 3Q Adj EPS $8.84 >BIIB | Dow Jones Institutional News |
| 10/21/2020 | 7:22 AM | 10/21/2020 | *Biogen 3Q Rev $3.38B >BIIB | Dow Jones Institutional News |
| 10/21/2020 | 7:22 AM | 10/21/2020 | *Biogen 3Q EPS $4.46 >BIIB | Dow Jones Institutional News |
| 10/21/2020 | 7:22 AM | 10/21/2020 | *Biogen 3Q Net $702M >BIIB | Dow Jones Institutional News |
| 10/21/2020 | 7:22 AM | 10/21/2020 | Biogen 3Q EPS $4.46 >BIIB | Dow Jones Newswires Chinese (English) |
| 10/21/2020 | 7:25 AM | 10/21/2020 | *Biogen Sees FY Rev $13.2B-$13.4B >BIIB | Dow Jones Institutional News |
| 10/21/2020 | 7:26 AM | 10/21/2020 | Biogen Sees FY Rev $13.2B-$13.4B >BIIB | Dow Jones Newswires Chinese (English) |
| 10/21/2020 | 7:27 AM | 10/21/2020 | Biogen Sees FY EPS $25.50-EPS $26.50 >BIIB | Dow Jones Newswires Chinese (English) |
| 10/21/2020 | 7:27 AM | 10/21/2020 | Biogen Sees FY Adj EPS $32.50-Adj EPS $33.50 >BIIB | Dow Jones Newswires Chinese (English) |
| 10/21/2020 | 7:50 AM | 10/21/2020 | Biogen Posts Lower 4Q Profit as Pharmaceutical Rev Declines | Dow Jones Institutional News |
| 10/21/2020 | 7:55 AM | 10/21/2020 | Biogen's Earnings Tumble 55% In The Third Quarter Of 2020 -- MarketWatch | Dow Jones Institutional News |
| 10/21/2020 | 8:02 AM | 10/21/2020 | Biogen Cuts Guidance Amid Competition From Generics | Dow Jones Institutional News |
| 10/21/2020 | 8:40 AM | 10/21/2020 | Biogen Cuts Guidance Amid Competition From Generics | Dow Jones Newswires Chinese (English) |
| 10/21/2020 | 8:46 AM | 10/21/2020 | Biogen Results Bring Negative News on Competition, Trial Failure -- Market Talk | Dow Jones Institutional News |
| 10/21/2020 | 8:46 AM | 10/21/2020 | Biogen Results Bring Negative News on Competition, Trial Failure -- Market Talk | Dow Jones Institutional News |
| 10/21/2020 | 8:50 AM | 10/21/2020 | Biogen Lowers Outlook As It Faces Bite of Generics -- Market Talk | Dow Jones Institutional News |
| 10/21/2020 | 8:53 AM | 10/21/2020 | Biogen Posts Lower 4Q Profit as Pharmaceutical Rev Declines | Dow Jones Newswires Chinese (English) |
| 10/21/2020 | 2:14 PM | 10/21/2020 | Update: Biogen's Earnings Tumble 55% In The Third Quarter Of 2020 -- MarketWatch | Dow Jones Institutional News |
| 10/21/2020 | 2:56 PM | 10/21/2020 | Biogen Inc. CEO Michel Vounatsos on Q3 2020 Results -- Earnings Call Transcript >BIIB | Dow Jones Institutional News |
| 10/22/2020 | 8:06 AM | 10/22/2020 | Biogen Is Maintained at Overweight by Morgan Stanley | Dow Jones Institutional News |
| 10/22/2020 | 8:07 AM | 10/22/2020 | Biogen Is Maintained at Overweight by Morgan Stanley | Dow Jones Newswires Chinese (English) |
| 10/22/2020 | 8:07 AM | 10/22/2020 | Biogen Price Target Raised to $357.00/Share From $355.00 by Morgan Stanley | Dow Jones Newswires Chinese (English) |
| 10/22/2020 | 8:44 AM | 10/22/2020 | Biogen Is Maintained at Neutral by Wedbush | Dow Jones Institutional News |
| 10/22/2020 | 8:44 AM | 10/22/2020 | Biogen Is Maintained at Neutral by Wedbush | Dow Jones Newswires Chinese (English) |
| 10/22/2020 | 8:44 AM | 10/22/2020 | Biogen Price Target Cut to $244.00/Share From $281.00 by Wedbush | Dow Jones Newswires Chinese (English) |
| 10/22/2020 | 9:05 AM | 10/22/2020 | Biogen Is Maintained at Outperform by Credit Suisse | Dow Jones Institutional News |

**Exhibit 2** *(News Stories Obtained via a Text Search)*
**Biogen Inc.**
**Materials Considered**
**List of Stories from Factiva Dow Jones used in Exhibits 8a and 8a-percentile**
**Analysis Period: July 22, 2020 to November 4, 2020[1]**

| Date | Time | Effective Date[2] | Headline | News Source |
|------|------|-------------------|----------|-------------|
| (1) | (2) | (3) | (4) | (5) |
| 10/22/2020 | 9:05 AM | 10/22/2020 | Biogen Price Target Cut to $350.00/Share From $359.00 by Credit Suisse | Dow Jones Newswires Chinese (English) |
| 10/22/2020 | 9:05 AM | 10/22/2020 | Biogen Is Maintained at Outperform by Credit Suisse | Dow Jones Newswires Chinese (English) |
| 10/23/2020 | 10:19 AM | 10/23/2020 | *S&PGR Places Biogen Inc. Rating On CreditWatch Negative | Dow Jones Institutional News |
| 10/23/2020 | 10:22 AM | 10/23/2020 | *S&P Puts Biogen Inc. On Watch Neg | Dow Jones Institutional News |
| 10/27/2020 | 7:28 AM | 10/27/2020 | Biogen Is Maintained at Neutral by Mizuho | Dow Jones Institutional News |
| 10/27/2020 | 7:28 AM | 10/27/2020 | Biogen Price Target Cut to $282.00/Share From $316.00 by Mizuho | Dow Jones Newswires Chinese (English) |
| 10/27/2020 | 7:28 AM | 10/27/2020 | Biogen Is Maintained at Neutral by Mizuho | Dow Jones Newswires Chinese (English) |
| 10/28/2020 | 8:50 AM | 10/28/2020 | Biogen Price Target Announced at $268.00/Share by UBS | Dow Jones Newswires Chinese (English) |
| 10/28/2020 | 8:50 AM | 10/28/2020 | Biogen Initiated at Neutral by UBS | Dow Jones Institutional News |
| 10/28/2020 | 8:50 AM | 10/28/2020 | Biogen Initiated at Neutral by UBS | Dow Jones Newswires Chinese (English) |
| 10/28/2020 | 5:32 PM | 10/29/2020 | Biogen Bet on Alzheimer's Drug Faces Poor Odds, Says UBS -- Barrons.com | Dow Jones Institutional News |
| 10/30/2020 | 7:00 AM | 10/30/2020 | Press Release: European Medicines Agency Accepts Biogen 's Aducanumab Marketing Authorization Application for Alzheimer's Disease | Dow Jones Institutional News |
| 10/30/2020 | 7:00 AM | 10/30/2020 | Press Release: European Medicines Agency Accepts Biogen 's Aducanumab Marketing Authorization Application for Alzheimer's Disease | Dow Jones Institutional News |
| 10/30/2020 | 7:46 AM | 10/30/2020 | Biogen, Eisai: EMA to Review Alzheimer's Drug Aducanumab | Dow Jones Institutional News |
| 10/30/2020 | 8:45 AM | 10/30/2020 | Biogen, Eisai: EMA to Review Alzheimer's Drug Aducanumab | Dow Jones Newswires Chinese (English) |
| 11/3/2020 | 7:30 AM | 11/3/2020 | Press Release: Biogen to Present Positive Phase 2 Systemic Lupus Erythematosus Data at American College of Rheumatology 2020 Meeting | Dow Jones Institutional News |
| 11/3/2020 | 7:31 AM | 11/3/2020 | Press Release: Biogen to Present Positive Phase 2 Systemic Lupus Erythematosus Data at American College of Rheumatology 2020 Meeting | Dow Jones Institutional News |
| 11/3/2020 | 7:41 AM | 11/3/2020 | IBio Names Maddux as Operating Chief | Dow Jones Institutional News |
| 11/4/2020 | 10:11 AM | 11/4/2020 | *Biogen Inc. (BIIB) Paused due to volatility | Dow Jones Institutional News |
| 11/4/2020 | 10:21 AM | 11/4/2020 | *Biogen Inc. (BIIB) Resumed Trading | Dow Jones Institutional News |
| 11/4/2020 | 10:58 AM | 11/4/2020 | Biogen Up 31%, On Pace for Record Percent Increase -- Data Talk | Dow Jones Institutional News |
| 11/4/2020 | 11:31 AM | 11/4/2020 | Biogen Shares Surge After Positive FDA Staff Comments on Alzheimer's Drug >BIIB | Dow Jones Institutional News |
| 11/4/2020 | 11:35 AM | 11/4/2020 | Biogen's Stock Soars 42% In Advance Of FDA Meeting On Its Alzheimer's Disease Therapy Candidate -- MarketWatch | Dow Jones Institutional News |
| 11/4/2020 | 11:47 AM | 11/4/2020 | Biogen Shares Surge After Positive FDA Staff Comments on Alzheimer's Drug >BIIB | Dow Jones Newswires Chinese (English) |
| 11/4/2020 | 1:14 PM | 11/4/2020 | Biogen, at a Crossroads, Surges on Promising Alzheimer's Drug Assessment | Dow Jones Institutional News |
| 11/4/2020 | 1:20 PM | 11/4/2020 | Biogen Surges on Promising Alzheimer's Drug Assessment | Dow Jones Institutional News |
| 11/4/2020 | 1:35 PM | 11/4/2020 | Biogen Stock Leaps as Signs Point to FDA Approval for Its Alzheimer's Drug -- Barrons.com | Dow Jones Institutional News |
| 11/4/2020 | 1:51 PM | 11/4/2020 | Biogen 's FDA AdCom Documents A Near Best Case -- Market Talk | Dow Jones Institutional News |
| 11/4/2020 | 1:51 PM | 11/4/2020 | Biogen's FDA AdCom Documents A Near Best Case -- Market Talk | Dow Jones Institutional News |

**Notes and Sources:**

News stories were obtained through a text search for "Biogen" in the headline or lead paragraph of articles published by *Dow Jones Newswires* between July 22, 2020 and November 4, 2020, including news published after market hours on July 21, 2020. The search excluded news stories on "Recurring pricing and market data" and "Obituaries, sports, calendars…."

[1] The Appeal from the United States District Court of the District of Massachusetts reversed "claims predicated upon Sandrock's 'all data' statement" (p. 42) made on July 22, 2020. As such, the Analysis Period is assumed to begin on July 22, 2020. According to the Memorandum & Order dated March 27, 2025, "[t]he earliest point at which the market began to react to corrective information was on November 5," so the Analysis Period is assumed to end on November 4, 2020.

[2] On days when news came out at or after 4:00 PM or when there was news on a non-trading day, the next trading day was considered the effective date.

**Exhibit 2** *(Analyst Reports)*
**Biogen Inc.**
**Materials Considered**
**List of Analyst Reports used in Exhibit 14a**

| Report Date | Analyst | Report Title |
|---|---|---|
| (1) | (2) | (3) |
| 11/2/2020 | Wedbush | Ahead Of The AdCom: Does The Aducanumab Panel Really Matter? |
| 11/3/2020 | Credit Suisse | Analysis ahead of the Aducanumab AdCom: Vote likely to be tough, but FDA does not have to side with panel in final decision |
| 11/3/2020 | H.C. Wainwright | Thoughts Heading Into an AdCom |
| 11/3/2020 | Wells Fargo | BIIB: Considering Aducanumab Risk-Reward Ahead of FDA Briefing Docs |
| 11/3/2020 | Wolfe Research | On adu, FDA likely goes slow (regardless of AdCom) |
| 11/4/2020 | Barclays | BIIB Adu Briefing Documents Highlight Supportive FDA Stance |
| 11/4/2020 | BTIG | Positive Aducanumab Briefing Documents Suggest Favorable Adcom on 11/6/20 |
| 11/4/2020 | Cantor Fitzgerald | Aducanumab briefing docs look very supportive to core BIIB arguments |
| 11/4/2020 | Raymond James | Briefing Documents: "Do Stats Matter?" |
| 11/4/2020 | Cowen and Company | Briefing Documents Suggest Adu Has Good Chance, Though Not Without Controversy |
| 11/4/2020 | Credit Suisse | First Take on the Aducanumab Briefing Documents: FDA Poised to Approve, but Stat Analysis Presents A More Challenging Picture |
| 11/4/2020 | Evercore | FDA politics at full display in alzh AdCom documents |
| 11/4/2020 | Guggenheim | BIIB - Adu Briefings Docs Are Out, Draft Questions Sets Up For A Positive Vote; Approval More Likely Than Not |
| 11/4/2020 | H.C. Wainwright | Positive Brief Considerations on AdCom Briefing Documents Release, Ahead of Friday |
| 11/4/2020 | Jefferies | Upgrade to Buy - Hot Debate but FDA Clearly Reads Positive on Efficacy, Safety |
| 11/4/2020 | J.P. Morgan | To Be Brief... the FDA Wants to Approve Adu |
| 11/4/2020 | Morgan Stanley | Briefing Documents Supportive Of Aducanumab Approval |
| 11/4/2020 | Morningstar | Biogen's Alzheimer's Drug Aducanumab Sees Early FDA Support; Maintaining FVE Ahead of Friday Meeting |
| 11/4/2020 | RBC Capital Markets | BIIB: FDA Drinks the Adu Kool-Aid, Showing Surprising Openness to Approval Despite Mixed Data; Friday's AdComm Still Key |
| 11/4/2020 | SVB Leerink | Best Case Scenario in Briefing Docs; Adu AdCom Appears De-Risked; PT to $402 |
| 11/4/2020 | Truist | Key takeaways from AdComm FDA briefing docs |
| 11/4/2020 | Truist | Quick thoughts on Aducanumab roster |
| 11/4/2020 | UBS | First pass of briefing docs suggest FDA has constructive view – this changes everything |
| 11/4/2020 | Wells Fargo | BIIB: Increasing Target and Scenario Analysis Into AdCom |
| 11/4/2020 | Wells Fargo | BIIB: Upgrading on Positive Risk-Reward Into Aducanumab Panel |
| 11/4/2020 | William Blair | Not What the Polls Predicted; FDA Appears Willing to Look Past ENGAGE and Focus on EMERGE; Statistical Analysis Less Rosy |
| 11/4/2020 | Wolfe Research | FDA leans favorably on adu; ROG & LLY will start to come into play |
| 11/5/2020 | Raymond James | A House Divided: Deeper Look Into Split FDA Take on Aducanumab |
| 11/5/2020 | J.P. Morgan | A Closer Look at the Adu Briefing Docs and The Tale of Two FDAs |
| 11/5/2020 | J.P. Morgan | Docs on Docs: Early Polling Results Are In...And It's in Favor of Adu |
| 11/5/2020 | RBC Capital Markets | BIIB at the Helm, as FDA Shows Aduhelm Support; Dissenters to Be Held at Bay? |
| 11/5/2020 | UBS | BIIB Aducanumab Expert Call Takeaways |
| 11/6/2020 | Barclays | Negative Adu AdCom Resets Debate...Again |
| 11/6/2020 | Cantor Fitzgerald | 2020 Strikes again - Aducanumab Panel very skeptical of FDA assessment; What to do with stock from here |
| 11/6/2020 | Raymond James | Dunn and Done |
| 11/6/2020 | Credit Suisse | Adu AdCom: Summary of the First-Half |
| 11/6/2020 | Credit Suisse | Final Vote and Highlights from the Adu AdCom Discussion |
| 11/6/2020 | Jefferies | Half-Time: FDA Reiterates (+) Views and was Clearly Collaborative with BIIB... |
| 11/6/2020 | Jefferies | Tough Vote, but FDA Still Defended; We Still Think Can Get Approval |
| 11/6/2020 | J.P. Morgan | Midday "AduCom" Update... Let's Get It Dunn! |
| 11/6/2020 | Morgan Stanley | The FDA Conundrum |
| 11/6/2020 | RBC Capital Markets | BIIB: Adu AdComm Halftime Report: Skeptical Panelists Call for Rigor, but in Face of Permissive FDA, Still Not Clear How Much It Will Ultimately Matter |
| 11/6/2020 | RBC Capital Markets | Yer Adu There! Panel Pans Aducanumab, Undercutting FDA's Bullishness; Price Target To $244 From $263 |
| 11/6/2020 | SVB Leerink | Alzheimer's KOL Investor Call Supports Positive View of Aducanumab |

