# Exhibit 2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NADIA SHASH and AMJAD KHAN Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiffs,<br>     v.<br><br>BIOGEN INC., MICHEL VOUNATSOS, ALFRED W. SANDROCK, JR., and SAMANTHA BUDD-HAEBERLEIN,<br><br>          Defendants. | **CASE No.: 1:21-cv-10479-IT**<br><br><br>**DECLARATION OF NADIA SHASH IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL** |

I, NADIA SHASH, hereby declare as follows:

1.  I have retained The Rosen Law Firm, P.A. ("Rosen") as counsel.

2.  I understand that I, along with Named Plaintiffs Amjad Khan and Albert Aftoora (collectively, "Plaintiffs"), are moving to be appointed as class representatives in this action.

3.  I reviewed an initial Class Action Complaint which was filed on November 13, 2020 against Defendants Biogen Inc., Biogen's Chief Executive Officer and Director Michel Vounatsos, Biogen's Chief Medical Officer Alfred W. Sandrock, Jr., and Biogen's Senior Vice President – Head of Neurodegeneration Development Unit Samantha Budd Haeberlein.

4.  On January 12, 2021, I moved this Court and the United States District Court for the Central District of California to be appointed Lead Plaintiff. I was appointed Lead Plaintiff in the Central District of California on February 24, 2021. I moved for the action in the Central District of California to be transferred into this District. I was also appointed Lead Plaintiff in the *Shapiro* action in this Court on March 2, 2021.

5. I reviewed and authorized the filing of the First Amended Class Action Complaint ("FAC") against Defendants Biogen, Vounatsos, Sandrock, and Budd Haeberlein, filed on April 26, 2021.

6. I reviewed and authorized the filing of the Second Amended Class Action Complaint ("SAC") against Defendants Biogen, Vounatsos, Sandrock, and Budd Haeberlein, filed on August 4, 2021.

7. The FAC was amended because Lead Counsel discovered new evidence and information that was not available when the FAC was filed.

8. I reviewed and authorized the filing of the Third Amended Class Action Complaint ("TAC") against Defendants Biogen, Vounatsos, Sandrock, and Budd Haeberlein, filed on March 25, 2024.

9. The SAC was amended to add additional named plaintiffs and no other changes were made between the SAC and the TAC.

10. I understand that this action is now in the discovery stage, after the Court denied in part Defendants' motion for judgment on the pleadings. I understand that the claims against Defendant Budd Haeberlein were dismissed.

11. The SAC and TAC allege violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 as a result of Defendants' false and misleading statements and omissions of material fact.

12. The United States Court of Appeals for the First Circuit held that the SAC sufficiently alleged the following emphasized statement was actionable:

> We believe that data from ENGAGE – that portions of the data from ENGAGE, a negative study, that portions of it do support the analysis that we did with EMERGE. And then I'll say in also PRIME, which was published, shows even though the clinical endpoints were exploratory endpoints, on the highest dose, there

was an effect on MMSE as well as CDR sum of boxes. And again, very similar that the lower doses did not show much of an effect. ***So consistent with the findings from ENGAGE and EMERGE, you really need to get to the higher dose. And I think our data are all consistent with that.***

13. The SAC and TAC also allege that Defendants Vounatsos and Sandrock are liable for having been control persons of Biogen at the time the false and misleading statements and omissions were made based on their high-level positions within Biogen, their access to internal information, and/or their influence and control over public statements to investors.

14. I believe this action to be meritorious.

15. I am bringing this class action lawsuit not only on my own behalf but also on behalf of other shareholders that have been wronged in the same way by Defendants' same conduct.

16. I understand that the remaining claims in this class action lawsuit are brought on behalf of all persons and entities who purchased or otherwise acquired publicly traded Biogen securities between July 22, 2020 and November 6, 2020, inclusive.

17. I have communicated with counsel throughout the course of this action.

18. I agree to be the one of the proposed class representatives in this action along with the other Plaintiffs.

19. I understand that a class representative is someone who acts on behalf of other class members in directing the litigation. I am willing to serve as a class representative either individually or as part of a group. I understand that I have a responsibility to the absent class members to oversee the litigation and ensure that counsel for Plaintiffs prosecute the case vigorously and in the interest of all class members equally. I accept this responsibility.

20. I will continue to communicate with counsel about the status of the litigation, case strategies, settlement negotiations, and other matters pertinent to overseeing the litigation.

21. I will continue to work with counsel to monitor and oversee the litigation.

22. I understand that, as a class representative, my duties may include consulting with counsel on proposed strategies and tactics during the course of the litigation, deciding whether to accept a particular settlement offer, and testifying at deposition and trial. I accept and will diligently perform all such duties.

I declare under penalty of perjury that the foregoing is true and correct.

6/26/2025

Executed on _____

Signed by:

*Nadia Shash*

30788D28BAD6480...

Nadia Shash