# Exhibit 6

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com

*Counsel for Plaintiffs*
*and the Putative Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NADIA SHASH and AMJAD KHAN Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIOGEN INC., MICHEL VOUNATSOS, ALFRED W. SANDROCK, JR., and SAMANTHA BUDD-HAEBERLEIN,<br><br>Defendants. | CASE No.: 1:21-cv-10479-IT<br><br>DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL |

I, LAURENCE M. ROSEN, hereby declare as follows:

1. I am the founder and managing partner at The Rosen Law Firm, P.A. ("Rosen"), counsel for Lead Plaintiff Nadia Shash and Named Plaintiffs Amjad Khan, and Albert Aftoora, and the Putative Class ("Plaintiffs"). I submit this declaration in support of Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

2. I received a Juris Doctor degree from the New York University School of Law in 1988, an M.B.A. in finance and accounting from the University of Chicago Graduate School of Business, and a Bachelor of Arts degree in Economics from Emory University. I served as a law

clerk to the Honorable Stanley S. Brotman, Senior United States District Judge for the District of New Jersey.

3.      I am admitted to practice law in the states of Arizona, California, Florida, New Jersey, and New York, the Court of Appeals for the First, Second, Third, Fourth, Fifth, Ninth, and Eleventh Circuits, and numerous United States District Courts.

4.      Over 30 years, I have served as lead and class counsel in securities class actions that have collectively recovered more than one billion dollars for investors.

5.      My firm is a significant securities class action law firm, with over 20 attorneys and extensive experience in complex litigation, including securities class actions and shareholder derivative litigation. Rosen has substantial resources and regularly litigates against the largest defendants in the world.

6.      For over four years Rosen has zealously advocated for Plaintiffs and the putative Class by, among other things: conferring with potential clients, investigating the potential claims and theories of damages, developing litigation strategy, engaging experts in financial damages, filing an initial complaint, an amended complaint, a second amended complaint, and a third amended complaint, opposing Defendants' motion to dismiss the second amended complaint, appealing to the First Circuit, opposing Defendants' motion for judgment on the pleadings, negotiating the parameters of document discovery, coordinating Plaintiffs' ongoing production of documents and upcoming depositions, and filing the instant motion for class certification.

7.      Along with Jonathan Horne, Brian B. Alexander, Joshua Baker, and Sara Fuks, I am one of the lead attorneys prosecuting claims against Biogen Inc., Michael Vounatsos, and Alfred W. Sandrock, Jr. in the present matter. I have worked diligently with my colleagues in litigating Plaintiffs' and the Class's claims and will continue to commit myself to doing so on an

uninterrupted basis. Rosen is prepared to dedicate the funds and resources necessary to properly

advance Plaintiffs' claims, on behalf of the Class, including through trial and any potential appeals.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 27, 2025

_/s/ Laurence M. Rosen_
Laurence M. Rosen

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2025, a true and correct copy of the foregoing **DECLARATION OF LAURENCE M. ROSEN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL** was served by CM/ECF to parties registered to the Court's CM/ECF system.

/s/Laurence Rosen