# Exhibit 9

**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com

*Counsel for Plaintiffs*
*and the Putative Class*

### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NADIA SHASH and AMJAD KHAN Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br>    v.<br><br>BIOGEN INC., MICHEL VOUNATSOS, ALFRED W. SANDROCK, JR., and SAMANTHA BUDD-HAEBERLEIN,<br><br>        Defendants. | CASE No.: 1:21-cv-10479-IT<br><br><br>**DECLARATION OF SARA FUKS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL** |

I, SARA FUKS, hereby declare as follows:

1.      I am a Partner at The Rosen Law Firm, P.A. ("Rosen"), counsel for Lead Plaintiff Nadia Shash and Named Plaintiffs Amjad Khan and Albert Aftoora, and the Putative Class ("Plaintiffs"). I submit this declaration in support of Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

2.      I received a Juris Doctor degree from Fordham University School of Law, *cum laude*, in 2005 and a Bachelor of Arts in Political Science from New York University in 2001. I

am admitted to practice law in New York, the Eastern and Southern Districts of New York, and the Eastern District of Michigan.

3.      Since 2012, my primary area of practice has been representing shareholders in securities class action litigation. I have served as lead and class counsel in class actions that have collectively recovered several hundred millions of dollars for investors.

4.      My firm is a significant securities class action law firm, with over 20 attorneys and extensive experience in complex litigation, including securities class actions and shareholder derivative litigation. Rosen has substantial resources and regularly litigates against the largest defendants in the world.

5.      For over four years Rosen has zealously advocated for Plaintiffs and the putative Class by, among other things: conferring with potential clients, investigating the potential claims and theories of damages, developing litigation strategy, engaging experts in financial damages, filing an initial complaint, an amended complaint, a second amended complaint, and a third amended complaint, opposing Defendants' motion to dismiss the second amended complaint, appealing to the First Circuit, opposing Defendants' motion for judgment on the pleadings, negotiating the parameters of document discovery, coordinating Plaintiffs' ongoing production of documents and upcoming depositions, and filing the instant motion for class certification.

6.      Along with Laurence M. Rosen, Jonathan Horne, Brian B. Alexander, and Joshua Baker, I am one of the lead attorneys prosecuting claims against Biogen Inc., Michael Vounatsos, and Alfred W. Sandrock, Jr. in the present matter. I have worked diligently with my colleagues in litigating Plaintiffs' and the Class's claims and will continue to commit myself to doing so on an uninterrupted basis. Rosen is prepared to dedicate the funds and resources necessary to properly advance Plaintiffs' claims, on behalf of the Class, including through trial and any potential appeals.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 27, 2025

*/s/ Sara Fuks*
Sara Fuks

**CERTIFICATE OF SERVICE**

I hereby certify that on June 27, 2025, a true and correct copy of the foregoing **DECLARATION OF SARA FUKS IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL** was served by CM/ECF to parties registered to the Court's CM/ECF system.

/s/Laurence Rosen