# EXHIBIT A
to Stipulated Protective Order

24

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

NADIA SHASH and AMJAD KHAN, *Individually and on Behalf of All Others Similarly Situated*,

Plaintiff,

v.

BIOGEN INC., MICHEL VOUNATSOS, ALFRED W. SANDROCK, JR., and SAMANTHA BUDD-HAEBERLEIN,

Defendants.

Case No. 1:21-cv-10479-IT

**ACKNOWLEDGMENT AND AGREEMENT TO BE BOUND BY STIPULATED PROTECTIVE ORDER**

I,_____, acknowledge that I have read and understand, and agree to be bound by, the terms of the Stipulated Protective Order in this action governing the non-disclosure of Discovery Material that has been designated as Confidential or Highly Confidential.

By acknowledging these obligations under the Stipulated Protective Order, I understand that I am submitting myself to the jurisdiction of the United States District Court for the District of Massachusetts for the purpose of any issue or dispute arising hereunder and that my willful violation of any term of the Stipulated Protective Order could subject me to punishment for contempt of Court.

_____

Name:

Date:

25