**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (pro hac vice)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com

Counsel for Plaintiffs and the Putative Class

[Additional Counsel on signature page]

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NADIA SHASH and AMJAD KHAN, individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>BIOGEN INC.; MICHEL VOUNATSOS; ALFRED W. SANDROCK, JR.; and SAMANTHA BUDD HAEBERLEIN,<br><br>        Defendants. | Case No. 1:21-cv-10479-IT<br><br>**NOTICE OF PLAINTIFFS' MOTION AND MOTION FOR SUBSTITUTION** |

## INTRODUCTION

**PLEASE TAKE NOTICE** that upon the filing of the accompanying Memorandum of

Law, current Lead Plaintiff Nadia Shash, movant PolyCon Solutions, LLC,  and Named Plaintiffs

Amjad Khan and Albert Aftoora ("Plaintiffs"), by and through their undersigned counsel,

respectfully move this Court, before the Honorable Indira Talwani, United States District Judge,

at the United States District Court, District of Massachusetts, in Courtroom 9 of the John Joseph

Moakley U.S. Courthouse, 1 Courthouse Way, Suite 2300, Boston, Massachusetts, on a date and

1

time to be set by the Court, for an order granting Plaintiffs' Motion for Substitution pursuant to

F.R.C.P. 17(a)(3).

Dated: September 9, 2025

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

*/s/Laurence M. Rosen*
Laurence M. Rosen, Esq. (*pro hac vice*)
Jonathan Horne, Esq. (*pro hac vice*)
Brian B. Alexander, Esq. (*pro hac vice*)
Joshua Baker, Esq. (BBO #695561)
Sara Fuks, Esq. (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, NY 100016
Tel: (212) 686-1060
Fax: (212) 202-3827
lrosen@rosenlegal.com
jhorne@rosenlegal.com
balexander@rosenlegal.com
jbaker@rosenlegal.com
sfuks@rosenlegal.com

*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 9, 2025, a true and correct copy of the foregoing **NOTICE OF PLAINTIFFS' MOTION AND MOTION FOR SUBSTITUTION** was served by CM/ECF to parties registered to the Court's CM/ECF system.

*/s/Laurence Rosen*

3