**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NADIA SHASH and AMJAD KHAN Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br>v.<br><br>BIOGEN INC., MICHEL VOUNATSOS, ALFRED W. SANDROCK, JR., and SAMANTHA BUDD-HAEBERLEIN,<br><br>Defendants. | CASE No.: 1:21-cv-10479-IT<br><br><br>**DECLARATION OF NADIA SHASH IN SUPPORT OF PLAINTIFFS' MOTION FOR SUBSTITUTION** |

I, NADIA SHASH, hereby declare as follows:

1. I have retained The Rosen Law Firm, P.A. ("Rosen") as counsel.

2. I am the sole member and Chief Executive Officer of PolyCon Solutions, LLC ("PolyCon").

3. I made the decision to cause PolyCon to purchase Biogen stock during the Class Period.

4. As I indicated at my deposition, my memory of events that transpired in 2020 when I joined this case is not perfect. I testified that I provided account statements reflecting PolyCon's Class Period transactions in Biogen stock to counsel at or before the time that I moved for appointment as lead plaintiff. I was mistaken. At or before the time I moved for appointment as lead plaintiff, I provided a listing of Biogen transactions to counsel. The listing did not indicate that those transactions were made in PolyCon's account. It was not until July 2025, when I obtained and produced my account documentation to counsel, that I learned of the discrepancies in my PSLRA certification as to my Biogen trades and the account in which I made the Biogen trades.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/8/2025 _____

Signed by:

Nadia Shash
30788D28BAD6480...
Nadia Shash

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2025, a true and correct copy of the foregoing **DECLARATION OF NADIA SHASH IN SUPPORT OF PLAINTIFFS' MOTION FOR SUBSTITUTION** was served by CM/ECF to parties registered to the Court's CM/ECF system.


*/s/Laurence Rosen*