**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NADIA SHASH and AMJAD KHAN Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br>v.<br><br>BIOGEN INC., MICHEL VOUNATSOS, ALFRED W. SANDROCK, JR., and SAMANTHA BUDD-HAEBERLEIN,<br><br>Defendants. | CASE No.: 1:21-cv-10479-IT<br><br><br>**DECLARATION OF JONATHAN HORNE IN SUPPORT OF PLAINTIFFS' MOTION FOR SUBSTITUTION** |

I, JONATHAN HORNE, hereby declare as follows:

1. I am a partner at The Rosen Law Firm, P.A., counsel for current Lead Plaintiff Nadia Shash, movant PolyCon Solutions, LLC, Named Plaintiffs Amjad Khan and Albert Aftoora ("Plaintiffs"), and the putative class. I submit this declaration in support of Plaintiffs' Motion for Substitution.

2. A true and correct copy of pages of Lead Plaintiff Nadia Shash's deposition transcripts, held on August 20, 2025, are attached hereto as Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 9, 2025

/s/ Jonathan Horne
Jonathan Horne

1

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2025, a true and correct copy of the foregoing **DECLARATION OF JONATHAN HORNE IN SUPPORT OF PLAINTIFFS' MOTION FOR SUBSTITUTION** was served by CM/ECF to parties registered to the Court's CM/ECF system.

*/s/Laurence Rosen*