# EXHIBIT 1

CONFIDENTIAL

Page 1

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**************************************************

NADIA SHASH and AMJAD KHAN,  )

individually and on behalf of)

all others similarly         )

situated,                    )

        Plaintiffs,          )

                      )

-vs-                         ) Case No.

BIOGEN INC., MICHEL          ) 1:21-cv-10479-IT

VOUNATSOS, ALFRED W.          )

SANDROCK, JR., and           )

SAMANTHA BUDD-HAEBERLEIN,     )

        Defendants.          )

**************************************************

**********CONFIDENTIAL**********

VIDEOTAPED DEPOSITION OF NADIA SHASH

10:01 AM to 3:17 PM

August 20, 2025

**********CONFIDENTIAL**********

REPORTED BY:  Lisa Reinicke, Court Reporter (Zoom)

Jason Aqui, Videographer

CONFIDENTIAL

Page 2

APPEARANCES OF COUNSEL:

For the Plaintiffs:

Phillip Kim, Esquire
Christie Buzzetti, Esquire
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 40th Floor
New York, New York  10016
(215) 600-2817
Pkim@rosenlegal.com
cbuzzetti@rosenlegal.com

For the Defendants:

Richard Tarlowe, Esquire
Samuel Patterson, Esquire
PAUL WEISS RIFKIND WHARTON & GARRISON, LLP
1285 Avenue of the Americas
New York, New York  10019
(215) 600-2817
Rtarlowe@paulweiss.com
spatterson@paulweiss.com

CONFIDENTIAL

Page 3

I N D E X

NADIA SHASH:

Examination by Mr. Tarlowe                          4

E X H I B I T S

(EXHIBITS WERE NOT RETAINED BY THE COURT REPORTER)

Exhibit 1, Statement                              81
Exhibit 2, Statement                              89
Exhibit 3, Statement                             125
Exhibit 4, Certification                         133
Exhibit 5, Chart                                 142
Exhibit 7, Reply Memorandum                      154
Exhibit 8, Declaration                           156
Exhibit 9, Chart                                 164
Exhibit 10, Receipt                              169
Exhibit 11, Second Amendment Class Action        172
Exhibit 12, FDA's Decision to Approve            193
Exhibit 13, Georgia Secretary of State           207

CONFIDENTIAL

Page 30

Q.    What is PolyCon Solutions?

A.    It's a government consulting company that provides acquisition support, program management, financial engineering support.

Q.    When was it formed?

A.    2016.

Q.    By whom?

A.    My myself.

Q.    And in what state was it formed?

A.    Virginia.

Q.    Is the company also registered to do business in states other than Virginia?

A.    Yes, multiple states.

Q.    Do you know where?

A.    Wherever we have employees.

Q.    Do you know where that is?

A.    Texas, Georgia, Idaho, Washington state.  I mean, wherever there are employees currently.

Q.    What is the corporate form of PolyCon Solutions?

A.    It's an LLC.

Q.    Who are the members of the LLC?

A.    Myself.

Q.    Has anyone else ever been a member of the LLC?

A.    No.

CONFIDENTIAL

Page 72

Q.   What is that understanding?

A.   That as part of an active litigation I need to make sure that I'm preserving any documents that are produced by me or that were part of this litigation.

Q.   Did you take any steps -- have you taken any steps to preserve potentially relevant documents?

A.   Sure.

Q.   What steps?

A.   I mean, I didn't delete anything.

Q.   Okay.  In 2020, what email addresses were you using?

A.   I was using PII - PERSONAL EMAIL ADDRESS .  I was using nadia.shash@polyconsolutions.com.

Q.   Have you produced any documents to the defendants in this case?

A.   I was provided such terms to look for.  And then I provided what I was able to find.

Q.   And do you recall what those search terms were?

A.   It was a list of search terms.  And I went through the list and then provided what I was able to find.

Q.   Do you remember any of the terms on the list?

A.   I mean, Biogen, B-I -- I mean, I don't remember honestly.

MR. KIM:  We'll represent to you they were the

CONFIDENTIAL

Page 73

terms that you had provided to us, I guess to Mr. Horn. And, in turn, those were the terms that were searched.

THE WITNESS: Yeah.

BY MR. TARLOWE:

Q. And how did you go about searching?

A. I actually ended up searching both my PolyCon email, you know, search terms, all -- all, you know, any words related to that. I searched under my gmail account. And I also searched my phone as well.

Q. How did you search your phone?

A. You do a search.

Q. How?

A. My text messages. So on top it says -- I have an iPhone. So you put a search term and it pops up with whatever is on my phone.

Q. And other than communications with lawyers, did you identify any other documents?

A. No. I mean, I'm sorry, my statements.

Q. Where did you locate your statements?

A. In my PolyCon email.

Q. And you provided those statements to your counsel?

A. Yes.

Q. Okay. When did you do that? When did you