**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| NADIA SHASH and AMJAD KHAN, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>BIOGEN INC., MICHEL VOUNATSOS, and ALFRED W. SANDROCK, JR.,<br><br>    Defendants. | Civil Action No.: 1:21-cv-10479-IT |

**DECLARATION OF AUDRA J. SOLOWAY
IN OPPOSITION TO MOTION FOR CLASS CERTIFICATION**

I, AUDRA J. SOLOWAY, hereby declare as follows, 28 U.S.C. § 1746:

1.    I am a member of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, an international law firm with its principal office at 1285 Avenue of the Americas, New York, New York 10019-6064, and represent defendants Biogen Inc. ("Biogen"), Michel Vounatsos, and Alfred W. Sandrock, Jr., M.D., Ph.D., (together "Defendants") in the above-captioned action.  I respectfully submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion for Class Certification.  The information set forth below is based on my personal knowledge.

2.    Attached hereto as Exhibit A is a true and correct copy of the Expert Report of Glenn Hubbard, Ph.D.

3.    Attached hereto as Exhibit B is a true and correct copy of the transcript of the July 29, 2025 deposition of Plaintiffs' expert, David I. Tabak, Ph.D.

4. Attached hereto as <u>Exhibit C</u> is a true and correct copy of the transcript of the August 20, 2025 deposition of Lead Plaintiff Nadia Shash.

5. Attached hereto as <u>Exhibit D</u> is a true and correct copy of the transcript of the August 6, 2025 deposition of named plaintiff Amjad Khan.

6. Attached hereto as <u>Exhibit E</u> is a true and correct copy of the transcript of the August 8, 2025 deposition of named plaintiff Albert B. Aftoora.

7. Attached hereto as <u>Exhibit F</u> is a true and correct copy of a document produced in this litigation, an October 2020 TD Ameritrade account statement of PolyCon Solutions LLC, beginning with the Bates Stamp PLA_000117.

8. Attached hereto as <u>Exhibit G</u> is a true and correct copy of a document produced in this litigation, a November 2020 TD Ameritrade account statement of PolyCon Solutions LLC, beginning with the Bates Stamp PLA_000125.

9. Attached hereto as <u>Exhibit H</u> is a true and correct copy of a document produced by Plaintiffs in this litigation, an August 2020 Vanguard account statement of the Albert B. Aftoora Living Trust, beginning with the Bates Stamp PLA_000069.

10. Attached hereto as <u>Exhibit I</u> is a true and correct copy of the Expert Report of David I. Tabak, Ph.D. in *In re The Enovix Corp. Sec. Litig.*, 3:23-CV-00071-SI (N.D. Cal.), Doc. No. 162-2.

11. Attached hereto as <u>Exhibit J</u> is a true and correct copy of the Expert Report of David I. Tabak, Ph.D. in *Kusnier* v. *Virgin Galactic Holdings, Inc.*, 21-CV-3070-ARR-TAM (E.D.N.Y.), Doc. No. 133-1.

12. Attached hereto as <u>Exhibit K</u> is a true and correct copy of the Expert Report of David I. Tabak, Ph.D. in *Pampena* v. *Musk*, 22-CV-05937-CRB (N.D. Cal.), Doc. No. 76-1.

13.     Attached hereto as <u>Exhibit L</u> is a true and correct copy of the Expert Report of David I. Tabak, Ph.D. in *In re: Alibaba Group Ltd. Sec. Litig.*, 1:20-CV-09568-GBD-JW (S.D.N.Y.), Doc. No. 101-1.

14.     Attached hereto as <u>Exhibit M</u> is a true and correct copy of the Expert Report of David I. Tabak, Ph.D. in *In re Kraft Heinz Sec. Litig.*, 1:19-CV-01339 (N.D. Ill.), Doc. No. 346-3.

15.     Attached hereto as <u>Exhibit N</u> is a true and correct copy of the Expert Report of David I. Tabak, Ph.D. in *In re Oracle Corporation Sec. Litig.*, 18-CV-4844-BLF (N.D. Cal.), Doc. No. 107-11.

16.     Attached hereto as <u>Exhibit O</u> is a true and correct copy of the Expert Report of David I. Tabak, Ph.D. in *Ap-Fonden* v. *General Elec. Co.*, 17-CV-08457 (JMF) (S.D.N.Y.), Doc. No. 220-1.

17.     Attached hereto as <u>Exhibit P</u> is a true and correct copy of the Expert Report of David I. Tabak, Ph.D. in *In re Teva Sec. Litig.*, 3:17-CV-00558 (SRU) (D. Conn.), Doc. No. 419-5.

18.     Attached hereto as <u>Exhibit Q</u> is a true and correct copy of the Expert Report of David I. Tabak, Ph.D. in *In re Celgene Corp. Sec. Litig.*, 18-CV-04772 (JMV) (JBC) (D.N.J.), Doc. No. 90-2.

19.     Attached hereto as <u>Exhibit R</u> is a true and correct copy of the Expert Report of David I. Tabak, Ph.D. in *Mild* v. *PPG Ind., Inc.*, 2-18-CV-04231-RGK-JEM (C.D. Cal.), Doc. No. 76-1.

20.     Attached hereto as <u>Exhibit S</u> is a true and correct copy of the Expert Report of David I. Tabak, Ph.D. in *In re Vale S.A. Sec. Litig.*, 1:15-CV-09539-GHW (S.D.N.Y.), Doc. No. 114-1.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 10, 2025 in New York, New York.

*/s/ Audra J. Soloway*
Audra J. Soloway

4

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 10th day of September 2025, I caused a copy of the foregoing document to be served upon all counsel of record via the Court's CM/ECF system.

*/s/ Audra J. Soloway*
Audra J. Soloway