# Exhibit A

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NADIA SHASH and AMJAD KHAN Individually and On Behalf of All Others Similarly Situated, | **Case No.: 1:21-cv-10479-IT** |
| Plaintiff, | |
| v. | |
| BIOGEN INC., MICHEL VOUNATSOS, ALFRED W. SANDROCK, JR., | |
| Defendants. | |

**EXPERT REPORT OF**

**GLENN HUBBARD**

**September 10, 2025**

**TABLE OF CONTENTS**

I.   **Introduction** ........................................................................................................ **3**

    A.  Qualifications ................................................................................................ 3

    B.  Assignment .................................................................................................... 4

    C.  Materials Considered .................................................................................... 5

    D.  Compensation ............................................................................................... 5

II.  **Summary of Opinions** ........................................................................................ **5**

III. **Case Background** ................................................................................................ **7**

    A.  Plaintiffs' Allegations ................................................................................... 9

IV. **The July 22 Statement Did Not Introduce or Maintain Front-End Price Inflation** ...... **10**

    A.  The July 22 Statement Did Not Introduce New Inflation ......................................... 10

        i.  *Biogen's Stock Price Did Not Increase After the July 22 Statement* ............. *11*

        ii.  *Market Participants Did Not Note the July 22 Statement nor Describe It as Conveying New Information* ............................................................ *12*

    B.  The July 22 Statement Did Not Maintain Preexisting Price Inflation ....................... 15

        i.  *There Was No Preexisting Price Inflation Prior to the July 22 Statement, as Market Participants Consistently Noted That Not All Results Had Been Disclosed and That These Results May Not Support the Dosage Thesis* ...... *16*

        ii.  *Public Statements That Not All Data Supported the Dosage Thesis Did Not Cause Price Declines* .................................................................... *19*

V.  **The Back-End Price Movement On and After the Release of The Massie Appendix Does Not Indicate nor Measure Front-End Price Inflation** ...................................... **22**

    A.  There is a Mismatch Between the Massie Appendix and the July 22 Statement ...... 23

        i.  *The Massie Appendix Did Not Correct the July 22 Statement as Analysts Explicitly Noted That the July 22 Earnings Call Did Not Convey New Quantitative Evidence Supporting the Dosage Thesis* ................................. *23*

        ii.  *There is a Mismatch in the Level of Detail Between the Massie Appendix and the July 22 Statement* .................................................................. *26*

    B.  Prolonged Price Volatility Following the Release of the Briefing Book is Not Tied to the Allegedly Corrective Subgroup Patterns, but Relates More Broadly to the Continued Uncertainty of the AdCom Vote and FDA Approval, as well as the Eventual Negative AdCom Vote ................................................................... 27

        i.  *On November 4, 2020, Market Participants Reacted Quickly and Positively to the Briefing Book Containing the Massie Appendix and Expressed Uncertainty on How the Differing Clinician and Statistician Views Would Be Weighed by the AdCom Panelists* ......................................................... *28*

        ii.  *On November 5, 2020, Price Volatility Reflected the Continued Uncertainty and Differing Views on Aducanumab's Regulatory Outcome* ...................... *35*

*iii.   The November 9, 2020 Price Decline Reflects the Materialization of the Known Risk of the Negative AdCom Vote*..................................................... *41*

**VI.  Dr. Tabak's Analyses of Price Impact Are Flawed and Unreliable............................... 44**

A.   Dr. Tabak's Analysis of Price Impact on November 4, 2020 Is Flawed and Unreliable ..................................................................................................... 44

B.   Dr. Tabak's Analyses of Price Impact on November 5, 2020 and Beyond Are Flawed and Unreliable..................................................................................... 50

C.   Dr. Tabak Has Not Shown Evidence That Any Damages Attributable to the July 22 Statement Can Be Measured on a Classwide Basis.................................................... 53

## I.     Introduction

### A.     Qualifications

1.     I, Glenn Hubbard, hold the Russell L. Carson Professorship in Finance and Economics in the Graduate School of Business of Columbia University, where I am also Dean Emeritus. I am also a Professor of Economics in the Department of Economics of the Faculty of Arts and Sciences at Columbia University. At the National Bureau of Economic Research, I am a research associate in programs on corporate finance, public economics, industrial organization, monetary economics, and economic fluctuations and growth.

2.     Prior to joining the Columbia faculty as Professor of Economics and Finance in 1988, I taught in the Department of Economics at Northwestern University. I have also served as Visiting Professor of Business Administration at Harvard Business School, John M. Olin Visiting Professor at the University of Chicago, Visiting Professor and Research Fellow of the Energy and Environmental Policy Center at the John F. Kennedy School of Government at Harvard University, and John M. Olin Fellow at the National Bureau of Economic Research. I hold A.M. and Ph.D. degrees in economics from Harvard University, and B.A. and B.S. degrees from the University of Central Florida, *summa cum laude*.

3.     From 2007 to 2017, I was an advisor to the President of the Federal Reserve Bank of New York. From 2001 to 2003, I served as Chairman of the President's Council of Economic Advisers; over that period, I also served as Chairman of the Economic Policy Committee for the Organization for Economic Cooperation and Development ("OECD"). From 1991 to 1993, I served as Deputy Assistant Secretary (Tax Analysis) of the United States Department of the Treasury, where I was responsible for economic analysis of tax policy, the administration's revenue estimates, and healthcare policy issues. I have also been an advisor or consultant to the Board of Governors of the Federal Reserve System, Social Security Administration, Congressional Budget Office, Federal Reserve Bank of New York, Internal Revenue Service, International Trade Commission, National Science Foundation, United States Department of Energy, and United States Department of the Treasury.

4.     My professional work has centered on issues in finance, financial markets, public economics, industrial organization, and monetary economics. I have authored more than 100 research articles, edited a number of books, and authored leading textbooks on money and

financial markets, intermediate macroeconomics, and principles of economics. I have worked on a wide variety of finance matters over my career and regularly teach and apply the techniques I have used in this report. I have testified as an expert on multiple occasions before various courts, including providing deposition and trial testimony in numerous securities fraud matters. A detailed list of my experience, research publications, and prior expert work is included in my *curriculum vitae*, which is attached as **Appendix A**. My testimony is attached as **Appendix B**.

### B.   Assignment

5.      I understand that in their Second Amended Complaint,[1] lead plaintiff Nadia Shash and additional plaintiff Amjad Khan, individually and on behalf of a putative class of all others similarly situated (together "Plaintiffs" or "Class Members"), have asserted claims against Biogen Inc. ("Biogen"), Michel Vounatsos, and Alfred W. Sandrock, Jr., M.D., Ph.D. (together "Defendants"), alleging that certain statements by Defendants concerning the clinical trials of an Alzheimer's disease treatment—aducanumab—misled investors and that Plaintiffs were damaged upon the revelation of certain alleged corrective disclosures. I understand that, following motion practice, only one allegedly false statement made on July 22, 2020 remains (henceforth, the "July 22 Statement"). As I elaborate in **Section III** of this report, I understand that Plaintiffs allege that the July 22 Statement was later corrected by certain subgroup patterns (henceforth "allegedly corrective subgroup patterns") disclosed in a statistical appendix by Dr. Tristan Massie ("Massie Appendix") published on November 4, 2020 as part of a broader set of briefing materials ("Briefing Book") that also included various positive analyses and assessments by FDA clinicians.

6.      Counsel for Defendants ("Counsel") has retained me to evaluate whether (1) the July 22 Statement had an impact on Biogen's stock price on the front end; and (2) whether the back-end price movements following the release of the Massie Appendix indicate or could be used to measure any front-end price impact. In addition, counsel has asked me to review and respond to the report of Plaintiffs' expert, Dr. David I. Tabak ("Tabak Report").[2]

---

[1]    Second Amended Class Action Complaint for Violation of the Federal Securities Laws, *Nadia Shash et al. vs. Biogen Inc., et al.*, Case No. 1:21-cv-10479-IT, United States District Court District of Massachusetts, August 4, 2021 ("SAC").

[2]    Expert Report of David I. Tabak, Ph.D., *Nadia Shash et al. vs. Biogen Inc., et al.*, Case No: 1:21-cv-10479-IT, United States District Court for the District of Massachusetts, June 27, 2025.

### C. Materials Considered

7.    A list of the materials I considered in preparing this report is attached as **Appendix C**. Examples of the types of information I considered include legal documents and associated exhibits, Biogen SEC filings, Biogen presentations and investor calls, financial and economic data, news articles, academic literature, publicly available documents, and analysts' reports.

8.    My work on this matter is ongoing. I may review additional materials or conduct further analyses after issuing this report. I reserve the right to update or revise my opinions, or form additional opinions, in response to statements by opposing experts and to any additional information I may receive.

### D. Compensation

9.    I am being compensated for my time and services in this matter at my customary hourly rate of $1,900. I also receive compensation based on the professional fees of Analysis Group, Inc., a financial and economic consulting firm that has provided research support under my direction and supervision. Neither my compensation nor that of Analysis Group, Inc. is contingent on my opinions or on the outcome of this matter.

## II. Summary of Opinions

10.    Based on the materials I considered and the analyses I performed, I have formulated the opinions below.

11.    *First*, the July 22 Statement did not have front-end price impact for the following reasons:

- Biogen's stock price did not increase after the July 22 Statement and market participants did not note the July 22 Statement, let alone describe it as conveying new, value-relevant information.

- The July 22 Statement did not maintain any preexisting price inflation. Market participants never expressed the misbelief—either before or after the July 22 Statement—that *all data* supported aducanumab's efficacy. Numerous analysts

5

expressed the contrary view, and public statements noting the contrary view were not associated with any price declines.

12.    ***Second,*** the price movement on and after the November 4, 2020 release of the Briefing Book containing the Massie Appendix does not indicate or measure front-end price impact for the following reasons:

- As noted above, market participants did not note the July 22 Statement, let alone describe it as conveying new, value-relevant information. Moreover, analysts specifically indicated that the July 22, 2020 earnings call conveyed no additional quantitative evidence.

- Even after the alleged corrective disclosure of the subgroup patterns, the Massie Appendix was not viewed by market participants as correcting the July 22 Statement. Indeed, market participants did not identify any portion of the Massie Appendix as corrective of the July 22 Statement.

- There is a mismatch in the level of detail between the Massie Appendix and the July 22 Statement. The 97-page Massie Appendix included much more than what could bear on the July 22 Statement. Its conclusions include methodological concerns, evidentiary deficiencies, and recommendation of a new trial – none of which directly relate to the limited content of the July 22 Statement.

- Dr. Tabak opines that Biogen's stock traded in an efficient market. Thus, any price reaction to the Massie Appendix would have been reflected in Biogen's stock price rapidly and certainly before market closing on November 4, 2020. On November 4, 2020, market participants reacted quickly and positively to the release of the Briefing Book containing the Massie Appendix. Dr. Tabak provides no reliable methodology to disentangle the price impact of the allegedly corrective subgroup patterns in the Massie Appendix from Massie's other critiques or the positive clinician assessments in the Briefing Book.

- The prolonged price volatility in the days following the release of the Briefing Book reflects the continued uncertainty surrounding the regulatory outcome of

6

aducanumab (November 5, 2020) as well as the materialization of a known risk of a negative FDA advisory committee vote (November 9, 2020).

13.    ***Third,*** Dr. Tabak's price impact analyses are flawed and unreliable. He has not shown that any alleged price impact or damages attributable to the July 22 Statement can be measured. Dr. Tabak also has not shown that damages, if any, can be measured on a classwide basis.

14.    For all the reasons I describe above, and as I explain in depth throughout this report, I conclude that the July 22 Statement did not have any price impact.

## III.  Case Background

15.    Biogen is a publicly traded biotechnology company based in Massachusetts.[3] One of the many drugs Biogen has developed over the years is aducanumab (occasionally referred to as "adu").[4] Aducanumab is designed to slow the progression of Alzheimer's disease.[5] In 2015, Biogen started two identically designed phase three trials, ENGAGE (Study 301) and EMERGE (Study 302) – with the former starting about a month before the latter.[6] These studies had three dose arms: a placebo arm, and two arms each receiving a different dose of aducanumab. Specifically, carriers of the ApoE4 gene received a lower dose than non-carriers: low dose (3mg/kg for ApoE4 carriers, 6 mg/kg for non-carriers) and high dose (6 mg/kg for ApoE4 carriers, 10 mg/kg for non-carriers).[7] Following two protocol amendments, one in July 2016 and another in March 2017, ApoE4 carriers in the high dose arm were able to receive the full 10 mg/kg.[8]

16.    In March 2019, Biogen announced that it was discontinuing the ENGAGE and EMERGE trials of aducanumab on futility grounds because an independent committee

---

[3]    Biogen, "Investor Relations," available at https://investors.biogen.com/; Biogen, "About Biogen," available at https://www.biogen.com/company.html.

[4]    Biogen, "Biogen Plans Regulatory Filing for Aducanumab in Alzheimer's Disease Based on New Analysis of Larger Dataset from Phase 3 Studies," October 22, 2019, available at https://investors.biogen.com/news-releases/news-release-details/biogen-plans-regulatory-filing-aducanumab-alzheimers-disease.

[5]    Biogen, "Biogen Plans Regulatory Filing for Aducanumab in Alzheimer's Disease Based on New Analysis of Larger Dataset from Phase 3 Studies," October 22, 2019, available at https://investors.biogen.com/news-releases/news-release-details/biogen-plans-regulatory-filing-aducanumab-alzheimers-disease.

[6]    "Aducanumab Update," Biogen Presentation, October 22, 2019, slides 6, 7.

[7]    "Aducanumab Update," Biogen Presentation, October 22, 2019, slide 6.

[8]    "Aducanumab Update," Biogen Presentation, October 22, 2019, slides 6, 7; "Aducanumab Phase 3 Topline Results at CTAD," Biogen Presentation, December 5, 2019, slide 10.

determined that the studies, on a pooled basis, were unlikely to meet their primary endpoints to demonstrate efficacy.[9]

17.     On October 22, 2019, Biogen announced that it planned to seek regulatory approval for aducanumab based on a new analysis that separated the results of ENGAGE and EMERGE and included some additional patient results not considered as part of the futility analysis.[10] As part of the October 2019 announcement, the firm presented analyses in an earnings call that day. These analyses showed that EMERGE was a positive study and ENGAGE was a negative study. Biogen explained that: "differences between EMERGE and ENGAGE can mostly be accounted for by **greater exposure to high dose in EMERGE**" (henceforth, "Dosage Thesis").[11] Biogen later presented additional analysis on December 5, 2019, as a part of the Clinical Trials on Alzheimer's Disease ("CTAD") meeting.[12] The same information was then reiterated during a January 30, 2020 earnings call.[13] Biogen then gave "encore" presentations, none of which included additional data, on April 2, 2020, May 18, 2020, July 29, 2020, August 31, 2020, September 19, 2020, and September 23, 2020.[14]

18.     As part of its review process, the FDA convened an advisory committee ("AdCom") meeting on aducanumab on November 6, 2020.[15] In advance of that meeting, Biogen

---

[9]    Biogen, "Biogen and Eisai to Discontinue Phase 3 ENGAGE and EMERGE Trials of Aducanumab in Alzheimer's Disease," March 21, 2019, available at https://investors.biogen.com/news-releases/news-release-details/biogen-and-eisai-discontinue-phase-3-engage-and-emerge-trials.

[10]   Biogen, "Biogen Plans Regulatory Filing for Aducanumab in Alzheimer's Disease Based on New Analysis of Larger Dataset from Phase 3 Studies," October 22, 2019, available at https://investors.biogen.com/news-releases/news-release-details/biogen-plans-regulatory-filing-aducanumab-alzheimers-disease.

[11]   "Aducanumab Update," Biogen Presentation, October 22, 2019, slides 5, 17 (emphasis in original); Biogen, "Biogen Plans Regulatory Filing for Aducanumab in Alzheimer's Disease Based on New Analysis of Larger Dataset from Phase 3 Studies," October 22, 2019, available at https://investors.biogen.com/news-releases/news-release-details/biogen-plans-regulatory-filing-aducanumab-alzheimers-disease.

[12]   "Aducanumab Phase 3 Topline Results at CTAD," Biogen Presentation, December 5, 2019. Biogen also hosted a Q&A call after its CTAD presentation. *See* Biogen Inc Investor Q&A Call, December 5, 2019.

[13]   Biogen Inc Q4 2019 Earnings Call, January 30, 2020, p. 7.

[14]   "Aducanumab Phase 3 Topline Results at AAT-AD/PD," Biogen Presentation, April 2, 2020; "Aducanumab Phase 3 Topline Results at AAN," Biogen Presentation, May 18, 2020; "Aducanumab Phase 3 Topline Results at AAIC," Biogen Presentation, July 29, 2020; "Aducanumab Phase 3 Topline Results at the 23rd Chinese National Conference of Neurology," Biogen Presentation, September 19, 2020; "Aducanumab Phase 3 Topline Results at the AAN 2020 Science Highlights," Biogen Presentation, September 23, 2020.

[15]   Biogen, "Statement About the FDA Advisory Committee on Aducanumab," September 29, 2020, available at https://investors.biogen.com/news-releases/news-release-details/statement-about-fda-advisory-committee-aducanumab.

and the FDA jointly prepared and released the Briefing Book on November 4, 2020, which included an assessment by FDA clinicians and the Massie Appendix.[16]

### A.  Plaintiffs' Allegations

19.     I understand that, following motion practice, only one allegedly false statement – made by Dr. Alfred Sandrock on July 22, 2020 – remains:

> "I think, look, the filing is based on these studies, EMERGE, ENGAGE and PRIME. EMERGE is the first study to show an effect[,] not only on the primary endpoint, but all three prespecified secondary endpoints. We believe that data from ENGAGE, that portions of the data from ENGAGE, a negative study, that portions of it do support the analysis that we did with EMERGE. And also, PRIME, which was published shows even though the clinical endpoints were exploratory endpoints, on the highest dose, there was an effect on MMSE as well as [Clinical Dementia Rating Scale] Sum of Boxes. And again, very similar that the lower doses did not show much of an effect. So, consistent with the findings from ENGAGE and EMERGE, you really need to get to the higher dose, **and I think our data are all consistent with that.**"[17]

20.     Plaintiffs allege that the July 22 Statement was later corrected by the Massie Appendix's discussion of certain subgroup patterns on November 4, 2020 and incorporated into the stock price by market participants beginning on November 5, 2020.[18] Specifically, according to Plaintiffs, the July 22 Statement was inconsistent with the following subgroup patterns that were discussed in the Massie Appendix: (1) that carriers achieved better clinical outcomes in EMERGE than non-carriers; (2) that non-carriers performed only negligibly better than those on a placebo; and (3) that clinical outcomes did not improve for carriers who received the high dose in EMERGE after Biogen amended its dosing protocol for carriers.[19]

---

[16]    Food and Drug Administration, "Combined FDA and Applicant PCNS Drugs Advisory Committee Briefing Document," November 6, 2020, available at https://fda.report/media/143503/PCNS-20201106-CombinedFDABiogenBackgrounder_0.pdf, pp. 1, 247, and Appendix 2; McGinley, Laurie, "Controversial Alzheimer's Drug Gets Boost From FDA Staff," *The Washington Post*, November 4, 2020, available at https://www.washingtonpost.com/health/2020/11/04/alzheimers-drug-fda/.

[17]    FactSet, Biogen, Inc. (BIIB) Q2 2020 Earnings Call, July 22, 2020 ("Earnings Call"), p. 14 (emphasis added).

[18]    SAC, ¶¶ 262, 273, 278-279.

[19]    SAC, ¶¶ 142, 153-154, 158-161, 194.

**IV. The July 22 Statement Did Not Introduce or Maintain Front-End Price Inflation**

21.    For the July 22 Statement to have had price impact, it either needed to have introduced new price inflation or have maintained previously introduced price inflation. I understand that the First Circuit found that Plaintiffs plausibly alleged that the July 22 Statement conveyed new, material information to investors.[20] Therefore, the July 22 Statement should have introduced new price inflation.

22.    However, Plaintiffs' brief suggests instead that the July 22 Statement did not introduce new information, but instead maintained previously introduced price inflation.[21] In this section, I show that the July 22 Statement neither introduced nor maintained price inflation.

**A. The July 22 Statement Did Not Introduce New Inflation**

23.    In an efficient market, investors quickly and fully incorporate new and value-relevant information.[22] In other words, when unanticipated, value-relevant information is revealed to market participants, the price of a stock traded in an efficient market will adjust fully and immediately to reflect that information, in a manner that would be distinguishable from ordinary day-to-day fluctuations of the stock. Conversely, if the price of a stock traded in an efficient market does not react to certain statements, then the lack of price impact would indicate that the statement was not new and/or value-relevant.

24.    Dr. Tabak opines that Biogen's stock traded in an efficient market.[23] If the July 22 Statement conveyed new, value-relevant information, I would expect the market to have reacted to it quickly and positively over the course of the trading day on July 22, 2020. Conversely, if

---

[20]    *Shash* v. *Biogen, Inc.*, 84 F.4th 1, pp. 4, 7 (1st Cir. 2023).

[21]    Plaintiffs' Memorandum of Law in Support of Motion for Class Certification and Appointment of Class Representatives and Class Counsel, *Nadia Shash et al. vs. Biogen Inc., et al.*, Case No: 1:21-cv-0479-IT, United States District Court District of Massachusetts, June 27, 2025 ("Plaintiffs' Brief"), p. 17 ("The All Data statement maintained inflation of Biogen's stock price rather than adding new inflation.").

[22]    *See* Fama, Eugene F., "Efficient Capital Markets: A Review of Theory and Empirical Work," *The Journal of Finance*, 25(2), 1970, pp. 383-417, at p. 383 ("A market in which prices always 'fully reflect' available information is called 'efficient.'"). *See also* Deposition of David Tabak, Ph.D., July 29, 2025 ("Tabak Deposition"), 200:24-201:15 ("Q: […] Are you saying that yes, the market fully incorporates information quickly, but that then you can continue to have price reactions or volatility after the information is fully incorporated? Is that what you're saying? A: Yes, by fully incorporated, it means that the market is giving its best estimate of all of the information at that point in time.").

[23]    Tabak Report, ¶ 2.

Biogen's stock price did not react to the July 22 Statement, then it is unlikely that the July 22 Statement conveyed new, value-relevant information.

25.     To assess whether the July 22 Statement had a price impact on Biogen's stock price, I have tested whether the July 22 Statement generated a statistically significant positive price increase that is unlikely the result of random fluctuation. I have also examined whether market participants had any reaction to the July 22 Statement. Contrary to showing price impact from the July 22 Statement, the evidence reveals that (i) Biogen's stock price did not experience a statistically significant increase after the July 22 Statement, and (ii) market participants did not note the July 22 Statement nor describe it as conveying new information. Both findings demonstrate a lack of price impact by the July 22 Statement, as explained below.

      *i.*     *Biogen's Stock Price Did Not Increase After the July 22 Statement*

26.     To assess whether the market reacted positively to the July 22 Statement, I conducted an event study, a commonly used statistical technique for analyzing stock price reactions.[24] An event study compares a company's actual stock returns with the "expected return" based on broader industry movements, and attributes any difference (the "abnormal return") to company-specific factors. When an abnormal return is statistically significant at the 95 percent confidence level, it is interpreted as unlikely to be the result of random fluctuation.[25] Conversely, when an abnormal return is not statistically significant, it is considered indistinguishable from the ordinary volatility of the issuer's stock. For purposes of comparability,[26] I applied this technique using the same benchmark index, the *Dow Jones U.S.*

---

[24]    Dr. Tabak refers to his event study regression as his "market model." *See* Tabak Report, ¶¶ 33, 44, 72, and Exhibits 12-13.

[25]    *See, e.g.*, Greene, William H., *Econometrics Analysis*, 8th Ed. (2018), Pearson, p. 121 ("The test is carried out by determining in advance the desired confidence with which we would like to draw the conclusion—the standard value is 95%.").

[26]    I do not necessarily endorse Dr. Tabak's model, but I use it in my report to reduce unnecessary disputes and to focus on the shortcomings in Dr. Tabak's analyses.

*Select Pharmaceuticals Index*[27] ("Benchmark Index" or "Dr. Tabak's Index"), and estimation period ("Dr. Tabak's Estimation Period") that Dr. Tabak employed in his analyses.[28, 29]

27.     Using this methodology, I estimated the abnormal return for Biogen stock on July 22, 2020 to be *negative* 0.12 percent and not statistically significant at the 95 percent confidence level.[30]

**Figure 1:** Abnormal Return Estimate for July 22, 2020, from Close-to-Close Event Study

| Expected Log Return, % | Abnormal Log Return, % | *t*-statistic | *p*-value |
|---|---|---|---|
| 0.34% | -0.12% | -0.048 | 0.962 |

28.     Therefore, Biogen's stock price (in excess of what is predicted by the event study) decreased, rather than increased, on July 22, 2020. Moreover, the price movement on July 22, 2020 is not statistically significant, meaning that it is not distinguishable from the ordinary volatility of Biogen's stock during Dr. Tabak's Estimation Period.

29.     The event study confirms that the July 22 Statement did not introduce new inflation into Biogen's stock price.

    *ii.     Market Participants Did Not Note the July 22 Statement nor Describe It as Conveying New Information*

30.     My review of contemporaneous analyst reports and market commentary shows that the market did not react to the July 22 Statement, further supporting the lack of price impact.

---

[27]     "The Dow Jones U.S. Select Pharmaceuticals Index comprises stocks from the Dow Jones U.S. Broad Stock Market Index that are classified in the DJICS Pharmaceuticals subsector." *See* S&P Global, "Dow Jones U.S. Select Pharmaceuticals Index," available at https://www.spglobal.com/spdji/en/indices/equity/dow-jones-us-select-pharmaceuticals-index.

[28]     Tabak Report, ¶ 44.

[29]     In particular, my model relates the logarithm of close-to-close returns of Biogen's stock price to the logarithm of close-to-close returns of the *Dow Jones U.S. Select Pharmaceuticals Index* over Dr. Tabak's Estimation Period. *See* Tabak Report, Exhibit 8b and Exhibit 12.

[30]     *See* my backup materials for **Figure 1**. I use the model's standard error to compute a *t*-statistic and its corresponding *p*-value. The *p*-value indicates the likelihood, under the null hypothesis of no price impact, of observing an abnormal return at least as extreme as the one estimated, based on the distribution of abnormal returns measured during Dr. Tabak's Estimation Period. An abnormal return with a *p*-value greater than 0.05 is considered not statistically significantly different from zero at the 95 percent confidence level, meaning that it is not statistically distinguishable from random fluctuations. This methodology matches with how Dr. Tabak utilizes his market model. *See* Tabak Report, ¶ 42.

12

31.     In my review of the public statements by Biogen around the July 22 Statement, as well as contemporaneous analysts' commentary, I find that market participants did not specifically note the July 22 Statement or describe it as conveying new information.

32.     *First*, the July 22 Statement was made in the context of previously disclosed study results. As I demonstrate in **Section IV.B** of this report, prior to July 22, 2020, Biogen had repeatedly discussed which portions of its data it viewed as supportive of aducanumab's approval. These prior statements consistently focused on EMERGE (a positive study), portions of ENGAGE (a negative study), and PRIME (a Phase Ib study),[31] while not presenting or implying conclusions about undisclosed subgroup results such as the ApoE4 carrier / non-carrier patient populations.[32]

33.     On the July 22, 2020 earnings call, Biogen again described the basis of its submission to the FDA: "[T]his submission [...] includes data from [...] EMERGE [...] together with supporting data from the Phase 3 ENGAGE study and positive results from the Phase 1b PRIME study."[33] This sentiment was echoed a second time on the call – that EMERGE was a positive study, and supporting data from ENGAGE and PRIME were submitted to the FDA.[34]

34.     Even within the specific Q&A exchange containing the July 22 Statement, Biogen again referred to only "portions of the data from ENGAGE, a negative study" as supportive.[35] After the July 22 Statement, in an answer to another question during the July 22, 2020 earnings call, Biogen stated that the supportive data from ENGAGE were what was presented at CTAD on December 5, 2019.[36] As I discuss in **Section IV.B.i**, the data presented at CTAD did not include any ApoE4 carrier / non-carrier subgroup analysis.

---

[31]    Biogen, "Biogen Plans Regulatory Filing for Aducanumab in Alzheimer's Disease Based on New Analysis of Larger Dataset from Phase 3 Studies," October 22, 2019, available at https://investors.biogen.com/news-releases/news-release-details/biogen-plans-regulatory-filing-aducanumab-alzheimers-disease.

[32]    *See* **Section IV.B.i**.

[33]    Earnings Call, p. 3.

[34]    Earnings Call, pp. 6-7 ("This submission is based upon EMERGE, the first positive Phase 3 study for a therapy to reduce clinical decline in Alzheimer's disease, supporting data from ENGAGE, although this study did not meet its primary endpoint, and positive results from the Phase 1b PRIME study. We participated in a pre-BLA meeting with the FDA during which, the agency reiterated that submitting a BLA based on data from EMERGE, ENGAGE and PRIME was reasonable.").

[35]    Earnings Call, p. 14.

[36]    Earnings Call, p. 18 ("[I]n terms of the negative study ENGAGE, we have analyses that show that those who received the highest dose over a sustained period of time do show evidence of efficacy similar to what we found in EMERGE. And so, that's the data we presented at CTAD and ADPD, and that's why we believe there are supportive evidence coming from ENGAGE.").

35.    ***Second***, if the July 22 Statement did, in fact, communicate that *all data* supported the thesis that a higher dose is needed for efficacy, I would expect market participants to view this statement as a strong indicator of aducanumab's potential FDA approval. Dr. Tabak himself agreed in his deposition that market participants would have regarded this information as "new."[37] However, Dr. Tabak performed no analysis or review to determine if market participants actually expressed the view that the statement suggested *all data* supported the efficacy of the high dose, or if market participants even mentioned the July 22 Statement at all.[38] By contrast, I reviewed news articles and analysts' reports following the July 22 Statement and found no direct or indirect references to the July 22 Statement.

36.    I reviewed all analysts' reports related to Biogen from July 22, 2020 through November 6, 2020 ("the Alleged Class Period").[39] None contained mentions of the July 22 Statement or expressed the view that all possible analyses of available data supported the Dosage Thesis.[40]

37.    I would expect value-relevant information to begin appearing in news articles promptly after the information was made available. I therefore conducted a systematic review of news articles published between July 22, 2020 and July 31, 2020. Using Factiva, I searched for all English-language articles flagged as related to Biogen during this period.[41] As shown in

---

[37]    Tabak Deposition, 159:13-160:2 ("Q: So just to wrap this point up, you would agree with me that it would be a new piece of information for the chief medical officer of a company for the first time to say I believe that all of Biogen's data is consistent with needing to get to high dose aducanumab to benefit clinically? That would be significant, correct? A: First you said new, then you said significant. Q: Let's do new first. That would be new, correct? A: Probably new, yes.").

[38]    Tabak Deposition, 117:12-118:16, 149:7-25.

[39]    SAC, ¶ 1.

[40]    My search included all analysts' reports about Biogen, Inc., in English and published by broker contributors available through Refinitiv or Standard and Poor's Capital IQ between July 22, 2020 and November 6, 2020, as well as other reports received from counsel published in the same time frame. None of these reports contained the phrase "Data are all consistent," excluding Q2 2020 call transcripts that contained no independent analyst commentary. I further conducted a manual review of analysts' reports that mentioned the following key words: "Adu," or "Aducanumab," or "Amab," or "Alzheimer;" along with "Dose," or "Dosing," or "Dosage," or "Subgroup," or "Subpopulation," or "Carrier," or "ApoE." Of the analysts' reports that mentioned these key words, none mentioned the July 22 Statement. The keyword searches I conducted throughout this report are not case sensitive.

[41]    My search included all news articles about Biogen, Inc., in English, available through Factiva published between July 22, 2020 and July 31, 2020 (on the Factiva Platform "Company Search" was filtered to "Biogen, Inc." and "Language" search was filtered to "English").

**Exhibit 1**, this search identified 76 unique articles from 38 unique publications.[42] Of these 76 articles, 23 discussed aducanumab or Alzheimer's disease,[43] nine mentioned either the ENGAGE/EMERGE studies or data or statistics about aducanumab (*see* **Exhibit 2** for quotes),[44] and three articles mentioned dose or dosage in the context of aducanumab (*see* **Exhibit 3** for quotes).[45] From my review of each of the 76 unique articles, none discussed the July 22 Statement.[46]

38.    Given that Biogen's stock price did not increase after the July 22 Statement and that market participants did not take note of, let alone describe the July 22 Statement as conveying new, value-relevant information, I conclude that the July 22 Statement did not introduce new price inflation into Biogen's stock price.

### B.    The July 22 Statement Did Not Maintain Preexisting Price Inflation

39.    Dr. Tabak agrees with my finding that the July 22 Statement did not cause Biogen's stock price to increase.[47] The only explanation that Plaintiffs provide for why this case is about inflation maintenance is that the July 22 Statement "maintained inflation" because it "inaccurately summarized the results of Biogen's clinical trials, which results had been selectively and misleadingly disclosed earlier."[48] However, Dr. Tabak was not able to articulate

---

[42]    The search yielded 95 articles, two of which were earnings call or event transcripts with no additional commentary and 17 were duplicative of other articles, identified as articles with nearly identical body text and the same relevant quotes, leaving 76 unique articles.

[43]    There were 23 articles that contained one of the following key words: "Adu," or "Aducanumab," or "Alzheimer."

[44]    There were nine articles that contained one of the following key words in the context of aducanumab: "Data," or "Statistic," or "Statistics," or "Study," or "Studies," or "ENGAGE," or "EMERGE," or "Sandrock," or "Chief Medical Officer," or "VP of Research & Development," or "Q&A," or "Management."

[45]    There were three articles that contained one of the following key words in the context of aducanumab: "Dose," or "Dosing," or "Dosage."

[46]    One article included the quote "data are all consistent" in the transcript portion of the article. There was no additional commentary on the statement. *See CQ FD Disclosure*, "Event Brief of Q2 2020 Biogen Inc Earnings Call - Final," July 22, 2020. I conducted a similar systematic review for analysts' reports about Biogen, Inc., in English and published by broker contributors available through Refinitiv or Standard and Poor's Capital IQ after the conclusion of the earnings call on July 22, 2020 through July 31, 2020, as well as other reports received from counsel published in the same time frame. *See* **Exhibit 4** for reports and associated quotes that contained one of the following key words: "Subgroup," or "Subpopulation," or "Carrier," or "ApoE," or "Dose," or "Dosing," or "Dosage," or "Data are all consistent," excluding quotations that did not relate to aducanumab. None discussed the July 22 Statement.

[47]    Tabak Deposition, 68:24-69:2 ("A: [...] The all data statement is not one that should cause the market – the price to go up.").

[48]    Plaintiffs' Brief, pp. 17-18.

when, or from which prior alleged Biogen misrepresentation that inflation was introduced.[49] Dr. Tabak further did not endeavor to investigate whether market participants in fact interpreted the July 22 Statement as maintaining a belief that *all data* supported the Dosage Thesis.[50] Furthermore, Dr. Tabak has not yet provided a conclusion on whether the July 22 Statement had a price impact at all.[51]

40. In this section, I present evidence that the July 22 Statement did not maintain any preexisting price inflation and therefore had no price impact. I reviewed Biogen's presentations and news releases about aducanumab from October 22, 2019 through July 21, 2020,[52] prior to the July 22 Statement, and found no statements suggesting that *all data* supported aducanumab's efficacy at a high dose. To the contrary, as I highlight below in **Section IV.B.i**, Biogen repeatedly specified which data supported efficacy at a high dose. Consistent with this, none of the analysts covering Biogen leading up to the July 22 Statement described Biogen's data as showing uniform support for high-dose efficacy.[53] This evidence shows that market participants never held the misimpression that *all data* supported efficacy at a high dose, whether before or after the July 22 Statement. The evidence also undermines any argument that the July 22 Statement was "maintaining" or "propping up" Biogen's stock price.

  i.   *There Was No Preexisting Price Inflation Prior to the July 22 Statement, as Market Participants Consistently Noted That Not All Results Had Been Disclosed and That These Results May Not Support the Dosage Thesis*

41. As I show in this section, from Biogen's October 22, 2019 announcement that it would seek regulatory approval for aducanumab onward, market participants consistently recognized that not all subgroup analyses had been made public or necessarily supported the

---

[49] Tabak Deposition, 111:6-112:20 ("Q: Sitting here today, there's no one statement that you have in mind that you can point me to as being one of those statements that was made before that created that preexisting expectation? A: None in particular.").

[50] Tabak Deposition, 117:12-118:16.

[51] Tabak Deposition, 121:9-20 ("Q: Okay. And so here – I want to make sure I understand this – you have not formed the ultimate conclusion that the July 22nd statement had price impact? A: As of here in my opening report, I have not yet formed that collusion [sic]. My expectation is that it's possible that you and your expert may raise that, at which point maybe I will form a conclusion or not, but as of the opening report, no.").

[52] I reviewed the Biogen presentations I received from counsel, news releases pertaining to aducanumab accessible on the Biogen investor website, and SEC filings.

[53] For each analyst firm covering Biogen from October 22, 2019 through July 21, 2020, I reviewed its most recent report in this period that pertained to aducanumab. I obtained analyst reports by conducting a search of two databases, Refinitiv and Standard and Poor's Capital IQ for reports about Biogen, Inc., in English and published by broker contributors, as well as other reports received from counsel published in the same time frame.

16

overall findings from EMERGE. Accordingly, the July 22 Statement could not have "maintained" a preexisting false belief.

42.     On October 22, 2019, Biogen issued a press release announcing that it planned to file for regulatory approval of aducanumab. The release presented some high-level analyses and indicated that subsets of ENGAGE supported the positive EMERGE study.[54] Biogen also announced that it: "plan[ned] to present further detail on the new analysis of the larger dataset from EMERGE and ENGAGE at the Clinical Trials on Alzheimer's Disease (CTAD) meeting in December 2019."[55]

43.     After the October 22, 2019 presentation, analysts' contemporaneous commentary shows that the market recognized the absence of subgroup efficacy data and identified this gap as an area of uncertainty that had yet to be resolved:

- Oppenheimer (2019.10.22 at 11:50 AM ET): "We put aducanumab back into our BIIB model with a 50% probability of success pending additional details that we expect to be presented at CTAD in December, including subsets of patients such as APOE4 carriers vs. noncarriers."[56]

- J.P. Morgan (2019.10.22 at 3:58 PM ET): "What we DON'T know and major questions into CTAD: The level of exposure for each study at the 10 mg/kg dose and whether this really drove the difference between ENGAGE and EMERGE results. What else may have driven the difference between ENGAGE and EMERGE results. [...] Results on both efficacy and safety (esp. ARIA-E) by APOE4 status. Whether uninterrupted dosing is required to see an effect in the real world. The impact the more severe placebo decline in EMERGE had on the results (and whether results would have been statistically significant if EMERGE placebo

---

[54]   Biogen, "Biogen Plans Regulatory Filing for Aducanumab in Alzheimer's Disease Based on New Analysis of Larger Dataset from Phase 3 Studies," October 22, 2019, available at https://investors.biogen.com/news-releases/news-release-details/biogen-plans-regulatory-filing-aducanumab-alzheimers-disease.

[55]   Biogen, "Biogen Plans Regulatory Filing for Aducanumab in Alzheimer's Disease Based on New Analysis of Larger Dataset from Phase 3 Studies," October 22, 2019, available at https://investors.biogen.com/news-releases/news-release-details/biogen-plans-regulatory-filing-aducanumab-alzheimers-disease.

[56]   Oppenheimer, "An Alzheimer's Day to Remember – Failure to Victory," October 22, 2019.

looked more like ENGAGE placebo). Impact of unblinding for pts who needed dose interruption due to ARIA-E and impact on efficacy results."[57]

- J.P. Morgan (2019.11.21 at 3:06 AM ET): "Our wish list […] Breakdown of results (amyloid PET and clinical endpoints) by APOE4 status, disease severity (MCI vs. mild AD), and geography (to see whether any particular subgroups may have impacted the differential effect between ENGAGE and EMERGE outside of exposure)."[58]

44.     At CTAD on December 5, 2019, Biogen presented further details on ENGAGE and EMERGE, which did not include subgroup analyses. In a Q&A call directly following the CTAD presentation, Biogen explicitly noted that the subgroup data would soon be under review at regulatory authorities, and that this was why they had not presented carrier vs non-carrier subgroup analyses: "[Q:] I've tracked so many of your data presentations over the years. And I felt like today, it seemed like there was so much presented but also so much not presented perhaps, and I couldn't tell why. So could you speak to what the carrier and noncarriers look like? […] [A:] And you're right, I mean, typically, we do present a lot of things, subgroups included, in the past. […] [T]his will soon be under review at regulatory authorities. And so for that reason, we're very sensitive about what we want to present now."[59]

45.     After the December 5, 2019 CTAD presentation and leading up to the July 22 Statement, market participants continued to note the absence of these analyses and speculate that the lack of disclosure might suggest these results were unsupportive. More generally, market commentary reflected a view that subgroup data might be complex, subject to confounding factors, and could be interpreted differently depending on the lens applied, particularly when scrutinized by the FDA:

- RBC Capital Markets (2019.12.05 at 1:14 PM ET): "[E]fficacy data in ApoE4 non-carriers – who would be less susceptible to protocol amendments and whose lower ARIA rates could enable an improved benefit/risk profile (and perhaps facilitate

---

[57]    J.P. Morgan, "Trick or Treat? At This Point, Who Seriously Knows," October 22, 2019.
[58]    J.P. Morgan, "Digging a CTAD Deeper: Our Thoughts on Aducanumab … Into the Data & Beyond," November 21, 2019.
[59]    Thomson Reuters, Biogen Inc Investor Q&A Call, December 5, 2019, pp. 6-7.

18

initial approval in this group) – were not presented, perhaps suggesting data from this population in ENGAGE does not necessarily support the hypothesis."[60]

- J.P. Morgan (2019.12.05 at 3:25 PM ET): "Interestingly, no pre-specified subgroup data were shown... This may suggest that there were no major imbalances or takeaways from key subgroups (APOE4 status, disease severity, etc.), but it could just as easily suggest that there may have been a difference in results between the two studies in one or more subgroups that can't be explained. The key question that lingers for us is what role subgroups played on placebo progression in EMERGE vs. ENGAGE."[61]

- Stifel (2020.07.08 at 8:21 AM ET): "Biogen has shown a few subgroup analyses so far which seem somewhat supportive of activity, though there are likely confounds (APOE4 positivitiy? [sic]), and our sense is that if this ends up getting reviewed and going to panel, we've only seen a piece of the picture relative to how closely these data will be scrutinized by FDA."[62]

46.     This contemporaneous commentary makes clear that analysts never assumed all subgroup analyses supported the Dosage Thesis. On the contrary, they explicitly acknowledged various missing data and expressed doubts about whether those results were supportive. The July 22 Statement therefore could not have "maintained" a false belief that all possible analyses of available data – including the subgroup analyses – were supportive of efficacy at a high dose.

  ii.     *Public Statements That Not All Data Supported the Dosage Thesis Did Not Cause Price Declines*

47.     As discussed above in **Section IV.B.i**, investors understood that Biogen had not released the subgroup data and were not under the impression that all the unreleased subgroup data supported high-dose efficacy. Even assuming, contrary to this evidence, that market participants had understood the July 22 Statement to imply that all possible data supported the

---

[60]    RBC Capital Markets, "BIIB Makes Case for Adu Activity, as Docs Pine for Any Effective AD Drug," December 5, 2019.

[61]    J.P. Morgan, "Few New Details EMERGE on Aducanumab That Support Regulatory ENGAGEment," December 5, 2019.

[62]    Stifel, "Submitting Adu: The First Step Is Complete; Acceptance and Priority Review Decision Set Up as the Next Meaningful Catalyst," July 8, 2020.

Dosage Thesis, then subsequent public statements or commentary indicating that some data were not supportive would have been corrective and produced a statistically significant price decline.

48.     Consistent with the above economic argument, I understand from Counsel that one way courts evaluate the inflation maintaining capacity of an alleged misstatement is to assess whether a "truthful substitute" at the same level of genericness as the alleged misstatement would have caused a statistically significant price decline. At Counsel's request, I conducted such an analysis considering whether statements that conveyed the following would have caused a statistically significant price decline: "Although portions of the data from PRIME, ENGAGE, and EMERGE are consistent with needing to get to the higher dose of aducanumab for efficacy, not all data are consistent with that." My analysis below reveals that no such decline occurred following statements that not all data supported the Dosage Thesis. This finding is further proof that the July 22 Statement was not interpreted as Plaintiffs allege and did not maintain any preexisting inflation.

49.     In **Exhibit 5**, I identify analysts' commentary that discussed that not all data had been disclosed and expressed uncertainty about the supportiveness of the undisclosed data after the July 22 Statement and prior to the release of the Massie Appendix. In several instances, analysts explicitly suggested that the unrevealed data were likely not supportive of approval. For example:

- RBC Capital Markets (2020.10.19 at 5:00 AM ET): "[O]ur panelists would have liked to see additional stratified analyses of ApoE+/- carriers across both treatment and placebo arms, pooled analyses of EMERGE and ENGAGE, and sensitivity analyses to characterize robustness of presented data and better quantification of missing data. Though our sense is that data not yet disclosed to date are unlikely to be overly positive, it is possible FDA finds supportive data the public has not yet been made aware of."[63]

- BMO Capital Markets (2020.10.21 at 11:22 PM ET): "As we have detailed before, given the mixed outcomes from EMERGE and ENGAGE Phase 3 trials,

---

[63]    RBC Capital Markets, "RBC Mock AdComm Votes Against Adu as Our Discussion Becomes Dominated by Data Limitations; Tgt To $268," October 19, 2020.

we do not believe current FDA precedent supports a-mab approval at this time, especially given the absence of public disclosure of key subgroup analyses."[64]

- RBC Capital Markets (2020.10.23 at 5:00 AM ET): "[B]ut there remain many cuts and sensitivity analyses across the studies not disclosed we believe are unlikely to be as supportive as the presented data."[65]

50.     Under the "lemon theory" suggested by Dr. Tabak in his deposition, if market participants believed some of the data could be unsupportive, they would have assumed it was "among the worst possible outcomes" and the stock price would have reacted negatively.[66] Dr. Tabak's "lemon theory" is consistent with the economic literature showing that information withholding would be interpreted with "extreme skepticism."[67] Thus, if price inflation had in fact been maintained through July 22, 2020, any one of these analysts' public doubts would have been expected to cause a decline in Biogen's stock price.

51.     As shown in **Exhibit 5**, I find that none of the days on which such statements were published were accompanied by a statistically significant price decline – that is, a decline (in excess of what the event study predicts) that is statistically distinguishable from the ordinary volatility of Biogen's stock price during Dr. Tabak's Estimation Period. In other words, statements that would have been corrective of the misbelief – if it had existed – that *all data* supported the Dosage Thesis produced no negative price impact. This confirms that the July 22 Statement did not maintain any price inflation attributable to the alleged misbelief.

52.     Furthermore, the public statements in **Exhibit 5** show that, after the July 22 Statement and prior to the release of the Massie Appendix, market participants were aware of the

---

[64]   BMO Capital Markets, "3Q/20: Tecfidera Revenue Erodes; A-mab AdCom November 6," October 21, 2020.

[65]   RBC Capital Markets, "Eye on Adu AdComm: Recent Briefing Docs Robustly Scrutinize Stats; Likely Key in FDA Approach to Adu," October 23, 2020.

[66]   Tabak Deposition, 137:11-24, 138:2-141:22 ("A: [...] [I]f you aren't disclosing the particulars of the negative, people tend to assume it is among the worst possible outcomes, otherwise you would disclose it if it weren't particularly bad.").

[67]   *See, e.g.*, Milgrom, Paul R., "Good News and Bad News: Representation Theorems and Applications," *The Bell Journal of Economics*, 12(2), 1981, pp. 380-391, at pp. 381-382 ("If communication between the parties is costless and if the decisionmaker can detect any withholding of information, then, at equilibrium, the decisionmaker adopts a strategy of extreme skepticism: he assumes that information is withheld only if it is very unfavorable."). *See also* Grossman, Sanford J., "The Informational Role of Warranties and Private Disclosure about Product Quality," *The Journal of Law & Economics,* 24(3), 1981, pp. 461-483, at p. 462 ("We show that consumers with rational expectations will assume that the monopolist is of the worst possible quality consistent with his disclosure when he makes less than a full disclosure.").

risk that the data package presented to the FDA was not straightforward, that some results were unsupportive, and that the FDA's statistician might reach a negative conclusion. In other words, the market was already on notice of the risk of an adverse opinion from the FDA's statistician, later revealed to be Dr. Massie. Accordingly, even if the Massie Appendix and the alleged corrective data on subgroup patterns were followed by price declines, those declines would reflect the materialization of a known risk, rather than the correction of the July 22 Statement.[68]

53.    This distinction is critical. When a risk has already been understood by market participants, a later stock price decline following its materialization does not reflect a correction of a prior misrepresentation. In this case, because the possibility of unsupportive subgroup results and a negative FDA review had already been understood and incorporated into market expectations, any stock price decline following the release of the Massie Appendix would reflect the materialization of a known risk, not the correction of any misbelief caused by the alleged misstatement.

## V.    The Back-End Price Movement On and After the Release of The Massie Appendix Does Not Indicate nor Measure Front-End Price Inflation

54.    Dr. Tabak asserts that to prove the lack of price impact from the July 22 Statement: "Defendants would have to show that there was no 'back-end price impact,' meaning that there was no reaction in Biogen's stock price to the disclosure of the allegedly omitted information."[69] Here, Dr. Tabak's premise that the suggested "back-end" stock price declines are informative of "front-end" inflation is incorrect.

55.    As a threshold matter, the evidence I have presented in **Section IV** of my report already demonstrated that the July 22 Statement neither introduced nor maintained price inflation. This conclusion alone is sufficient to sever any connection between the "back-end" declines and the July 22 Statement. Notwithstanding the above, the back-end price movement does not indicate or measure front-end price inflation for two additional reasons. First, there is a fundamental mismatch between the Massie Appendix and the July 22 Statement. Second, the prolonged stock price volatility following the release of the Massie Appendix was not

---

[68]    In **Section V.A** of this report, I further address the mismatch between the Massie Appendix and the July 22 Statement.

[69]    Tabak Report, ¶ 65.

attributable to the allegedly corrective subgroup patterns, but rather reflected broader market uncertainty surrounding the FDA's ultimate approval decision, including the intermediate AdCom meeting vote.

### A.    There is a Mismatch Between the Massie Appendix and the July 22 Statement

56.    For the back-end price decline to be evidence of front-end inflation, the alleged corrective information must, in fact, *correct* the alleged misrepresentation. In this section, I show that there is a fundamental disconnect between the Massie Appendix and July 22 Statement for two reasons: (i) there is a mismatch between the content of the July 22 Statement and the allegedly corrective contents of the Massie Appendix because the market did not interpret the July 22 Statement to convey that *all data* supported the Dosage Thesis; and (ii) there is a gap in the level of specificity between the summary July 22 Statement and the detailed Massie Appendix.

> i.    *The Massie Appendix Did Not Correct the July 22 Statement as Analysts Explicitly Noted That the July 22 Earnings Call Did Not Convey New Quantitative Evidence Supporting the Dosage Thesis*

57.    As explained above, Plaintiffs allege that the July 22 Statement conveyed that "all" data supported high-dose efficacy. Plaintiffs further allege that certain analyses in the Massie Appendix were corrective of the July 22 Statement because it concluded, based on subgroup patterns, that the totality of the data did not support high-dose efficacy.

58.    But as I discussed in **Section IV**, analysts did not interpret the July 22 Statement to convey that all possible data supported the Dosage Thesis. In fact, several reports affirmatively stated that the earnings call during which the July 22 Statement was made ***did not*** convey any additional or new quantitative or statistical evidence supporting aducanumab's efficacy:

- Wolfe Research (2020.07.22): [Specifically summarizing the question and answer session containing the July 22 Statement] "Q: Will there be any new information or publications on ENGAGE or EMERGE analyses? […] BIIB reiterated prior talking points on aducanumab, but did not mention any new publications"; "On its

investor call, there were no major new disclosures above and beyond what was already in the press release and slide deck."[70]

- RBC Capital Markets (2020.07.22 at 2:21 PM ET): "Still, potential disruptive events (generic Tecfidera, oral SMA entrant) are approaching closer, placing further pressure on their ability to get adu over the line – where with careful language on the call we see little to increase or decrease confidence in its chances (we est. 30%)."[71]

- Bank of America (2020.07.22 at 5:37 PM ET): "Still, the story is acutely focused on aducanumab […] Admittedly little has changed following the BLA submission. […] Maintain U/P and $225 PO."[72]

- Barclays (2020.07.22 at 7:00 PM ET): "The updates to the fumarate franchise and aducanumab were uninspiring."[73]

- RBC Capital Markets (2020.07.23 at 11:30 AM ET): "This furthers the question as to whether EMERGE will be statistically robust enough to stand on its own, especially once the FDA performs add'l imputation that could alter the robustness of efficacy given the high amount of missing data. […] also indicates a narrower population in which FDA might be most comfortable approving the agent initially despite the mixed data (we believe investors may be looking for this outcome) has not necessarily yet been identified."[74]

59.     Even the analyst who asked the question that spurred the July 22 Statement, Geoff Meacham for Bank of America, noted afterward that Biogen's aducanumab data was "hardly unequivocal," that the filing included "an increasing list of red flags," and that they therefore "remain[ed] skeptical of broad, first cycle approval."[75] I would expect that, if anyone listened to and incorporated the July 22 Statement into their report, it would be the analyst for whom the July 22 Statement was the answer to his question. Yet that analyst's continued skepticism about

[70]   Wolfe Research, "They Just Said What?! Highlights From the Conference Call That Just Ended," July 22, 2020.
[71]   RBC Capital Markets, "2Q20: Solid Performance, Though Potential Disruptions Loom," July 22, 2020.
[72]   BofA Global Research, "Our Thoughts Post the 2Q Call," July 22, 2020.
[73]   Barclays, "Our Thoughts Post the 2Q20 Call," July 22, 2020.
[74]   RBC Capital Markets, "Incremental Tidbits on Adu, CFO Change From Discussion With Mgmt," July 23, 2020.
[75]   BofA Global Research, "Our Thoughts Post the 2Q Call," July 22, 2020.

aducanumab trial data and likelihood of approval underscores that the July 22 Statement did not convey that "all" data were supportive of approval.

60.    Additionally, if analysts had understood the July 22 Statement as conveying that *all data* were supportive of the Dosage Thesis, they would have adjusted their investment ratings and target stock prices to reflect this new, positive information. As I show in **Exhibit 6**, of the 49 analysts' reports published by 30 firms from July 22, 2020 through July 31, 2020 pertaining to aducanumab,[76] only two, Morgan Stanley and Atlantic Equities increased their price target by more than ten percent and only Morgan Stanley changed its investment rating.[77] The discussions by these firms indicate that they changed their rating and price targets for reasons unassociated with any new information plausibly conveyed by the July 22 Statement.[78]

61.    Indeed, after the Massie Appendix was released, no analyst tied its subgroup patterns back to the July 22 Statement, suggested that the findings in the Massie Appendix contradicted Biogen's prior disclosures, or indicated that Biogen had previously represented that *all data* supported the Dosage Thesis.[79]

---

[76]    I reviewed 86 reports in total. After excluding reports released prior to the culmination of the earnings call, reports unrelated to aducanumab, transcripts without commentary, and reports omitting both a prior rating and price target, 49 reports remained. *See* my backup materials for **Exhibit 6**.

[77]    One additional analyst increased its price target by less than ten percent but more than five percent. Goldman Sachs increased its price target by $14 on July 22, 2020 at 3:52 PM ET based on updates to the analyst's "model for 2Q20 results and trends" but "using an unchanged WACC of 8%." The analyst also noted: "there is risk to Amab approval anchored by our view that there remain a number of outstanding questions regarding the reason(s) for the differential outcome of the two Ph3 studies." Goldman Sachs, "Biogen Inc. (BIIB): Amab filing action in Sept is up next," July 22, 2020.

[78]    Morgan Stanley released an analyst's report on July 22, 2020 just after the earnings call, maintaining both its rating and price target. Later that month, on July 27, 2020, the same firm increased its investment rating from Underweight to Overweight and raised its price target by $94. As the report explains, this change was not based on new data but on an expectation of short-term price increases as Biogen approached the potential FDA approval date. Likewise, on July 23, 2020, Atlantic Equities maintained its investment rating but raised its price target by $30, reflecting an increased probability of success based on "unmet medical need in Alzheimer's" and that they "believe such a [Priority Review] designation is likely." Atlantic Equities also noted the "controversial nature of the adu data package." Morgan Stanley, "Biogen Inc: Aducanumab and Tecfidera Remain the Focus," July 22, 2020; Morgan Stanley, "Biogen Inc: Near-Term Downside Remains, but Long-Term Risk/Reward Too Compelling; Double-Upgrade to OW," July 27, 2020; Atlantic Equities, "Focus Remains on Aducanumab Regulatory Path," July 23, 2020.

[79]    I reviewed all analysts' reports about Biogen, Inc., in English and published by broker contributors available through Refinitiv or Standard and Poor's Capital IQ between November 4, 2020 and November 11, 2020, as well as other reports received from counsel published in the same time frame. None of these reports contained the phrase "Data are all consistent." Additionally, I reviewed all analysts' reports using Dr. Tabak's key words: "Massie," or "Statistician," or "Statistical Review" and found that no analyst drew a connection between the allegedly corrective subgroup patterns in the Massie Appendix and the July 22 Statement.

62.     The above evidence demonstrates that the July 22 Statement did not convey to market participants that *all data* were supportive of approval on the front end; therefore, the Massie Appendix could not have been corrective on the back end. In other words, there is a clear content mismatch between the substance of the July 22 Statement and the Massie Appendix.

63.     Moreover, after the July 22 Statement and prior to the release of the Massie Appendix, market participants were on notice of the risk of a negative finding from the FDA statistician – an outcome outside of Biogen's control or ability to disclose. In other words, the Massie Appendix and the allegedly corrective subgroup patterns therein are the materialization of a known risk and are not corrective of the (non-existent) belief that *all data* are supportive of the Dosage Thesis.

> ii.     *There is a Mismatch in the Level of Detail Between the Massie Appendix and the July 22 Statement*

64.     Further, even accepting Plaintiffs' characterization of the July 22 Statement as a summary of trial data that conveyed that *all data* are supportive of the Dosage Thesis,[80] there is a significant mismatch between the specificity of the front-end and back-end disclosures.

65.     The Massie Appendix was far more detailed than the summary July 22 Statement. In the July 22 Statement, which was an extemporaneous remark during an earnings call, Dr. Sandrock cited the three studies on which Biogen relied for seeking FDA approval of aducanumab – PRIME, EMERGE, and portions of ENGAGE – and stated: "you really need to get to the higher dose, and I think our data are all consistent with that."[81] Dr. Sandrock did not reference any data or analyses or subgroups. The Massie Appendix, however, was a 97-page report prepared by an FDA statistician for the AdCom that included extensive subgroup analyses, critiques of the trial methodology, assessments of unblinding and placebo declines, and multiple statistical modeling approaches.[82]

66.     Moreover, as I observed above, the Massie Appendix included much more than what could bear on the July 22 Statement; its conclusions include methodological concerns,

---

[80]   Plaintiffs' Brief, pp. 3, 17-18.
[81]   Earnings Call, p. 14.
[82]   Food and Drug Administration, "Combined FDA and Applicant PCNS Drugs Advisory Committee Briefing Document," November 6, 2020, pp. 247-343, available at https://fda.report/media/143503/PCNS-20201106-CombinedFDABiogenBackgrounder_0.pdf.

evidentiary deficiencies, and recommendation of a new trial – none of which directly relate to the limited content of the July 22 Statement and are therefore *not* corrective. Plaintiffs admit as much.[83]

67.     Dr. Tabak does not identify which, if any, of the Massie Appendix's many analyses are corrective of the July 22 Statement, fails to clarify whether he views the whole Massie Appendix, or only portions of it, to be corrective of the July 22 Statement,[84] and "ha[sn't] looked to try to see" whether there is "a one-to-one match" between the two.[85] Additionally, Dr. Tabak acknowledges that the Massie Appendix contained more detail than the July 22 Statement and did not reference the July 22 Statement.[86]

68.     From an economic perspective, given the mismatch between the specificity and content of the alleged misrepresentation and the corrective disclosure, the back-end price declines do not indicate and cannot serve as a proxy for any front-end inflation.

### B. Prolonged Price Volatility Following the Release of the Briefing Book is Not Tied to the Allegedly Corrective Subgroup Patterns, but Relates More Broadly to the Continued Uncertainty of the AdCom Vote and FDA Approval, as well as the Eventual Negative AdCom Vote

69.     Setting aside the mismatch between the Massie Appendix and the July 22 Statement, and the fact that the July 22 Statement did not create or maintain inflation, the price movement on or after the release of the Massie Appendix still cannot serve as a proxy for any front-end price inflation. On each of the days that Dr. Tabak cites as possibly reflecting price impact from the Massie Appendix, the observed price volatility was not attributable to the

---

[83]  Plaintiffs' Brief, p. 4 ("[T]he Massie Report was no easy read. It was dense and technical. It contained many analyses that did not bear on the All Data statement.").

[84]  Although Plaintiffs admitted that the Massie Appendix "contained many analyses that did not bear on" the July 22 Statement, Plaintiffs' Brief, p. 4, Dr. Tabak did not specifically address this in his report. He also did not specify "the particulars" of which analyses are corrective in his deposition. Tabak Deposition, 71:11-72:5 ("Q: […] What's your understanding of what, if any, disclosure allegedly corrected the July 22nd statement? A: So my understanding is that plaintiffs allege that the presentation by Dr. Tristan Massie, M-A-S-S-I-E, contained information that corrected the all data statement. Q: Okay. Do you know what in particular in that report by Dr. Massie allegedly corrected the all data statement? A: I haven't memorized it, but it was involving looking at the effects of the placebo, at the effects of the high dose versus low dose group, and the 301 and 302 studies. There may have been some other areas, but I haven't focused on the particulars.").

[85]  Tabak Deposition, 126:6-12 ("Q: Have you performed any analysis of whether the July 22nd statement, the content of it, matches with the Massie report? A: Certainly there is overlap, but I haven't looked to try to see if it's kind of a one-to-one match.").

[86]  Tabak Deposition, 124:3-24.

revelation of the subgroup statistics but instead reflected broader uncertainty surrounding aducanumab's approval and ultimately the negative AdCom vote.

> i.  *On November 4, 2020, Market Participants Reacted Quickly and Positively to the Briefing Book Containing the Massie Appendix and Expressed Uncertainty on How the Differing Clinician and Statistician Views Would Be Weighed by the AdCom Panelists*

70.  On November 4, 2020, the Briefing Book, which contained the Massie Appendix, was released around 10:10 AM ET.[87] On this day, Biogen's stock price increased by approximately 44%, from $247.01 per share to $355.63 per share.[88] While Plaintiffs and Dr. Tabak insist that the information in the Massie Appendix is complex and difficult to interpret,[89] Dr. Tabak admitted at his deposition that the conclusion of the Massie Appendix was not tucked away from the market and that the market was capable of incorporating the executive summary quickly.[90] I agree with Dr. Tabak's testimony; shortly after the release of the Massie Appendix, news and analysts' commentary discussed the Massie Appendix's negative findings:

- Evercore ISI (2020.11.04 at 11:15 AM ET): "There is a statistician's review – which is NOT consistent [with] the main reviewer's key conclusions … key line: 'it's not like we have one strong study in isolation … if you have two (studies) and you take the best and pretend like it's the only one, your estimate is likely biased.'"[91]

---

[87]  StreetInsider.com, "Biogen (BIIB) Spikes 14% After FDA Posts Briefing Documents for Alzheimer's Drug Aducanumab," November 4, 2020, available at https://www.streetinsider.com/Corporate+News/Biogen+(BIIB)+Spikes+14%25+After+FDA+Posts+Briefing+Documents+for+Alzheimers+Drug+Aducanumab/17553729.html. *See also* Food and Drug Administration, "November 6, 2020: Meeting of the Peripheral and Central Nervous System Drugs Advisory Committee Meeting Announcement," updated November 4, 2020, 10:07:46 AM ET, https://web.archive.org/web/20201104150746/https://www.fda.gov/advisory-committees/advisory-committee-calendar/november-6-2020-meeting-peripheral-and-central-nervous-system-drugs-advisory-committee-meeting#event-materials.

[88]  *See* my backup materials for **Exhibit 7**.

[89]  Plaintiffs' Brief, p. 4. *See also* Tabak Report, ¶ 70.

[90]  Tabak Deposition, 251:8-252:19 ("Q: Is it fair to say that that sentence communicates that Dr. Massie's view is that all data does not support the efficacy of the high dose? A: I think that is a fair interpretation of that sentence. Q: Okay. Fair to say that this is a conclusion in the executive summary that's not tucked away from the market? A: I think that's fair. It's in a roughly three-page executive summary. Q: The market was capable of incorporating the bottom line summary quickly, correct? […] A: Once it got to this report, it was able to make an unbiased estimate based on the executive summary. I think that's fair.").

[91]  Evercore ISI, "FDA Politics at Full Display in alzh AdCom Documents," November 4, 2020.

28

- Theflyonthewall.com (2020.11.04 at 11:27 AM ET): "The FDA draft questions, efficacy reviewer presentation and safety reviewer presentation are all positive for Biogen, said Seedhouse, who only calls out the statistician's review as 'the first (and only as far as we can tell) piece of the application which is negative.'"[92]

- Citi (2020.11.04 at 11:53 AM ET): "[T]he statistician's review notes the evidence is not enough and does not want to consider these 2 studies in isolation. The statistician recommends the company conducting another trial to confirm or deny the effect."[93]

- The following excerpt from the Massie Appendix was quoted by a Morgan Stanley analyst (2020.11.04 at 11:31 AM ET) and UBS Securities (2020.11.04 12:08 PM ET): "[T]here is no compelling substantial evidence of treatment effect or disease slowing and […] another study is needed to confirm or deny the positive study and the negative study."[94]

- Dow Jones Institutional News and *The Wall Street Journal* (2020.11.04 at 1:20 PM ET and 2020.11.04 at 1:14 PM ET): "[A]n FDA statistical reviewer was more critical, writing that there is conflicting evidence for the drug's effectiveness and that approving the medicine could set back studies of other Alzheimer's drugs because it would be harder to recruit volunteers."[95]

- Reuters (2020.11.04 at 1:27 PM ET): "One statistical reviewer at the FDA said another study is needed to confirm whether aducanumab is effective. 'There is no

[92] Theflyonthewall.com, "Aducanumab Briefing Documents 'A Landslide Win' For Biogen, Says…" November 4, 2020.

[93] Citi, "Alert: Divide in the FDA Briefing Docs – FDA Reviewer Positive While Statistician Recommends Another Study," November 4, 2020.

[94] Morgan Stanley, "Briefing Documents Supportive of Aducanumab Approval," November 4, 2020; UBS Securities, "First Pass of Briefing Docs Suggest FDA Has Constructive View – This Changes Everything," November 4, 2020.

[95] *Dow Jones Institutional News*, "Biogen Surges on Promising Alzheimer's Drug Assessment," November 4, 2020; Walker, Joseph, "Biogen, at a Crossroads, Surges on Promising Alzheimer's Drug Assessment," *The Wall Street Journal*, November 4, 2020, available at https://www.wsj.com/health/pharma/biogen-at-a-crossroads-surges-on-promising-alzheimers-drug-assessment-11604513678.

compelling substantial evidence of treatment effect or disease slowing,' FDA staffer Tristan Massie wrote in the review."[96]

71.    Moreover, there were specific discussions on the Massie Appendix's allegedly corrective subgroup patterns during trading hours on November 4, 2020 – many of which were published on the morning of November 4, 2020:

- Morgan Stanley (2020.11.04 at 11:31 AM ET): "There is one discrepant data point, unsurprisingly, from the statistical reviewer: 'In summary, the totality of the data does not seem to support the efficacy of the high dose. [...] The Amyloid PET substudy data suggested a larger effect in APOE-(non-carriers) which is the opposite of what was observed for the clinical outcome data. [...] [T]he reviewer believes there is no compelling substantial evidence of treatment effect or disease slowing and that another study is needed to confirm or deny the positive study and the negative study.'"[97]

- JP Morgan (2020.11.04 at 11:35 AM ET): "That said, it's not all positive… there are some discrepancies between FDA clinical and statistical teams on why '301 was negative, and there is a lack of efficacy in APOE4 non-carriers."[98]

- RBC Capital Markets (2020.11.04 at 11:42 AM ET): "For the first time, the documents reveal that progression on the CDR-SB endpoint was indeed greater in ApoE4 carriers vs. non-carriers [...] this does confirm that carriers - who are more likely to drop out due to ARIA - did indeed progress more quickly, and may bring up the concern many docs have cited around greater dropouts among carriers potentially biasing the results in favor of adu."[99]

---

[96]    Beasley, Deena, and Manojna Maddipatla, "UPDATE 3 - Biogen Alzheimer's drug closer to approval with U.S. FDA staff backing, shares jump 40%," *Reuters News*, November 4, 2020.

[97]    Morgan Stanley, "Briefing Documents Supportive of Aducanumab Approval," November 4, 2020.

[98]    J.P. Morgan, "To Be Brief… the FDA Wants to Approve Adu," November 4, 2020.

[99]    RBC Capital Markets, "BIIB: FDA Drinks the Adu Kool-Aid, Showing Surprising Openness to Approval Despite Mixed Data; Friday's AdComm Still Key," November 4, 2020.

- Oppenheimer (2020.11.04 at 3:25 PM ET): "As we have previously written (Oct. 2018), we believe aducanumab [sic] only works in APOE4 carriers, and that hypothesis is supported by FDA's statistical analysis."[100]

72.    In an efficient market, new information is incorporated promptly into the stock price. This is especially true in contemporary stock markets with extensive high-frequency trading; academic studies and commentary from market stakeholders show that new information is incorporated into the stock price in minutes, if not faster.[101, 102] Furthermore, Dr. Tabak himself establishes that more than 80 percent of Biogen's stock were held by institutions[103] and that many of these institutions actively adjusted their positions during the Alleged Class Period.[104] Citing *Cammer,* Dr. Tabak notes that the presence of institutional investors expedites

---

[100]  Oppenheimer, "Briefing Documents Provide Encouraging Insights," November 4, 2020.

[101]  *See, e.g.*, Hu, Grace Xing, Jun Pan, and Jiang Wang, "Early Peek Advantage? Efficient Price Discovery With Tiered Information Disclosure," *Journal of Financial Economics*, 126(2), 2017, pp. 399-421, at p. 402 ("[T]aking advantage of high-speed trading, we are able to document the speed of price discovery in the order of seconds and milliseconds. By comparison, the previous work has mostly focused on the one- to five-minute windows."). Similarly, Chordia *et al*. (2018) also note that "the pace of trading in financial markets has increased rapidly in recent years" and "firm-specific information released during market hours is into prices within one minute." Additionally, they find that "the speed of price reaction to negative surprises is similar to the price reaction to positive surprises." Chordia, Tarun, T. Clifton Green, and Badrinath Kottimukkalur, "Rent Seeking by Low-Latency Traders: Evidence from Trading on Macroeconomic Announcements," *The Review of Financial Studies*, 31(12), 2018, pp. 4650-4687, at pp. 4657, 4661. *See also* Von Beschwitz, Bastian, Donald B. Keim, and Massimo Massa, "First to 'Read' the News: News Analytics and Algorithmic Trading," *The Review of Asset Pricing Studies*, 10(1), 2020, pp. 122-178.

[102]  U.S. Securities and Exchange Commission, "SEC Charges New York Stock Exchange for Improper Distribution of Market Data," September 14, 2012, available at https://www.sec.gov/newsroom/press-releases/2012-2012-189htm ("'Improper early access to market data, even measured in milliseconds, can in today's markets be a real and substantial advantage that disproportionately disadvantages retail and long-term investors,' said Robert Khuzami, Director of the SEC's Division of Enforcement."). This shows the market regulator's opinion that market participants, especially non-retail investors, act within milliseconds on new information.

[103]  Tabak Report, ¶ 24 ("Over 1,400 institutions are known to have collectively held over 137 million Biogen shares, or 84.2% of the shares outstanding as of June 30, 2020, the last calendar quarter-end before the start of the Analysis Period […] On December 31, 2020, the first quarter-end after the end of the Analysis Period, institutions held approximately 131 million Biogen shares, or 85.2% of the shares outstanding.").

[104]  Tabak Report, ¶ 25 ("[A]n examination of the data underlying Exhibit 5 shows that most institutions did change their positions, with numerous examples of a single reporting institution changing its holdings up or down by more than a hundred thousand shares over the course of a single quarter.").

the incorporation of company news into the company's stock price,[105] which is a proposition supported by academic studies.[106]

73. Dr. Tabak confirmed in his deposition that, under the efficient market hypothesis, the market will begin to react to public information by "either instantaneously or near instantaneously" incorporating it into the stock price.[107] He further agreed that the market will "fully incorporate[] the [available] information" in a quick and unbiased manner, "giving its best estimate of all of the information at that point in time," which can be followed by "additional volatility as the market continues to react."[108]

74. My analysis of Biogen's stock trading data confirms Dr. Tabak's above description of a quick and unbiased reaction. First, the trading volume on November 4, 2020 was the highest of any day during the Alleged Class Period—more than 12 times the average daily trading volume between July 22 and November 3, 2020[109]—suggesting that market participants actively incorporated any value-relevant new information on that date.

75. *Second*, the intraday price and volume patterns in **Figure 2**[110] further demonstrate the speed of market participants' reactions. Immediately after the release of the Briefing Book that included the Massie Appendix at approximately 10:10 AM,[111] Biogen's stock price rose

---

[105] Tabak Report, ¶ 22 ("As discussed in *Cammer*: '[t]he existence of market makers and arbitrageurs would ensure completion of the market mechanism; these individuals would react swiftly to company news and reported financial results by buying or selling stock and driving it to a changed price level.'").

[106] *See, e.g.*, Boehmer, Ekkehart and Eric K. Kelley, "Institutional Investors and the Informational Efficiency of Prices," *The Review of Financial Studies*, 22(9), 2009, pp. 3563-3594, at pp. 3563-3565 ("Stocks with greater institutional ownership are priced more efficiently, and we show that variation in liquidity does not drive this result. One mechanism through which prices become more efficient is institutional trading activity, even when institutions trade passively. But efficiency is also directly related to institutional holdings, even after controlling for institutional trading, analyst coverage, short selling, variation in liquidity, and firm characteristics. […] Our primary focus on the short-term aspects of informational efficiency is in the spirit of Chordia, Roll, and Subrahmanyam (2005), who find that price adjustments to new information occur substantially within thirty minutes. They credit this quick adjustment to the activities of 'astute traders,' perhaps market makers or arbitrageurs, who can move prices through their trading activity.").

[107] Tabak Deposition, 349:25-350:14.

[108] Tabak Deposition, 199:19-200:23, 200:24-201:15.

[109] *See* my backup materials.

[110] *See* **Exhibit 7** for full illustration with notes and sources.

[111] StreetInsider.com, "Biogen (BIIB) Spikes 14% After FDA Posts Briefing Documents for Alzheimer's Drug Aducanumab," November 4, 2020, available at https://www.streetinsider.com/Corporate+News/Biogen+(BIIB)+Spikes+14%25+After+FDA+Posts+Briefing+Documents+for+Alzheimers+Drug+Aducanumab/17553729.html. *See also* Food and Drug Administration, "November 6, 2020: Meeting of the Peripheral and Central Nervous System Drugs Advisory Committee Meeting Announcement," updated November 4, 2020, 10:07:46 AM ET,

sharply, accompanied by a sudden increase in trading volume and followed by a brief trading halt.[112] When trading resumed, the price rose again, reverted, and rebounded, all before trading volume reached its peak at 10:56 AM. In this period, from 10:10 AM to 10:56 AM, the average trading volume per minute was over three times the average trading volume per minute during the remainder of the trading day.[113]

**Figure 2:** November 4, 2020 Intraday Stock Price, *9:30 AM – 4:00 PM ET*

Note: *See* **Exhibit 7** for full illustration with notes and sources.

76.     From then onwards, Biogen's stock price continued to oscillate, with declining yet still heightened trading volume.[114] In short, as **Figure 2** illustrates, the price reaction on November 4, 2020 was swift and immediate following the release of the Briefing Book, trading

---

https://web.archive.org/web/20201104150746/https://www.fda.gov/advisory-committees/advisory-committee-calendar/november-6-2020-meeting-peripheral-and-central-nervous-system-drugs-advisory-committee-meeting#event-materials.

[112] StreetInsider.com, "Biogen (BIIB) Spikes 14% After FDA Posts Briefing Documents for Alzheimer's Drug Aducanumab," November 4, 2020, available at https://www.streetinsider.com/Corporate+News/Biogen+(BIIB)+Spikes+14%25+After+FDA+Posts+Briefing+Documents+for+Alzheimers+Drug+Aducanumab/17553729.html.

[113] *See* my backup materials for **Exhibit 7**. Trading volume per minute is calculated using trade-level data to aggregate the total number of Biogen shares traded within each one-minute interval during the trading day.

[114] From after 10:56 AM ET to market closing on November 4, 2020, Biogen's volume was roughly 9.8 million shares, which exceeds the still heightened but declining trading volume on November 5, 2020, (roughly 5.1 million shares) and is more than eight times the average daily trading volume over the rest of the Alleged Class Period. *See* my backup materials.

volume peaked at 10:56 AM, and the afternoon reflects a decline in trading volume with continued volatility. Some analysts further noted that while the substance of the Massie Appendix's findings was understood, there remained uncertainty regarding how these opinions will be weighed by the AdCom panelists:

- Cowen & Company (2020.11.04 at 11:20 AM ET): "With one positive Phase III and one negative Phase III the clinical reviewers' interpretation of the clinical data was the biggest question heading into today [...] The statistical reviewer appears far from persuaded [...] [t]his implies that some risk to adu's recommendation remains heading into Friday. Nonetheless, in our experience the clinical reviewers typically hold more sway with advisory committees - the panels are more likely to follow their recommendation over a conflicting one of the statistician."[115]

- RBC Capital Markets (2020.11.04 at 11:36 AM ET): "Friday's panel will still be key, though, and our recent mock adu panel – as well as recent commentary by a number of Alzheimer's KOLs – reflects the potential that clinicians and statisticians may still be unconvinced. In our view, FDA's positive stance will clearly limit downside even on a potential mixed/negative panel and we acknowledge justification for upside today, but we do not see a compelling reason to buy at these levels, given that panel and commercial risks still remain…FDA's statistician reviewer was highly critical and notes he sees 'no compelling substantial evidence of treatment effect or disease slowing' – we expect the two panel statisticians to mirror that more skeptical view [...]."[116]

77.     Market commentary and the intraday price and volume patterns on November 4, 2020 provide evidence of an immediate, positive reaction to the simultaneous release of the positive clinician assessments in the Briefing Book and the negative findings and opinions expressed in the Massie Appendix, with continued price volatility reflecting market participants' uncertainty on how AdCom panelists may interpret and weigh these two opposing pieces of

---

[115]   Cowen & Company, "Briefing Documents Suggest Adu Has Good Chance, Though Not Without Controversy," November 4, 2020.

[116]   RBC Capital Markets, "BIIB: FDA Drinks the Adu Kool-Aid, Showing Surprising Openness to Approval Despite Mixed Data; Friday's AdComm Still Key," November 4, 2020.

evidence. As I describe in the next subsection, this volatility and uncertainty continued into November 5, 2020.

78.    Therefore, any price reaction to the Massie Appendix would have been reflected in Biogen's stock price by market closing on November 4, 2020. However, as I demonstrate in **Section VI** of this report, even setting aside that neither the Massie Appendix itself nor the subgroup analyses it contains are appropriate corrective disclosures, Dr. Tabak does not show evidence of a reliable methodology to disentangle the price impact of the allegedly corrective subgroup patterns from the Massie Appendix's other critiques and the positive clinician assessments in the Briefing Book.[117] Absent a reliable methodology, Dr. Tabak cannot cherry-pick specific portions of price movement as evidence of – or a proxy for – any front-end inflation introduced or maintained by the July 22 Statement.

> ii.    *On November 5, 2020, Price Volatility Reflected the Continued Uncertainty and Differing Views on Aducanumab's Regulatory Outcome*

79.    As discussed above, Dr. Tabak's claims of market efficiency and his deposition admission that the market was capable of incorporating the negative findings of the Massie Appendix quickly through the executive summary[118] contradict his claims of continued price impact of the alleged corrective information on the next trading day. Further, there is no economic theory that would suggest the market would react quickly to good news but wait a day to react to bad news. Dr. Tabak himself does not support that view.[119] At his deposition, Dr. Tabak pointed only to a paper by Busse and Green.[120] However, this paper suggested a difference of minutes, not hours – let alone a full day – for the market to digest negative

---

[117]  In **Section VI** of this report, I demonstrate that Dr. Tabak's analysis of the price impact in connection with the Massie Appendix is unreliable. Correcting Dr. Tabak's errors and omissions reveals that his own analysis demonstrates a lack of price impact in connection with the Massie Appendix.

[118]  Tabak Deposition, 251:8-252:4 ("Q: Is it fair to say that that sentence communicates that Dr. Massie's view is that all data does not support the efficacy of the high dose? A: I think that is a fair interpretation of that sentence. Q: Okay. Fair to say that this is a conclusion in the executive summary that's not tucked away from the market? A: I think that's fair. It's in a roughly three-page executive summary. Q: The market was capable of incorporating the bottom line summary quickly, correct? […] A: Once it got to this report, it was able to make an unbiased estimate based on the executive summary. I think that's fair.").

[119]  Tabak Deposition, 227:8-228:6.

[120]  Tabak Deposition, 228:16-229:8 ("Q: So you can't point me to economic literature that says markets fully incorporate good news more quickly than they fully incorporate bad news? […] A: The Busse article, literally that one says that good news -- says 'we find that stocks discussed positively experience a statistically and economically significant price impact beginning seconds after the stock is first mentioned and lasting approximately one minute. The response to negative reports is more gradual, lasting 15 minutes, perhaps due to the higher cost of short-selling.'").

information, and the temporal difference identified in that paper was the result of the administrative costs of short-selling, not the ability of the market to process the information.[121]

80.    Dr. Tabak cites some evidence that he contends supports the proposition that the market was still processing the allegedly corrective subgroup patterns after market hours on November 4, 2020 and into November 5, 2020. Specifically, Dr. Tabak cites the fact that two firms, J.P. Morgan and Raymond James, published additional reports describing a "closer" or "deeper" look after the market close on November 4, 2020.[122] However, Dr. Tabak ignores that on the morning of November 4, 2020, the same analysts he cites as evidence of a delayed absorption of the Massie Appendix, in fact, immediately noted the Massie Appendix's negative findings:

- Raymond James (2020.11.04 at 11:15 AM ET, first mention of the Massie Appendix by an analyst): "This is the first (and only as far as we can tell) piece of the application which is negative for BIIB. Although it's very negative. FDA's statistician seemingly thinks the entire analysis is flawed and aducanumab doesn't work."[123]

- J.P. Morgan (2020.11.04 at 11:35 AM ET): "That said, it's not all positive… there are some discrepancies between FDA clinical and statistical teams on why '301 was negative, and there is a lack of efficacy in APOE4 non-carriers."[124]

81.    Further, while both analysts elaborated on the Massie Appendix's analyses after market closing on November 4, 2020, neither expressed novel or updated views on the Massie

---

[121]    Busse, Jeffrey A. and T. Clifton Green, "Market Efficiency in Real Time," *Journal of Financial Economics*, 65(3), 2002, pp. 415-437, at p. 416 ("We find that stocks discussed positively experience a statistically and economically significant price impact beginning seconds after the stock is first mentioned and lasting approximately one minute. The response to negative reports is more gradual, lasting 15 minutes, perhaps due to the higher costs of short selling."). Dr. Tabak was not able to identify any other economic principle in support of the idea that markets take longer to incorporate bad news apart from the costs of short-selling. Tabak Deposition, 231:4-11 ("Q: […] So putting aside this process issue, are you aware of any economic principle that would stand for the proposition that good news and bad news that are released at the same time take different amounts of time to be incorporated? A: Not as a general rule.").

[122]    Tabak Report, ¶ 73. Dr. Tabak also cites three firms who first discuss the Massie Appendix after market close on November 4, 2020. The three firms are Wells Fargo, SVB Leerink, and William Blair.

[123]    Raymond James, "Briefing Documents: 'Do Stats Matter?'" November 4, 2020.

[124]    J.P. Morgan, "To Be Brief… the FDA Wants to Approve Adu," November 4, 2020.

Appendix's main findings. Instead, both analysts maintained their ratings from the morning[125] and emphasized uncertainty regarding the degree to which the Massie Appendix's findings may impact AdCom panelists' views, and ultimately aducanumab's approval:

- J.P. Morgan (2020.11.04 at 9:17 PM ET): "[W]e wanted to go deeper into the 343 page briefing doc, 11 other attachments, slide decks, pre-recordings, etc., to provide additional color heading into Friday's panel […] [O]ur more thorough review was eye opening in terms of the conflict of opinions between the FDA reviewers and their statisticians, who are far more negative. We doubt whether this makes a difference on Friday (and it's questionable whether a statistician will even have a speaking presence), but any skeptical panelists could have branches to grab onto."[126]

- Raymond James (2020.11.05 at 8:05 AM ET): "The statistical basis against adu seemed apparent within five minutes of learning almost a year ago that BIIB planned on filing. It was laid out exquisitely in the briefing. So we're not sure how else to put it: FDA could approve a drug that may not work. They just did with remdesivir, so why not again? […] FDA agrees with a biostatistician's negative vote ~32% of the time (drugs approved 68% of the time against the negative statistician vote)."[127]

82.     Therefore, even the analysts on whom Dr. Tabak relies to claim continued price impact on November 5, 2020 recognized the Massie Appendix's negative findings by the morning of November 4, 2020, maintained their ratings of Biogen after market closing on November 4, 2020, and explained that the remaining uncertainty lies in how the AdCom panelists will vote in light of the conflicting opinions as well as the overall FDA outcome that will follow. In other words, the price movement on November 5, 2020 and thereafter does not

---

[125]   Raymond James maintained an "Underperform 4" rating between the two reports, whereas J.P. Morgan maintained a "Neutral" rating. *See* Raymond James, "A House Divided: Deeper Look Into Split FDA Take on Aducanumab," November 5, 2020; Raymond James, "Briefing Documents: 'Do Stats Matter?'" November 4, 2020; J.P. Morgan, "A Closer Look at the Adu Briefing Docs and The Tale of Two FDAs," November 4, 2020; J.P. Morgan, "To Be Brief… the FDA Wants to Approve Adu," November 4, 2020.

[126]   J.P. Morgan, "A Closer Look at the Adu Briefing Docs and The Tale of Two FDAs," November 4, 2020.

[127]   Raymond James, "A House Divided: Deeper Look Into Split FDA Take on Aducanumab," November 5, 2020.

reflect any price impact of the allegedly corrective subgroup patterns themselves; rather, it reflects uncertainty related to factors that Biogen cannot control nor disclose.

83.    Setting aside all the evidence I described above, Plaintiffs' theory that it took market participants overnight to understand the findings in the Massie Appendix would limit price impact (if any) to that observed immediately at market opening on November 5, 2020. While modern, efficient financial markets incorporate value-relevant news rapidly during the trading day, any information that arrives overnight is almost entirely reflected in the stock price at the market open. Academic research shows that opening prices already embed news released outside regular trading hours.[128]

84.    To analyze Biogen's stock returns from market closing on November 4, 2020 to the market opening on November 5, 2020 ("close-to-open return"), I conducted an event study analysis using Dr. Tabak's Benchmark Index on the close-to-open returns throughout Dr. Tabak's Estimation Period.[129] Specifically, I conducted a very similar analysis to the one I described in **Section IV**, but rather than using returns measured from the close of the previous trading day to the close of the current trading day, I used returns measured from the close of the previous trading day to the open of the current trading day.

**Figure 3:** Abnormal Return Estimate for November 5, 2020 from Close-to-Open Event Study

| Expected Log Return, % | Abnormal Log Return, % | $t$-statistic | $p$-value |
|---|---|---|---|
| 0.39% | -2.56% | -1.070 | 0.286 |

85.    I found that Biogen's abnormal close-to-open return on November 5, 2020 is not statistically significant at the 95 percent confidence level.[130] This result indicates that Biogen's

---

[128]  *See, e.g.*, Greene, Jason T., and Susan G. Watts, "Price Discovery on the NYSE and the NASDAQ: The Case of Overnight and Daytime News Releases," *Financial Management*, 25(1), 1996, pp. 19-42, at pp. 19-20 ("In particular, on both exchanges [NYSE and NASDAQ], the majority of the price response to nontrading-hours earnings announcements is realized during the opening trade.").

[129]  Tabak Report, Exhibit 8b and Exhibit 12 ("Estimation Period: July 22, 2019 to July 21, 2020[.]").

[130]  *See* my backup materials for **Figure 3**. I use the model's standard error to compute a $t$-statistic and the corresponding $p$-value. The $p$-value indicates the likelihood, under the null hypothesis of no price impact, of observing an abnormal close-to-open return at least as extreme as the one estimated, based on the distribution of abnormal close-to-open returns measured during Dr. Tabak's Estimation Period. An abnormal close-to-open return with a $p$-value greater than 0.05 is considered not statistically significantly different from zero at the 95 percent confidence level, meaning that it is not statistically distinguishable from random fluctuations.

price movement from November 4, 2020 close to November 5, 2020 open (in excess of what is predicted by the event study regression) is not distinguishable from the ordinary volatility of Biogen's close-to-open returns during Dr. Tabak's Estimation Period.[131] This means that, even with 17.5 hours overnight (from 4:00 PM ET on November 4, 2020 to 9:30 AM ET on November 5, 2020), the market price at the open did not experience a statistically significant decline.

86.    I have also analyzed the price drop to which Plaintiffs point during the trading day on November 5, 2020. Even if Plaintiffs presume, without basis and against all aforementioned evidence, that the decline *after* market open on November 5, 2020 reflected continued digestion of the allegedly corrective subgroup patterns, that decline was in line with the many price drops observed on November 4, 2020 during the period of heightened volatility that occurred following the publication and market absorption of the Briefing Book. For example, as shown in **Figure 4**,[132] while Biogen's stock fell by $7.30 in the first 15 minutes of trading on November 5, 2020, comparable or larger intraday declines occurred repeatedly on November 4, 2020,[133] including:[134]

- A $6.08 price decline in just three minutes, between 10:43 AM and 10:46 AM;

- A $12.01 price decline in just five minutes, between 11:01 AM and 11:06 AM;

- A $9.34 price decline in just ten minutes, between 11:20 AM and 11:30 AM;

- A $7.14 price decline in just four minutes, between 12:44 PM and 12:48 PM; and,

- A $16.24 price decline in just eight minutes, between 2:24 PM and 2:32 PM.

---

[131]    The conclusion from this analysis is conservative. This analysis does not adjust for the heightened price volatility following the publication of the Briefing Book and leading up to the AdCom vote on November 6, 2020. Because higher volatility increases the likelihood that large price movements occur by chance, the threshold for statistical significance should be higher in such periods. Benchmarking the November 5, 2020 return against a period of similar volatility would therefore only strengthen the conclusion that it is not statistically significant.

[132]    *See* **Exhibit 8** for full illustration with notes and sources.

[133]    I defined comparable stock price declines to the market opening on November 5, 2020 as intraday stock price declines that (1) fall within or exceed the range of declines from November 5, 2020 market open to 9:35 AM, 9:40 AM, or 9:45 AM (*i.e.*, as severe) and (2) have a greater per-minute dollar decline than the first fifteen minutes of trading on November 5, 2020 (*i.e.*, more sudden).

[134]    *See* my backup materials for **Exhibit 8**. I calculated Biogen's intraday stock price declines by subtracting the price of the first executed trade in the minute that marks the start of the window from the first executed trade in the minute that marks the end of the window.

**Figure 4:** Intraday Stock Price Declines on November 4, 2020,
*Comparable to Declines Following the Market Open on November 5, 2020*



**Note:** *See* **Exhibit 8** for full illustration with notes and sources.

87.      Even considering the entire trading day on November 5, 2020, over which the decline from the market open to close was $19.10, there are still several intraday declines on November 4, 2020 that were similar in magnitude but occurred over shorter periods of time. For example, on November 4, 2020, Biogen's price declined by:[135]

- $18.49 in seven minutes, between 10:25 AM and 10:32 AM;

- $26.08 in 30 minutes, between 11:01 AM and 11:31 AM; and,

- $17.25 in 15 minutes, between 2:17 PM and 2:32 PM.

88.      This pattern shows that the intraday declines on November 5, 2020 are best understood as part of the continued volatility from the price movements of the prior day. Considering the intraday volatility on November 4, 2020, including the numerous declines as severe and more sudden than the decline observed after market opening on November 5, 2020, there is no evidence that the November 5, 2020 decline was *caused* by the prior day's revelation of allegedly corrective subgroup patterns in the Massie Appendix. Moreover, attributing the price movement on November 5, 2020 to a delayed market reaction contradicts market efficiency,

---

[135]    *See* my backup materials for **Exhibit 8**. I calculated Biogen's intraday stock price declines by subtracting the price of the first executed trade in the minute that marks the start of the window from the first executed trade in the minute that marks the end of the window.

which Dr. Tabak himself acknowledges, and the extensive analysts' commentary on November 4, 2020 that promptly addressed the Massie Appendix's findings. Rather, both the intraday fluctuations that followed the market absorption of the Briefing Book on November 4, 2020 and the decline on November 5, 2020 are consistent with continued volatility tied to uncertainty over how the AdCom panelists would weigh the various findings from the Briefing Book, including the Massie Appendix, in the upcoming vote, and the subsequent prospect of FDA approval.[136]

89.     With respect to these moments of volatility in Biogen's stock price, there is no economic theory to which Plaintiffs can point for the proposition that they represent the market's reaction to the Massie Appendix in particular. In other words, the decline during the trading day on November 5, as a matter of financial economics, is not a proxy for the value of the Massie Appendix (much less the allegedly corrective subgroup patterns described therein) released the morning of November 4, 2020.

> iii.     *The November 9, 2020 Price Decline Reflects the Materialization of the Known Risk of the Negative AdCom Vote*

90.     Dr. Tabak does not affirmatively opine that the November 9, 2020 stock decline is caused by information in the Massie Appendix, but rather opines that Defendants will struggle to show that the Massie Appendix is not the cause of Biogen's stock decline on November 9, 2020.[137] Setting aside the fact that Dr. Tabak does not provide a methodology to isolate the remaining price impact (if any) of allegedly corrective subgroup patterns from the negative AdCom vote,[138] Dr. Tabak's proposition is again not grounded in any economic principle and contradicted by his own conclusion of market efficiency as well as contemporaneous analysts' commentary.

---

[136] A number of formal statistical tests further supports the conclusion that the intraday declines on November 4, 2020 are consistent with continued volatility on November 5, 2020. An analysis of the individual fifteen-minute interval returns between market open and close on November 5, 2020 shows that none are statistically significant relative to the volatility observed after 11:00 AM on November 4, 2020 (*i.e.*, approximately one hour after the dissemination of the Briefing Book, by which time trading volume had peaked and an unbiased estimate of the price impact would have been incorporated). Additionally, a separate test of the cumulative decline observed on the morning of November 5, 2020 through 11:15 AM likewise finds no statistically significant deviation from zero, relative to the volatility on November 4, 2020 after 11:00 AM. *See* my backup materials.

[137] Tabak Report, ¶ 76.

[138] Plaintiffs themselves, in their brief, admit that the AdCom vote was an intervening fact. Plaintiffs' Brief, p. 19 ("Though the factfinder may – but need not – find that the Advisory Committee vote was an intervening fact unrelated to the fraud, as of the morning of November 9, 2020, investors had benefited from another 3 days to consider the Massie Report.").

91.     As I discussed earlier, given Dr. Tabak's conclusion that Biogen's stock traded in an efficient market, any price impact attributable to allegedly corrective subgroup patterns would have already been reflected in Biogen's closing price on November 4, 2020 and would not have continued to impact Biogen's stock on November 5, 2020, and certainly not days after the information had been revealed.

92.     What continued after market closing on November 5, 2020 was the uncertainty regarding the way in which the AdCom panel would weigh the information made available in the Briefing Book. In other words, by the time of market closing on November 5, 2020, market participants were on notice of the risk of a negative AdCom vote in light of all available information and described attempts to predict the uncertain vote based on the known negative views expressed in the Massie Appendix and the positive views presented in the Briefing Book by the clinicians. Ahead of the AdCom meeting, J.P. Morgan, UBS, and SVB Leerink all interviewed or surveyed experts to gain additional insight into how the AdCom panelists may be thinking about the briefing materials and gauge the risk of a positive or negative AdCom vote: J.P. Morgan surveyed 26 physicians who treat Alzheimer's patients, UBS hosted a call with three ex-FDA experts, and SVB Leerink spoke with an Alzheimer's specialist who had previously participated in FDA advisory committees.[139]

93.     This risk materialized on November 6, 2020, when the AdCom issued certain negative votes on questions related to aducanumab.[140] As Dr. Tabak agreed in his deposition, the vote at AdCom was "big news."[141] Upon market opening on the following trading day, November 9, 2020, Biogen's stock immediately fell from the prior closing price of $328.90 to $230.82 – a $98.08 decline.[142] A decline of this magnitude at the instant of market opening on November 9, 2020 reflects the market's reaction to new information: the negative AdCom vote issued on November 6, 2020.

---

[139]   J.P. Morgan, "Docs on Docs: Early Polling Results Are In... and It's in Favor of Adu," November 5, 2020; UBS Securities, "BIIB Aducanumab Expert Call Takeaways," November 5, 2020; SVB Leerink, "Alzheimer's KOL Investor Call Supports Positive View of Aducanumab," November 6, 2020.

[140]   Biogen, "Update on FDA Advisory Committee's Meeting on Aducanumab in Alzheimer's Disease," November 6, 2020, available at https://investors.biogen.com/news-releases/news-release-details/update-fda-advisory-committees-meeting-aducanumab-alzheimers.

[141]   Tabak Deposition, 338:22-339:4 ("Q: And the Ad Comm was big news, correct? A: I'm assuming you mean the vote when you're saying the Ad Comm, yes. Q: Well, the meeting and the vote. A: The meeting and the vote for Biogen, yes.").

[142]   *See* my backup materials.

94.     This observation is further supported by analysts' commentary. On November 6, 2020, prior to and during the AdCom meeting, analysts were commenting in anticipation of the panel prior to market open and providing midday updates as the panel was occurring.[143] After the conclusion of the AdCom meeting, analysts consistently described that the AdCom negative outcome was unanticipated, as was the panelists' focus on Dr. Massie's opinions.[144] In no discussions of Dr. Massie or the Massie Appendix did any analyst represent being surprised by the known, unsupportive subgroup patterns; rather, they reiterated known information or focused on how the panelists weighed Dr. Massie's opinions.[145] Importantly, neither the opinions of Dr. Massie nor the views and decisions of the panelists were knowable, or disclosable, by Biogen as of the time the July 22 Statement was made.

95.     As Dr. Tabak testified: "the statistical analysis may have an effect on how the Ad Comm members vote. And that matters a lot for Biogen because it affects the likely potential future of adu."[146] While the AdCom meeting provided insight into the way the FDA and other statisticians viewed the contrasting perspectives between the Massie Appendix and clinician

---

[143]   Dr. Tabak cited eight analysts' reports published on November 6, 2020 that mentioned at least one of the following key words: "Massie," or "Statistician," or "Statistical Review." Tabak Report, Exhibit 14a Backup Materials, NERA_00001258, Tab "Reports Counts." Each of these reports included a discussion of the AdCom panel. *See, e.g.*, SVB Leerink, "Alzheimer's KOL Investor Call Supports Positive View of Aducanumab," November 6, 2020; RBC Capital Markets, "BIIB: Adu AdComm Halftime Report: Skeptical Panelists Call for Rigor, but in Face of Permissive FDA, Still Not Clear How Much It Will Ultimately Matter," November 6, 2020.

[144]   *See, e.g.*, Cowen & Company, "Downgrade: AdCom Votes Make Aducanumab's Approval Unlikely, P.T. to $215," November 10, 2020 ("On Friday, the FDA's Peripheral and Central Nervous System Drugs' Advisory Committee concluded that aducanumab's efficacy has not been established. The outcome was surprising in light of the FDA's clinical review and meeting presentation, which overwhelmingly supported approval, but was consistent with the conclusions of the FDA statistician."). *See also* BofA Global Research, "Adios adu; Downgrade to U/P, $240 PO," November 6, 2020 ("The outcome represents the latest in the rollercoaster that is aducanumab, especially given the stunningly positive Briefing Documents. We upgraded on Weds (from U/P to N) given the unqualified support of the agency, but now we now struggle how to envision a way the agency can salvage anything positive based on unequivocally negative AdComm."); Goldman Sachs, "Biogen Inc. (BIIB): Amab Adcom Panel Vote Decidedly Negative," November 9, 2020 ("An FDA advisory committee (Adcom) panel issued a majority negative vote […] on Nov. 6 with respect to the key questions regarding the evidence of effectiveness for BIIB's pipeline Alzheimer's disease drug, Aducanumab […] In our view, this was a surprise, as based on the briefing documents released on Nov. 4 many of the key issues/questions we outlined heading into the panel were addressed and/or not a major focus; hence, we assumed the panel would have had a somewhat more supportive outlook [...].").

[145]   My search included all analysts' reports about Biogen, Inc., in English and published by broker contributors available through Refinitiv or Standard and Poor's Capital IQ between November 6, 2020 and November 11, 2020, as well as other reports received from counsel published in the same time frame. Among reports that contained at least one of the words identified by Dr. Tabak, "Massie," or "Statistician," or "Statistical Review," all contained either the reiteration of known subgroup results or commentary about the AdCom vote or FDA approval.

[146]   Tabak Deposition, 339:17-340:5.

assessments, it did not provide any new or clarifying information to the already-known allegedly corrective subgroup patterns. The lack of any new revelations about the subgroup patterns after November 4, 2020 confirms that, consistent with the efficient market theory, there was no portion of the price movement on November 9, 2020 that could be attributable to allegedly corrective subgroup patterns.

## VI.  Dr. Tabak's Analyses of Price Impact Are Flawed and Unreliable

96.      Dr. Tabak suggests in his report that Defendants must prove "a complete lack of price impact."[147] As **Section IV and V** show, the evidence already establishes that the July 22 Statement neither introduced nor maintained inflation, and that any decline on the back-end is not evidence of or a proxy for any front-end price impact. As a pre-emptive rebuttal, Dr. Tabak conducts analyses to support the possibility of back-end price impact from the allegedly corrective subgroup patterns contained in the Massie Appendix. In this section, I show that Dr. Tabak's analyses are methodologically flawed, unreliable, and fail to provide credible evidence of price impact that could counter the substantial evidence to the contrary provided above.

### A.  Dr. Tabak's Analysis of Price Impact on November 4, 2020 Is Flawed and Unreliable

97.      I understand that Plaintiffs have not pled in their Second Amended Complaint that any portion of the stock price movement on November 4, 2020 is recoverable as damages.[148] Nonetheless, Dr. Tabak has "reserve[d] the right to consider if a portion of the November 4, 2020 price movement is related to the Massie Appendix." Despite the fact that his event study yields a *positive* and statistically significant abnormal return on November 4, 2020,[149] Dr. Tabak notes Biogen's stock may have risen even higher but for the Massie Appendix.[150]

98.      Should the Court determine to address this issue, my opinion is that Dr. Tabak has not identified any reliable methodology to address price impact on November 4, 2020. Dr. Tabak proposed to compare the change in price targets between analysts' reports that mentioned the

---

[147]    Tabak Report, ¶ 76 n.66.
[148]    SAC, ¶¶ 17, 19, 278-279, 294 (alleging losses on November 5 and 9, 2020).
[149]    Tabak Report, ¶¶ 61 n.56. The abnormal return is the return net of industry factors, *i.e.*, the change in stock price associated with a company-specific factor. *See* Tabak Report, Exhibit 8a-b Backup Materials, NERA_00001259, Tabs "Percentile Non-MH News Test," "Percentile News Test," "Non-MH News Test," and "News Test."
[150]    Tabak Report, ¶ 66.

Massie Appendix and those that did not in his Exhibit 11. He concluded that "analysts who referenced the Massie Appendix increased their Biogen price target by less, on average, than those who did not," which he claims: "provides evidence of price impact from the alleged misrepresentations, as revealed by the analyses disclosed in the Massie Report."[151] Dr. Tabak's methodology is fundamentally flawed, for at least four reasons.

99.    *First,* Dr. Tabak's analysis is only based on seven data points and fails to demonstrate statistical significance. Should Dr. Tabak rely on this analysis to quantify the price decline (and therefore damages) attributable to the Massie Appendix (which, as previously discussed, is not an appropriate corrective disclosure), the results would be unreliable for this reason alone.[152] Given the small sample size and the large variability, neither the changes in price targets (PT − Prior PT) nor the price targets (PT) themselves come close to being statistically significantly different at the 95 percent confidence level between the two groups of reports.[153]

---

[151]    Tabak Report, ¶¶ 68-69, Exhibit 11.
[152]    Tabak Deposition, 282:19-285:19, 289:13-290:3.
[153]    *See* my backup materials for **Figure 5**. I implemented a standard statistical tool – the two-sample *t*-test – to assess whether the average changes in price targets (or the average price targets themselves) differ significantly between analysts' reports that mention the Massie Appendix and those that do not. This test evaluates whether the observed difference in averages is likely due to random variation or reflects a true difference in the underlying population means. To do so, it computes a *t*-statistic and the corresponding *p*-value, which indicates the likelihood that the observed value was a result of random fluctuation.

**Figure 5**: Change in Price Targets Using Dr. Tabak's Analysts' Reports[154]

| | Massie Mention | # of Reports | Mean | Two-Sample $t$-test | |
| --- | --- | --- | --- | --- | --- |
| | | | | $t$-statistic | $p$-value |
| **All Dr. Tabak Analysts' Reports** | | | | | |
| **Average ( PT )** | Yes | 4 | $381.25 | 0.403 | 0.726 |
| | No | 3 | $394.33 | | |
| | Difference | | **$13.08** | | |
| **Average ( PT - Prior PT )** | Yes | 4 | $65.75 | 0.753 | 0.493 |
| | No | 3 | $93.00 | | |
| | Difference | | **$27.25** | | |
| **Only Reports with Price Target Updates On or After July 22, 2020** | | | | | |
| **Average ( PT )** | Yes | 3 | $377.33 | 0.508 | 0.662 |
| | No | 3 | $394.33 | | |
| | Difference | | **$17.00** | | |
| **Average ( PT - Prior PT )** | Yes | 3 | $73.33 | 0.478 | 0.665 |
| | No | 3 | $93.00 | | |
| | Difference | | **$19.67** | | |

100.    ***Second,*** Dr. Tabak's Exhibit 11 is both incomplete and inaccurate. At his deposition, Dr. Tabak admitted that Exhibit 11 omits at least one analyst's report that discussed the Massie Appendix and raised its price target by $110. He also admitted that this omission may not be unique (*i.e.*, other analysts' reports could also be missing), further undermining the reliability of Exhibit 11.[155] Similarly, Dr. Tabak includes two Wells Fargo reports in his Exhibit 11. The first, which was published during the trading day on November 4, 2020, did not mention the Massie Appendix and Wells Fargo increased its price target from $324 to $390. The second Wells Fargo report, published later that evening, incorporated the Massie Appendix and further increased its price target to $437, suggesting that additional time with the Massie Appendix did not negatively impact Wells Fargo's view of Biogen stock, contradicting his conclusion

---

[154] Dr. Tabak's Exhibit 11 presents figures for the same set of analysts' reports, both with and without the restriction that the prior price target be dated after July 22, 2020.

[155] *See* Tabak Deposition, 290:15-295:11.

46

regarding price impact.[156] However, Dr. Tabak chose to exclude the second Wells Fargo report in his Exhibit 11 calculation, on the basis that he "wanted to only look at the first reaction" while failing to recognize that this second Wells Fargo report is the analyst's first mention of the Massie Appendix.[157]

101.    ***Third,*** Dr. Tabak only included the seven analysts' reports that changed their price targets, simply ignoring those that kept their price targets constant. Dr. Tabak claims in his deposition that analysts may take time to update their price targets and that reports without a price target change do not necessarily imply no change in valuation.[158] However, Dr. Tabak could have at least considered the set of analysts' reports that explicitly maintained their price targets. This exclusion renders Dr. Tabak's analysis incomplete and unreliable.

102.    In **Exhibit 9** I corrected for this flaw in Dr. Tabak's Exhibit 11 to include not only the analysts' reports that changed their price target, but also to include those that published a report after the release of the briefing materials and explicitly discussed keeping their price target the same.[159] I additionally supplemented Dr. Tabak's analysis with analysts' reports he was missing and included instances where an analyst published two reports on one day, to capture not just the "first reaction" to the briefing materials, but also the first reaction of that investor to the Massie Appendix, if it occurs on November 4 or 5, 2020.[160] With this expanded sample of 13 reports, there remains no statistically significant difference in either the price targets themselves or the changes in price targets between the reports that referenced the Massie Appendix and those that did not.[161] In fact, I find that analysts who discussed the Massie Appendix actually increased their price target *more* and had a *higher* average price target than those that did not discuss the Massie Appendix, revealing the unreliability of Dr. Tabak's flawed methodology.

---

[156]    *See* Wells Fargo, "BIIB: Upgrading on Positive Risk-Reward Into Aducanumab Panel," November 4, 2020, NERA 00000335-343; Wells Fargo, "BIIB: Increasing Target and Scenario Analysis Into AdCom," November 4, 2020, NERA 00000325-334.

[157]    *See* Tabak Report, Exhibit 11, n.3; Tabak Deposition, 288:17-289:12.

[158]    Tabak Deposition, 276:7-278:22, 296:11-300:18.

[159]    As Dr. Tabak noted in his deposition, some analysts may be slower to update their price targets than to publish reports. To ensure I am not including those that are simply "slow to update," I only include those analysts' reports that explicitly indicate they are choosing not to change their price target. *See* Tabak Deposition, 297:25-299:6.

[160]    *See* Tabak Deposition, 293:15-294:23.

[161]    *See* my backup materials for **Figure 6**.

47

**Figure 6:** Change in Analyst Price Targets in Extended Sample of Reports

| | Massie Mention | # of Reports | Mean | Two-Sample $t$-test | |
|---|---|---|---|---|---|
| | | | | $t$-statistic | $p$-value |
| **All Reports** | | | | | |
| **Average ( PT )** | Yes | 6 | $390.33 | -1.607 | 0.152 |
| | No | 7 | $341.57 | | |
| | Difference | | **-$48.76** | | |
| **Average ( PT - Prior PT )** | Yes | 6 | $70.00 | -0.493 | 0.633 |
| | No | 7 | $56.14 | | |
| | Difference | | **-$13.86** | | |
| **Only Reports with Price Target Updates On or After July 22, 2020** | | | | | |
| **Average ( PT )** | Yes | 5 | $389.80 | -1.538 | 0.163 |
| | No | 7 | $341.57 | | |
| | Difference | | **-$48.23** | | |
| **Average ( PT - Prior PT )** | Yes | 5 | $75.40 | -0.648 | 0.533 |
| | No | 7 | $56.14 | | |
| | Difference | | **-$19.26** | | |

103.    *Fourth*, Dr. Tabak's analysis is conceptually flawed because it attributes significance to a mere mention of the Massie Appendix. But, as previously mentioned, the Massie Appendix contained analyses and opinions beyond the specific alleged corrective information.[162] Even if the mention or lack of mention of the Massie Appendix were meaningful, Dr. Tabak analyzes the price impact broadly associated with the Massie Appendix, rather than the specific price impact potentially attributable to the allegedly corrective subgroup patterns therein.

104.    To that end, Dr. Tabak does not propose any methodology for disentangling the possible stock price impact of the allegedly corrective subgroup patterns from the remainder of the Massie Appendix. Among the reports in Exhibit 11 that Dr. Tabak identifies as mentioning the Massie Appendix, all mention *at least one* of Dr. Massie's concerns or opinions unrelated to the July 22 Statement:

---

[162]    Plaintiffs' Brief, p. 4.

- Canaccord Genuity (2020.11.04 at 2:53 PM ET): "Interestingly, while the FDA appears to endorse efficacy (including blinding) and safety, BIIB bears could still point to the statistical review. There, the reviewer expresses skepticism on the reproducibility of the data and lack of substantial evidence that adu works."[163]

- Bank of America (2020.11.04 at 3:02 PM ET): "In contrast, the second reviewer was unwilling to categorically label EMERGE a success due to its early termination. Together with the negative outcome of ENGAGE, he computed a 0.0975 chance of at least one Type 1 error (*i.e.*, a false positive). Nor was this reviewer convinced by the 'rapid progressors' argument, adding that an effective agent would not be likely to fail due to these patients who were in the early stages of the disease."[164]

- Oppenheimer (2020.11.04 at 3:25 PM ET): "up to 35% of high dose patients had dose titration modifications due to treatment related ARIA adverse events. The primary outcome assessment in this study a physician rating could potentially be susceptible to bias if the treatment was revealed."[165]

- SVB Leerink (2020.11.04 at 4:48 PM ET): "We also note that the statistical reviewer from the FDA sounds more conservative vs the clinical reviewer, as he thinks that aducanumab showed 'lack of substantial evidence' and that 'at best evidence is from 302 only and there exists conflicting adequate well controlled evidence.' With that said, we believe, in general, FDA believes the totality of aducanumab's data is supportive of its approval."[166]

- Wells Fargo (2020.11.04 at 9:32 PM ET): "After the interim analysis/trial pause, the treatment effect of low dose became larger than high dose. This is a concern

[163] Canaccord Genuity, "FDAducanumab and BIIB Set Stage for Key AdCom on 11/6; Reiterate BUY, PT up to $393," November 4, 2020, NERA 00000287-291 at 287.

[164] BofA Global Research, "Positive Regulatory Outlook Shifts Adu Dynamics," November 4, 2020, NERA 00000277-286 at 277.

[165] Oppenheimer, "Briefing Documents Provide Encouraging Insights," November 4, 2020, NERA 00000303-313 at 308.

[166] SVB Leerink, "Best Case Scenario in Briefing Docs; Adu AdCom Appears De-Risked; PT to $402," November 4, 2020, NERA 00000314-324 at 315.

for operational bias potentially creeping into study from the interim unblinding of data."[167]

105.    For all the reasons above, Dr. Tabak fails to demonstrate evidence of a reliable methodology to disentangle any potential price impact on November 4, 2020 attributable to the allegedly corrective subgroup patterns.

### B.   Dr. Tabak's Analyses of Price Impact on November 5, 2020 and Beyond Are Flawed and Unreliable

106.    In his attempt to demonstrate price impact on November 5, 2020 and beyond, Dr. Tabak (1) shows that Biogen's trading volume on November 5, 2020 was elevated;[168] (2) estimates a statistically significant price decline from November 4, 2020 market closing to November 5, 2020 market closing;[169] (3) notes that some analysts mentioned the Massie Appendix for the first time after November 4, 2020 market closing and two analysts titled their reports with "Closer Look" or "Deeper Look";[170] and (4) claims that a rising percentage of analysts' reports and news stories referenced Dr. Massie and/or the Massie Appendix from November 2, 2020 to November 5, 2020, and that the percentage continued to rise (or remained elevated) in the ensuing days.[171] Each of these analyses is flawed and invalid evidence of price impact.

107.    *First*, elevated trading volume on November 5, 2020 is not evidence that the market is still trying to understand the negative findings in the Massie Appendix. As Dr. Tabak himself admitted at his deposition, the Massie Appendix was not tucked away and the market was capable of incorporating the executive summary quickly.[172] Instead, as I demonstrated in earlier sections of this report, market participants continued to grapple with how the AdCom

---

167    Wells Fargo, "BIIB: Increasing Target and Scenario Analysis Into AdCom," November 4, 2020, NERA 00000325-334 at 329.
168    Tabak Report, ¶ 71.
169    Tabak Report, ¶ 72.
170    Tabak Report, ¶ 73.
171    Tabak Report, ¶ 74.
172    Tabak Deposition, 251:8-252:4 ("Q: Is it fair to say that that sentence communicates that Dr. Massie's view is that all data does not support the efficacy of the high dose? A: I think that is a fair interpretation of that sentence. Q: Okay. Fair to say that this is a conclusion in the executive summary that's not tucked away from the market? A: I think that's fair. It's in a roughly three-page executive summary. Q: The market was capable of incorporating the bottom line summary quickly, correct? […] A: Once it got to this report, it was able to make an unbiased estimate based on the executive summary. I think that's fair.").

panelists might weigh Dr. Massie's negative views on the statistical aspects of the studies against the positive clinician assessments in the Briefing Book – which was outside of Biogen's control and ability to disclose. Given Dr. Tabak's own evidence of market efficiency and admission that Dr. Massie's negative findings are readily accessible, the more plausible explanation for elevated trading on November 5, 2020 (which continued from the afternoon of November 4, 2020) is the uncertainty regarding the AdCom panelists' views and eventual vote.

108.    *Second*, for the same reasons noted above, and as explained in depth in **Section V** of this report, the price movements on November 5, 2020 were not caused by the disclosure of allegedly corrective subgroup patterns in the Massie Appendix; rather, they reflect the continued uncertainty over the AdCom vote and FDA approval.

109.    *Third*, while Dr. Tabak finds three analysts' reports that mentioned Dr. Massie and/or the Massie Appendix only after market closing on November 4, 2020,[173] more analysts mentioned the Massie Appendix during trading hours on November 4, 2020.[174] Moreover, as discussed in **Section V** of this report, the two analysts' reports noted by Dr. Tabak that contain the phrases "Closer Look" or "Deeper Look" in their titles did not express novel or updated views on the Massie Appendix's main findings compared to their earlier reports published in the morning of November 4, 2020. Instead, both analysts maintained their ratings from the morning and emphasized uncertainty regarding the degree to which the Massie Appendix's findings may impact the AdCom panelists' views, and ultimately aducanumab's approval.

110.    *Fourth*, Dr. Tabak points to his Exhibits 14a-14c to show that there was continued discussion of the Massie Appendix after November 5, 2020.[175] For the reasons explained below, Dr. Tabak's Exhibits 14a-14c cannot be used to show that there was any continued price impact.[176]

---

[173]    Tabak Report, ¶ 73.

[174]    15 analysts' reports published during trading hours on November 4, 2020 mentioned the Massie Appendix, most of which were published before 1:00 PM ET. Further, six specifically discussed the allegedly corrective subgroup patterns in the Massie Appendix. *See* **Section V.B.i** for example reports that mentioned the Massie Appendix published during trading hours.

[175]    Tabak Report, ¶ 76.

[176]    In addition to the more salient conceptual issues with his analysis, Dr. Tabak makes other mechanical errors in these exhibits, including but not limited to: failing to remove duplicate articles, excluding other published analysts' reports during this period from his review, recording a few analysts' reports as being published on the incorrect date, as well as misleadingly displaying the Exhibits as percentages rather than counts.

111.    Dr. Tabak's premise – that the length of time something is discussed or the number of times it is repeated is indicative of prolonged price impact – is inconsistent with his claims of market efficiency.[177] At his deposition, Dr. Tabak acknowledged the repetition of old news would not necessarily lead to price impact, but caveated: "unless there's a reason for the repetition."[178] Neither in his report nor at his deposition did Dr. Tabak articulate or analyze the potential reasons for the repetition here. My earlier analysis of market commentary leads me to conclude that, in the present case, the reasons for repetition are disconnected from the allegedly corrective subgroup patterns, and therefore invalid evidence of continued price impact.

112.    As I demonstrated in **Section V** of this report, by November 5, 2020, market participants had already noted Dr. Massie's negative conclusions but had continued to contemplate how these findings will be weighed by the AdCom panelists against the positive clinician assessments in the rest of the Briefing Book. Then, after the AdCom vote on November 6, 2020, market participants continued to remark on how the AdCom panelists considered Dr. Massie's opinions in forming their views. Therefore, the repeated mentions of Dr. Massie or the Massie Appendix indicate the market's continued interest in the AdCom vote and FDA approval, and in that context, what role Dr. Massie's opinions played in the panelists' decisions – factors that Biogen could not control nor disclose and well beyond the narrow scope of the allegedly corrective subgroup patterns.

113.    Additionally, Dr. Tabak's methodology for Exhibits 14a-14c consisted of counting the number of analysts' reports or news articles that contained one of the following terms: "Massie," or "statistician," or "statistical report." Dr. Tabak did not subsequently manually review these reports, and as Dr. Tabak acknowledged in his deposition, his approach was a "blunt instrument."[179] He did not take into account that none of these reports provided any new information about the known subgroup results,[180] nor that they featured non-corrective opinions in the Massie Appendix and discussed the Massie Appendix in the context of the

---

[177]    *See* **Section V.B.i**.
[178]    Tabak Deposition, 323:25-324:10 ("Q: Okay. But you would agree with me that old information when it's repeated does not generate price reaction in an efficient market. Correct? […] A: Unless there's a reason for the repetition or something like that, that is correct.").
[179]    Tabak Deposition, 331:3-8.
[180]    *See, e.g.*, J.P. Morgan, "Panel Votes No on FDA...and Aducanumab Too," November 6, 2020, NERA_00000733-740. *See also* William Blair, "Advisory Committee Panel Pushes Back Hard on FDA Analysis of Aducanumab Trials," November 9, 2020, NERA_00000840-846.

AdCom vote and aducanumab's subsequent regulatory pathway prospects.[181] These discussions can therefore not serve as evidence of continued price impact.

114.    For the reasons above, Dr. Tabak's Exhibits 14a-14c rest on a fatally flawed premise and do not contradict my earlier findings of a lack of price impact. In summary, each of the analyses Dr. Tabak conducted to demonstrate price impact on November 5, 2020 and beyond is flawed and unreliable.

### C.  Dr. Tabak Has Not Shown Evidence That Any Damages Attributable to the July 22 Statement Can Be Measured on a Classwide Basis

115.    For all the reasons stated above, none of Dr. Tabak's purported evidence of price impact is reliable or informative. On the contrary, based on the totality of evidence I presented in this report, I conclude that the July 22 Statement did not impact Biogen's stock price on the front end, and any back-end price movement following the release of the allegedly corrective subgroup patterns in the Massie Appendix is not valid evidence of – nor a proxy for – front-end price impact.

116.    Notwithstanding all of the above evidence establishing the absence of price impact, Dr. Tabak has not demonstrated any evidence of a methodology to measure damages potentially attributable to the alleged corrective information. As described above, for each of the dates that Dr. Tabak posits to potentially exhibit back-end price impact, Dr. Tabak fails to show evidence of a reliable methodology to disentangle the price impact attributable to the alleged corrective information from the price impact of other confounding information.

117.    In particular, any credible damages methodology would first require identifying which portion, if any, of the Massie Appendix he considers "corrective." It would then need to separate the price impact of that narrow portion from the remainder of the Appendix, which contains many non-corrective analyses and opinions. Because the Massie Appendix was released

---

[181]    *See, e.g.*, Cowen and Company, "Downgrade: Adcom Votes Make Aducanumab's Approval Unlikely, P.T. To $215," November 10, 2020, NERA 00000847-856 at 847 ("The outcome was surprising in light of the FDA's clinical review and meeting presentation, which overwhelmingly supported approval, but was consistent with the conclusions of the FDA statistician."). *See also* RBC Capital Markets, "Yer Adu There! Panel Pans Aducanumab, Undercutting FDA's Bullishness; Price Target to $244 From $263," November 6, 2020, NERA 00000681-689 at 681 ("Today's panelists also went a step further, sharply criticizing FDA for what they saw as biased analyses viewing positive EMERGE study in vacuum, inappropriately discounting FDA's own statistical reviewer's perspectives, and asking highly leading questions […].").

alongside FDA clinicians' generally positive views in the same briefing materials, a proper methodology would also need to disentangle the impact of the alleged corrective information from the impact of those contemporaneous clinician assessments. Finally, for November 9, 2020, the damages methodology would also need to identify and separate the portion of the stock price decline that is attributable to the negative AdCom vote.[182]

118.    Dr. Tabak has not proposed any scientifically credible methodology to perform these tasks, nor has he explained how one could be developed. Dr. Tabak suggests that: "further discovery should aid in some of the exact parameterizations of the damages calculations," but does not identify what would or could be obtained that would help him separate out the effect of the alleged corrective portion of the Massie Appendix from the rest of the confounding information, including the non-corrective portions of the Massie Appendix, the rest of the FDA's briefing book, and the AdCom vote.[183] In fact, at his deposition he stated that he has not "thought about how to apply" a methodology to disaggregate the confounding information in this case at all yet.[184]

119.    Further, under Plaintiffs' theory, any artificial inflation in Biogen's stock would have been dissipating through November 9, 2020, but Dr. Tabak fails to explain how he can account for such a diminishing impact, particularly given that this is inconsistent with the stock price dynamics, which show a sharp increase on November 4, 2020 followed by a sharp decline on November 9, 2020.

120.    Therefore, Dr. Tabak has shown no evidence supporting his claim that "a method for determining inflation at any date, and thus damages for any Class Member, will be feasible."[185] To the contrary, Dr. Tabak's report reinforces the conclusion that any damages potentially attributable to an alleged corrective portion of the Massie Appendix cannot be estimated using any reliable or scientifically credible methodology.

---

[182]    As discussed above, it is my opinion that no portion of the price movement on either November 5, 2020 or November 9, 2020 is attributable to allegedly corrective subgroup patterns disclosed on the morning of November 4, 2020. But, even assuming the contrary, Plaintiffs nonetheless fail to offer any relevant methodology to disaggregate or disentangle fraud-related impacts on Biogen's stock.

[183]    Tabak Report, ¶ 62.

[184]    Tabak Deposition, 354:4-24. *See also* Tabak Deposition, 91:07-92:16; 237:10-244:06.

[185]    Tabak Report, ¶ 62.

Glenn Hubbard

September 10, 2025

55

# APPENDIX A

**ROBERT GLENN HUBBARD**

Graduate School of Business
Columbia University
572 Kravis Hall
665 West 130th Street
New York, NY 10027

Phone:  212.854.2888
Fax:  212.864.6184
Email: rgh1@gsb.columbia.edu
Web: www.glennhubbard.net

*Curriculum Vitae*

## PERSONAL DATA

Born:              In Orlando, Florida.
Marital Status:    Married, two children.

## FIELDS OF SPECIALIZATION

Public Economics, Corporate Finance and Financial Institutions, Macroeconomics, Industrial Organization, Natural Resource Economics, Public Policy.

## EDUCATION

Ph.D., Economics, Harvard University, May 1983.
Dissertation: *Three Essays on Government Debt and Asset Markets*, supervised by Benjamin M. Friedman, Jerry A. Hausman, and Martin S. Feldstein.

A.M., Economics, Harvard University, May 1981.

B.A., B.S., Economics, University of Central Florida, June 1979, *summa cum laude*.

## HONORS AND AWARDS

Singhvi Prize for Scholarship in the Classroom, Columbia Business School, May 2023.

Legendary Knight Lifetime Achievement Award, University of Central Florida, April 2023.

Distinguished Service Award, Tax Foundation, 2022.

Doctorate, *Honoris Causa*, Niagara University, 2022.

John H. Makin Fellowship, American Enterprise Institute, 2019-2020.

NACD Directorship 100, 2019.

Distinguished Eagle Scout Award, National Boy Scouts of America, November 2017.

Visionary Award, Council for Economic Education, 2016.

Silver Beaver Award, Boy Scouts of America, 2014.

Medal of Honor, Foreign Policy Association, 2014.

Homer Jones Lecture, Federal Reserve Bank of St. Louis, 2013.

Fiftieth Anniversary Award of Scholarship, University of Central Florida, 2013.

Franklin Delano Roosevelt Distinguished Service Award, Greater New York Council, Boy Scouts of America, 2012.

Bloomberg Markets, 50 Most Influential Members of the Global Financial Community, 2012.

National Association of Corporate Directors, Directorship 100: People to Watch, 2011.

Joint American Economic Association/American Finance Association Distinguished Speaker, 2008.

Cairncross Lecture, University of Oxford, 2007.

Fellow of the National Association of Business Economists, 2005.

William F. Butler Memorial Award, New York Association of Business Economists Award, 2005.

Exceptional Service Award, The White House, 2002.

Michelle Akers Award for Distinguished Service, University of Central Florida, 2001.

Alumni Hall of Fame, University of Central Florida, 2000.

Best Paper Award for Corporate Finance, Western Finance Association, 1998.

Exceptional Service Award, U.S. Department of the Treasury, 1992.

Distinguished Alumnus Award, University of Central Florida, 1991.

John M. Olin Fellowship, National Bureau of Economic Research, 1987-1988.

Teaching Commendations, Graduate School of Business, Columbia University.

Northwestern University Associated Student Government Teaching Awards, announced in 1985, 1986, and 1987.

Graduate Distinctions: National Science Foundation Fellowship, Alfred P. Sloan Foundation Fellowship.

Undergraduate Distinctions: National Merit Scholarship, National Society of Professional Engineers Award, Florida Society of Professional Engineers Award, National Council of Teachers of English Award, Omicron Delta Kappa, Financial Management Association Honor Society.

## POSITIONS HELD

| | |
|---|---|
| 2019-present | Dean Emeritus, Graduate School of Business, Columbia University |
| 2004-2019 | Dean, Graduate School of Business, Columbia University |
| 2019-present | Academic Director, Chazen Institute for Global Business, Graduate School of Business, Columbia University |
| 1994-present | Russell L. Carson Professor of Economics and Finance, Graduate School of Business, Columbia University |
| 1997-present | Professor of Economics, Faculty of Arts and Sciences, Columbia University |
| 2019-2022 | Co-Director, Richman Center for Law, Business, and Public Policy |
| 2025-present | Panel of Economic Advisors, Congressional Budget Office |
| 2017-present | Member, Aspen Institute Economic Strategy Group |
| 2019-2025 | Governor, Grants Advisory Council, Smith Richardson Foundation |
| 2019-2022 | Co-Chair, Task Force on Financial Stability, Brookings Institution |
| 2017-2020 | Co-Chair, Aspen Institute Future of Work Initiative National Advisory Council |
| 2007-2017 | Panel of Economic Advisors, Federal Reserve Bank of New York (also 1993-2001) |
| 2003-2012 | Featured commentator, *Nightly Business Report* |
| 2003-2010 | Featured commentator, *Marketplace* |
| 2003-present | Visiting Scholar American Enterprise Institute (also 1995-2001) |
| 1999-2004 | Co-Director, Columbia Business School Entrepreneurship Program |
| 2004-2005 | Viewpoint Columnist, *Business Week* |
| 2004-2006 | Member, Panel of Economic Advisors, Congressional Budget Office |
| 2001-2003 | Chairman, President's Council of Economic Advisers |
| 2001-2003 | Chairman, Economic Policy Committee, Organization for Economic Cooperation and Development |
| 2001-2003 | Member, White House National Economic Council and National Security Council |

| | |
|---|---|
| 2001-2003 | Member, President's Council on Science and Technology |
| 1997-1998 | Visiting Professor of Business Administration, Harvard Business School |
| 1995-2001 | Visiting Scholar and Director of Tax Policy Program, American Enterprise Institute |
| 1994-1997 | Senior Vice Dean, Graduate School of Business, Columbia University |
| 1994 | MCI Fellow, American Council for Capital Formation |
| 1994 | John M. Olin Visiting Professor, Center for the Study of Economy and the State, University of Chicago |
| 1991-1993 | Deputy Assistant Secretary (Tax Analysis), U.S. Department of the Treasury |
| 1988-present | Professor of Economics and Finance, Graduate School of Business, Columbia University |
| 1987-1988 | John M. Olin Fellow in residence at the National Bureau of Economic Research |
| 1983-1988 | Assistant Professor of Economics, Northwestern University, with half-time research appointment in the Center for Urban Affairs and Policy Research |
| 1985 | Visiting Scholar, Center for Business and Government, John F. Kennedy School of Government, Harvard University |
| 1981-1983 | Teaching Fellow (Department of Economics) and Resident Tutor in Economics (Dunster House), Harvard University |

**DIRECTORSHIPS**

| | |
|---|---|
| 2021-present | TotalEnergies SE |
| 2019-present | MetLife (Chairman of the Board) |
| 2007-present | MetLife (Independent director) |
| 2022-present | BlackRock Fixed Income Funds (Chairman of the Board) |
| 2004-present | BlackRock Fixed Income Funds |
| 2004-2020 | ADP, Inc. |
| 2004-2014 | KKR Financial Corporation (Lead independent director) |
| 2004-2008 | Duke Realty Corporation |
| 2006-2008 | Capmark Financial Corporation; Information Services Group |
| 2004-2006 | Dex Media/R.H. Donnelley |
| 2003-2005 | ITU Ventures |
| 2000-2001 | Angel Society, LLC; Information Technology University, LLC |

CONSULTING OR ADVISORY RELATIONSHIPS

| | |
|---|---|
| 2023-present | TIFIN |
| 2019-present | Growth Catalyst Partners |
| 2016-2020 | 55 Capital |
| 2014-2023 | Fiscal Note |

| | |
|---|---|
| 2007-present | Consulting or Speaking Engagements at Some Point: U.S. Department of Justice, Internal Revenue Service, 1-800-Flowers, Abbott, Access Midstream, Advance Auto Parts, Advent, A IMCO, Airgas, Alibaba, AlixPartners, Alternative Investment Group, Amazon, American Axle, American Century, America's Health Insurance Plans, Amgen, AMVAC, ApexBrasil, Republic of Argentina, Association for Corporate Growth, Atlantic Point, AXA, Banco Bradesco, Bank of America, Bank of New York Mellon, Barclays Services Corporation, BBVA Compass, BGC, Biogen, BNP Paribas, Brevan Howard, Calamos, Capital Research, Carlyle Group, Christofferson Robb, CIBC, Citigroup, Commonfund, Compagnie Financiere Tradition, ComScore, Coty, Credit Suisse, Dell, Deutsche Bank, Eaton, FactSet, Donald Fewer, Fidelity, Flutter, Franklin Resources, Freddie Mac, Gartner, Goldman Sachs, Good, Government of Greece, Great-West, Sue Ann Hamm, Hanson, The Hartford, HFF, HSBC, Huntsman Corp., Insurance Information Institute, Intel, Investcorp, Jarden, JP Morgan Chase, Key Bank, Kosmos, Lincoln National, Lloyds/HBOS, Loews, Lotte, LVMH, Macquarie, Maersk, Mastercard, Mattel, Medtronic, Microsoft, Morgan Stanley, Mylan, NAI, NAREIT, NASCAR, National Rural Utilities Cooperative Finance Corporation, Nationwide, Adam Neumann, New York Bankers Association, NextEra, NMS Group, Norinchukin, Nuveen, Ocwen, Oracle, Pandora, Panera, Patriarch, PayPal, Pension Real Estate Association, Pershing Square, PNC, Portigon/West LB, Principal Management Corporation, Prium, Promontory, Rabobank, Real Estate Roundtable, Related Properties, Reynolds American, Rio Tinto, Royal Bank of Canada, Royal Bank of Scotland, Robinhood, Rural/Metro, Samsung, Sarshar, SCE&G, Steven Scott, Schwab, Sears, SIG, Sinclair, Society Generale, Solera, Streck, SunTrust, Telia Sonera, Tesco, Trust Company of the West, Tullett Prebon, UBS, Vale S.A., Visa, Votorantim, Walter Energy, William Walters, Wells Fargo, Wilmington Trust, Zillow |
| 2005-2009 | Arcapita |
| 2005-2010 | Nomura Holdings America |
| 2008 | Laurus Funds |
| 2005-2008 | Chart Venture Partners |
| 2003-2009 | Ripplewood Holdings |

POSTS IN NON-PROFIT ORGANIZATIONS

| | |
|---|---|
| 2024-present | Director, National Bureau of Economic Research |
| 2020-present | Member, Board of Directors, Resources for the Future |
| 2019-present | Member, Grant Advisory Committee, Smith Richardson Foundation |
| 2019-present | Member, Task Force on Inclusive Capitalism |
| 2006-present | Co-Chair, Committee on Capital Markets Regulation |
| 2003-present | Member, Manhattan District Council Board, Boy Scouts of America |
| 2012-present | Trustee, Committee for Economic Development |
| 2021-2024 | Trustee, Fifth Avenue Presbyterian Church, New York |
| 2019-2024 | Co-Chair, Financial Stability Task Force |
| 2004-2019 | Member, Advisory Board, National Center on Addiction and Substance Abuse |
| 2017-2020 | Trustee, Fifth Avenue Presbyterian Church, New York |
| 2012-2015 | Trustee, Fifth Avenue Presbyterian Church, New York |
| 2010-2011 | Co-Chair, The Study Group on Corporate Boards |
| 2008-2011 | Elder, Fifth Avenue Presbyterian Church |
| 2008-2010 | Chairman, Economic Club of New York |
| 2006-2008 | Member, Board of Directors, Resources for the Future |
| 2003-2008 | Trustee, Tax Foundation |
| 2004-2010 | Trustee, Economic Club of New York |
| 2004-2007 | Trustee, Fifth Avenue Presbyterian Church, New York |

**PROFESSIONAL ACTIVITIES**

| | |
|---|---|
| 1987-present | Research Associate, National Bureau of Economic Research (Monetary Economics, Corporate Finance, Public Economics, Economic Fluctuations, Industrial Organization) |
| 2007-present | Life Member, Council on Foreign Relations |
| 2024-2025 | President, Eastern Economics Association |

| | |
|---|---|
| 2017-2018 | Member, U.S.-China Economic and Security Review Commission |
| 2003 | Member, Committee of Visitors, National Science Foundation |
| 2000 | Panelist, Graduate Fellowship Selection Committee, National Science Foundation |
| 1999-2001 | Director, Project on Nonprofit Organizations, National Bureau of Economic Research |
| 1997-2001 | Member, COSSA-Liaison Committee, American Economic Association |
| 1993-2001 | Board of Advisors, Institutional Investor Project, School of Law, Columbia University |
| 1995-1999 | Member, Board of Academic Consultants, American Law Institute |
| 1997 | Member, Grants Panel for Integrative Graduate Education and Research Training Program, National Science Foundation |
| 1994-1996 | Member, Economics Grants Panel, National Science Foundation |
| 1993-1996 | Member, Federal Taxation and Finance Committee, National Tax Association |
| 1990-1995 | Co-organized research program on International Aspects of Taxation at the National Bureau of Economic Research, Cambridge, Massachusetts |
| 1995 | Member, Program Committee, American Economic Association Meeting |
| 1983-1987 | Faculty Research Fellow, National Bureau of Economic Research |
| 1983-1986 | Adjunct Faculty Research Fellow, Energy and Environmental Policy Center, John F. Kennedy School of Government, Harvard University, Cambridge, Massachusetts |
| 1986, 1988, 1994, 2020 | Member of the Brookings Panel on Economic Activity |
| 1985, 1987 | Special guest of the Brookings Panel on Economic Activity |
| 1990-1991 | Organized research program on Environmental Economics and Public Policy at the National Bureau of Economic Research, Cambridge, Massachusetts |
| 1988-1990 | Co-organized research program on Dynamic Models of Firms and Industries at the National Bureau of Economic Research, Cambridge, Massachusetts |
| 1985-1989 | Organized research program and workshops on contracting in financial markets at the Summer Institute, National Bureau of Economic Research, Cambridge, Massachusetts |
| 1988 | Organized Economic Fluctuations program on Industrial Economics and Macroeconomics, National Bureau of Economic Research, Stanford, California |
| 1986-1988 | Organized research program and workshop on links between macroeconomics and industrial organization at the Summer Institute, National Bureau of Economic Research, Cambridge, Massachusetts |
| 1991 | Member, Program Committee, Econometric Society Winter Meetings |
| 1982-1983 | Member, Energy Modeling Forum VII Study Group, Stanford University, Stanford, California |
| 1981-present | Consultant on research projects with private corporations and government and international agencies, including the Internal Revenue Service, Social Security Administration, U.S. Department of Energy, U.S. Department of State, U.S. Department of Treasury, and U.S. International Trade Commission; National Science Foundation; The World Bank; Board of Governors of the Federal Reserve System; Federal Reserve Bank of New York; Congressional Budget Office |

| | |
|---|---|
| Member: | American Economic Association, American Finance Association, Association for Public Policy and Management, Econometric Society, International Association of Energy Economists, National Tax Association, the Royal Economic Society, and the Institute for Management Science |
| Referee: | *American Economic Review; Canadian Journal of Economics; Columbia Journal of World Business; Econometrica; Economic Journal; Energy Economics; Energy Journal; International Finance; International Tax and Public Finance; Journal of Business; Journal of Business and Economic Statistics; Journal of Economic History; Journal of Economic Literature; Journal of Finance; Journal of Financial Economics; Journal of Financial Intermediation; Journal of Financial and Quantitative Analysis, Journal of Financial Services Research; Journal of  Industrial Economics; Journal of International Money and Finance; Journal of Law and Economics; Journal of Macroeconomics; Journal of Money, Credit, and Banking; Journal of Monetary Economics; Journal of Political Economy; Journal of Public Economics; Journal of Regulatory Economics; Journal of Small Business Finance; Management Science; National Tax Journal; Quarterly Journal of Economics; Quarterly Review of Economics and Finance; RAND Journal of Economics; Review of Economic Dynamics; Review of Economic Studies; Review of Economics and Statistics; Review of Financial Economics; Scandinavian Journal of Economics; Southern Economic Journal; National Science Foundation*; C.V. Starr Center for Applied Economics (New York University); Addison-Wesley Publishing Company; Ballinger Press; Cambridge University Press; Harvard Business School Press; MIT Press; W.W. Norton; Oxford University Press |
| Associate Editor: | *Journal of Applied Corporate Finance* |
| Former Associate Editor: | *Federal Reserve Bank of New York Economic Policy Review; International Finance; International Tax and Public Finance; Journal of Industrial Economics; Journal of Macroeconomics; Journal of Small Business Finance; National Tax Journal* |

## PUBLICATIONS AND PAPERS

**Edited Volumes**

*Transition Costs of Fundamental Tax Reform* (with K.A. Hassett), Washington, D.C.: AEI Press, 2001.

*Inequality and Tax Policy* (with K.A. Hassett), Washington, D.C.: AEI Press, 2001.

*Effects of Taxation on Multinational Corporations* (with M. Feldstein and J.R. Hines), Chicago: University of Chicago Press, 1995.

*Taxing Multinational Corporations* (with M. Feldstein and J. R. Hines), Chicago: University of Chicago Press, 1995.

*Studies in International Taxation* (with A. Giovannini and J. B. Slemrod), Chicago: University of Chicago Press, 1993.

*Financial Markets and Financial Crises*, Chicago: University of Chicago Press, 1991.

*Asymmetric Information, Corporate Finance, and Investment*, Chicago: University of Chicago Press, 1990.

**Books**

*The Wall and the Bridge,* New Haven, CT: Yale University Press, 2022.

*Balance* (with T. Kane), Simon and Schuster, 2013.

*Healthy, Wealthy, and Wise* (with J.F. Cogan and D.P. Kessler), Hoover Institution Press and AEI Press, 1st ed., 2005; 2nd ed., 2011.

*Seeds of Destruction* (with P. Navarro), FT Publishing, 2010.

*The Mutual Fund Industry: Competition and Investor Welfare* (with M.F. Koehn, S.I. Ornstein, M. Van Audenrode, and J. Royer), New York: Columbia Business School Publishing, 2010.

*The Aid Trap: Hard Truths About Ending Poverty* (with W. Duggan), Columbia Business School Publishing, 2009.

**Textbooks**

*Principles of Economics* (with A.P. O'Brien), Pearson Prentice Hall, 1st ed., 2006; 2nd ed., 2008; 3rd ed., 2010; 4th ed., 2013; 5th ed., 2015; 6th ed., 2017; 7th ed., 2019; 8th ed., 2021; 9th ed., 2024.

*Money, Banking, and the Financial System* (with A.P. O'Brien), Pearson Prentice Hall, 1st ed., 2012; 2nd ed., 2013; 3rd ed., 2016; 4th ed., 2021.

*Macroeconomics* (with A.P. O'Brien and M. Rafferty), Pearson Prentice Hall, 1st ed., 2012; 2nd ed., 2014; 3rd ed., 2018.

*Money, the Financial System, and the Economy,* Reading: Addison-Wesley Publishing Company, 1st ed., 1994; 2nd ed., 1997; 3rd ed., 2000; 4th ed., 2002; 5th ed., 2004; 6th ed., 2007.

## Publications

Articles

"Policies to Reduce Federal Budget Deficits by Increasing Economic Growth" (with D. Elmendorf and Z. Liscow), in B. Jones and J. Lerner, eds. *Entrepreneurship, Innovation, Policy, and the Economy*, National Bureau of Economic Research, Forthcoming.

"Dynamic Scoring: A Progress Report on Why, When, and How" (with D. Elmendorf and H. Williams), *Brookings Papers on Economic Activity,* Forthcoming.

"Did Pandemic Unemployment Benefits Reduce Employment?: Evidence from Early State-level Expirations in June 2021" (with H. J. Holzer and M. R. Strain), *Economic Inquiry* (September 2023).

"Stakeholders, Shareholders, and the Purpose of the Corporation" (with S. Bhagat), *Journal of Law, Economics and Policy* 17 (October 2022).

"The Elasticity of Taxable Income in the Presence of Intertemporal Income Shifting" (with A. Gorry and A. Mathur), *National Tax Journal* 74 (March 2021): 45-73.

"Has the Paycheck Protection Program Succeeded?" (with M. Strain), *Brookings Papers on Economic Activity* (Fall 2020): 335-390.

"Establishing Credible Rules for Fed Emergency Lending" (with C. Calomiris, D. Holtz-Eakin, A.H. Meltzer, and H.S. Scott), *Journal of Financial Economic Policy* 8 (2017): 260-267.

"The Response of Deferred Executive Compensation to Changes in Tax Rates" (with A. Gorry, K.A. Hassett, and A. Mathur), *Journal of Public Economics* 151 (2017): 28-40.

"Country Characteristics and the Incidence of Capital Income Taxation on Wages:  An Empirical Assessment" (with C. Azemar), *Canadian Journal of Economics* 48 (2015): 1762-1802.

"Taxing Capital's Gains: Capital's Ideas and Tax Policy in the Twenty-First Century", *National Tax Journal*, 68 (2015): 409-424.

Reforming the Tax Preference for Employer Health Insurance" (with J. Bankman, J.F. Cogan, and D.P. Kessler), *Tax Policy and the Economy*, volume 26, Cambridge, University of Chicago Press, 2012.

"The Effect of Tax Preferences on Health Spending" (with J.F. Cogan and D.P. Kessler), *National Tax Journal*, 64 (2011): 795-816.

"The Effect of Medicare Coverage for the Disabled on the Market for Private Insurance" (with J.F. Cogan and D.P. Kessler), *Journal of Health Economics* 29 (2010): 418-428.

"The Effect of Massachusetts' Health Reform on Employer-Sponsored Insurance Premiums" (with J.F. Cogan and D.P. Kessler), *Forum for Health Economics and Policy*, 2010.

"The Mortgage Market Meltdown and House Prices" (with C. Mayer), *The B.E. Journal of Economic Analysis & Policy* 9: Issue 3 (Symposium), Article 8 (2009).

"Competition in the Mutual Fund Industry: Evidence and Implications for Policy" (with J. Coates), *Journal of Corporation Law*, 33 (Fall 2007).

"Evaluating Effects of Tax Preferences on Health Care Spending and Federal Revenues" (with J.F. Cogan and D.P. Kessler), in J.M. Poterba, ed., *Tax Policy and the Economy*, volume 21, Cambridge: MIT Press, 2007.

"To Bundle or Not to Bundle: Firms' Choices Under Pure Building" (with A. Saha and J. Lee), *International Journal of the Economics of Business* 14 (2007): 59-83.

"The Economic Effects of Federal Participation in Terrorism Risk" (with B. Deal and P. Hess), Risk Management and Insurance Review 8 (2005): 177-209.

"The Effects of Progressive Income Taxation on Job Turnover" (with W.M. Gentry), *Journal of Public Economics* 88 (September 2004): 2301-2322.

"Business, Knowledge, and Global Growth", *Capitalism and Society*, 1 (2006).

"Precautionary Savings and the Governance of Nonprofit Organizations" (with R. Fisman), *Journal of Public Economics*, 2005.

"Government Debt and Interest Rates" (with E. Engen), in M. Gertler and K. Rogoff, *NBER Macroeconomics Annual 2004*, Cambridge: MIT Press, 2005.

"Entrepreneurship and Household Saving" (with W.M. Gentry), *Advances in Economic Analysis and Policy*, 4 (2004).

"Taxing Multinationals" (with M. Devereux), *International Taxation and Public Finance* 10(2003):469-487.

"The Effect of the Tax Reform Act of 1986 on the Location of Assets in Financial Services Firms" (with R. Altshuler), *Journal of Public Economics* 87 (January 2003):109-127.

"The Role of Nonprofit Endowments" (with R. Fisman), in E. Glaeser, ed., *The Governance of Not-For-Profit Organizations*, Chicago: University of Chicago Press, 2003.

"Are There Bank Effects in Borrowers' Costs of Funds?: Evidence from a Matched Sample of Borrowers and Banks" (with K.N. Kuttner and D.N. Palia), *Journal of Business* 75 (October 2002): 559-581.

"The Share Price Effects of Dividend Taxes and Tax Imputation Credits" (with T.S. Harris and D. Kemsley), *Journal of Public Economics* 79 (March 2001): 569-596.

"Tax Policy and Entrepreneurial Entry" (with W.M. Gentry), *American Economic Review* 90 (May 2000).: 283-287.

"Understanding the Determinants of Managerial Ownership and the Link Between Ownership and Performance" (with C.P. Himmelberg and D. Palia), *Journal of Financial Economics* 53 (1999): 353-384.

"A Reexamination of the Conglomerate Merger Wave in the 1960s" (with D. Palia), *Journal of Finance* 54 (June 1999): 1131-1152.

"Inflation and the User Cost of Capital: Does Inflation Still Matter?" (with D. Cohen and K.A. Hassett), in M. Feldstein, ed., *The Costs and Benefits of Achieving Price Stability*, Chicago: University of Chicago Press, 1999.

"Are Investment Incentives Blunted by Changes in Prices of Capital Goods?: International Evidence" (with K.A. Hassett), *International Finance* 1 (October 1998): 103-125.

"Capital-Market Imperfections and Investment," *Journal of Economic Literature* 36 (March 1998): 193-225.

"Fundamental Tax Reform and Corporate Financial Policy" (with W.M. Gentry), in J.M. Poterba, ed., *Tax Policy and the Economy*, volume 12, Cambridge: MIT Press, 1998.

"Distributional Implications of Introducing a Broad-Based Consumption Tax" (with W.M. Gentry), in J.M. Poterba, ed., *Tax Policy and the Economy*, volume 11, Cambridge: MIT Press, 1997.

"How Different Are Income and Consumption Taxes?," *American Economic Review* 87 (May 1997): 138-142.

"Tax Policy and Investment," (with K.A. Hassett), in A.J. Auerbach, ed., *Fiscal Policy: Lessons from Economic Research*, Cambridge: MIT Press, 1997.

"Assessing the Effectiveness of Saving Incentives" (with J. Skinner), *Journal of Economic Perspectives* 10 (Fall 1996): 73-90.

"The Political Economy of Branching Restrictions and Deposit Insurance: A Model of Monopolistic Competition Among Small and Large Banks" (with N. Economides and D. Palia), *Journal of Law and Economics* 39 (October 1996): 667-704.

"Tax Reforms and Investment: A Cross-Country Comparison" (with J.G. Cummins and K.A. Hassett), *Journal of Public Economics* 62 (1996): 237-273.

"Benefits of Control, Managerial Ownership, and the Stock Returns of Acquiring Firms" (with D. Palia), *RAND Journal of Economics* 26 (Winter 1995): 782-792.

"Executive Pay and Performance: Evidence from the U.S. Banking Industry" (with D. Palia), *Journal of Financial Economics* 39 (1995): 105-130.

"Tax Policy, Internal Finance, and Investment: Evidence from the Undistributed Profits Tax of 1936-1937" (with C. Calomiris), *Journal of Business* 68 (October 1995): 443-482.

"A Reconsideration of Investment Behavior Using Tax Reforms as Natural Experiments" (with J.G. Cummins and K.A. Hassett), *Brookings Papers on Economic Activity* (1994:2): 1-59.

"Precautionary Saving and Social Insurance" (with J. Skinner and S. Zeldes), *Journal of Political Economy* 105 (April 1995): 360-399.

"Expanding the Life-Cycle Model: Precautionary Saving and Public Policy" (with J. Skinner and S. Zeldes), *American Economic Review* 84 (May 1994): 174-179.

"The Tax Sensitivity of Foreign Direct Investment: Evidence from Firm-Level Panel Data" (with J. Cummins), in M. Feldstein, J.R. Hines, and R.G. Hubbard, eds., *Effects of Taxation on Multinational Corporations*, Chicago: University of Chicago Press, 1995.

"International Adjustment Under the Classical Gold Standard: Evidence for the U.S. and Britain, 1879- 1914" (with C. Calomiris), in T. Bauoumi, B. Eichengreen, and M. Taylor, eds., *Modern Perspectives on the Gold Standard*, Cambridge: Cambridge University Press, 1995.

"Internal Finance and Firm-Level Investment" (with A. Kashyap and T. Whited), *Journal of Money, Credit, and Banking* 27 (August 1995): 683-701.

"Do Tax Reforms Affect Investment?" (with J.G. Cummins and K.A. Hassett), in J.M. Poterba, ed., *Tax Policy and the Economy*, vol. 9, Cambridge: MIT Press, 1995.

"The Importance of Precautionary Motives for Explaining Individual and Aggregate Saving" (with J. Skinner and S. Zeldes), *Carnegie-Rochester Conference Series on Public Policy* 40 (June 1994): 59-126.

"Corporate Financial Policy, Taxation, and Macroeconomic Risk" (with M. Gertler), *RAND Journal of Economics* 24 (Summer 1993): 286-303.

"Internal Net Worth and the Investment Process: An Application to U.S. Agriculture" (with A. Kashyap), *Journal of Political Economy* 100 (June 1992): 506-534.

"Long-Term Contracting and Multiple-Price Systems" (with R. Weiner), *Journal of Business* 65 (April 1992): 177-198.

"Efficient Contracting and Market Power: Evidence from the U.S. Natural Gas Industry" (with R. Weiner), *Journal of Law and Economics* 34 (April 1991): 25-67.

"Interest Rate Differentials, Credit Constraints, and Investment Fluctuations" (with M. Gertler and A. Kashyap), in R.G. Hubbard, ed., *Financial Markets and Financial Crises*, Chicago: University of Chicago Press, 1991.

"Taxation, Corporate Capital Structure, and Financial Distress" (with M. Gertler), in L.H. Summers, ed., *Tax Policy and the Economy*, volume 4, Cambridge: MIT Press, 1990.

"Firm Heterogeneity, Internal Finance, and Credit Rationing" (with C. Calomiris), *Economic Journal* 100 (March 1990): 90-104.

"Coming Home to America: Dividend Repatriations in U.S. Multinationals" (with J. Hines), in A. Razin and J.B. Slemrod, eds., *Taxation in the Global Economy*, Chicago: University of Chicago Press, 1990.

"Price Flexibility, Credit Availability, and Economic Fluctuations: Evidence from the U.S., 1894-1909" (with C. Calomiris), *Quarterly Journal of Economics* 104 (August 1989): 429-452.

"Financial Factors in Business Fluctuations" (with M. Gertler), in Federal Reserve Bank of Kansas City, *Financial Market Volatility--Causes, Consequences, and Policy Responses*, 1989.

"Contracting and Price Adjustment in Commodity Markets: Evidence from Copper and Oil" (with R. Weiner), *Review of Economics and Statistics* 71 (February 1989): 80-89.

"Financing Constraints and Corporate Investment" (with S. Fazzari and B.C. Petersen), *Brookings Papers on Economic Activity*, 1988:1: 141-195; Reprinted in Z.J. Acs, ed., *Small Firms and Economic Growth*, Cheltenham, U.K.: Edward Elgar Publishing Ltd., 1995.

"Investment, Financing Decisions, and Tax Policy" (with S. Fazzari and B.C. Petersen), *American Economic Review* 78 (May 1988): 200-205.

"Market Structure and Cyclical Fluctuations in U.S. Manufacturing" (with I. Domowitz and B.C. Petersen), *Review of Economics and Statistics* 70 (February 1988): 55-66.

"Capital Market Imperfections and Tax Policy Analysis in the Life-Cycle Model" (with K. Judd), Annales d' *Economie et de Statistique* 9 (January-March 1988): 111-139.

"Social Security and Individual Welfare: Precautionary Saving, Borrowing Constraints, and the Payroll Tax" (with K. Judd), *American Economic Review* 77 (September 1987): 630-646.

"Oligopoly Supergames: Some Empirical Evidence on Prices and Margins" (with I. Domowitz and B.C. Petersen), *Journal of Industrial Economics* 36 (June 1987): 379-398.

"Uncertain Lifetimes, Pensions, and Individual Saving," in Zvi Bodie, John B. Shoven, and David A. Wise (eds.), *Issues in Pension Economics,* Chicago: University of Chicago Press, 1987, pp. 175-205.

"The Farm Debt Crisis and Public Policy" (with C. Calomiris and J. Stock), *Brookings Papers on Economic Activity*, 1986:2: 441-479.

"Liquidity Constraints, Fiscal Policy, and Consumption" (with K. Judd), *Brookings Papers on Economic Activity*, 1986:1: 1-50.

"The Intertemporal Stability of the Concentration-Margins Relationship" (with I. Domowitz and B.C. Petersen), *Journal of Industrial Economics* 35 (September 1986): 13-34.

"Pension Wealth and Individual Saving: Some New Evidence," *Journal of Money, Credit, and Banking* 18 (May 1986): 167-178.

"Supply Shocks and Price Adjustment in the World Oil Market," *Quarterly Journal of Economics* 101 (February 1986): 85-102.

"Regulation and Long-Term Contracts in U.S. Natural Gas Markets" (with R. Weiner), *Journal of Industrial Economics* 35 (September 1986): 51-71.

"Business Cycles and the Relationship Between Concentration and Price-Cost Margins" (with I. Domowitz and B.C. Petersen), *RAND Journal of Economics* 17 (Spring 1986): 1-17.

"Inventory Optimization in the U.S. Petroleum Industry: Empirical Analysis and Implications for Energy Emergency Policy" (with R. Weiner), *Management Science 32* (July 1986): 773-790.

"Social Security, Liquidity Constraints, and Pre-Retirement Consumption," *Southern Economic Journal* 51 (October 1985): 471-484.

"Personal Taxation, Pension Wealth, and Portfolio Composition," *Review of Economics and Statistics* 67 (February 1985): 53-60.

"Industry Margins and the Business Cycle: Some New Microeconomic Evidence" (with I. Domowitz and B.C. Petersen), *Economics Letters* 19 (1985): 73-77.

"Oil Supply Shocks and International Policy Coordination" (with R. Weiner), *European Economic Review* 30 (February 1986): 91-106.

"Do IRAs and Keoghs Increase Saving?," *National Tax Journal* 37 (March 1984): 43-54.

*The Financial Impacts of Social Security: A Study of Effects on Household Wealth Accumulation and Allocation, in Monograph Series in Finance and Economics*, New York University, 1983.

Writings on Public Policy

"Markets for the People," *National Affairs* (Summer 2024).

*Report of the Task Force on Financial Stability* (with Donald Kohn, *et al.*), Brookings Institution, 2021.

"Rule of Law and Purpose of the Corporation" (with S. Bhagat), *Corporate Governance* (April 16, 2021).

"The Wall and the Bridge," *National Affairs* (Fall 2020).

"What Can Be Done at the National Level  to Boost the Economic Well-Being of Middle- and Lower-Income Americans," in E. Ludwig, ed., *The Vanishing American Dream*, New York: Disruption Books, 2020.

"Should the Modern Corporation Maximize Shareholder Value?" (with S. Bhagat), *AEI Economic Perspectives,* September 2020.

"The $64,000 Question: Living in the Age of Technological Possibility or Showing Possibility's Age?," in J. Diamond and G. Zodrow, eds., *Prospects for Economic Growth*, Cambridge: Cambridge University Press, forthcoming.

"Promoting Economic Recovery After COVID-19" (with J. Furman, T. Geithner, and M. Kearney), Aspen Economic Study Group, 2020.

"A Business Fiscal Response to a COVID-19 Recession" (with M. Strain), *AEI Ideas,* 2020.

"How Treasury Should Implement Loans to Large Businesses" (with M. Strain), *AEI Ideas,* 2020.

"If Congress Must Have Revenue Tests, Make Them Backward-Looking" (with M. Strain), *AEI Ideas,* 2020.

"Building the Car While Driving It: Suggestions for Reforming the Paycheck Protection Program" (with M. Strain), *AEI Ideas,* 2020.

"If 'It' Happened Again: A Roadmap for Regulatory Reform," in Sharyn O'Halloran and Thomas Groll, eds., *After the Crash: Financial Crises and Regulatory Responses,* New York: Columbia University Press, 2019.

"A Policy Agenda to Develop Human Capital for the Modern Economy" (with A. Goolsbee and A. Ganz), in Melissa S. Kearney and Amy Ganz, eds*., Expanding Economic Opportunity for More Americans*, Washington, D.C.: Aspen Institute, 2019.

 "Supporting Work, Inclusion, and Mass Prosperity," in M. Strain ed., *The U.S. Labor Market: Questions and Challenges for Public Policy.*  Washington, D.C.: AEI Press, 2016.

"Financial Regulatory Reform: A Progress Report," Federal Reserve Bank of St. Louis *Review* (May/June 2013): 181-197

"Consequences of Government Deficits and Debt," *International Journal of Central Banking* (January 2012).

"Putting Economic Ideas Back into Innovation Policy," in J. Lerner and S. Stern, eds., *The Rate and Direction of Inventive Activity Revisited*.  Chicago: University of Chicago Press, 2012.

"Back to the Future: The Marshall Plan" (with W. Duggan), in C. Schramm, ed.
Entrepreneurship and Expeditionary Economics, Kansas City: Kauffman Foundation (2011): 8-19.

"The Morning After: A Road Map for Financial Regulatory Reform," in R. B. Porter, R. R. Glauber, and J.J. Healey, eds., *New Directions in Financial Services Regulation*, Cambridge: MIT Press (2011): 77-98.

"The Best Business Education Ever," *BizEd* 6:5 (2007).

"An Action Plan for US Capital Markets," *International Finance* 10:1 (2007): 91-99.

"Nondestructive Creation," *strategy+business* 27 (Summer 2007): 30-35.

"The Productivity Riddle," *strategy+business* 45 (Winter 2006): 28-33.

"Overview of the Japanese Deficit Question," *(with T. Ito),* in *"Tackling Japan's Fiscal Challenges: Strategies to Cope with High Public Debt and Population Aging*, *Palgrave*, Macmillan (October 31, 2006).

"The U.S. Current Account Deficit and Public Policy," *Journal of Policy Modeling* 28 (2006): 665-671.

"Making Markets Work," (with J.F. Cogan and D.P. Kessler), *Health Affairs* 24 (November/December 2005): 1447-1457.

*How Capital Markets Enhance Economic Performance and Facilitate Job Creation* (with W.C. Dudley), New York: Goldman Sachs Markets Institute, 2004.

"Would a Consumption Tax Favor the Rich?,"  In A.J. Auerbach and K.A. Hassett, eds., *Toward Fundamental Tax Reform*.  Washington, D.C.: AEI Press, 2005.

"The Economist as Public Intellectual," *Journal of Economic Education* 35 (Fall 2004): 391-394.

"Success Taxes, Entrepreneurship, and Innovation," (with W.M. Gentry), in *Innovation and the Economy*, volume 5, forthcoming.

"Tax Policy and International Competitiveness," *Taxes-The Tax Magazine* (March 2004): 233-241.

"Capital-Market Imperfections, Investment, and the Monetary Transmission Mechanism," in Heinz Hermann, ed., *Investing for the Future*. Frankfurt: Deutsche Bundesbank, 2001.

"The Growth of Institutional Stock Ownership: A Promise Unfulfilled," (with F.R. Edwards), *Journal of Applied Corporate Finance* 13 (Fall 2000): 92-104.

"Telecommunications, the Internet, and the Cost of Capital," in Ingo Vogelsang and Benjamin Compaine, eds., *The Internet Upheaval*, Cambridge: MIT Press, 2000.

"Federal Deposit Insurance: Economic Efficiency or Politics?" (with N. Economides and D. Palia), *Regulation* 22 (1999): 15-17.

*Institutional Investors and Corporate Behavior* (with G. R. Downes, Jr. and E. Houminer), Washington, D.C., American Enterprise Institute, 1999.

*The Magic Mountain: Is There a Budget Surplus?* (with K.A. Hassett), Washington, D.C.: American Enterprise Institute, 1999.

*Medical School Financing and Research: Problems and Policy Options*, Washington, D.C.: American Enterprise Institute, 1999.

"The Golden Goose: Understanding (and Taxing) the Saving of Entrepreneurs," in Gary D. Libecap, ed., *Advances in the Study of Entrepreneurship, Innovation, and Growth*, volume 10, Greenwich: JAI Press, 1998.

"U.S. Tax Policy and Multinational Corporations: Incentives, Problems, and Directions for Reform," in Dale W. Jorgenson and James M. Poterba, eds., *Borderline Case: International Tax Policy, Corporate Research and Development, and Investment*, Washington, D.C.: National Research Council, 1998.

"Distributional Tables and Tax Policy," in David F. Bradford, ed., *Distributional Analysis of Tax Policy*, Washington, D.C.: AEI Press, 1995.

"Is There a 'Credit Channel' for Monetary Policy?," *Federal Reserve Bank of St. Louis Review* 77 (May/June 1995): 63-77.

"U.S. Tax Policy and Foreign Direct Investment: Incentives, Problems, and Reform," *Tax Policy and Economic Growth,* Washington, D.C.: American Council for Capital Formation, 1995.

"The Use of 'Distribution Tables' in the Tax Policy Process," *National Tax Journal* 46 (December 1993): 527-537.

"Securities Transactions Taxes: Tax Design, Revenue, and Policy Considerations," *Tax Notes* (November 22, 1993): 985-1000.

"Corporate Tax Integration: A View from the Treasury Department," *Journal of Economic Perspectives* (Winter 1993): 115-132; reprinted in P. Roberti, ed., *Financial Markets and Capital Income Taxation in a Global Economy*, Amsterdam: North-Holland, 1998.

"The President's 1992 Health Care White Paper: An Economic Perspective," *National Tax Journal* 45 (September 1992): 347-356.

"Household Income Changes Over Time: Some Basic Questions and Facts," *Tax Notes* (August 24, 1992).

"Household Income Mobility During the 1980s: A Statistical Assessment Based on Tax Return Data" (with J. Nunns and W. Randolph), *Tax Notes* (June 1, 1992).

"Debt Renegotiation," *Institutional Investor* 24 (June 1990).

"Petroleum Regulation and Public Policy" (with R. Weiner), in Leonard Weiss and Michael Klass (eds.), *Regulatory Reform: What Actually Happened,* Boston: Little, Brown, and Company, 1986.

"Natural Gas: The Regulatory Transition" (with R. Braeutigam), in Leonard Weiss and Michael Klass (eds.), *Regulatory Reform: What Actually Happened*, Boston: Little, Brown, and Company, 1986.

"Natural Gas Contracting in Practice: Evidence from the United States" (with R. Weiner), in Michael Hoel and Bruce Wolman (eds.), *Natural Gas Markets and Contracts, Contributions to Economic Analysis Series*, North-Holland, 1986.

"Contracting and Regulation Under Uncertainty: The Natural Gas Market" (with R. Weiner), in John P. Weyant and Dorothy B. Sheffield (eds.), *The Energy Industries in Transition: 1985-2000*, Boulder: Westview Press, 1985.

"Oil and OECD Economies: Measuring Stockpile Coordination Benefits" (with J. Marquez and R. Weiner), in Mark Baier (ed.), *Energy and Economy: Global Interdependencies*, Bonn: Gesellschaft für Energiewissenschaft und Energiepolitik, 1985.

"Managing the Strategic Petroleum Reserve: Energy Policy in a Market Setting" (with R. Weiner), *Annual Review of Energy* 10 (1985): 339-359.

"Modeling Oil Price Fluctuations and International Stockpile Coordination" (with R. Weiner), *Journal of Policy Modeling* 7 (Summer 1985): 339-359.

"Crude Oil Trading and Price Stability" (with R. Weiner), in William F. Thompson and David J. De Angelo (eds.), *World Energy Markets: Stability or Cyclical Change*, Boulder: Westview Press, 1985.

"Energy Price Shocks, Inflation, and Economic Activity: Simulation Results of the Hubbard-Fry Model", in Bert Hickman and Hillard Huntington (eds.), *Macroeconomic Impact of Oil Supply Shocks: Report of the Energy Modeling Forum VII Project*, 1985.

"Drawing Down the Strategic Petroleum Reserve: The case for Selling Futures Contracts" (with S. Devarajan), in Alvin Alm and Robert Weiner (eds.), *Oil Shock: Policy Response and Implementation*, Cambridge: Ballinger Press, 1983.

"Government Stockpiles in a Multi-Country World: Coordination versus Competition" (with R. Weiner), in Alvin Alm and Robert Weiner (eds.), *Oil Shock: Policy Response and Implementation*, Cambridge: Ballinger Press, 1983.

"The 'Sub-Trigger' Crisis: An Economic Analysis of Flexible Stock Policies" (with R. Weiner), *Energy Economics* 5 (July 1983): 178-189.

"Temporary Tax Reductions as Responses to Oil Shocks," in Alvin Alm and Robert Weiner (eds.), *Oil Shock: Policy Response and Implementation*, Cambridge: Ballinger Press, 1983.

"Policy Analysis with Your Hands Tied: The Case of Disruption Tariff Under Oil Price Controls," in Fred S. Roberts (ed.), *Energy Modeling IV: Planning for Energy Disruptions*, Institute of Gas Technology, 1982.

Comments, Notes, and Reviews

"Comment" on D. Elmendorf, "'Dynamic Scoring': Why and How to Include Macroeconomic Effects in Budget Estimates for Legislative Proposals," *Brookings Papers on Economic Activity* (Fall 2015): 134-138.

"Comment" on A.J. Auerbach, "The Choice Between Income and Consumption Tax: A Primer," in A.J. Auerbach and D. Shaviro, eds., *Key Issues in Public Finance: Essays In Honor of David Bradford,* forthcoming.

"Pay Without Performance: A Market Equilibrium Critique," *Journal of Corporation Law* 30 (Summer 2005): 717-720.

"Financing Constraints and Corporate Investment: Response to Kaplan and Zingales," *Quarterly Journal of Economics* 115 (May 2000): 695-705.

"Comment" on Charles Handlock, Joel Houston, and Michael Ryngaert, "The Role of Managerial Incentives in Bank Acquisitions," *Journal of Banking and Finance* 23 (1999): 250-254.

"Comment" on D.H. Moss, "Courting Disaster?: The Transformation of Federal Disaster Policy Since 1903," in K.A. Froot, ed., *The Financing of Catastrophic Risk*, Chicago: University of Chicago Press, 1999.

"Market for Corporate Control" (with D. Palia), in P. Newman, ed., *The New Palgrave Dictionary of Economics and the Law*, London: Macmillan, 1998.

"Comment" on Joseph Peek and Eric Rosengren, "Do Monetary Policy and Regulatory Policy Affect Bank Loans?" in *Is Bank Lending Important for the Transmission of Monetary Policy?* Federal Reserve Bank of Boston, Conference Series (Proceedings) 39 (1995): 47-79.

"Introduction," in M. Feldstein, J.R. Hines, and R.G. Hubbard, eds., *Effects of Taxation on Multinational Corporations*, Chicago: University of Chicago Press, 1995.

"Introduction," in M. Feldstein, J.R. Hines, and R.G. Hubbard, eds., *Taxing Multinational Corporations*, Chicago: University of Chicago Press, 1995.

"Investment Under Uncertainty: Keeping One's Options Open," *Journal of Economic Literature* 32 (December 1994): 1794-1807.

"Introduction," in A. Giovannini, R.G. Hubbard, and J. Slemrod, eds., *Studies in International Taxation*, Chicago: University of Chicago Press, 1993.

"Comment" on G. Peter Wilson, "The Role of Taxes in Location and Source Decisions," in A. Giovannini, R.G. Hubbard, and J.B. Slemrod, eds., *Studies in International Taxation*, Chicago: University of Chicago Press, 1993.

"Market Structure and Cyclical Fluctuations in U.S. Manufacturing: Reply" (with I. Domowitz and B.C. Petersen), *Review of Economics and Statistics*, 1993.

"Introduction," in R.G. Hubbard, ed., *Financial Markets and Financial Crises*, Chicago: University of Chicago Press, 1991.

"Introduction," in R.G. Hubbard, ed., *Asymmetric Information, Corporate Finance, and Investment*, Chicago: University of Chicago Press, 1990.

"Comment" on Alberto Giovannini and James R. Hines, Jr., "Capital Flight and Tax Competition: Are There Viable Solutions to Both Problems?," in A. Giovannini and C. Mayer, eds., *European Financial Integration*, London: Centre for Economic Policy Research, 1990.

"Comment" on Roger H. Gordon and Jeffrey K. MacKie-Mason, "Effects of the Tax Reform Act of 1986 on Corporate Financial Policy and Organizational Form," in J.B. Slemrod, ed., *Do Taxes Matter?: Economic Impacts of the Tax Reform Act of 1986*, Cambridge: MIT Press, 1990.

"Comment" on James M. Poterba, "Tax Policy and Corporate Saving," *Brookings Papers on Economic Activity*, 1987:2.

"Comment" on Robert E. Hall, "Market Structure and Macro Fluctuations," *Brookings Papers on Economic Activity, 1986*:2.

"Comment" on Alan S. Blinder and Angus Deaton, "The Time-Series Consumption Function Revisited," *Brookings Papers on Economic Activity*, 1985:2.

"Comment" on Benjamin S. Friedman and Mark Warshawsky, "The Cost of Annuities: Implications for Saving Behavior and Bequests," in Zvi Bodie, John Shoven, and David Wise (eds.), *Pensions in the U.S. Economy*, Chicago: University of Chicago Press, 1987.

"Energy Security: Book Reviews," *Energy Journal* 4 (April 1983).

"When the Oil Spigot is Suddenly Turned Off: Some Further Thoughts" (with R. Weiner), *Journal of Policy Analysis and Management* 2 (Winter 1983).

Submitted Papers and Working Papers

"Tax Policy and Wage Growth" (with W. M. Gentry), Working Paper, Columbia University, 2001.

"Investor Protection, Ownership, and Investment" (with C.P. Himmelberg and I. Love), Working Paper, Columbia University, 2000.

"Incentive Pay and the Market for CEOs: An Analysis of Pay-for-Performance Sensitivity" (with C.P. Himmelberg), Working Paper, Columbia University, 2001.

"Noncontractible Quality and Organizational Form in the U.S. Hospital Industry," (with K.A. Hassett), Working Paper, Columbia University, 1999.

"Corporate Payouts and the Tax Price of Corporate Retentions: Evidence from the Undistributed Profits Tax of 1936-37" (with P. Reiss), Working Paper No. 3111, National Bureau of Economic Research, September 1989.

"Market Structure, Durable Goods, and Cyclical Fluctuations in Markups" (with I. Domowitz and B. Petersen), Working Paper, Northwestern University, 1987.

"Finite Lifetimes, Borrowing Constraints, and Short-Run Fiscal Policy" (with K. Judd), Working Paper No. 2158, National Bureau of Economic Research, 1987.

GRANTS RECEIVED

"Corporate Board Study Group," Rockefeller Foundation, 2009.

"Institutional Investors, Boards of Directors, and Corporate Governance," Korn/Ferry, 1997.

"An Economic Analysis of Saving Incentives," Securities Industry Association, 1994, with Jonathan Skinner.

"Securities Transactions Taxes: Tax Design, Revenue, and Policy Considerations," Catalyst Institute, 1993.

"Precautionary Saving in the U.S. Economy," Bradley Foundation, 1989-1990, with Jonathan Skinner and Stephen Zeldes.

"Taxation, Corporate Leverage, and Financial Distress," Garn Institute for Finance, 1989-1990.

"Precautionary Saving in a Dynamic Model of Consumption and Labor Supply," National Science Foundation (Economics Group SES-8707997), 1987-1989, with Jonathan Skinner and Stephen Zeldes.

"Industrial Behavior and the Business Cycle: A Panel Data Study of U.S. Manufacturing," National Science Foundation (Economics Group SES-8420152), 1985-1987, with Ian Domowitz and Bruce Petersen.

"Efficient Contracting and Market Power: Evidence from the U.S. Natural Gas Market," Transportation Center, Northwestern University, Summer 1985.

"Constructing a Panel Data Base for Studies of U.S. Manufacturing," University Research Grants Committee, Northwestern University, 1985-1986.

"Economic Analysis of Multiple-Price Systems: Theory and Application, "National Science Foundation (Regulatory Analysis and Policy Group, SES-8408805), 1984-1985.

"Contracting and Price Adjustment in Product Markets," University Research Grants Committee, Northwestern University, 1983-1984.


## PAPERS PRESENTED

University Seminars

Bard College, University of Bergamo, Butler Community College, University of California (Berkeley), University of California (Los Angeles), University of California (San Diego), Carleton, University of Chicago, Columbia Business School (Economics, Law School, Medical School and School of International and Public Affairs), University of Dubuque, Emory, University of Florida, University of Central Florida, Florida Atlantic University, George Washington, Georgetown, Georgia Southern University, Harvard, Hendrix College, University of Illinois, Indiana University, Iowa State University. Johns Hopkins, Laval, Lehigh, University College (London), University of Kentucky, London School of Economics, MIT, University of Maryland, University of Miami, Miami University, University of Michigan, University of Minnesota, National Defense University, New York University, Northwestern, Oxford, University of Notre Dame, University of Pennsylvania, Princeton, Ramapo College, Rice, University of Rochester, Stanford, Syracuse, University of Miami, University of Texas, Texas Tech University, Tufts, University of Virginia, University of Wisconsin (Madison), University of Wisconsin (Milwaukee), Virginia Tech, and Yale.


Conference Papers Presented

American Council for Capital Formation, Washington, D.C., June 1994.

American Economic Association, San Antonio, 2024; New Orleans, 2023; Boston, 2022; San Diego, 2020; Atlanta, 2019; Philadelphia, 2018; Chicago, 2017; San Francisco, 2016; Boston, 2015; Philadelphia, 2014; San Diego, 2013; Chicago, 2012; New Orleans, 2008; Chicago, 2007; Boston, 2006; Philadelphia, 2005; San Diego, January 2004; Atlanta, January 2002; New Orleans, January 2001; Boston, January 2000; New York, January 1999; New Orleans, January 1997; San Francisco, January 1996; Washington, D.C., January 1995; Boston, January 1994; Anaheim, January 1993; Washington, D.C., December 1990; Atlanta, December 1989; New York, December 1988; Chicago, December 1987; New Orleans, December 1985; Dallas, December 1984.

American Enterprise Institute, Conference on Economic Policy, 2019; Conference on Corporate Taxation, 2016; Conference on Private Equity, 2007; Conference on Corporate Taxation, 2006; Conference on Multinational Corporations, 2004, 2003; Conference on Multinational Corporations, February 1999; Conference on Income Inequality, January 1999; Conference on Transition Costs of Fundamental Tax Reform, November 1998; Conference Series on Social Insurance Reform, 1997-1998; Conference Series on Fundamental Tax Reform, 1995-1998; Conference on Distributional Analysis of Tax Policies, Washington, D.C., December 1993.

American Finance Association, New Orleans, January 2008; San Diego, January 2004; Boston, January 2000; New York, January 1999; New Orleans, January 1997.

Association of Environmental and Resource Economists, Dallas, December 1984; San Francisco, December 1983.

Association of Public Policy Analysis and Management, New Orleans, October 1984; Philadelphia, October 1983.

Bipartisan Commission on Entitlement and Tax Reform, Washington, D.C., June 1994.

Brookings Panel on Economic Activity, September 2020, September 2015, September 1994, April 1988, September 1987, September 1986, April 1986, September 1985.

Centre for Economic Policy Research Conference on Capital Taxation and European Integration, London, September 1989.

Conference on International Perspectives on the Macroeconomic and Microeconomic Implications of Financing Constraints, Centre for Economic Policy Research, Bergamo, Italy, October 1994.

Congressional Research Service Conference for New Members of Congress, Williamsburg, January 1999.

Congressional Research Service Conference for Members of the Ways and Means Committee, Baltimore, October 2001.

Deutsche Bundesbank Conference on Investing for the Future, Frankfurt, Germany, May 2000.

Eastern Economic Association, Boston, March 1988; Boston, February 1983.

Econometric Society, New Orleans, January 1997; San Francisco, January 1996; Washington, D.C., January 1995; New Orleans, January 1992; Washington, December 1990; Atlanta, December 1989; New York, December 1988; Chicago, December 1987; New Orleans, December 1986; New York, December 1985; Boston, August 1985; Madrid, September 1984; San Francisco, December 1983; Pisa, August 1983.

Energy Modeling Forum, Stanford University, August 1983; February 1983; August 1982.

European Commission, Conference on Taxation of Financial Instruments, Milan, June 1998.

European Institute for Japanese Studies, Tokyo, September 2002; March 2002.

Federal Reserve Bank of Boston, Annual Economic Conference, North Falmouth, Massachusetts, June 1995.

Federal Reserve Bank of Kansas City Symposium on "Financial Market Volatility – Causes, Consequences, and Policy Responses," Jackson Hole, Wyoming, August 1988; Comment on Rogoff, August 2004.

Federal Reserve Bank of New York, Conference on Consolidation of the Financial Services Industry, New York, March 1998.

Federal Reserve Bank of Philadelphia Conference on Economic Policy, Philadelphia, November 2007; November 2001.

Federal Reserve Bank of St. Louis, Conference on Economic Policy, St. Louis, October 1994.

Harvard Law School U. S.-Japan Symposium, Tokyo, December 2003; Washington, D. C., September 2002; Tokyo, December 2001.

Hoover Institution, Conference on Fundamental Tax Reform, December 1995.

The Institute of Gas Technology, Washington, D.C., May 1982.

The Institute of Management Science/Operations Research Society of America, Orlando, November 1983; Chicago, April 1983.

International Association of Energy Economists, Boston, November 1986; Philadelphia, December 1985; Bonn, June 1985; San Francisco, November 1984; Washington, D.C., June 1983; Denver, November 1982; Cambridge (England), June 1982; Houston, November 1981.

International Conference on the Life Cycle Model, Paris, June 1986.

International Institute of Public Finance, Innsbruck, August 1984.

International Seminar on Public Economics, Amsterdam, April 1997.

National Academy of Sciences, February 1997.

National Association of Business Economists, Washington, March 2015; Orlando, September 2003; Washington, September 2002; New York, September 2001; Boston, September 1996; Dallas, September 1992; New Orleans, October 1987.

National Bureau of Economic Research - IMEMO Conference on the American Economy, Moscow, August 1989.

National Bureau of Economic Research Summer Institute, August 2014; August 2012; August 2009; August 2006; August 2005; July-August 2003; July-August 2000; July-August 1999; July-August 1998; August 1997; July 1995; July 1994; July 1993; August 1992; July-August 1991; July-August 1990; July-August 1989; July-August 1988; July-August 1987; July-August 1986; July 1985; July 1984; July 1983.

National Bureau of Economic Research Conference on Asymmetric Information, Corporate Finance, and Investment, Cambridge, May 1989.

National Bureau of Economic Research Conference on Chinese Economic Reform, Shanghai, China, July 2000.

National Bureau of Economic Research Conference on Financial Crises, Key Biscayne, March 1990.

National Bureau of Economic Research Conference on Government Expenditure Programs, Cambridge, November 1986.

National Bureau of Economic Research Conference on Indian Economic Reform, Rajasthan, India, December 1999.

National Bureau of Economic Research Conference on Innovation Policy, Washington, D.C., April 2004, April 2003.

National Bureau of Economic Research Conference on International Taxation, Washington, D.C., April 1994; Cambridge, January 1994; New York, September 1991; Nassau, Bahamas, February 1989.

National Bureau of Economic Research, Macroeconomic Annual Conference, Cambridge, MA, April 2004.

National Bureau of Economic Research Conference on Macroeconomics and Industrial Organization, Cambridge, July 1988; Cambridge, July 1987; Cambridge, July 1986; Chicago, November 1985.

National Bureau of Economic Research Conference on Nonprofit Organizations, Cheeca Lodge, January 2002; Cambridge, October 2001.

National Bureau of Economic Research Conference on Pensions, Baltimore, March 1985; San Diego, April 1984.

National Bureau of Economic Research Conference on Productivity, March 1988; March 1987.

National Bureau of Economic Research Conference on Public Economics, Cambridge, April 1999, April 1994, April 1993, November 1991, April 1991, March 1988, November 1987, March 1987.

National Bureau of Economic Research Conference on Tax Policy and the Economy, Washington, D.C., October 2001, November 1998, November 1996, November 1994, November 1991, November 1989.

National Bureau of Economic Research Trans-Atlantic Public Economics Seminar, London, May 2002; Gerzensee, May 2000; Turin, May 1994.

Organization for Economic Cooperation and Development, Economic Policy Committee Meeting, Paris, November 2002, April 2002, November 2001, April 2001.

National Tax Association/Tax Institute of America, Washington, D.C., June 2000; Atlanta, October 1999; Arlington, May 1992; Seattle, October 1983.

Organization for Economic Cooperation and Development, Ministerial Meeting, Paris, May 2002, May 2001.

Princeton Center for Economic Policy Conference, October 2000, October 1995.

Sveriges Riksbank/Stockholm School of Economics Conference on Asset Markets and Monetary Policy, Stockholm, Sweden, June 2000.

U.S. House of Representatives, Budget Committee, June 2001.

U.S. House of Representatives, Committee on Ways and Means, Washington, D.C., June 2006; June 2005; June 1999; April 1997, June 1996, July 1992.

U.S. Joint Economic Committee, Washington, D.C., February 2003, October 2002, October 2001, May 2001.

U.S. Senate Committee on Banking, Housing, and Urban Affairs, Washington, D.C., October 2001, May 2001.

U.S. Senate Committee on Budget, February 2003, September 2001.

U.S. Senate Committee on Commerce, Science, and Technology, July 2002.

U.S. Senate Committee on Finance, Washington, D.C., February 2003, February 2002, February 1997, January 1995, January 1992, December 1981.

## APPENDIX B

## ROBERT GLENN HUBBARD

### *Testimony as an expert witness 2004 – 2025*

*In Re: Orbit/FR Inc. Stockholders Litigation,* C.A. No. 2018-0340-JTL, In the Court of the Chancery of the State of Delaware.  Provided deposition testimony 2025.

*National ATM Council, Inc., et al. v. Visa Inc., et al.,* Case No. 1:11-cv-01803 in the United States District Court, District of Columbia. Provided deposition testimony 2020 and 2025.

*Richard F. Burkhart, et al. v. Genworth Financial, Inc., et al.* C.A. No. 2018-0691, In the Court of the Chancery of the State of Delaware.  Provided deposition testimony 2025.

*Target Corporation, et al. v. Visa, Inc., et al.,* No. 13 Civ. 3477 (AKH), United States District Court Southern District of New York; *7-Eleven, Inc., et al. v. Visa, Inc., et al.,* No. 13 Civ. 4442 (AKH), United States District Court Southern District of New York.  Provided supplemental deposition testimony in 2024.

*In re: LIBOR-Based Financial Instruments Antitrust Litigation,* MDL No. 2262, Master File No. 1:11-md-02262 (No. 13-cv-03952; No. 14-cv-01757; No. 13-cv-07720; No. 13-cv-06013; No. 13-cv-06014), United States District Court Southern District of New York.  Provided deposition testimony in 2024.

*Amgen Inc. & Subsidiaries v. Commissioner of Internal Revenue.* Docket Nos. 16017-21 and 15631-22, United States Tax Court. Provided deposition testimony in 2024. Provided trial testimony 2025.

*Novolex Holdings, LLC v. Illinois Union Insurance Company Lloyd's Syndicate 4000, Barbican Transaction Liability Consortium 9804, and Arch Reinsurance (Bermuda) Ltd.,* Index No. 655514/2019, In the Supreme Court of the State of New York, County of New York.  Provided deposition testimony in 2024.

*In re: Alibaba Group Holding Ltd. Securities Litigation*, No. 1:20-CV-09568-GBD-JW, In the United States District Court for the Southern District of New York.  Provided deposition testimony in 2024.

*Sjunde AP-Fonden individually and on behalf of all others similarly situated, Plaintiff, v. The Goldman Sachs Group, Inc., et al., Defendants,* Case No. 18-cv-12084 (VSB) (KHP), In the United States District Court, Southern District of New York.  Provided deposition testimony 2024.

*In Re: Vale S.A. Securities, Litigation,* Case No. 19-cv-526-RJD-SJB, In the United States District Court, Eastern District of New York. Provided deposition testimony 2023.

*Richard J. Tornetta v. Gregory B. Maffei, et al.,* C.A. No. 2019-0649, In the Court of the Chancery of the State of Delaware.  Provided deposition testimony 2023. Provided trial testimony 2023.

*The City of Philadelphia, et al., v. Bank of America Corporation, et al.,* Case No.: 19-cv-1608, In the United States District Court, Southern District of New York.  Provided deposition testimony 2023.

*Aurelius Capital Master, LTD., et al. v. The Republic of Argentina,* No. 19 Civ. 351, In the United States District Court, Southern District of New York. Provided deposition testimony 2023.

*Palladian Partners, L.P. and others v. The Republic of Argentina and another*, Case Number FL-2019-000010, in the Commercial Court, Queen's Bench Division of the High Court of Justice of England and Wales.  Provided trial testimony 2022.

*The Successor Agency to the Former Emeryville Redevelopment Agency and the City of Emeryville v. Swagelok Company, et al.*, Case No. 17-cv-00308-WHO, In the United States District Court, Northern District of California. Provided deposition testimony 2022.  Provided trial testimony in 2023.

*In Re Dell Technologies Inc. Class V Stockholders Litigation,* Consol. C.A. No. 2018-0816-JTL, In the Court of the Chancery of the State of Delaware.  Provided deposition testimony 2022.

*In the Matter of: Certain Laptops, Desktops, Servers, Mobile Phones, Tablets, and Components Thereof*, Investigation No. 337-TA-1280, United States International Trade Commission, Washington, D.C. Provided deposition testimony 2022.

*Rebecca J. Scott, et al. v. Steven R. Scott, et al., American Arbitration Association Case No. 01-20-0000-1588.* Provided arbitration testimony 2022.

*Preston Hollow Capital LLC v. Nuveen LLC, et al,* C.A. No. N19C-10-107-MMJ-CCLD, in the Superior Court of the State of Delaware.  Provided deposition testimony 2022.

*Novolex Holdings, LLC v. Newell Brands Inc.,* C.A. No. N19C-10-223-PRW-CCLD, in the Superior Court of the State of Delaware. Provided deposition testimony 2021.

*In the Matter of the Otto Bremer Trust,* Court File No. 62-C9-61-315222, in the State of Minnesota District Court, County of Ramsey, Second Judicial District.  Provided trial testimony 2021.

*Rebecca J. Scott, et al. v. Carl S. Rosen, Esq., et al.,* Case No. 20-000868 CACE, in the District Court of the 17th Judicial Circuit of Florida in and for Broward County. Provided deposition testimony 2021.

*Medtronic, Inc. & Consolidated Subsidiaries v. Commissioner of Internal Revenue,* Docket No. 6944-11, in the United States Tax Court.  Provided trial testimony 2021.

*Huntsman International, LLC v. Albemarle Corporation, et al.,* American Arbitration Association, AAA Case No. 01-17-001-4588.  Provided deposition testimony 2021. Provided trial testimony 2021.

*In Re: WeWork Litigation,* C.A. No. 2020-0258, in the Court of the Chancery of the State of Delaware.  Provided deposition testimony 2021.

*In Re: BGC Partners, Inc. Derivative Litigation,* C.A. No. 2018-0722-AGB, in the Court of Chancery of the State of Delaware. Provided deposition testimony 2021.  Provided trial testimony 2021.

*BCIM Strategic Value Master Fund, LP v. HFF, Inc., a Delaware Corporation,* C.A. No. 2019-0558-JTL, in the Court of Chancery of the State of Delaware. Provided deposition testimony 2021.  Provided trial testimony 2021.

*Bandera Master Fund LP, et al. v. Boardwalk Pipeline Partners, LP, et al.,* C.A. No. 2018-0372-JTL, In the Court of Chancery of the State of Delaware.  Provided deposition testimony 2020. Provided trial testimony 2021.

*In Re:  Advance Auto Parts, Inc. Securities Litigation,* Civil Action No. 1:18-cv-00212-RGA, In the United States District Court, District of Delaware.  Provided deposition testimony 2020 and 2021.

*National ATM Council, Inc., et al. v. Visa Inc., et al.,* Case No. 1:11-cv-01803 in the United States District Court, District of Columbia. Provided deposition testimony 2020.

*Lynne Bartron, et al. v. Visa Inc., et al.,* Case No. 1:11-cv-1831, Case No. 1:11-cv-1882 in the United States District Court, District of Columbia. Provided deposition testimony 2020.

*Peter Burke, et al. v. Visa Inc., et al.,* Case No. 1:11-cv-1882 in the United States District Court, District of Columbia. Provided deposition testimony 2020.

*Securities and Exchange Commission v. Rio Tinto PLC,* Case No. 1:17-cv-07994 in the United States District Court, Southern District of New York.  Provided deposition testimony 2020.

*Forescout Technologies, Inc. v. Ferrari Group Holdings, L.P. and Ferrari Merger Sub, Inc.,* Case No. 2020-0385-SG, In the Court of Chancery of the State of Delaware.  Provided deposition testimony 2020.

*Medtronic, Inc. & Consolidated Subsidiaries v. Commissioner of Internal Revenue,* Docket No. 6944-11, in the United States Tax Court.  Provided deposition testimony 2020.

*Brach Family Foundation Inc. v. AXA Equitable Life Insurance Company,* Case no. 16-CV-740 (JMF), in the United States District Court, Southern District of New York.  Provided deposition testimony 2019.

*In Re:  Appraisal of Capital Bank Financial Corp.,* C.A. No. 2018-0226-TMR, In the Court of Chancery of the State of Delaware.  Provided deposition testimony 2019.

*In Re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, Case No. 05-md-1720, in the United States District Court, Eastern District of New York. Provided deposition testimony 2019.

*Jeffrey Laydon, on behalf of himself and all others similarly situated v. The Bank of Tokyo-Mitsubishi UFJ, Ltd., et al.,* Case No. 12-cv-3419, in the United States District Court, for the Southern District of New York. Provided deposition testimony 2019.

*Oaktree Principal Fund V, LP, et al. v. Warburg Pincus LLC; et al.,* Case No. 2:15-cv-08574-PSG-MRW, in the United States District Court, Central District of California, Western Division. Provided deposition testimony 2019.

*In re: Appraisal of Panera Bread Company,* Case No. 2017-0593-MTZ, In the Court of Chancery of the State of Delaware.  Provided deposition testimony 2019. Provided trial testimony 2019.

*City of Pontiac General Employees' Retirement System v. Dell, et al.,* Case No. 1:15-c-00374-LY, in the United States District Court, Western District of Texas, Austin Division. Provided deposition testimony 2018.

*Loreley Financing (Jersey) No 28, Limited v. Merrill Lynch, Pierce, Fenner & Smith, Inc., et al.,* Index No. 652732/2011, in the Superior Court of the State of New York, County of New York, Commercial Division.  Provided deposition testimony 2018.

*South Carolina Electric & Gas Company v. Swain E. Whitfield, et al.,* Case No. 3:18-cv-01795-JMC, In the United States District Court for the District of South Carolina, Columbia Division. Provided testimony 2018.

*In re: Friends of the Earth and Sierra Club v. South Carolina Electric & Gas Company (SCE&G); In re: Request of the Office of Regulatory Staff for Rate Relief to SCE&G's Rates; In re: Joint Application and Petition of SCE&G and Dominion Energy, Inc.,* Docket Nos. 2017-207-E, 2017-305-E, and 2017-370-E, Before the Public Service Commission of South Carolina. Provided testimony in 2018.

*American Vanguard Corporation v. United States of America*, Civil Action No.: 16-694 C, in the United States Court of Federal Claims.  Provided deposition testimony 2018.

*Joan Obeslo, et al. v. Great-West Capital Management, LLC, et al.,* Civil Action No. 16-cv-230-CMA-MJW consolidated with No. 16-cv-01215 and No. 16-cv-03162, in the United States

District Court, District of Colorado.  Provided deposition testimony 2018. Provided trial testimony 2020.

*In re:  Appraisal of Jarden Corporation,* Case No. 12456-VCS, In the Court of Chancery of the State of Delaware.  Provided deposition testimony 2018.  Provided trial testimony 2018.

*Kortright Capital Partners LP, et al. v. Investcorp Investment Advisors Limited,* Case No. 16cv7619, United States District Court, Southern District of New York.  Provided deposition testimony 2018.  Provided trial testimony 2019.

*Syncora Guarantee Inc. v. Alinda Capital Partners LLC, American Roads LLC, Macquarie Securities (USA) Inc., and John S. Laxmi,* Index No. 651258/2012, In the Supreme Court of the State of New York. Provided deposition testimony 2018.

*Saul Chill and Sylvia Chill, for the use and benefit of the Calamos Growth Fund v. Calamos Advisors LLC and Calamos Financial Services LLC,* Case No. 15 Civ:  1014 (ER), United States District Court, Southern District of New York.  Provided deposition testimony 2017.  Provided trial testimony 2018.

*Broadway Gate Master Fund, Ltd., Pennant Master Fund LP, and Pennant Windward Master Fund, LP v. Ocwen Financial Corporation, et al.,* Civil Case 9:16-cv-80056, United States District Court, Southern District of Florida.  Provided deposition testimony 2017.

*In re:  Allergan, Inc. Proxy Violation Securities Litigation,* Case No. 8:14-cv-2004-DOC (KES), United States District Court, Central District of California, Southern District - Santa Ana. Provided deposition testimony 2017.

*In the Matter of: Certain Integrated Circuits with Voltage Regulators and Products Containing Same,* Investigation No. 337-TA-1024, United States International Trade Commission, Washington, D.C.  Provided deposition testimony 2017.

*In re:  Appraisal of Solera Holdings, Inc.,* Case No. 12080-CB, In the Court of Chancery of the State of Delaware.  Provided deposition testimony 2017.  Provided trial testimony 2017.

*In re:  Good Technology Corporation Stockholder Litigation,* C.A. No. 11580-VCL, In the Court of Chancery of the State of Delaware.  Provided deposition testimony 2017.

*Mylan Inc. & Subsidiaries, et al. v. Commissioner of Internal Revenue,* Docket No. 16145-14, 27086-14, United States Tax Court, Washington, D.C. Provided deposition testimony 2017.

*Abbott Laboratories v. Alere, Inc.,* C.A. No. 12963-VCG, In the Court of Chancery of the State of Delaware.  Provided deposition testimony 2017.

*In re: LIBOR-Based Financial Instruments Antitrust Litigation,* MDL No. 2262, 11 Civ. 2613, United States District Court Southern District of New York.  Provided deposition testimony 2017.

*In the Matter of: Determination of Rates and Terms for Making and Distributing Phonorecords (Phonorecords III),* Docket No. 16-CRB-0003-PR (2018-2022), Before the Copyright Royalty Board Library of Congress, Washington, D.C. Provided deposition testimony 2017. Provided trial testimony 2017.

*Motors Liquidation Company Avoidance Action Trust v. JPMorgan Chase Bank, N.A., et al.,* Case No. 09-00504, United States Bankruptcy Court, Southern District of New York. Provided deposition testimony 2017. Provided trial testimony 2017.

*Great Hill Equity Partners IV, LLP, et al. v. SIG Growth Equity Fund I, LLP, et al,* Civil Action No. 7906, In the Court of Chancery for the State of Delaware. Provided deposition testimony 2016. Provided trial testimony 2017.

*Jennifer L. Kasilag, et al. v. Hartford Investment Financial Services, LLC,* Civil No. 1:2011cv01083, In the United States District Court, District of New Jersey, Camden Vicinage. Provided trial testimony 2016.

*In re: Ocwen Financial Corporation Securities Litigation*, Case No. 14-81057 CIV-WPD, United Stated District Court, Southern District of Florida. Provided deposition testimony 2016. Provided deposition testimony 2017.

*In the Matter of Lynn Tilton; Patriarch Partners, LLC, et al.* Administrative Proceeding No. 3-16462, United States of America before the Securities and Exchange Commission. Provided testimony 2016.

*Carlyle Capital Corporation Limited, Alan John Roberts, Neil Mather, Christopher Morris, Adrian John, Denis Rabet, solely in their capacity as Joint Liquidators of Carlyle Capital Corporation Limited (In Liquidation) v. William Elias Conway, Jr., James H. Hance, Jr., et al,* Court File No. 1510, In the Royal Court of Guernsey, Ordinary Court. Provided testimony 2016.

*Illinois Tool Works, Inc. & Subsidiaries v. Commissioner of Internal Revenue,* United States Tax Court, Docket No. 10418-14. Provided trial testimony 2016.

*General Electric Company v. United States of America,* Case No. 3:14-cv-190-JAM, United States District Court, District of Connecticut. Provided deposition testimony in 2016.

*Symbol Technologies, Inc., Securities Litigation,* Consolidated C.A. No. 05-cv-3923-DRH, United States District Court, Eastern District of New York. Provided deposition testimony 2015.

*American Chemicals & Equipment, Inc. 401(K) Retirement Plan v. Principal Management Corporation and Principal Global Investors , LLC.*, 4:14-cv-00044-JAJ-HCA, United States District Court, Southern District of Iowa. Provided deposition testimony 2015.

*Appraisal of Dell Inc.,* Consol. C.A. No. 9322-VCL, In the Court of the Chancery of the State of Delaware. Provided deposition testimony 2015. Provided trial testimony 2015.

*Jacqueline Coffin and Sandra Lowry v. Atlantic Power Corporation, et al.,* Court File No. CV-13-480939-00CP, Ontario Superior Court of Justice.  Provided deposition testimony 2015.

*Peter J. Rush, et al. v. Walter Energy, Inc., et al.,* Master File No. 2:12-cv-00281-VEH, United States District Court Northern District of Alabama, Southern Division.  Provided deposition testimony 2014.

*Basis Pac-Rim Opportunity Fund & Basis Yield Alpha Fund v. TCW Asset Management Company, Index No. 654033/2012,* Supreme Court of the State of New York, County of New York.  Provided deposition testimony 2014.

*Postova Bank, A.S. and Istrokapital SE v. The Hellenic Republic,* case no. ARB/13/8, International Centre for Settlement of Investment Disputes.  Provided arbitration testimony 2014.

*Sue Ann Hamm v. Harold G. Hamm*, case no. FD-2012-2048, In the District Court of Oklahoma County, State of Oklahoma.  Provided deposition testimony 2014.

*GE Dandong, et al. v. Pinnacle Performance Limited, et al*, court file no. 10-civ-8086, In the United States District Court Southern District of New York.  Provided deposition testimony 2014.

*Commonwealth REIT, Barry M. Portnoy, Adam D. Portnoy, Joseph L. Morea, William A.Lamkin, Frederick N. Zeytoonjian and REIT Management & Research LLC v. Corvex Management LP and Related Fund Management, LLC,* case no. 11-512-Y-276-13, In the United States District Court of Massachusetts.  Provided arbitration testimony 2013.

*Tullett Prebon PLC, Tullett Prebon Financial Services LLC f/k/a Tullett Liberty Securities LLC and Tullett Prebon Americas Corp. v. BCG Partners, Inc.,* docket no. HUD-L-3796-11, In the Superior Court of New Jersey.  Provided deposition testimony 2013.  Provided trial testimony 2014.

*Donald P. Fewer v. GFI Group Inc. and Jersey Partners Inc.,* 601099/08, Supreme Court of the State of New York, County of New York. Provided deposition testimony 2013.

*The Board of Trustees of and on behalf of the General Retirement System of the City of Detroit, et al. v. BNY Mellon, N.A., and The Bank of New York Mellon,* Case No.: 11-cv-6345 (RJS), in the United States District Court, Southern District of New York.  Provided deposition testimony 2013.

*United States of America v. Countrywide Financial Corporation; Countrywide Home Loans, Inc.; Countrywide Bank, FSB; Bank of America Corporation; Bank of America, N.A.; and Rebecca Mairone*, Index No. 12 Civ. 1422, In United States District Court Southern District of New York.  Provided deposition testimony 2013.

*Judith Curran and Michael Earp v. Principal Management Corporation and Principal Funds Distributor, Inc.*, case no. 4:09-cv-00433-RP-CFB, in United States District Court Southern District of Iowa Central Division. Provided deposition testimony 2013.

*The State Treasurer of the State of South Carolina v. The Bank of New York Mellon and The Bank of New York Mellon*, Civil Action No. 2011-CP-40-00533, State of South Carolina, Court of Common Pleas for the Fifth Judicial Circuit. Provided deposition testimony 2012.

*MBIA Insurance Corporation v. Countrywide Home Loans, Inc., Countrywide Securities Corp., Countrywide Financial Corp., Countrywide Home Loans Servicing, LP and Bank of America Corp.,* 08/602825, Supreme Court of the State of New York, County of New York. Provided deposition testimony 2012.

*City of St. Petersburg, Florida v. Wells Fargo Bank, N.A.,* 8:10-CV-00693-JSM-TBM, United States District Court, Middle District of Florida.  Provided deposition testimony in 2011 and trial testimony 2012.

*Pacific Select Fund v. The Bank of New York Mellon*, CV 10-00198 JST, United States District Court, Central District of California.  Provided deposition testimony 2011.

*Securities and Exchange Commission against Ralph Cioffi and Matthew Tannin,* 08 Civ. 2457 (FB), United States District Court, Eastern District of New York.  Provided deposition testimony 2011.

*Chemtech Royalty Associates, L.P., by Dow Europe, S.A., as Tax Matters Partner v. United States of America*, 06-258-BAJ-DLD, United States District Court, Middle District of Louisiana. Provided deposition testimony in 2009 and trial testimony 2011.

*The Board of Trustees of the Southern California IBEW-NECA Defined Contribution Plan v. The Bank of New York Mellon Corporation, et al.*, Civil Action No. 09-cv-06273 (RMB)(AJP), United States District Court, Southern District of New York.  Provided deposition testimony 2011.

*SCF Arizona v. Wachovia Bank, N.A.*, 09 Civ. 9513 (WHP), United States District Court, Southern District of New York.  Provided deposition testimony 2011.

*Novell, Inc. v. Microsoft Corporation*, Case No. 2:04-CV-1045 JFM, United States District Court, Central Division of Utah.  Provided trial testimony 2011.

*Air Products and Chemicals, Inc. v. Airgas, Inc., Peter McCausland, et al.*, Civil Action No. 5249-CC, Court of Chancery of the State of Delaware.  Provided deposition testimony 2010. Provided trial testimony 2010.

*Intel Corporation v. Nvidia Corporation*, C.A. No. 4373-VCS, Court of Chancery of the State of Delaware. Provided deposition testimony 2010.

*Charles Fisher, et al. v. ABB, Inc., et al.*, 2:06-CV-04305 (NKL), United States District Court, Western District of Missouri. Provided deposition testimony in 2009.  Provided trial testimony 2010.

*United States of America against Ralph Cioffi and Matthew Tannin,* 08-CR-415(FB), United States District Court, Eastern District of New York.  Provided trial testimony 2009.

*In Re American Mutual Funds Fee Litigation*, 2:04-cv-05593-GAF-RNB, United States District Court, Central District of California, Western Division. Provided deposition testimony 2010. Provided trial testimony 2009.

*Convolve, Inc., and Massachusetts Institute of Technology v. Compaq Computer Corporation and Seagate Technology, LLC,* 00-CIV-5141, United States District Court for the Southern District of New York.  Provided deposition testimony 2008.

*Cynthia A. Bennett, et al. v. Fidelity Management & Research Company and FMR Co., Inc.*, 04-CV-11756-MLW, United States District Court, District of Massachusetts. Provided deposition testimony 2008.

*Pro-Sys Consultants Ltd. and Neil Godfrey, Plaintiffs against Microsoft Corporation and Microsoft Canada Co./Microsoft Canada CIE Defendants*, No. L043175, Vancouver Registry, Supreme Court of British Columbia.  Provided deposition testimony 2008.

*United States of America vs. Frederick S. Schiff and Richard J. Lane*, Criminal No. 06-406, United States District Court, District of New Jersey.  Provided trial testimony 2008.

*Discover Financial Services, et al. v. Visa U.S.A. Inc., et al.*, 04-CV-7844, United States District Court, Southern District of New York. Provided deposition testimony 2007.

*In re: Oracle Securities Litigation,* C01-0988-MJJ, United States District Court, Northern District of California. Provided deposition testimony 2007.

*Susan Strigliabotti, et al. v. Franklin Resources, Inc., et al.*, C-04-0883, United States District Court, Northern District of California. Provided deposition testimony 2007.

*Joe Comes and Comes Vending, Inc. v. Microsoft Corporation,* CL 82311, Iowa District Court for Polk County. Provided deposition testimony 2006.

*Robert L. Baker v. American Century Investment Management, Inc,* 04-4039-CV-C-ODS, United States District Court, Western District of Missouri. Provided deposition testimony 2006.

*Merrill Lynch Fundamental Growth Fund, Inc. and Merrill Lynch Global Value Fund, Inc. v. McKesson HBOC, et al.,* CGC-02-405792, San Francisco Superior Court.  Provided deposition testimony 2005.

*Florida State Board of Administration v. Alliance Capital Management L.P.*, 2002 CA 001104, Circuit Court for Leon County, Florida.  Provided deposition testimony in 2004.  Provided trial testimony in 2005.

# APPENDIX C

# MATERIALS CONSIDERED

## A. Legal Documents and Produced Materials
Deposition of David Tabak, Ph.D., July 29, 2025, and exhibits thereto.
Expert Report of David I. Tabak, Ph.D., *Nadia Shash et al. vs. Biogen Inc., et al.*, Case No: 1:21-cv-10479-IT, United States District Court for the District of Massachusetts, June 27, 2025, and the materials cited or referenced therein, and the materials produced in connection therewith.
Plaintiffs' Memorandum of Law in Support of Motion for Class Certification and Appointment of Class Representatives and Class Counsel, *Nadia Shash et al. vs. Biogen Inc., et al.*, Case No.: 1:21-cv-0479-IT, United States District Court, District of Massachusetts, June 27, 2025.
Second Amended Class Action Complaint for Violation of the Federal Securities Laws, *Nadia Shash et al. vs. Biogen Inc., et al.*, Case No. 1:21-cv-10479-IT, August 4, 2021.
*Shash* v. *Biogen, Inc.,* 84 F.4th 1 (1st Cir. 2023).

## B. Annual Reports and Proxy Statements
Biogen, "2019 Annual Report," 2020.
Biogen, "2020 Annual Meeting of Stockholders and Proxy Statement," June 3, 2020.
Biogen, "2020 Annual Report," 2021.
Definitive Proxy Statement 14A, April 20, 2020.

## C. Biogen Presentations and Investor Calls
"Aducanumab EMBARK study design and Q&A at CTAD 2020," Biogen Presentation, November 4, 2020.
"Aducanumab Phase 3 Topline Results at AAIC," Biogen Presentation, July 29, 2020.
"Aducanumab Phase 3 Topline Results at AAN," Biogen Presentation, May 18, 2020.
"Aducanumab Phase 3 Topline Results at AAT-AD/PD," Biogen Presentation, April 2, 2020.
"Aducanumab Phase 3 Topline Results at CTAD," Biogen Presentation, December 5, 2019.
"Aducanumab Phase 3 Topline Results at the 23rd Chinese National Conference of Neurology," Biogen Presentation, September 19, 2020.
"Aducanumab Phase 3 Topline Results at the AAN 2020 Science Highlights," Biogen Presentation, September 23, 2020.
"Aducanumab Update," Biogen Presentation, October 22, 2019.
"Biogen at the 61st Annual Meeting of the Japanese Society of Neurology," Biogen Presentation, August 31, 2020.
"Investor Q&A call following CTAD Presentation," Biogen Presentation, December 5, 2019.
Biogen Inc Q4 2019 Earnings Call, Jan 30, 2020.
FactSet, Biogen, Inc. (BIIB) Q2 2020 Earnings Call, July 22, 2020.
Motley Fool, "Biogen Inc (BIIB) Q2 2020 Earnings Call Transcript," July 22, 2020.
Refinitiv, "Edited Transcript BIIB.OQ - Biogen Inc Aducanumab Phase 3 Topline Results at AAIC (encore presentation and Q&A)," July 29, 2020.
Thomson Reuters, Biogen Inc Investor Q&A Call, December 5, 2019.

## D. SEC Filings
Biogen Inc. Form 10-K for the fiscal year ended December 31, 2019.
Biogen Inc. Form 10-Q for the quarterly period ended September 30, 2019.
Biogen Inc. Form 10-Q for the quarterly period ended March 31, 2020.
Biogen Inc. Form 10-Q for the quarterly period ended June 30, 2020.
Biogen Inc. Form 10-Q for the quarterly period ended September 30, 2020.

Exhibit to Biogen Inc. Form 8-K for the quarterly period ended September 30, 2019.
Exhibit to Biogen Inc. Form 8-K for the quarterly period ended December 31, 2019.
Exhibit to Biogen Inc. Form 8-K for the quarterly period ended March 31, 2020.
Exhibit to Biogen Inc. Form 8-K for the quarterly period ended June 30, 2020.
Exhibit to Biogen Inc. Form 8-K for the quarterly period ended September 30, 2020.
Prospectus Supplement to Prospectus dated April 24, 2020.

**E. Data Sources**
Refinitiv.
Tick Data.

**F. News Articles**
*24 Ore Radiocor-Newswire International Edition*, "Biogen Q2 adj EPS 10.26 usd, up 12%," July 22, 2020.
*AfU Company Information: Mutual Fund Holdings – USA Blue Chips*, "Agentur für Unternehmensnachrichten GmbH, mutual fund holdings - Biogen Inc.," July 29, 2020.
*AfU Company Information: Mutual Fund Holdings - USA Blue Chips*, "Agentur für Unternehmensnachrichten GmbH, mutual fund holdings - Biogen Inc.," November 4, 2020.
*Agence France Presse*, "US panel set to vote on experimental Alzheimer's drug," November 6, 2020.
*Alliance News Global 500 Corporate,* "GLOBAL BROKER RATINGS SUMMARY: DZ Bank Says Buy Nintendo And PayPal," November 5, 2020.
*Alliance News Global 500 Corporate,* "GLOBAL BROKER RATINGS SUMMARY: Morgan Stanley Ups Biogen To Overweight," July 28, 2020.
Alltucker, Ken, "FDA will decide fate of contentious Alzheimer's drug. The stakes 'could not be higher,'" *USA Today Online*, November 6, 2020.
Alpert, Bill, "Biogen Stock Gave Back Last Week's Gains. Here's What's Next. -- Barrons.com," *Dow Jones Institutional News*, November 9, 2020.
Alpert, Bill, "Biogen Stock Gave Back Last Week's Gains. Here's What's Next.," *Barron's Online*, November 9, 2020.
Alpert, Bill, "Biogen Stock Leaps as Signs Point to FDA Approval for Its Alzheimer's Drug -- Barrons.com," *Dow Jones Institutional News*, November 4, 2020.
Alpert, Bill, "Biogen Stock Leaps as Signs Point to FDA Approval for Its Alzheimer's Drug," *Barron's Online*, November 4, 2020.
*Associated Press Newswires*, "FDA panel urges rejection of experimental Alzheimer's drug," November 6, 2020.
*Associated Press Newswires,* "Pfizer, Carnival rise; Biogen, Newmont fall," November 9, 2020.
*AWP Original Press Releases*, "GNW: Biogen to Present Data at Virtual 2020 Alzheimer's Association," July 24, 2020.
*AWP Original Press Releases,* "GNW: Biogen to Present Positive Phase 2 Systemic Lupus Erythematosus Data at American College of Rheumatology 2020 Meeting," November 3, 2020.
Banks, Doug, "Five things you need to know, and fun activities empty-nesters do," *Boston Business Journal,* November 5, 2020.
Beasley, Deena and Manojna Maddipatla, "UPDATE 1 - U.S. FDA panel votes successful study on Biogen Alzheimer's drug cannot stand alone," *Reuters News*, November 6, 2020.
Beasley, Deena and Manojna Maddipatla, "UPDATE 3 - Biogen Alzheimer's drug closer to approval with U.S. FDA staff backing, shares jump 40%," *Reuters News*, November 4, 2020.
Beasley, Deena and Manojna Maddipatla, "UPDATE 4 - Combative U.S. FDA panel votes against Biogen Alzheimer's drug," *Reuters Health E-Line*, November 6, 2020.
Beasley, Deena and Manojna Maddipatla, "UPDATE 4 - Combative U.S. FDA panel votes against Biogen Alzheimer's drug," *Reuters News*, November 6, 2020.

Belluck, Pam, "F.D.A. Panel Declines to Endorse Controversial Alzheimer's Drug," *NYTimes.com Feed,* November 6, 2020.

Belluck, Pam, "Stunning No-Confidence Vote for Alzheimer's Drug," *The New York Times*, November 7, 2020.

*Benzinga.com*, "How Does Biogen's Debt Look Like?," July 27, 2020.

*Benzinga.com,* "Return On Capital Employed Overview: Biogen," November 5, 2020.

*Benzinga.com,* "ROCE Insights For Biogen," November 9, 2020.

Berman-Gorvine, Martin, "Biogen's Aducanumab for Alzheimer's Fails to Convince FDA Advisory Committee," *Drug Industry Daily*, November 9, 2020.

Berman-Gorvine, Martin, "Biogen's Alzheimer's Drug Loses a Vocal Critic on FDA Advisory Committee," *Drug Industry Daily*, November 4, 2020.

Berman-Gorvine, Martin, "FDA Signals Positive View Ahead of Advisory Panel Meeting on Biogen's Alzheimer's Drug," *Drug Industry Daily,* November 6, 2020.

*Biotech Business Week,* "Biogen Inc. Researchers Submit Patent Application, 'Process For Preparing Spiro Derivatives,' for Approval (USPTO 20200325144)," November 2, 2020.

*Biotech Business Week,* "Biotechnology - Antisense Technology; Reports from Biogen Inc. Describe Recent Advances in Antisense Technology (Hybridization Liquid Chro…)," July 27, 2020.

*Biotech Business Week,* "Biotechnology - Gene Therapy; Study Findings on Gene Therapy Are Outlined in Reports from Biogen Inc. (Separating Empty and Full Recombinant Adeno-associated Virus Particles Using Isocratic Anion Exchange Chromatography)," November 9, 2020.

*Biotech Business Week,* "Drugs and Therapies - Pharmaceutical Research; Reports Outline Pharmaceutical Research Findings from Biogen Inc. (Development of a Quantitative Method To Evaluate the Printability of Filaments for Fused Deposition Modeling 3D Printing)," November 9, 2020.

*Biotech Business Week*, "Neurodegenerative Diseases and Conditions - Alzheimer Disease; Investigators from Biogen Inc. Report New Data on Alzheimer Disease (Test-retest Characteristic of [F-18] Mk-6240 Quantitative Outcomes In Cognitively Normal Adults and Subjects With Alzheimer's Disease)," November 9, 2020.

*Biotech Week,* "Washington University School of Medicine; Experimental drug shows early promise against inherited form of ALS, trial indicates," July 22, 2020.

*BMI Industry Insights Reports,* "Financial Review - Biogen Reports Growth In Q220 Financial Results, But Key Products See Covid-19-Related Decline," July 24, 2020.

*BMI Industry Insights Reports*, "Industry Brief - Biogen And Eisai's MAA For BIIB037 Accepted For EMA Review To Treat AD," November 2, 2020.

*BMI Industry Insights Reports,* "Industry Brief - Biogen To Initiate Spinraza Phase IV SMA Study In US," July 23, 2020.

*BMI Industry Insights Reports*, "Industry Brief - Biogen's BIIB059 Proved Superior In LILAC Phase II SLE Study," November 5, 2020.

*BMI Industry Insights Reports,* "Industry Trend Analysis - Quick View: Appearance Of An FDA Endorsement For Aducanumab Sends Biogen Stock Price Soaring," November 6, 2020.

*BMI Industry Insights Reports,* "Industry Trend Analysis - Quick View: Initial Hopes For Aducanumab Quickly Dissipate Following FDA Meeting," November 10, 2020.

*Boston Herald*, "Ticker: Biogen stock soars on Alzheimer's drug report; 2 ex-eBay employees indicted in harassment campaign; House to release budget, sets debate next Tuesday," November 5, 2020.

*Boston Herald*, "Too many 'red flags'; FDA panel urges rejection of Biogen's experimental Alzheimer's drug," November 8, 2020.

*Business Insider,* "Morgan Stanley double-upgrades Biogen and says the stock can surge another 30% (BIIB)," July 27, 2020.

*Business Wire,* "Acorda Reports Third Quarter 2020 Financial Results," November 3, 2020.

*Business Wire,* "EQUITY ALERT: Rosen Law Firm Announces Investigation of Securities Claims Against Biogen Inc. -- BIIB," November 9, 2020.

*Business Wire,* "INVESTIGATION ALERT: The Schall Law Firm Announces it is Investigating Claims Against Biogen Inc. and Encourages Investors with Losses of $100,000 to Contact the Firm," November 9, 2020.

*Business Wire,* "INVESTIGATION REMINDER: The Schall Law Firm Announces it is Investigating Claims Against Biogen Inc. and Encourages Investors with Losses of $100,000 to Contact the Firm," November 10, 2020.

Byrne, Jane, "Biogen 'continues to work' with FDA on Alzheimer's drug candidate despite regulatory setback," *WRBM Global Pharma*, November 10, 2020.

Carson, Ed, "Analyzing The Powerful Stock Market Rally: Alibaba, Nvidia In Buy Range; Biogen, Tesla, Nio In Focus," *Investor's Business Daily*, November 7, 2020.

Carson, Ed, "Analyzing The Powerful Stock Market Rally: Alibaba, Nvidia In Buy Range; Biogen, Tesla, Nio In Focus," *Investor's Business Daily*, November 7, 2020.

Carson, Ed, "Stock Market Rally Analysis; Alibaba, Nvidia In Buy Range; Biogen, Tesla, Nio In Focus," *Investor's Business Daily*, November 7, 2020.

*CE Noticias Financieras*, "Alzheimer's drug approaches FDA-backed approval," November 4, 2020.

*CE Noticias Financieras,* "BIIB Faces FDA Panel Tomorrow, CRSP Climbs On Hemoglobinopathies Trial Data, SAVA On Watch," November 5, 2020.

*CE Noticias Financieras,* "Biogen promotes training days in multiple sclerosis and maternity for specialist physicians," November 4, 2020.

*CE Noticias Financieras*, "Varapalo to the controversial drug of 40,000 euros against Alzheimer's," November 6, 2020.

*CE Noticias Financieras,* "Biogen Appoints Michael McDonnell As EVP And CFO," July 22, 2020.

*CE Noticias Financieras,* "Biogen Boosts FY20 Earnings Outlook; Q2 Results Top Estimates - Quick Facts," July 22, 2020.

*Chimie Pharma Hebdo*, "In the pipelines: Roche, Novartis, Biogen: MA request accepted for Biogen. Dans les pipelines: Roche, Novartis, Biogen: Demanded 'AMM accepte pour Biogen.," November 6, 2020.

*Class Action Reporter,* "BIOGEN: Faces Class Action Over 401(k) Plan Fees," July 31, 2020.

*Company Reports,* "Biogen can maintain dominance in SMA by demonstrating Spinraza benefits patients after Zolgensma treatment.," July 22, 2020.

*Company Reports*, "FDA likely to approve Biogen's Aducanumab after its review," November 4, 2020.

*Contify Life Science News*, "Alzheimer's Association Should Reveal Financial Conflict of Interest in Urging FDA to Approve Biogen Drug, Says Dr. Leslie Norins, CEO of Alzheimer's Germ Quest," November 10, 2020.

*Contify Life Science News*, "Alzheimer's Drug Discovery Foundation Statement on Today's FDA Independent Panel Vote on Biogen's Aducanumab," November 6, 2020.

*Contify Life Science News,* "Biogen Reports Q2 2020 revenues Of $3.7 billion," July 22, 2020.

*Contify Life Science News,* "Biogen to Present Data at Virtual 2020 Alzheimer's Association International Conference Highlighting Comprehensive Approach to Alzheimer's Disease," July 24, 2020.

*Contify Life Science News,* "Biogen to Webcast Prerecorded Presentation on Aducanumab Embark Study Design and Live Q&A from CTAD on November 4, 2020," November 3, 2020.

*Contify Life Science News,* "Biogen: Update on FDA Advisory Committee's Meeting on Aducanumab in Alzheimer's Disease," November 6, 2020.

*CQ FD Disclosure,* "Biogen Inc Aducanumab EMBARK study design and Q&A at CTAD 2020 - Final," November 4, 2020.

*CQ FD Disclosure,* "Biogen Inc Aducanumab Phase 3 Topline Results at AAIC (encore presentation and Q&A) - Final," July 29, 2020.

*CQ FD Disclosure,* "Event Brief of Q2 2020 Biogen Inc Earnings Call - Final," July 22, 2020.

*CQ FD Disclosure,* "Q2 2020 Biogen Inc Earnings Call - Final," July 22, 2020.

*CQ HealthBeat*, "Morning Take: Advisory panel set to review Alzheimer's drug," November 6, 2020.

Cunha, Eric, "Biogen Ratings Under Review After US Panel Aducanumab Blow - Moody's," *Alliance News Global 500 Corporate*, November 9, 2020.

*Cyprus Mail,* "Biogen lifts full-year profit forecast as Tecfidera boosts quarter," July 22, 2020.

Cyran, Robert, "BREAKINGVIEWS - Biogen gets $17 bln jolt of Alzheimer's hope," *Reuters News*, November 5, 2020.

*Daily Herald,* "Ford recalls over 375K Explorers to fix suspension problem," November 5, 2020.

DeAngelis, Allison, "Biogen gains $20B in value on new hope for Alzheimer's drug," *Boston Business Journal Online*, November 4, 2020.

DeAngelis, Allison, "Biogen gains $20B in value on new hope for Alzheimer's drug," *Triad Business Journal*, November 5, 2020.

DeAngelis, Allison, "Biogen gains $20B in value on new hope for Alzheimer's drug," *Triangle Business Journal*, November 4, 2020.

DeAngelis, Allison, "Biogen shakes up C-suite with new finance chief," *Boston Business Journal Online,* July 22, 2020.

DeAngelis, Allison, "FDA, outside advisers spar over Biogen's Alzheimer's drug," *Boston Business Journal*, November 6, 2020.

*Dow Jones Institutional News,* "* Biogen Inc. (BIIB) Halted due to pending news," November 6, 2020.

*Dow Jones Institutional News,* "* Biogen Inc. (BIIB) Paused (quotes only) due to news pending," November 9, 2020.

*Dow Jones Institutional News,* "* Biogen Inc. (BIIB) Paused due to volatility," November 4, 2020.

*Dow Jones Institutional News,* "* Biogen Inc. (BIIB) Resumed Trading," November 4, 2020.

*Dow Jones Institutional News,* "* Biogen Inc. (BIIB) Resumed Trading," November 9, 2020.

*Dow Jones Institutional News,* "Air Canada Cancels Some Boeing 737 MAX Orders -- Market Talk," November 9, 2020.

*Dow Jones Institutional News*, "Biogen Alzheimer's Drug Has Believer in Truist -- Market Talk," November 10, 2020.

*Dow Jones Institutional News,* "Biogen Cut to Market Perform From Outperform by Cowen & Co.," November 9, 2020.

*Dow Jones Institutional News,* "Biogen Cut to Underperform From Neutral by BofA Securities," November 9, 2020.

*Dow Jones Institutional News,* "Biogen Cut to Underweight From Neutral by Atlantic Equities," November 9, 2020.

*Dow Jones Institutional News,* "Biogen Down Over 32%, on Pace for Largest Percent Decrease Since February 2005 -- Data Talk," November 9, 2020.

*Dow Jones Institutional News*, "Biogen Halted as FDA Panel Meets on Alzheimer's Drug -- Market Talk," November 6, 2020.

*Dow Jones Institutional News,* "Biogen Inc. CEO Michel Vounatsos on Q2 2020 Results -- Earnings Call Transcript >BIIB," July 22, 2020.

*Dow Jones Institutional News,* "Biogen Is Maintained at Buy by HC Wainwright & Co.," November 9, 2020.

*Dow Jones Institutional News,* "Biogen Is Maintained at Market Perform by BMO Capital," November 5, 2020.

*Dow Jones Institutional News,* "Biogen Is Maintained at Outperform by SVB Leerink," November 5, 2020.

*Dow Jones Institutional News,* "Biogen Is Maintained at Outperform by SVB Leerink," November 9, 2020.

*Dow Jones Institutional News,* "Biogen Raised to Buy From Hold by DZ Bank," November 10, 2020.

*Dow Jones Institutional News,* "Biogen Raised to Neutral From Underperform by BofA Securities," November 5, 2020.

*Dow Jones Institutional News,* "Biogen Raised to Overweight From Underweight by Morgan Stanley," July 27, 2020.

*Dow Jones Institutional News,* "Biogen Shares Tumble After FDA Advisory Panel Setback -- Market Talk," November 9, 2020.

*Dow Jones Institutional News,* "Biogen Surges on Promising Alzheimer's Drug Assessment," November 4, 2020.

*Dow Jones Institutional News,* "Biogen Up 31%, On Pace for Record Percent Increase -- Data Talk," November 4, 2020.

*Dow Jones Institutional News*, "Biogen's FDA AdCom Documents A Near Best Case -- Market Talk," November 4, 2020.

*Dow Jones Institutional News*, "Biogen's Stock Rises After Big Earnings Beat, Raised Outlook -- MarketWatch," July 22, 2020.

*Dow Jones Institutional News,* "Correction to Biogen Better-Than-Expected 2Q Adj Profit Article on July 22," July 28, 2020.

*Dow Jones Institutional News*, "Flutter Entertainment's FanDuel Faces Fierce Competition in US -- Market Talk," November 10, 2020.

*Dow Jones Institutional News,* "Global Equities Roundup: Market Talk," November 10, 2020.

*Dow Jones Institutional News,* "Investors Advised to Avoid Quick Reaction to Election Uncertainty -- Market Talk," November 4, 2020.

*Dow Jones Institutional News,* "Markets Benefit From Lower Political Tension -- Market Talk," November 9, 2020.

*Dow Jones Institutional News*, "Press Release: Alzheimer's Drug Discovery Foundation Statement on Today's FDA Independent Panel Vote on Biogen's Aducanumab," November 6, 2020.

*Dow Jones Institutional News*, "Press Release: Biogen to Present Data at Virtual 2020 Alzheimer's Association International Conference Highlighting Comprehensive Approach to Alzheimer's Disease," July 24, 2020.

*Dow Jones Institutional News*, "Press Release: Biogen to Present Data at Virtual 2020 Alzheimer's Association International Conference Highlighting Comprehensive Approach to Alzheimer's Disease," July 24, 2020.

*Dow Jones Institutional News,* "Press Release: Biogen to Present Positive Phase 2 Systemic Lupus Erythematosus Data at American College of Rheumatology 2020 Meeting," November 3, 2020.

*Dow Jones Institutional News,* "Press Release: Denali Therapeutics Reports Third Quarter 2020 Financial Results and Business Highlights," November 5, 2020.

*Dow Jones Institutional News*, "Press Release: ProMIS Neurosciences offers comments on recent FDA Advisory Committee meeting on aducanumab for the treatment of Alzheimer's disease," November 9, 2020.

*Dow Jones Institutional News*, "Press Release: Update on FDA Advisory Committee's Meeting on Aducanumab in Alzheimer's Disease," November 6, 2020.

*Dow Jones Institutional News,* "Simon Property Still Grappling With Cautious Consumers, Rent Issues -- Market Talk," November 10, 2020.

*Dow Jones Institutional News*, "The Week's Gainers and Losers on the S&P 500 -- Nov 2-6," November 6, 2020.

*Dow Jones Institutional News*, "Update: Biogen Alzheimer's Drug Appears To Have Setback As FDA Advisers Recommend Not To Approve -- MarketWatch," November 6, 2020.

*Dow Jones Institutional News*, "Wall Street's Biogen Enthusiasm Wanes -- Market Talk," November 9, 2020.

*Dow Jones Newswires Chinese (English)*, "Biogen's stock rises after big earnings beat, raised outlook," July 22, 2020.

*Dow Jones Newswires Chinese (English),* "Hot Stocks to Watch: BIIB," July 22, 2020.

Eaton, Aaron, "FDA could move closer to approving first new Alzheimer's drug in nearly 20 years," *The Philadelphia Tribune*, November 6, 2020.

Edney, Anna, "Biogen shares surge after FDA publishes Alzheimer's documents," *Daily Herald,* November 5, 2020.

*Electronic News Publishing*, "Biogen to Present Data at Virtual 2020 Alzheimer's Association International Conference Highlighting Comprehensive Approach to Alzheimer's disease," July 27, 2020.

*EMA (European Medicines Agency),* "Opinion/decision on a Paediatric investigation plan (PIP): Tysabri, natalizumab, W: decision granting a waiver in all age groups for all...," July 28, 2020.

*ENP Newswire*, "Biogen Inc. - Update on FDA Advisory Committee's Meeting on Aducanumab in Alzheimer's disease," November 9, 2020.

*ENP Newswire,* "Biogen Names Michael McDonnell as Executive Vice President and Chief Financial Officer," July 22, 2020.

*ENP Newswire,* "Biogen Plans to Initiate Phase 4 study Evaluating Benefit of SPINRAZA in Patients Treated with Zolgensma," July 22, 2020.

*ENP Newswire,* "Biogen Reports Q2 2020 Revenues of $3.7 Billion," July 23, 2020.

*ENP Newswire*, "Biogen to Present Data at Virtual 2020 Alzheimer's Association International Conference Highlighting Comprehensive Approach to Alzheimer's disease," July 27, 2020.

*ENP Newswire,* "Biogen to Present Positive Phase 2 Systemic Lupus Erythematosus Data at American College of Rheumatology 2020 Meeting," November 4, 2020.

*ENP Newswire,* "Biogen to Webcast Prerecorded Presentation on Aducanumab Embark Study Design and Live Q&A from CTAD on November 4, 2020," November 4, 2020.

*ENP Newswire,* "Cellectis Appoints Biopharma Veteran Steve Doares, Ph.D., as Senior Vice President of US Manufacturing," July 22, 2020.

*ENP Newswire*, "European Medicines Agency Accepts Biogen's Aducanumab Marketing Authorization Application for Alzheimer's Disease," November 2, 2020.

*ENP Newswire*, "ProMIS Neurosciences offers comments on recent FDA Advisory Committee meeting on aducanumab for the treatment of Alzheimer's disease," November 10, 2020.

*FDA Week,* "FDA Advisers: Clearing Alzheimer's Drug Could Stifle Work On Better Drugs," November 10, 2020.

*FDAnews Drug Daily Bulletin,* "Biogen to Test Spinal Muscular Atrophy Drug Spinraza after Treatment with Zolgensma," July 22, 2020.

Fernando, Surani, "Biogen's touted Alzheimer's drug receives thumbs-down from FDA advisory panel," *MMM, Medical Marketing & Media,* November 9, 2020.

Feuerstein, Adam and Damian Garde, "FDA scientists appear to offer major endorsement of Biogen's controversial Alzheimer's treatment," *STAT,* November 4, 2020.

Feuerstein, Adam and Damian Garde, "What to look for review of Biogen's Alzheimer's drug," *The Boston Globe*, November 4, 2020.

*Fixed Income Market: News and Comments,* "Biogen (-/A-/-) bonds are surging on positive news," November 5, 2020.

Fournier, Romain, "GLOBAL MARKETS LIVE: Berkshire Hathaway, Infineon, McDonald's…," Marketscreener.com, November 9, 2020.

Fournier, Romain, "GLOBAL MARKETS LIVE: Snap, Microsoft, Tesla…," *Marketscreener.com,* July 22, 2020.

Fournier, Romain, "Today on Wall Street: Alibaba, Bristol-Myers Squibb, T-Mobile US…," *Marketscreener.com,* November 5, 2020.

Fox, Matthew, "Biogen plummets 32% after its Alzheimer's therapy fails to win support from FDA advisory committee," *Business Insider*, November 9, 2020.

Fox, Matthew, "Biogen soars 47% after FDA scientists say its Alzheimer's drug's efficacy is 'exceptionally persuasive' (BIIB)," *Business Insider*, November 4, 2020.

Garde, Damian and Adam Feuerstein, "STAT+: Expert panel clashes with FDA at high-stakes meeting on Biogen's Alzheimer's treatment," *STAT,* November 6, 2020.

Garde, Damian and Adam Feuerstein, "STAT+: FDA's expert panel set to convene a high-stakes meeting on Biogen's Alzheimer's treatment," *STAT,* November 6, 2020.

Garde, Damian and Adam Feuerstein, "STAT+: Inside the tense, high-stakes meeting on Biogen's Alzheimer's treatment," *STAT,* November 6, 2020.

Garde, Damian, Meg Tirrell and Adam Feuerstein, "Listen: Bracing for a pandemic winter, Biogen's fortune at the FDA, and remembering a remarkable 12-year-old," *STAT,* November 5, 2020.

Gatlin, Allison, "Biogen Earnings Easily Beat Views; Biotech Giant Rises," *Investor's Business Daily*, July 22, 2020.

Gatlin, Allison, "Biogen Handily Tops Quarterly Views; All Eyes On Alzheimer's Disease," *Investor's Business Daily*, July 22, 2020.

Gatlin, Allison, "Biogen Handily Tops Quarterly Views; All Eyes On Alzheimer's Disease," *Investor's Business Daily*, July 22, 2020.

Gatlin, Allison, "Biogen Rockets Higher As FDA Panel Mulls Alzheimer's Drug," *Investor's Business Daily*, November 4, 2020.

Gatlin, Allison, "Biogen Stock Crashes After FDA Panel Rejects Alzheimer's Treatment," *Investor's Business Daily*, November 9, 2020.

Gatlin, Allison, "Biogen Stock Halted As FDA Panel Prepares To Discuss Alzheimer's Drug," *Investor's Business Daily*, November 6, 2020.

Gatlin, Allison, "Biogen Stock: FDA Panel Shoots Down Controversial Alzheimer's Drug," *Investor's Business Daily*, November 6, 2020.

Gatlin, Allison, "Biogen Surges As FDA Panel Mulls Controversial Alzheimer's Drug," *Investor's Business Daily,* November 4, 2020.

Gatlin, Allison, "Details On Alzheimer's Treatment Remain Scant — Is Biogen Stock A Buy?," *Investor's Business Daily*, July 23, 2020.

Gatlin, Allison, "Is Biogen Stock A Buy After An FDA Panel Rejected Its Alzheimer's Drug?" *Investor's Business Daily*, November 11, 2020.

Gatlin, Allison, "Is Biogen Stock A Buy As FDA Panel Considers Key Alzheimer's Drug?," *Investor's Business Daily*, November 4, 2020.

Gatlin, Allison, "Is The FDA Leaning Toward Approval Of Biogen's Alzheimer's Drug?," *Investor's Business Daily*, November 6, 2020.

*German Collection*, "Biogen, Eisai suffer setback after FDA advisory panel's criticism of experimental Alzheimer's drug," November 10, 2020.

Girardot, Gallien, "The revival in interest should continue," *Marketscreener.com,* July 22, 2020.

GlobeNewswire, "Biogen to Present Data at Virtual 2020 Alzheimer's Association International Conference Highlighting Comprehensive Approach to Alzheimer's Disease," July 24, 2020.

*GlobeNewswire,* "Biogen to Present Positive Phase 2 Systemic Lupus Erythematosus Data at American College of Rheumatology 2020 Meeting," November 3, 2020.

*GlobeNewswire,* "Denali Therapeutics Reports Third Quarter 2020 Financial Results and Business Highlights," November 5, 2020.

*GlobeNewswire*, "Pro MIS Neurosciences offers comments on recent FDA Advisory Committee meeting on aducanumab for the treatment of Alzheimer's disease," November 9, 2020.

*GlobeNewswire*, "Update on FDA Advisory Committee's Meeting on Aducanumab in Alzheimer's Disease," November 6, 2020.

Goodman, James, "California Supreme Court Applies Rule Of Reason Test For "Business Only" Restrictive Covenants," *Mondaq Business Briefing,* November 9, 2020.

Grant, Charley, "Biogen Stock Might Not Recover From Alzheimer's Treatment Setback -- Heard on the Street," *Dow Jones Institutional News*, November 9, 2020.

Grant, Charley, "Biogen Stock Might Not Recover From Alzheimer's Treatment Setback; Potential blockbuster drug hits yet another bump in the road, and shareholders will feel the pain," *The Wall Street Journal Online*, November 9, 2020.

Grant, Charley, "Drug Setback Hits Biogen Stock," *The Wall Street Journal,* November 10, 2020.

Grant, Charley, "Heard on the Street: Drug Setback Hits Biogen Stock -- WSJ," *Dow Jones Institutional News,* November 10, 2020.

Grecenko, Evelina, "Biogen Appoints IQVIA Director Michael McDonnell As Finance Head," *Alliance News Global 500 Corporate,* July 22, 2020.

*Greenwich Time*, "FDA: Dementia drug trial 'persuasive,'" November 5, 2020.

Grossman, Matt, "Biogen Raises 2020 Profit Forecast," *Dow Jones Institutional News,* July 22, 2020.

Grossman, Matt, "Biogen Records Better-Than-Expected 2Q Adj Profit, Rev," *Dow Jones Institutional News,* July 22, 2020.

Grossman, Matt, "IBio Names Maddux as Operating Chief," *Dow Jones Institutional News,* November 3, 2020.

Han-Joo, Kim, "European sales of Samsung Bioepis' 3 biosimilars up 9 pct in H1," *Yonhap English News*, July 23, 2020.

Herper, Matthew, Adam Feuerstein, and Damian Garde, "Expert panel votes down Biogen's Alzheimer's drug, and rebukes the FDA in the process," *STAT,* November 6, 2020.

Howard, Jacqueline and Shelby Lin Erdman, "FDA could move closer to approving first new Alzheimer's drug in nearly 20 years," *CNN Wire*, November 5, 2020.

*i*, "FDA 'backs' Biogen Alzheimer's drug," November 6, 2020.

*iCrowdNewswire,* "CNS Therapeutics Market SWOT Analysis by Key Players: Teva, Cipla, GlaxoSmithKline," November 11, 2020.

*iCrowdNewswire,* "Monoclonal Antibody Based Products Market Seeking Excellent Growth | Amgen, BD Biosciences, Johnson & Johnson," July 27, 2020.

*Independent Online*, "FDA panel reviews 1st new Alzheimer's drug in 2 decades," November 6, 2020.

*Indian Patent News,* "Biogen MA Inc Files Patent Application for Pharmaceutical Compositions Containing Anti-Beta Amyloid Antibodies," November 7, 2020.

*INFO-RL: Russian Companies Disclosure in Brief*, "Net profit (RAS) of AL' BIOGEN, OOO increased by 20.76% to 71.81 million RUB over 2018.," November 4, 2020.

*Journal of Engineering,* "Neurodegenerative Diseases and Conditions - Dementia; Data on Dementia Detailed by Researchers at University of Southern California (USC) (Testing a Convolutional Neural Network-based Hippocampal Segmentation Method In a Stroke Population)," November 9, 2020.

Kellaher, Colin, "Biogen Shares Surge After Positive FDA Staff Comments on Alzheimer's Drug > BIIB," *Dow Jones Institutional News*, November 4, 2020.

Kellaher, Colin, "Perrigo Shares Slip After Company Loses Round in Ireland Tax Battle > PRGO," *Dow Jones Newswires Chinese (English),* November 4, 2020.

Krantz, Matt, "Why Wait? 95% Of Big Stocks Rise While Election Drags On," *Investor's Business Daily*, November 6, 2020.

Kuchler, Hannah, "Biogen Alzheimer's drug in doubt after criticism from expert panel," *Financial Times (FT.com),* November 6, 2020.

Kuchler, Hannah, "Biogen leaps on prospect of Alzheimer's drug approval," *Financial Times*, November 5, 2020.

Kuchler, Hannah, "Biogen shares leap after 'substantial evidence' Alzheimer's drug is effective," *Financial Times (FT.com),* November 4, 2020.

Lee, Jaimy, "Biogen's Stock Is Halted As FDA Committee Convenes On Experimental Alzheimer' Disease Treatment -- MarketWatch," *Dow Jones Institutional News*, November 6, 2020.

Lee, Jaimy, "Biogen's Stock Soars 42% In Advance Of FDA Meeting On Its Alzheimer's Disease Therapy Candidate -- MarketWatch," *Dow Jones Institutional News*, November 4, 2020.

Levin, Lisa, "40 Stocks Moving In Wednesday's Mid-Day Session," *Benzinga.com*, November 4, 2020.

Levisohn, Ben, "Biogen's Alzheimer's Drug Inches Closer to Approval. That Doesn't Make the Stock a Buy.," *Barron's*, November 9, 2020.

*M2 Pharma,* "Ironwood Pharmaceuticals Names Denner to Board of Directors," November 5, 2020.

*Mail Online*, "FDA set to approve a new Alzheimer's drug - a first in nearly 20 years - by March after Biogen showed its treatment may slow the progress of the memory disease," November 4, 2020.

*Mail Online*, "Outside advisory panel urges the FDA NOT to approve Biogen's Alzheimer's drug, dimming hopes for the first new treatment in nearly 20 years," November 6, 2020.

Marchione, Marilynn and Matthew Perrone, "FDA panel urges rejection of experimental Alzheimer's drug," *The Canadian Press*, November 6, 2020.

Marchione, Marilynn and Matthew Perrone, "FDA reviews 1st new Alzheimer's drug in decades," *Casa Grande Dispatch*, November 10, 2020.

Marchione, Marilynn and Matthew Perrone, "U.S. panel reviews first new Alzheimer's drug in two decades," *Victoria Times Colonist,* November 7, 2020.

*MarketLine News and Comment*, "FDA likely to approve Biogen's aducanumab for Alzheimer's disease after its review," November 6, 2020.

*MarketResearch.com,* "2021 Biogen Performance, Capabilities, Goals and Strategies," November 5, 2020.

*Marketscreener.com,* "DIALOG SEMICONDUCTOR: Receives a Buy rating from DZ Bank," November 5, 2020.

*Marketscreener.com,* "DRAEGERWERK: NordLB reaffirms its Buy rating," November 5, 2020.

*Marketscreener.com,* "GEA GROUP: Sell rating from Hauck & Aufhauser," November 9, 2020.

*Marketscreener.com,* "INFINEON TECHNOLOGIES AG: Warburg Research reiterates its Neutral rating," November 9, 2020.

*Marketscreener.com,* "LANXESS AG: Warburg Research remains its Buy rating," November 9, 2020.

*Marketscreener.com,* "LINDE PLC: Bernstein sticks Neutral," November 5, 2020.

*Marketscreener.com,* "LUFTHANSA AG: DZ Bank keeps a Sell rating," November 5, 2020.

*Marketscreener.com,* "RATIONAL AG : Gets a Sell rating from Baader Bank," July 22, 2020.

*Marketscreener.com,* "RHEINMETALL AG: Receives a Buy rating from Warburg Research," November 9, 2020.

*Marketscreener.com,* "SAF-HOLLAND: Hauck & Aufhauser reiterates its Buy rating," November 9, 2020.

*Marketscreener.com,* "STRATEC BIOMEDICAL SYSTEMS AG: Sell rating from Warburg Research," November 9, 2020.

*Marketscreener.com,* "TESLA : JP Morgan keeps a Sell rating," July 22, 2020.

McGowan, Paul, "Biogen Quarterly Earnings Improve As Fumarate Revenue Grows," *Alliance News Global 500 Corporate,* July 22, 2020.

Melck, Brendan, "FDA advisory committee votes against approval of Biogen's and Eisai's Alzheimer's candidate aducanumab," *IHS Global Insight Daily Analysis,* November 11, 2020.

Meurisse, David, "Close to new upside potential," *Marketscreener.com,* November 5, 2020.

*Mist News,* "Biogen Earnings, Revenue Beat in Q2," July 22, 2020.

*Moody's Investors Service Press Release*, "Moody's review's Biogen's Baa1 Ratings For Downgrade," November 9, 2020.

*Nachrichten für Außenhandel*, "Setback for Biogen - FDA committee doubts Alzheimer's drug. USA: Rückschlag für Biogen.," November 9, 2020.

*Nasdaq / Globenewswire,* "Biogen to Present Data at Virtual 2020 Alzheimer's Association International Conference Highlighting Comprehensive Approach to Alzheimer's Disease," July 24, 2020.

*Nasdaq / Globenewswire,* "Biogen to Present Positive Phase 2 Systemic Lupus Erythematosus Data at American College of Rheumatology 2020 Meeting," November 3, 2020.

*Nasdaq / Globenewswire,* "ProMIS Neurosciences offers comments on recent FDA Advisory Committee meeting on aducanumab for the treatment of Alzheimer's disease," November 9, 2020.

*Nasdaq / Globenewswire,* "Update on FDA Advisory Committee's Meeting on Aducanumab in Alzheimer's Disease," November 6, 2020.

Nathan-Kazis, Josh, "Biogen Beats Earnings Expectations but Leaves CFO's Departure a Mystery -- Barrons.com," *Dow Jones Institutional News*, July 22, 2020.

Nathan-Kazis, Josh, "Biogen Beats Earnings Expectations but Leaves CFO's Departure a Mystery," *Barron's Online,* July 22, 2020.

Nathan-Kazis, Josh, "Buy Biogen Stock, Says Morgan Stanley, Because the Time Is Right -- Barrons.com," *Dow Jones Institutional News,* July 27, 2020.

Nathan-Kazis, Josh, "Buy Biogen Stock, Says Morgan Stanley, Because the Time Is Right," *Barron's Online,* July 27, 2020.

*Newsfile,* "ONGOING INVESTIGATION ALERT: The Schall Law Firm Announces it is Investigating Claims Against Biogen Inc. and Encourages Investors with Losses of $100,000 to Contact the Firm," November 11, 2020.

*Newsfile,* "Rosen, A Global and Leading Law Firm, Announces Investigation of Securities Claims Against Biogen Inc.; Encourages Investors with Losses in Excess of $500K to Contact Firm - BIIB," November 9, 2020.

*Newsfile,* "SHAREHOLDER ALERT: Investigation of Biogen Announced by Holzer & Holzer, LLC," November 11, 2020.

Nigam, Priya, "Morgan Stanley Double Upgrades Biogen, Says Alzheimer's Opportunity Ahead," *Benzinga.com*, July 27, 2020.

*Nikkei Financial Summary,* "Net profit of Eisai was 25.7 billion yen (down 4.4%) for the six-month period ended September 2020," November 5, 2020.

Ohnesorge, Lauren, "Iqvia CFO leaves for Biogen: Here's how much more he'll be paid," *Triangle Business Journal*, July 22, 2020.

*People in Business,* "Brian S. Posner of Biogen in top 8% of Large MCap Director Scorecard for past quarter," November 7, 2020.

*Pharma Japan,* "European Regulators Accept Aducanumab for Review: Biogen/Eisai," November 9, 2020.

*Portland Press Herald,* "Briefcase," November 7, 2020.

*PR Newswire*, "Alzheimer's Association Should Reveal Financial Conflict of Interest in Urging FDA to Approve Biogen Drug, Says Dr. Leslie Norins, CEO of Alzheimer's Germ Quest," November 10, 2020.

*PR Newswire*, "Alzheimer's Drug Discovery Foundation Statement on Today's FDA Independent Panel Vote on Biogen's Aducanumab," November 6, 2020.

*PR Newswire*, "Should you invest in Bank of America, Biogen, Macy's, Tilray, or Ulta Beauty?," November 9, 2020.

*PR Newswire,* "Thinking about buying stock in Aurora Cannabis, Qualcomm, Biogen, Kandi Technologies, or General Motors?," November 5, 2020.

*R&D Focus Drug News*, "Biogen and Eisai's filing for Alzheimer's disease accepted for review in EU," November 2, 2020.

*R&D Focus Drug News*, "Eisai, Biogen and Alzheimer's Clinical Trials Consortium starts Phase III trial for Alzheimer's disease in USA.," July 22, 2020.

Raghunath, Aditya, "Analysts Predict Volatility In Biogen Shares Until March 2021," *Benzinga.com,* November 9, 2020.

*Regulatory News Service,* "Euronext Dublin GEM Notice," July 24, 2020.

*Reuters News*, "Biogen Alzheimer's drug closer to approval with U.S. FDA staff backing, shares jump 40%," November 4, 2020.

*Reuters News,* "Biogen Inc reports results for the quarter ended in June - Earnings Summary," July 22, 2020.

*Reuters News,* "Biogen Inc: Profits of $10.26 announced for second quarter," July 22, 2020.

*Reuters News,* "Biogen lifts full-year profit forecast as Tecfidera boosts quarter," July 22, 2020.

*Reuters News*, "Biogen plunges 30% after FDA panel votes against Alzheimer's drug," November 9, 2020.

*Reuters News,* "Biogen profit rises 3.2% on demand for multiple sclerosis drug," July 22, 2020.

*Reuters News,* "BRIEF - Biogen Inc Says FDA Will Continue Review Process With Decision On Whether To Approve Aducanumab Biologics License Application By March 7, 2021," November 6, 2020.

*Reuters News,* "BRIEF - Biogen To Present Positive Phase 2 Systemic Lupus Erythematosus Data At American College Of Rheumatology 2020 Meeting," November 3, 2020.

*Reuters News,* "BRIEF - FDA Staff Says Biogen Has Provided Substantial Evidence Of Effectiveness On Alzheimer's Drug," November 4, 2020.

*Reuters News,* "BRIEF-Biogen Inc Qtrly Non-Gaap Diluted Eps $10.26," July 22, 2020.

*Reuters News,* "BUZZ - U.S. STOCKS ON THE MOVE - Big tech, solar energy, health insurers, CoreCivic," November 4, 2020.

*Reuters News,* "BUZZ - U.S. STOCKS ON THE MOVE - Qualcomm, Merck, cannabis cos, Electronic Arts," November 5, 2020.

*Reuters News,* "BUZZ - U.S. STOCKS ON THE MOVE - U.S. defense stocks, Uber, health insurers, big pharma," November 4, 2020.

*Reuters News,* "BUZZ - U.S. STOCKS ON THE MOVE - U.S. PE firms, defense stocks, Biogen, solar energy cos," November 4, 2020.

*Reuters News,* "BUZZ-U.S. STOCKS ON THE MOVE-Diffusion Pharma, Black Knight, Diana Shipping," July 27, 2020.

*Reuters News,* "BUZZ-U.S. STOCKS ON THE MOVE-Lincoln Electric, Under Armour, American Airlines," July 27, 2020.

*Reuters News,* "BUZZ-U.S. STOCKS ON THE MOVE-Sogou, Lemonade, Professional Diversity Network," July 27, 2020.

*Reuters News*, "Combative U.S. FDA panel votes against Biogen Alzheimer's drug," November 6, 2020.

*Reuters News,* "CORRECTED-UPDATE 1-Biogen raises full-year profit view, quarter boosted by Tecfidera demand," July 22, 2020.

*Reuters News*, "FDA advisory panel convenes to discuss whether Biogen Alzheimer's drug should be approved," November 6, 2020.

*Reuters News*, "FDA bars critic from review panel of Biogen's controversial Alzheimer's drug," November 2, 2020.

*Reuters News*, "PREVIEW - U.S. experts to review Biogen drug that could be first new Alzheimer's treatment in decades," November 3, 2020.

*Reuters News,* "Reuters Health News Summary," November 4, 2020.

*Reuters News*, "U.S. experts to review Biogen drug that could be first new Alzheimer's treatment in decades," November 3, 2020.

*Reuters News*, "U.S. FDA staff say effectiveness data to support approval of Biogen Alzheimer's drug," November 4, 2020.

*Reuters News,* "U.S. RESEARCH ROUNDUP - Biogen, Verizon, ZoomInfo Technologies," November 5, 2020.

*Reuters News,* "U.S. RESEARCH ROUNDUP - Mattel, Obseva, Technipfmc," November 9, 2020.

*Reuters News,* "UPDATE 3-Biogen lifts full-year profit forecast as Tecfidera boosts quarter," July 22, 2020.

Rexaline, Shanthi, "Biogen Analysts Brace For Favorable Aducanumab Adcom Verdict," *Benzinga.com,* November 5, 2020.

Rexaline, Shanthi, "Biogen Surges On Favorable FDA Briefing Doc For Alzheimer's Candidate," *Benzinga.com*, November 4, 2020.

Rexaline, Shanthi, "Biogen's Aducanumab Fails To Win FDA Panel Backing," *Benzinga.com*, November 6, 2020.

Rexaline, Shanthi, "What Biogen Investors Should Know Ahead Of Adcom Meeting On Alzheimer's Candidate," *Benzinga.com*, November 3, 2020.

Rexaline, Shanthi, "Why This Biogen Analyst Says The FDA Could Still Approve Aducanumab," *Benzinga.com,* November 9, 2020.

*RTT News,* "BIIB Faces FDA Panel Tomorrow, CRSP Climbs On Hemoglobinopathies Trial Data, SAVA On Watch," November 5, 2020.

*RTT News,* "Biogen Appoints Michael McDonnell As EVP And CFO," July 22, 2020.

*RTT News,* "Biogen Boosts FY20 Earnings Outlook; Q2 Results Top Estimates - Quick Facts," July 22, 2020.

Saltzman, Jonathan, "Doubt raised on Alzheimer drug efficacy," *The Boston Globe,* November 7, 2020.

Saltzman, Jonathan, "FDA panel skeptical of Biogen's Alzheimer's drug," *The Boston Globe*, November 7, 2020.

Saltzman, Jonathan, "FDA praise for Biogen's Alzheimer's drug sends it stock soaring by nearly 44 percent," *The Boston Globe*, November 4, 2020.

*SeeNews Pharmaceuticals,* "Biogen drug reduces number of swollen joints in lupus trial," November 4, 2020.

*SeeNews Pharmaceuticals,* "Biogen increases 2020 profit guidance," July 22, 2020.

*SeeNews Pharmaceuticals,* "Biogen shares surge on approval prospects for Alzheimer's drug," November 5, 2020.

*SeeNews Pharmaceuticals,* "Biogen to test Spinraza in children after gene therapy," July 22, 2020.

*SeeNews Pharmaceuticals,* "U.S. advisory panel doubts efficacy of Biogen's Alzheimer's drug," November 9, 2020.

Silverman, Ed, "N.Y. wants Medicaid price cut on Biogen drug," *The Boston Globe,* July 28, 2020.

Silverman, Ed, "STAT+: Most doctors view the Biogen Alzheimer's drug favorably after reading briefing documents, survey finds," *STAT,* November 5, 2020.

Snyder, Brian, "FILE PHOTO: A sign marks a Biogen facility in Cambridge," *Reuters News & Media Pictures,* November 2, 2020, 12:45 PM.

Snyder, Brian, "FILE PHOTO: A sign marks a Biogen facility in Cambridge," *Reuters News & Media Pictures,* November 2, 2020, 5:43 PM.

Snyder, Brian, "FILE PHOTO: A sign marks a Biogen facility in Cambridge," *Reuters News & Media Pictures,* November 4, 2020.

Snyder, Brian, "FILE PHOTO: A sign marks a Biogen facility in Cambridge," *Reuters News & Media Pictures,* November 6, 2020.

*Spafid Connect - Message - Consensus Light,* "Consensus Light; Biogen," November 2, 2020.

*Spafid Connect - Message - Consensus Light,* "Consensus Light; Biogen," November 5, 2020.

*Spafid Connect - Message - Consensus Light,* "Consensus Light; Biogen," November 9, 2020.

*Spafid Connect- Message - Consensus Light,* "Consensus Light; Biogen," July 23, 2020.

*Spafid Connect- Message - Consensus Light,* "Consensus Light; Biogen," July 27, 2020.

*Spafid Connect- Message - Consensus Light,* "Consensus Light; Biogen," July 30, 2020.

*STAT*, "FDA's expert panel set to convene a high-stakes meeting on Biogen's Alzheimer's treatment," November 3, 2020.

*Sudan News Agency (SUNA),* "Biogen to assess SMA drug Spinraza in Phase IV trial," July 23, 2020.

*Sudan News Agency (SUNA)*, "FDA panel skeptical of Biogen's Alzheimer's drug," November 9, 2020.

*Sudan Tribune,* "Biogen to launch Phase IV study of spinal muscular atrophy drug in post-gene therapy patients," July 22, 2020.

*Sudan Tribune,* "FDA panel reviews first new Alzheimer's drug in 2 decades," November 6, 2020.

*Syrian Arab News Agency,* "FDA panel unimpressed with data for Alzheimer's drug aducanumab," November 10, 2020.

*Tehran Times,* "Biogen plans trial of Spinraza in patients not responding to SMA gene therapy," July 23, 2020.

*Tehran Times*, "Biogen's Alzheimer's drug candidate takes a beating from FDA advisers," November 9, 2020.

*The Canadian Press,* "Biogen to Present Data at Virtual 2020 Alzheimer's Association International Conference Highlighting Comprehensive Approach to A," July 24, 2020.

*The Canadian Press,* "Biogen to Present Positive Phase 2 Systemic Lupus Erythematosus Data at American College of Rheumatology 2020 Meeting," November 3, 2020.

*The Canadian Press,* "Pfizer, Carnival rise; Biogen, Newmont fall," November 9, 2020.

*The Canadian Press,* "Update on FDA Advisory Committee's Meeting on Aducanumab in Alzheimer's Disease," November 6, 2020.

*The Fly*, "Alzheimer's journal op-ed says Biogen failed to demonstrate aducanumab," November 2, 2020.

*The Fly,* "Biogen price target lowered to $278 from $339 at Cantor," November 3, 2020.

*The Fly,* "Biogen to hold a webcastManagement holds a webcast of its presentation," November 3, 2020.

*The Fly,* "Biogen to present Phase 2 systemic lupus erythematosus dataBiogen," November 3, 2020.

*The Fly,* "Biogen upgraded to Buy from Hold at DZ Bank," November 10, 2020.

*The Fly,* "Cantor biopharma/biotech analysts hold an analyst/industry conference," November 3, 2020.

*The Fly,* "Truist raises Biogen price target to $443, views aducanumab approval," November 10, 2020.

*The Frontier Post*, "A test of the FDA's reputation in Biogen's experimental Alzheimer's drug," November 9, 2020.

*The Republican,* "Washington," November 5, 2020.

*The San Diego Union-Tribune: Web Edition,* "Pfizer, Carnival rise; Biogen, Newmont fall," November 9, 2020.

*Theflyonthewall.com,* "05:40 EDT Biogen upgraded to Overweight from Underweight at Morgan StanleyMorgan...," July 27, 2020.

*Theflyonthewall.com,* "06:10 EDT Biogen double upgraded to Overweight from Underweight at Morgan...," July 27, 2020.

*Theflyonthewall.com,* "07:11 EDT Biogen price target lowered to $280 from $317 at BMO CapitalBMO...," July 23, 2020.

*Theflyonthewall.com,* "09:20 EDT Biogen loses bid to ban Mylan from selling generic Tecfidera,...," July 30, 2020.

*Theflyonthewall.com*, "10:17 EDT Fly Intel: Top five analyst upgrades Catch up on today's top five...," July 27, 2020.

*Theflyonthewall.com,* "12:39 EDT Biogen trades higher after Q2 report, CFO departureShares of big cap...," July 22, 2020.

*Theflyonthewall.com,* "12:42 EDT BTIG keeps Neutral rating on Biogen, says focus remains on Aducanumab...," July 22, 2020.

*Theflyonthewall.com,* "14:50 EDT Biogen price target raised to $324 from $311 at Wells FargoWells Fargo...," July 22, 2020.

*Theflyonthewall.com,* "Aducanumab Briefing Documents 'A Landslide Win' For Biogen, Says…," November 4, 2020.

*Theflyonthewall.com,* "Biogen price target lowered to $284 from $294 at Stifel," July 22, 2020.

*Theflyonthewall.com*, "Piper says next few months 'far too uncertain' to recommend buying Biogen here," July 22, 2020.

*United News of Bangladesh*, "FDA panel reviews 1st new Alzheimer's drug in 2 decades," November 6, 2020.

Vlastelica, Ryan, "Biogen stock plunges after FDA panel's blow to Alzheimer's drug," *The Boston Globe*, November 9, 2020.

Walker, Joseph, "Biogen, at a Crossroads, Surges on Promising Alzheimer's Drug Assessment," *Dow Jones Institutional News*, November 4, 2020.

Walker, Joseph, "Biogen, at a Crossroads, Surges on Promising Alzheimer's Drug Assessment; Shares rose 40% after Wall Street learned FDA staffer gave positive review of company's experimental medicine now up for approval," *The Wall Street Journal Online*, November 4, 2020.

Walker, Joseph, "Biogen's Dementia Drug Gets FDA Lift -- WSJ," Dow Jones Institutional News, November 5, 2020.

Wang, Beth, "FDA Advisers: Clearing Alzheimer's Drug Could Stifle Work On Better Drugs," InsideHealthPolicy.com's Daily Briefing, November 10, 2020.

Wilkerson, John, "Stage Set For Fight Over Price If Alzheimer's Drug Approved," InsideHealthPolicy.com's Daily Briefing, November 10, 2020.

**G. Books and Textbooks**

Greene, William H., *Econometrics Analysis*, 8th Ed. (2018), Pearson.

**H. Academic Literature**

Boehmer, Ekkehart and Eric K. Kelley, "Institutional Investors and the Informational Efficiency of Prices," *The Review of Financial Studies*, 22(9), 2009.

Busse, Jeffrey A. and T. Clifton Green, "Market Efficiency in Real Time," *Journal of Financial Economics,* 65(3), 2002.

Chordia, Tarun, T. Clifton Green, and Badrinath Kottimukkalur, "Rent Seeking by Low-Latency Traders: Evidence from Trading on Macroeconomic Announcements," *The Review of Financial Studies,* 31(12), 2018.

Fama, Eugene F., "Efficient Capital Markets: A Review of Theory and Empirical Work," *The Journal of Finance*, 25(2), 1970.

Greene, Jason T., and Susan G. Watts, "Price Discovery on the NYSE and the NASDAQ: The Case of Overnight and Daytime News Releases," *Financial Management*, 25(1), 1996.

Grossman, Sanford J., "The Informational Role of Warranties and Private Disclosure about Product Quality," *The Journal of Law & Economics*, 24(3), 1981.

Hu, Grace Xing, Jun Pan, and Jiang Wang, "Early Peek Advantage? Efficient Price Discovery With Tiered Information Disclosure," *Journal of Financial Economics,* 126(2), 2017.

Milgrom, Paul R., "Good News and Bad News: Representation Theorems and Applications," *The Bell Journal of Economics*, 12(2), 1981.

Von Beschwitz, Bastian, Donald B. Keim, and Massimo Massa, "First to 'Read' the News: News Analytics and Algorithmic Trading," *The Review of Asset Pricing Studies,* 10(1), 2020.

**I. Other Publicly Available Documents**

Biogen, "About Biogen," available at https://www.biogen.com/company.html.

Biogen, "Biogen and Eisai to Discontinue Phase 3 ENGAGE and EMERGE Trials of Aducanumab in Alzheimer's Disease," March 21, 2019, available at https://investors.biogen.com/news-releases/news-release-details/biogen-and-eisai-discontinue-phase-3-engage-and-emerge-trials.

Biogen, "Biogen Completes Submission of Biologics License Application to FDA for Aducanumab as a Treatment for Alzheimer's Disease," July 8, 2020, available at https://investors.biogen.com/news-releases/news-release-details/biogen-completes-submission-biologics-license-application-fda.

Biogen, "Biogen Plans Regulatory Filing for Aducanumab in Alzheimer's Disease Based on New Analysis of Larger Dataset from Phase 3 Studies," October 22, 2019, available at https://investors.biogen.com/news-releases/news-release-details/biogen-plans-regulatory-filing-aducanumab-alzheimers-disease.

Biogen, "Biogen Reports Q1 2020 Revenues of $3.5 Billion," April 22, 2020, available at https://investors.biogen.com/news-releases/news-release-details/biogen-reports-q1-2020-revenues-35-billion-0.

Biogen, "Biogen Reports Q3 2019 Revenues of $3.6 Billion," October 22, 2019, available at https://investors.biogen.com/news-releases/news-release-details/biogen-reports-q3-2019-revenues-36-billion-0.

Biogen, "Biogen Reports Q3 2020 Results," October 21, 2020, available at https://investors.biogen.com/news-releases/news-release-details/biogen-reports-q3-2020-results-0.

Biogen, "Biogen to Host Investor Webcasts from Clinical Trials on Alzheimer's Disease (CTAD) Congress on December 5, 2019," November 4, 2019, available at https://investors.biogen.com/news-releases/news-release-details/biogen-host-investor-webcasts-clinical-trials-alzheimers-0.

Biogen, "Biogen to Webcast Encore Aducanumab Presentation From Virtual AAT-AD/PD Meeting on April 2, 2020," March 30, 2020, available at https://investors.biogen.com/news-releases/news-release-details/biogen-webcast-encore-aducanumab-presentation-virtual-aat-adpd.

Biogen, "Biogen to Webcast Prerecorded Encore Aducanumab Presentation and Live Q&A from AAN 2020 Science Highlights on September 23, 2020," September 22, 2020, available at https://investors.biogen.com/news-releases/news-release-details/biogen-webcast-prerecorded-encore-aducanumab-presentation-and.

Biogen, "Biogen to Webcast Prerecorded Encore Aducanumab Presentation from 61st Annual Meeting of the Japanese Society of Neurology on August 31, 2020," August 27, 2020, available at

https://investors.biogen.com/news-releases/news-release-details/biogen-webcast-prerecorded-encore-aducanumab-presentation-61st.

Biogen, "Biogen to Webcast Prerecorded Encore Aducanumab Presentation from AAN Science Highlights Virtual Platform on May 18, 2020," May 15, 2020, available at https://investors.biogen.com/news-releases/news-release-details/biogen-webcast-prerecorded-encore-aducanumab-presentation-aan.

Biogen, "European Medicines Agency Accepts Biogen's Aducanumab Marketing Authorization Application for Alzheimer's Disease," October 30, 2020, available at https://investors.biogen.com/news-releases/news-release-details/european-medicines-agency-accepts-biogens-aducanumab-marketing.

Biogen, "FDA Accepts Biogen's Aducanumab Biologics License Application for Alzheimer's Disease with Priority Review," August 7, 2020, available at https://investors.biogen.com/news-releases/news-release-details/fda-accepts-biogens-aducanumab-biologics-license-application.

Biogen, "Investor Relations," available at https://investors.biogen.com/.

Biogen, "Statement About the FDA Advisory Committee on Aducanumab," September 29, 2020, available at https://investors.biogen.com/news-releases/news-release-details/statement-about-fda-advisory-committee-aducanumab.

Biogen, "Statement to ICER's announced plans to conduct an assessment on the value of aducanumab," September 29, 2020, available at https://investors.biogen.com/news-releases/news-release-details/reactive-statement-icers-announced-plans-conduct-assessment.

Biogen, "Update on FDA Advisory Committee's Meeting on Aducanumab in Alzheimer's Disease," November 6, 2020, available at https://investors.biogen.com/news-releases/news-release-details/update-fda-advisory-committees-meeting-aducanumab-alzheimers..

Food and Drug Administration, "Combined FDA and Applicant PCNS Drugs Advisory Committee Briefing Document," November 6, 2020, available at https://fda.report/media/143503/PCNS-20201106-CombinedFDABiogenBackgrounder_0.pdf.

Food and Drug Administration, "November 6, 2020: Meeting of the Peripheral and Central Nervous System Drugs Advisory Committee Meeting Announcement," updated November 4, 2020, 10:07:46 AM ET, https://web.archive.org/web/20201104150746/https:/www.fda.gov/advisory-committees/advisory-committee-calendar/november-6-2020-meeting-peripheral-and-central-nervous-system-drugs-advisory-committee-meeting#event-materials.

McGinley, Laurie, "Controversial Alzheimer's Drug Gets Boost From FDA Staff," The Washington Post, November 4, 2020, available at https://www.washingtonpost.com/health/2020/11/04/alzheimers-drug-fda/.

S&P Global, "Dow Jones U.S. Select Pharmaceuticals Index," available at https://www.spglobal.com/spdji/en/indices/equity/dow-jones-us-select-pharmaceuticals-index.

StreetInsider.com, "Biogen (BIIB) Spikes 14% After FDA Posts Briefing Documents for Alzheimer's Drug Aducanumab," November 4, 2020, available at https://www.streetinsider.com/Corporate+News/Biogen+(BIIB)+Spikes+14%25+After+FDA+Posts+Briefing+Documents+for+Alzheimers+Drug+Aducanumab/17553729.html.

U.S. Securities and Exchange Commission, "SEC Charges New York Stock Exchange for Improper Distribution of Market Data," September 14, 2012, available at https://www.sec.gov/newsroom/press-releases/2012-2012-189htm.

Walker, Joseph, "Biogen, at a Crossroads, Surges on Promising Alzheimer's Drug Assessment," The Wall Street Journal, November 4, 2020, available at https://www.wsj.com/health/pharma/biogen-at-a-crossroads-surges-on-promising-alzheimers-drug-assessment-11604513678.

## J. Analysts' Reports

Acquisdata, "Company SnapShot - BIOGEN IDEC," July 22, 2020.

Acquisdata, "Company SnapShot - BIOGEN IDEC," October 21, 2020.

Argus Research, "BIOGEN INC - Analyst's Notes," August 18, 2020.

Atlantic Equities, "Adu briefing docs suggest favourable FDA view," November 5, 2020.

Atlantic Equities, "Base business weakness accentuates binary risk," October 22, 2020.

Atlantic Equities, "Down to Underweight on aducanumab denial," November 9, 2020.

Atlantic Equities, "Focus remains on aducanumab regulatory path," July 23, 2020.

Atlantic Equities, "Tecfidera patent loss a major setback," June 19, 2020.

Baird, "2Q Call Likely to Focus on Adu and Tec Ahead of Binary Catalysts," July 20, 2020.

Baird, "3Q Print Meets Consensus; However, Outlook Remains Shaky," October 21, 2020.

Baird, "3Q20 Earnings Preview: Tone Ahead of AdCom Should Be Key Takeaway," October 14, 2020.

Baird, "A Skeptic's Guide to Aducanumab Regulatory Review Redux," October 28, 2020.

Baird, "Aducanumab BLA Accepted, Though Continue to Expect Approval Is Unlikely," August 7, 2020.

Baird, "Denali Deal Adds Parkinson's Program While Leaning Further into ABeta," August 6, 2020.

Baird, "Evrysdi Takes Aim at Spinraza Market Share," August 7, 2020.

Baird, "Knopman et al. Paper Spells Out Case for Aducanumab CRL," November 2, 2020.

Baird, "KOL Call Provides Insights into Evolving SMA Landscape," October 30, 2020.

Baird, "Mylan Launches Generic Tec, Expect Delaware Next Major Catalyst Here," August 19, 2020.

Barclays, "Adu Briefing Documents Highlight Supportive FDA Stance," November 4, 2020.

Barclays, "BIIB 2Q20 read-through: Spinraza revenue miss, 2H20 outlook looming," July 23, 2020.

Barclays, "Game On: Adu BLA Accepted; Focus Shifts to AdCom and Timelines," August 7, 2020.

Barclays, "Initial Thoughts on 2Q20 Results," July 22, 2020.

Barclays, "Initial Thoughts on 3Q20 Results," October 21, 2020.

Barclays, "Lowering Tecfidera Estimates on Early Mylan Approval and Launch," August 19, 2020.

Barclays, "Negative Adu AdCom Resets Debate…Again," November 6, 2020.

Barclays, "Our Thoughts Post the 2Q20 Call," July 22, 2020.

Barclays, "Our Thoughts Post the 3Q20 Call," October 21, 2020.

Barclays, "Quick Thoughts on Aducanumab Filing," July 8, 2020.

Barclays, "Read-Throughs from Roche Pharma Day (ABBV, AMGN, BIIB, GILD, LLY, MRK, REGN)," September 15, 2020.

BMO Capital Markets, "3Q/20: Tecfidera Revenue Erodes; A-mab AdCom November 6," October 21, 2020.

BMO Capital Markets, "A-mab Ad-com Documents Read Positive," November 4, 2020.

BMO Capital Markets, "A-mab Ad-com Documents Read Positive," November 5, 2020.

BMO Capital Markets, "A-mab BLA Hits a Wall," November 9, 2020.

BMO Capital Markets, "FDA Ad-com background materials expected Wednesday," November 2, 2020.

BMO Capital Markets, "MRNA, SGEN, BMRN, BIIB, INCY: Large-Cap Views Going Into Year-End," August 17, 2020.

BMO Capital Markets, "Q2/20 Results in Line; Awaiting a-mab BLA Next Steps," July 22, 2020.

BMO Capital Markets, "Summary of Estimate Changes," April 28, 2020.

BofA Global Research, "Academic Alzheimer's scientists maintain adu skepticism ahead of AdCom meeting," November 2, 2020.

BofA Global Research, "Adios adu; Downgrade to U/P, $240 PO," November 6, 2020.

BofA Global Research, "Adu AdCom comes early, as focus intensifies on regulator sentiment," September 28, 2020.

BofA Global Research, "Aducanumab accepted for Priority Review as focus pivots to upcoming AdCom," August 7, 2020.

BofA Global Research, "Denali agreement continues focus on early pipeline as commercial risks persist," August 6, 2020.

BofA Global Research, "FDA signals openness to adu but panel outcome still key," November 4, 2020.

BofA Global Research, "Initial Thoughts on 2Q20 Earnings," July 22, 2020.

BofA Global Research, "Initial thoughts on 3Q20 earnings," October 21, 2020.

BofA Global Research, "Latest 2Q20 and 2020 Consensus as of TODAY," July 21, 2020.

BofA Global Research, "Latest 3Q20 and 2020 Consensus as of TODAY," October 20, 2020.

BofA Global Research, "Little read-throughs from EMA adu acceptance with CHMP opinion key," October 30, 2020.

BofA Global Research, "MS IQVIA Update: Competitive pressures increasing across portfolio," October 19, 2020.

BofA Global Research, "Our Thoughts Post the 2Q Call," July 22, 2020.

BofA Global Research, "Our Thoughts Post the 3Q20 Call: Biogen Calls, Raises, and Goes All In," October 21, 2020.

BofA Global Research, "Positive regulatory outlook shifts adu dynamics," November 4, 2020.

BofA Global Research, "Risdiplam approval underscores Biogen competitive risks as adu pressure grows," August 7, 2020.

BofA Global Research, "Second Tecfidera IP Setback Adds to Biogen Woes," September 16, 2020.

BofA Global Research, "Thoughts on the first-half of the FDA aducanumab AdCom," November 6, 2020.

BTIG, "3Q20 - Aducanumab AdCom: Recent Understanding of Microglial Function in Neurodegeneration Supports Aducanumab Efficacy, but Also Suggests Better Programs May Be On the Way.," October 21, 2020.

BTIG, "3Q20 - Things Moving Ahead, but ATV:Abeta Program with BIIB is Harder to Evaluate After the Bizarre Aducanumab AdCom.," November 8, 2020.

BTIG, "Aducanumab BLA Accepted. Priority Review Makes Sense Based on Need and Reported FDA Involvement in the Filing Process. Panel of the Decade.," August 7, 2020.

BTIG, "Aducanumab BLA Filed on Schedule. Priority Review Makes Sense Based on Need and FDA has Apparently Been Very Involved in the Filing Process," July 8, 2020.

BTIG, "Cast from That '70s Show Takes Over Aducanumab AdCom. BIIB and FDA Spanked with Slide Rule. Approval Still Possible.," November 8, 2020.

BTIG, "It's About Time: Biogen Buys Into Denali's LRRK2 Franchise and BBB Technology.," August 6, 2020.

BTIG, "Near Term Focus Remains on Aducanumab BLA. Increased Focus on Vumerity Maybe Too Late. Spinraza Growth is in SMA Type 2/3, so More COVID-19 Sensitive.," July 22, 2020.

BTIG, "Positive Aducanumab Briefing Documents Suggest Favorable Adcom on 11/6/20," November 4, 2020.

BTIG, "Tecfidera Generic Launched at Risk Signalling Confidence in Initial Ruling that '514 Lacked Written Description.," August 19, 2020.

BTIG, "Top of the Market's Mind," July 19, 2020.

Canaccord Genuity, "AdCom seems to think on adu, there's statistics, BIIB, and FDA...but saga not over; maintain BUY, $393 PT," November 7, 2020.

Canaccord Genuity, "Adu gets an AdCom on 11/6; reiterate BUY, $350 PT," September 28, 2020.

Canaccord Genuity, "BIIB 2Q20 preview: Adu filing color, product defense and biz dev; reiterate BUY, $350PT," July 20, 2020.

Canaccord Genuity, "BIIB 3Q20 preview: Intense focus on adu, but don't forget about earnings," October 20, 2020.

Canaccord Genuity, "FDAducanumab and BIIB set stage for key AdCom on 11/6; reiterate BUY, PT up to $393," November 4, 2020.

Canaccord Genuity, "Get set FOMO as FDA grants priority review for aducanumab; reiterate BUY, $350PT," August 7, 2020.

Canaccord Genuity, "It's all about adu now as we head into the 11/6 AdCom; maintain BUY, $350PT," October 22, 2020.

Canaccord Genuity, "It's all about adu now as we head into the 11/6 AdCom; maintain BUY, $350PT," October 23, 2020.

Canaccord Genuity, "Much ado about adu continues amidst new intrigue on management change; maintain BUY, $350 PT," July 26, 2020.

Cantor Fitzgerald, "2020 Strikes again - Aducanumab Panel very skeptical of FDA assessment; What to do with stock from here," November 6, 2020.

Cantor Fitzgerald, "2Q Update: Aducanumab Remains Stock Focus," July 24, 2020.

Cantor Fitzgerald, "3Q Large Cap Preview: We expect continued COVID-19 recovery in 3Q and supportive 4Q commentary," October 9, 2020.

Cantor Fitzgerald, "3Q Takes before & during call: we find greater than expected near-term competition concerning for floor value aducanumab trade," October 21, 2020.

Cantor Fitzgerald, "Aducanumab briefing docs look very supportive to core BIIB arguments," November 4, 2020.

Cantor Fitzgerald, "Aducanumab filing sets the stage for a big next 12 mos for BIIB," July 8, 2020.

Cantor Fitzgerald, "BIIB aducanumab panel hard to handicap and base business and pipeline remain a moving target for floor valuation; Lowering PT to $278," November 3, 2020.

Cantor Fitzgerald, "Daily Research Highlights," July 24, 2020.

Cantor Fitzgerald, "The FDA acceptance of the BLA is setting the company up for major catalysts ahead; Raising PT to $339," August 7, 2020.

CFRA Equity Research, "Biogen Inc.," November 4, 2020.

CFRA Equity Research, "Biogen Inc.," November 9, 2020.

CFRA Equity Research, "CFRA Keeps Hold Opinion On Shares Of Biogen Inc.," October 21, 2020.

CFRA Equity Research, "CFRA Keeps Hold Opinion On Shares Of Biogen Incorporated," July 22, 2020.

CFRA Equity Research, "CFRA Keeps Hold Opinion On Shares Of Biogen Incorporated," November 4, 2020.

CFRA Equity Research, "CFRA Keeps Hold Opinion On Shares Of Biogen Incorporated," November 9, 2020.

CFRA Equity Research, "Stock Report - Biogen Inc.," July 22, 2020.

CFRA Equity Research, "Stock Report - Biogen Inc.," July 23, 2020.

CFRA Equity Research, "Stock Report - Biogen Inc.," July 25, 2020.

CGS-CIMB Research, "A House Divided: Deeper Look Into Split FDA Take on Aducanumab," November 5, 2020.

CGS-CIMB Research, "Briefing Documents: "Do Stats Matter?"," November 4, 2020.

CGS-CIMB Research, "Dunn and Done," November 6, 2020.

CGSInternational, "3Q20 Update: Focus Squarely on Adu AdCom," October 21, 2020.

Chardan, "Viral News in Genetic Medicines: MRNA ships SARS-CoV-2 vaccine; SGMO up on BIIB," March 1, 2020.

Citi, "3Q update and Aducanumab panel scenarios," October 22, 2020.

Citi, "Alert: 3Q'20 Preview – Guidance down-revision likely but would it matter?," October 15, 2020.

Citi, "Alert: Adu half-time report: Statisticians have a strong voice. Would they matter?," November 6, 2020.

Citi, "Alert: Aducanumab moves forward in EU. Scenarios heading into crucial next week," October 30, 2020.

Citi, "Alert: BIIB Emergency Order to Block Mylan Shot Down by Courts," July 30, 2020.

Citi, "Alert: BIIB seems back on track with Adu filing. Real work starts now," July 8, 2020.

Citi, "Alert: BIIB sets up the most anticipated date with the FDA," August 7, 2020.

Citi, "Alert: Busy Biotech AM – BIIB Thoughts, REGN Collab, and FcRN," August 19, 2020.

Citi, "Alert: Divide in the FDA briefing docs - FDA Reviewer Positive While Statistician Recommends Another Study," November 4, 2020.

Citi, "Alert: DNLI Deal Gives BIIB Access to Its High-Potential TV Platform," August 6, 2020.

Citi, "Alert: Has BIIB used the Priority Voucher?," July 22, 2020.

Citi, "Alert: Negative panel makes tough road ahead for Adu and BIIB," November 6, 2020.

Citi, "Alert: Tecfidera IP Decision Opens Door for Multiple Generics," September 16, 2020.

Citi, "BIIB 2Q: All Eyes on Aducanumab Expectance in Early September," July 22, 2020.

Citi, "Results: 3Q - Expected guidance down-revision. More buybacks," October 21, 2020.

Citi, "Results: Low quality beat driven by others and share repo. Rev guidance lowered," July 22, 2020.

CLSA, "Morning Notes - Korea," July 3, 2020.

CLSA, "Time to cool off," July 2, 2020.

Cowen & Company, "Aducanumab BLA Finalized And Submitted To FDA," July 8, 2020.

Cowen & Company, "Aducanumab's BLA Accepted For Priority Review, PRV Not Used," August 7, 2020.

Cowen & Company, "BIIB Q3 Earnings Preview: Aducanumab's November 6 Adcom All That Matters," October 18, 2020.

Cowen & Company, "Briefing Documents Suggest Adu Has Good Chance, Though Not Without Controversy," November 4, 2020.

Cowen & Company, "Dominating MS, While Hoping To Expand Elsewhere," October 1, 2020.

Cowen & Company, "Downgrade: Adcom Votes Make Aducanumab's Approval Unlikely, P.T. To $215," November 10, 2020.

Cowen & Company, "Financials Above Investor Fears, But Focus Remains On Aducanumab," July 22, 2020.

Cowen & Company, "Mylan Launches First Tecfidera Generic," August 19, 2020.

Cowen & Company, "Q2 Financials Above Consensus; Yearly Financial Guidance Adjusted," July 22, 2020.

Cowen & Company, "Q3 Financials In Line, Aducanumab's Adcom Review A Pivotal Event," October 21, 2020.

Cowen & Company, "Q3 Financials More Or Less In Line As Aducanumab's Adcom Approaches," October 21, 2020.

Credit Suisse, "3Q20 First Take: Stronger than expected Tec sales despite generics, focus remains on upcoming AdCom," October 21, 2020.

Credit Suisse, "Adu AdCom: Summary of the First-Half," November 6, 2020.

Credit Suisse, "Aducanumab AdCom Prep: FDA and panelists likely critical of BLA, but we still see a path to regulatory approval," October 12, 2020.

Credit Suisse, "Analysis ahead of the Aducanumab AdCom: Vote likely to be tough, but FDA does not have to side with panel in final decision," November 3, 2020.

Credit Suisse, "Best case scenario: FDA Accepts aducanumab BLA--Granting Priority Review, No Voucher Required," August 7, 2020.

Credit Suisse, "Evan's Weekly Dose of Targeted Therapy & Video Update," July 24, 2020.

Credit Suisse, "FDA formally accepts Biogen's Alzheimer's drug approval filing for review," August 11, 2020.

Credit Suisse, "FDA green lights potential path for aducanumab approval; Upgrade to OUTPERFORM," August 7, 2020.

Credit Suisse, "Final Vote and Highlights from the Adu AdCom Discussion," November 6, 2020.

Credit Suisse, "First take on 2Q20 Results: Commercial biz fine, but rev guidance lowered; still focus remains on adu., tec. IP, and the new CFO," July 22, 2020.

Credit Suisse, "First Take on the Aducanumab Briefing Documents: FDA Poised to Approve, but Stat Analysis Presents A More Challenging Picture," November 4, 2020.

Credit Suisse, "Follow Up Call with KOL post Aducanumab AdCom meeting; cautiously optimistic about path to approval," November 11, 2020.

Credit Suisse, "Our Thoughts Post the 2Q20 Call: Despite another confusing quarterly call, we're still "holding" for near-term aducanumab updates," July 22, 2020.

Credit Suisse, "Our Thoughts Post the 3Q20 Call: All in on Aducanumab as Tecfidera erosion accelerates in the US," October 21, 2020.

Credit Suisse, "Prepping for the AdCom: Expert Call to Discuss the Aducanumab Briefing – Full Transcript," November 5, 2020.

Credit Suisse, "Prepping for the AdCom: KOL sees FDA support of aducanumab BLA, pointing to a likely approval," November 5, 2020.

Credit Suisse, "Q&A Our Way: Follow Up Call with Management Post 3Q20 Results- Looking Ahead to the Adu AdCom and Biogen Post-Tecfidera," October 21, 2020.

Credit Suisse, "Quick takes on new CFO: Capello out as CFO; Michael McDonnell from IQVIA likely brought in for BD," July 21, 2020.

Credit Suisse, "Readacross from Pfizer and Amgen 2Q20 earnings; Celltrion Inc/Celltrion HC earnings to follow in coming weeks," July 29, 2020.

Credit Suisse, "Readacross from Roche, Biogen and Sandoz 2Q20 earnings," July 24, 2020.

Credit Suisse, "Read-Throughs from Roche's 3Q Results: Our Thoughts on REGN, AMGN, MRTX, and BIIB," October 15, 2020.

Credit Suisse, "Sanofi's 2Q20 Earnings Read-Throughs to Our Coverage," July 29, 2020.

Credit Suisse, "Sanofi's 3Q20 Earnings Read-Throughs to Our Coverage," October 29, 2020.

Evercore ISI, "adu AdCom panel - prior voting history," November 5, 2020.

Evercore ISI, "adu filing delay (i spoke to mgmt after call)," April 22, 2020.

Evercore ISI, "FDA politics at full display in alzh AdCom documents," November 4, 2020.

Evercore ISI, "Mylan's Tecfidera pricing strategy," August 21, 2020.

Evercore ISI, "quick take - alzh body language reads v +ve," October 21, 2020.

Goldman Sachs, "Biogen Inc. (BIIB): 3Q First Take - cuts 2020 guidance on Tecfidera generics," October 21, 2020.

Goldman Sachs, "Biogen Inc. (BIIB): Amab Adcom panel vote decidedly negative," November 9, 2020.

Goldman Sachs, "Biogen Inc. (BIIB): Amab filing action in Sept is up next," July 22, 2020.

Goldman Sachs, "Biogen Inc. (BIIB): Announces CFO transition ahead of 2Q," July 21, 2020.

Goldman Sachs, "Biogen Inc. (BIIB): Evaluating risk/reward into Amab Adcom," October 19, 2020.

Goldman Sachs, "Biogen Inc. (BIIB): FDA accepts Amab filing for priority review; Adcom up next," August 7, 2020.

Goldman Sachs, "Biogen Inc. (BIIB): First generic version of Tecfidera launched," August 19, 2020.

Goldman Sachs, "Biogen Inc. (BIIB): Focus on Amab building as we lower our estimates on the base business," October 21, 2020.

Goldman Sachs, "Biogen Inc. (BIIB): Guidance mixed; CFO transition announced," July 22, 2020.

Goldman Sachs, "Biogen Inc. (BIIB): Initial read of Amab FDA briefing documents," November 4, 2020.

Goldman Sachs, "Eisai (4523.T): Implications of Aducanumab FDA briefing documents," November 5, 2020.

Guggenheim Securities, "BIIB - "Help Me, Aducanu, You're My Only Hope"; 3Q20 Only OK; 2020 Guide Lowered on Tecfidera Generic Competition," October 21, 2020.

Guggenheim Securities, "BIIB - AdCom Vote Is Negative, Not the Panel BIIB Wanted...Complicates the Situation for the FDA," November 8, 2020.

Guggenheim Securities, "BIIB - Adu Briefings Docs Are Out, Draft Questions Sets Up For A Positive Vote; Approval More Likely Than Not," November 4, 2020.

Guggenheim Securities, "BIIB - Adu Gets Priority Review, There Will Be An Adcom; FDA Could Act Earlier Than March 7 PDUFA Under Expedited Review," August 7, 2020.

Guggenheim Securities, "BIIB - Aducanumab BLA Submitted (Finally!); Now We Wait 60 Days to Hear Back From the FDA," July 8, 2020.

Guggenheim Securities, "BIIB - OK 2Q20; MS Franchise Strong, Other Products Down; Potential 2021 Aducanumab Approval Still Key Investor Focus," July 22, 2020.

Guggenheim Securities, "BIIB - Post 3Q20 Model Updates; PT Down to $350 but Maintaining Buy," October 26, 2020.

Guggenheim Securities, "BIIB - Post Earnings Model Update," July 27, 2020.

Guggenheim Securities, "BIIB - We Like the Denali Collaboration," August 6, 2020.

Guggenheim Securities, "Morning Summary," July 28, 2020.

HC Wainwright, "Aducanumab AdCom—The Road Ahead; PT to $289," November 9, 2020.

HC Wainwright, "Considerations for Ongoing Tecfidera Litigation and '514 Patent," August 13, 2020.

HC Wainwright, "Focusing on Neuroscience Pipeline Beyond AD," October 22, 2020.

HC Wainwright, "Have You Read This Article? Thoughts Heading Into an AdCom," November 3, 2020.

HC Wainwright, "It Should Have Been Simpler, but We Finally Have MOMENTUM; Initiating With a Buy and $20 Target," July 30, 2020.

HC Wainwright, "Positive Brief Considerations on AdCom Briefing Documents Release, Ahead of Friday," November 4, 2020.

HC Wainwright, "Remaining Focused on Bigger Picture, Aducanumab BLA Filing Expected 3Q20; Reit Buy and $335 PT," April 23, 2020.

HC Wainwright, "Solid 2Q20 and Reinstatement of Guidance as Landscape Solidifies; Reiterate Neutral," July 30, 2020.

HC Wainwright, "With Attention Centered on Aducanumab BLA, We Also Look to Broader Pipeline for Advancement in Adc," July 23, 2020.

J.P. Morgan, "2020 Healthcare Themes - Breaking Down Key Credit Themes and Thoughts Post Conference," January 16, 2020.

J.P. Morgan, "2Q Snapshot - A Solid Quarter as We Head into a Critical Period for BIIB," July 22, 2020.

J.P. Morgan, "3Q Snapshot – Base Biz Deteriorating as We Await Adu's Fate," October 21, 2020.

J.P. Morgan, "A Closer Look at the Adu Briefing Docs and The Tale of Two FDAs," November 4, 2020.

J.P. Morgan, "BIIB – Aducanumab Doc Poll #2, Buyside Survey, and Sensitivity Analyses," October 30, 2020.

J.P. Morgan, "BIIB (Finally) ENGAGES the FDA on Adu; Now the Question Is: How Will It EMERGE?," July 8, 2020.

J.P. Morgan, "Denali Deal Adds High Risk Diversification (at a Steep Price); All Eyes to Remain on Adu," August 6, 2020.

J.P. Morgan, "Digging a CTAD Deeper: Our Thoughts on Aducanumab … Into the Data & Beyond," November 21, 2019.

J.P. Morgan, "Docs on Docs: Early Polling Results Are In...And It's in Favor of Adu," November 5, 2020.

J.P. Morgan, "Few New Details EMERGE on Aducanumab That Support Regulatory ENGAGEment," December 5, 2019.

J.P. Morgan, "First Look at 2Q Results," July 22, 2020.

J.P. Morgan, "First Look at 3Q Results," October 21, 2020.

J.P. Morgan, "ICYMI - BIIB: Assessing the Early Impact of Generics on Tecfidera **Spreadsheet Attached**," September 11, 2020.

J.P. Morgan, "It's FOMO Time... Adu BLA Accepted with Priority Review," August 7, 2020.

J.P. Morgan, "It's the Final Countdown...Doc / Buyside Surveys & Sensitivity Analysis Ahead of the AdCom of AdComs," October 30, 2020.

J.P. Morgan, "Midday "AduCom" Update... Let's Get It Dunn!," November 6, 2020.

J.P. Morgan, "Operating results challenged in near-term, focus now on Nov AdCom," October 21, 2020.

J.P. Morgan, "Panel Votes No on FDA...and Aducanumab Too," November 6, 2020.

J.P. Morgan, "To Be Brief... the FDA Wants to Approve Adu," November 4, 2020.

J.P. Morgan, "Trick or Treat? At This Point, Who Seriously Knows," October 22, 2019.

Jefferies, "28 Key Stock-Moving Catalysts Through YE:20 & Up/Down...What's Up in Biopharma?," October 19, 2020.

Jefferies, "A Difficult Road... We Weigh Scenarios and Reasons and Look at Some Past Adcoms," November 8, 2020.

Jefferies, "Alzheimer's Adcom Panel Coming Nov 6 - Anything is Possible?," September 28, 2020.

Jefferies, "Alzheimer's EU and Japan Filing Could be Next...We Estimate US Priority Review," July 22, 2020.

Jefferies, "Biotech Short Interest by Market Cap," October 11, 2020.

Jefferies, "Biotech Short Interest by Market Cap," October 27, 2020.

Jefferies, "Co Seems Quite Optimistic on Alzheimer's Approval Based on Various Datapoints," October 21, 2020.

Jefferies, "Gx Tecfidera Now Adds High Uncertainty - Bulls vs Bears Debate Alz Wild-Card," August 19, 2020.

Jefferies, "Half-Time: FDA Reiterates (+) Views and was Clearly Collaborative with BIIB...," November 6, 2020.

Jefferies, "KOL Chat on What Happened at Panel; Approval Possible + Comments on Other Drugs," November 9, 2020.

Jefferies, "Landmark $1B Deal w/ BIIB for Phase III Parkinson's Drug - Reiterate BUY," August 6, 2020.

Jefferies, "Large-Cap Biotech "Key Catalysts" 2020-2021: ALXN, AMGN, BIIB, GILD, REGN, VRTX," October 25, 2020.

Jefferies, "Mixed Q2 and Guidance, Street Focus is on Adu in Alzheimer's Coming Up," July 22, 2020.

Jefferies, "Partner BIIB's 2Q Spinraza Sales Slightly Lower; Competitor Approval in August," July 22, 2020.

Jefferies, "Partner BIIB's 3Q Spinraza Sales Slightly Lower; Seeing Competitive Pressure," October 21, 2020.

Jefferies, "Post-Adcom Call: Alzheimer's KOL to Discuss Aducanumab Outlook & What's Next," November 9, 2020.

Jefferies, "Q3 As Expected & Guidance Lowered - But Focus Quickly Shifts to Adcom Nov 6," October 21, 2020.

Jefferies, "SGMO-NVS Deal and ZLAB (Readthrough from NVCR's 2Q)," July 30, 2020.

Jefferies, "Thoughts on Risk/Reward: Alzheimer's Priority Review + Adcom = PDUFA in March," August 7, 2020.

Jefferies, "Tough Vote, but FDA Still Defended; We Still Think Can Get Approval," November 6, 2020.

Jefferies, "Upgrade to Buy - Hot Debate but FDA Clearly Reads Positive on Efficacy, Safety," November 4, 2020.

Jefferies, "Video Doc Call: Alzheimer's KOL to Discuss Aducanumab Outlook & What's Next?," November 5, 2020.

Jefferies, "VIDEO: Update on Vaccines, Top Q's and Set-Up on AMGN, GILD, BIIB, MRNA, etc," September 18, 2020.

Jeffries, "VIDEO: MRNA Vaccine Feedback, AMGN, VRTX, GILD, BIIB Updates," July 16, 2020.

Marktfeld, "Biogen Inc Cash Conversion Cycle 2010-2020," November 5, 2020.

Maxim Group, "AD is Active Once Again, Positive Early Data for INmune, Strengthened Balance Sheet; Raising PT to $16," August 3, 2020.

Maxim Group, "Aducanumab Boosts the AD Space, That's a Positive, but the Briefing Docs May Tell Another Tale That Should Be Considered," November 5, 2020.

Maxim Group, "Is Amyloid Back? Aducanumab Gets Priority Review, but What Seems to be Back in Favor is the Alzheimer's Space," August 10, 2020.

Mizuho Securities USA, "~$1Bn of Spinraza Revenue Perhaps Low Hanging Fruit for Roche's Newly-Approved Evrysdi," August 10, 2020.

Mizuho Securities USA, "3Q20 Quick Take => 2020 Revenue Guidance Cut on Tecfidera, LINGO Ph2 Failed," October 21, 2020.

Mizuho Securities USA, "Adu Briefing Docs Nearly Best Case Meaning Risk/Reward Now Skewed Down Going into Friday," November 4, 2020.

Mizuho Securities USA, "Aducanumab Adcom. First Batch of Panel Q&A Gets Critical Questions from Three Panelists," November 6, 2020.

Mizuho Securities USA, "Aducanumab Data Not that Impressive; Old Questions Remain, New Questions Raised," December 5, 2019.

Mizuho Securities USA, "Aducanumab's Lack of Accelerated Assessment in Europe and What it May Imply Ahead of Adcom," October 30, 2020.

Mizuho Securities USA, "An Underappreciated Risk at this Point Going into Friday is the FDA Statistician's Slides," November 4, 2020.

Mizuho Securities USA, "Does BIIB Have the FDA Briefing Docs? FDA Guidance Docs Suggest Yes," October 21, 2020.

Mizuho Securities USA, "Dr. Alexander and Dr. Emerson Take Big Issue with Question #1 Wording," November 6, 2020.
Mizuho Securities USA, "FDA Goes Over Time, Q&A Short, but Emerson Again Finds Opportunity to Express Criticism," November 6, 2020.
Mizuho Securities USA, "Four Considerations re: MYL Generic Tecfidera Launch," August 19, 2020.
Mizuho Securities USA, "New 52-Wk Low ==> Fair to Start Looking at Trough EPS w/ and w/out Aducanumab," October 27, 2020.
Mizuho Securities USA, "Playing Aducanumab? Options May Be One Way Given Expected Volatility," October 27, 2020.
Mizuho Securities USA, "Public Testimonies Mixed: Patients Want the Drug Approved; 'External' Parties Don't," November 6, 2020.
Mizuho Securities USA, "Q2: Yes 0, No 7, Uncertain 4. Last Voting Question May Get Taken to the Shed," November 6, 2020.
Mizuho Securities USA, "Q3: Yes 5, No 0, Uncertain 6. Beta Amyloid Hypothesis Questioned by Some," November 6, 2020.
Mizuho Securities USA, "Q4: Yes 0, No 10, Uncertain 1. Near Complete Strike Out. Massie's Voice Heard After All," November 6, 2020.
Mizuho Securities USA, "Question #1: Y1, N8, Uncertain 2. And this is for Trial that 'Worked'; Consumer Rep "No"," November 6, 2020.
Mizuho Securities USA, "RTF Risk Removed, but Adu Acceptance Not All that Surprising Either," August 7, 2020.
Mizuho Securities USA, "What's Biogen Worth Now?," November 9, 2020.
Moody's Investors Service, "Rating Action: Moody's review's Biogen's Baa1 ratings for downgrade," November 9, 2020.
Moody's Investors Service, "Update to credit analysis following review for downgrade," November 10, 2020.
Morgan Stanley, "2Q20 Beats on 1x items; CFO and Alzheimer's Key Questions For Call," July 22, 2020.
Morgan Stanley, "3Q20 Revenue In Line, Slight EPS Beat," October 21, 2020.
Morgan Stanley, "Aducanumab and Tecfidera Remain The Focus," July 22, 2020.
Morgan Stanley, "Aducanumab BLA Accepted With Priority Review," August 7, 2020.
Morgan Stanley, "All Eyes On Aducanumab," October 21, 2020.
Morgan Stanley, "Biogen's Request for Tecfidera Injunction Denied—What Are the Implications?," July 30, 2020.
Morgan Stanley, "Briefing Documents Supportive Of Aducanumab Approval," November 4, 2020.
Morgan Stanley, "Catalyst Driven Idea: Aducanumab AdCom Could Drive BIIB to $220 or $375," October 20, 2020.
Morgan Stanley, "Catalyst Driven Idea: Aducanumab Filing Decision," July 21, 2020.
Morgan Stanley, "Denali/Biogen Collaboration Good Deal For Both," August 6, 2020.
Morgan Stanley, "Generic Tecfidera Launched; We Expect Broad Market Erosion In 2020," August 19, 2020.
Morgan Stanley, "Mylan Has FDA Approval for Generic Tecfidera, Allowing for Immediate Launch," August 18, 2020.
Morgan Stanley, "Near-Term Downside Remains, But Long-Term Risk/Reward Too Compelling; Double-upgrade to OW," July 27, 2020.
Morgan Stanley, "Risk Reward Update," July 27, 2020.
Morgan Stanley, "Tecfidera Hearing Suggests Delaware Court Likely To Apply Collateral Estoppel," August 11, 2020.
Morgan Stanley, "Tecfidera Patent Appeals Unlikely to Deter Generic Competition," October 22, 2020.
Morgan Stanley, "Tecfidera Patent Invalid Via Collateral Estoppel," September 16, 2020.
Morgan Stanley, "The FDA Conundrum," November 6, 2020.

Morningstar Equity Research, "Annual Pipeline Review of Leading Big Pharma and Biotech Supports Moats," July 10, 2020.

Morningstar Equity Research, "BIIB Valuation Model," November 6, 2020.

Morningstar Equity Research, "Biogen's MS Portfolio and Diverse Neurology Pipeline Support a Wide Moat.," October 21, 2020.

Morningstar Equity Research, "Biogen's Alzheimer's Drug Aducanumab Doesn't Win Committee's Support; Lowering Our FVE to $346," November 9, 2020.

Morningstar Equity Research, "Biogen's Alzheimer's Drug Aducanumab Sees Early FDA Support; Maintaining FVE Ahead of Friday Meeting," November 4, 2020.

Morningstar Equity Research, "Biogen's MS Portfolio and Neurodegenerative Disease Pipeline Support a Wide Moat," November 8, 2020.

Morningstar Equity Research, "Lowering Our Biogen Fair Value Estimate to $354 Following MS Disappointments," October 21, 2020.

Morningstar Equity Research, "Maintaining Biogen's $389 Fair Value Estimate Following Aducanumab Filing and in Line 2Q Results," July 22, 2020.

Morningstar Equity Research, "Maintaining Biogen's $389 FVE Following the Setting of Aducanumab's FDA Review Clock," August 7, 2020.

Morningstar Equity Research, "President Trump's Updated Healthcare Policy Targets Drug Costs, but Implementation Looks Tough," September 25, 2020.

Morningstar Equity Research, "Trump's Executive Orders on Drug Prices Have Limited Impact on Our Industry FVEs and Moat Ratings," July 27, 2020.

Morningstar Equity Research, "While Still Uncertain, U.S. Elections Seem to Ease Concerns on Major Drug Pricing Policy Changes," November 6, 2020.

Oppenheimer, "2Q Update Highlights More Unexpected News," July 22, 2020.

Oppenheimer, "3Q Update Sharpens Focus on Aducanumab," October 21, 2020.

Oppenheimer, "Ad Comm Timing Suggests FDA Vigilance," September 29, 2020.

Oppenheimer, "An Alzheimer's Day to Remember -- Failure to Victory," October 22, 2019.

Oppenheimer, "Briefing Documents Provide Encouraging Insights," November 4, 2020.

Oppenheimer, "Damaged But Not Broken," November 9, 2020.

Oppenheimer, "FDA Comments Vouch for Aducanumab BLA," August 7, 2020.

Oppenheimer, "Key Considerations Ahead of 3Q Results," October 18, 2020.

Oppenheimer, "Model Update," October 22, 2020.

Oppenheimer, "MORNING RESEARCH SUMMARY," July 17, 2020.

Piper Jaffray, "Central Aducanumab Question: How Much is FDA Willing to Squint?," December 5, 2019.

Piper Sandler Companies, "AdCom Does The Right Thing, Will FDA?," November 8, 2020.

Piper Sandler Companies, "Aducanumab BLA Accepted w/ Priority Review; Moment of Truth March 7 (Or Sooner)," August 7, 2020.

Piper Sandler Companies, "FDA Approves Mylan's Generic Tecfidera, However Launch Timing Still Unclear," August 18, 2020.

Piper Sandler Companies, "FDA's Positive Bias Toward Aducanumab is Clear; Scientific Rationale Less So," November 4, 2020.

Piper Sandler Companies, "Huge Beat Helped by "Other Revenue"; Guidance Assumes No Generic Tecfidera," July 22, 2020.

Piper Sandler Companies, "Hurtling Headlong Into Aducanumab; As Binary a Large Cap as We've Ever Seen," October 21, 2020.

Piper Sandler Companies, "Mo' Money, Mo' Problems; Biotech Inflows Continue," July 30, 2020.

Piper Sandler Companies, "New Survey Indicates Biogen's MS Challenges Run Far Deeper Than Tecfidera IP," June 19, 2020.

Piper Sandler Companies, "Q320 First Look - Going All-in For Aducanumab," October 21, 2020.

Piper Sandler Companies, "Risky Business – Mylan Wastes No Time Launching Generic Tecfidera," August 19, 2020.

Piper Sandler Companies, "Solid Q220, But Next Several Months Far Too Uncertain For Us," July 22, 2020.

Raymond James, "2Q20 Update: Stock is Basically a Binary Event in Next ~1.5 Months," July 22, 2020.

Raymond James, "3Q20 Update: Focus Squarely on Adu AdCom," October 21, 2020.

Raymond James, "A House Divided: Deeper Look Into Split FDA Take on Aducanumab," November 5, 2020.

Raymond James, "Afternoon Comment- November 9, 2020," November 9, 2020.

Raymond James, "Afternoon Comment: November 5, 2020," November 5, 2020.

Raymond James, "Assessing the Impact of West Virginia Court Decision on Tecfidera Patent," June 18, 2020.

Raymond James, "Briefing Documents: "Do Stats Matter?"," November 4, 2020.

Raymond James, "Dunn and Done," November 6, 2020.

Raymond James, "Everything Sounds Rosy for Aducanumab, Nevermind the Thorny Data," August 7, 2020.

Raymond James, "Morning Brew - August 7, 2020," August 7, 2020.

RBC Capital Markets, "2Q20 First Take: Sales Resilient, Lower OpEx Drives EPS Beat; FDA Sees Adu Plan as 'Reasonable'," July 22, 2020.

RBC Capital Markets, "2Q20: Solid Performance, Though Potential Disruptions Loom," July 22, 2020.

RBC Capital Markets, "3Q20 EPS Preview On Select Biotechs: Regulatory, Pipeline Updates Key With COVID Limiting Beats," October 5, 2020.

RBC Capital Markets, "3Q20 First Take: Solid Quarter, But Adu Panel Looms and LINGO Fails," October 21, 2020.

RBC Capital Markets, "3Q20: All About Adu, As Rest of Business Mixed On COVID Effects, Competition, Pipeline Pruning," October 21, 2020.

RBC Capital Markets, "Anti-CD20 Royalties: Three Evolving Dynamics That Could Impact Anticipated Cash Flows," August 21, 2020.

RBC Capital Markets, "BIIB at the Helm, as FDA Shows Aduhelm Support; Dissenters to Be Held at Bay?," November 5, 2020.

RBC Capital Markets, "BIIB Makes Case for Adu Activity, as Docs Pine for Any Effective AD Drug," December 5, 2019.

RBC Capital Markets, "BIIB/IONS/PTCT/RGNX PatientView: SMA Therapy Dynamics Come Into Focus," September 23, 2020.

RBC Capital Markets, "BIIB: Adu AdComm Halftime Report: Skeptical Panelists Call for Rigor, but in Face of Permissive FDA, Still Not Clear How Much It Will Ultimately Matter," November 6, 2020.

RBC Capital Markets, "BIIB: And Like That... It's Gone: Core Asset Tecfidera Reaches End Of Road As MYL Launches Generic," August 19, 2020.

RBC Capital Markets, "BIIB: D-Day For Adu Is 11/6, As Tecfidera Generics Begin To Flood Market," September 28, 2020.

RBC Capital Markets, "BIIB: DE District Court Applies Collateral Estoppel as Expected, Opening Door for Multiple Tecfidera Generic Entrants," September 16, 2020.

RBC Capital Markets, "BIIB: FDA Drinks the Adu Kool-Aid, Showing Surprising Openness to Approval Despite Mixed Data; Friday's AdComm Still Key," November 4, 2020.

RBC Capital Markets, "BIIB: Federal Court Denies Motion for Injunction Pending Appeal As Expected; Clears A Hurdle For Generic Tecfidera Entry," July 30, 2020.

RBC Capital Markets, "BIIB: Rapid Granting Of Adu Priority Review Without Voucher, And Plan For Early Decision, Positive Signs FDA Is Getting More Aligned," August 7, 2020.

RBC Capital Markets, "BIIB: Surprise CFO Change Shows Company Still Seeking Leadership Continuity in Tumultuous Year," July 21, 2020.

RBC Capital Markets, "Biotech: Adverse Events Monitor - 2Q20," August 10, 2020.

RBC Capital Markets, "Biotech: Biden Announces Harris As VP Pick; See Limited Impact Of Past Pro-HC Reform Stances," August 11, 2020.

RBC Capital Markets, "Biotech: Our Top-Read & Most Differentiated Notes," September 4, 2020.

RBC Capital Markets, "Biotech: Our Top-Read and Most Differentiated Notes," October 5, 2020.

RBC Capital Markets, "Biotech: Short Interest Dashboard," October 12, 2020.

RBC Capital Markets, "Biotech: Short Interest Dashboard," September 24, 2020.

RBC Capital Markets, "Data update for 3Q20 quarterly preview," October 5, 2020.

RBC Capital Markets, "Eye on Adu AdComm: Analysis of Recent Panels Reinforces Negative Skew Heading into Adu Vote," October 20, 2020.

RBC Capital Markets, "Eye on Adu AdComm: Clues From Potential Panelists Suggest They May Lean On Stringent Side," October 28, 2020.

RBC Capital Markets, "Eye on Adu AdComm: Filed Comments Reflect Fewer than Expected Advocates for Approval," October 26, 2020.

RBC Capital Markets, "Eye on Adu AdComm: Recent Briefing Docs Robustly Scrutinize Stats; Likely Key In FDA Approach To Adu," October 23, 2020.

RBC Capital Markets, "Incremental Tidbits On Adu, CFO Change From Discussion With Mgmt," July 23, 2020.

RBC Capital Markets, "Our Key Tec IP Takeaways From Today's Collateral Estoppel Hearing and Recent Appeal Briefs," August 11, 2020.

RBC Capital Markets, "Patent Patrol – Biotechnology: 3Q20 SAGE '217 PK, GLPG Target, SRPT PPMOs, ICPT Inflammatory Diseases, BIIB Tau," October 13, 2020.

RBC Capital Markets, "RBC Biotech Lit Bits: A Review of Interesting Literature and Science," October 23, 2020.

RBC Capital Markets, "RBC Mock AdComm Votes Against Adu As Our Discussion Becomes Dominated By Data Limitations; Tgt To $268," October 19, 2020.

RBC Capital Markets, "RBC's RxChecks: Tecfidera Likely To Decline Steeper Than Consensus; Lowering Tgt," September 18, 2020.

RBC Capital Markets, "Video: 'The Feedback Loop' – What We've 'Herd' Edition," October 28, 2020.

RBC Capital Markets, "Yer Adu There! Panel Pans Aducanumab, Undercutting FDA's Bullishness; Price Target To $244 From $263," November 6, 2020.

Rx Securities, "Aducanumab - time to ENGAGE?," November 4, 2019.

Stifel, "2Q20 Recap: Aducanumab Countdown Continues," July 22, 2020.

Stifel, "2Q20 Recap: Updating Our Model for Denali's Impressive Biogen Deal; BBB Data Next Big Event," August 21, 2020.

Stifel, "3Q20 Recap: The Stage is Set for the Aducanumab AdComm As a Major Binary Event," October 21, 2020.

Stifel, "Adu BLA Accepted W/ Priority Review (Despite No Voucher) + AdComm," August 7, 2020.

Stifel, "Aducanumab Panel Preview/Deep Dive: Thinking Through the Data, Regulatory Precedent, and Possible Panelists," October 22, 2020.

Stifel, "BIIB/DNLI -- LRRK2 and BBB Asset Licensing Are Validating Events for Denali," August 6, 2020.

Stifel, "SAGE Deal a Nice Positive for BIIB, Though Adu Remains the Biggest Stock Driver Near Term," November 30, 2020.

Stifel, "Searching for Precedent: Has Anything Been Approved After What Just Happened?," November 9, 2020.

Stifel, "Submitting Adu: The First Step is Complete; Acceptance and Priority Review Decision Set Up As the Next Meaningful Catalyst," July 8, 2020.

Stifel, "The Expert Alzheimer's Panel vs. Dr. Billy Dunn: Aducanumab AdComm In Harsh Disagreement With FDA," November 6, 2020.

Stifel, "Wow! FDA Briefing Book is Incredibly in Agreement With BIIB's Depiction," November 4, 2020.

SunTrust Robinson Humphrey, "2Q20: Top/bottomline beat, guidance revised, and stock is well-positioned for upside," July 23, 2020.

SunTrust Robinson Humphrey, "Aducanumab BLA filing acceptance decision expected Sept," July 8, 2020.

SunTrust Robinson Humphrey, "Blood tests specific for Alzheimer's could help with diagnosis without CSF/PET testing," July 29, 2020.

SunTrust Robinson Humphrey, "Collab with NVS for autism and other neurodevelopmental disorders," July 30, 2020.

SunTrust Robinson Humphrey, "Daily Spotlight," July 30, 2020.

SunTrust Robinson Humphrey, "FC denied BIIB for injunction on MYL; Tecfidera Gx in view and appeal ongoing," July 30, 2020.

SunTrust Robinson Humphrey, "Our KOL says 80/20 BIIB loses," July 30, 2020.

SunTrust Robinson Humphrey, "Please Update Your Contact List Today," July 28, 2020.

SVB Leerink, "AdCom Won't Rubber Stamp FDA's Positive View; Sticking With FDA; PT to $382," November 8, 2020.

SVB Leerink, "Adu Story Keeps Moving Forward as Expected with Filing Accepted," August 7, 2020.

SVB Leerink, "Alzheimer's KOL Investor Call Supports Positive View of Aducanumab," November 6, 2020.

SVB Leerink, "At-Risk Generic Tecfidera Launch As Expected; PT to $342," August 19, 2020.

SVB Leerink, "Beat and Raise 2Q but Focus Remains on Aducanumab," July 22, 2020.

SVB Leerink, "Best Case Scenario in Briefing Docs; Adu AdCom Appears De-Risked; PT to $402," November 4, 2020.

SVB Leerink, "Biogen Is All In on Adu," October 21, 2020.

SVB Leerink, "Filing Is the Easy Part," July 8, 2020.

SVB Leerink, "Guidance Coming Down as Expected; Upcoming Adu Panel Is the Focus," October 21, 2020.

SVB Leerink, "Interesting Pipeline Addition: Biogen Adds Leading LRRK2 Program," August 9, 2020.

SVB Leerink, "SMA Read-throughs from the 3Q20 BIIB Earnings Call," October 21, 2020.

SVB Leerink, "Solid 2Q20; Still All About Aducanumab News," July 22, 2020.

SVB Leerink, "Thinking About Aducanumab Ahead of the November FDA AdCom," October 13, 2020.

TD Cowen, "Spinraza Misses Q3 due to COVID-19 and Competitive Headwinds," October 21, 2020.

The Life Sciences Division, "Biogen Update on Aducanumab Likely to have a Major Impact on Sector re-rating, with Strong Read Across for Lupuzor," October 23, 2019.

Truist Securities, "Adu approval likely; raising PT to $443 (from $310) on high-dose data, FDA briefing docs and KOLs," November 9, 2020.

Truist Securities, "Aducanumab filing accepted by EMA but all eyes are still on FDA AdComm next Friday," October 30, 2020.

Truist Securities, "BIIB 3Q20 First Take; updated guidance with Tecfidera gx impact," October 21, 2020.

Truist Securities, "BIIB AdComm - Public Hearing -- trial participants and their caregivers want Adu Approval," November 6, 2020.

Truist Securities, "BIIB AdComm Panel Tidbits - BIIB Presentation," November 6, 2020.

Truist Securities, "BIIB AdComm Panel Votes No; What will FDA do?," November 6, 2020.

Truist Securities, "BIIB AdComm Tidbits - Clarification questions from panel and FDA commentary," November 6, 2020.

Truist Securities, "BIIB AdComm Tidbits - FDA flexibility in evidence of effectiveness," November 6, 2020.

Truist Securities, "Deep Pipeline or Deep Trouble? BIIB Pipeline Deep Dive," October 25, 2020.

Truist Securities, "FDA KOL replay link: BIIB's aducanumab AdComm," November 10, 2020.

Truist Securities, "Focus remains on Aducanumab Advisory Committee; Maintain Buy, PT $310 (from $330)," October 21, 2020.

Truist Securities, "Interesting risk/reward for LLY ahead of BIIB's Alzheimer's AdCom," October 23, 2020.

Truist Securities, "IQVIA Biotech Scripts Trends for AMGN, BIIB, GILD, REGN," August 14, 2020.

Truist Securities, "IQVIA Biotech Scripts Trends for AMGN, BIIB, GILD, REGN," August 21, 2020.

Truist Securities, "IQVIA Biotech Scripts Trends for AMGN, BIIB, GILD, REGN," August 28, 2020.

Truist Securities, "IQVIA Biotech Scripts Trends for AMGN, BIIB, GILD, REGN," November 6, 2020.

Truist Securities, "IQVIA Biotech Scripts Trends for AMGN, BIIB, GILD, REGN," October 16, 2020.

Truist Securities, "IQVIA Biotech Scripts Trends for AMGN, BIIB, GILD, REGN," October 2, 2020.

Truist Securities, "IQVIA Biotech Scripts Trends for AMGN, BIIB, GILD, REGN," October 23, 2020.

Truist Securities, "IQVIA Biotech Scripts Trends for AMGN, BIIB, GILD, REGN," October 9, 2020.

Truist Securities, "IQVIA Biotech Scripts Trends for AMGN, BIIB, GILD, REGN," September 11, 2020.

Truist Securities, "IQVIA Biotech Scripts Trends for AMGN, BIIB, GILD, REGN," September 18, 2020.

Truist Securities, "IQVIA Biotech Scripts Trends for AMGN, BIIB, GILD, REGN," September 25, 2020.

Truist Securities, "IQVIA Biotech Scripts Trends for AMGN, BIIB, GILD, REGN," September 4, 2020.

Truist Securities, "Key takeaways from AdComm FDA briefing docs," November 4, 2020.

Truist Securities, "Neuro KOL says 20% of his patients eligible for adu," August 7, 2020.

Truist Securities, "Quick take on FDA AdComm Documents," November 4, 2020.

Truist Securities, "Quick thoughts on Aducanumab roster," November 4, 2020.

Truist Securities, "Reminder of our BIIB sensitivities," November 6, 2020.

UBS Securities, "Aducanumab Expert Call #2 – FDA Experts see CRL as most likely outcome," November 10, 2020.

UBS Securities, "BIIB Aducanumab Expert Call Takeaways," November 5, 2020.

UBS Securities, "First pass of briefing docs suggest FDA has constructive view – this changes everything," November 4, 2020.

UBS Securities, "Negative view on aducanuamb's approvability but asymmetric risk at these levels - Neutral," October 27, 2020.

Valens Research, "Embedded Expectations Analysis Biogen Inc.," August 13, 2020.

Wedbush Securities, "2Q20 First Take: CFO Change Curveball Unexpected As BIIB Reports Beat," July 22, 2020.

Wedbush Securities, "3Q20 First Take: Tecfidera Guidance Drop A Reminder Much Riding On Aducanumab," October 21, 2020.

Wedbush Securities, "AdCom Briefing Docs First Take: Waiting Is The Hardest Part," November 4, 2020.

Wedbush Securities, "Ahead Of The AdCom: Does The Aducanumab Panel Really Matter?," November 2, 2020.

Wedbush Securities, "As If Early November Wasn't Chaotic Enough - Aducanumab AdCom Scheduled," September 28, 2020.

Wedbush Securities, "BIIB Makes Next Step Towards Aducanumab Review - Submission Accepted," August 7, 2020.

Wedbush Securities, "Can Hope Drive Value? We Shall See," July 22, 2020.

Wedbush Securities, "Delaware District Court Rules Against BIIB's Tecfidera," September 16, 2020.

Wedbush Securities, "DNLI, BIIB Deliver Big PD Updates; $1B+ Collaboration," August 6, 2020.

Wedbush Securities, "FDA Approves Generic Tecfidera From Mylan - Now What?," August 18, 2020.

Wedbush Securities, "Hard To See Past What's Coming," October 21, 2020.

Wedbush Securities, "Injunction Denied For BIIB in Tecfidera Appeal Proceeding," July 30, 2020.

Wedbush Securities, "In-line 2Q20 Results Following BIIB Collaboration," August 10, 2020.

Wedbush Securities, "Rolling Right Along - Aducanumab BLA Submission Complete," July 8, 2020.

Wedbush Securities, "We Repeat, Does The Aducanumab AdCom Really Matter? [Hint: No, Don't Think So]," November 8, 2020.

Wedbush Securities, "Whoomp! There It Is! Mylan Launches Tecfidera Generic," August 19, 2020.

Wells Fargo , "BIIB: Completes Submission Of Aducanumab BLA For Alzheimer's," July 8, 2020.

Wells Fargo, "BIIB/IONS: Gene Therapy Competitor Delay Should Benefit SPINRAZA," September 23, 2020.

Wells Fargo, "BIIB: Considering Aducanumab Risk-Reward Ahead of FDA Briefing Docs," November 3, 2020.

Wells Fargo, "BIIB: Increasing Target and Scenario Analysis Into AdCom," November 4, 2020.

Wells Fargo, "BIIB: Increasing Target On 2Q20 Results, Aducanumab Remains Key," July 22, 2020.

Wells Fargo, "BIIB: Reduced Guidance on TECFIDERA Generic, Aducanumab Panel Key Focus," October 21, 2020.

Wells Fargo, "BIIB: Target Reduction, Considering Case for Aducanumab After AdCom," November 8, 2020.

Wells Fargo, "BIIB: Upgrading on Positive Risk-Reward Into Aducanumab Panel," November 4, 2020.

Wells Fargo, "BIIB: Aducanumab BLA Priority Review, Focus On March Panel," August 7, 2020.

Wells Fargo, "BIIB: Doubling Down on LRRK2 In Parkinson's," August 6, 2020.

Wells Fargo, "Health Care High Grade Research," October 16, 2020.

Wells Fargo, "Q2 2020 Earnings Review," July 23, 2020.

Wells Fargo, "SGMO: Novartis Deal For Neurodevelopmental Disorders Further Validates Platform ," July 30, 2020.

Wells Fargo, "Summary – Late Packet," July 22, 2020.

Wells Fargo, "Summary – Late Packet," November 4, 2020.

Wells Fargo, "Summary – Late Packet," October 21, 2020.

William Blair, "Advisory Committee Panel Pushes Back Hard on FDA Analysis of Aducanumab Trials," November 9, 2020.

William Blair, "All the Vectors: Vaccines Enter Phase III, Daily Mortality Rises, Testing Bottlenecks Hurt Response as Sun Belt Plateaus," July 28, 2020.

William Blair, "Delaware Court Defers to Prior Judgement Invalidating Tecfidera Patent Opening Door for Additional At-Risk Generics," September 16, 2020.

William Blair, "FDA Accepts Aducanumab BLA and Grants Priority Review (Without Use of Voucher); AdCom Remains Key Hurdle," August 7, 2020.

William Blair, "Model Update After Second Quarter; All Eyes on Aducanumab Filing Acceptance," July 22, 2020.

William Blair, "Neurology Pipeline Webcast Highlights Unique Opportunity for ASO Platform With Significant Readouts Over the Next Two Years," July 14, 2020.

William Blair, "Not What the Polls Predicted; FDA Appears Willing to Look Past ENGAGE and Focus on EMERGE; Statistical Analysis Less Rosy," November 4, 2020.

William Blair, "Second-Quarter Quick Take: Core Business Declining Ahead of Aducanumab Review; CFO Departure Timing a Surprise," July 22, 2020.

William Blair, "Tecfidera Generics and Upcoming Aducanumab AdCom Create Possible Inflection Point in Fourth Quarter," October 21, 2020.

William Blair, "Third-Quarter Quick Take: Guidance Revised Down on Tecfidera Generics but All That Matters Is Aducanumab AdCom," October 21, 2020.

Wolfe Research, LLC., "1Q20 full postview: aducanumab delay fits w/our cautious view (and overshadowed good financials)," April 22, 2020.

Wolfe Research, LLC., "2Q20 – Overcomes COVID pressures to deliver strong 2Q results; small R&D updates (nothing on adu)," July 22, 2020.

Wolfe Research, LLC., "2Q20 full postview: A strong quarter in spite of COVID, but questions about adu and CFO departure linger," July 22, 2020.

Wolfe Research, LLC., "3Q20 – Earnings beat accompanied by unsurprising guidance cut; only minor pipeline updates," October 21, 2020.

Wolfe Research, LLC., "3Q20: Decent quarter; we continue to think "CRL" for adu (almost regardless of how the AdCom rules)," October 21, 2020.

Wolfe Research, LLC., "BIIB: A clever ploy by FDA to make panelists take the heat?!," November 6, 2020.

Wolfe Research, LLC., "FDA leans favorably on adu; ROG & LLY will start to come into play," November 4, 2020.

Wolfe Research, LLC., "On adu, FDA likely goes slow (regardless of AdCom)," November 3, 2020.

Wolfe Research, LLC., "Tecfidera the first of two shoes to drop?," August 20, 2020.

Wolfe Research, LLC., "They just said what?! Highlights from the conference call that just ended," July 22, 2020.

Wolfe Research, LLC., "They said what? Highlights from the conference call that just ended," October 21, 2020.

Zacks Investment Research Inc., "Biogen Inc. (BIIB)," July 27, 2020.

Zacks Investment Research Inc., "Biogen Inc. (BIIB)," November 6, 2020.

**Exhibit 1**
**Summary of News Articles**
*July 22, 2020 - July 31, 2020*

**Group 1:**
All News Between July 22, 2020, and July 31, 2020

**Group 2:**
All Mentions of Aducanumab/Alzheimer's

**Group 3:**
All Mentions of Data/Statistics/Studies/ENGAGE/EMERGE/Sandrock/Q&A/Management in the Context of Aducanumab

**Group 4:**
All Mentions of Dosage in the Context of Aducanumab

**Group 5:**
All Mentions of Subgroup/Subpopulation/Carrier/ApoE4/July 22 Statement in the Context of Aducanumab

**76**
Articles



**23**
Articles



**9**
Articles



**3**
Articles



**0**
Articles

**Notes**:

[1] Group 1 includes the total number of unique news articles published about Biogen, Inc., in English, available through Factiva between July 22, 2020 and July 31, 2020 (on the Factiva Platform "Company Search" was filtered to "Biogen, Inc." and "Language" search was filtered to "English"). During this period, 95 articles were identified from 38 unique publications. Excluded are 17 duplicative articles, identified as articles with body text nearly identical to one another, and two articles consisting entirely of earnings call or event transcripts without independent analysis or commentary.

[2] Counts for Group 2 through Group 5 reflect the number of news articles identified via nested targeted keyword searches: "Aducanumab," or "Adu," or "Alzheimer" (Group 2); "Data," or "Statistic," or "Statistics," or "Study," or "Studies," or "ENGAGE," or "EMERGE," or "Sandrock," or "Chief Medical Officer," or "VP of Research & Development," or "Q&A," or "Management" (Group 3); "Dose," or "Dosing," or "Dosage" (Group 4); and "Subgroup," or "Subpopulation," or "Carrier," or "ApoE," or "Data are all consistent" (Group 5).

[3] All articles were manually reviewed for mentions of the relevant topics in the context of aducanumab.

[4] *See* Exhibits 2 and 3 for relevant quotes from articles identified in Group 3 and Group 4.

**Source**: News articles as listed in Appendix C published between July 22, 2020 and July 31, 2020.

# Exhibit 2
## News Review Summary
## Mentions of Data/Statistics/Studies/ENGAGE/EMERGE/Sandrock/Q&A/Management
*July 22, 2020 - July 31, 2020*

| | Article Title | Broker | Publication Date | Publication Time (ET) | Relevant Keyword(s) | Quote(s) |
|---|---|---|---|---|---|---|
| [1] | Biogen Beats Earnings Expectations but Leaves CFO's Departure a Mystery -- Barrons.com | Dow Jones | July 22, 2020 | 9:02 AM | "Data" | "A pivotal trial of [aducanumab] was ended early last year, after it seemed to have failed to produce an effect. Upon further analysis of the data, the company decided to move forward with the drug anyway." |
| [2] | 12:42 EDT BTIG keeps Neutral rating on Biogen, says focus remains on Aducanumab… | Theflyonthewall.com | July 22, 2020 | 12:42 PM | "Data" | "[BLABTIG analyst Thomas Shrader] notes that the aducanumab BLA filing was completed in early July, and he views acceptance to be more important than most given the complexity of the data package." |
| [3] | Biogen Reports Q2 2020 revenues Of $3.7 billion | Contify Life Science News | July 22, 2020 | N/A | "Data," "Study," "ENGAGE," "EMERGE" | "In July 2020 Biogen completed the submission of a BLA to the FDA for aducanumab as a treatment for Alzheimer's disease. The completed submission followed ongoing collaboration with the FDA and includes clinical data from the Phase 3 EMERGE and ENGAGE studies as well as the Phase 1b PRIME study." |
| [4] | Biogen price target lowered to $284 from $294 at Stifel | Theflyonthewall.com | July 22, 2020 | N/A | "Management" | "Biogen requested a Priority Review with the [aducanumab] BLA submission, though on Wednesday's call, management declined to comment on whether they used their priority Review Voucher as part of the submission, he notes." |
| [5] | Event Brief of Q2 2020 Biogen Inc Earnings Call - Final | CQ FD Disclosure | July 22, 2020 | N/A | "Data," "Statistics," "Studies," "ENGAGE," "EMERGE," "Management," "Sandrock," "VP of Research & Development" | "Submission followed ongoing collaboration with FDA and include [sic] data from comprehensive clinical development program, including EMERGE, [the] first positive Phase 3 study ever in this space, together with supporting data from [the] Phase 3 ENGAGE study and positive results from [the] Phase 1b PRIME study. [...] Co.'s data show that aducanumab may help to reduce decline of cognitive function and help patient's ability [sic] to perform certain activities of daily living, which for some patients may result in independence for longer period of time."<br><br>"[Biogen] [c]ompleted BLA submission for aducanumab to [the] FDA. [...] Submission is based upon: 1. EMERGE, [the] first positive Phase 3 study for therapy to reduce clinical decline in Alzheimer's disease. 2. Supporting data from ENGAGE, although this study did not meet its primary endpoint. 3. Positive results from [the] Phase 1b PRIME study. [...] [Biogen] [p]articipated in [a] pre-BLA meeting with [the] FDA, during which [the] agency reiterated that submitting [the] BLA based on data from EMERGE, ENGAGE and PRIME was reasonable."<br><br>[Sandrock mentioned in excerpted earnings call transcript at the end of the article. No independent analysis or commentary on Sandrock/VP of Research & Development.] |

# Exhibit 2

## News Review Summary
## Mentions of Data/Statistics/Studies/ENGAGE/EMERGE/Sandrock/Q&A/Management

*July 22, 2020 - July 31, 2020*

| | Article Title | Broker | Publication Date | Publication Time (ET) | Relevant Keyword(s) | Quote(s) |
|---|---|---|---|---|---|---|
| [6] | Biogen Handily Tops Quarterly Views; All Eyes On Alzheimer's Disease | Investor's Business Daily | July 22, 2020 | N/A | "Management" | "'After the recent Tecfidera (intellectual property) loss and the delay in aducanumab filing relative to expectations, investors like the beat and raise quarter,' SVB Leerink analyst Marc Goodman said in a note. 'But management's comments regarding aducanumab will determine if the stock holds its gains.'" |
| [7] | Details On Alzheimer's Treatment Remain Scant — Is Biogen Stock A Buy? | Investor's Business Daily | July 23, 2020 | N/A | "Studies," "ENGAGE," "EMERGE" | "In October 2019, Biogen reversed an earlier decision to scrap aducanumab development after the Alzheimer's treatment appeared to succeed in one of two key Phase 3 studies. [...] Last December, Biogen unveiled the results of a broader analysis, which was limited to patients who received a full schedule of the high dose. On a measure of cognition, aducanumab showed a 30% benefit in a study called Emerge, and a 27% benefit in a test called Engage." |
| [8] | Biogen to Present Data at Virtual 2020 Alzheimer's Association International Conference Highlighting Comprehensive Approach to Alzheimer's disease | Dow Jones Institutional News | July 24, 2020 | 4:06 PM | "Data," "Studies," "ENGAGE," "EMERGE," "Q&A" | "Biogen to Present Data at Virtual 2020 Alzheimer's Association International Conference Highlighting Comprehensive Approach to Alzheimer's disease[.]"<br><br>"Biogen (Nasdaq: BIIB) today announced there will be multiple data presentations from its Alzheimer's disease (AD) clinical development portfolio [...] Biogen will share an encore platform presentation of the previously reported topline results from the aducanumab Phase 3 EMERGE and ENGAGE studies. [...] No new data from the studies are included in the encore presentation, which will be pre-recorded and followed by a live, virtual question and answer (Q&A) session."<br><br>"Based on clinical data, aducanumab has the potential to impact underlying disease pathophysiology, slow cognitive and functional decline and provide benefits on patients' ability to perform activities of daily living[.]"<br><br>"EMERGE and ENGAGE were [...] studies designed to evaluate the efficacy and safety of aducanumab. The primary objective of the studies was to evaluate the efficacy of monthly doses of aducanumab as compared with placebo in reducing cognitive and functional impairment as measured by changes in the Clinical Dementia Rating-Sum of Boxes (CDR-SB) score. [...] Secondary objectives were to assess the effect of monthly doses of aducanumab as compared to [...] Alzheimer's Disease Cooperative Study-Activities of Daily Living Inventory Mild Cognitive Impairment Version (ADCS-ADL-MCI)."<br><br>"This news release contains forward-looking statements [...] about [...] the results of the Phase 3 studies and Phase 1b study of aducanumab [...] [R]egulatory authorities may require additional information or further studies, or may fail or refuse to approve or may delay approval of our drug candidates, including aducanumab[.]" |

# Exhibit 2
## News Review Summary
## Mentions of Data/Statistics/Studies/ENGAGE/EMERGE/Sandrock/Q&A/Management
*July 22, 2020 - July 31, 2020*

| | Article Title | Broker | Publication Date | Publication Time (ET) | Relevant Keyword(s) | Quote(s) |
|---|---|---|---|---|---|---|
| [9] | Buy Biogen Stock, Says Morgan Stanley, Because the Time Is Right | Barron's Online | July 27, 2020 | 10:20 AM | "Study" | "For Biogen, the big story is its experimental Alzheimer's disease drug aducanumab, which the company submitted for Food and Drug Administration approval in early July[ ]even though a pivotal study last year failed a so-called futility analysis and was canceled." |

**Notes**:

[1]  Excluded from the exhibit are articles consisting entirely of earnings call or event transcripts without independent analysis or commentary. Duplicative articles, identified as articles with body text nearly identical to one another, are additionally excluded from the exhibit.

[2]  Articles with keyword matches for "Data," or "Statistic," or "Statistics," or "Study," or "Studies," or "ENGAGE," or "EMERGE," or "Sandrock," or "Chief Medical Officer," or "VP of Research & Development," or "Q&A," or "Management" were manually reviewed for relevance. Among these articles, only quotes pertaining to aducanumab appear in the exhibit.

**Source**: News articles as listed in Appendix C published between July 22, 2020 and July 31, 2020.

**Exhibit 3**
**News Review Summary**
**Mentions of Dosage**
*July 22, 2020 - July 31, 2020*

| | Article Title | Broker | Publication Date | Publication Time (ET) | Relevant Keyword(s) | Quote(s) |
|---|---|---|---|---|---|---|
| [1] | Event Brief of Q2 2020 Biogen Inc Earnings Call - Final | CQ FD Disclosure | July 22, 2020 | N/A | "Dose" | [Dosage mentioned in excerpted earnings call transcript at the end of the article. No independent analysis or commentary on subgroup/carrier/APOE4/dosage.] |
| [2] | Details On Alzheimer's Treatment Remain Scant — Is Biogen Stock A Buy? | Investor's Business Daily | July 23, 2020 | N/A | "Dose" | "Last December, Biogen unveiled the results of a broader analysis [of aducanumab], which was limited to patients who received a full schedule of the high dose. On a measure of cognition, aducanumab showed a 30% benefit in a study called Emerge, and a 27% benefit in a test called Engage." |
| [3] | Biogen to Present Data at Virtual 2020 Alzheimer's Association International Conference Highlighting Comprehensive Approach to Alzheimer's disease | Dow Jones Institutional News | July 24, 2020 | 4:06 PM | "Dose" | "The primary objective of [EMERGE and ENGAGE] was to evaluate the efficacy of monthly doses of aducanumab as compared with placebo in reducing cognitive and functional impairment as measured by changes in the Clinical Dementia Rating-Sum of Boxes (CDR-SB) score. [...] Secondary objectives were to assess the effect of monthly doses of aducanumab as compared to placebo on clinical decline as measured by the Mini-Mental State Examination (MMSE), Alzheimer's Disease Assessment Scale-Cognitive Subscale 13 Items (ADAS-Cog 13) and Alzheimer's Disease Cooperative Study-Activities of Daily Living Inventory Mild Cognitive Impairment Version (ADCS-ADL-MCI)." |

**Notes**:

[1]   Excluded from the exhibit are articles consisting entirely of earnings call or event transcripts without independent analysis or commentary. Duplicative articles, identified as articles with body text nearly identical to one another, are additionally excluded from the exhibit.

[2]   Articles with keyword matches for "Dose," or "Dosing," or "Dosage" were manually reviewed for relevance. Among these articles, only quotes pertaining to aducanumab appear in the exhibit.

**Source**: News articles as listed in Appendix C published between July 22, 2020 and July 31, 2020.

## Exhibit 4
### Analysts' Report Review Summary
### Mentions of Dosage or Subgroup Analyses
*July 22, 2020 - July 31, 2020*

| | Report Title | Broker | Publication Date | Publication Time (ET) | Relevant Keyword(s) | Quote(s) |
|---|---|---|---|---|---|---|
| [1] | 2Q20 full postview: A strong quarter in spite of COVID, but questions about adu and CFO departure linger* | Wolfe Research, LLC | July 22, 2020 | 9:17 AM | "Dose," "Dosing" | "Q: What is the primary group of patients used in the statistical analysis plan for the regulatory application? BIIB reminds it submitted three trials, but what FDA chooses to look at exactly remains up to it. BIIB is focused on high dose."<br><br>"Our Peer Perform rating recognizes that while BIIB's valuation is low on a P/E multiple basis, we think the path from here on aducanumab will be protracted. The application very likely "checks the box" for Priority Review, but we believe a Complete Response Letter (CRL) will be the most likely outcome, potentially requiring supplemental data of various sorts (tau biomarker?) from the newly-started re-dosing study, EMBARK. This data may not be in hand until later 2021 (if done on an interim analysis), meaning approval in 2022 (assuming the additional EMBARK data are supportive)." |
| [2] | They just said what?! Highlights from the conference call that just ended* | Wolfe Research, LLC | July 22, 2020 | 9:18 AM | "Dose," "Dosing" | "Q: What is the primary group of patients used in the statistical analysis plan for the regulatory application? BIIB reminds it submitted three trials, but what FDA chooses to look at exactly remains up to it. BIIB is focused on high dose."<br><br>"Our Peer Perform rating recognizes that while BIIB's valuation is low on a P/E multiple basis, we think the path from here on aducanumab will be protracted. The application very likely 'checks the box' for Priority Review, but we believe a Complete Response Letter (CRL) will be the most likely outcome, potentially requiring supplemental data of various sorts (tau biomarker?) from the newly-started re-dosing study, EMBARK. This data may not be in hand until later 2021 (if done on an interim analysis), meaning approval in 2022 (assuming the additional EMBARK data are supportive)." |
| [3] | BIIB: Increasing Target On 2Q20 Results, Aducanumab Remains Key | Wells Fargo | July 22, 2020 | 2:35 PM | "Dose" | "The aducanumab filing includes the EMERGE phase 3 data with supporting data from the negative ENGAGE trial and the phase 1 trial, with BIIB noting that both ENGAGE and the phase 1 support the conclusion from EMERGE that a high dose administered for sufficient length of time is required to see benefits in the rates of cognitive decline and activities of daily living." |
| [4] | Biogen Inc. Incremental Tidbits On Adu, CFO Change From Discussion With Mgmt | RBC Capital Markets | July 23, 2020 | 11:30 AM | "Dose," "Subpopulation" | "The company had reaffirmed on their EPS call that they filed the aducanumab BLA based on the positive EMERGE study + supportive info from ENGAGE and PRIME showing dose/exposurerelated [sic] efficacy. This furthers the question as to whether EMERGE will be statistically robust enough to stand on its own, especially once the FDA performs add'l imputation that could alter the robustness of efficacy given the high amount of missing data."<br><br>"BIIB noted that the complexities in the dataset and filing have not been around any particular subpopulation distinctions, suggesting that their ongoing discussions have not primarily centered around honing in on a narrower population where benefit/risk may be most optimal." |

**Exhibit 4**
**Analysts' Report Review Summary**
**Mentions of Dosage or Subgroup Analyses**
*July 22, 2020 - July 31, 2020*

| | Report Title | Broker | Publication Date | Publication Time (ET) | Relevant Keyword(s) | Quote(s) |
|---|---|---|---|---|---|---|
| [5] | With Attention Centered on Aducanumab BLA, We Also Look to Broader Pipeline for Advancement in AD | HC Wainwright | July 23, 2020 | N/A | "Dosing" | "From our perspective, we believe the discussed datasets and AD indication warrant the designation considering both: (1) the ongoing collaboration and constructive discussions with the FDA centered on the EMERGE and ENGAGE datasets; and (2) that aducanumab would represent the first AD therapy to reduce cognitive decline while decreasing amyloid burden. We believe these are huge potential advances if the FDA can reconcile the assertion that greater patient exposure to high dosing of aducanumab over time is the driving force behind efficacy and the noted dataset discrepancies." |
| [6] | Much ado about adu continues amidst new intrigue on management change; maintain BUY, $350 PT | Canaccord Genuity | July 26, 2020 | N/A | "Dose" | "Estimated primary completion date of Phase 3 (EMBARK) re-dosing study for aducanumab 9/1/23 Early Alzheimer's First patient dosed (4/22/20 update). Estimated primary completion date: 9/1/23[.]" |
| [7] | Near-term Downside Remains, But Long-Term Risk/Reward Too Compelling; Double-upgrade to OW | Morgan Stanley | July 27, 2020 | 12:02 AM | "ApoE," "Dose" | "Management believes a driver of the divergent trial data was the protocol amendment after the PhIb PRIME results demonstrated that ApoE4 carriers could titrate to 10 mg/kg. These data prompted management to increase the number of patients in both trials receiving 10 mg/kg. More patients in the EMERGE trial were consequently exposed to high-dose aducanumab, highlighting the potential impact of enrollment timing on the futility analysis." |

**Notes**:

[1]  Excluded from the exhibit are reports consisting entirely of earnings call or event transcripts without independent analysis or commentary. Additionally excluded are reports published prior to the conclusion of the earnings call at 9:13 AM ET. *See* Motley Fool, "Biogen Inc (BIIB) Q2 2020 Earnings Call Transcript," July 22, 2020, available at https://www.fool.com/earnings/call-transcripts/2020/07/22/biogen-inc-biib-q2-2020-earnings-call-transcript.aspx.

[2]  Reports with keyword matches for "Subgroup," "Subpopulation," "Carrier," "ApoE," "Dose," "Dosing," "Dosage," or "Data are all consistent" were manually reviewed for relevance. Among these reports, only quotes pertaining to aducanumab appear in the exhibit.

[3]  * indicates that two identical quotes appear in the referenced reports. However, the reports are not otherwise duplicative of one another.

**Source**: Analysts' reports as listed in Appendix C published between July 22, 2020 and July 31, 2020.

# Exhibit 5

**Analysts' Commentary After the July 22 Statement and Prior to the Release of the Massie Appendix that Not All Data Supported Efficacy or Approval**

*July 22, 2020 - November 3, 2020*

| | Report Title | Broker | Publication Date | Relevant Statement or Commentary | Abnormal Stock Price Return | Statistically Significant Negative Abnormal Decline at the 95% Confidence Level? |
|---|---|---|---|---|---|---|
| [1] | FDA Accepts Aducanumab BLA and Grants Priority Review (Without Use of Voucher); AdCom Remains Key Hurdle | William Blair | August 7, 2020 | "We continue to believe that while the Phase III EMERGE and ENGAGE studies indicate some benefit in patients receiving high exposure to aducanumab, the data are supportive of a confirmatory trial at this higher dose, but not outright approval based on trials stopped for futility at an interim point." | 0.091 | No |
| [2] | Is Amyloid Back? Aducanumab Gets Priority Review, but What Seems to be Back in Favor is the Alzheimer's Space | Maxim Group | August 10, 2020 | "Recall the phase 3 data in March 2019 was questionable at best, in our view; while there were positive signals in efficacy, dosing schedule and safety concerns were raised." | (0.015) | No |
| [3] | Adu AdCom comes early, as focus intensifies on regulator sentiment | BofA Global Research | September 28, 2020 | "And we willingly recognize FDA has been flexible in the past, including in instances where data has been mixed or equivocal. However, we continue to be skeptical of broad, first-cycle approval, which beyond the numerous issues with the data and clinical studies (the divergent ENGAGE/EMERGE outcomes, incompleteness of the studies, incidence of ARIA, and potential unblinding in ApoE4 carriers), include: 1) FDA's previous—and ultimately correct—conservative approach with Lilly's solanezumab; 2) the substantial cost risks to the healthcare system; 3) risks to FDA's reputation, with other global regulators likely to ask for additional data; and 4) the challenges revoking any conditional approved in the face of new negative data." | 0.025 | No |
| [4] | Dominating MS, While Hoping to Expand Elsewhere | Cowen & Company | October 1, 2020 | "Based on analyses from the Ph. III trial and apparent support from the FDA, BIIB's decision appears prudent; though its not clear that the totality of the data support approval." | 0.009 | No |

# Exhibit 5

## Analysts' Commentary After the July 22 Statement and Prior to the Release of the Massie Appendix that Not All Data Supported Efficacy or Approval

*July 22, 2020 - November 3, 2020*

| | Report Title | Broker | Publication Date | Relevant Statement or Commentary | Abnormal Stock Price Return | Statistically Significant Negative Abnormal Decline at the 95% Confidence Level? |
|---|---|---|---|---|---|---|
| [5] | Aducanumab AdCom Prep: FDA and panelists likely critical of BLA, but we still see a path to regulatory approval | Credit Suisse | October 12, 2020 | "Dr. David Knopman, a doctor at the Mayo Clinic and a voting member for aducanumab's AdCom, was involved in one of aducanumab's studies and was quoted in the press questioning the conclusiveness of the existing data: 'I don't see how you can conclude anything other than that another trial needs to be done.'" | 0.015 | No |
| [6] | RBC Mock AdComm Votes Against Adu As Our Discussion Becomes Dominated By Data Limitations; Tgt To $268 | RBC Capital Markets | October 19, 2020 | "[O]ur panelists would have liked to see additional stratified analyses of ApoE+/- carriers across both treatment and placebo arms, pooled analyses of EMERGE and ENGAGE, and sensitivity analyses to characterize robustness of presented data and better quantification of missing data. Though our sense is that data not yet disclosed to date are unlikely to be overly positive, it is possible FDA finds supportive data the public has not yet been made aware of." | (0.023) | No |
| [7] | Co Seems Quite Optimistic on Alzheimer's Approval Based on Various Datapoints | Jefferies | October 21, 2020 | "Overall, risk/reward is to the upside with perhaps 2x the downside risk on the pending Adcom vote and the FDA decision for Alzheimer's (we sense it could be by YE but def earlier than March 2021 PDUFA) - and because expectations are not exactly high since investors already know the data are not great. [...] The bull case is clearly lots of upside vs downside, while bear case is Phase III data is weak and FDA should not approve it to maintain high standards and rigor, and ask for another study." | 0.015 | No |
| [8] | Our Thoughts Post the 3Q20 Call: Biogen Calls, Raises, and Goes All In | BofA Global Research | October 21, 2020 | "But given the sheer, overwhelming number of unanswerable questions about the molecules' efficacy and safety, we continue to see scant justification for broad, first-pass approval." | 0.015 | No |
| [9] | 3Q/20: Tecfidera Revenue Erodes; A-mab AdCom November 6 | BMO Capital Markets | October 21, 2020 (After Hours) | "As we have detailed before, given the mixed outcomes from EMERGE and ENGAGE Phase 3 trials, we do not believe current FDA precedent supports a-mab approval at this time, especially given the absence of public disclosure of key subgroup analyses." | (0.023) | No |

# Exhibit 5

## Analysts' Commentary After the July 22 Statement and Prior to the Release of the Massie Appendix that Not All Data Supported Efficacy or Approval

*July 22, 2020 - November 3, 2020*

| | Report Title | Broker | Publication Date | Relevant Statement or Commentary | Abnormal Stock Price Return | Statistically Significant Negative Abnormal Decline at the 95% Confidence Level? |
|---|---|---|---|---|---|---|
| [10] | Aducanumab Panel Preview/Deep Dive: Thinking Through the Data, Regulatory Precedent, and Possible Panelists | Stifel | October 22, 2020 (After Hours) | "We get bearish about Aducanumab when we think through all the things that need to be taken for granted to be a confident believer in the data. We understand the dose/exposure hypothesis, and in the EMERGE study there very well may be a real, albeit modest efficacy signal. But, to vote 'yes' on approval for Aducanumab on EMERGE as a single positive pivotal trial, one may need to: (1) Overlook the obvious statistical issues associated with analyzing a study that was initially stopped for futility, (2) Gain comfort with the significant amount of missing data for the 18-month time point, much of which is biased towards the 10mg/kg dose, the one purported to be efficacious, (3) Be confident that there aren't biasing issues with an APOE4 carrier imbalance influencing the 10mg/kg data analysis/comparisons, (4) Believe that the modest delta in PET-SUVR between EMERGE and ENGAGE aligns with Biogen's dose hypothesis, and helps explain the divergence of their results [...]" | (0.013) | No |
| [11] | Eye on Adu AdComm: Recent Briefing Docs Robustly Scrutinize Stats; Likely Key in FDA Approach to Adu | RBC Capital Markets | October 23, 2020 | "Following our review of recent AdComm briefing documents, control of Type I error appeared to be a common consideration for the Agency, and we could see many reasons for increased scrutiny along these lines with adu's review. Type I error could be introduced by inconsistent (e.g., PET amyloid biomarker, dose/response relationship, post-PV4 placebo group shift) or incomplete (e.g., ApoE4 carrier vs. non-carrier subgroups) data, and/or potential associated biases (e.g., greater discontinuations among faster-progressing ApoE4 carriers, ARIA-related unblinding, supportive analyses performed post-hoc). Recall in our mock adu AdComm, one clinician highlighted sensitivity analyses as a key unknown and our expert statistician gave a resounding 'no' to adu's approvability -- we believe a reflection of statistical rigor echoed in recent briefing docs."<br><br>"[B]ut there remain many cuts and sensitivity analyses across the studies not disclosed we believe are unlikely to be as supportive as the presented data." | (0.013) | No |

# Exhibit 5

## Analysts' Commentary After the July 22 Statement and Prior to the Release of the Massie Appendix that Not All Data Supported Efficacy or Approval

*July 22, 2020 - November 3, 2020*

| | Report Title | Broker | Publication Date | Relevant Statement or Commentary | Abnormal Stock Price Return | Statistically Significant Negative Abnormal Decline at the 95% Confidence Level? |
|---|---|---|---|---|---|---|
| [12] | Negative view on aducanuamb's [sic] approvability but asymmetric risk at these levels - Neutral | UBS Equities | October 27, 2020 | "Q: Is aducanumab approvable with the current data package? No, our in-depth review of the data and UBS Evidence Lab expert survey informs our view that there is a very low probability of approval (we model 5%) and thus we expect a complete response letter (CRL) from the FDA. Our review of the data raised multiple significant concerns including 1) two trials, two different results – one of which was declared positive after being declared a failure, 2) a significant proportion of the data is imputed due to patients not completing the trial/being lost to follow up (something the FDA will likely take issue with), and 3) critical details on proportions of subpopulations (ApoE4 carriers vs. non) have not been disclosed and could have a meaningful impact on the interpretation of the results." <br><br> "The post PV4 population potentially contains a significant imbalance of ApoE4 carriers (higher % carriers in placebo) given the incidence of ARIA-E in ApoE4 carriers is 2x that of non-carriers and ARIA was the primary cause of discontinuations in the adu arms. This potentially selects for a aducanumab group that has a lower rate of decline vs. placebo." | 0.001 | No |
| [13] | BIIB: Considering Aducanumab Risk-Reward Ahead of FDA Briefing Docs | Wells Fargo | November 3, 2020 | "Nevertheless, we note that certain aspects of ENGAGE data may not be entirely consistent with the proposed explanation on exposure alone." | (0.017) | No |

**Note:** I estimate the abnormal stock price return and its statistical significance using an event study regression as described in Section IV.A of my report. If a report was noted to be published after market close, I record the abnormal stock price return and its statistical significance for the following trading day.

**Sources**:

[1] Analysts' reports as listed in Appendix C published between July 22, 2020 and November 3, 2020.

[2] Tabak Backup, NERA_00001259, Tab "Price Data."

# Exhibit 6
## Analysts' Report Review Summary
*July 22, 2020 - July 31, 2020*

| | Report Title | Broker | Publication Date | Publication Time (ET) | Current Rating (Prior Rating if Different) | Current Price Target (Change from Prior Target) | Quote(s) |
|---|---|---|---|---|---|---|---|
| [1] | BIIB - 2Q20 full postview: A strong quarter in spite of COVID, but questions about adu and CFO departure linger | Wolfe Research, LLC | July 22, 2020 | 9:17 AM | Peer Perform (No Change) | $307 (-$13) | N/A |
| [2] | BIIB - BIIB 2Q20 - They just said what?! Highlights from the conference call that just ended | Wolfe Research, LLC | July 22, 2020 | 9:18 AM | Peer Perform (No Change) | $331 (No Change) | N/A |
| [3] | Alert: Has BIIB used the Priority Voucher? | Citi | July 22, 2020 | 11:01 AM | Sell (No Change) | $240 (No Change) | N/A |
| [4] | Second-Quarter Quick Take: Core Business Declining Ahead of Aducanumab Review; CFO Departure Timing a Surprise | William Blair | July 22, 2020 | 11:06 AM | Market Perform (No Change) | N/A | "Although we acknowledge the large opportunity for aducanumab and potential for approval if accepted for review by the FDA, we believe the regulatory pathway is still extremely unclear and additional regulatory feedback would provide greater clarity on the true odds of approval. Given the lack of clear growth opportunities outside Alzheimer's, we reiterate our Market Perform rating." |
| [5] | Near Term Focus Remains on Aducanumab BLA. Increased Focus on Vumerity Maybe Too Late. Spinraza Growth is in SMA Type 2/3, so More COVID-19 Sensitive | BTIG | July 22, 2020 | 11:06 AM | Neutral (No Change) | N/A | N/A |
| [6] | 2Q20 Recap: Aducanumab Countdown Continues | Stifel | July 22, 2020 | 11:56 AM | Hold (No Change) | $284 (-$10) | "We're reiterating our Hold rating on a 2Q20 update that was financially a non-event. The main focus continues to be aducanumab, and if you asked us yesterday, whether or not the BLA is accepted with/without priority review was (right or wrong) setting up as a meaningful catalyst for the stock. This is still of course the case, but now the lens through which this regulatory decision is interpreted may be different, as it seems plausible (though we can't know for sure) that Biogen may have used a priority review voucher." |

## Exhibit 6
### Analysts' Report Review Summary
*July 22, 2020 - July 31, 2020*

| | Report Title | Broker | Publication Date | Publication Time (ET) | Current Rating (Prior Rating if Different) | Current Price Target (Change from Prior Target) | Quote(s) |
|---|---|---|---|---|---|---|---|
| [7] | Maintaining Biogen's $389 Fair Value Estimate Following Aducanumab Filing and in Line 2Q Results | Morningstar Equity Research | July 22, 2020 | 12:21 PM | Wide (No Change) | N/A | "Biogen's second-quarter results were in line with our expectations, and we're not making any changes to our $389 fair value estimate. Management widened top-line guidance and increased EPS guidance for the full year, likely due to a combination of pandemic-related top-line uncertainty and cost savings on the SG&A line. Despite the uncertainty surrounding the potential approval of Alzheimer's drug candidate aducanumab (following the recent filing with the Food and Drug Administration, we still include a 40% probability of approval) and likely U.S. Tecfidera generics in 2021, we still think shares fail to account for the long-term value of the firm's existing multiple sclerosis portfolio and long-term value of its pipeline beyond aducanumab, which both continue to support a wide-moat rating [...] We see Biogen's moat trend as stable, as we think the introduction of new products from the firm's growing late-stage pipeline should offset new competition for established drugs." |
| [8] | Can Hope Drive Value? We Shall See | Wedbush Securities | July 22, 2020 | 12:54 PM | Neutral (No Change) | $274 (+$12) | "While we thought the 2Q20 report would be uneventful, BIIB's late-night CFO change announcement put a wrinkle in plans. Bottom line, we see bulls hoping an aducanumab approval in Alzheimer's disease will drive a BIIB value inflection [...] Our target increases to $274 as we moderate our forward R&D, SG&A expense trajectory, but we remain cautious on the setup." |
| [9] | Alzheimer's EU and Japan Filing Could be Next...We Estimate US Priority Review | Jefferies | July 22, 2020 | 1:05 PM | Hold (No Change) | $320 (No Change) | "We like the call option and the argument to FDA is decent based on data but FDA could easily ask for another study. Given our view that the current price reflects a fair probability of approval already, plus there are other issues to fix - we aren't chasing, maintain Hold." |
| [10] | Solid Q220, But Next Several Months Far Too Uncertain For Us | Piper Sandler Companies | July 22, 2020 | 1:18 PM | Neutral (No Change) | $270 (+$10) | "Remain on the sidelines after a solid (albeit overstated) Q220 beat, given what we see as a set-up over the next several months that's simply too hot to handle. While one could quibble over the quality of the massive Q220 beat (non-GAAP EPS $10.26, consensus $8.02, helped along by $288M more 'other revenue' than expected and meaningful expense savings), even backing these elements out, it was still a beat." |

# Exhibit 6
## Analysts' Report Review Summary
*July 22, 2020 - July 31, 2020*

| | Report Title | Broker | Publication Date | Publication Time (ET) | Current Rating (Prior Rating if Different) | Current Price Target (Change from Prior Target) | Quote(s) |
|---|---|---|---|---|---|---|---|
| [11] | 2Q20: Solid Performance, Though Potential Disruptions Loom | RBC Capital Markets | July 22, 2020 | 2:21 PM | Sector Perform (No Change) | $284 (+$8) | "Our base case of $284 assumes that the existing MS franchise with Tecfidera generic entrants potentially as early as 2021 erodes to ~$5B/year as early as 2022 and Spinraza peaks around $2B, with a 30% POS for aducanumab's >$6B potential out-year opportunity." |
| [12] | BIIB: Increasing Target On 2Q20 Results, Aducanumab Remains Key | Wells Fargo | July 22, 2020 | 2:35 PM | Equal Weight (No Change) | $324 (+$13) | "We are maintaining our Equal Weight rating on BIIB and increasing our PT to $324 (9x our 2021 EPS estimate of $36.06) from $311 following review of 2Q20 operating results. Overall results were better than expected, on slightly better revenues, although TECFIDERA patent risk remains an overhang with modest performance of next-generation VUMERITY, and focus remains on aducanumab BLA for Alzheimer's." |
| [13] | Biogen Inc: Aducanumab and Tecfidera Remain The Focus | Morgan Stanley | July 22, 2020 | 2:41 PM | Underweight (No Change) | $263 (No Change) | N/A |
| [14] | 2Q Snapshot - A Solid Quarter as We Head into a Critical Period for BIIB | JP Morgan | July 22, 2020 | 2:51 PM | Neutral (No Change) | $279 (+$7) | "We have a Neutral rating on Biogen shares. Despite Alzheimer's coming back into the picture after initial futility, it remains to be seen how receptive regulators will be to the data. Outside of AD, we believe it will be important for BIIB to build the perceived valuation of the company beyond MS/SMA with material headwinds facing both franchises. We believe BIIB has a challenged outlook pending pipelines successes and/or value creating BD if Alzheimer's success does not pan out." |
| [15] | Financials Above Investor Fears, but Focus Remains on Aducanumab | Cowen & Company | July 22, 2020 | 3:35 PM | Outperform (No Change) | $305 (No Change) | "BIIB's intermediate and long-term growth prospects are heavily dependent upon aducanumab, particularly following MYL's victory in the Tecfidera IP dispute. We view adu's FDA filing as high risk, but also high reward. We estimate that aducanumab has a 30-50% chance of FDA approval, but that it could be worth $150/share if marketed. We expect aducanumab's approval prospects will dictate much of the performance of BIIB's shares through H1:21. Our DCFbased P.T. remains $305 [...] Based on analyses from the Ph. III trial and apparent support from the FDA, BIIB's decision appears prudent; though it is not clear that the totality of the data support approval." |

**Exhibit 6**
**Analysts' Report Review Summary**
*July 22, 2020 - July 31, 2020*

| | Report Title | Broker | Publication Date | Publication Time (ET) | Current Rating (Prior Rating if Different) | Current Price Target (Change from Prior Target) | Quote(s) |
|---|---|---|---|---|---|---|---|
| [16] | CFRA Keeps Hold Opinion on Shares of Biogen Incorporated | CFRA Equity Research | July 22, 2020 | 3:44 PM | Hold (No Change) | $309 (-$16) | "We lower our price target to $309 from $325 […] Although BIIB's business performed beyond expectations in Q2, we believe that investors are still primarily focused on aducanumab and ongoing litigation over Tecfidera intellectual property." |
| [17] | Amab filing action in Sept is up next | Goldman Sachs | July 22, 2020 | 3:52 PM | Neutral (No Change) | $271 (+$14) | "We are Neutral rated on BIIB. On the above changes our 12-month price target goes to $271 from $257 and is based on a DCF using an unchanged WACC of 8% and a terminal growth rate of 0%. Key upside risks: (1) faster sales/earnings growth, (2) pipeline success. Key downside risks: (1) slower growth, (2) MS pricing pressure, (3) loss of Tecfidera IP, (4) pipeline setbacks and (5) COVID-19." |
| [18] | 2Q20 Update: Stock is Basically a Binary Event in Next ~1.5 Months | Raymond James | July 22, 2020 | 3:52 PM | Underperform (No Change) | N/A | "Given significant overhang into a binary event (aducanumab filing outcome), potential loss of the appeal in BIIB's Tecfidera patent infringement case, and lack of upside from Spinraza, we remain Underperform." |
| [19] | Model Update After Second Quarter; All Eyes on Aducanumab Filing Acceptance | William Blair | July 22, 2020 | 5:15 PM | Market Perform (No Change) | N/A | "Although we acknowledge the large opportunity for aducanumab and potential for approval if accepted for review by the FDA, we believe the regulatory pathway is still extremely unclear and additional regulatory feedback would provide greater clarity on the true odds of approval. Given the lack of clear growth opportunities outside Alzheimer's, we reiterate our Market Perform rating." |
| [20] | Our Thoughts Post the 2Q Call | BofA Global Research | July 22, 2020 | 5:37 PM | Underperform (No Change) | $255 (No Change) | "We recognize aducanumab's considerable upside potential with the stock trading at discounts vs. peers (2020 PE: 9x vs. 13x), but given the approval uncertainties and with generic Tecfidera looming, we remain cautious. Maintain U/P and $255 PO." |
| [21] | Biogen Inc.: Our Thoughts Post the 2Q20 Call | Barclays | July 22, 2020 | 7:00 PM | Equal Weight (No Change) | $280 (No Change) | "While generic Tecfidera launches become increasingly likely near-term and with a pipeline that remains a show-me story, we see balanced risk-reward in shares with aducanumab updates providing potential offsets as it crosses its regulatory goalposts (e.g., BLA acceptance)." |

## Exhibit 6
### Analysts' Report Review Summary
*July 22, 2020 - July 31, 2020*

| | Report Title | Broker | Publication Date | Publication Time (ET) | Current Rating (Prior Rating if Different) | Current Price Target (Change from Prior Target) | Quote(s) |
|---|---|---|---|---|---|---|---|
| [22] | Solid 2Q20; Still All About Aducanumab News | SVB Leerink | July 22, 2020 | 9:16 PM | Outperform (No Change) | $350 (No Change) | "A 'beat and raise' quarter was nice to see, especially given the current environment, and we would expect consensus estimates to increase for 2020. However, investor focus not surprisingly remains on aducanumab (adu), and the good news is that management's commentary on its interactions with global regulators remains encouraging. Management emphasized that in the pre-BLA meeting the FDA indicated that the proposed adu filing package with Phase 3 EMERGE, Phase 3 ENGAGE and Phase 1b PRIME data was "reasonable", and the company should put out a press release when it hears back from the FDA, which it expects around 60 days post the July 7th BLA filing [...] We reiterate our view that adu will be approved based on the current data set. We updated our model for the 2Q print and updated guidance (2020 Non-GAAP EPS increased from $33.10 to $35.35, and 2021 EPS increased from $29.80 to $30.95), and we reiterate our Outperform and PT of $350." |
| [23] | 2Q Update Highlights More Unexpected News | Oppenheimer | July 22, 2020 | 9:38 PM | Outperform (No Change) | $325 (No Change) | "We believe Biogen shares are undervalued based on our view that the company's leadership position in neuroscience should deliver long-term growth. BIIB has achieved a critical mass in neuroscience that enables high-risk programs with sufficient cash flow to embark on high-risk programs with the option to compensate setbacks via business development." |
| [24] | BIIB 2Q: All Eyes on Aducanumab Expectance in Early September | Citi | July 22, 2020 | 10:55 PM | Sell (No Change) | $240 (No Change) | N/A |
| [25] | Q2/20 Results in Line; Awaiting a-mab BLA Next Steps | BMO Capital Markets | July 22, 2020 | 11:11 PM | Market Perform (N/A) | $280 (-$37) | "Our Market Perform rating is based on our view of stable to declining growth of BIIB's core multiple sclerosis (MS) drug franchise. Aducanumab may have renewed potential in Alzheimer's disease, but we wait on the sidelines pending regulatory developments [...] We are slightly adjusting our model reflecting new risks to out-year Tecfidera sales and we lower our target price to $280 from $317." |
| [26] | U.S. Small & Mid Cap Biotechnology : BIIB 2Q20 read-through: Spinraza revenue miss, 2H20 outlook looming | Barclays | July 22, 2020 | 11:42 PM | Equal Weight (No Change) | $280 (No Change) | N/A |

**Exhibit 6**
## Analysts' Report Review Summary
*July 22, 2020 - July 31, 2020*

| | Report Title | Broker | Publication Date | Publication Time (ET) | Current Rating (Prior Rating if Different) | Current Price Target (Change from Prior Target) | Quote(s) |
|---|---|---|---|---|---|---|---|
| [27] | BIIB: Our Thoughts Post the 2Q20 Call: Despite another confusing quarterly call, we're still "holding" for near-term aducanumab updates | Credit Suisse | July 22, 2020 | 11:50 PM | Neutral (No Change) | $270 (No Change) | "Beyond Tecfidera, we found the remarks around Priority Review for aducanumab just as confusing—with limited clarity as to whether or not the company would be granted priority review or essentially 'buy it' by using a voucher. We think the two have very different readthrough to the likelihood of aducanumab's ultimate approval (with granting being the much more positive signal); we expect a decision by early Sept. Adding to the strange quarter, we remain skeptical regarding the explanation for Capello's departure as fully voluntary, especially given a major aducanumab catalyst expected by Labor Day. Simply put following a challenging 1Q20 call, we were surprised that this one was just as much of a 'head scratcher.' Despite muddy messaging on the business as a whole, we believe that there remains a path to FDA approval for aducanumab, which could result in significant upside to current levels (our Blue Sky scenario is $500/sh, mainly driven by AD). Still we remain on the sidelines until we have some clarity from FDA, supporting Neutral rating and $270 TP." |
| [28] | Biogen Inc. | CFRA Equity Research | July 22, 2020 | N/A | Hold (No Change) | $309 (No Change) | "The 12-month target price has recently been changed to $309 from $325 [...] Although BIIB's business performed beyond expectations in Q2, we believe that investors are still primarily focused on aducanumab and ongoing litigation over Tecfidera intellectual property." |
| [29] | Focus remains on aducanumab regulatory path | Atlantic Equities | July 23, 2020 | 5:38 AM | Neutral (No Change) | $290 (+$30) | "[W]e expect a clear path to FDA acceptance of the adu filing in Alzheimer's in September coupled with Priority Review to buoy shares in the near-term. Significant uncertainty about the likelihood of approval remains, however, and we stay Neutral." |
| [30] | Q2 2020 Earnings Review | Wells Fargo | July 23, 2020 | 8:15 AM | Underperform (No Change) | N/A | "While we were left with more questions than answers this quarter, the near-term focus remains on aducanumab, although FDA approval remains highly uncertain and management's unwavering ambiguity around the details of aduca do little to shore up confidence at this stage. All things considered, we continue to believe that Biogen's credit story presents an uncomfortable risk/reward dynamic for bondholders given the sheer magnitude of potential downside risks with Tecfidera and the uncertainty around aducanumab, which could be further compounded by the fundamental need for Biogen to acquire. As a result of these factors, we believe Biogen's credit story remains largely uninvestable for now." |

## Exhibit 6
### Analysts' Report Review Summary
*July 22, 2020 - July 31, 2020*

| Report Title | Broker | Publication Date | Publication Time (ET) | Current Rating (Prior Rating if Different) | Current Price Target (Change from Prior Target) | Quote(s) |
|---|---|---|---|---|---|---|
| [31] Incremental Tidbits On Adu, CFO Change From Discussion With Mgmt | RBC Capital Markets | July 23, 2020 | 11:30 AM | Sector Perform (No Change) | $284 (No Change) | N/A |
| [32] Biogen Inc. | CFRA Equity Research | July 23, 2020 | 4:21 PM | Hold (No Change) | $309 (No Change) | "There is much uncertainty about BIIB's future, which is why we have a Hold rating. The key catalyst for BIIB is the status of the firm's clinical candidate aducanumab, which could become the first FDA-approved therapy to reduce clinical decline in patients with Alzheimer's Disease (AD) and the first therapy to show that targeting beta amyloid is a viable method of treating AD. We believe that the aducanumab data carry positive implications for clinical candidate BAN2401, which is in phase III trials, run jointly by BIIB and Eisai, for AD. However, non-approval presents considerable risk, especially given the inexplicable delay in FDA filing to July 2020 from early 2020. We also expect investors to pay close attention to sales of Spinraza, which is facing mounting competition, and Tecfider patent challenges." |
| [33] 2Q20: Top/bottomline beat, guidance revised, and stock is well-positioned for upside | SunTrust Robinson Humphrey | July 23, 2020 | N/A | Buy (No Change) | $330 (No Change) | "We believe that BIIB is trading without credit to Tecfidera beyond 2021 and credit to $3B peak sales from Alzheimer's. This sets the stock up nicely for potential upside, in our view. BIIB beat both topline and bottomline, helped by Tecfidera and interferon sales and increased channel inventory. FY2020 guidance lowered after a better handle on COVID. While we believe aducanumab's BLA is likely to be accepted, there remains more that we don't know about the filing following the 2Q call." |
| [34] U.S. Biotechnology - Evan's Weekly Dose of Targeted Therapy & Video Update | Credit Suisse | July 24, 2020 | 6:49 PM | Neutral (No Change) | $270 (No Change) | "Top and bottom line beat by 7.6% and 28.5%, did not matter much to investors given: 1) the surprise announcement of the CFO's departure (the evening before the print), 2) confusion and lack of clarity on the use of a priority review voucher (or not) for the aducanumab BLA, and 3) lack of a clear strategy around the fumarate franchise (i.e., why did the company not focus on Vumerity ahead of the recent IP litigation outcomes). Further, [t]he guidance update (lower revenues, higher EPS) was also not much of a focus for investors. Despite muddy messaging on the business as a whole, we believe that there remains a path to FDA approval for aducanumab, which could result in significant upside to current levels (our Blue Sky scenario is $500/sh, mainly driven by AD). Still we remain on the sidelines until we have some clarity from the FDA, supporting our Neutral rating and $270 TP." |

# Exhibit 6
## Analysts' Report Review Summary
*July 22, 2020 - July 31, 2020*

| | Report Title | Broker | Publication Date | Publication Time (ET) | Current Rating (Prior Rating if Different) | Current Price Target (Change from Prior Target) | Quote(s) |
|---|---|---|---|---|---|---|---|
| [35] | 2Q Update: Aducanumab Remains Stock Focus | Cantor Fitzgerald | July 24, 2020 | N/A | Neutral (No Change) | $314 (+$6) | "We reiterate our Neutral rating and raise our PT to $314 from $308 post model review. Biogen reported a top and bottom line beat for 2Q, but lowered 2020 revenue guidance which was mostly due to COVID-19 effects." |
| [36] | Biogen Inc. | CFRA Equity Research | July 25, 2020 | N/A | Hold (No Change) | $309 (No Change) | "There is much uncertainty about BIIB's future, which is why we have a Hold rating. The key catalyst for BIIB is the status of the firm's clinical candidate aducanumab, which could become the first FDA-approved therapy to reduce clinical decline in patients with Alzheimer's Disease (AD) and the first therapy to show that targeting beta amyloid is a viable method of treating AD. We believe that the aducanumab data carry positive implications for clinical candidate BAN2401, which is in phase III trials, run jointly by BIIB and Eisai, for AD. However, non-approval presents considerable risk, especially given the inexplicable delay in FDA filing to July 2020 from early 2020. We also expect investors to pay close attention to sales of Spinraza, which is facing mounting competition, and Tecfidera patent challenges." |
| [37] | Much ado about adu continues amidst new intrigue on management change; maintain BUY, $350 PT | Canaccord Genuity | July 26, 2020 | 11:03 PM | Buy (No Change) | $350 (No Change) | "We are maintaining our BUY as we continue to think there is upside if the FDA grants priority review, but we certainly note the potential for volatility." |
| [38] | Trump's Executive Orders on Drug Prices Have Limited Impact on Our Industry FVEs and Moat Ratings | Morningstar Equity Research | July 27, 2020 | 9:59 AM | Wide (No Change) | N/A | N/A |

# Exhibit 6
## Analysts' Report Review Summary
*July 22, 2020 - July 31, 2020*

| | Report Title | Broker | Publication Date | Publication Time (ET) | Current Rating (Prior Rating if Different) | Current Price Target (Change from Prior Target) | Quote(s) |
|---|---|---|---|---|---|---|---|
| [39] | Biogen Inc: Near-term Downside Remains, But Long-Term Risk/Reward Too Compelling; Double-upgrade to OW | Morgan Stanley | July 27, 2020 | 12:02 PM | Overweight (Underweight) | $357 (+$94) | "Stocks sometime run counter to expectations, as negative changes in business fundamentals can clear the way for significant upside catalysts. In the near-term, we believe BIIB is likely to face 10%+ in downside pressure due to multiple at-risk generic launches for multiple sclerosis (MS) drug Tecfidera (~30% of current product sales). However, we expect investors to quickly look past the Tecfidera downside and start to price in higher odds of success for aducanumab [...] We believe the stock currently reflects less than 25% probability of success, but expect the market to price in at least 50% as we get closer to the potential FDA approval date which we expect in March 2021. We believe investors could miss as much as a 20% potential near-term move in BIIB (10% off the bottom post Tecfidera generics and another 10%+ as investors reposition ahead of what is viewed as a highly likely FDA acceptance of the filing) by taking the wait-and-see approach until after the filing is accepted." |
| [40] | Biogen Inc: Risk Reward Update | Morgan Stanley | July 27, 2020 | 12:29 PM | Overweight (No Change) | $357 (No Change) | "Our OW rating is based on our view that investors will likely price in ~50% probability of success of aducanumab ahead of an FDA panel and approval decision in mid-2020. While we expect near-term downside risk from Tecfidera generics, we expect a generic launch to represent the bottom in BIIB. Management has significant optionality in terms of accretive M&A as well as pipeline catalysts which are not valued currently by investors." |
| [41] | BIIB - Post Earnings Model Update | Guggenheim Securities | July 27, 2020 | N/A | Buy (No Change) | $386 (-$4) | "Our $386 PT (previously $390) is based on an 11.8x (previously 12.0x) 2021 EPS estimate (maintaining a 1x lower multiple vs. peers). We believe this lower multiple is justified on increasing IP headwinds to key MS drug, Tecfidera, which is currently having its IP challenged." |

# Exhibit 6
## Analysts' Report Review Summary
*July 22, 2020 - July 31, 2020*

| Report Title | Broker | Publication Date | Publication Time (ET) | Current Rating (Prior Rating if Different) | Current Price Target (Change from Prior Target) | Quote(s) |
|---|---|---|---|---|---|---|
| [42] Biogen Inc. (BIIB) | Zacks Investment Research | July 27, 2020 | N/A | Neutral (No Change) | $286 (N/A) | "Biogen beat Q2 estimates for earnings and sales. Biogen's efforts to diversify beyond MS to other areas like Alzheimer's are commendable. Biogen regularly in-licenses assets to build its pipeline. Several important data readouts are expected in 2020-2021. Meanwhile, its biosimilars business is expected to drive long-term growth. However, sales of Tysabri and Spinraza are being hurt due to COVID-19. Tecfidera and Spinraza's competitive environment is getting increasingly challenging. The initial rollout of Vumerity has been slow due to COVID-19 and this coupled with a potential Tecfidera generic entrant in 2020/2021 makes the future of Biogen's MS franchise uncertain. The approvability of Alzheimer's drug, aducanumab, for which a BLA has been filed, is questionable. The stock has underperformed its industry this year so far." |
| [43] Blood tests specific for Alzheimer's could help with diagnosis without CSF/PET testing | Truist Securities | July 29, 2020 | N/A | Buy (No Change) | $330 (No Change) | N/A |
| [44] BIIB: Federal Court Denies Motion for Injunction Pending Appeal As Expected; Clears A Hurdle For Generic Tecfidera Entry | RBC Capital Markets | July 30, 2020 | 9:49 AM | Sector Perform (No Change) | $284 (No Change) | N/A |
| [45] Alert: BIIB Emergency Order to Block Mylan Shot Down by Courts | Citi | July 30, 2020 | 10:52 AM | Sell (No Change) | $240 (No Change) | N/A |
| [46] Biogen's Request for Tecfidera Injunction Denied—What Are the Implications? | Morgan Stanley | July 30, 2020 | 11:47 AM | Overweight (No Change) | $357 (No Change) | N/A |

## Exhibit 6
### Analysts' Report Review Summary
*July 22, 2020 - July 31, 2020*

| | Report Title | Broker | Publication Date | Publication Time (ET) | Current Rating (Prior Rating if Different) | Current Price Target (Change from Prior Target) | Quote(s) |
|---|---|---|---|---|---|---|---|
| [47] | Injunction Denied For BIIB in Tecfidera Appeal Proceeding | Wedbush Securities | July 30, 2020 | N/A | Neutral (No Change) | $274 (No Change) | "We are making no changes to our Tecfidera estimates at this time. However, cutting US Tecfidera revenue beginning in FY22-FY23 to ~2% market share yields a ~$25-$30 per share negative impact to our valuation. With aducanumab representing a significant, binary risk and increasingly competitive landscapes in the MS and SMA spaces, we continue to see BIIB at a crossroads of sorts, and await greater strategic clarity. No change to our Neutral rating on BIIB shares." |
| [48] | FC denied BIIB for injunction on MYL; Tecfidera Gx in view and appeal ongoing | Truist Securities | July 30, 2020 | N/A | Buy (No Change) | $330 (No Change) | N/A |
| [49] | Our KOL says 80/20 BIIB loses | Truist Securities | July 30, 2020 | N/A | Buy (No Change) | $330 (No Change) | N/A |

**Notes**:

[1]  The table is limited to reports released after the conclusion of the July 22, 2020 earnings call at 9:13 AM. *See* Motley Fool, "Biogen Inc (BIIB) Q2 2020 Earnings Call Transcript," July 22, 2020, available at https://www.fool.com/earnings/call-transcripts/2020/07/22/biogen-inc-biib-q2-2020-earnings-call-transcript.aspx.

[2]  86 reports were reviewed in total. After excluding reports released prior to the culmination of the earnings call, reports unrelated to aducanumab, transcripts without commentary, and reports omitting both a prior rating and price target, 49 reports remained.

[3]  Out of the remaining 49 reports, 14 reports mentioned a price target change and 1 report mentioned a rating change.

[4]  Out of the 14 reports that mentioned a change in price target, 9 reports mentioned an increased price target and 5 reports mentioned a decreased price target.

[5]  N/A indicates that relevant information was not available. In the publication time column, N/A indicates no time was available. In the rating and price target columns, N/A indicates ratings or price targets were not listed in the article, respectively. In the quotes column, N/A indicates there were no relevant quotes in the report.

[6]  For reports dated July 22, 2020, when publication time was not available on the report itself, the publication times were pulled from Capital IQ.

**Source**: Analysts' reports as listed in Appendix C published between July 22, 2020 and July 31, 2020.

**Exhibit 7**

**November 4, 2020 Intraday Stock Price**

*9:30 AM – 4:00 PM ET*



**Notes:**

[1] Intraday stock prices shown above are representative of the price of the first executed trade recorded in each one-minute interval during the trading day. The prices at the opening and closing of the market are set according to the official opening and closing prices reported by Refinitiv.

[2] Intraday trading volumes shown above are representative of the total number of Biogen shares traded within each one-minute interval during the trading day.

[3] The gap between 10:12 AM and 10:21 AM in the chart above coincides with the trading halt on Biogen stock that occured during that period. *See* StreetInsider.com, "Biogen (BIIB) Spikes 14% After FDA Posts Briefing Documents for Alzheimer's Drug Aducanumab," November 4, 2020, available at https://www.streetinsider.com/Corporate+News/Biogen+(BIIB)+Spikes+14%25+After+FDA+Posts+Briefing+Documents+for+Alzheimers+Drug+Aducanumab/17553729.html.

**Sources:**

[1] Tick Data.

[2] Refinitiv.

**Exhibit 8**

**Intraday Stock Price Declines on November 4, 2020**

*Comparable to Declines Following the Market Open on November 5, 2020*



**Notes:**

[1] Intraday stock prices shown above are representative of the price of the first executed trade recorded in each one-minute interval during the trading day. I set the prices at the opening and closing of the market according to the official opening and closing prices reported by Refinitiv.

[2] I calculate intraday stock price declines by subtracting the price of the first executed trade in the minute that marks the start of the window from the first executed trade in the minute that marks the end of the window.

[3] I define comparable stock price declines to the market opening on November 5, 2020 as intraday stock price declines that (1) fall within or exceed the range of declines from November 5, 2020 market open to 9:35 AM, 9:40 AM, or 9:45 AM (i.e., as *severe*) and (2) have a greater per-minute dollar decline than the first fifteen minutes of trading on November 5, 2020 (i.e., more *sudden*).

[4] The gap between 10:12 AM and 10:21 AM in the chart above coincides with the trading halt on Biogen stock that occured during that period. *See* StreetInsider.com, "Biogen (BIIB) Spikes 14% After FDA Posts Briefing Documents for Alzheimer's Drug Aducanumab," November 4, 2020, available at https://www.streetinsider.com/Corporate+News/Biogen+(BIIB)+Spikes+14%25+After+FDA+Posts+Briefing+Documents+for+Alzheimers+Drug+Aducanumab/17553729.html.

**Sources:**

[1] Tick Data.

[2] Refinitiv.

# Exhibit 9

## Analysts' Report Review Summary
## Price Target Changes Related to the FDA's November 4, 2020 Aducanumab Briefing Documents
*November 4, 2020 – November 5, 2020*

| | Report Date | Analyst | Report Title | Report Time (ET)[2] | Mentions Statistical Report?[3] | Last Price Target Update[4] | Price Target[1] | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Previous Price Target | Current Price Target | Change |
| | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) = (8) - (7) |
| [1] | 11/4/2020 | Wells Fargo | BIIB: Upgrading on Positive Risk-Reward Into Aducanumab Panel | 10:56 AM | No | 7/22/2020 | $324 | $390 | $66 |
| [2] | 11/4/2020 | BofA Global Research | Biogen Inc.: FDA signals openness to adu but panel outcome still key | 11:00 AM | No | 10/21/2020 | $230 | $230 | $0 |
| [3] | 11/4/2020 | HC Wainwright | Positive Brief Considerations on AdCom Briefing Documents Release, Ahead of Friday | 12:25 PM | No | 10/22/2020 | $318 | $318 | $0 |
| [4] | 11/4/2020 | Jefferies | Biogen Inc. Upgrade to Buy—Hot Debate but FDA Clearly Reads Positive on Efficacy, Safety | 1:06 PM | No | 10/21/2020 | $300 | $450 | $150 |
| [5] | 11/4/2020 | Wolfe Research, LLC | BIIB—BIIB: FDA leans favorably on adu; ROG & LLY will start to come into play | 1:31 PM | No | August, 2020 | $275 | $275 | $0 |
| [6] | 11/4/2020 | Canaccord Genuity | FDAducanumab and BIIB set stage for key AdCom on 11/6; reiterate BUY, PT up to $393 | 2:53 PM | Yes | 4/24/2020 | $350 | $393 | $43 |
| [7] | 11/4/2020 | BofA Global Research | Positive regulatory outlook shifts adu dynamics | 3:02 PM | Yes | 10/21/2020 | $230 | $360 | $130 |
| [8] | 11/4/2020 | Oppenheimer | Briefing Documents Provide Encouraging Insights | 3:25 PM | Yes | 10/21/2020 | $340 | $370 | $30 |
| [9] | 11/4/2020 | CFRA Equity Research | CFRA Reiterates Hold Opinion on Shares of Biogen Incorporated | 4:41 PM | No | 10/21/2020 | $271 | $385 | $114 |
| [10] | 11/4/2020 | SVB Leerink | Best Case Scenario in Briefing Docs; Adu AdCom Appears De-Risked; PT to $402 | 4:48 PM | Yes | 8/19/2020 | $342 | $402 | $60 |
| [11] | 11/4/2020 | Wells Fargo | BIIB: Increasing Target and Scenario Analysis Into AdCom | 9:32 PM | Yes | 11/4/2020 | $390 | $437 | $47 |
| [12] | 11/5/2020 | Atlantic Equities | Adu briefing docs suggest favourable FDA view | 4:19 AM | Yes | 10/22/2020 | $270 | $380 | $110 |
| [13] | 11/5/2020 | BMO Capital Markets | A-mab Ad-com Documents Read Positive | 4:30 AM | No | 7/22/2020 | $280 | $343 | $63 |

# Exhibit 9

## Analysts' Report Review Summary
## Price Target Changes Related to the FDA's November 4, 2020 Aducanumab Briefing Documents

*November 4, 2020 – November 5, 2020*

| Report Date | Analyst | Report Title | Report Time (ET)[2] | Mentions Statistical Report?[3] | Last Price Target Update[4] | Price Target[1] | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Previous Price Target | Current Price Target | Change |
| (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) = (8) - (7) |
| | | Average if Mentions Statistical Report: | | | | $320.33 | $390.33 | $70.00 |
| | | Average if Does Not Mention Statistical Report: | | | | $285.43 | $341.57 | $56.14 |
| | | Difference: | | | | -$34.90 | -$48.76 | -$13.86 |
| | | Average if Mentions Statistical Report (Previous PT On or After July 22, 2020)[5]: | | | | $314.40 | $389.80 | $75.40 |
| | | Average if Does Not Mention Statistical Report (Previous PT On or After July 22, 2020)[5]: | | | | $285.43 | $341.57 | $56.14 |
| | | Difference: | | | | -$28.97 | -$48.23 | -$19.26 |

Notes:

[1]  I manually reviewed 59 reports published between November 4, 2020 and November 5, 2020. There were 17 unrelated reports. Of the remaining 42 reports, 29 either did not have a prior and current price target or did not explicitly discuss maintaining or changing their current outlooks on Biogen. The 13 remaining reports are included in this analysis.

[2]  When publication time is not stated within the report, the publication time noted on Capital IQ is noted on this exhibit.

[3]  This column indicates whether the analyst report refers to the Massie Appendix, which was contained in the FDA briefing documents released on November 4, 2020.

[4]  When available, an exact date is specified for the date of the last price target update. However, some reports only contained the month of the previous price target.

[5]  These rows' calculations are limited to reports whose previous price target was updated on or after July 22, 2020.

Source: Analysts' reports as listed in Appendix C published between November 4, 2020 and November 5, 2020.