**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| NADIA SHASH and AMJAD KHAN, Indivudally and On Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> BIOGEN INC., MICHEL VOUNATSOS, and ALFRED W. SANDROCK, JR., <br><br> Defendants. | Civil Action No.: 1:21-cv-10479-IT <br><br> Oral Argument Requested |

**DEFENDANTS' MOTION TO DISMISS LEAD PLAINTIFF SHASH AND**
**MOTION FOR JUDGMENT ON THE PLEADINGS AGAINST SHASH**

Pursuant to Rules 12(b)(1) and 12(c) of the Federal Rules of Civil Procedure, Defendants Biogen Inc., Michel Vounatsos, and Alfred W. Sandrock, Jr., M.D., Ph.D. (together, "Defendants"), hereby move this Court for an order dismissing Lead Plaintiff Nadia Shash, with prejudice, and granting judgment on the pleadings against Lead Plaintiff Nadia Shash. As grounds for these motions, Defendants state as follows:

Plaintiffs concede that Shash never purchased or sold Biogen stock. *See* Doc. No. 187 at 1. Accordingly, for the reasons set forth in Defendants' accompanying memorandum of law, Shash lacks both constitutional standing and statutory standing to pursue her claims. Shash's claims should be dismissed with prejudice and judgment should be entered against her.

WHEREFORE, Defendants respectfully request that the Court grant Defendants' motion to dismiss Shash, with prejudice, and grant Defendants' motion for judgment on the pleadings against Shash, and award such further relief as is just.

## <u>REQUEST FOR ORAL ARGUMENT</u>

Pursuant to Local Rule 7.1(d), Defendants respectfully request to be heard at oral argument on their motion to dismiss and motion for judgment on the pleadings.

Dated:  September 23, 2025

Respectfully submitted,

 /s/ *Audra J. Soloway*
Audra J. Soloway (*pro hac vice*)
Richard C. Tarlowe (*pro hac vice*)
Daniel S. Sinnreich (*pro hac vice*)
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
asoloway@paulweiss.com
rtarlowe@paulweiss.com
dsinnreich@paulweiss.com

William J. Trach (BBO #661401)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
william.trach@lw.com

*Counsel for Defendants*
*Biogen Inc., Michel Vounatsos,*
*and Alfred W. Sandrock, Jr.*

2

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), undersigned counsel hereby certifies that Defendants' counsel has conferred with Plaintiffs' counsel in a good faith effort to resolve or narrow the issues raised in Defendants' motions, and Plaintiffs oppose this motion.

*/s/ Audra J. Soloway*
Audra J. Soloway

## CERTIFICATE OF SERVICE

I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF") and paper copies will be sent on September 23, 2025 to those identified as non-registered participants.

*/s/ Audra J. Soloway*
Audra J. Soloway