**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| NADIA SHASH and AMJAD KHAN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>BIOGEN INC., MICHEL VOUNATSOS, and ALFRED W. SANDROCK, JR.,<br><br>Defendants. | Civil Action No.: 1:21-cv-10479-IT |

**DECLARATION OF DANIEL S. SINNREICH**
**IN OPPOSITION TO PLAINTIFFS' MOTION FOR SUBSTITUTION AND**
**IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS LEAD PLAINTIFF SHASH**
**AND MOTION FOR JUDGMENT ON THE PLEADINGS AGAINST SHASH**

I, DANIEL S. SINNREICH, hereby declare as follows, pursuant to 28 U.S.C. § 1746:

1. I am Counsel with the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, an international law firm with its principal office at 1285 Avenue of the Americas, New York, New York 10019-6064, and represent defendants Biogen Inc., Michel Vounatsos, and Alfred W. Sandrock, Jr., M.D., Ph.D. (together "Defendants") in the above-captioned action. I respectfully submit this declaration in opposition to Plaintiffs' Motion for Substitution and in support of Defendants' Motion to Dismiss Lead Plaintiff Shash and Motion for Judgment on the Pleadings Against Shash. The information set forth below is based on my personal knowledge.

2. Attached hereto as Exhibit A is a copy of a document produced in this litigation, a January 2021 tax information statement of PolyCon Solutions LLC, beginning with the Bates Stamp PLA_000044.

3.      Attached hereto as Exhibit B is a copy of a document produced in this litigation, an October 2020 TD Ameritrade account statement of PolyCon Solutions LLC, beginning with the Bates Stamp PLA_000054.

4.      Attached hereto as Exhibit C is a copy of a document produced in this litigation, a November 2020 TD Ameritrade account statement of PolyCon Solutions LLC, beginning with the Bates Stamp PLA_000062.

5.      Attached hereto as Exhibit D is a copy of email correspondence between counsel for Defendants and counsel for Plaintiffs.

6.      Attached hereto as Exhibit E is a copy of a subpoena issued by Defendants to PolyCon Solutions LLC, dated August 4, 2025.

7.      Attached hereto as Exhibit F is a copy of a document produced in this litigation, a January 2021 tax information statement of PolyCon Solutions LLC, beginning with the Bates Stamp PLA_000107.

8.      Attached hereto as Exhibit G is a copy of the Declaration of Laurence Rosen, dated July 20, 2009, filed in *Vale* v. *McGuinn, et al.*, No. 09-CV-3807 (S.D.N.Y.) and *Gianoukas* v. *McGuinn, et al.*, No. 09-CV-4963 (S.D.N.Y.).

9.      Attached hereto as Exhibit H is a copy of email correspondence between counsel for Defendants and counsel for Plaintiffs.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 23, 2025 in New York, New York.

*/s/ Daniel S. Sinnreich*
Daniel S. Sinnreich

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 23rd day of September 2025, I caused a copy of the foregoing document to be served upon all counsel of record via the Court's CM/ECF system.

/s/ Daniel S. Sinnreich
Daniel S. Sinnreich