# Exhibit D

| | |
|---|---|
| **From:** | Sinnreich, Daniel S |
| **Sent:** | Thursday, July 31, 2025 1:50 PM |
| **To:** | Jonathan Horne; Brian Alexander; Gonen Haklay; Yitzchok Fishbach |
| **Cc:** | Soloway, Audra J; Tarlowe, Richard; Bui, Samantha; Patterson, Samuel B |
| **Subject:** | RE: Shash v. Biogen // plaintiffs' search terms |

Counsel,

We have reviewed the documents produced by Plaintiffs yesterday afternoon at the bates range PLA_000044 – PLA_000068.  This production once again applies extensive responsiveness redactions that violate the Court-ordered ESI protocol.  We have raised this issue several times and you have offered no response to our emails dated July 7, July 16, and July 25.  Please reproduce these documents—along with the improperly redacted documents in your July 17 production—with all improper redactions removed.

We are also deeply concerned that yesterday's production reflects trades that were not disclosed on the PSLRA certification that Ms. Shash filed in this case (e.g., PLA_000059, 000066).  The trading records also demonstrate that a company called PolyCon Solutions LLC, not Ms. Shash, transacted in the Biogen stock underlying Ms. Shash's claims.  These discrepancies call into question Plaintiffs' representations to Defendants and the Court throughout this case, and further underscore why Plaintiffs must reproduce all documents with improper redactions removed.

Plaintiffs have also refused to respond to any of our other correspondence concerning plaintiffs' document production over the past month, including emails dated July 15 and July 25.  We ask, once again, that Plaintiffs confirm the following:

- When productions of non-trading records will begin, and be completed, for the three proposed class reps.
- What search terms you will apply to plaintiffs' correspondence and other electronic records.  You have not provided us with proposed search terms despite agreeing to do so, and have offered no response to our emails proposing search terms.
- Whether you produced plaintiffs' trading records in Biogen securities for the entire time period (March 1, 2020 to November 6, 2021) that you proposed on our July 2 meet and confer.  Please confirm the date range for which you are producing trading records and whether your productions are complete.  If they are not, please confirm when you will produce all outstanding trading records.
- When you will serve Ms. Shash's interrogatory response, which has been outstanding for over 9 weeks.  We further note that on our 7/2 meet and confer, Plaintiffs represented that named Plaintiffs did not use investment advisors in connection with any investments in Biogen.  However, we have received neither written confirmation (as requested on 7/7 and 7/16) nor Ms. Shash's interrogatory response confirming the same.
- Whether Ms. Shash is available for her deposition on Tuesday, August 12, in DC.

Your foot-dragging is jeopardizing the timing of Mr. Khan's deposition—now less than a week away—as well as the other Plaintiffs' depositions.  It is also prejudicing Defendants' ability to oppose Plaintiffs' pending motion for class certification.  Please let us know your availability to meet and confer on these issues tomorrow.  If we don't hear back from you, we will have no choice but to ask the Court to intervene, given upcoming deadlines.

Best,
Dan

**Daniel S. Sinnreich** | Counsel
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 2540 (Direct Phone) | +1 631 379 4120 (Cell)
dsinnreich@paulweiss.com | www.paulweiss.com

---

**From:** Sinnreich, Daniel S
**Sent:** Friday, July 25, 2025 12:15 PM
**To:** Jonathan Horne <jhorne@rosenlegal.com>; Brian Alexander <balexander@rosenlegal.com>; Gonen Haklay <ghaklay@rosenlegal.com>; Yitzchok Fishbach <yfishbach@rosenlegal.com>
**Cc:** Soloway, Audra J <asoloway@paulweiss.com>; Tarlowe, Richard <rtarlowe@paulweiss.com>; Bui, Samantha <sbui@paulweiss.com>; Keller, Andrea M <akeller@paulweiss.com>
**Subject:** RE: Shash v. Biogen // plaintiffs' search terms

Jonathan,

It has been 10 days since we sent the below email and we have not yet received a response.  Depositions for the proposed class reps start in less than two weeks and we still have not received any custodial documents (other than trading records) from any plaintiff.  We also have not received any production at all, or a response to our interrogatory, from Ms. Shash.

Please confirm:

- When productions of non-trading records will begin, and be completed, for the three proposed class reps.
- What search terms you will apply to plaintiffs' correspondence and other electronic records.  If you have concerns about any specific terms in our email below, particularly as to volume, please let us know.
- When you will produce Ms. Shash's trading records and additional trading records (if any) from Mr. Khan and Mr. Aftoora.
- When you will serve Ms. Shash's interrogatory response.

Best,
Dan

**Daniel S. Sinnreich** | Counsel
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 2540 (Direct Phone) | +1 631 379 4120 (Cell)
dsinnreich@paulweiss.com | www.paulweiss.com

---

**From:** Sinnreich, Daniel S
**Sent:** Tuesday, July 15, 2025 9:27 AM
**To:** Jonathan Horne <jhorne@rosenlegal.com>; Brian Alexander <balexander@rosenlegal.com>; Gonen Haklay <ghaklay@rosenlegal.com>; Yitzchok Fishbach <yfishbach@rosenlegal.com>
**Cc:** Soloway, Audra J <asoloway@paulweiss.com>; Tarlowe, Richard <rtarlowe@paulweiss.com>; Bui, Samantha <sbui@paulweiss.com>; Keller, Andrea M <akeller@paulweiss.com>
**Subject:** Shash v. Biogen // plaintiffs' search terms

Jonathan,

Further to our meet-and-confer regarding plaintiffs' document productions, we propose the following search terms for your review of plaintiffs' emails and other electronic communications.  We propose running broad terms because we assume the volume will be low, but are happy to discuss if certain terms yield a high hit count.  Please also confirm that we will begin receiving productions this week.

- AD
- Alzheimer*
- Aducanumab
- Adu
- Biogen
- BIIB
- "Ad Comm" or "Ad Com" or "AdComm" or "AdCom"
- Approv* /s FDA
- "Advisory Committee"
- "biologics license"
- "clinical trial"
- "Office of Statistics"
- Massie
- Sandrock
- "Phase 3"
- "Study 301"
- "Study 302"
- ENGAGE
- EMERGE
- PRIME
- Endpoint

**Daniel S. Sinnreich** | Counsel
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 2540 (Direct Phone) | +1 631 379 4120 (Cell)
dsinnreich@paulweiss.com | www.paulweiss.com

3