# Exhibit H

**From:** Tarlowe, Richard
**Sent:** Thursday, September 18, 2025 10:09 AM
**To:** Jonathan Horne; Brian Alexander
**Cc:** Soloway, Audra J; Sinnreich, Daniel S; Patterson, Samuel B
**Subject:** RE: Shash v. Biogen // Plaintiffs' Substitution Motion

Jonathan,

The facts and circumstances surrounding the inaccurate PSLRA certification submitted by Ms. Shash are plainly at issue in your substitution motion.  In that motion, you rely on assertions made by Ms. Shash in a declaration signed shortly after her deposition that directly contradict her deposition testimony; yet, you have not provided any documentary evidence to substantiate those assertions or explain how Ms. Shash developed a new, contrary recollection after her deposition.  You also have not submitted a declaration from anyone at the Rosen Firm to verify Ms. Shash's assertions or explain the circumstances surrounding the submission of an inaccurate PSLRA certification.  With regard to privilege, as we have already requested, if you intend to assert attorney-client privilege, work product, or some other privilege or protection as to any of these documents, please produce them in redacted form and provide a log.

Our response to your substitution memo is due on Tuesday, so please provide the requested documents by the end of the day tomorrow or let us know if you do not intend to do so.  Thanks.

**Richard C. Tarlowe** | Partner ([Bio](#))
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3035 (Direct Phone) | +1 212 492 0035 (Direct Fax)
[rtarlowe@paulweiss.com](mailto:rtarlowe@paulweiss.com) | [www.paulweiss.com](http://www.paulweiss.com)

**From:** Jonathan Horne <JHorne@rosenlegal.com>
**Sent:** Wednesday, September 17, 2025 11:01 AM
**To:** Tarlowe, Richard <rtarlowe@paulweiss.com>; Brian Alexander <balexander@rosenlegal.com>
**Cc:** Soloway, Audra J <asoloway@paulweiss.com>; Sinnreich, Daniel S <dsinnreich@paulweiss.com>; Patterson, Samuel B <spatterson@paulweiss.com>
**Subject:** RE: Shash v. Biogen // Plaintiffs' Substitution Motion

Rich –

You request that we produce communications between an attorney and client and offer absolutely no reason why these communications are not privileged. If you have any cases, we'll look at them, but as far as we're concerned, this request is simply improper.

**From:** Tarlowe, Richard <[rtarlowe@paulweiss.com](mailto:rtarlowe@paulweiss.com)>
**Sent:** Thursday, September 11, 2025 6:50 PM
**To:** Jonathan Horne <[JHorne@rosenlegal.com](mailto:JHorne@rosenlegal.com)>; Brian Alexander <[balexander@rosenlegal.com](mailto:balexander@rosenlegal.com)>
**Cc:** Soloway, Audra J <[asoloway@paulweiss.com](mailto:asoloway@paulweiss.com)>; Sinnreich, Daniel S <[dsinnreich@paulweiss.com](mailto:dsinnreich@paulweiss.com)>; Patterson, Samuel B <[spatterson@paulweiss.com](mailto:spatterson@paulweiss.com)>
**Subject:** Shash v. Biogen // Plaintiffs' Substitution Motion

**[EXTERNAL EMAIL]**

Counsel,

Ms. Shash's declaration in support of Plaintiffs' Motion for Substitution states that Ms. Shash was mistaken when she testified at her deposition on August 20 that PolyCon account statements reflecting Class Period transactions in Biogen stock were provided to counsel at or before the time Ms. Shash moved for appointment as lead plaintiff. Instead, her declaration states that at or before the time she moved for appointment as lead plaintiff, she provided a listing of Biogen transactions to counsel and that such listing did not indicate that the transactions were made in PolyCon's account.

To the extent you or Ms. Shash is in possession of documents that substantiate those assertions and/or that refreshed Ms. Shash's recollection of these events following her deposition, please provide copies of those documents as soon as possible, and no later than <u>Tuesday, September 16.</u> Similarly, please provide any documents reflecting that Ms. Shash obtained and provided PolyCon's account documentation to counsel in July 2025, as asserted in her declaration.

If you intend to assert attorney-client privilege, work product, or some other privilege or protection as to any of these documents, please produce them in redacted form and provide a log.

Rich

**Richard C. Tarlowe** | Partner (Bio)
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3035 (Direct Phone) | +1 212 492 0035 (Direct Fax)
rtarlowe@paulweiss.com | www.paulweiss.com

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.