**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com

*Counsel for Plaintiffs*
*and the Putative Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NADIA SHASH and AMJAD KHAN Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br>v.<br><br>BIOGEN INC., MICHEL VOUNATSOS, ALFRED W. SANDROCK, JR., and SAMANTHA BUDD-HAEBERLEIN,<br><br>    Defendants. | CASE No.: 1:21-cv-10479-IT<br><br><br>**DECLARATION OF JONATHAN HORNE IN FURTHER SUPPORT OF PLAINTIFFS' SUBSTITUION AND IN OPPOSITION OF MOTION TO DISMISS** |

I, JONATHAN HORNE, hereby declare as follows:

1.    I am a Partner at The Rosen Law Firm, P.A., counsel for Lead Plaintiff Nadia Shash and Named Plaintiffs Amjad Khan, and Albert Aftoora, and the Putative Class ("Plaintiffs"). I submit this declaration in support of Plaintiffs' Reply Memorandum of Law in Further Support of Substitution and in Opposition of Motion to Dismiss. I have personal knowledge of the matters stated herein and, if called upon, could and would competently testify thereto.

2.    Attached as Exhibit 1 is a true and correct copy of email correspondence from Plaintiffs' Counsel to Defense Counsel attaching Plaintiffs' responses and objections regarding the Notice of Subpoena to Non-Party PolyCon Solutions LLC, dated August 18, 2025.

3.    Attached as Exhibit 2 is a true and correct copy of excerpts of Lead Plaintiff Nadia Shash's August 20, 2025 deposition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 7, 2025

*/s/ Jonathan Horne*
Jonathan Horne

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2025, a true and correct copy of the foregoing **DECLARATION OF JONATHAN HORNE IN FURTHER SUPPORT OF PLAINTIFFS' SUBSTITUION AND IN OPPOSITION OF MOTION TO DISMISS** was served by CM/ECF to parties registered to the Court's CM/ECF system.

/s/Laurence Rosen