# EXHIBIT 1

| | |
|---|---|
| **From:** | Christie Buzzetti |
| **To:** | Bui, Samantha; Sinnreich, Daniel S; Moore, Ian; Soloway, Audra J |
| **Cc:** | Jonathan Horne; Brian Alexander; Yitzchok Fishbach |
| **Subject:** | Re: Biogen Responses and Objections to the Notice of Subpoena to Non-Party PolyCon Solutions LLC |
| **Date:** | Monday, August 18, 2025 6:19:07 PM |
| **Attachments:** | Biogen- Plaintiffs" Objections to Non-Party Subpoena.pdf |

Counsel-

Please find attached our responses and objections regarding the Notice of Subpoena to Non-Party PolyCon Solutions LLC.

Thanks,

Christie Buzzetti

The Rosen Law Firm, P.A.

275 Madison Avenue, 40th Floor
New York, New York 10016
Tel: 212.686.1060
Direct: 646.437.7939
Fax: 212.202.3827
cbuzzetti@rosenlegal.com
www.rosenlegal.com