**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NADIA SHASH and AMJAD KHAN Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br>v.<br><br>BIOGEN INC., MICHEL VOUNATSOS, ALFRED W. SANDROCK, JR., and SAMANTHA BUDD-HAEBERLEIN,<br><br>Defendants. | CASE No.: 1:21-cv-10479-IT<br><br><br>**DECLARATION OF JONATHAN HORNE REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL** |

I, JONATHAN HORNE, hereby declare as follows:

1.      I am a Partner at The Rosen Law Firm, P.A. ("Rosen"), counsel for Lead Plaintiff Nadia Shash and Named Plaintiffs Amjad Khan, and Albert Aftoora, and the Putative Class ("Plaintiffs"). I submit this declaration in support of Plaintiffs' Reply in the Memorandum of Law in Support of Plaintiffs' Motion for Class Certification and Appointment of Class Representatives. I submit this declaration solely to transmit documents to the Court.

2.      Attached as Exhibit 1 is a true and correct copy of the Deposition of Glenn Hubbard, Ph.D., dated 10-17-2025.

3.      Attached as Exhibit 2 is a true and correct copy of the Press Release titled "Biogen Reports Q3 2019 Revenues of $3.6 Billion," published October 22, 2019.

4.      Attached as Exhibit 3 is a true and correct copy of the Expert Reply Report of David I. Tabak, Ph.D.

5.      Attached as Exhibit 4 is a true and correct copy of the George A. Akerlof article, *The Market for 'Lemons': Quality Uncertainty and the Market Mechanism*, published in The Quarterly Journal of Economics, Volume 84, Issue 3 (Aug. 1970), 488-500.

1

6.    Attached as Exhibit 5 is a true and correct copy of transcripts of a Biogen Inc. Earnings Call Transcript held July 22, 2020.

7.    Attached as Exhibit 6 is a true and correct copy of a Biogen Inc. conference call held on December 5, 2019.

8.    Attached as Exhibit 7 is a true and correct copy of an email sent by Tristan Massie to Biogen employees on July 29, 2019, bates-stamped BIOGEN_0003478339.

9.    Attached as Exhibit 8 is a true and correct copy of an email sent by Tristan Massie to Biogen employees on August 14, 2019, bates-stamped BIOGEN_0003049773.

10.    Attached as Exhibit 9 is a true and correct copy of a report titled *A Closer Look at the Adu Briefing Docs and The Tale of Two FDAs* published by J.P. Morgan on November 4, 2020.

11.    Attached as Exhibit 10 is a true and correct copy of a chart showing Biogen's stock price from October 2019 to November 2020, along with historical data for select portions of the period.

12.    Attached as Exhibit 11 is a true and correct copy of an email sent by Samantha Budd Haeberlein to Biogen employees on May 31, 2020, bates-stamped BIOGEN_0002520957.

13.    Attached as Exhibit 12 is a true and correct copy of the *Rauch v. Vale S.A.*, 378 F. Supp. 3d 198 (E.D.N.Y. 2019) Hearing Transcript on August 5, 2024.

14.    Attached as Exhibit 13 is a true and correct copy of a report titled *RBC Mock AdComm Votes Against Adu As Our Discussion Becomes Dominated By Data Limitations; Tgt To $268* published by RBC Capital Markets on October 19, 2020.

15.    Attached as Exhibit 14 is a true and correct copy of a report titled *FDA politics at full display in alzh AdCom documents* published by Evercore ISI on November 4th, 2020.

16.     Attached as Exhibit 15 is a true and correct copy of an email sent by Ying Tian to Samantha Budd Haeberlein on November 26, 2019, bates-stamped BIOGEN_0002517478.

17.     Attached as Exhibit 16 is a true and correct copy of a report titled *2Q20 full postview: A strong quarter in spite of COVID, but questions about adu and CFO departure linger* published by Wolfe Research on July 22, 2020.

18.     Attached as Exhibit 17 is a true and correct copy of a report titled *Model Update After Second Quarter; All Eyes on Aducanumab Filing Acceptance* published by William Blair Comp. on July 22, 2020.

19.     Attached as Exhibit 18 is a true and correct copy of a report titled *BIIB: Increasing Target On 2Q20 Results, Aducanumab Remains Key* published by Wells Fargo on July 22, 2020.

20.     Attached as Exhibit 19 is a true and correct copy of a report titled *Briefing Documents: Do Stats Matter?* published by CGSCIMB on November 4, 2020.

21.     Attached as Exhibit 20 is a true and correct copy of an email sent by Samantha Budd Haeberlein to Biogen employees on November 23, 2020, bates-stamped BIOGEN_0003221181.

22.     Attached as Exhibit 21 is a true and correct copy of a report titled *Prepping for the AdCom: KOL sees FDA support of aducanumab BLA, pointing to a likely approval* published by Credit Suisse on November 5, 2020.

23.     Attached as Exhibit 22 is a true and correct copy of a report titled *Docs on Docs: Early Polling Results Are In…And It's in Favor of Adu* published by J.P. Morgan on November 5, 2020.

24.     Attached as Exhibit 23 is an appendix of cases.

25.     Attached as Exhibit 24 is a true and correct copy of a POS Adu slide deck dated August 27, 2020, bates-stamped BIOGEN_0003169795.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 5, 2025

*/s/ Jonathan Horne*
Jonathan Horne

**CERTIFICATE OF SERVICE**

I hereby certify that on November 5, 2025, a true and correct copy of the foregoing
**DECLARATION OF JONATHAN HORNE REPLY IN SUPPORT OF PLAINTIFFS'**

**MOTION FOR CLASS CERTIFICATION** was served by CM/ECF to parties registered to the Court's CM/ECF system.

/s/Laurence Rosen