# EXHIBIT 7
## FILED UNDER SEAL IN ITS ENTIRETY