# EXHIBIT 9

**J.P.Morgan**

North America Equity Research
04 November 2020

# Biogen

## A Closer Look at the Adu Briefing Docs and The Tale of Two FDAs

**Neutral**

**BIIB, BIIB US**
Price: $355.63
**04 Nov 2020**

While we believe that the FDA briefing documents for aducanumab were far more promising than the Street broadly anticipated (our initial take), we wanted to go deeper into the 343 page briefing doc, 11 other attachments, slide decks, pre-recordings, etc., to provide additional color heading into Friday's panel. Our overarching takeaway remains that the FDA showed its cards today, and it's quite evident, in our view, that the agency wants to approve this product. That said, our more thorough review was eye opening in terms of the conflict of opinions between the FDA reviewers and their statisticians, who are far more negative. We doubt whether this makes a difference on Friday (and it's questionable whether a statistician will even have a speaking presence), but any skeptical panelists could have branches to grab onto. At this point, we're increasingly doubtful they will, and in the end, we suspect that even a close negative vote isn't enough to dissuade the FDA on approval. Below, we walk through the rationale of both the FDA clinical team and the (opposing) statistical team…and also provide a quick overview of the panelists' voting history for good measure.

**Biotechnology – Large Cap**

**Cory Kasimov** AC
(1-212) 622-5266
cory.w.kasimov@jpmorgan.com
**Bloomberg** JPMA KASIMOV <GO>

**Turner Kufe, MD**
(1-212) 622-4104
turner.kufe@jpmchase.com

**Matthew T Holt, Ph.D.**
(1-212) 622-9602
matthew.t.holt@jpmorgan.com

**Gavin Scott**
(1-212) 622-0579
gavin.scott@jpmorgan.com

J.P. Morgan Securities LLC

### FDA Clinical Team's Story

- **If you had to sum up what the FDA is thinking…** here is a quote from the main FDA reviewer, Dr. Kevin Krudys, PhD on their presentation:

*"Based on the considerations described in this presentation, I have concluded that the applicant has provided substantial evidence of effectiveness to support approval."*

- **So how did we get there? Let's start from the top…on the futility analysis...** The FDA generally believes that the futility decision was not an accurate representation of the two studies and likely should not have been performed. As such, the results of Study 301 (ENGAGE) and 302 (EMERGE) are worthy of additional consideration.

*"It would have been more appropriate if futility had not been declared for those studies"*

*"We agree that the results of Studies 301 and 302 are interpretable and suitable for additional consideration."*

- **Ok, now that the futility analysis is out of the picture, we can move onto Study 302 (EMERGE)…** What are the FDA's thoughts on the more favorable of the two Phase 3 trials? The FDA adamantly considers '302 as a positive study and that the -0.39 benefit on CDR-SB (p=0.012) as both statistically significant and clinically meaningful. Furthermore, the data withstood the test of multiple sensitivity analyses. We note that there they were no sensitivity analyses on unblinding of subjects after protocol amendments due to ARIA (thereby removing substantial bias, in our view)…but we'll get to that in the stats review.

*"...the results of Study 302 are highly persuasive and the study is capable of providing the primary contribution to a demonstration of substantial evidence of effectiveness of aducanumab."*

**See page 7 for analyst certification and important disclosures.**

J.P. Morgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

Cory Kasimov
(1-212) 622-5266
cory.w.kasimov@jpmorgan.com

North America Equity Research
04 November 2020

J.P.Morgan

**Table 1: Change from Baseline to Week 78 on the CDR-SB, Primary Analysis and Pre-specified and Post Hoc Sensitivity Analyses in Study 302, ITT Population**

| | PBO decline (N=548) | Difference vs PBO (%) [a] p-value High dose (N=547) |
|---|---|---|
| CDR-SB (primary analysis) | 1.74 | -0.39 -22% 0.0120 |
| Censoring after intercurrent events [b] | 1.64 | -0.41 (-25%) 0.0119 |
| Copy Increment from reference [c] | 1.68 | -0.34 (-20%) 0.0289 |
| Jump to reference [d] | 1.68 | -0.33 (-20%) 0.0350 |
| Log transformation to correct skewness [e] | 1.40 | -0.49 (-35%) 0.0006 |
| Nonparametric test [f] | -- | Hodges-Lehmann estimate of median difference [f] -0.44 0.0041 |

Abbreviations: N = numbers of all randomized and dosed participants that were included in the analysis; PBO = placebo.

Source: FDA.gov

- The FDA also believes Study 3 02 is supported by dose-dependent changes in biomarker outcomes as well, including brain Aβ reduction and CSF Aβ levels as well as the impact on tau (again, we'll get to the stats views on this later).

- **Moving onto Study 301 (ENGAGE) and when the FDA relaxed its guidelines…**The FDA believes Study 301 is definitively anegative study…

*"Available data do not suggest the future use of Study 301 as an efficacy study providing independent evidence of effectiveness supporting the approval of aducanumab for the treatment of Alzheimer's disease."*

- …however, the FDA believes there was an imbalance of rapid progressors in '301 vs. '302 and therefore, '301 was disproportionately affected…

*"FDA agrees that (1) small imbalances in the number of rapid progressors can have a relatively large impact on the magnitude of the primary andsecondary endpoints using the primary analysis method and (2) the high dose arm in Study 301 was disproportionately affected by such an imbalance."*

- …and that removing those patients actually favors aducanumab. Data mine much?

