# EXHIBIT 10

**Bloomberg**

BIIB US Equity (Biogen Inc)
BIIB US Equity (Biogen Inc)



| | |
|---|---|
| ☐ Last Price | 248.59 |
| T High on 11/04/20 | 355.63 |
| ◆ Average | 287.883 |
| ⊥ Low on 10/18/19 | 220.06 |

⊞ Volume 1.698M

The BLOOMBERG PROFESSIONAL service, BLOOMBERG Data and BLOOMBERG Order Management Systems (the "Services") are owned and distributed locally by Bloomberg Finance L.P. ("BFLP") and its subsidiaries in all jurisdictions other than Argentina, Bermuda, China, India, Japan and Korea (the "BLP Countries"). BFLP is a wholly-owned subsidiary of Bloomberg L.P. ("BLP"). BLP provides BFLP with all global marketing and operational support and service for the Services and distributes the Services either directly or through a non-BFLP subsidiary in the BLP Countries. The Services include electronic trading and order-routing services, which are available only to sophisticated institutional investors and only where necessary legal clearances have been obtained. BFLP, BLP and their affiliates do not provide investment advice or guarantee the accuracy of prices or information in the Services. Nothing on the Services shall constitute an offering of financial instruments by BFLP, BLP or their affiliates. BLOOMBERG, BLOOMBERG PROFESSIONAL, BLOOMBERG MARKET, BLOOMBERG NEWS, BLOOMBERG ANYWHERE, BLOOMBERG TRADEBOOK, BLOOMBERG BONDTRADER, BLOOMBERG TELEVISION, BLOOMBERG RADIO, BLOOMBERG PRESS and BLOOMBERG.COM are trademarks and service marks of BFLP, a Delaware limited partnership, or its subsidiaries.

| Date | Open | High | Low | Close ⓘ | Adj Close ⓘ | Volume |
|---|---|---|---|---|---|---|
| Oct 29, 2019 | 294.76 | 299.89 | 294.74 | 297.50 | 297.50 | 2,391,300 |
| Oct 28, 2019 | 283.76 | 295.97 | 283.39 | 295.54 | 295.54 | 2,395,100 |
| Oct 25, 2019 | 285.34 | 290.18 | 284.10 | 288.04 | 288.04 | 2,163,900 |
| Oct 24, 2019 | 278.21 | 287.04 | 278.01 | 285.68 | 285.68 | 2,803,200 |
| Oct 23, 2019 | 285.24 | 286.67 | 275.66 | 278.82 | 278.82 | 5,522,400 |
| Oct 22, 2019 | 310.00 | 318.00 | 279.16 | 281.87 | 281.87 | 21,843,100 |
| Oct 21, 2019 | 222.00 | 225.78 | 221.56 | 223.51 | 223.51 | 2,358,100 |
| Oct 18, 2019 | 225.49 | 225.49 | 220.01 | 220.06 | 220.06 | 2,801,700 |
| Oct 17, 2019 | 227.85 | 228.97 | 223.48 | 225.60 | 225.60 | 1,776,600 |
| Oct 16, 2019 | 226.23 | 229.75 | 225.96 | 227.72 | 227.72 | 1,365,300 |
| Oct 15, 2019 | 225.41 | 228.33 | 225.16 | 226.06 | 226.06 | 1,976,600 |
| Oct 14, 2019 | 222.50 | 226.38 | 221.84 | 225.76 | 225.76 | 2,553,900 |
| Oct 11, 2019 | 225.44 | 227.50 | 220.51 | 223.21 | 223.21 | 2,388,300 |
| Oct 10, 2019 | 222.14 | 224.21 | 221.96 | 223.00 | 223.00 | 1,471,200 |
| Oct 9, 2019 | 223.15 | 224.15 | 221.90 | 222.13 | 222.13 | 1,429,300 |
| Oct 8, 2019 | 225.16 | 226.10 | 221.56 | 221.94 | 221.94 | 1,973,700 |
| Oct 7, 2019 | 225.64 | 229.76 | 224.00 | 226.99 | 226.99 | 1,572,000 |
| Oct 4, 2019 | 223.10 | 225.50 | 222.20 | 224.00 | 224.00 | 1,214,600 |
| Oct 3, 2019 | 221.70 | 223.48 | 219.70 | 222.50 | 222.50 | 1,827,500 |
| Oct 2, 2019 | 226.56 | 228.35 | 220.61 | 221.26 | 221.26 | 1,990,800 |
| Oct 1, 2019 | 232.76 | 234.04 | 224.67 | 227.20 | 227.20 | 1,805,800 |

