# EXHIBIT 11
## FILED UNDER SEAL IN ITS ENTIRETY