**Exhibit 2** *(Analyst Reports)*
**Biogen Inc.**
**Materials Considered**
**List of Analyst Reports used in Exhibit 14a**

| Report Date | Analyst | Report Title |
|---|---|---|
| (1) | (2) | (3) |
| 11/6/2020 | Truist | BIIB AdComm Panel Tidbits - BIIB Presentation |
| 11/6/2020 | Truist | BIIB AdComm Panel Votes No; What will FDA do? |
| 11/6/2020 | Truist | BIIB AdComm Tidbits - Clarification questions from panel and FDA commentary |
| 11/6/2020 | Truist | BIIB AdComm Tidbits - FDA flexibility in evidence of effectiveness |
| 11/6/2020 | Truist | Reminder of our BIIB sensitivities |
| 11/6/2020 | Wolfe Research | BIIB: A clever ploy by FDA to make panelists take the heat?! |
| 11/7/2020 | Canaccord Genuity | AdCom seems to think on adu, there's statistics, BIIB, and FDA...but saga not over; maintain BUY, $393 PT |
| 11/7/2020 | J.P. Morgan | Biogen Panel Votes No on FDA...and Aducanumab Too |
| 11/8/2020 | BTIG | Cast from That '70s Show Takes Over Aducanumab AdCom. BIIB and FDA Spanked with Slide Rule. Approval Still Possible. |
| 11/8/2020 | Guggenheim | BIIB - AdCom Vote Is Negative, Not the Panel BIIB Wanted...Complicates the Situation for the FDA |
| 11/8/2020 | Jefferies | A Difficult Road... We Weigh Scenarios and Reasons and Look at Some Past Adcoms |
| 11/8/2020 | Piper Sandler | AdCom Does The Right Thing, Will FDA? |
| 11/8/2020 | SVB Leerink | AdCom Wont Rubber Stamp FDAs Positive View; Sticking With FDA; PT to $382 |
| 11/8/2020 | Wedbush | We Repeat, Does The Aducanumab AdCom Really Matter [Hint: No, Don't Think So] |
| 11/8/2020 | Wells Fargo | BIIB: Target Reduction, Considering Case for Aducanumab After AdCom |
| 11/9/2020 | BMO Capital Markets | A-mab BLA Hits a Wall |
| 11/9/2020 | H.C. Wainwright | Aducanumab AdCom-The Road Ahead; PT to $289 |
| 11/9/2020 | Jefferies | KOL Chat on What Happened at Panel; Approval Possible + Comments on Other Drugs |
| 11/9/2020 | Jefferies | Post-Adcom Call: Alzheimer's KOL to Discuss Aducanumab Outlook & What's Next |
| 11/9/2020 | Oppenheimer | Damaged But Not Broken |
| 11/9/2020 | William Blair | Advisory Committee Panel Pushes Back Hard on FDA Analysis of Aducanumab Trials |
| 11/10/2020 | Cowen and Company | Downgrade: AdCom Votes Make Aducanumab's Approval Unlikely, P.T. to $215 |
| 11/10/2020 | UBS | Aducanumab Expert Call #2 - FDA Experts see CRL as most likely outcome |
| 11/11/2020 | Credit Suisse | Follow Up Call with KOL post Aducanumab AdCom meeting; cautiously optimistic about path to approval |

**Notes and Sources:**
Analyst reports obtained from Counsel.

**Exhibit 2** *(News Stories Obtained via a Company Search)*
**Biogen Inc.**
**Materials Considered**
**List of Stories from "All Sources" used in Exhibits 14b and 14c**
**Analysis Period: November 2, 2020 to November 11, 2020[1]**

| Date | Time | Effective Date[2] | Headline | News Source |
|------|------|------------------|----------|-------------|
| (1) | (2) | (3) | (4) | (5) |
| 11/2/2020 | 12:45 PM | 11/2/2020 | FILE PHOTO: A sign marks a Biogen facility in Cambridge | Reuters News & Media Pictures |
| 11/2/2020 | 1:11 PM | 11/2/2020 | FDA bars critic from review panel of Biogen's controversial Alzheimer's drug | Reuters News |
| 11/2/2020 | 1:13 PM | 11/2/2020 | FDA bars critic from review panel of Biogen's controversial Alzheimer's drug | Reuters News |
| 11/2/2020 | 5:43 PM | 11/3/2020 | FILE PHOTO: A sign marks a Biogen facility in Cambridge | Reuters News & Media Pictures |
| 11/2/2020 | | | Biogen and Eisai's filing for Alzheimer's disease accepted for review in | R&D Focus Drug News |
| 11/2/2020 | | | Biogen Inc. Researchers Submit Patent Application, "Process For Preparing Spiro Derivatives," for Approval (USPTO 20200325144) | Biotech Business Week |
| 11/2/2020 | | | Consensus Light; Biogen | Spafid Connect - Message - Consensus Light |
| 11/2/2020 | | | European Medicines Agency Accepts Biogen's Aducanumab Marketing Authorization Application for Alzheimer's Disease | ENP Newswire |
| 11/2/2020 | | | Industry Brief - Biogen And Eisai's MAA For BIIB037 Accepted For EMA Review To Treat AD | BMI Industry Insights Reports |
| 11/3/2020 | 6:00 AM | 11/3/2020 | PREVIEW - U.S. experts to review Biogen drug that could be first new Alzheimer's treatment in decades | Reuters News |
| 11/3/2020 | 6:20 AM | 11/3/2020 | U.S. experts to review Biogen drug that could be first new Alzheimer's treatment in decades | Reuters News |
| 11/3/2020 | 7:30 AM | 11/3/2020 | Biogen to Present Positive Phase 2 Systemic Lupus Erythematosus Data at American College of Rheumatology 2020 Meeting | The Canadian Press |
| 11/3/2020 | 7:30 AM | 11/3/2020 | Biogen to Present Positive Phase 2 Systemic Lupus Erythematosus Data at American College of Rheumatology 2020 Meeting | GlobeNewswire |
| 11/3/2020 | 7:30 AM | 11/3/2020 | Biogen to Present Positive Phase 2 Systemic Lupus Erythematosus Data at American College of Rheumatology 2020 Meeting | Nasdaq / GlobeNewswire |
| 11/3/2020 | 7:30 AM | 11/3/2020 | Press Release: Biogen to Present Positive Phase 2 Systemic Lupus Erythematosus Data at American College of Rheumatology 2020 Meeting | Dow Jones Institutional News |
| 11/3/2020 | 7:31 AM | 11/3/2020 | BRIEF - Biogen To Present Positive Phase 2 Systemic Lupus Erythematosus Data | Reuters News |
| 11/3/2020 | 7:31 AM | 11/3/2020 | Press Release: Biogen to Present Positive Phase 2 Systemic Lupus Erythematosus Data at American College of Rheumatology 2020 Meeting | Dow Jones Institutional News |
| 11/3/2020 | 7:40 AM | 11/3/2020 | BRIEF - Biogen To Present Positive Phase 2 Systemic Lupus Erythematosus Data At American College Of Rheumatology 2020 Meeting | Reuters News |
| 11/3/2020 | 7:41 AM | 11/3/2020 | IBio Names Maddux as Operating Chief | Dow Jones Institutional News |
| 11/3/2020 | 8:30 AM | 11/3/2020 | GNW: Biogen to Present Positive Phase 2 Systemic Lupus Erythematosus Data at | AWP Original Press Releases |
| 11/3/2020 | 3:11 PM | 11/3/2020 | What Biogen Investors Should Know Ahead Of Adcom Meeting On Alzheimer's Candidate | Benzinga.com |
| 11/3/2020 | 4:00 PM | 11/4/2020 | Acorda Reports Third Quarter 2020 Financial Results | Business Wire |
| 11/3/2020 | | | Biogen to Webcast Prerecorded Presentation on Aducanumab Embark Study Design and Live Q&A from CTA on November 4, 2020 | Contify Life Science News |
| 11/3/2020 | | | FDA's expert panel set to convene a high-stakes meeting on Biogen's Alzheimer's treatment | STAT |
| 11/4/2020 | 7:58 AM | 11/4/2020 | Biogen drug reduces number of swollen joints in lupus trial | SeeNews Pharmaceuticals |
| 11/4/2020 | 10:11 AM | 11/4/2020 | * Biogen Inc. (BIIB) Paused due to volatility | Dow Jones Institutional News |
| 11/4/2020 | 10:20 AM | 11/4/2020 | U.S. FDA staff say effectiveness data to support approval of Biogen Alzheimer's drug | Reuters News |
| 11/4/2020 | 10:21 AM | 11/4/2020 | * Biogen Inc. (BIIB) Resumed Trading | Dow Jones Institutional News |
| 11/4/2020 | 10:48 AM | 11/4/2020 | BUZZ - U.S. STOCKS ON THE MOVE - Big tech, solar energy, health insurers, CoreCivic | Reuters News |
| 11/4/2020 | 10:49 AM | 11/4/2020 | Perrigo Shares Slip After Company Loses Round in Ireland Tax Battle > PRGO | Dow Jones Newswires (Chinese/English) |
| 11/4/2020 | 10:58 AM | 11/4/2020 | Biogen Up 31%, On Pace for Record Percent Increase -- Data Talk | Dow Jones Institutional News |
| 11/4/2020 | 11:31 AM | 11/4/2020 | Biogen Shares Surge After Positive FDA Staff Comments on Alzheimer's Drug > BIIB | Dow Jones Institutional News |
| 11/4/2020 | 11:35 AM | 11/4/2020 | Biogen's Stock Soars 42% In Advance Of FDA Meeting On Its Alzheimer's Disease Therapy Candidate -- Market Watch | Dow Jones Institutional News |
| 11/4/2020 | 11:46 AM | 11/4/2020 | Biogen shares leap after 'substantial evidence' Alzheimer's drug is | Financial Times (FT.com) |
| 11/4/2020 | 11:47 AM | 11/4/2020 | Biogen Shares Surge After Positive FDA Staff Comments on Alzheimer's Drug > BIIB | Dow Jones Newswires (Chinese/English) |
| 11/4/2020 | 11:48 AM | 11/4/2020 | Biogen Surges On Favorable FDA Briefing Doc For Alzheimer's | Benzinga.com |
| 11/4/2020 | 11:52 AM | 11/4/2020 | BRIEF - FDA Staff Says Biogen Has Provided Substantial Evidence Of Effectiveness On Alzheimer's Drug | Reuters News |
| 11/4/2020 | 12:08 PM | 11/4/2020 | BUZZ - U.S. STOCKS ON THE MOVE - U.S. PE firms, defense stocks, Biogen, solar energy cos | Reuters News |
| 11/4/2020 | 12:24 PM | 11/4/2020 | FILE PHOTO: A sign marks a Biogen facility in Cambridge | Reuters News & Media Pictures |
| 11/4/2020 | 12:25 PM | 11/4/2020 | Biogen soars 47% after FDA scientists say its Alzheimer's drug's efficacy is 'exceptionally persuasive' (BIIB) | Business Insider |
| 11/4/2020 | 1:14 PM | 11/4/2020 | Biogen, at a Crossroads, Surges on Promising Alzheimer's Drug | Dow Jones Institutional News |

**Exhibit 2** *(News Stories Obtained via a Company Search)*
**Biogen Inc.**
**Materials Considered**
**List of Stories from "All Sources" used in Exhibits 14b and 14c**
**Analysis Period: November 2, 2020 to November 11, 2020[1]**

| Date | Time | Effective Date[2] | Headline | News Source |
|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) |
| 11/4/2020 | 1:14 PM | 11/4/2020 | Biogen, at a Crossroads, Surges on Promising Alzheimer's Drug Assessment; Shares rose 40% after Wall Street learned FDA staff gave positive review of company's experimental medicine now up for approval | The Wall Street Journal Online |
| 11/4/2020 | 1:20 PM | 11/4/2020 | Biogen Surges on Promising Alzheimer's Drug Assessment | Dow Jones Institutional News |
| 11/4/2020 | 1:21 PM | 11/4/2020 | BUZZ - U.S. STOCKS ON THE MOVE - U.S. defense stocks, Uber, health insurers, big pharma | Reuters News |
| 11/4/2020 | 1:25 PM | 11/4/2020 | 40 Stocks Moving In Wednesday's Mid-Day Session | Benzinga.com |
| 11/4/2020 | 1:27 PM | 11/4/2020 | UPDATE 3 - Biogen Alzheimer's drug closer to approval with U.S. FDA staff backing, shares jump 40% | Reuters News |
| 11/4/2020 | 1:28 PM | 11/4/2020 | Biogen Alzheimer's drug closer to approval with U.S. FDA staff backing, shares jump 40% | Reuters News |
| 11/4/2020 | 1:35 PM | 11/4/2020 | Biogen Stock Leaps as Signs Point to FDA Approval for Its Alzheimer's Drug | Barron's Online |
| 11/4/2020 | 1:35 PM | 11/4/2020 | Biogen Stock Leaps as Signs Point to FDA Approval for Its Alzheimer's Drug -- Barrons.com | Dow Jones Institutional News |
| 11/4/2020 | 1:51 PM | 11/4/2020 | Biogen's FDA Ad Com Documents A Near Best Case -- Market Talk | Dow Jones Institutional News |
| 11/4/2020 | 1:51 PM | 11/4/2020 | Biogen's FDA Ad Com Documents A Near Best Case -- Market Talk | Dow Jones Institutional News |
| 11/4/2020 | 1:59 PM | 11/4/2020 | Investors Advised to Avoid Quick Reaction to Election Uncertainty -- Market Talk | Dow Jones Institutional News |
| 11/4/2020 | 3:36 PM | 11/4/2020 | FDA set to approve a new Alzheimer's drug - a first in nearly 20 years - by March after Biogen showed its treatment may slow the progress of the memory disease | Mail Online |
| 11/4/2020 | 3:57 PM | 11/4/2020 | Reuters Health News Summary | Reuters News |
| 11/4/2020 | 5:44 PM | 11/5/2020 | Net profit (RAS) of AL' BIOGEN, OOO increased by 20.76% to 71.81 million RUB over 2018. | INFO-RL: Russian Companies Disclosure in Brief |
| 11/4/2020 | | | Agentur für Unternehmensnachrichten GmbH, mutual fund holdings - Biogen Inc. | AfU Company Information: Mutual Fund Holdings - USA Blue Chips |
| 11/4/2020 | | | Alzheimer's drug approaches FDA-backed approval | CE Noticias Financieras |
| 11/4/2020 | | | Biogen gains $20 B in value on new hope for Alzheimer's drug | Triangle Business Journal |
| 11/4/2020 | | | Biogen gains $20 B in value on new hope for Alzheimer's drug | Boston Business Journal Online |
| 11/4/2020 | | | Biogen Inc. Aducanumab EMBARK study design and Q&A at CTAD 2020 - Final | CQFD Disclosure |
| 11/4/2020 | | | Biogen promotes training days in multiple sclerosis and maternity for specialist physicians | CE Noticias Financieras |
| 11/4/2020 | | | Biogen Rockets Higher As FDA Panel Mulls Alzheimer's Drug | Investor's Business Daily |
| 11/4/2020 | | | Biogen Surges As FDA Panel Mulls Controversial Alzheimer's Drug | Investor's Business Daily |
| 11/4/2020 | | | Biogen Surges As FDA Panel Mulls Controversial Alzheimer's Drug | Investor's Business Daily |
| 11/4/2020 | | | Biogen to Present Positive Phase 2 Systemic Lupus Erythematosus Data at American College of Rheumatology 2020 Meeting | ENP Newswire |
| 11/4/2020 | | | Biogen to Webcast Prerecorded Presentation on Aducanumab Embark Study Design and Live Q&A from CTA on November 4, 2020 | ENP Newswire |
| 11/4/2020 | | | Biogen's Alzheimer's Drug Loses a Vocal Critic on FDA Advisory Committee | Drug Industry Daily |
| 11/4/2020 | | | FDA likely to approve Biogen's Aducanumab after its review. | Company Reports |
| 11/4/2020 | | | FDA praise for Biogen's Alzheimer's drug sends its stock soaring by nearly 44 percent | The Boston Globe |
| 11/4/2020 | | | FDA scientists appear to offer major endorsement of Biogen's controversial Alzheimer's treatment | STAT |
| 11/4/2020 | | | Is Biogen Stock A Buy As FDA Panel Considers Key Alzheimer's Drug? | Investor's Business Daily |
| 11/4/2020 | | | What to look for review of Biogen's Alzheimer's drug | The Boston Globe |
| 11/5/2020 | 2:32 AM | 11/5/2020 | Biogen's Dementia Drug Gets FDA Lift -- WSJ | Dow Jones Institutional News |
| 11/5/2020 | 4:20 AM | 11/5/2020 | Biogen Is Maintained at Outperform by SVB Leerink | Dow Jones Institutional News |
| 11/5/2020 | 4:53 AM | 11/5/2020 | Biogen shares surge on approval prospects for Alzheimer's drug | SeeNews Pharmaceuticals |
| 11/5/2020 | 7:15 AM | 11/5/2020 | Biogen Is Maintained at Market Perform by BMO Capital | Dow Jones Institutional News |
| 11/5/2020 | 7:24 AM | 11/5/2020 | Biogen Raised to Neutral From Underperform by BofA Securities | Dow Jones Institutional News |
| 11/5/2020 | 8:30 AM | 11/5/2020 | Thinking about buying stock in Aurora Cannabis, Qualcomm, Biogen, Kandi Technologies, or General Motors? | PR Newswire |
| 11/5/2020 | 9:07 AM | 11/5/2020 | Return On Capital Employed Overview: Biogen | Benzinga.com |
| 11/5/2020 | 10:33 AM | 11/5/2020 | Biogen (-/A-/-) bonds are surging on positive news | Fixed Income Market: News and Comments |
| 11/5/2020 | 10:55 AM | 11/5/2020 | GLOBAL BROKER RATINGS SUMMARY: DZ Bank Says Buy Nintendo And PayPal | Alliance News Global 500 Corporate |
| 11/5/2020 | 11:13 AM | 11/5/2020 | BUZZ - U.S. STOCKS ON THE MOVE - Qualcomm, Merck, cannabis cos, Electronic Arts | Reuters News |
| 11/5/2020 | 2:00 PM | 11/5/2020 | Biogen Analysts Brace For Favorable Aducanumab Adcom Verdict | Benzinga.com |
| 11/5/2020 | 2:35 PM | 11/5/2020 | BREAKING VIEWS - Biogen gets $17 bln jolt of Alzheimer's hope | Reuters News |
| 11/5/2020 | 4:01 PM | 11/9/2020 | Denali Therapeutics Reports Third Quarter 2020 Financial Results and Business Highlights | GlobeNewswire |
| 11/5/2020 | 4:01 PM | 11/9/2020 | Press Release: Denali Therapeutics Reports Third Quarter 2020 Financial Results and Business Highlights | Dow Jones Institutional News |
| 11/5/2020 | 6:18 PM | 11/9/2020 | U.S. RESEARCH ROUNDUP - Biogen, Verizon, ZoomInfo Technologies | Reuters News |