*"This analysis resulted in a point estimate of the treatment effect for the high dose in Study 301 that favors aducanumab, indicating that small imbalances in the number of rapid progressors can have a relatively large impact on the magnitude of the primary and secondary endpoints using the primary analysis method."*

**Table 2: Number of patients with CDR-SB change from baseline of >8 at Week 78**

| | Study 301 | Study 302 |
|---|---|---|
| Placebo | 4 | 4 |
| Low Dose | 5 | 4 |
| High Dose | 9 | 5 |
| Total | 18 | 13 |

Source: FDA.gov

2

Cory Kasimov
(1-212) 622-5266
cory.w.kasimov@jpmorgan.com

North America Equity Research
04 November 2020

J.P.Morgan

- Additionally, dosing may have been a contributing factor to discordant results in '301 and '302 as well.

*"Patients in Study 301 with higher exposure to the 10 mg/kg dose demonstrated treatment effects similar to patients in Study 302."*

- **So what does the FDA conclude about the discordant results for high dose '301 and '302?** Basically, there are reasonable grounds to independently consider '302 (EMERGE - the positive one) for approval. We do take issue with this, as the prevailing thought was that *two* positive studies were required for approval.

*"These two factors* [rapid progressors & dosing] *contribute to the overall understanding of Study 301 and together do not meaningfully detract from the persuasiveness of Study 302. There were no findings from the exploration that represented evidence that aducanumab is not effective."*

*"FDA agrees that the understanding of the discordant results in the high dose arms of Studies 301 and 302, while not complete, is sufficient to allow for independent consideration of Study 302."*

- **On Study 103 (PRIME)…**Despite being a Phase 1b trial, the FDA views '103 as supportive of aducanumab based on (1) nominal statistical significance; and (2) dose response relationship between brain amyloid reductions and clinical endpoints.

*"The results of Study 103 are appropriately viewed as supportive evidence of the effectiveness of aducanumab."*

- **Does the FDA have any obvious concerns around safety?** Nope…the prerecorded video on this front was a whopping 6 mins with little additional details.

*"The safety profile of aducanumab is acceptable for the proposed indication."*

- **So, frequent MRI monitoring is going to be a significant barrier to uptake, right?** That sounds TBD, in our view.

*"If efficacy is demonstrated, then appropriate labeling language will address adverse reactions of concern. We agree that prescriber and patient education regarding ARIA is important. The appropriate methods to communicate and educate healthcare providers and patients about the risk of ARIA are still under consideration."*

- **So in case you forgot…**

*"Based on the considerations described in this presentation, I have concluded that the applicant has provided substantial evidence of effectiveness to support approval."*

- **…does the FDA normally say this?**

**FDA Statistical Team's Story**

- **Interestingly, the FDA stats team seems quite at odds with the clinical team, in our view.** We highly recommend you watch pre-recorded stats video. So what do they think?

Cory Kasimov
(1-212) 622-5266
cory.w.kasimov@jpmorgan.com

North America Equity Research
04 November 2020

J.P.Morgan

*"To summarize, at best the evidence in this application is from study 302 only and there exists compellingly conflicting phase 3 evidence. If this NME were approved it would likely present challenges to other Alzheimer's candidates in development."*

- **So what should we actually consider from '301 and '302 results?** We actually shouldn't consider the secondary endpoints at all. Since technically, the low dose was not met on the primary endpoint, secondary endpoints could not be tested on the high dose due to the multiplicity analysis. Also, we wanted to include the pooled data (Table 3; not stat sig at the high dose FWIW).

*"Because the low dose did not win on the primary endpoint in either study, with this multiplicity plan the possibility of claiming formal significance of the high dose on the key secondary endpoints is lost. However, the secondary results are displayed to allow consideration of the full data package"*

**Table 3: Two Phase 3 Primary Week 78 Results**

| | Study 301 | | | Study 302 | | | Studies 301+302 | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | Diff vs PBO * (%) p-value | | | Diff vs PBO * (%) p-value | | | Diff vs PBO * (%) p-value | |
| | PBO decline (n=545) | Low dose (N=547) | High dose (N=555) | PBO decline (n=548) | Low dose (N=543) | High dose (N=547) | PBO decline (n=1093) | Low dose (N=1090) | High dose (N=1102) |
| CDR-SB | 1.55 | -0.18 (-12%) 0.2362 | 0.03 (2%) 0.8252 | 1.74 | -0.25 (-14%) 0.1171 | -0.40 (-23%) 0.0101 | 1.64 | -0.21 (-13%) 0.0513 | -0.18 (-11%) 0.0974 |
| MMSE | -3.5 | 0.2 (-6%) 0.4875 | -0.1 (3%) 0.7961 | -3.3 | -0.1 (3%) 0.6900 | 0.5 (-15%) 0.0620 | -3.4 | 0 (0%) 0.8346 | 0.2 (-6%) 0.2621 |
| ADAS-Cog13 | 5.171 | -0.590 (-11%) 0.2475 | -0.605 (-12%) 0.2446 | 5.171 | -0.747 (-14%) 0.1672 | -1.395 (-27%) 0.0098 | 5.171 | -0.657 (-13%) 0.0764 | -0.989 (-19%) 0.0083 |
| ADCS-ADL-MCI | -3.8 | 0.7 (-18%) 0.1345 | 0.7 (-18%) 0.1520 | -4.3 | 0.7 (-16%) 0.1556 | 1.7 (-40%) 0.0009 | -4.0 | 0.7 (-18%) 0.0347 | 1.2 (-30%) 0.0005 |