| Date | Open | High | Low | Close ⓘ | Adj Close ⓘ | Volume |
|---|---|---|---|---|---|---|
| Nov 27, 2020 | 242.00 | 244.33 | 241.00 | 242.51 | 242.51 | 699,900 |
| Nov 25, 2020 | 243.10 | 244.47 | 239.73 | 241.75 | 241.75 | 1,122,400 |
| Nov 24, 2020 | 243.34 | 244.86 | 240.07 | 242.51 | 242.51 | 1,605,800 |
| Nov 23, 2020 | 245.00 | 245.72 | 241.17 | 243.38 | 243.38 | 1,251,200 |
| Nov 20, 2020 | 243.87 | 246.48 | 243.00 | 244.15 | 244.15 | 1,334,800 |
| Nov 19, 2020 | 241.42 | 245.55 | 240.50 | 244.01 | 244.01 | 1,222,000 |
| Nov 18, 2020 | 248.81 | 251.51 | 240.77 | 240.98 | 240.98 | 1,829,100 |
| Nov 17, 2020 | 251.18 | 254.41 | 247.91 | 248.81 | 248.81 | 1,371,600 |
| Nov 16, 2020 | 250.29 | 254.27 | 247.06 | 250.96 | 250.96 | 1,607,200 |
| Nov 13, 2020 | 243.65 | 249.13 | 241.89 | 248.59 | 248.59 | 1,697,600 |
| Nov 12, 2020 | 244.71 | 246.74 | 240.71 | 241.55 | 241.55 | 1,586,800 |
| Nov 11, 2020 | 239.80 | 249.44 | 238.08 | 244.03 | 244.03 | 2,332,100 |
| Nov 10, 2020 | 241.24 | 244.84 | 234.56 | 236.34 | 236.34 | 3,224,100 |
| Nov 9, 2020 | 230.82 | 239.50 | 223.25 | 236.26 | 236.26 | 9,252,600 |
| Nov 6, 2020 | 328.90 | 328.90 | 328.90 | 328.90 | 328.90 | 600 |
| Nov 5, 2020 | 348.00 | 348.00 | 321.50 | 328.90 | 328.90 | 5,070,300 |
| Nov 4, 2020 | 253.20 | 363.92 | 251.75 | 355.63 | 355.63 | 14,591,500 |
| Nov 3, 2020 | 250.52 | 251.80 | 243.57 | 247.01 | 247.01 | 1,449,800 |
| Nov 2, 2020 | 253.64 | 255.80 | 248.26 | 248.99 | 248.99 | 1,469,500 |
| Oct 30, 2020 | 247.26 | 252.21 | 243.73 | 252.07 | 252.07 | 1,413,500 |
| Oct 29, 2020 | 244.97 | 247.94 | 243.25 | 245.48 | 245.48 | 1,223,300 |
| Oct 28, 2020 | 251.03 | 253.21 | 244.18 | 244.26 | 244.26 | 1,647,700 |
| Oct 27, 2020 | 256.33 | 258.70 | 254.93 | 255.30 | 255.30 | 1,105,400 |
| Oct 26, 2020 | 263.51 | 264.18 | 255.83 | 256.76 | 256.76 | 1,241,000 |
| Oct 23, 2020 | 267.23 | 267.23 | 262.17 | 265.00 | 265.00 | 1,016,200 |
| Oct 22, 2020 | 268.75 | 269.19 | 262.50 | 266.80 | 266.80 | 1,280,300 |
| Oct 21, 2020 | 264.99 | 271.04 | 260.30 | 268.91 | 268.91 | 1,848,600 |
| Oct 20, 2020 | 270.45 | 271.98 | 266.09 | 267.12 | 267.12 | 1,155,400 |
| Oct 19, 2020 | 279.27 | 280.05 | 268.21 | 268.77 | 268.77 | 1,207,900 |
| Oct 16, 2020 | 282.43 | 284.49 | 279.51 | 280.01 | 280.01 | 843,100 |
| Oct 15, 2020 | 284.85 | 286.38 | 280.10 | 280.63 | 280.63 | 852,900 |
| Oct 14, 2020 | 292.99 | 292.99 | 286.00 | 289.02 | 289.02 | 976,400 |
| Oct 13, 2020 | 288.53 | 292.77 | 287.13 | 291.46 | 291.46 | 683,000 |
| Oct 12, 2020 | 289.28 | 293.34 | 285.78 | 291.48 | 291.48 | 1,130,000 |
| Oct 9, 2020 | 287.16 | 289.00 | 285.17 | 286.54 | 286.54 | 946,300 |
| Oct 8, 2020 | 287.40 | 288.44 | 285.35 | 286.92 | 286.92 | 504,300 |
| Oct 7, 2020 | 282.24 | 287.08 | 280.90 | 285.75 | 285.75 | 646,500 |
| Oct 6, 2020 | 284.17 | 285.90 | 279.39 | 281.15 | 281.15 | 758,100 |
| Oct 5, 2020 | 278.67 | 285.92 | 277.36 | 284.18 | 284.18 | 888,000 |
| Oct 2, 2020 | 281.65 | 285.47 | 276.06 | 277.64 | 277.64 | 976,000 |
| Oct 1, 2020 | 284.96 | 286.17 | 280.59 | 285.57 | 285.57 | 971,600 |