**Exhibit 2** *(News Stories Obtained via a Company Search)*
**Biogen Inc.**
**Materials Considered**
**List of Stories from "All Sources" used in Exhibits 14b and 14c**
**Analysis Period: November 2, 2020 to November 11, 2020[1]**

| Date | Time | Effective Date[2] | Headline | News Source |
|------|------|------|----------|-------------|
| (1) | (2) | (3) | (4) | (5) |
| 11/5/2020 | 6:31 PM | 11/9/2020 | FDA could move closer to approving first new Alzheimer's drug in nearly 20 years | CNN Wire |
| 11/5/2020 | | | 2021 Biogen Performance, Capabilities, Goals and Strategies | MarketResearch.com |
| 11/5/2020 | | | BIIB Faces FDA Panel Tomorrow, CRSP Climbs On Hemoglobinopathies Trial Data, SAVA On Watch | CE Noticias Financieras |
| 11/5/2020 | | | BIIB Faces FDA Panel Tomorrow, CRSP Climbs On Hemoglobinopathies Trial Data, SAVA On Watch | RTT News |
| 11/5/2020 | | | Biogen gains $20 B in value on new hope for Alzheimer's drug | Triad Business Journal |
| 11/5/2020 | | | Biogen leaps on prospect of Alzheimer's drug approval | Financial Times |
| 11/5/2020 | | | Biogen leaps on prospect of Alzheimer's drug approval | Financial Times |
| 11/5/2020 | | | Biogen leaps on prospect of Alzheimer's drug approval | Financial Times |
| 11/5/2020 | | | Biogen leaps on prospect of Alzheimer's drug approval | Financial Times |
| 11/5/2020 | | | Biogen shares surge after FDA publishes Alzheimer's documents | Daily Herald |
| 11/5/2020 | | | Biogen's Dementia Drug Gets FDA Lift | The Wall Street Journal |
| 11/5/2020 | | | Close to new upside potential | Marketscreener.com |
| 11/5/2020 | | | Consensus Light; Biogen | Spafid Connect - Message - Consensus Light |
| 11/5/2020 | | | DIALOG SEMICONDUCTOR: Receives a Buy rating from DZ Bank | Marketscreener.com |
| 11/5/2020 | | | DRAEGERWERK: Nord LB reaffirms its Buy rating | Marketscreener.com |
| 11/5/2020 | | | FDA: Dementia drug trial 'persuasive' | Greenwich Time |
| 11/5/2020 | | | Five things you need to know, and fun activities empty-nesters do | Boston Business Journal |
| 11/5/2020 | | | Ford recalls over 375K Explorers to fix suspension problem | Daily Herald |
| 11/5/2020 | | | Industry Brief - Biogen's BIIB059 Proved Superior In LILAC Phase II SLE Study | BMI Industry Insights Reports |
| 11/5/2020 | | | Ironwood Pharmaceuticals Names Denner to Board of Directors | M2 Pharma |
| 11/5/2020 | | | LINDE PLC: Bernstein sticks Neutral | Marketscreener.com |
| 11/5/2020 | | | Listen: Bracing for a pandemic winter, Biogen's fortune at the FDA, and remembering a remarkable 12-year-old | STAT |
| 11/5/2020 | | | LUFTHANSA AG: DZ Bank keeps a Sell rating | Marketscreener.com |
| 11/5/2020 | | | Net profit of Eisai was 25.7 billion yen (down 4.4%) for the six-month period ended September 2020 | Nikkei Financial Summary |
| 11/5/2020 | | | STAT+: Most doctors view the Biogen Alzheimer's drug favorably after reading briefing documents, survey finds | STAT |
| 11/5/2020 | | | Ticker: Biogen stocks soar on Alzheimer's drug report; 2 ex-eBay employees indicted in harassment campaign; House to release budget, sets debate next Tuesday | Boston Herald |
| 11/5/2020 | | | Today on Wall Street: Alibaba, Bristol-Myers Squibb, T-Mobile US… | Marketscreener.com |
| 11/5/2020 | | | Washington | The Republican |
| 11/6/2020 | 2:00 AM | 11/9/2020 | FDA panel reviews 1st new Alzheimer's drug in 2 decades | Independent Online |
| 11/6/2020 | 3:31 AM | 11/9/2020 | FDA likely to approve Biogen's aducanumab for Alzheimer's disease after its review | Market Line News and Comment |
| 11/6/2020 | 5:00 AM | 11/9/2020 | F.D.A. Panel Declines to Endorse Controversial Alzheimer's Drug | NYTimes.com Feed |
| 11/6/2020 | 6:55 AM | 11/9/2020 | * Biogen Inc. (BIIB) Halted due to pending news | Dow Jones Institutional News |
| 11/6/2020 | 7:16 AM | 11/9/2020 | Biogen's Stock Is Halted As FDA Committee Convenes On Experimental Alzheimer's Disease Treatment -- Market Watch | Dow Jones Institutional News |
| 11/6/2020 | 7:48 AM | 11/9/2020 | Biogen Halted as FDA Panel Meets on Alzheimer's Drug -- Market Talk | Dow Jones Institutional News |
| 11/6/2020 | 7:48 AM | 11/9/2020 | Biogen Halted as FDA Panel Meets on Alzheimer's Drug -- Market Talk | Dow Jones Institutional News |
| 11/6/2020 | 8:26 AM | 11/9/2020 | Biogen's stock is halted as FDA committee convenes on experimental Alzheimer's | Dow Jones Newswires (Chinese/English) |
| 11/6/2020 | 11:58 AM | 11/9/2020 | FILE PHOTO: A sign marks a Biogen facility in Cambridge | Reuters News & Media Pictures |
| 11/6/2020 | 12:03 PM | 11/9/2020 | FDA advisory panel convenes to discuss whether Biogen's Alzheimer's drug should be approved | Reuters News |
| 11/6/2020 | 12:26 PM | 11/9/2020 | US panel set to vote on experimental Alzheimer's drug | Agence France Presse |
| 11/6/2020 | 3:51 PM | 11/9/2020 | UPDATE 1 - U.S. FDA panel votes successful study on Biogen Alzheimer's drug cannot stand alone | Reuters News |
| 11/6/2020 | 4:18 PM | 11/9/2020 | Biogen Alzheimer's Drug Appears To Have Setback As FDA Advisers Recommend Not To Approve -- Market Watch | Dow Jones Institutional News |
| 11/6/2020 | 4:19 PM | 11/9/2020 | Update: Biogen Alzheimer's Drug Appears To Have Setback As FDA Advisers Recommend Not To Approve -- Market Watch | Dow Jones Institutional News |
| 11/6/2020 | 4:36 PM | 11/9/2020 | Biogen Alzheimer's drug appears to have setback as FDA advisers recommend not to approve | Dow Jones Newswires (Chinese/English) |
| 11/6/2020 | 5:04 PM | 11/9/2020 | Biogen's Aducanumab Fails To Win FDA Panel Backing | Benzinga.com |
| 11/6/2020 | 5:20 PM | 11/9/2020 | The Week's Gainers and Losers on the S&P 500 -- Nov 2-6 | Dow Jones Institutional News |
| 11/6/2020 | 5:50 PM | 11/9/2020 | FDA panel urges rejection of experimental Alzheimer's drug | Associated Press Newswires |
| 11/6/2020 | 5:51 PM | 11/9/2020 | FDA panel urges rejection of experimental Alzheimer's drug | The Canadian Press |
| 11/6/2020 | 6:46 PM | 11/9/2020 | Biogen Alzheimer's drug in doubt after criticism from expert panel | Financial Times (FT.com) |
| 11/6/2020 | 6:50 PM | 11/9/2020 | Alzheimer's Drug Discovery Foundation Statement on Today's FDA Independent Panel Vote on Biogen's Aducanumab | PR Newswire |
| 11/6/2020 | 6:54 PM | 11/9/2020 | Press Release: Alzheimer's Drug Discovery Foundation Statement on Today's FDA Independent Panel Vote on Biogen's Aducanumab | Dow Jones Institutional News |

**Exhibit 2** *(News Stories Obtained via a Company Search)*
**Biogen Inc.**
**Materials Considered**
**List of Stories from "All Sources" used in Exhibits 14b and 14c**
**Analysis Period: November 2, 2020 to November 11, 2020[1]**

| Date (1) | Time (2) | Effective Date[2] (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 11/6/2020 | 7:46 PM | 11/9/2020 | Outside advisory panel urges the FDA NOT to approve Biogen's Alzheimer's drug, dimming hopes for the first new treatment in nearly 20 years | Mail Online |
| 11/6/2020 | 8:15 PM | 11/9/2020 | Press Release: Update on FDA Advisory Committee's Meeting on Aducanumab in Alzheimer's Disease | Dow Jones Institutional News |
| 11/6/2020 | 8:15 PM | 11/9/2020 | Press Release: Update on FDA Advisory Committee's Meeting on Aducanumab in Alzheimer's Disease | Dow Jones Institutional News |
| 11/6/2020 | 8:15 PM | 11/9/2020 | Update on FDA Advisory Committee's Meeting on Aducanumab in Alzheimer's Disease | Nasdaq / GlobeNewswire |
| 11/6/2020 | 8:15 PM | 11/9/2020 | Update on FDA Advisory Committee's Meeting on Aducanumab in Alzheimer's Disease | The Canadian Press |
| 11/6/2020 | 8:15 PM | 11/9/2020 | Update on FDA Advisory Committee's Meeting on Aducanumab in Alzheimer's Disease | GlobeNewswire |
| 11/6/2020 | 8:21 PM | 11/9/2020 | BRIEF - Biogen Inc Says FDA Will Continue Review Process With Decision On Whether To Approve Aducanumab Biologics License Application By March 7, 2021 | Reuters News |
| 11/6/2020 | 9:03 PM | 11/9/2020 | UPDATE 4 - Combative U.S. FDA panel votes against Biogen Alzheimer's drug | Reuters Health E-Line |
| 11/6/2020 | 9:03 PM | 11/9/2020 | UPDATE 4 - Combative U.S. FDA panel votes against Biogen Alzheimer's drug | Reuters News |
| 11/6/2020 | 9:04 PM | 11/9/2020 | Combative U.S. FDA panel votes against Biogen Alzheimer's drug | Reuters News |
| 11/6/2020 | 9:07 PM | 11/9/2020 | Biogen's Alzheimer's Drug Inches Closer to Approval. That Doesn't Make the Stock a Buy. -- Barrons.com | Dow Jones Institutional News |
| 11/6/2020 | 9:30 PM | 11/9/2020 | The Trader: Biogen's Alzheimer's Drug Inches Closer to Approval. That Doesn't Make the Stock a Buy. -- Barron's | Dow Jones Institutional News |
| 11/6/2020 | | | Alzheimer's Drug Discovery Foundation Statement on Today's FDA Independent Panel Vote on Biogen's Aducanumab | Contify Life Science News |
| 11/6/2020 | | | Biogen Stock Halted As FDA Panel Prepares To Discuss Alzheimer's Drug | Investor's Business Daily |
| 11/6/2020 | | | Biogen Stock: FDA Panel Shoots Down Controversial Alzheimer's Drug | Investor's Business Daily |
| 11/6/2020 | | | Biogen: Update on FDA Advisory Committee's Meeting on Aducanumab in Alzheimer's Disease | Contify Life Science News |
| 11/6/2020 | | | Expert panel votes down Biogen's Alzheimer's drug, and rebukes the FDA in the process | STAT |
| 11/6/2020 | | | FDA 'backs' Biogen Alzheimer's drug | i |
| 11/6/2020 | | | FDA could move closer to approving first new Alzheimer's drug in nearly 20 years | The Philadelphia Tribune |
| 11/6/2020 | | | FDA panel reviews 1st new Alzheimer's drug in 2 decades | United News of Bangladesh |
| 11/6/2020 | | | FDA panel reviews first new Alzheimer's drug in 2 decades | Sudan Tribune |
| 11/6/2020 | | | FDA Signals Positive View Ahead of Advisory Panel Meeting on Biogen's Alzheimer's Drug | Drug Industry Daily |
| 11/6/2020 | | | FDA will decide fate of contentious Alzheimer's drug. The stakes 'could not be higher.' | USA Today Online |
| 11/6/2020 | | | FDA, outside advisers spar over Biogen's Alzheimer's drug | Boston Business Journal |
| 11/6/2020 | | | In the pipelines: Roche, Novartis, Biogen: MA request accepted for Biogen. Dans les pipelines: Roche, Novartis, Biogen: Demanded 'AMM accepte pour Biogen. | Chimie Pharma Hebdo |
| 11/6/2020 | | | Industry Trend Analysis - Quick View: Appearance Of An FDA Endorsement For Aducanumab Sends Biogen Stock Price Soaring | BMI Industry Insights Reports |
| 11/6/2020 | | | Is The FDA Leaning Toward Approval Of Biogen's Alzheimer's Drug? | Investor's Business Daily |
| 11/6/2020 | | | Morning Take: Advisory panel set to review Alzheimer's drug | CQ HealthBeat |
| 11/6/2020 | | | STAT+: Expert panel clashes with FDA at high-stakes meeting on Biogen's Alzheimer's treatment | STAT |
| 11/6/2020 | | | STAT+: FDA's expert panel set to convene a high-stakes meeting on Biogen's Alzheimer's treatment | STAT |
| 11/6/2020 | | | STAT+: Inside the tense, high-stakes meeting on Biogen's Alzheimer's treatment | STAT |
| 11/6/2020 | | | Varapalo to the controversial drug of 40,000 euros against Alzheimer's | CE Noticias Financieras |
| 11/6/2020 | | | Why Wait? 95% Of Big Stocks Rise While Election Drags On | Investor's Business Daily |
| 11/7/2020 | 10:31 AM | 11/9/2020 | Update: Biogen Alzheimer's Drug Appears To Have Setback As FDA Advisers Recommend Not To Approve -- Market Watch | Dow Jones Institutional News |
| 11/7/2020 | | | Analyzing The Powerful Stock Market Rally: Alibaba, Nvidia In Buy Range; Biogen, Tesla, Nio In Focus | Investor's Business Daily |
| 11/7/2020 | | | Analyzing The Powerful Stock Market Rally: Alibaba, Nvidia In Buy Range; Biogen, Tesla, Nio In Focus | Investor's Business Daily |
| 11/7/2020 | | | Biogen MA Inc Files Patent Application for Pharmaceutical Compositions Containing Anti-Beta Amyloid Antibodies | Indian Patent News |
| 11/7/2020 | | | Brian S. Posner of Biogen into top 8% of Large MCap Director Scorecard for past quarter | People in Business |
| 11/7/2020 | | | Briefcase | Portland Press Herald |
| 11/7/2020 | | | Doubt raised on Alzheimer drug efficacy | The Boston Globe |
| 11/7/2020 | | | FDA panel skeptical of Biogen's Alzheimer's drug | The Boston Globe |