*: difference vs placebo at week 78. Negative percentage means less progression in the treated arm.
eN: numbers of all randomized and dosed subjects that were included in the ITT analysis.

Source: FDA.gov

- **What impact does the futility analysis have?** Three key points here: (1) they question how a stopped trial could be efficacious; (2) there is potential operational bias therefore producing a bigger effect; and (3) you wind up having >40% missing at week 78.

*"It seems unlikely that a futility stopped trial could produce a clinically meaningful effect."*

*"A bigger effect observed in data after an interim is a concern for operational bias potentially creeping into the study conduct from the interim unblinding of data."*

- **Is there legitimacy to the FDA clinical team's rationale behind the "rapid progressors" explaining '301 failure and reason for throwing it out all together?** Our sense is no. Rather the stats reviewers believe it's due to "a systemic lack of efficacy." Performing a robust regression analysis that is "legitimate, more resistant to outlier analysis" demonstrated no difference between high dose and pbo in '301 (and is actually worse than the low dose).

*"Various analyses conducted by this statistical reviewer suggest that the rapid progressors in the high dose of 301 may be more of an indication of a systemic lack of efficacy."*

4

Cory Kasimov
(1-212) 622-5266
cory.w.kasimov@jpmorgan.com

North America  Equity Research
04 November 2020

J.P.Morgan

*"Two Statistical methods, robust regression and trimmed means, that are more designed for reliability in the presence of outliers than the prespecified primary analysis method also did not suggest a significant effect of the high dose in study 301. Since 301 is a large study this showed that the influence of any individual outlier patient is limited and the primary analysis of study 301 islegitimate and the conflicting phase 3 results issue remains."*

- **Wait. What?** Did the FDA just tell the FDA that their post-hoc data mining rationale of throwing out an entire trial is invalid? Sounds like it to us.

- **On the contentious subject of APOE4 carriers / non carriers the stats team provided a compelling analysis to show that the benefit seen in the PV4 group for APOE4 carriers was solely due to placebo worsening….**Indeed, no additional benefit was seen for the high dose aducanumab group in the 302 stud y (though one was seen in the 301 study).

*"Study 302 exhibits a dramatic worsening in placebo post-PV4, protocol amendment 4, compared to pre-PV4 in the stratum with the high dose increase, but no improvement of high dose post-PV4 compared to pre-PV4 high dose is apparent or high dose to low dose post pv4 despite PV4 implementation of the dose increase for the high dose."*

- …**And no benefit was shown at all for the APOE4 non-carriers.** This surprising result conflicts with BIIB's hypothesis that high aducanumab dosing leads to a better benefit as non-carriers were always able to dose up to 10mg/kg.

*"But again the paradox if 10 mg/kg is effective is that non-carriers got more consistent 10 mg/kg doses from the start of the study than the carriers who only received 10 mg/kg after the mid-study protocol amendment but they show consistently less treatment effect"*

- **Further… the stats reviewer calls into question the ARIA unblinded post-hoc subgroup analysis.**

*"It turns out that although excluding primary endpoint data for patients unblinded due to ARIA is somewhat reassuring not suggesting overt sensitivity to this issue it can't completely rule out bias due to ARIA unblinding by excluding cases. This is because exclusion or censoring of affected data for ARIA cases breaks the randomization and/or imbalances the treatment groups distributions of follow up"*

- **The stats team also questions whether the '103 study can truly be viewed as supportive given the discordant results.** This is based on the views that: (1) the '302 did not show efficacy at the 50 week time point (the latest time point looked at in the '103 study was 54 weeks); and (2) that efficacy was driven by APOE4 carries in the '302 study but non-carriers in the '103 trial.

*"Given the lower effects observed in phase 3 for the APOE non-carriers APOE subgroup effects were examined for this study and the opposite was found, the effect in non-carriers was almost twice that of carriers, a stark contrast from phase 3."*

- **The stats review found no correlation between biomarkers and clinical endpoints.**

Cory Kasimov
(1-212) 622-5266
cory.w.kasimov@jpmorgan.com

North America Equity Research
04 November 2020

J.P.Morgan

*"Therefore, it is not clear that there is any linkage between reduction in plaque and long term clinical change. This seems to call into question whether there is truly any evidence of disease slowing of Aducanumab."*

- **Lastly, an imbalance in geography was noted among the 301 and 302 studies**

*"...if we select only the better study our estimate is very likely biased, and we already know not consistently repeatable in our experience. Thus excluding data from a large trial without sufficient justification is unscientific, statistically inappropriate and misleading".*

- **Again... here's this:**

*"To summarize, at best the evidence in this application is from study 302 only and there exists compellingly conflicting phase 3 evidence. If this NME were approved it would likely present challenges to other Alzheimer's candidates in development."*

### Details on the Panelists

- We wanted to provide some historical context on the various panelists and how they have voted in the past. See the table below. We'd note it's skewed to voting against – but these are widely different data packages relative to aducanumab. There are 18 total members on the panel and 10 voting members. The table below is of recurring panelists.