**Exhibit 2** *(News Stories Obtained via a Company Search)*
**Biogen Inc.**
**Materials Considered**
**List of Stories from "All Sources" used in Exhibits 14b and 14c**
**Analysis Period: November 2, 2020 to November 11, 2020[1]**

| Date | Time | Effective Date[2] | Headline | News Source |
|------|------|------|----------|-------------|
| (1) | (2) | (3) | (4) | (5) |
| 11/7/2020 | | | FDA panel urges rejection of experimental Alzheimer's drug | St. Louis Post-Dispatch |
| 11/7/2020 | | | Stock Market Rally Analysis; Alibaba, Nvidia In Buy Range; Biogen, Tesla, Nio In Focus | Investor's Business Daily |
| 11/7/2020 | | | Stunning No-Confidence Vote for Alzheimer's Drug | The New York Times |
| 11/7/2020 | | | U.S. panel reviews first new Alzheimer's drug in two decades | Victoria Times Colonist |
| 11/8/2020 | | | FDA panel urges rejection of experimental Alzheimer's drug | The Westerly Sun |
| 11/8/2020 | | | Too many 'red flags'; FDA panel urges rejection of Biogen's experimental Alzheimer's drug | Boston Herald |
| 11/9/2020 | 3:43 AM | 11/9/2020 | U.S. advisory panel doubts efficacy of Biogen's Alzheimer's drug | SeeNews Pharmaceuticals |
| 11/9/2020 | 4:21 AM | 11/9/2020 | Biogen Is Maintained at Outperform by SVB Leerink | Dow Jones Institutional News |
| 11/9/2020 | 5:51 AM | 11/9/2020 | Analysts Predict Volatility In Biogen Shares Until March 2021 | Benzinga.com |
| 11/9/2020 | 5:51 AM | 11/9/2020 | Analysts Predict Volatility In Biogen Shares Until March 2021 | Benzinga.com |
| 11/9/2020 | 6:15 AM | 11/9/2020 | Biogen Cut to Underweight From Neutral by Atlantic Equities | Dow Jones Institutional News |
| 11/9/2020 | 6:30 AM | 11/9/2020 | Biogen Stock Might Not Recover From Alzheimer's Treatment Setback -- Heard on the Street | Dow Jones Institutional News |
| 11/9/2020 | 6:30 AM | 11/9/2020 | Biogen Stock Might Not Recover From Alzheimer's Treatment Setback; Potential blockbuster drug | The Wall Street Journal Online |
| 11/9/2020 | 6:30 AM | 11/9/2020 | Press Release: Pro MIS Neurosciences offers comments on recent FDA Advisory Committee meeting on aducanumab for the treatment of Alzheimer's disease | Dow Jones Institutional News |
| 11/9/2020 | 6:30 AM | 11/9/2020 | Pro MIS Neurosciences offers comments on recent FDA Advisory Committee meeting on aducanumab for the treatment of Alzheimer's disease | Nasdaq / GlobeNewswire |
| 11/9/2020 | 6:30 AM | 11/9/2020 | Pro MIS Neurosciences offers comments on recent FDA Advisory Committee meeting on aducanumab for the treatment of Alzheimer's | GlobeNewswire |
| 11/9/2020 | 6:38 AM | 11/9/2020 | Biogen Is Maintained at Buy by HC Wainwright & Co. | Dow Jones Institutional News |
| 11/9/2020 | 7:05 AM | 11/9/2020 | * Biogen Inc. (BIIB) Paused (quotes only) due to news pending | Dow Jones Institutional News |
| 11/9/2020 | 7:10 AM | 11/9/2020 | * Biogen Inc. (BIIB) Resumed Trading | Dow Jones Institutional News |
| 11/9/2020 | 7:40 AM | 11/9/2020 | Biogen's Alzheimer's Drug Hits a Major Roadblock. The Stock Still Isn't a Buy. | Barron's Online |
| 11/9/2020 | 7:46 AM | 11/9/2020 | Biogen Cut to Market Perform From Outperform by Cowen & Co. | Dow Jones Institutional News |
| 11/9/2020 | 7:47 AM | 11/9/2020 | Biogen Cut to Underperform From Neutral by BofA Securities | Dow Jones Institutional News |
| 11/9/2020 | 8:03 AM | 11/9/2020 | Biogen plunges 30% after FDA panel votes against Alzheimer's drug | Reuters News |
| 11/9/2020 | 8:21 AM | 11/9/2020 | Biogen plunges 30% after FDA panel votes against Alzheimer's drug | Reuters News |
| 11/9/2020 | 8:35 AM | 11/9/2020 | Biogen plummets 32% after its Alzheimer's therapy fails to win support from FDA advisory committee | Business Insider |
| 11/9/2020 | 8:51 AM | 11/9/2020 | Biogen Shares Tumble After FDA Advisory Panel Setback -- Market Talk | Dow Jones Institutional News |
| 11/9/2020 | 8:51 AM | 11/9/2020 | Biogen Shares Tumble After FDA Advisory Panel Setback -- Market Talk | Dow Jones Institutional News |
| 11/9/2020 | 8:56 AM | 11/9/2020 | Air Canada Cancels Some Boeing 737 MAX Orders -- Market Talk | Dow Jones Institutional News |
| 11/9/2020 | 9:09 AM | 11/9/2020 | Air Canada Cancels Some Boeing 737 MAX Orders -- Market Talk | Dow Jones Institutional News |
| 11/9/2020 | 9:31 AM | 11/9/2020 | Wall Street's Biogen Enthusiasm Wanes -- Market Talk | Dow Jones Institutional News |
| 11/9/2020 | 9:38 AM | 11/9/2020 | ROCE Insights For Biogen | Benzinga.com |
| 11/9/2020 | 9:39 AM | 11/9/2020 | Markets Benefit From Lower Political Tension -- Market Talk | Dow Jones Institutional News |
| 11/9/2020 | 10:35 AM | 11/9/2020 | Should you invest in Bank of America, Biogen, Macy's, Tilray, or Ulta Beauty? | PR Newswire |
| 11/9/2020 | 10:37 AM | 11/9/2020 | Biogen Down Over 32%, on Pace for Largest Percent Decrease Since February 2005 -- Data Talk | Dow Jones Institutional News |
| 11/9/2020 | 11:21 AM | 11/9/2020 | EQUITY ALERT: Rosen Law Firm Announces Investigation of Securities Claims Against Biogen Inc. -- BIIB | Business Wire |
| 11/9/2020 | 12:00 PM | 11/9/2020 | Why This Biogen Analyst Says The FDA Could Still Approve | Benzinga.com |
| 11/9/2020 | 12:55 PM | 11/9/2020 | INVESTIGATION ALERT: The Schall Law Firm Announces it is Investigating Claims Against Biogen Inc. and Encourages Investors with Losses of $100,000 to Contact the Firm | Business Wire |
| 11/9/2020 | 1:15 PM | 11/9/2020 | Moody's Review's Biogen'sBaa1 Ratings For Downgrade | Dow Jones Institutional News |
| 11/9/2020 | 2:20 PM | 11/9/2020 | U.S. RESEARCH ROUNDUP - Mattel, Obseva, TechnipFMC | Reuters News |
| 11/9/2020 | 4:15 PM | 11/10/2020 | Biogen Ratings Under Review After US Panel Aducanumab Blow - Moody's | Alliance News Global 500 Corporate |
| 11/9/2020 | 4:20 PM | 11/10/2020 | Pfizer, Carnival rise; Biogen, Newmont fall | The Canadian Press |
| 11/9/2020 | 4:20 PM | 11/10/2020 | Pfizer, Carnival rise; Biogen, Newmont fall | Associated Press Newswires |
| 11/9/2020 | 4:28 PM | 11/10/2020 | Rosen, A Global and Leading Law Firm, Announces Investigation of Securities Claims Against Biogen Inc.; Encourages Investors with Losses in Excess of $500K to Contact Firm - BIIB | Newsfile |
| 11/9/2020 | 6:11 PM | 11/10/2020 | Biogen Stock Gave Back Last Week's Gains. Here's What's Next. | Barron's Online |
| 11/9/2020 | 6:11 PM | 11/10/2020 | Biogen Stock Gave Back Last Week's Gains. Here's What's Next. -- Barrons.com | Dow Jones Institutional News |
| 11/9/2020 | | | A test of the FDA's reputation in Biogen's experimental Alzheimer's drug | The Frontier Post |
| 11/9/2020 | | | Biogen Inc. - Update on FDA Advisory Committee's Meeting on Aducanumab in Alzheimer's disease | ENP Newswire |
| 11/9/2020 | | | Biogen Stock Crashes After FDA Panel Rejects Alzheimer's Treatment | Investor's Business Daily |

**Exhibit 2** *(News Stories Obtained via a Company Search)*
**Biogen Inc.**
**Materials Considered**
**List of Stories from "All Sources" used in Exhibits 14b and 14c**
**Analysis Period: November 2, 2020 to November 11, 2020[1]**

| Date (1) | Time (2) | Effective Date[2] (3) | Headline (4) | News Source (5) |
|---|---|---|---|---|
| 11/9/2020 | | | Biogen Stock Crashes After FDA Panel Rejects Alzheimer's Treatment | Investor's Business Daily |
| 11/9/2020 | | | Biogen stock plunges after FDA panel's blow to Alzheimer's drug | The Boston Globe |
| 11/9/2020 | | | Biogen's touted Alzheimer's drug receives thumbs-down from FDA advisory panel | MMM, Medical Marketing & Media |
| 11/9/2020 | | | Biogen's touted Alzheimer's drug receives thumbs-down from FDA advisory panel | MMM, Medical Marketing & Media |
| 11/9/2020 | | | Biogen's Aducanumab for Alzheimer's Fails to Convince FDA Advisory Committee | Drug Industry Daily |
| 11/9/2020 | | | Biogen's Alzheimer's drug candidate takes a beating from FDA advisers | Tehran Times |
| 11/9/2020 | | | Biogen's Alzheimer's Drug Inches Closer to Approval. That Doesn't Make the Stock a Buy. | Barron's |
| 11/9/2020 | | | Biotechnology - Gene Therapy; Study Findings on Gene Therapy Are Outlined in Reports from Biogen Inc. (Separating Empty and Full Recombinant Adeno-associated Virus Particles Using Isocratic Anion Exchange Chromatography) | Biotech Business Week |
| 11/9/2020 | | | California Supreme Court Applies Rule Of Reason Test For "Business Only" Restrictive Covenants | Mondaq Business Briefing |
| 11/9/2020 | | | Consensus Light; Biogen | Spafid Connect - Message - Consensus Light |
| 11/9/2020 | | | Drugs and Therapies - Pharmaceutical Research; Reports Outline Pharmaceutical Research Findings from Biogen Inc. (Development of a Quantitative Method To Evaluate the Printability of Filaments for Fused Deposition Modeling 3D Printing) | Biotech Business Week |
| 11/9/2020 | | | European Regulators Accept Aducanumab for Review: Biogen/Eisai | Pharma Japan |
| 11/9/2020 | | | FDA panel skeptical of Biogen's Alzheimer's drug | Sudan News Agency (SUNA) |
| 11/9/2020 | | | GE AGROUP: Sell rating from Hauck & Aufhauser | Marketscreener.com |
| 11/9/2020 | | | GLOBAL MARKETS LIVE: Berkshire Hathaway, Infineon, | Marketscreener.com |
| 11/9/2020 | | | INFINEON TECHNOLOGIES AG: Warburg Research reiterates its Neutral rating | Marketscreener.com |
| 11/9/2020 | | | INFINEON TECHNOLOGIES AG: Warburg Research remains Neutral | Marketscreener.com |
| 11/9/2020 | | | LANXESS AG: Warburg Research remains its Buy rating | Marketscreener.com |
| 11/9/2020 | | | Moody's review's Biogen's Baa1 ratings for downgrade | Moody's Investors Service Press |
| 11/9/2020 | | | Neurodegenerative Diseases and Conditions - Alzheimer Disease; Investigators from Biogen Inc. Report New Data on Alzheimer Disease (Test-retest Characteristic of [F-18] Mk-6240 Quantitative Outcomes In Cognitively Normal Adults and Subjects With Alzheimer's Disease) | Biotech Business Week |
| 11/9/2020 | | | Neurodegenerative Diseases and Conditions - Dementia; Data on Dementia Detailed by Researchers at University of Southern California (USC) (Testing a Convolutional Neural Network-based Hippocampal Segmentation Method In a Stroke Population) | Journal of Engineering |
| 11/9/2020 | | | Pfizer, Carnival rise; Biogen, Newmont fall | The San Diego Union-Tribune: Web Edition |
| 11/9/2020 | | | RHEINMETALL AG: Receives a Buy rating from Warburg Research | Marketscreener.com |
| 11/9/2020 | | | SAF-HOLLAND: Hauck & Aufhauser reiterates its Buy rating | Dow Jones Institutional News |
| 11/9/2020 | | | Setback for Biogen - FDA committee doubts Alzheimer's drug. USA: Rückschlag für Biogen. | Nachrichten für Außenhandel |
| 11/9/2020 | | | STRATEC BIOMEDICAL SYSTEMS AG: Sell rating from Warburg Research | Marketscreener.com |
| 11/10/2020 | 2:32 AM | 11/10/2020 | Heard on the Street: Drug Setback Hits Biogen Stock -- WSJ | Dow Jones Institutional News |
| 11/10/2020 | 7:07 AM | 11/10/2020 | Alzheimer's Association Should Reveal Financial | PR Newswire |
| 11/10/2020 | 7:36 AM | 11/10/2020 | Biogen Raised to Buy From Hold by DZ Bank | Dow Jones Institutional News |
| 11/10/2020 | 9:24 AM | 11/10/2020 | Biogen Alzheimer's Drug Has Believer in Truist -- Market Talk | Dow Jones Institutional News |
| 11/10/2020 | 9:24 AM | 11/10/2020 | Biogen Alzheimer's Drug Has Believer in Truist -- Market Talk | Dow Jones Institutional News |
| 11/10/2020 | 9:24 AM | 11/10/2020 | Global Equities Roundup: Market Talk | Dow Jones Institutional News |
| 11/10/2020 | 9:34 AM | 11/10/2020 | Simon Property Still Grappling With Cautious Consumers, Rent Issues -- Market Talk | Dow Jones Institutional News |
| 11/10/2020 | 1:26 PM | 11/10/2020 | INVESTIGATION REMINDER: The Schall Law Firm Announces it is Investigating Claims Against | Business Wire |
| 11/10/2020 | 3:25 PM | 11/10/2020 | Stage Set For Fight Over Price If Alzheimer's Drug Approved | Inside Health Policy's Daily Briefing |
| 11/10/2020 | 3:25 PM | 11/10/2020 | Stage Set For Fight Over Price If Alzheimer's Drug Approved | Inside Health Policy's Daily Briefing |
| 11/10/2020 | 3:25 PM | 11/10/2020 | Stage Set For Fight Over Price If Alzheimer's Drug Approved | Inside CMS |
| 11/10/2020 | 3:25 PM | 11/10/2020 | Stage Set For Fight Over Price If Alzheimer's Drug Approved | Inside Health Policy's Daily Briefing |
| 11/10/2020 | 3:25 PM | 11/10/2020 | Stage Set For Fight Over Price If Alzheimer's Drug Approved | Inside Health Policy's Daily Briefing |
| 11/10/2020 | 3:25 PM | 11/10/2020 | Stage Set For Fight Over Price If Alzheimer's Drug Approved | Inside CMS |
| 11/10/2020 | 3:25 PM | 11/10/2020 | Stage Set For Fight Over Price If Alzheimer's Drug Approved | FDA Week |
| 11/10/2020 | 3:28 PM | 11/10/2020 | FDA Advisers: Clearing Alzheimer's Drug Could Stifle Work On Better Drugs | Inside Health Policy's Daily Briefing |
| 11/10/2020 | 3:28 PM | 11/10/2020 | FDA Advisers: Clearing Alzheimer's Drug Could Stifle Work On Better Drugs | Inside Health Policy's Daily Briefing |
| 11/10/2020 | 3:28 PM | 11/10/2020 | FDA Advisers: Clearing Alzheimer's Drug Could Stifle Work On Better Drugs | Inside CMS |

**Exhibit 2** *(News Stories Obtained via a Company Search)*
**Biogen Inc.**
**Materials Considered**
**List of Stories from "All Sources" used in Exhibits 14b and 14c**
**Analysis Period: November 2, 2020 to November 11, 2020[1]**

| Date | Time | Effective Date[2] | Headline | News Source |
|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) |
| 11/10/2020 | 3:28 PM | 11/10/2020 | FDA Advisers: Clearing Alzheimer's Drug Could Stifle Work On Better Drugs | Inside Health Policy's Daily Briefing |
| 11/10/2020 | 3:28 PM | 11/10/2020 | FDA Advisers: Clearing Alzheimer's Drug Could Stifle Work On Better Drugs | FDA Week |
| 11/10/2020 | | | Alzheimer's Association Should Reveal Financial Conflict of Interest in Urging FDA to Approve | Contify Life Science News |
| 11/10/2020 | | | Biogen 'continues to work' with FDA on Alzheimer's drug candidate despite regulatory setback | WRBM Global Pharma |
| 11/10/2020 | | | Biogen, Eisai suffer setback after FDA advisory panel's criticism of experimental Alzheimer's drug | German Collection |
| 11/10/2020 | | | Drug Setback Hits Biogen Stock | The Wall Street Journal |
| 11/10/2020 | | | FDA panel unimpressed with data for Alzheimer's drug aducanumab | Syrian Arab News Agency |
| 11/10/2020 | | | FDA reviews 1st new Alzheimer's drug in decades | Casa Grande Dispatch |
| 11/10/2020 | | | Industry Trend Analysis - Quick View: Initial Hopes For Aducanumab Quickly Dissipate Following FDA | BMI Industry Insights Reports |
| 11/10/2020 | | | Pro MIS Neurosciences offers comments on recent FDA Advisory Committee meeting on aducanumab | ENP Newswire |
| 11/11/2020 | 10:01 AM | 11/11/2020 | SHAREHOLDER ALERT: Investigation of Biogen Announced by Holzer & Holzer, LLC | Newsfile |
| 11/11/2020 | 4:55 PM | 11/12/2020 | ONGOING INVESTIGATION ALERT: The Schall Law Firm Announces it is Investigating Claims Against | Newsfile |
| 11/11/2020 | | | CNS Therapeutics Market SWOT Analysis by Key Players: Teva, Cipla, Glaxo Smith Kline | iCrowdNewswire |
| 11/11/2020 | | | FDA advisory committee votes against approval of Biogen's and Eisai's Alzheimer's candidate | IHS Global Insight Daily Analysis |
| 11/11/2020 | | | Is Biogen Stock A Buy After An FDA Panel Rejected Its Alzheimer's | Investor's Business Daily |

**Notes and Sources:**

News stories were obtained through a search for news stories categorized as relevant to the company "Biogen Inc." by Factiva Dow Jones from November 2, 2020 to November 11, 2020.