**Table 4: Historical Vote on Risk / Benefit Profile by Panel Member**

| Drug: | Nathan Fountain | G. Caleb Alexander | Aaron Kesselheim | Richard Kryscio | Michelle Mielke | Chiadi Onyike | Joel Perlmutter |
|---|---|---|---|---|---|---|---|
| Epidiolex / cannabidiol | | Yes | | Yes | | Yes | Yes |
| ataluren (not approved) | No | No | No | No | No | No | No |
| Exondys 51 / eteplirsen | | No | No | No | No | No | |
| disapersen (not approved) | | No | No | | | No | |
| Hetlioz / tasimelteon | Yes | | | Yes | Yes | | |
| Lemtrada / alemtuzumab | Yes | No | | Yes | No | | |
| Belsomra / suvorexan | | | | | Yes | | |
| Vyndamax / tafamidis | Yes | | | | Yes | | |
| Azilect / rasagiline | No | | | | | | |
| Gilenya /fingolimod | | Yes | | | | | |
| Potiga / ezogabine | | No | | | | | |
| Famprya / fampridine | Yes | | | | | | |
| **% of votes in favor of risk / benefit profile:** | **67%** | **29%** | **0%** | **60%** | **50%** | **25%** | **50%** |

Source: FDA.gov; J.P. Morgan Estimates

Cory Kasimov
(1-212) 622-5266
cory.w.kasimov@jpmorgan.com

**North America  Equity Research**
04 November 2020

J.P.Morgan

**Analyst Certification:** The Research Analyst(s) denoted by an "AC" on the cover of this report certifies (or, where multiple Research Analysts are primarily responsible for this report, the Research Analyst denoted by an "AC" on the cover or within the document individually certifies, with respect to each security or issuer that the Research Analyst covers in this research) that: (1) all of the views expressed in this report accurately reflect the Research Analyst's personal views about any and all of the subject securities or issuers; and (2) no part of any of the Research Analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the Research Analyst(s) in this report. For all Korea-based Research Analysts listed on the front cover, if applicable, they also certify, as per KOFIA requirements, that the Research Analyst's analysis was made in good faith and that the views reflect the Research Analyst's own opinion, without undue influence or intervention.

All authors named within this report are Research Analysts unless otherwise specified. In Europe, Sector Specialists (Sales and Trading) may be shown on this report as contacts but are not authors of the report or part of the Research Department.

## Important Disclosures

- **Market Maker:** J.P. Morgan Securities LLC makes a market in the securities of Biogen.

- **Market Maker/ Liquidity Provider:** J.P. Morgan is a market maker and/or liquidity provider in the financial instruments of/related to Biogen.

- **Manager or Co-manager:** J.P. Morgan acted as manager or co-manager in a public offering of securities or financial instruments (as such term is defined in Directive 2014/65/EU) for Biogen within the past 12 months.

- **Client:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients: Biogen.

- **Client/Investment Banking:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as investment banking clients: Biogen.

- **Client/Non-Investment Banking, Securities-Related:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients, and the services provided were non-investment-banking, securities-related: Biogen.

- **Client/Non-Securities-Related:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients, and the services provided were non-securities-related: Biogen.

- **Investment Banking (past 12 months):** J.P. Morgan received in the past 12 months compensation for investment banking services from Biogen.

- **Investment Banking (next 3 months):** J.P. Morgan expects to receive, or intends to seek, compensation for investment banking services in the next three months from Biogen.

- **Non-Investment Banking Compensation:** J.P. Morgan has received compensation in the past 12 months for products or services other than investment banking from Biogen.

- **Debt Position:** J.P. Morgan may hold a position in the debt securities of Biogen, if any.

**Company-Specific Disclosures:** Important disclosures, including price charts and credit opinion history tables, are available for compendium reports and all J.P. Morgan–covered companies by visiting https://www.jpmm.com/research/disclosures, calling 1-800-477-0406, or e-mailing research.disclosure.inquiries@jpmorgan.com with your request. J.P. Morgan's Strategy, Technical, and Quantitative Research teams may screen companies not covered by J.P. Morgan. For important disclosures for these companies, please call 1-800-477-0406 or e-mail research.disclosure.inquiries@jpmorgan.com.