The search excluded news stories on "Recurring pricing and market data" and "Obituaries, sports, calendars…."

References are obtained from the Second Amended Class Action Complaint for Violation of the Federal Securities Laws dated August 4, 2021 ("Complaint").

[1] On November 4, 2020, "[D]uring trading hours, the FDA released briefing materials ("Briefing Materials") for the Aducanumab Advisory Committee meeting." ¶262.

[2] When news was published at or after 4:00 PM ET or on a non-trading day, the following trading day is considered the effective date. "Biogen's stock was halted all day November 6 because of the FDA advisory committee meeting," and resumed trading on November 9. ¶19. Therefore, November 6, 2020 is excluded from the effective dates.

**Exhibit 3**
**Biogen Inc.**
**Weekly Trading Volume as a Percent of Shares Outstanding**
**For Biogen Common Stock**
**Analysis Period: July 22, 2020 to November 4, 2020[1]**

| Week | First Trading Date of Week | Unadjusted Weekly Volume | Adjusted Weekly Volume[2] | Shares Outstanding[3] | Percent of Shares Traded Weekly (Unadjusted Volume) | Percent of Shares Traded Weekly (Adjusted Volume) |
|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) (3) / (5) | (7) (4) / (5) |
| 1 | 7/22/2020 | 3,202,793 | 1,448,944 | 158,313,471 | 2.02 % | 0.92 % |
| 2 | 7/27/2020 | 5,956,435 | 2,694,691 | 158,313,471 | 3.76 | 1.70 |
| 3 | 8/3/2020 | 8,191,672 | 3,705,912 | 158,313,471 | 5.17 | 2.34 |
| 4 | 8/10/2020 | 5,510,413 | 2,492,911 | 158,313,471 | 3.48 | 1.57 |
| 5 | 8/17/2020 | 5,522,595 | 2,498,422 | 158,313,471 | 3.49 | 1.58 |
| 6 | 8/24/2020 | 5,536,701 | 2,504,804 | 158,313,471 | 3.50 | 1.58 |
| 7 | 8/31/2020 | 6,579,513 | 2,976,572 | 158,313,471 | 4.16 | 1.88 |
| 8 | 9/8/2020 | 4,149,446 | 1,877,209 | 158,313,471 | 2.62 | 1.19 |
| 9 | 9/14/2020 | 7,800,803 | 3,529,083 | 158,313,471 | 4.93 | 2.23 |
| 10 | 9/21/2020 | 5,266,032 | 2,382,353 | 158,313,471 | 3.33 | 1.50 |
| 11 | 9/28/2020 | 5,794,633 | 2,621,492 | 158,313,471 | 3.66 | 1.66 |
| 12 | 10/5/2020 | 3,743,819 | 1,693,704 | 158,313,471 | 2.36 | 1.07 |
| 13 | 10/12/2020 | 4,486,889 | 2,029,869 | 158,313,471 | 2.83 | 1.28 |
| 14 | 10/19/2020 | 6,509,486 | 2,944,891 | 154,767,972 | 4.21 | 1.90 |
| 15 | 10/26/2020 | 6,631,303 | 3,000,001 | 153,881,597 | 4.31 | 1.95 |
| 16 | 11/2/2020 | 17,510,919 | 7,921,940 | 153,881,597 | 11.38 | 5.15 |
| | Average:[4] | 5,834,267 | 2,639,422 | 157,743,659 | 3.70 % | 1.67 % |
| | Median:[4] | 5,665,667 | 2,563,148 | 158,313,471 | 3.58 % | 1.62 % |

**Notes and Sources:**

Daily trading volume data obtained from FactSet Research Systems Inc. Shares outstanding data obtained from SEC filings.

[1] The Appeal from the United States District Court of the District of Massachusetts reversed "claims predicated upon Sandrock's 'all data' statement" (p. 42) made on July 22, 2020. As such, the Analysis Period is assumed to begin on July 22, 2020. According to the Memorandum & Order dated March 27, 2025, "[t]he earliest point at which the market began to react to corrective information was on November 5," so the Analysis Period is assumed to end on November 4, 2020.

[2] Daily trading volume is adjusted down by 54.76% for the NASDAQ market-maker participation rate, as obtained from Fernando Avalos and Marcia Kramer Mayer, "Dealer Participation on the New York Stock Exchange and Nasdaq," *NERA Working Paper*, May 2002.

[3] Daily shares outstanding figures are as of the most recent reported date. Shares outstanding for each week is the average shares outstanding for the days included in that week.

[4] Calculated using weeks 2 through 15 only as they are wholly included in the Analysis Period. All weeks are weighted equally. If weeks 1 and 16 are also included in the calculation, the average is 1.84% and median is 1.62%.

**Exhibit 4**
**Biogen Inc.**
**Analysts Contributing to**
**Quarterly I/B/E/S[1] Consensus Earnings Estimates**
**July 2020 to November 2020**

| Estimate Date (1) | Fiscal Quarter End (2) | Earnings Announcement Date (3) | Number of Analysts Submitting Quarterly Earnings Estimates to I/B/E/S[2] (4) |
|---|---|---|---|
| 7/16/2020 | 06/2020 | 7/22/2020 | 25 |
| 8/20/2020 | 09/2020 | 10/21/2020 | 26 |
| 9/17/2020 | 09/2020 | 10/21/2020 | 27 |
| 10/15/2020 | 09/2020 | 10/21/2020 | 27 |
| 11/19/2020 | 12/2020 | 2/3/2021 | 30 |
| **Average Number of Analyst Estimates:[3]** | | | 27 |
| **Median Number of Analyst Estimates:[3]** | | | 27 |

**Notes and Sources:**

Earnings dates and number of analyst estimates obtained from I/B/E/S Consensus EPS Surprise History via Factset Research Systems Inc.

[1] Institutional Brokers' Estimate System.

[2] Number of analysts covering Biogen common stock.

[3] Calculated using estimate dates within the Analysis Period (observations from August 20, 2020 to October 15, 2020). If estimate dates immediately preceding and following the Analysis Period (July 16, 2020 and November 19, 2020) are also included in the calculation, the average number of analyst estimates and the median number of analyst estimates are both 27.

**Exhibit 5**
**Biogen Inc.**
**Summary of Quarterly Institutional Holdings for Biogen Common Stock**
**June 30, 2020 to December 31, 2020**

| As of Date (1) | Number of Institutional Holders[1] (2) | Total Institutional Holdings[2] (3) | Shares Outstanding[3] (4) | Total Instiutional Holdings As a Percent of Shares Outstanding (5) (3) / (4) |
|---|---|---|---|---|
| 6/30/2020 | 1,467 | 137,414,028 | 163,187,486 | 84.21 % |
| 9/30/2020 | 1,454 | 133,704,148 | 158,313,471 | 84.46 |
| 12/31/2020 | 1,462 | 131,079,215 | 153,881,597 | 85.18 |

| | |
|---|---|
| **Average Quarterly Holdings as a Percent of Shares Outstanding:[4]** | 84.46 % |

| | |
|---|---|
| **Median Quarterly Holdings as a Percent of Shares Outstanding:[4]** | 84.46 % |

**Notes and Sources:**
Institutional holdings data obtained from FactSet Research Systems Inc.
Shares outstanding data obtained from SEC filings.

[1] Number of institutions that reported non-zero holdings during the quarter.

[2] Total calculated by summing individual institutional holdings figures from institutions that reported holdings.

[3] Daily shares outstanding figures are as of the most recent report date.

[4] Calculated using institutional holdings data for periods wholly within the Analysis Period (observation from September 30, 2020). If data immediately before and after the Analysis Period are used (June 30, 2020 and December 31, 2020), then the average quarterly institutional holdings as a percent of shares outstanding is 84.61% and the median quarterly institutional holdings as a percent of shares outstanding is 84.46%.

**Exhibit 6a**
**Biogen Inc.**
**Summary of Short Interest for Biogen Common Stock**
**July 2020 to November 2020**

| As of Date (1) | Short Interest (2) | Shares Outstanding[1] (3) | Short Interest As a Percent of Shares Outstanding (4) (2) / (3) |
|---|---|---|---|
| 7/15/2020 | 2,780,272 | 163,187,486 | 1.70 % |
| 7/31/2020 | 2,552,327 | 158,313,471 | 1.61 |
| 8/14/2020 | 2,380,734 | 158,313,471 | 1.50 |
| 8/31/2020 | 3,312,424 | 158,313,471 | 2.09 |
| 9/15/2020 | 3,690,634 | 158,313,471 | 2.33 |
| 9/30/2020 | 2,830,845 | 158,313,471 | 1.79 |
| 10/15/2020 | 3,013,527 | 158,313,471 | 1.90 |
| 10/30/2020 | 3,798,077 | 153,881,597 | 2.47 |
| 11/13/2020 | 3,705,779 | 153,881,597 | 2.41 |

**Average Short Interest as Percent of Shares Outstanding:[2]**  1.96 %

**Median Short Interest as Percent of Shares Outstanding:[2]**  1.90 %

**Notes and Sources:**
Short interest data obtained from FactSet Research Systems Inc.
Shares outstanding data obtained from SEC filings.

[1] Daily shares outstanding figures are as of the most recent reported date.

[2] Calculated using short interest data within the Analysis Period (observations from July 31, 2020 to October 30, 2020). If data immediately before and after the Analysis Period are used (July 15, 2020 and November 13, 2020), the average short interest as a percent of shares outstanding is 1.98% and the median short interest as a percent of shares outstanding is 1.90%.

**Exhibit 6b**
**Biogen Inc.**
**Fails-to-Deliver Position as Percentage of Shares Outstanding[1]**
**Analysis Period: July 22, 2020 to November 4, 2020[2]**



**Notes and Sources:**

Shares outstanding data obtained from SEC Filings.

Fails-to-deliver data obtained from the SEC website at: http://www.sec.gov/foia/docs/failsdata.htm.

[1] Fails-to-deliver position figures are lagged two trading days. Fails-to-deliver position for an equity security as of a settlement date represent the aggregate net balance of shares that failed to be delivered on both long and short sales for that security. If the aggregate net balance of shares that failed to be delivered is zero for a security as of a particular settlement date, no record is shown in the chart for that security. Fails to deliver on a given day are a cumulative number of all fails outstanding until that day, plus new fails that occur that day, less fails that settle that day.

[2] The Appeal from the United States District Court of the District of Massachusetts reversed "claims predicated upon Sandrock's 'all data' statement" (p. 42) made on July 22, 2020. As such, the Analysis Period is assumed to begin on July 22, 2020. According to the Memorandum & Order dated March 27, 2025, "[t]he earliest point at which the market began to react to corrective information was on November 5," so the Analysis Period is assumed to end on November 4, 2020.

**Exhibit 7**
**Biogen Inc.**
**Daily Market Capitalization and Float for Biogen Common Stock**
**Analysis Period: July 22, 2020 to November 4, 2020[1]**

| Date | Closing Price | Shares Outstanding[2] | Market Capitalization | Insider Holdings[3] | Float | Market Value of Float | Float as a Percent of Shares Outstanding |
|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) (2) × (3) | (5) | (6) (3) - (5) | (7) (2) × (6) | (8) (6) / (3) |
| 7/22/2020 | $ 280.81 | 158,313,471 | $ 44,456,005,792 | 45,589,021 | 112,724,450 | $ 31,654,152,805 | 71.20 % |
| 7/23/2020 | 278.51 | 158,313,471 | 44,091,884,808 | 45,589,021 | 112,724,450 | 31,394,886,570 | 71.20 |
| 7/24/2020 | 272.33 | 158,313,471 | 43,113,507,557 | 45,589,021 | 112,724,450 | 30,698,249,469 | 71.20 |
| 7/27/2020 | 286.19 | 158,313,471 | 45,307,732,265 | 45,589,021 | 112,724,450 | 32,260,610,346 | 71.20 |
| 7/28/2020 | 280.35 | 158,313,471 | 44,383,181,595 | 45,589,021 | 112,724,450 | 31,602,299,558 | 71.20 |
| 7/29/2020 | 277.36 | 158,313,471 | 43,909,824,317 | 45,589,021 | 112,724,450 | 31,265,253,452 | 71.20 |
| 7/30/2020 | 274.86 | 158,313,471 | 43,514,040,639 | 45,589,021 | 112,724,450 | 30,983,442,327 | 71.20 |
| 7/31/2020 | 274.69 | 158,313,471 | 43,487,127,349 | 45,589,021 | 112,724,450 | 30,964,279,171 | 71.20 |
| 8/3/2020 | 278.16 | 158,313,471 | 44,036,475,093 | 45,589,021 | 112,724,450 | 31,355,433,012 | 71.20 |
| 8/4/2020 | 276.08 | 158,313,471 | 43,707,183,074 | 45,589,021 | 112,724,450 | 31,120,966,156 | 71.20 |
| 8/5/2020 | 276.17 | 158,313,471 | 43,721,431,286 | 45,589,021 | 112,724,450 | 31,131,111,357 | 71.20 |
| 8/6/2020 | 277.66 | 158,313,471 | 43,957,318,358 | 45,589,021 | 112,724,450 | 31,299,070,787 | 71.20 |
| 8/7/2020 | 305.71 | 158,313,471 | 48,398,011,219 | 45,589,021 | 112,724,450 | 34,460,991,610 | 71.20 |
| 8/10/2020 | 300.26 | 158,313,471 | 47,535,202,802 | 45,589,021 | 112,724,450 | 33,846,643,357 | 71.20 |
| 8/11/2020 | 289.94 | 158,313,471 | 45,901,407,782 | 45,589,021 | 112,724,450 | 32,683,327,033 | 71.20 |
| 8/12/2020 | 293.22 | 158,313,471 | 46,420,675,967 | 45,589,021 | 112,724,450 | 33,053,063,229 | 71.20 |
| 8/13/2020 | 288.54 | 158,313,471 | 45,679,768,922 | 45,589,021 | 112,724,450 | 32,525,512,803 | 71.20 |
| 8/14/2020 | 289.45 | 158,313,471 | 45,823,834,181 | 45,589,021 | 112,724,450 | 32,628,092,053 | 71.20 |
| 8/17/2020 | 289.16 | 158,313,471 | 45,777,923,274 | 45,589,021 | 112,724,450 | 32,595,401,962 | 71.20 |
| 8/18/2020 | 288.88 | 158,313,471 | 45,733,595,502 | 45,589,021 | 112,724,450 | 32,563,839,116 | 71.20 |
| 8/19/2020 | 279.98 | 158,313,471 | 44,324,605,611 | 45,589,021 | 112,724,450 | 31,560,591,511 | 71.20 |
| 8/20/2020 | 277.52 | 158,313,471 | 43,935,154,472 | 45,589,021 | 112,724,450 | 31,283,289,364 | 71.20 |
| 8/21/2020 | 277.07 | 158,313,471 | 43,863,913,410 | 45,589,021 | 112,724,450 | 31,232,563,362 | 71.20 |
| 8/24/2020 | 276.56 | 158,313,471 | 43,783,173,540 | 45,589,021 | 112,724,450 | 31,175,073,892 | 71.20 |
| 8/25/2020 | 279.03 | 158,313,471 | 44,174,207,813 | 45,589,021 | 112,724,450 | 31,453,503,284 | 71.20 |
| 8/26/2020 | 279.17 | 158,313,471 | 44,196,371,699 | 45,589,021 | 112,724,450 | 31,469,284,707 | 71.20 |
| 8/27/2020 | 279.26 | 158,313,471 | 44,210,619,911 | 45,589,021 | 112,724,450 | 31,479,429,907 | 71.20 |
| 8/28/2020 | 281.46 | 158,313,471 | 44,558,909,548 | 45,589,021 | 112,724,450 | 31,727,423,697 | 71.20 |
| 8/31/2020 | 287.64 | 158,313,471 | 45,537,286,798 | 45,589,021 | 112,724,450 | 32,424,060,798 | 71.20 |
| 9/1/2020 | 279.75 | 158,313,471 | 44,288,193,512 | 45,589,021 | 112,724,450 | 31,534,664,888 | 71.20 |
| 9/2/2020 | 285.60 | 158,313,471 | 45,214,327,318 | 45,589,021 | 112,724,450 | 32,194,102,920 | 71.20 |
| 9/3/2020 | 276.15 | 158,313,471 | 43,718,265,017 | 45,589,021 | 112,724,450 | 31,128,856,868 | 71.20 |
| 9/4/2020 | 276.00 | 158,313,471 | 43,694,517,996 | 45,589,021 | 112,724,450 | 31,111,948,200 | 71.20 |
| 9/8/2020 | 268.90 | 158,313,471 | 42,570,492,352 | 45,589,021 | 112,724,450 | 30,311,604,605 | 71.20 |
| 9/9/2020 | 272.51 | 158,313,471 | 43,142,003,982 | 45,589,021 | 112,724,450 | 30,718,539,870 | 71.20 |
| 9/10/2020 | 266.51 | 158,313,471 | 42,192,123,156 | 45,589,021 | 112,724,450 | 30,042,193,170 | 71.20 |
| 9/11/2020 | 269.91 | 158,313,471 | 42,730,388,958 | 45,589,021 | 112,724,450 | 30,425,456,300 | 71.20 |
| 9/14/2020 | 278.29 | 158,313,471 | 44,057,055,845 | 45,589,021 | 112,724,450 | 31,370,087,191 | 71.20 |
| 9/15/2020 | 278.45 | 158,313,471 | 44,082,386,000 | 45,589,021 | 112,724,450 | 31,388,123,103 | 71.20 |
| 9/16/2020 | 276.39 | 158,313,471 | 43,756,260,250 | 45,589,021 | 112,724,450 | 31,155,910,736 | 71.20 |
| 9/17/2020 | 275.37 | 158,313,471 | 43,594,780,509 | 45,589,021 | 112,724,450 | 31,040,931,797 | 71.20 |
| 9/18/2020 | 274.48 | 158,313,471 | 43,453,881,520 | 45,589,021 | 112,724,450 | 30,940,607,036 | 71.20 |
| 9/21/2020 | 268.30 | 158,313,471 | 42,475,504,269 | 45,589,021 | 112,724,450 | 30,243,969,935 | 71.20 |
| 9/22/2020 | 272.76 | 158,313,471 | 43,181,582,350 | 45,589,021 | 112,724,450 | 30,746,720,982 | 71.20 |
| 9/23/2020 | 272.20 | 158,313,471 | 43,092,926,806 | 45,589,021 | 112,724,450 | 30,683,595,290 | 71.20 |
| 9/24/2020 | 270.04 | 158,313,471 | 42,750,969,709 | 45,589,021 | 112,724,450 | 30,440,110,478 | 71.20 |
| 9/25/2020 | 273.28 | 158,313,471 | 43,263,905,355 | 45,589,021 | 112,724,450 | 30,805,337,696 | 71.20 |
| 9/28/2020 | 282.04 | 158,313,471 | 44,649,939,793 | 45,589,021 | 112,724,450 | 31,792,240,256 | 71.20 |
| 9/29/2020 | 282.35 | 158,313,471 | 44,699,808,537 | 45,589,021 | 112,724,450 | 31,827,748,458 | 71.20 |
| 9/30/2020 | 283.68 | 158,313,471 | 44,910,365,453 | 45,589,021 | 112,724,450 | 31,977,671,976 | 71.20 |
| 10/1/2020 | 285.57 | 158,313,471 | 45,209,577,913 | 45,589,021 | 112,724,450 | 32,190,721,187 | 71.20 |
| 10/2/2020 | 277.64 | 158,313,471 | 43,954,152,088 | 45,589,021 | 112,724,450 | 31,296,816,298 | 71.20 |
| 10/5/2020 | 284.18 | 158,313,471 | 44,989,522,189 | 45,589,021 | 112,724,450 | 32,034,034,201 | 71.20 |
| 10/6/2020 | 281.15 | 158,313,471 | 44,509,832,372 | 45,589,021 | 112,724,450 | 31,692,479,118 | 71.20 |
| 10/7/2020 | 285.75 | 158,313,471 | 45,238,074,338 | 45,589,021 | 112,724,450 | 32,211,011,588 | 71.20 |
| 10/8/2020 | 286.92 | 158,313,471 | 45,423,301,099 | 45,589,021 | 112,724,450 | 32,342,899,194 | 71.20 |
| 10/9/2020 | 286.54 | 158,313,471 | 45,363,141,980 | 45,589,021 | 112,724,450 | 32,300,063,903 | 71.20 |
| 10/12/2020 | 291.48 | 158,313,471 | 46,145,210,527 | 45,589,021 | 112,724,450 | 32,856,922,686 | 71.20 |
| 10/13/2020 | 291.46 | 158,313,471 | 46,142,044,258 | 45,589,021 | 112,724,450 | 32,854,668,197 | 71.20 |
| 10/14/2020 | 289.02 | 158,313,471 | 45,755,759,388 | 45,589,021 | 112,724,450 | 32,579,620,539 | 71.20 |
| 10/15/2020 | 280.63 | 158,313,471 | 44,427,509,367 | 45,589,021 | 112,724,450 | 31,633,862,404 | 71.20 |
| 10/16/2020 | 280.01 | 158,313,471 | 44,329,355,015 | 45,589,021 | 112,724,450 | 31,563,973,245 | 71.20 |