7

Cory Kasimov
(1-212) 622-5266
cory.w.kasimov@jpmorgan.com

**North America Equity Research**
04 November 2020

**J.P.Morgan**

**Biogen (BIIB, BIIB US) Price Chart**



| Date | Rating | Price ($) | Price Target ($) |
|---|---|---|---|
| 25-Jan-18 | OW | 346.50 | 404 |
| 09-Mar-18 | OW | 284.69 | 400 |
| 24-Jul-18 | OW | 358.13 | 445 |
| 23-Oct-18 | OW | 315.54 | 436 |
| 21-Mar-19 | N | 320.59 | 244 |
| 22-Oct-19 | N | 223.51 | 260 |
| 30-Jan-20 | N | 282.52 | 293 |
| 21-Jul-20 | N | 283.40 | 272 |
| 22-Jul-20 | N | 280.19 | 279 |
| 13-Oct-20 | N | 291.48 | 276 |
| 21-Oct-20 | N | 267.12 | 269 |

**Source: Bloomberg and J.P. Morgan; price data adjusted for stock splits and dividends.**
**Initiated coverage Jul 11, 2000. All share prices are as of market close on the previous business day.**

The chart(s) show J.P. Morgan's continuing coverage of the stocks; the current analysts may or may not have covered it over the entire period.

J.P. Morgan ratings or designations: OW = Overweight, N= Neutral, UW = Underweight, NR = Not Rated

### Explanation of Equity Research Ratings, Designations and Analyst(s) Coverage Universe:

J.P. Morgan uses the following rating system: Overweight [Over the next six to twelve months, we expect this stock will outperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Neutral [Over the next six to twelve months, we expect this stock will perform in line with the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Underweight [Over the next six to twelve months, we expect this stock will underperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Not Rated (NR): J.P. Morgan has removed the rating and, if applicable, the price target, for this stock because of either a lack of a sufficient fundamental basis or for legal, regulatory or policy reasons. The previous rating and, if applicable, the price target, no longer should be relied upon. An NR designation is not a recommendation or a rating. In our Asia (ex-Australia and ex-India) and U.K. small- and mid-cap equity research, each stock's expected total return is compared to the expected total return of a benchmark country market index, not to those analysts' coverage universe. If it does not appear in the Important Disclosures section of this report, the certifying analyst's coverage universe can be found on J.P. Morgan's research website, www.jpmorganmarkets.com.

**Coverage Universe: Kasimov, Cory W**: ACADIA Pharmaceuticals (ACAD), Acorda Therapeutics Inc. (ACOR), Alexion Pharmaceuticals (ALXN), Alkermes PLC (ALKS), Allogene (ALLO), Amgen Inc (AMGN), BioMarin Pharmaceuticals (BMRN), BioNTech (BNTX), Biogen (BIIB), Clovis Oncology (CLVS), Editas Medicine (EDIT), GW Pharmaceuticals (GWPH), Gilead Sciences (GILD), Incyte Corporation (INCY), Jounce Therapeutics (JNCE), Legend Biotech (LEGN), Moderna (MRNA), Novocure LTD (NVCR), Puma Biotechnology (PBYI), Regeneron Pharmaceuticals (REGN), Sage Therapeutics (SAGE), Seagen Inc (SGEN), Ultragenyx (RARE), Vertex Pharmaceuticals (VRTX), bluebird bio (BLUE)

### J.P. Morgan Equity Research Ratings Distribution, as of October 10, 2020

| | Overweight (buy) | Neutral (hold) | Underweight (sell) |
|---|---|---|---|
| J.P. Morgan Global Equity Research Coverage | 47% | 39% | 14% |
| IB clients* | 52% | 49% | 37% |
| JPMS Equity Research Coverage | 46% | 40% | 14% |
| IB clients* | 75% | 70% | 55% |

*Percentage of subject companies within each of the "buy," "hold" and "sell" categories for which J.P. Morgan has provided investment banking services within the previous 12 months. Please note that the percentages might not add to 100% because of rounding.

For purposes only of FINRA ratings distribution rules, our Overweight rating falls into a buy rating category; our Neutral rating falls into a hold rating category; and our Underweight rating falls into a sell rating category. Please note that stocks with an NR designation are not included in the table above. This information is current as of the end of the most recent calendar quarter.

Cory Kasimov
(1-212) 622-5266
cory.w.kasimov@jpmorgan.com

North America  Equity Research
04 November 2020

J.P.Morgan

**Equity Valuation and Risks:** For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at http://www.jpmorganmarkets.com, contact the primary analyst or your J.P. Morgan representative, or email research.disclosure.inquiries@jpmorgan.com. For material information about the proprietary models used, please see the Summary of Financials in company-specific research reports and the Company Tearsheets, which are available to download on the company pages of our client website, http://www.jpmorganmarkets.com. This report also sets out within it the material underlying assumptions used.

**Analysts' Compensation:** The research analysts responsible for the preparation of this report receive compensation based upon various factors, including the quality and accuracy of research, client feedback, competitive factors, and overall firm revenues.

## Other Disclosures

J.P. Morgan is a marketing name for investment banking businesses of JPMorgan Chase & Co. and its subsidiaries and affiliates worldwide.

All research material made available to clients are simultaneously available on our client website, J.P. Morgan Markets, unless specifically permitted by relevant laws. Not all research content is redistributed, e-mailed or made available to third-party aggregators. For all research material available on a particular stock, please contact your sales representative.