**Exhibit 7**
**Biogen Inc.**
**Daily Market Capitalization and Float for Biogen Common Stock**
**Analysis Period: July 22, 2020 to November 4, 2020[1]**

| Date | Closing Price | Shares Outstanding[2] | Market Capitalization | Insider Holdings[3] | Float | Market Value of Float | Float as a Percent of Shares Outstanding |
|---|---|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) |
| | | | (2) × (3) | | (3) - (5) | (2) × (6) | (6) / (3) |
| 10/19/2020 | $ 268.77 | 158,313,471 | $ 42,549,911,601 | 45,589,021 | 112,724,450 | $ 30,296,950,427 | 71.20 % |
| 10/20/2020 | 267.12 | 153,881,597 | 41,104,852,191 | 45,589,021 | 108,292,576 | 28,927,112,901 | 70.37 |
| 10/21/2020 | 268.91 | 153,881,597 | 41,380,300,249 | 45,589,021 | 108,292,576 | 29,120,956,612 | 70.37 |
| 10/22/2020 | 266.80 | 153,881,597 | 41,055,610,080 | 45,589,021 | 108,292,576 | 28,892,459,277 | 70.37 |
| 10/23/2020 | 265.00 | 153,881,597 | 40,778,623,205 | 45,589,021 | 108,292,576 | 28,697,532,640 | 70.37 |
| 10/26/2020 | 256.76 | 153,881,597 | 39,510,638,846 | 45,589,021 | 108,292,576 | 27,805,201,814 | 70.37 |
| 10/27/2020 | 255.30 | 153,881,597 | 39,285,971,714 | 45,589,021 | 108,292,576 | 27,647,094,653 | 70.37 |
| 10/28/2020 | 244.26 | 153,881,597 | 37,587,118,883 | 45,589,021 | 108,292,576 | 26,451,544,614 | 70.37 |
| 10/29/2020 | 245.48 | 153,881,597 | 37,774,854,432 | 45,589,021 | 108,292,576 | 26,583,661,556 | 70.37 |
| 10/30/2020 | 252.07 | 153,881,597 | 38,788,934,156 | 45,589,021 | 108,292,576 | 27,297,309,632 | 70.37 |
| 11/2/2020 | 248.99 | 153,881,597 | 38,314,978,837 | 45,589,021 | 108,292,576 | 26,963,768,498 | 70.37 |
| 11/3/2020 | 247.01 | 153,881,597 | 38,010,293,275 | 45,589,021 | 108,292,576 | 26,749,349,198 | 70.37 |
| 11/4/2020 | 355.63 | 153,881,597 | 54,724,912,341 | 45,589,021 | 108,292,576 | 38,512,088,803 | 70.37 |

| | |
|---|---|
| **Average Float as a Percent of Shares Outstanding:** | 71.07 % |

| | |
|---|---|
| **Median Float as a Percent of Shares Outstanding:** | 71.20 % |

**Notes and Sources:**
Closing price data from FactSet Research Systems Inc.
Insider holdings and shares outstanding data from SEC filings.

[1] The Appeal from the United States District Court of the District of Massachusetts reversed "claims predicated upon Sandrock's 'all data' statement" (p. 42) made on July 22, 2020. As such, the Analysis Period is assumed to begin on July 22, 2020. According to the Memorandum & Order dated March 27, 2025, "[t]he earliest point at which the market began to react to corrective information was on November 5," so the Analysis Period is assumed to end on November 4, 2020.

[2] Daily shares outstanding figures are as of most recent reported date.

[3] Insider holdings figures exlcude any shares of Biogen common stock that may be acquired through the exercise of stock options.

**Exhibit 8a**
**Biogen Inc.**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Biogen Common Stock**
**Analysis Period: July 22, 2020 to November 4, 2020[1]**

| | News Days | | | Non-News Days | | | Difference Between News Days and Non-News Days | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total Number | Number with Significant Excess Returns[2] | Percent of Days with Significant Excess Returns | Total Number | Number with Significant Excess Returns[2] | Percent of Days with Significant Excess Returns | Difference in Percentages | z-statistic[3] | p-value[4] | Difference from Zero at 5% Significance Level?[5] |
| | (1) | (2) | (3) (2) / (1) | (4) | (5) | (6) (5) / (4) | (7) (3) - (6) | (8) | (9) | (10) |
| **I. Earnings Dates[6]** | 2 | 0 | 0.00 % | 73 | 2 | 2.74 % | (2.74) % | (0.24) | 0.81 | No |
| **II. Using *Dow Jones Newswires* Stories Obtained Via a Company Search[7]** | | | | | | | | | | |
| All News Stories | 35 | 2 | 5.71 % | 40 | 0 | 0.00 % | 5.71 % | 1.53 | 0.13 | No |
| Only News Stories Published Outside Market Hours[8] | 29 | 1 | 3.45 % | 46 | 1 | 2.17 % | 1.27 % | 0.33 | 0.74 | No |
| Top 50% News Stories Published Outside Market Hours[9] | 11 | 1 | 9.09 % | 64 | 1 | 1.56 % | 7.53 % | 1.43 | 0.15 | No |
| Top 25% News Stories Published Outside Market Hours[10] | 7 | 1 | 14.29 % | 68 | 1 | 1.47 % | 12.82 % | 2.00 | 0.05 | Yes |
| Top 10% News Stories Published Outside Market Hours[11] | 2 | 0 | 0.00 % | 73 | 2 | 2.74 % | (2.74) % | (0.24) | 0.81 | No |
| **III. Using *Dow Jones Newswires* Stories Obtained Via a Text Search[12]** | | | | | | | | | | |
| All News Stories | 35 | 2 | 5.71 % | 40 | 0 | 0.00 % | 5.71 % | 1.53 | 0.13 | No |
| Only News Stories Published Outside Market Hours[8] | 29 | 1 | 3.45 % | 46 | 1 | 2.17 % | 1.27 % | 0.33 | 0.74 | No |
| Top 50% News Stories Published Outside Market Hours[13] | 9 | 1 | 11.11 % | 66 | 1 | 1.52 % | 9.60 % | 1.68 | 0.09 | No |
| Top 25% News Stories Published Outside Market Hours[14] | 7 | 1 | 14.29 % | 68 | 1 | 1.47 % | 12.82 % | 2.00 | 0.05 | Yes |
| Top 10% News Stories Published Outside Market Hours[15] | 2 | 0 | 0.00 % | 73 | 2 | 2.74 % | (2.74) % | (0.24) | 0.81 | No |

**Notes and Sources:**

Data obtained from FactSet Research Systems Inc.

[1] The estimation period is assumed to be the calendar year preceding the Analysis Period. The Appeal from the United States District Court of the District of Massachusetts reversed "claims predicated upon Sandrock's 'all data' statement" (p. 42) made on July 22, 2020. As such, the Analysis Period is assumed to begin on July 22, 2020. According to the Memorandum & Order dated March 27, 2025, "[t]he earliest point at which the market began to react to corrective information was on November 5," so the Analysis Period is assumed to end on November 4, 2020.

[2] Days for which the excess return was statistically significant at the 5% level. Returns are predicted using a regression of the returns of Biogen common stock on the returns of the Dow Jones U.S. Select Pharmaceuticals Index run over the period from July 22, 2019 to July 21, 2020 [N=253]. For more information, see Exhibit 8b.

[3] The z-statistic is a test statistic for a two-sample test of binomial proportions. It measures the probability of obtaining results as or more extreme than those observed if the returns for news and non-news days were drawn from the same distribution. The further the z-statistic is from zero, the less likely that the observed difference could have been seen if the returns for news and non-news days were drawn from the same distribution.

[4] The p-value represents the probability of obtaining a test statistic as or more extreme than the observed test statistic assuming that the null hypothesis is true.

[5] A 5% significance level means that the difference in percentages in column (7) is of a magnitude that would be observed no more than 5% of the time if there is no difference in market reaction to news and non-news days.

[6] Earnings dates obtained from I/B/E/S Consensus EPS Surprise History via FactSet Research Systems Inc. and verified via Factiva Dow Jones.

[7] News days are defined as days on which there was at least one news article on Biogen published by *Dow Jones Newswires* as downloaded from Factiva Dow Jones via a company search. News stories were obtained through a search for news stories categorized as relevant to the company "Biogen Inc." by Factiva Dow Jones between July 22, 2020 and November 4, 2020, including news published after market hours on July 21, 2020. The search included news stories published by Dow Jones Newswires, excluding "recurring pricing and market data" and "Obituaries, sports, calendars…" On days when news came out at or after 4:00 PM or when there was news on a non-trading day, the next trading day was considered the effective date.

[8] All news articles that were published during trading hours (i.e., news published at or after 9:30 AM ET and before 4:00 PM ET on days during which Biogen common stock traded) were removed.

**Exhibit 8a**
**Biogen Inc.**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Biogen Common Stock**
**Analysis Period: July 22, 2020 to November 4, 2020[1]**

[9] News days are defined as days in the top 50% of all days with *Dow Jones Newswires* news articles obtained via a company search and published outside market hours, where the number of news articles is greater than the 50th percentile of all such news days, ranked by the number of articles on Biogen during the period from July 22, 2020 and November 4, 2020, inclusive. In other words, days with news stories obtained via a company search and published outside market hours are first ordered by the number of news stories. Then, the top 50% of those days are defined as news days for this test. On days when news came out at or after 4:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[10] News days are defined as days in the top 25% of all days with *Dow Jones Newswires* news articles obtained via a company search and published outside market hours, where the number of news articles is greater than the 75th percentile of all such news days, ranked by the number of articles on Biogen during the period from July 22, 2020 and November 4, 2020, inclusive. In other words, days with news stories obtained via a company search and published outside market hours are first ordered by the number of news stories. Then, the top 25% of those days are defined as news days for this test. On days when news came out at or after 4:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[11] News days are defined as days in the top 10% of all days with *Dow Jones Newswires* news articles obtained via a company search and published outside market hours, where the number of news articles is greater than the 90th percentile of all such news days, ranked by the number of articles on Biogen during the period from July 22, 2020 and November 4, 2020, inclusive. In other words, days with news stories obtained via a company search and published outside market hours are first ordered by the number of news stories. Then, the top 10% of those days are defined as news days for this test. On days when news came out at or after 4:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[12] News days are defined as days on which there was at least one news article on Biogen published by *Dow Jones Newswires* as downloaded from Factiva Dow Jones via a text search. News stories were obtained through a text search for "Biogen" in the headline or lead paragraph of articles published on Dow Jones Newswires between July 22, 2020 and November 4, 2020, including news published after market hours on July 21, 2020. The search excluded news stories on "Recurring pricing and market data" and "Obituaries, sports, calendars…" On days when news came out at or after 4:00 PM ET or when there was news on a non-trading day, the next trading day was considered the effective date.

[13] News days are defined as days in the top 50% of all days with *Dow Jones Newswires* news articles obtained via a text search and published outside market hours, where the number of news articles is greater than the 50th percentile of all such news days, ranked by the number of articles on Biogen during the period from July 22, 2020 and November 4, 2020, inclusive. In other words, days with news stories obtained via a text search and published outside market hours are first ordered by the number of news stories. Then, the top 50% of those days are defined as news days for this test. On days when news came out at or after 4:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[14] News days are defined as days in the top 25% of all days with *Dow Jones Newswires* news articles obtained via a text search and published outside market hours, where the number of news articles is greater than the 75th percentile of all such news days, ranked by the number of articles on Biogen during the period from July 22, 2020 and November 4, 2020, inclusive. In other words, days with news stories obtained via a text search and published outside market hours are first ordered by the number of news stories. Then, the top 25% of those days are defined as news days for this test. On days when news came out at or after 4:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[15] News days are defined as days in the top 10% of all days with *Dow Jones Newswires* news articles obtained via a text search and published outside market hours, where the number of news articles is greater than the 90th percentile of all such news days, ranked by the number of articles on Biogen during the period from July 22, 2020 and November 4, 2020, inclusive. In other words, days with news stories obtained via a text search and published outside market hours are first ordered by the number of news stories. Then, the top 10% of those days are defined as news days for this test. On days when news came out at or after 4:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

**Exhibit 8a-percentile**
**Biogen Inc.**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Biogen Common Stock**
*Using Percentile Ranks for 5% Significance*
**Analysis Period: July 22, 2020 to November 4, 2020[1]**

| | News Days | | | Non-News Days | | | Difference Between News Days and Non-News Days | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Total Number | Number with Significant Excess Returns[2] | Percent of Days with Significant Excess Returns | Total Number | Number with Significant Excess Returns[2] | Percent of Days with Significant Excess Returns | Difference in Percentages | z-statistic[3] | p-value[4] | Difference from Zero at 5% Significance Level?[5] |
| | (1) | (2) | (3) (2)/(1) | (4) | (5) | (6) (5)/(4) | (7) (3)-(6) | (8) | (9) | (10) |
| **I. Earnings Dates[6]** | 2 | 0 | 0.00 % | 73 | 4 | 5.48 % | (5.48) % | (0.34) | 0.73 | No |
| **II. Using *Dow Jones Newswires* Stories Obtained Via a Company Search[7]** | | | | | | | | | | |
| **All News Stories** | 35 | 4 | 11.43 % | 40 | 0 | 0.00 % | 11.43 % | 2.20 | 0.03 | Yes |
| **Only News Stories Published Outside Market Hours[8]** | 29 | 3 | 10.34 % | 46 | 1 | 2.17 % | 8.17 % | 1.53 | 0.13 | No |
| **Top 50% News Stories Published Outside Market Hours[9]** | 11 | 3 | 27.27 % | 64 | 1 | 1.56 % | 25.71 % | 3.51 | 0.00 | Yes |
| **Top 25% News Stories Published Outside Market Hours[10]** | 7 | 2 | 28.57 % | 68 | 2 | 2.94 % | 25.63 % | 2.87 | 0.00 | Yes |
| **Top 10% News Stories Published Outside Market Hours[11]** | 2 | 0 | 0.00 % | 73 | 4 | 5.48 % | (5.48) % | (0.34) | 0.73 | No |
| **III. Using *Dow Jones Newswires* Stories Obtained Via a Text Search[12]** | | | | | | | | | | |
| **All News Stories** | 35 | 4 | 11.43 % | 40 | 0 | 0.00 % | 11.43 % | 2.20 | 0.03 | Yes |
| **Only News Stories Published Outside Market Hours[8]** | 29 | 3 | 10.34 % | 46 | 1 | 2.17 % | 8.17 % | 1.53 | 0.13 | No |
| **Top 50% News Stories Published Outside Market Hours[13]** | 9 | 3 | 33.33 % | 66 | 1 | 1.52 % | 31.82 % | 3.99 | 0.00 | Yes |
| **Top 25% News Stories Published Outside Market Hours[14]** | 7 | 2 | 28.57 % | 68 | 2 | 2.94 % | 25.63 % | 2.87 | 0.00 | Yes |
| **Top 10% News Stories Published Outside Market Hours[15]** | 2 | 0 | 0.00 % | 73 | 4 | 5.48 % | (5.48) % | (0.34) | 0.73 | No |

**Notes and Sources:**
Data obtained from FactSet Research Systems Inc.

[1] The estimation period is assumed to be the calendar year preceding the Analysis Period. The Appeal from the United States District Court of the District of Massachusetts reversed "claims predicated upon Sandrock's 'all data' statement" (p. 42) made on July 22, 2020. As such, the Analysis Period is assumed to begin on July 22, 2020. According to the Memorandum & Order dated March 27, 2025, "[t]he earliest point at which the market began to react to corrective information was on November 5," so the Analysis Period is assumed to end on November 4, 2020.