Any long form nomenclature for references to China; Hong Kong; Taiwan; and Macau within this research material are Mainland China; Hong Kong SAR, China; Taiwan, China; and Macau SAR, China.

**Options and Futures related research:** If the information contained herein regards options- or futures-related research, such information is available only to persons who have received the proper options or futures risk disclosure documents. Please contact your J.P. Morgan Representative or visit https://www.theocc.com/components/docs/riskstoc.pdf for a copy of the Option Clearing Corporation's Characteristics and Risks of Standardized Options or http://www.finra.org/sites/default/files/Security_Futures_Risk_Disclosure_Statement_2018.pdf for a copy of the Security Futures Risk Disclosure Statement.

**Changes to Interbank Offered Rates (IBORs) and other benchmark rates:** Certain interest rate benchmarks are, or may in the future become, subject to ongoing international, national and other regulatory guidance, reform and proposals for reform. For more information, please consult: https://www.jpmorgan.com/global/disclosures/interbank_offered_rates

**Private Bank Clients:** Where you are receiving research as a client of the private banking businesses offered by JPMorgan Chase & Co. and its subsidiaries ("J.P. Morgan Private Bank"), research is provided to you by J.P. Morgan Private Bank and not by any other division of J.P. Morgan, including, but not limited to, the J.P. Morgan Corporate and Investment Bank and its Global Research division

**Legal entity responsible for the production and distribution of research:** The legal entity identified below the name of the Reg AC Research Analyst who authored this material is the legal entity responsible for the production of this research. Where multiple Reg AC Research Analysts authored this material with different legal entities identified below their names, these legal entities are jointly responsible for the production of this research. Research Analysts from various J.P. Morgan affiliates may have contributed to the production of this material but may not be licensed to carry out regulated activities in your jurisdiction (and do not hold themselves out as being able to do so). Unless otherwise stated below, this material has been distributed by the legal entity responsible for production. If you have any queries, please contact the relevant Research Analyst in your jurisdiction or the entity in your jurisdiction that has distributed this research material.

**Legal Entities Disclosures and Country-/Region-Specific Disclosures:**
**Argentina:** JPMorgan Chase Bank N.A Sucursal Buenos Aires is regulated by Banco Central de la República Argentina ("BCRA"- Central Bank of Argentina) and Comisión Nacional de Valores ("CNV"- Argentinian Securities Commission" - ALYC y AN Integral N°51). **Australia:** J.P. Morgan Securities Australia Limited ("JPMSAL") (ABN 61 003 245 234/AFS Licence No: 238066) is regulated by the Australian Securities and Investments Commission and is a Market, Clearing and Settlement Participant of ASX Limited and CHI-X. This material is issued and distributed in Australia by or on behalf of JPMSAL only to "wholesale clients" (as defined in section 761G of the Corporations Act 2001). A list of all financial products covered can be found by visiting https://www.jpmm.com/research/disclosures. J.P. Morgan seeks to cover companies of relevance to the domestic and international investor base across all Global Industry Classification Standard (GICS) sectors, as well as across a range of market capitalisation sizes. If applicable, in the course of conducting public side due diligence on the subject company(ies), the Research Analyst team may at times perform such diligence through corporate engagements such as site visits, discussions with company representatives, management presentations, etc. Research issued by JPMSAL has been prepared in accordance with J.P. Morgan Australia's Research Independence Policy which can be found at the following link: J.P. Morgan Australia - Research Independence Policy. **Brazil**: Banco J.P. Morgan S.A. is regulated by the Comissao de Valores Mobiliarios (CVM) and by the Central Bank of Brazil. Ombudsman J.P. Morgan: 0800-7700847 / ouvidoria.j.p.morgan@jpmorgan.com **Canada**: J.P. Morgan Securities Canada Inc. is a registered investment dealer, regulated by the Investment Industry Regulatory Organization of Canada and the Ontario Securities Commission and is the participating member on