[2] The absolute value t-stats are ordered from largest to smallest. Those in the 95th percentile or greater are deemed to be statistically significant at the 5% level. Returns are predicted using a regression of the returns of Biogen common stock on the returns of the Dow Jones U.S. Select Pharmaceuticals Index run over the period from July 22, 2019 to July 21, 2020 [N=253]. For more information, see Exhibit 8b.

[3] The z-statistic is a test statistic for a two-sample test of binomial proportions. It measures the probability of obtaining results as or more extreme than those observed if the returns for news and non-news days were drawn from the same distribution. The further the z-statistic is from zero, the less likely that the observed difference could have been seen if the returns for news and non-news days were drawn from the same distribution.

[4] The p-value represents the probability of obtaining a test statistic as or more extreme than the observed test statistic assuming that the null hypothesis is true.

[5] A 5% significance level means that the difference in percentages in column (7) is of a magnitude that would be observed no more than 5% of the time if there is no difference in market reaction to news and non-news days.

[6] Earnings dates obtained from I/B/E/S Consensus EPS Surprise History via FactSet Research Systems Inc. and verified via Factiva Dow Jones.

[7] News days are defined as days on which there was at least one news article on Biogen published by *Dow Jones Newswires* as downloaded from Factiva Dow Jones via a company search. News stories were obtained through a search for news stories categorized as relevant to the company "Biogen Inc." by Factiva Dow Jones between July 22, 2020 and November 4, 2020, including news published after market hours on July 21, 2020. The search included news stories published by Dow Jones Newswires, excluding "recurring pricing and market data" and "Obituaries, sports, calendars…" On days when news came out at or after 4:00 PM or when there was news on a non-trading day, the next trading day was considered the effective date.

**Exhibit 8a-percentile**
**Biogen Inc.**
**Percent of Days with Statistically Significant Returns on News Days as Compared to Non-News Days for Biogen Common Stock**
*Using Percentile Ranks for 5% Significance*
**Analysis Period: July 22, 2020 to November 4, 2020[1]**

[8] All news articles that were published during trading hours (i.e., news published at or after 9:30 AM ET and before 4:00 PM ET on days during which Biogen common stock traded) were removed.

[9] News days are defined as days in the top 50% of all days with *Dow Jones Newswires* news articles obtained via a company search and published outside market hours, where the number of news articles is greater than the 50th percentile of all such news days, ranked by the number of articles on Biogen during the period from July 22, 2020 and November 4, 2020, inclusive. In other words, days with news stories obtained via a company search and published outside market hours are first ordered by the number of news stories. Then, the top 50% of those days are defined as news days for this test. On days when news came out at or after 4:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[10] News days are defined as days in the top 25% of all days with *Dow Jones Newswires* news articles obtained via a company search and published outside market hours, where the number of news articles is greater than the 75th percentile of all such news days, ranked by the number of articles on Biogen during the period from July 22, 2020 and November 4, 2020, inclusive. In other words, days with news stories obtained via a company search and published outside market hours are first ordered by the number of news stories. Then, the top 25% of those days are defined as news days for this test. On days when news came out at or after 4:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[11] News days are defined as days in the top 10% of all days with *Dow Jones Newswires* news articles obtained via a company search and published outside market hours, where the number of news articles is greater than the 90th percentile of all such news days, ranked by the number of articles on Biogen during the period from July 22, 2020 and November 4, 2020, inclusive. In other words, days with news stories obtained via a company search and published outside market hours are first ordered by the number of news stories. Then, the top 10% of those days are defined as news days for this test. On days when news came out at or after 4:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[12] News days are defined as days on which there was at least one news article on Biogen published by *Dow Jones Newswires* as downloaded from Factiva Dow Jones via a text search. News stories were obtained through a text search for "Biogen" in the headline or lead paragraph of articles published on Dow Jones Newswires between July 22, 2020 and November 4, 2020, including news published after market hours on July 21, 2020. The search excluded news stories on "Recurring pricing and market data" and "Obituaries, sports, calendars…" On days when news came out at or after 4:00 PM ET or when there was news on a non-trading day, the next trading day was considered the effective date.

[13] News days are defined as days in the top 50% of all days with *Dow Jones Newswires* news articles obtained via a text search and published outside market hours, where the number of news articles is greater than the 50th percentile of all such news days, ranked by the number of articles on Biogen during the period from July 22, 2020 and November 4, 2020, inclusive. In other words, days with news stories obtained via a text search and published outside market hours are first ordered by the number of news stories. Then, the top 50% of those days are defined as news days for this test. On days when news came out at or after 4:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[14] News days are defined as days in the top 25% of all days with *Dow Jones Newswires* news articles obtained via a text search and published outside market hours, where the number of news articles is greater than the 75th percentile of all such news days, ranked by the number of articles on Biogen during the period from July 22, 2020 and November 4, 2020, inclusive. In other words, days with news stories obtained via a text search and published outside market hours are first ordered by the number of news stories. Then, the top 25% of those days are defined as news days for this test. On days when news came out at or after 4:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

[15] News days are defined as days in the top 10% of all days with *Dow Jones Newswires* news articles obtained via a text search and published outside market hours, where the number of news articles is greater than the 90th percentile of all such news days, ranked by the number of articles on Biogen during the period from July 22, 2020 and November 4, 2020, inclusive. In other words, days with news stories obtained via a text search and published outside market hours are first ordered by the number of news stories. Then, the top 10% of those days are defined as news days for this test. On days when news came out at or after 4:00 PM ET or when there was news on a non-trading day, the next trading day is considered the effective date.

**Exhibit 8b**
**Biogen Inc.**
**Statistical Model of Daily Logarithmic Returns of Biogen Common Stock**
**Estimation Period: July 22, 2019 to July 21, 2020 [N=253][1]**

| Log Return of | = | 0.00 [2] | + | **1.00** [3] | × | Log Return of Dow Jones U.S. |
|---|---|---|---|---|---|---|
| Biogen Stock Price | | *0.25* | | *11.73* | | Select Pharmaceuticals Index |

| | | |
|---|---|---|
| **Observations** | = | 253 |
| **R-Squared[4]** | = | 35.42% |
| **Adjusted R-Squared[5]** | = | 35.16% |
| **Standard Error[6]** | = | 0.025 |

**Notes and Sources:**

Data obtained from FactSet Research Systems Inc.

t-statistics are shown in *italics*.  Statistically significant coefficients (at the 5% level) are shown in **bold**.

[1] The estimation period is assumed to be the calendar year preceding the Analysis Period. The Appeal from the United States District Court of the District of Massachusetts reversed "claims predicated upon Sandrock's 'all data' statement" (p. 42) made on July 22, 2020. As such, the Analysis Period is assumed to begin on July 22, 2020.

[2] The constant is the expected value of the dependent variable (log return of Biogen common stock) if the independent variable (log return of Dow Jones U.S. Select Pharmaceuticals Index) equals zero.

[3] This coefficient measures the change in the dependent variable (log return of Biogen common stock) associated with a one unit change in the independent variable (Dow Jones U.S. Select Pharmaceuticals Index), while holding all else constant.

[4] R-Squared is the percent of the variance in the dependent variable (log return of Biogen common stock) that is explained by the variance of the independent variable (log return of Dow Jones U.S. Select Pharmaceuticals Index).

[5] Adjusted R-Squared is the percent of the variance in the dependent variable (log return of Biogen common stock) that is explained by the variance of the independent variable (log return of Dow Jones U.S. Select Pharmaceuticals Index), adjusted for the number of predictors in the market model.

[6] Denotes the standard error of the regression model, which is a statistical measure of the variability of predictions made with the regression model.

**Exhibit 9**
**Biogen Inc.**
**Daily Bid-Ask Spread for Biogen Common Stock**
**Analysis Period: July 22, 2020 to November 4, 2020[1]**

| Date | Closing Price | Bid | Ask | Bid-Ask Spread | Spread as a Percent of Closing Price |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) |
| | | | | (4) - (3) | (5) / (2) |
| 7/22/2020 | $ 280.81 | $ 280.81 | $ 280.98 | $ 0.17 | 0.06 % |
| 7/23/2020 | 278.51 | 278.41 | 278.51 | 0.10 | 0.04 |
| 7/24/2020 | 272.33 | 272.23 | 272.33 | 0.10 | 0.04 |
| 7/27/2020 | 286.19 | 286.06 | 286.15 | 0.09 | 0.03 |
| 7/28/2020 | 280.35 | 280.36 | 280.57 | 0.21 | 0.07 |
| 7/29/2020 | 277.36 | 277.19 | 277.36 | 0.17 | 0.06 |
| 7/30/2020 | 274.86 | 274.85 | 275.18 | 0.33 | 0.12 |
| 7/31/2020 | 274.69 | 274.41 | 274.71 | 0.30 | 0.11 |
| 8/3/2020 | 278.16 | 277.92 | 278.15 | 0.23 | 0.08 |
| 8/4/2020 | 276.08 | 276.08 | 276.22 | 0.14 | 0.05 |
| 8/5/2020 | 276.17 | 276.03 | 276.18 | 0.15 | 0.05 |
| 8/6/2020 | 277.66 | 277.38 | 277.53 | 0.15 | 0.05 |
| 8/7/2020 | 305.71 | 305.53 | 305.70 | 0.17 | 0.06 |
| 8/10/2020 | 300.26 | 299.98 | 300.30 | 0.32 | 0.11 |
| 8/11/2020 | 289.94 | 289.94 | 290.10 | 0.16 | 0.06 |
| 8/12/2020 | 293.22 | 293.22 | 293.44 | 0.22 | 0.08 |
| 8/13/2020 | 288.54 | 288.42 | 288.54 | 0.12 | 0.04 |
| 8/14/2020 | 289.45 | 289.28 | 289.44 | 0.16 | 0.06 |
| 8/17/2020 | 289.16 | 289.01 | 289.17 | 0.16 | 0.06 |
| 8/18/2020 | 288.88 | 288.74 | 288.88 | 0.14 | 0.05 |
| 8/19/2020 | 279.98 | 280.00 | 280.08 | 0.08 | 0.03 |
| 8/20/2020 | 277.52 | 277.27 | 277.48 | 0.21 | 0.08 |
| 8/21/2020 | 277.07 | 277.07 | 277.18 | 0.11 | 0.04 |
| 8/24/2020 | 276.56 | 276.50 | 276.57 | 0.07 | 0.03 |
| 8/25/2020 | 279.03 | 279.04 | 279.15 | 0.11 | 0.04 |
| 8/26/2020 | 279.17 | 279.00 | 279.18 | 0.18 | 0.06 |
| 8/27/2020 | 279.26 | 279.26 | 279.50 | 0.24 | 0.09 |
| 8/28/2020 | 281.46 | 281.22 | 281.26 | 0.04 | 0.01 |
| 8/31/2020 | 287.64 | 287.64 | 287.68 | 0.04 | 0.01 |
| 9/1/2020 | 279.75 | 279.75 | 279.88 | 0.13 | 0.05 |
| 9/2/2020 | 285.60 | 285.50 | 285.60 | 0.10 | 0.04 |
| 9/3/2020 | 276.15 | 276.14 | 276.23 | 0.09 | 0.03 |
| 9/4/2020 | 276.00 | 276.00 | 276.52 | 0.52 | 0.19 |
| 9/8/2020 | 268.90 | 268.81 | 269.14 | 0.33 | 0.12 |
| 9/9/2020 | 272.51 | 272.40 | 272.62 | 0.22 | 0.08 |
| 9/10/2020 | 266.51 | 266.51 | 266.80 | 0.29 | 0.11 |
| 9/11/2020 | 269.91 | 269.73 | 269.89 | 0.16 | 0.06 |
| 9/14/2020 | 278.29 | 278.08 | 278.29 | 0.21 | 0.08 |
| 9/15/2020 | 278.45 | 278.35 | 278.45 | 0.10 | 0.04 |
| 9/16/2020 | 276.39 | 276.43 | 276.49 | 0.06 | 0.02 |

**Exhibit 9**
**Biogen Inc.**
**Daily Bid-Ask Spread for Biogen Common Stock**
**Analysis Period: July 22, 2020 to November 4, 2020[1]**

| Date | Closing Price | Bid | Ask | Bid-Ask Spread | Spread as a Percent of Closing Price |
|---|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) | (6) |
| | | | | (4) - (3) | (5) / (2) |
| 9/17/2020 | $ 275.37 | $ 275.28 | $ 275.45 | $ 0.17 | 0.06 % |
| 9/18/2020 | 274.48 | 274.19 | 274.46 | 0.27 | 0.10 |
| 9/21/2020 | 268.30 | 268.30 | 268.40 | 0.10 | 0.04 |
| 9/22/2020 | 272.76 | 272.70 | 272.76 | 0.06 | 0.02 |
| 9/23/2020 | 272.20 | 272.19 | 272.20 | 0.01 | 0.00 |
| 9/24/2020 | 270.04 | 270.04 | 270.28 | 0.24 | 0.09 |
| 9/25/2020 | 273.28 | 273.01 | 273.28 | 0.27 | 0.10 |
| 9/28/2020 | 282.04 | 282.03 | 282.04 | 0.01 | 0.00 |
| 9/29/2020 | 282.35 | 282.35 | 282.60 | 0.25 | 0.09 |
| 9/30/2020 | 283.68 | 283.24 | 283.68 | 0.44 | 0.16 |
| 10/1/2020 | 285.57 | 285.57 | 285.81 | 0.24 | 0.08 |
| 10/2/2020 | 277.64 | 277.43 | 277.64 | 0.21 | 0.08 |
| 10/5/2020 | 284.18 | 284.18 | 284.40 | 0.22 | 0.08 |
| 10/6/2020 | 281.15 | 281.00 | 281.29 | 0.29 | 0.10 |
| 10/7/2020 | 285.75 | 285.74 | 285.94 | 0.20 | 0.07 |
| 10/8/2020 | 286.92 | 286.73 | 286.92 | 0.19 | 0.07 |
| 10/9/2020 | 286.54 | 286.54 | 286.55 | 0.01 | 0.00 |
| 10/12/2020 | 291.48 | 291.35 | 291.73 | 0.38 | 0.13 |
| 10/13/2020 | 291.46 | 291.46 | 291.58 | 0.12 | 0.04 |
| 10/14/2020 | 289.02 | 289.02 | 289.21 | 0.19 | 0.07 |
| 10/15/2020 | 280.63 | 280.63 | 280.64 | 0.01 | 0.00 |
| 10/16/2020 | 280.01 | 280.01 | 280.18 | 0.17 | 0.06 |
| 10/19/2020 | 268.77 | 268.75 | 269.16 | 0.41 | 0.15 |
| 10/20/2020 | 267.12 | 267.11 | 267.47 | 0.36 | 0.13 |
| 10/21/2020 | 268.91 | 268.94 | 269.19 | 0.25 | 0.09 |
| 10/22/2020 | 266.80 | 266.81 | 267.01 | 0.20 | 0.07 |
| 10/23/2020 | 265.00 | 265.00 | 265.16 | 0.16 | 0.06 |
| 10/26/2020 | 256.76 | 256.76 | 257.06 | 0.30 | 0.12 |
| 10/27/2020 | 255.30 | 255.30 | 255.45 | 0.15 | 0.06 |
| 10/28/2020 | 244.26 | 244.26 | 244.60 | 0.34 | 0.14 |
| 10/29/2020 | 245.48 | 245.46 | 245.48 | 0.02 | 0.01 |
| 10/30/2020 | 252.07 | 252.07 | 252.08 | 0.01 | 0.00 |
| 11/2/2020 | 248.99 | 249.00 | 249.08 | 0.08 | 0.03 |
| 11/3/2020 | 247.01 | 246.56 | 247.01 | 0.45 | 0.18 |
| 11/4/2020 | 355.63 | 355.29 | 355.50 | 0.21 | 0.06 |

**Average Bid-Ask Spread as a Percent of Closing Price:** 0.07 %

**Median Bid-Ask Spread as a Percent of Closing Price:** 0.06 %

**Exhibit 9**
**Biogen Inc.**
**Daily Bid-Ask Spread for Biogen Common Stock**
**Analysis Period: July 22, 2020 to November 4, 2020**[1]

| Date | Closing Price | Bid | Ask | Bid-Ask Spread | Spread as a Percent of Closing Price |
|------|---------------|-----|-----|----------------|--------------------------------------|
| (1) | (2) | (3) | (4) | (5) | (6) |
|  |  |  |  | (4) - (3) | (5) / (2) |

**Notes and Source:**

Data obtained from FactSet Research Systems Inc.