9

Cory Kasimov
(1-212) 622-5266
cory.w.kasimov@jpmorgan.com

North America Equity Research
04 November 2020

J.P.Morgan

Canadian exchanges. This material is distributed in Canada by or on behalf of J.P.Morgan Securities Canada Inc. **China:** J.P. Morgan Securities (China) Company Limited has been approved by CSRC to conduct the securities investment consultancy business. **Dubai**: JPMorgan Chase Bank, N.A., Dubai Branch is regulated by the Dubai Financial Services Authority (DFSA) and its registered address is Dubai International Financial Centre - The Gate, West Wing, Level 3 and 9 PO Box 506551, Dubai, UAE. This material has been distributed to persons regarded as professional clients or market counterparties as defined under the DFSA rules. **Germany**: This material is distributed in Germany by J.P. Morgan Securities plc, Frankfurt Branch, which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsich and also by J.P. Morgan AG ("JPM AG"), which is a member of the Frankfurt Stock Exchange, is authorised by the European Central Bank ("ECB") and is regulated by the Federal Financial Supervisory Authority (BaFin), JPM AG is a company incorporated in the Federal Republic of Germany with a registered office at Taunustor 1, 60310 Frankfurt am Main, the Federal Republic of Germany. **Hong Kong**: J.P. Morgan Securities (Asia Pacific) Limited (CE number AAJ321) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission in Hong Kong, and J.P. Morgan Broking (Hong Kong) Limited (CE number AAB027) is regulated by the Securities and Futures Commission in Hong Kong. JP Morgan Chase Bank, N.A., Hong Kong is organized under the laws of the United States with limited liability. **India**: J.P. Morgan India Private Limited (Corporate Identity Number - U67120MH1992FTC068724), having its registered office at J.P. Morgan Tower, Off. C.S.T. Road, Kalina, Santacruz East, Mumbai – 400098, is registered with the Securities and Exchange Board of India (SEBI) as a 'Research Analyst' having registration number INH000001873. J.P. Morgan India Private Limited is also registered with SEBI as a member of the National Stock Exchange of India Limited and the Bombay Stock Exchange Limited (SEBI Registration Number– INZ000239730) and as a Merchant Banker (SEBI Registration Number - MB/INM000002970). Telephone: 91-22-6157 3000, Facsimile: 91-22-6157 3990 and Website: www.jpmipl.com. For non-local research material, this material is not distributed in India by J.P. Morgan India Private Limited. **Indonesia**: PT J.P. Morgan Sekuritas Indonesia is a member of the Indonesia Stock Exchange and is regulated by the OJK a.k.a. BAPEPAM LK. **Korea**: This material is issued and distributed in Korea by or through J.P. Morgan Securities (Far East) Limited, Seoul Branch, which is a member of the Korea Exchange (KRX) and is regulated by the Financial Services Commission (FSC) and the Financial Supervisory Service (FSS). **Japan**: JPMorgan Securities Japan Co., Ltd. and JPMorgan Chase Bank, N.A.,Tokyo Branch are regulated by the Financial Services Agency in Japan. **Malaysia**: This material is issued and distributed in Malaysia by JPMorgan Securities (Malaysia) Sdn Bhd (18146X), which is a Participating Organization of Bursa Malaysia Berhad and holds a Capital Markets Services License issued by the Securities Commission in Malaysia. **Mexico**: J.P. Morgan Casa de Bolsa, S.A. de C.V.and J.P. Morgan Grupo Financiero are members of the Mexican Stock Exchange and are authorized to act as a broker dealer by the National Banking and Securities Exchange Commission. **New Zealand**: This material is issued and distributed by JPMSAL in New Zealand only to "wholesale clients" (as defined in the Financial Advisers Act 2008). JPMSAL is registered as a Financial Service Provider under the Financial Service providers (Registration and Dispute Resolution) Act of 2008. **Pakistan**: J. P. Morgan Pakistan Broking (Pvt.) Ltd is a member of the Karachi Stock Exchange and regulated by the Securities and Exchange Commission of Pakistan. **Philippines**: J.P. Morgan Securities Philippines Inc. is a Trading Participant of the Philippine Stock Exchange and a member of the Securities Clearing Corporation of the Philippines and the Securities Investor Protection Fund. It is regulated by the Securities and Exchange Commission. **Russia**: CB J.P. Morgan Bank International LLC is regulated by the Central Bank of Russia. **Singapore**: This material is issued and distributed in Singapore by or through J.P. Morgan Securities Singapore Private Limited (JPMSS) [MCI (P) 018/04/2020 and Co. Reg. No.: 199405335R], which is a member of the Singapore Exchange Securities Trading Limited, and/or JPMorgan Chase Bank, N.A., Singapore branch (JPMCB Singapore) [MCI (P) 052/09/2020], both of which are regulated by the Monetary Authority of Singapore. This material is issued and distributed in Singapore only to accredited investors, expert investors and institutional investors, as defined in Section 4A of the Securities and Futures Act, Cap. 289 (SFA). This material is not intended to be issued or distributed to any retail investors or any other investors that do not fall into the classes of "accredited investors," "expert investors" or "institutional investors," as defined under Section 4A of the SFA. Recipients of this material in Singapore are to contact JPMSS or JPMCB Singapore in respect of any matters arising from, or in connection with, the material. As at the date of this material, JPMSS is a designated market maker for certain structured warrants listed on the Singapore Exchange where the underlying securities may be the securities discussed in this material. Arising from its role as a designated market maker for such structured warrants, JPMSS may conduct hedging activities in respect of such underlying securities and hold or have an interest in such underlying securities as a result. The updated list of structured warrants for which JPMSS acts as designated market maker may be found on the website of the Singapore Exchange Limited: http://www.sgx.com. **South Africa**: J.P. Morgan Equities South Africa Proprietary Limited is a member of the Johannesburg Securities Exchange and is regulated by the Financial Services Board. **Taiwan**: J.P. Morgan Securities (Taiwan) Limited is a participant of the Taiwan Stock Exchange (company-type) and regulated by the Taiwan Securities and Futures Bureau. Material relating to equity securities is issued and distributed in Taiwan by J.P. Morgan Securities (Taiwan) Limited, subject to the license scope and the applicable laws and the regulations in Taiwan. According to Paragraph 2, Article 7-1 of Operational Regulations Governing Securities Firms Recommending Trades in Securities to Customers (as amended or supplemented) and/or other applicable laws or regulations, please note that the recipient of this material is not permitted to engage in any activities in connection with the material that may give rise to conflicts of interests, unless otherwise disclosed in the "Important Disclosures" in this material. **Thailand**: This material is issued and distributed in Thailand by JPMorgan Securities (Thailand) Ltd., which is a member of the Stock Exchange of Thailand and is regulated by the Ministry of Finance and the Securities and Exchange Commission, and its registered address is 3rd Floor, 20 North Sathorn Road, Silom, Bangrak, Bangkok 10500. **UK and European Economic Area (EEA)**: J.P. Morgan Securities plc ("JPMS plc") is a member of the London Stock Exchange and is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. Registered in England & Wales No. 2711006. Registered Office 25 Bank Street, London, E14 5JP. Unless specified to the contrary, material is distributed in the UK and the EEA by JPMS plc. This material is directed in the UK only to: (a) persons having professional experience in matters relating