[1] The Appeal from the United States District Court of the District of Massachusetts reversed "claims predicated upon Sandrock's 'all data' statement" (pg. 42) made on July 22, 2020. As such, the Analysis Period is assumed to begin on July 22, 2020. According to the Memorandum & Order dated March 27, 2025, "[t]he earliest point at which the market began to react to corrective information was on November 5," so the Analysis Period is assumed to end on November 4, 2020.

**Exhibit 10a**
**Biogen Inc.**
**One-Day Autocorrelation of Daily Log Returns for Biogen Common Stock**
**Analysis Period: July 22, 2020 to November 4, 2020[1]**

| Window | Number of Observations | Autocorrelation in Daily Actual Log Returns[2] | t-statistic[3] | p-value |
|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) |
| July 22, 2020 to November 4, 2020 | 75 | (0.23) | (0.89) | 0.38 |

**Notes and Sources:**

Data obtained from FactSet Research Systems Inc.

[1] The Appeal from the United States District Court of the District of Massachusetts reversed "claims predicated upon Sandrock's 'all data' statement" (p. 42) made on July 22, 2020. As such, the Analysis Period is assumed to begin on July 22, 2020. According to the Memorandum & Order dated March 27, 2025, "[t]he earliest point at which the market began to react to corrective information was on November 5," so the Analysis Period is assumed to end on November 4, 2020.

[2] This is the coefficient of the independent variable in the autocorrelation model.

[3] Two stars (**) represents significance at the 5% level, and one star (*) represents significance at the 10% level.

**Exhibit 10b**
**Biogen Inc.**
**Runs Test for Biogen Common Stock[1]**
**Analysis Period: July 22, 2020 to November 4, 2020[2]**

| Window | Observations | Number of Runs[3] | z-statistic[4] | p-value |
|---|---|---|---|---|
| (1) | (2) | (3) | (4) | (5) |
| July 22, 2020 to November 4, 2020 | 75 | 37 | (0.35) | 0.73 |

**Notes and Sources:**

Data obtained from FactSet Research Systems Inc.

[1] A runs test is a non-parametric test whereby the number of sequences of values above and below the median value of the data set is tabulated and compared against its sampling distribution under the random walk hypothesis.

[2] The Appeal from the United States District Court of the District of Massachusetts reversed "claims predicated upon Sandrock's 'all data' statement" (p. 42) made on July 22, 2020. As such, the Analysis Period is assumed to begin on July 22, 2020. According to the Memorandum & Order dated March 27, 2025, "[t]he earliest point at which the market began to react to corrective information was on November 5," so the Analysis Period is assumed to end on November 4, 2020.

[3] A run is defined as a sequential series of values above or below the median value of the data set.

[4] The z-statistic is a test statistic of binomial proportions. It measures the likelihood of observing results as or more extreme than those actually observed if the data were generated by a theoretical process with no autocorrelation. Two stars (**) represents significance at the 5% level; one star (*) represents significance at the 10% level.

**Exhibit 11**
**Biogen Inc.**
**Change in Analyst Price Targets[1]**
**Following the Release of Adu Briefing Documents on November 4, 2020**
**November 4, 2020 to November 5, 2020**

| Report Date (1) | Analyst (2) | Report Title (3) | PDF Metadata Report Time (4) | Mentions Statistical Report?[2] (5) | Previous Price Target Date (6) | Previous (7) | Current (8) | Change (9) (8) - (7) |
|---|---|---|---|---|---|---|---|---|
| 11/4/2020 | Wells Fargo | BIIB: Upgrading on Positive Risk-Reward Into Aducanumab Panel | 10:56 AM | No | 7/22/2020 | $ 324.00 | $ 390.00 | $ 66.00 |
| 11/4/2020 | Jefferies | Upgrade to Buy - Hot Debate but FDA Clearly Reads Positive on Efficacy, Safety | 1:06 PM | No | 10/21/2020 | 300.00 | 450.00 | 150.00 |
| 11/4/2020 | Canaccord Genuity | FDAducanumab and BIIB set stage for key AdCom on 11/6; reiterate BUY, PT up to $393 | 2:53 PM | Yes | 4/24/2020 | 350.00 | 393.00 | 43.00 |
| 11/4/2020 | Bank of America | Positive regulatory outlook shifts adu dynamics | 3:00 PM | Yes | 10/21/2020 | 230.00 | 360.00 | 130.00 |
| 11/4/2020 | Oppenheimer | Briefing Documents Provide Encouraging Insights | 3:25 PM | Yes | 10/21/2020 | 340.00 | 370.00 | 30.00 |
| 11/4/2020 | SVB Leerink | Best Case Scenario in Briefing Docs; Adu AdCom Appears De-Risked; PT to $402 | 4:48 PM | Yes | 8/19/2020 | 342.00 | 402.00 | 60.00 |
| *11/4/2020* | *Wells Fargo* | *BIIB: Increasing Target and Scenario Analysis Into AdCom* | *9:32 PM* | *Yes* | *11/4/2020* | *390.00* | *437.00* | *47.00* |
| 11/5/2020 | BMO Capital Markets | A-mab Ad-com Documents Read Positive | 4:30 AM | No | 7/22/2020 | 280.00 | 343.00 | 63.00 |

|  |  |  |
|---|---|---|
| **Average if Mentions Statistical Report[3]:** $ 315.50 | $ 381.25 | $ 65.75 |
| **Average if Does Not Mention Statistical Report:** 301.33 | 394.33 | 93.00 |
| **Difference:** $ (14.17) | $ 13.08 | $ 27.25 |

|  |  |  |
|---|---|---|
| **Average if Mentions Statistical Report (Including Only Reports With Previous PT After 4/22)[3,4]:** $ 315.50 | $ 381.25 | $ 65.75 |
| **Average if Does Not Mention Statistical Report (Including Only Reports With Previous PT After 4/22)[4]:** 301.33 | 394.33 | 93.00 |
| **Difference:** $ (14.17) | $ 13.08 | $ 27.25 |

|  |  |  |
|---|---|---|
| **Average if Mentions Statistical Report (Including Only Reports With Previous PT After 7/22)[3,5]:** $ 304.00 | $ 377.33 | $ 73.33 |
| **Average if Does Not Mention Statistical Report (Including Only Reports With Previous PT After 7/22)[5]:** 301.33 | 394.33 | 93.00 |
| **Difference:** $ (2.67) | $ 17.00 | $ 19.67 |

**Notes and Sources:**
Analyst reports obtained from Counsel.

[1] Only includes analyst reports that updated their price targets.

[2] This column denotes whether the analyst report mentioned the Massie Report that was released on November 4, 2020, along with other briefing materials, for the Aducanumab Advisory Committee meeting that occurred on November 6, 2020.

[3] Excludes the Wells Fargo report that was published at 9:32 PM, which is *italicized*.

[4] Excludes reports whose previous price target was updated before April 22, 2020.

[5] Excludes reports whose previous price target was updated before July 22, 2020.

**Exhibit 12**
**Biogen Inc.**
**Statistical Model of Daily Logarithmic Returns of Biogen Common Stock**
**Estimation Period: July 22, 2019 to July 21, 2020 [N=253][1]**

| Log Return of | = | 0.00 [2] | + | **1.00** [3] | × | Log Return of Dow Jones U.S. |
|---|---|---|---|---|---|---|
| Biogen Stock Price | | *0.25* | | *11.73* | | Select Pharmaceuticals Index |

| | | |
|---|---|---|
| **Observations** | = | 253 |
| **R-Squared[4]** | = | 35.42% |
| **Adjusted R-Squared[5]** | = | 35.16% |
| **Standard Error[6]** | = | 0.025 |

**Notes and Sources:**

Data obtained from FactSet Research Systems Inc.

t-statistics are shown in *italics*. Statistically significant coefficients (at the 5% level) are shown in **bold**.

[1] The estimation period is assumed to be the calendar year preceding the Analysis Period. The Appeal from the United States District Court of the District of Massachusetts reversed "claims predicated upon Sandrock's 'all data' statement" (p. 42) made on July 22, 2020. As such, the Analysis Period is assumed to begin on July 22, 2020.

[2] The constant is the expected value of the dependent variable (log return of Biogen common stock) if the independent variable (log return of Dow Jones U.S. Select Pharmaceuticals Index) equals zero.

[3] This coefficient measures the change in the dependent variable (log return of Biogen common stock) associated with a one unit change in the independent variable (Dow Jones U.S. Select Pharmaceuticals Index), while holding all else constant.

[4] R-Squared is the percent of the variance in the dependent variable (log return of Biogen common stock) that is explained by the variance of the independent variable (log return of Dow Jones U.S. Select Pharmaceuticals Index).

[5] Adjusted R-Squared is the percent of the variance in the dependent variable (log return of Biogen common stock) that is explained by the variance of the independent variable (log return of Dow Jones U.S. Select Pharmaceuticals Index), adjusted for the number of predictors in the market model.

[6] Denotes the standard error of the regression model, which is a statistical measure of the variability of predictions made with the regression model.

**Exhibit 13**
**Biogen Inc.**
**Calculation of Biogen Abnormal Common Stock Price Reaction Following the November 5, 2020 Disclosure**
**Estimation Period: July 22, 2019 to July 21, 2020 [N=253][1]**

| Date | Stock Price | Actual Stock Price Return | | Dow Jones U.S. Select Pharmaceuticals Index | Predicted Stock Price Return | | Abnormal Stock Price Return | | t-statistic for Abnormal Stock Price Return | | Cumulative Abnormal Stock Price Reaction[5,6] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Daily | Cumulative | | Daily[2] | Cumulative | Daily | Cumulative | Daily[3] | Cumulative[4] | |
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) |
| | | ln[(2) / prev(2)] | (3) + prev(4) | | | (6) + prev(7) | (3) - (6) | (4) - (7) | | | |

*November 4, 2020:* "[D]uring trading hours, the FDA released briefing materials ("Briefing Materials") for the Aducanumab Advisory Committee meeting." ¶262. [7]

| Date | Stock Price | Daily | Cumulative | Index | Daily | Cumulative | Daily | Cumulative | Daily | Cumulative | Reaction |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/4/2020 | $ 355.63 | | | | | | | | | | |
| **11/5/2020** | 328.90 | (0.08) | (0.08) | (0.00) | (0.00) | (0.00) | (0.07) | (0.07) | (3.03) ** | (3.03) ** | $ (25.41) |
| 11/9/2020 | 236.26 | (0.33) | (0.41) | 0.01 [8] | 0.01 [8] | 0.01 | (0.34) | (0.42) | (13.87) ** | (9.75) ** | (120.64) ** |
| 11/10/2020 | 236.34 | 0.00 | (0.41) | 0.01 | 0.01 | 0.02 | (0.01) | (0.43) | (0.45) | (8.67) ** | (123.14) |
| 11/11/2020 | 244.03 | 0.03 | (0.38) | (0.00) | (0.00) | 0.02 | 0.03 | (0.39) | 1.36 | (7.15) ** | (115.16) |
| 11/12/2020 | 241.55 | (0.01) | (0.39) | (0.01) | (0.01) | 0.01 | (0.00) | (0.40) | (0.11) | (6.57) ** | (115.71) |

**Notes and Sources:**

Data obtained from FactSet Research Systems Inc. Disclosures and disclosure dates obtained from the Second Amended Class Action Complaint for Violation of the Federal Securities Laws dated August 4, 2021 ("Complaint").

[1] The estimation period is assumed to be the calendar year preceding the Analysis Period. The Appeal from the United States District Court of the District of Massachusetts reversed "claims predicated upon Sandrock's 'all data' statement" (p. 42) made on July 22, 2020. As such, the Analysis Period is assumed to begin on July 22, 2020.

[2] Returns are predicted using a regression of the returns of Biogen common stock on the returns of the Dow Jones U.S. Select Pharmaceuticals Index run over the period from July 22, 2019 to July 21, 2020 [N=253]. For more information, see Exhibit 12.

[3] Abnormal return t-statistics are calculated as the daily abnormal return divided by the standard error of the regression over the estimation period. Two stars (**) represent significance at the 5% level and one star (*) represents significance at the 10%.

[4] Cumulative abnormal return t-statistics are calculated as the cumulative abnormal return divided by [(the standard error of the regression over the estimation period) times (the square root of the number of days cumulated)]. Two stars (**) represent significance at the 5% level; one star (*) represents significance at the 10% level.

[5] Calculated using the following formula: $-[1-\exp(("cumulative\ abnormal\ stock\ price\ return") + s^2 \times N/2)] \times$ (closing price on the date prior to each disclosure), where "s" represents the standard error of the aforementioned regression and "N" is the number of days cumulated.

[6] To account for potential issues arising from multiple comparisons of the data, a Holm-Bonferroni correction was used to check whether the cumulative abnormal returns (and consequently the cumulative abnormal price reaction) were statistically significant at the 5% level under adjusted Holm-Bonferroni t-statistic (or p-value) thresholds. Two stars (**) on the final significant day of a price reaction represent significance at the (adjusted) 5% level and one star (*) represents significance at the (adjusted) 10% level.

[7] A *Dow Jones Newswire* article titled "Biogen 's FDA AdCom Documents A Near Best Case -- Market Talk," was published on November 4, 2020 at 1:51 PM ET.

[8] Biogen's stock halted trading on November 6 because of the FDA advisory committee meeting, and resumed trading on November 9. To account for this, the actual and predicted returns listed for November 9, 2020 are the two day log returns comprising November 6, 2020 and November 9, 2020.

**Exhibit 14a**
**Biogen Inc.**
**Daily Percentage of Selected Keyword Mentions[1] in Analyst Reports**
*November 2, 2020 to November 11, 2020*



**Notes and Sources:**

Analyst reports were obtained from Counsel.

References are obtained from the Second Amended Class Action Complaint for Violation of the Federal Securities Laws dated August 4, 2021 ("Complaint").

For each day, the percentage represents the proportion of reports published that include at least one of the keywords.

[1] "Keyword mentions" capture all instances of text containing the letters "Massie," "Statistician," or "Statistical Review." This search is not case sensitive. Reports that contain multiple keywords are counted only once to avoid double counting.

**Exhibit 14b**
**Biogen Inc.**
**Daily Percentage of Selected Keyword Mentions[1] in "All Sources" News Stories**
*November 2, 2020 to November 11, 2020*



**Notes and Sources:**

News stories were obtained through a search for news stories categorized as relevant to the company "Biogen Inc." by Factiva Dow Jones from November 2, 2020 to November 11, 2020. The search included news published by "All Sources", as defined by Factiva Dow Jones, excluding "Recurring pricing and market data" and "Obituaries, sports, calendars..."

References are obtained from the Second Amended Class Action Complaint for Violation of the Federal Securities Laws dated August 4, 2021 ("Complaint").

For each day, the percentage represents the proportion of articles published that include at least one of the keywords.

[1] "Keyword mentions" capture all instances of text containing the letters "Massie," "Statistician," or "Statistical Review." This search is not case sensitive. Articles that contain multiple keywords are counted only once to avoid double counting.

**Exhibit 14c**
**Biogen Inc.**
**Daily Percentage of Selected Keyword Mentions[1] in "All Sources" News Stories Using Effective Dates[2]**
*November 2, 2020 to November 11, 2020*



**Notes and Sources:**

News stories were obtained through a search for news stories categorized as relevant to the company "Biogen Inc." by Factiva Dow Jones from November 2, 2020 to November 11, 2020. The search included news published by "All Sources", as defined by Factiva Dow Jones, excluding "Recurring pricing and market data" and "Obituaries, sports, calendars..." News articles without a timestamp are excluded. References are obtained from the Second Amended Class Action Complaint for Violation of the Federal Securities Laws dated August 4, 2021 ("Complaint").

For each day, the percentage represents the proportion of articles published that include at least one of the keywords.

[1] "Keyword mentions" capture all instances of text containing the letters "Massie," "Statistician," or "Statistical Review." This search is not case sensitive. Articles that contain multiple keywords are counted only once to avoid double counting.

[2] When news was published at or after 4:00 PM ET or on a non-trading day, the following trading day is considered the effective date. "Biogen's stock was halted all day November 6 because of the FDA advisory committee meeting," and resumed trading on November 9. ¶19. Therefore, November 6, 2020 is excluded from the effective dates in this chart.