10

Cory Kasimov
(1-212) 622-5266
cory.w.kasimov@jpmorgan.com

**North America  Equity Research**
04 November 2020

J.P.Morgan

to investments falling within article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) (Order) 2005 ("the FPO"); (b) persons outlined in article 49 of the FPO (high net worth companies, unincorporated associations or partnerships, the trustees of high value trusts, etc.); or (c) any persons to whom this communication may otherwise lawfully be made; all such persons being referred to as "relevant persons". This material must not be acted on or relied on by persons who are not relevant persons. Any investment or investment activity to which this material relates is only available to relevant persons and will be engaged in only with relevant persons. Research issued by JPMS plc has been prepared in accordance with JPMS plc's policy for prevention and avoidance of conflicts of interest related to the production of Research which can be found at the following link J.P. Morgan EMEA - Research Independence Policy. **U.S.**: J.P. Morgan Securities LLC ("JPMS") is a member of the NYSE, FINRA, SIPC, and the NFA. JPMorgan Chase Bank, N.A. is a member of the FDIC. Material published by non-U.S. affiliates is distributed in the U.S. by JPMS who accepts responsibility for its content.

**General:** Additional information is available upon request. The information in this material has been obtained from sources believed to be reliable. While all reasonable care has been taken to ensure that the facts stated in this material are accurate and that the forecasts, opinions and expectations contained herein are fair and reasonable, JPMorgan Chase & Co. or its affiliates and/or subsidiaries (collectively J.P. Morgan) make no representations or warranties whatsoever to the completeness or accuracy of the material provided, except with respect to any disclosures relative to J.P. Morgan and the Research Analyst's involvement with the issuer that is the subject of the material. Accordingly, no reliance should be placed on the accuracy, fairness or completeness of the information contained in this material. Any data discrepancies in this material could be the result of different calculations and/or adjustments. J.P. Morgan accepts no liability whatsoever for any loss arising from any use of this material or its contents, and neither J.P. Morgan nor any of its respective directors, officers or employees, shall be in any way responsible for the contents hereof, apart from the liabilities and responsibilities that may be imposed on them by the relevant regulatory authority in the jurisdiction in question, or the regulatory regime thereunder. Opinions, forecasts or projections contained in this material represent J.P. Morgan's current opinions or judgment as of the date of the material only and are therefore subject to change without notice. Periodic updates may be provided on companies/industries based on company-specific developments or announcements, market conditions or any other publicly available information. There can be no assurance that future results or events will be consistent with any such opinions, forecasts or projections, which represent only one possible outcome. Furthermore, such opinions, forecasts or projections are subject to certain risks, uncertainties and assumptions that have not been verified, and future actual results or events could differ materially. The value of, or income from, any investments referred to in this material may fluctuate and/or be affected by changes in exchange rates. All pricing is indicative as of the close of market for the securities discussed, unless otherwise stated. Past performance is not indicative of future results. Accordingly, investors may receive back less than originally invested. This material is not intended as an offer or solicitation for the purchase or sale of any financial instrument. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. The recipients of this material must make their own independent decisions regarding any securities or financial instruments mentioned herein and should seek advice from such independent financial, legal, tax or other adviser as they deem necessary. J.P. Morgan may trade as a principal on the basis of the Research Analysts' views and research, and it may also engage in transactions for its own account or for its clients' accounts in a manner inconsistent with the views taken in this material, and J.P. Morgan is under no obligation to ensure that such other communication is brought to the attention of any recipient of this material. Others within J.P. Morgan, including Strategists, Sales staff and other Research Analysts, may take views that are inconsistent with those taken in this material. Employees of J.P. Morgan not involved in the preparation of this material may have investments in the securities (or derivatives of such securities) mentioned in this material and may trade them in ways different from those discussed in this material.

"Other Disclosures" last revised October 10, 2020.

**Copyright 2020 JPMorgan Chase & Co. All rights reserved. This material or any portion hereof may not be reprinted, sold or redistributed without the written consent of J.P. Morgan.**