# EXHIBIT 13

EQUITY RESEARCH



# Capital Markets

RBC Capital Markets, LLC
**Brian Abrahams, M.D.**
(Analyst)
(212) 858-7066
brian.abrahams@rbc.com
**David Szeto, PharmD**
(Senior Associate)
(646) 901-1864
david.szeto@rbccm.com

**Leonid Timashev, Ph.D.**
(Associate)
(212) 437-9931
leonid.timashev@rbccm.com
**Gregory Renza, M.D.**
(Analyst)
(212) 858-7065
gregory.renza@rbc.com

**Sector: Biotechnology**

October 19, 2020

# Biogen Inc.

## RBC Mock AdComm Votes Against Adu As Our Discussion Becomes Dominated By Data Limitations; Tgt To $268

**Our view:** On Friday, we hosted a mock aducanumab AdComm and despite a balanced mix of panelist opinions going in, the discussion surfaced many dataset limitations, complexities, and unknowns that ultimately culminated in a negative "vote" -- potentially previewing the 11/6 panel. Though recent expedited review actions suggest FDA could still be open to ultimate approval, we see an increasing likelihood of negatively-skewing briefing docs and panel and therefore an unfavorable NT setup -- especially considering recent outsized downside for other large-caps experiencing setbacks to high-visibility pipeline programs viewed as key LT growth drivers. Lowering adu PoS to 25% and tgt to $268.

**Key points:**

### RBC's Mock FDA AdComm On BIIB's Aducanumab

| FINAL VOTES: | YES | NO | ABSTAIN |
|---|---|---|---|
| Efficacy established? | 1 | 7 | 0 |
| Safety well-characterized? | 4 | 2 | 2* |
| Approval? | 2 | 6 | 0 |

\* Includes one "maybe"

*A replay of our mock AdComm is temporarily available here.*

**Lowering targeted to $268 on our increased caution into the adu briefing documents and panel, where we see a less favorable NT setup.** Overall, our event indicated to us that the adu data are flawed enough that it may be difficult for even the most hopeful clinician on the 11/6 AdComm - especially if the discussion steers towards the statistical/methodological uncertainties - to vote favorably on adu's efficacy or approvability, even if the risk part of the benefit/risk equation is viewed as relatively benign. As such, we are now more inclined to expect FDA briefing docs and a panel discussion/vote that skews negatively and are reducing our ultimate PoS to 25%. We are not altering our out-year peak sales ests. if successful, which remain at $6.4B ($3.8B to BIIB) -- highly meaningful for the company, but still below the Street (~$9B cons.) due to uptake, pricing, and compliance limitations reaffirmed by our panelists. Removing adu from our model would yield a DCF-based fair value of ~$225 (though clearly negative briefing documents/panel could cause shares to overshoot to the downside); we est. fair value on adu approval (or de-risking of the approval path on a positive panel) would be ~$350 though shares would likely overshoot to the upside.

*(cont. on page 3)*

## Sector Perform
NASDAQ: BIIB; USD 280.01

## Price Target USD 268.00 ↓ 281.00

| WHAT'S INSIDE | | |
|---|---|---|
| ☐ Rating/Risk Change | ☑ Price Target Change | |
| ☐ In-Depth Report | ☑ Est. Change | |
| ☐ Preview | ☐ News Analysis | |

## Scenario Analysis*

| | Downside Scenario | Price Target | Current Price | Upside Scenario |
|---|---|---|---|---|
| | 200.00 | 268.00 | 280.01 | 360.00 |
| | ↓ 29% | ↓ 4% | | ↑ 29% |

*Implied Total Returns

## Key Statistics

| | | | |
|---|---|---|---|
| Shares O/S (MM): | 160.9 | Market Cap (MM): | 45,054 |
| Dividend: | 0.00 | Yield: | 0.0% |
| | | Avg. Daily Volume: | 1,101,399 |

## RBC Estimates

| FY Dec | 2019A | 2020E | 2021E | 2022E |
|---|---|---|---|---|
| **EPS, Ops Diluted** | 33.57 | 31.07 | 23.98 | 23.13 |
| Prev. | | | 24.02 | 23.28 |
| **P/E** | 8.3x | 9.0x | 11.7x | 12.1x |
| **Revenue** | 14,378.0 | 13,702.0 | 10,538.0 | 10,488.0 |
| Prev. | | | 10,553.0 | 10,546.0 |

| EPS, Ops Diluted | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2019 | 6.98A | 9.15A | 9.17A | 8.34A |
| 2020 | 9.14A | 10.26A | 7.72E | 3.70E |
| **Revenue** | | | | |
| 2019 | 3,490.0A | 3,617.0A | 3,600.0A | 3,671.0A |
| 2020 | 3,534.0A | 3,682.0A | 3,345.0E | 3,141.0E |

Revenue: $ in millions
All values in USD unless otherwise noted.

Disseminated: Oct 19, 2020 05:00ET; Produced: Oct 19, 2020 03:33ET
Priced as of prior trading day's market close, EST (unless otherwise noted).
**For Required Conflicts Disclosures, see Page 9.**

Provided for the exclusive use of Karen Jewell at Biogen Inc. on 19-Mar-2021 02:04 PM.

**Capital Markets**
RBC®

**Biotechnology**
**Biogen Inc.**

## Target/Upside/Downside Scenarios

Exhibit 1: Biogen Inc.



Source: Bloomberg and RBC Capital Markets estimates for Upside/Downside/Target

### Price target/base case

Our base case of $268 assumes the existing MS franchise with Tecfidera generic entrants potentially eroding sales to ~ $5B/year as early as 2021 and Spinraza peaks around $2B, with a 25% POS for aducanumab's >$6B potential out-year opportunity. Our $268 price target is derived from a DCF, which uses a 9% discount rate and a 1.8% terminal growth rate.

### Upside scenario

Greater-than-expected resiliency of Spinraza, aducanumab approval, and pipeline/BD success would lead to upside to our estimates. In such a scenario, we believe that fair value, based on DCF, could be $360/share.

### Downside scenario

Failure of BIIB's medium/late-stage pipeline products including adu, greater-than-expected Spinraza erosion from competition, and NT Tecfidera genericization would lead to downside to our estimates and a DCF valuation of $200/share.

## Investment summary

We believe the competitive dynamics into 4Q20 could limit share upside, and we remain cautious on the potential for aducanumab regulatory approval. We believe revenues from its core MS franchise will be flat to down over the long term, and following our detailed analysis of the unique dynamics for Spinraza, we think the Street may be overly optimistic about peak sales potential for this product. Given that, we believe discounted future cash flows for BIIB justify a valuation with limited implied upside from where the stock currently trades, and we would look for further developments within the management team's strategic priorities, including BD as well as additional pipeline data, to gain better visibility on whether future growth prospects might support an expanded multiple and more meaningful potential stock inflection.

**Key positives:** (1) MS franchise should continue to generate substantial future cash flows; (2) strong Spinraza launch likely to continue near-term; and (3) little credit given to pipeline, and management's strategic initiatives could be well received.

**Key risks:** (1) Increasing competition/generic and pricing compression in MS space could erode LT revenues; and (2) unique competitive dynamics in SMA could lead to early, lower-than-expected Spinraza peak.

**Potential catalysts:** (1) potential opicinumab ph.II data in RRMS (2H20); (2) adu AdComm and PDUFA (Nov 6/1Q21); and (3) Ph.III data from tofersen in ALS (2H21).

October 19, 2020    **Brian Abrahams, M.D.** (212) 858-7066; brian.abrahams@rbc.com    2

Provided for the exclusive use of Karen Jewell at Biogen Inc. on 19-Mar-2021 02:04 PM.



**Biotechnology**
**Biogen Inc.**

*(cont. from front page)*

**Lowering target (cont'd):** At $281, shares therefore appear to reflect adu's approval potential as being just under a coin flip, which we believe may be optimistic and creates a less favorable NT setup - though we acknowledge there is likely limited value for the rest of BIIB's pipeline which could start to emerge next year if adu prospects dim.

**We hosted a panel discussion designed to mirror the upcoming 11/6 FDA AdComm on BIIB's aducanumab.** The composition of our panel, designed to mimic the FDA's Peripheral and CNS Drug Advisory Committee Roster, consisted of a **(1)** clinically focused academic neurologist following hundreds of AD patients, **(2)** physician scientist splitting time between Aβ metabolism/ApoE research and the clinic, **(3)** neurologist focusing on both clinical work and planning all operational considerations for potential aducanumab availability, **(4)** neurologist trained in statistics and clinical trial methodology with decades of experience working with the FDA including with AdComms, and **(5)** biostatistician with extensive Alzheimer's trial experience including with the FDA and as the current Biostatistics Core director of DIAN-TTU. We also included three remote KOLs in our voting questions, a group comprised of a **(6)** PhD scientist with research focused on molecular pathology of AD, **(7)** clinical neurologist with an academic practice focused on AD and dementia, and **(8)** chief of neurology at a leading academic center. Our panelists were provided with the key publicly-available adu ph.Ib and ph.III data presentations and publications ahead of our event.

**On efficacy, our panelists voted 1-7, concluding that the existing data does not establish the efficacy of aducanumab for patients with early-stage AD:**

- **Clinical meaningfulness:** Several panelists found adu's effect size modest over 18mo and difficult to appreciate clinically, but with the expectation this will likely grow over time and directionally reassuring QOL measures like ADCS-ADL-MCI, viewed benefits as reasonable in light of a lack of options. On the other hand, others found clinical meaningfulness difficult to interpret in light of the complex dataset.

- **EMERGE as a potentially positive study:** Our statistician found the use of MMRM to impute missing data to be a legitimate and well-established methodology (though the low likelihood the statistical analysis plan contemplated assessment after stoppage for futility adds a wrinkle). However, he and other panelists expressed substantial concern on whether completers not administratively truncated represented an inherently different population more apt to do better (e.g. healthier, more motivated, slower progressing), results could have been biased by ARIA increasing dropouts among faster-progressing ApoE4+ pts (as they believe occurred in PRIME), and/or occurrence of ARIA functionally unblinded the study.

- **ENGAGE post-hoc data:** Panelists expressed significant concern about the believability of BIIB's post-hoc analysis around a dose/exposure link to efficacy, with our clinicians pointing out the intrinsic AD trial limitation of endpoints varying by more in each measurement – even perhaps for the same patient – than expected overall effect size. The statistician also pointed out post-hoc analyses such as these are often not replicable and as such do not typically bear much weight with the FDA. Other issues not fully discussed during our panel but which we believe may also be a hurdle for viewing ENGAGE as supportive include 1) lesser placebo declines in the post-PV4 (protocol version 4, once pts had opportunity for fuller adu doses) group, 2) comparable biological activity on PET SUVR changes in high doses of both studies despite disparate results, and 3) apparent paradox of need for higher adu exposure with the post-PV4 cut to demonstrate high-dose efficacy despite lower doses with lower exposures still showing modest effects. We do note the ph.Ib PRIME study, rather than ENGAGE, could still potentially serve as a "supportive" study, though this may be difficult with only ~30 patients at the go-forward dose.

October 19, 2020                                                    **Brian Abrahams, M.D.** (212) 858-7066; brian.abrahams@rbc.com    3

Provided for the exclusive use of Karen Jewell at Biogen Inc. on 19-Mar-2021 02:04 PM.

**Biotechnology**
**Biogen Inc.**

**On safety, our panelists voted 4-2 (1 abstain, 1 maybe leaning towards yes) that data are adequate to characterize the potential risk of aducanumab-related AEs, expressing no major NT concern about ARIA risk:**

- **ARIA:** Our panelists generally agreed that the understanding of ARIA has evolved and is believed to be manageable and unconcerning, as most pts resolve. As such, though they may want more info on recovery and longer-term effects (which would need to be addressed in post-marketing studies), they would not view it as a major hurdle to approval or usage – though did note in real-world practice, it could be logistically challenging to monitor for especially absent any clear guidelines on management.
- **Other AEs:** Panelists did not express any major concern about any other potential AEs related to adu for approval, though panelists generally agreed any potential approval would likely come with post-marketing surveillance of long-term AEs, which would be important for keeping an eye out for rates of less common potential AEs such as major intracranial bleeds.

**Our panelists ultimately voted 2-6 on approval, with the complexity of interpreting the data generally outweighing potential scientific rationale, efficacy signals, and benign safety – though a few were on the fence.** Those favoring approval pointed out that despite mixed data from "substandard" clinical trial design/execution, the totality of results, including biomarker data on amyloid/tau and longer-term follow-up, support a likely benefit. Those against were unconvinced around clinical/statistical evidence of benefit, and the paradox of the highest responders potentially being most likely to be harmed by the therapy. We note three of the panelists who ultimately voted "no" seemed somewhat on the fence, noting FDA could steer a discussion towards a lower bar for indications of benefit and that the urgent need might still convince them to try the relatively safe drug in their pts if ultimately approved.

**How could the actual panel differ, and perhaps be more positive?**

1. **Panel composition:** There was one particularly vocal aducanumab bear on our panel who appeared to sway other panelists; while this clearly demonstrates that data are shaky enough that someone stridently emphasizing its shortcomings could make other panelists more sheepish about supporting approval, it also suggests that a different panel composition with stronger optimistic clinician personalities rather than critical statisticians could play out differently.
2. **Patient advocacy**: We perhaps expect more resonant opinions at the actual Open Public Hearing, potentially more strongly supportive than the AD org statement shared at our mock AdComm, which could influence not just the ultimate AdComm vote but also FDA's ultimate benefit/risk assessment.
3. **Fast Track**: Though we continue to believe the totality of data do not appear to meet the minimum regulatory bar laid out by the FDA – substantial evidence demonstrated at least by one positive well-controlled trial with another supportive study – one panelist higlighted adu's Fast Track designation potentially creating room for a looser regulatory threshold to demonstrate benefit. Particularly in combination with a favorable panel composition and/or vocal advocates, we could perhaps see an increased level of subjectivity be introduced by this designation.
4. **Political climate:** We would be remiss without acknowledging the political climate, both internally evolving at the FDA and externally this election year – particularly given the anticipated timing of briefing docs and AdComm – that could potentially influence FDA's view and briefing documents.
5. **Undisclosed data**: BIIB likely conducted many post-hoc analyses, and our panelists would have liked to see additional stratified analyses of ApoE+/- carriers across both treatment and placebo arms, pooled analyses of EMERGE and ENGAGE, and sensitivity analyses to

Provided for the exclusive use of Karen Jewell at Biogen Inc. on 19-Mar-2021 02:04 PM.



characterize robustness of presented data and better quantification of missing data. Though our sense is that data not yet disclosed to date are unlikely to be overly positive, it is possible FDA finds supportive data the public has not yet been made aware of (e.g., oral ph.IIIb EMBARK data presentation at CTAD on 11/4 – the same day we anticipate availability of briefing docs).

Provided for the exclusive use of Karen Jewell at Biogen Inc. on 19-Mar-2021 02:04 PM.

**RBC Capital Markets**

**Biotechnology**
**Biogen Inc.**

## Exhibit 2: Aducanumab Revenue Build

| | 2019A | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Alzheimer's disease** | | | | | | | | | | | |
| **U.S.** | | | | | | | | | | | |
| U.S. Population | 330,841,914 | 333,323,228 | 335,823,153 | 338,341,826 | 340,879,390 | 343,435,985 | 346,011,755 | 348,606,844 | 351,221,395 | 353,855,555 | 356,509,472 |
| Total AD pts | 5,458,892 | 5,499,833 | 5,541,082 | 5,582,640 | 5,624,510 | 5,666,694 | 5,709,194 | 5,752,013 | 5,795,153 | 5,838,617 | 5,882,406 |
| Prodromal/mild disease | 3,002,390 | 3,024,908 | 3,047,595 | 3,070,452 | 3,093,480 | 3,116,682 | 3,140,057 | 3,163,607 | 3,187,334 | 3,211,239 | 3,235,323 |
| | | | | | | | | | | | |
| Total ApoE4 non-carriers | 1,200,956 | 1,209,963 | 1,219,038 | 1,228,181 | 1,237,392 | 1,246,673 | 1,256,023 | 1,265,443 | 1,274,934 | 1,284,496 | 1,294,129 |
| *% penetration* | | 0% | 2.50% | 7% | 10% | 13% | 16% | 18% | 21% | 22.500% | 23.500% |
| | | | | | | | | | | | |
| Total ApoE4 carriers | 1,801,434 | 1,814,945 | 1,828,557 | 1,842,271 | 1,856,088 | 1,870,009 | 1,884,034 | 1,898,164 | 1,912,400 | 1,926,743 | 1,941,194 |
| *% penetration* | | 0% | 1.50% | 5% | 7% | 9% | 11% | 13% | 15% | 16% | 17.00% |
| | | | | | | | | | | | |
| Total number of pts on aducanumabBAN2401 | - | - | 57,904 | 162,734 | 244,385 | 321,018 | 392,507 | 465,050 | 538,659 | 597,290 | 634,123 |
| | | | | | | | | | | | |
| Price | | | | | | | | | | | |
| *% growth* | | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% | 3.5% |
| Annual gross price (WAC) | | $8,000 | $8,280 | $8,570 | $8,870 | $9,180 | $9,501 | $9,834 | $10,178 | $10,534 | $10,903 |
| *Gross/net* | | 20% | 20% | 21% | 21% | 21% | 22% | 22% | 22% | 22% | 23% |
| Net price per year | | $6,400 | $6,599 | $6,804 | $7,016 | $7,234 | $7,459 | $7,690 | $7,929 | $8,175 | $8,428 |
| *% compliance* | | 72% | 72% | 72% | 72% | 72% | 72% | 72% | 72% | 72% | 72% |
| **Total U.S. aducanumab sales** | - | - | $275,126,247 | $797,263,493 | $1,234,509,639 | $1,672,013,414 | $2,107,858,190 | $2,574,964,300 | $3,075,081,930 | $3,515,544,496 | $3,848,034,025 |
| *% royalty to Eisai* | | 45% | 45% | 45% | 45% | 45% | 45% | 45% | 45% | 45% | 45% |
| **Total U.S. aducanumab revenues to BIIB** | - | | $151,319,436 | $438,494,921 | $678,980,302 | $919,607,378 | $1,159,322,004 | $1,416,230,365 | $1,691,295,062 | $1,933,549,473 | $2,116,418,714 |
| **EU** | | | | | | | | | | | |
| EU Population | 322,201,982 | 323,007,487 | 323,815,006 | 324,624,544 | 325,436,105 | 326,249,695 | 327,065,319 | 327,882,983 | 328,702,690 | 329,524,447 | 330,348,258 |
| Total AD pts | 5,316,333 | 5,329,624 | 5,342,948 | 5,356,305 | 5,369,696 | 5,383,120 | 5,396,578 | 5,410,069 | 5,423,594 | 5,437,153 | 5,450,746 |
| Prodromal/mild disease | 2,923,983 | 2,931,293 | 2,938,621 | 2,945,968 | 2,953,333 | 2,960,716 | 2,968,118 | 2,975,538 | 2,982,977 | 2,990,434 | 2,997,910 |
| | | | | | | | | | | | |
| Total ApoE4 non-carriers | 1,169,593 | 1,172,517 | 1,175,448 | 1,178,387 | 1,181,333 | 1,184,286 | 1,187,247 | 1,190,215 | 1,193,191 | 1,196,174 | 1,199,164 |
| *% penetration* | | 0% | 0% | 3% | 7% | 10% | 13% | 16% | 18% | 21% | 23% |
| | | | | | | | | | | | |
| Total ApoE4 carriers | 1,754,390 | 1,758,776 | 1,763,173 | 1,767,581 | 1,772,000 | 1,776,430 | 1,780,871 | 1,785,323 | 1,789,786 | 1,794,261 | 1,798,746 |
| *% penetration* | | 0% | 0% | 2% | 5% | 7% | 9% | 11% | 13% | 15% | 16% |
| | | | | | | | | | | | |
| Total number of pts on aducanumabBAN2401 | - | - | - | 55,973 | 156,527 | 233,897 | 305,716 | 371,942 | 438,498 | 505,383 | 557,611 |
| | | | | 0 | | | | | | | |
| Price | | | | | | | | | | | |
| Net price per year | | $4,736 | $4,883 | $5,035 | $5,192 | $5,353 | $5,519 | $5,691 | $5,867 | $6,049 | $6,237 |
| *% compliance* | | 72% | 72% | 72% | 72% | 72% | 72% | 72% | 72% | 72% | 72% |
| **Total EU aducanumab sales** | - | - | - | $202,925,672 | $585,113,304 | $901,499,851 | $1,214,909,599 | $1,523,977,584 | $1,852,427,998 | $2,201,200,997 | $2,503,966,097 |
| *% royalty to Eisai* | | 31.5% | 31.5% | 31.5% | 31.5% | 31.5% | 31.5% | 31.5% | 31.5% | 31.5% | 31.5% |
| **Total EU aducanumab revenues to BIIB** | - | - | $139,004,085 | $400,802,613 | $617,527,398 | $832,213,075 | $1,043,924,645 | $1,268,913,179 | $1,507,822,683 | $1,715,216,776 | |
| | | | | | | | | | | | |
| **Total WW aducanumab sales** | - | - | $275,126,247 | $1,000,189,165 | $1,819,622,943 | $2,573,513,266 | $3,322,767,788 | $4,098,941,883 | $4,927,509,928 | $5,716,745,493 | $6,352,000,122 |
| | | | | | | | | | | | |
| **Total WW aducanumab revenues to BIIB** | - | - | $151,319,436 | $577,499,006 | $1,079,782,915 | $1,537,134,776 | $1,991,535,079 | $2,460,155,010 | $2,960,208,240 | $3,441,372,156 | $3,831,635,490 |
| *% probability of success* | | 25% | 25% | 25% | 25% | 25% | 25% | 25% | 25% | 25% | 25% |
| **WW prob-adjusted aducanumab revenues** | - | - | $37,829,859 | $144,374,752 | $269,945,729 | $384,283,694 | $497,883,770 | $615,038,752 | $740,052,060 | $860,343,039 | $957,908,872 |

Source: RBC Capital Markets estimates; Company reports

October 19, 2020

**Brian Abrahams, M.D.** (212) 858-7066; brian.abrahams@rbc.com    6

Provided for the exclusive use of Karen Jewell at Biogen Inc. on 19-Mar-2021 02:04 PM.



**Biotechnology**
**Biogen Inc.**

## Exhibit 3: BIIB Income Statement

| Biogen Inc. (BIIB) | | | 2020 | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ($ in millions except per share data) | 2018A | 2019A | 1Q20A | 2Q20A | 3Q20E | 4Q20E | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E |
| Tecfidera/Vumerity | $4,274 | $4,437 | $1,100 | $1,190 | $1,081 | $710 | $4,081 | $1,332 | $1,288 | $1,335 | $1,382 | $345 | $346 | $346 | $347 | $348 |
| U.S. | 3,253 | 3,312 | 777 | 922 | 811 | 436 | 2,945 | 219 | 203 | 273 | 343 | 345 | 346 | 346 | 347 | 348 |
| Rest of world | 1,021 | 1,125 | 323 | 269 | 271 | 274 | 1,136 | 1,113 | 1,085 | 1,062 | 1,039 | - | - | - | - | - |
| Avonex | 1,915 | 1,666 | 367 | 388 | 376 | 409 | 1,540 | 1,396 | 1,308 | 1,246 | 1,195 | 1,146 | 1,100 | 1,054 | 1,011 | 969 |
| U.S. | 1,420 | 1,202 | 249 | 279 | 261 | 293 | 1,081 | 960 | 895 | 853 | 821 | 790 | 759 | 730 | 702 | 675 |
| Rest of world | 496 | 464 | 118 | 110 | 115 | 116 | 459 | 435 | 413 | 393 | 375 | 357 | 340 | 324 | 309 | 294 |
| Plegridy | 447 | 436 | 100 | 93 | 92 | 96 | 382 | 368 | 361 | 360 | 359 | 358 | 357 | 356 | 354 | 353 |
| U.S. | 248 | 225 | 44 | 45 | 44 | 48 | 181 | 168 | 163 | 164 | 164 | 165 | 165 | 165 | 166 | 166 |
| Rest of world | 199 | 211 | 56 | 48 | 49 | 48 | 201 | 200 | 197 | 196 | 194 | 193 | 192 | 190 | 189 | 187 |
| Tysabri | 1,864 | 1,892 | 523 | 432 | 456 | 476 | 1,887 | 1,821 | 1,786 | 1,769 | 1,753 | 1,736 | 1,719 | 1,701 | 1,684 | 1,666 |
| U.S. | 1,025 | 1,042 | 278 | 244 | 272 | 280 | 1,075 | 1,017 | 992 | 981 | 971 | 960 | 948 | 937 | 925 | 913 |
| Rest of world | 839 | 850 | 245 | 188 | 183 | 196 | 812 | 804 | 794 | 788 | 782 | 776 | 770 | 765 | 759 | 753 |
| Zinbryta ROW Revenues | 1 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Fampyra | 93 | 97 | 28 | 23 | 24 | 24 | 99 | 99 | 99 | 99 | 99 | 99 | 99 | 99 | 99 | 99 |
| Spinraza | 1,725 | 2,097 | 565 | 495 | 510 | 512 | 2,081 | 1,918 | 1,818 | 1,667 | 1,494 | 1,332 | 1,202 | 1,087 | 986 | 895 |
| U.S. | 854 | 934 | 235 | 210 | 217 | 226 | 888 | 874 | 853 | 814 | 768 | 731 | 710 | 689 | 669 | 650 |
| Rest of world | 871 | 1,163 | 330 | 284 | 293 | 286 | 1,193 | 1,044 | 965 | 854 | 725 | 601 | 492 | 398 | 317 | 246 |
| Aducanumab (25% probability weighted) | | - | - | - | - | - | - | 38 | 144 | 270 | 384 | 498 | 615 | 740 | 860 | 958 |
| NSR-REP1 (25% probability weighted) | | - | - | - | - | - | - | - | 15 | 57 | 104 | 146 | 182 | 214 | 248 | 283 |
| Opicinumab (7% probability weighted) | | - | - | - | - | - | - | - | 20 | 69 | 146 | 208 | 256 | 276 | 281 | 285 |
| BIIB054 - PD (15% probability weighted) | | | | | | | - | - | - | - | 6 | 21 | 40 | 60 | 78 | 89 |
| BIIB093 - Stroke (35% probability weighted) | | - | - | - | - | - | - | - | 13 | 47 | 90 | 137 | 187 | 243 | 303 | 368 |
| BIIB067 - SOD1+ ALS (65% probability weighted) | | - | - | - | - | - | - | 16 | 41 | 67 | 82 | 89 | 98 | 106 | 115 | 123 |
| BIIB078 - C9ORF92+ ALS (55% probability weighted) | | - | - | - | - | - | - | - | 40 | 141 | 271 | 346 | 382 | 421 | 462 | 506 |
| Eloctate | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Alprolix | | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Product Revenues - Total | 568 | 755 | 222 | 175 | 196 | 219 | 812 | 836 | 902 | 973 | 1,041 | 1,113 | 1,190 | 1,273 | 1,361 | 1,456 |
| Biosimilars | 545 | 739 | 219 | 172 | 193 | 215 | 799 | 823 | 889 | 960 | 1,027 | 1,099 | 1,176 | 1,258 | 1,346 | 1,441 |
| Fumaderm | 23 | 16 | 3 | 3 | 3 | 4 | 13 | 13 | 13 | 13 | 14 | 14 | 14 | 15 | 15 | 15 |
| **Total Product Revenues** | **10,887** | **11,380** | **2,905** | **2,796** | **2,735** | **2,446** | **10,883** | **7,808** | **7,795** | **8,034** | **8,322** | **7,485** | **7,674** | **7,871** | **8,074** | **8,274** |
| Anti-CD20 Revenues | 1,981 | 2,290 | 520 | 478 | 505 | 530 | 2,033 | 1,928 | 1,875 | 1,861 | 1,779 | 1,796 | 1,813 | 1,832 | 1,851 | 1,871 |
| Other Revenues | 586 | 708 | 109 | 408 | 105 | 165 | 787 | 802 | 818 | 835 | 851 | 868 | 886 | 904 | 922 | 940 |
| **Total Revenues** | **13,454** | **14,378** | **3,534** | **3,682** | **3,345** | **3,141** | **13,702** | **10,538** | **10,488** | **10,730** | **10,952** | **10,149** | **10,373** | **10,607** | **10,846** | **11,085** |
| Cost of sales | 1,816 | 1,955 | 454 | 411 | 424 | 409 | 1,698 | 1,477 | 1,441 | 1,420 | 1,415 | 1,326 | 1,321 | 1,320 | 1,321 | 1,324 |
| Research and development | 2,425 | 2,273 | 476 | 564 | 615 | 1,135 | 2,790 | 2,108 | 2,150 | 2,275 | 2,300 | 1,969 | 1,867 | 1,909 | 1,898 | 1,940 |
| Selling, general and administrative | 2,095 | 2,330 | 569 | 555 | 660 | 730 | 2,514 | 2,244 | 2,307 | 2,350 | 2,289 | 2,070 | 1,961 | 1,856 | 1,844 | 1,885 |
| Collaborative profit sharing | 184 | 242 | 72 | 22 | 65 | 96 | 255 | 284 | 308 | 335 | 360 | 387 | 416 | 447 | 480 | 515 |
| **Total operating expenses** | **6,521** | **6,800** | **1,571** | **1,552** | **1,764** | **2,370** | **7,257** | **6,112** | **6,207** | **6,379** | **6,364** | **5,753** | **5,565** | **5,532** | **5,543** | **5,663** |
| Gain on sale of rights | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Income from operations** | **6,934** | **7,578** | **1,963** | **2,130** | **1,582** | **771** | **6,445** | **4,425** | **4,281** | **4,351** | **4,588** | **4,397** | **4,809** | **5,075** | **5,303** | **5,422** |
| Other income (expense), net | (114) | (105) | (60) | (30) | (22) | (50) | (162) | (133) | (113) | (75) | (73) | (74) | (1) | 0 | 0 | 0 |
| **Net pre-tax income** | **6,820** | **7,473** | **1,903** | **2,100** | **1,560** | **721** | **6,283** | **4,292** | **4,168** | **4,276** | **4,515** | **4,322** | **4,807** | **5,075** | **5,303** | **5,423** |
| Income tax expense | 1,438 | 1,180 | 318 | 517 | 328 | 148 | 1,310 | 805 | 781 | 802 | 847 | 810 | 901 | 952 | 994 | 1,017 |
| **Net income** | **5,381** | **6,294** | **1,585** | **1,583** | **1,232** | **573** | **4,973** | **3,487** | **3,386** | **3,474** | **3,668** | **3,512** | **3,906** | **4,123** | **4,309** | **4,406** |
| Net loss attributable to noncontrolling interest | (2) | | (3) | 68 | | | | | | | | | | | | |
| **Net income to BIIB (non-GAAP)** | **5,380** | **6,294** | **1,582** | **1,651** | **1,232** | **573** | **5,038** | **3,487** | **3,386** | **3,474** | **3,668** | **3,512** | **3,906** | **4,123** | **4,309** | **4,406** |
| **Earnings per share (non-GAAP)** | **$26.20** | **$33.57** | **$9.14** | **$10.26** | **$7.72** | **$3.70** | **$31.07** | **$23.98** | **$23.13** | **$23.57** | **$24.72** | **$23.51** | **$25.97** | **$27.24** | **$28.27** | **$28.72** |
| Shares Outstanding (Basic) | 204.9 | 187.1 | 172.8 | 160.6 | 157.6 | 154.6 | 161.4 | 145.0 | 146.0 | 147.0 | 148.0 | 149.0 | 150.0 | 151.0 | 152.0 | 153.0 |
| Shares Outstanding (Diluted) | 205.3 | 187.5 | 173.1 | 160.9 | 159.6 | 155.0 | 162.1 | 145.4 | 146.4 | 147.4 | 148.4 | 149.4 | 150.4 | 151.4 | 152.4 | 153.4 |

Source: RBC Capital Markets estimates; Company reports

October 19, 2020

**Brian Abrahams, M.D.** (212) 858-7066; brian.abrahams@rbc.com   7

Provided for the exclusive use of Karen Jewell at Biogen Inc. on 19-Mar-2021 02:04 PM.

**Capital Markets**
**RBC**

## Valuation

Our $268 price target is derived from a DCF, which uses a 9% discount rate and a 1.8% terminal growth rate. This valuation supports our Sector Perform rating.

## Risks to rating and price target

Risks to our rating and price target include: competition, generics, and pricing pressure in MS; competition in SMA; and headwinds from the ongoing COVID-19 pandemic.

## Company description

Biogen is one of the world's leading biotech companies, with a focus on neurology and autoimmune diseases. The company markets some of the leading multiple sclerosis drugs in the world including Avonex/Plegridy, Tecfidera, and Tysabri, and a drug for SMA, Spinraza. The company has an extensive neurology pipeline including programs in Alzheimer's disease and other major areas of unmet need. Importantly, Biogen has significant manufacturing capabilities and biologics expertise and an extensive worldwide sales and marketing infrastructure.

Provided for the exclusive use of Karen Jewell at Biogen Inc. on 19-Mar-2021 02:04 PM.

# Required disclosures

## Conflicts disclosures

The analyst(s) responsible for preparing this research report received compensation that is based upon various factors, including total revenues of the member companies of RBC Capital Markets and its affiliates, a portion of which are or have been generated by investment banking activities of the member companies of RBC Capital Markets and its affiliates.

Please note that current conflicts disclosures may differ from those as of the publication date on, and as set forth in, this report. To access current conflicts disclosures, clients should refer to https://www.rbccm.com/GLDisclosure/PublicWeb/DisclosureLookup.aspx?entityId=1 or send a request to RBC CM Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

RBC Capital Markets, LLC makes a market in the securities of Biogen Inc..

A member company of RBC Capital Markets or one of its affiliates received compensation for products or services other than investment banking services from Biogen Inc. during the past 12 months. During this time, a member company of RBC Capital Markets or one of its affiliates provided non-securities services to Biogen Inc..

RBC Capital Markets is currently providing Biogen Inc. with non-securities services.

## Explanation of RBC Capital Markets Equity rating system

An analyst's 'sector' is the universe of companies for which the analyst provides research coverage. Accordingly, the rating assigned to a particular stock represents solely the analyst's view of how that stock will perform over the next 12 months relative to the analyst's sector average.

**Ratings**

**Outperform (O):** Expected to materially outperform sector average over 12 months.

**Sector Perform (SP):** Returns expected to be in line with sector average over 12 months.

**Underperform (U):** Returns expected to be materially below sector average over 12 months.

**Restricted (R):** RBC policy precludes certain types of communications, including an investment recommendation, when RBC is acting as an advisor in certain merger or other strategic transactions and in certain other circumstances.

**Not Rated (NR):** The rating, price targets and estimates have been removed due to applicable legal, regulatory or policy constraints which may include when RBC Capital Markets is acting in an advisory capacity involving the company.

As of March 31, 2020, RBC Capital Markets discontinued its Top Pick rating. Top Pick rated securities represented an analysts best idea in the sector; expected to provide significant absolute returns over 12 months with a favorable risk-reward ratio. Top Pick rated securities have been reassigned to our Outperform rated securities category, which are securities expected to materially outperform sector average over 12 months.

**Risk Rating**

The **Speculative** risk rating reflects a security's lower level of financial or operating predictability, illiquid share trading volumes, high balance sheet leverage, or limited operating history that result in a higher expectation of financial and/or stock price volatility.

## Distribution of ratings

For the purpose of ratings distributions, regulatory rules require member firms to assign ratings to one of three rating categories - Buy, Hold/Neutral, or Sell - regardless of a firm's own rating categories. Although RBC Capital Markets' ratings of Outperform (O), Sector Perform (SP), and Underperform (U) most closely correspond to Buy, Hold/Neutral and Sell, respectively, the meanings are not the same because our ratings are determined on a relative basis.

| Distribution of ratings | | | | |
| RBC Capital Markets, Equity Research | | | | |
| As of 30-Sep-2020 | | | | |
| | | | Investment Banking Serv./Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
|---|---|---|---|---|
| BUY [Outperform] | 788 | 52.96 | 248 | 31.47 |
| HOLD [Sector Perform] | 619 | 41.60 | 135 | 21.81 |
| SELL [Underperform] | 81 | 5.44 | 11 | 13.58 |

October 19, 2020    **Brian Abrahams, M.D.** (212) 858-7066; brian.abrahams@rbc.com    9

Provided for the exclusive use of Karen Jewell at Biogen Inc. on 19-Mar-2021 02:04 PM.



**Biotechnology**
**Biogen Inc.**

References to a Recommended List in the recommendation history chart may include one or more recommended lists or model portfolios maintained by RBC Wealth Management or one of its affiliates. RBC Wealth Management recommended lists include the Guided Portfolio: Prime Income (RL 6), the Guided Portfolio: Dividend Growth (RL 8), the Guided Portfolio: ADR (RL 10), and the Guided Portfolio: All Cap Growth (RL 12). RBC Capital Markets recommended lists include the Strategy Focus List and the Fundamental Equity Weightings (FEW) portfolios. The abbreviation 'RL On' means the date a security was placed on a Recommended List. The abbreviation 'RL Off' means the date a security was removed from a Recommended List.

## Equity valuation and risks

For valuation methods used to determine, and risks that may impede achievement of, price targets for covered companies, please see the most recent company-specific research report at https://www.rbcinsightresearch.com or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7.

**Biogen Inc.**

**Valuation**

Our $268 price target is derived from a DCF, which uses a 9% discount rate and a 1.8% terminal growth rate. This valuation supports our Sector Perform rating.

**Risks to rating and price target**

Risks to our rating and price target include: competition, generics, and pricing pressure in MS; competition in SMA; and headwinds from the ongoing COVID-19 pandemic.

## Conflicts policy

RBC Capital Markets Policy for Managing Conflicts of Interest in Relation to Investment Research is available from us on request. To access our current policy, clients should refer to
https://www.rbccm.com/global/file-414164.pdf
or send a request to RBC Capital Markets Research Publishing, P.O. Box 50, 200 Bay Street, Royal Bank Plaza, 29th Floor, South Tower, Toronto, Ontario M5J 2W7. We reserve the right to amend or supplement this policy at any time.

## Dissemination of research and short-term trade ideas

October 19, 2020    **Brian Abrahams, M.D.** (212) 858-7066; brian.abrahams@rbc.com    10

Provided for the exclusive use of Karen Jewell at Biogen Inc. on 19-Mar-2021 02:04 PM.

RBC Capital Markets endeavors to make all reasonable efforts to provide research simultaneously to all eligible clients, having regard to local time zones in overseas jurisdictions. RBC Capital Markets' equity research is posted to our proprietary website to ensure eligible clients receive coverage initiations and changes in ratings, targets and opinions in a timely manner. Additional distribution may be done by the sales personnel via email, fax, or other electronic means, or regular mail. Clients may also receive our research via third party vendors. RBC Capital Markets also provides eligible clients with access to SPARC on the Firms proprietary INSIGHT website, via email and via third-party vendors. SPARC contains market color and commentary regarding subject companies on which the Firm currently provides equity research coverage. Research Analysts may, from time to time, include short-term trade ideas in research reports and / or in SPARC. A short-term trade idea offers a short-term view on how a security may trade, based on market and trading events, and the resulting trading opportunity that may be available. A short-term trade idea may differ from the price targets and recommendations in our published research reports reflecting the research analyst's views of the longer-term (one year) prospects of the subject company, as a result of the differing time horizons, methodologies and/or other factors. Thus, it is possible that a subject company's common equity that is considered a long-term 'Sector Perform' or even an 'Underperform' might present a short-term buying opportunity as a result of temporary selling pressure in the market; conversely, a subject company's common equity rated a long-term 'Outperform' could be considered susceptible to a short-term downward price correction. Short-term trade ideas are not ratings, nor are they part of any ratings system, and the firm generally does not intend, nor undertakes any obligation, to maintain or update short-term trade ideas. Short-term trade ideas may not be suitable for all investors and have not been tailored to individual investor circumstances and objectives, and investors should make their own independent decisions regarding any securities or strategies discussed herein. Please contact your investment advisor or institutional salesperson for more information regarding RBC Capital Markets' research.

For a list of all recommendations on the company that were disseminated during the prior 12-month period, please click on the following link: https://rbcnew.bluematrix.com/sellside/MAR.action

The 12 month history of SPARCs can be viewed at https://www.rbcinsightresearch.com.

## Analyst certification

All of the views expressed in this report accurately reflect the personal views of the responsible analyst(s) about any and all of the subject securities or issuers. No part of the compensation of the responsible analyst(s) named herein is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the responsible analyst(s) in this report.

## Third-party-disclaimers

The Global Industry Classification Standard ("GICS") was developed by and is the exclusive property and a service mark of MSCI Inc. ("MSCI") and Standard & Poor's Financial Services LLC ("S&P") and is licensed for use by RBC. Neither MSCI, S&P, nor any other party involved in making or compiling the GICS or any GICS classifications makes any express or implied warranties or representations with respect to such standard or classification (or the results to be obtained by the use thereof), and all such parties hereby expressly disclaim all warranties of originality, accuracy, completeness, merchantability and fitness for a particular purpose with respect to any of such standard or classification. Without limiting any of the foregoing, in no event shall MSCI, S&P, any of their affiliates or any third party involved in making or compiling the GICS or any GICS classifications have any liability for any direct, indirect, special, punitive, consequential or any other damages (including lost profits) even if notified of the possibility of such damages.

RBC Capital Markets disclaims all warranties of originality, accuracy, completeness, merchantability or fitness for a particular purpose with respect to any statements made to the media or via social media that are in turn quoted in this report, or otherwise reproduced graphically for informational purposes.

References herein to "LIBOR", "LIBO Rate", "L" or other LIBOR abbreviations means the London interbank offered rate as administered by ICE Benchmark Administration (or any other person that takes over the administration of such rate).

## Disclaimer

RBC Capital Markets is the business name used by certain branches and subsidiaries of the Royal Bank of Canada, including RBC Dominion Securities Inc., RBC Capital Markets, LLC, RBC Europe Limited, Royal Bank of Canada, Hong Kong Branch and Royal Bank of Canada, Sydney Branch. The information contained in this report has been compiled by RBC Capital Markets from sources believed to be reliable, but no representation or warranty, express or implied, is made by Royal Bank of Canada, RBC Capital Markets, its affiliates or any other person as to its accuracy, completeness or correctness. All opinions and estimates contained in this report constitute RBC Capital Markets' judgement as of the date of this report, are subject to change without notice and are provided in good faith but without legal responsibility. Nothing in this report constitutes legal, accounting or tax advice or individually tailored investment advice. This material is prepared for general circulation to clients and has been prepared without regard to the individual financial circumstances and objectives of persons who receive it. The investments or services contained in this report may not be suitable for you and it is recommended that you consult an independent investment advisor if you are in doubt about the suitability of such investments or services. This report is not an offer to sell or a solicitation of an offer to buy any securities. Past performance is not a guide to future performance, future returns are not guaranteed, and a loss of original capital may occur. RBC Capital Markets research analyst compensation is based in part on the overall profitability of RBC Capital Markets, which includes profits attributable to investment banking revenues. Every province in Canada, state in the U.S., and most countries throughout the world have their own laws regulating the types of securities and other investment products which may be offered to their residents, as well as the process for doing so. As a result, the securities discussed in this report may not be eligible for sale in some jurisdictions. RBC Capital Markets may be restricted from publishing research reports, from time to time, due to regulatory restrictions and/ or internal compliance policies. If this is the case,

Provided for the exclusive use of Karen Jewell at Biogen Inc. on 19-Mar-2021 02:04 PM.



the latest published research reports available to clients may not reflect recent material changes in the applicable industry and/or applicable subject companies. RBC Capital Markets research reports are current only as of the date set forth on the research reports. This report is not, and under no circumstances should be construed as, a solicitation to act as securities broker or dealer in any jurisdiction by any person or company that is not legally permitted to carry on the business of a securities broker or dealer in that jurisdiction. To the full extent permitted by law neither RBC Capital Markets nor any of its affiliates, nor any other person, accepts any liability whatsoever for any direct, indirect or consequential loss arising from, or in connection with, any use of this report or the information contained herein. No matter contained in this document may be reproduced or copied by any means without the prior written consent of RBC Capital Markets in each instance.

Additional information is available on request.

**To U.S. Residents:**

This publication has been approved by RBC Capital Markets, LLC (member FINRA, NYSE, SIPC), which is a U.S. registered broker-dealer and which accepts responsibility for this report and its dissemination in the United States. Any U.S. recipient of this report that is not a registered broker-dealer or a bank acting in a broker or dealer capacity and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report, should contact and place orders with RBC Capital Markets, LLC.

**To Canadian Residents:**

This publication has been approved by RBC Dominion Securities Inc.(member IIROC). Any Canadian recipient of this report that is not a Designated Institution in Ontario, an Accredited Investor in British Columbia or Alberta or a Sophisticated Purchaser in Quebec (or similar permitted purchaser in any other province) and that wishes further information regarding, or to effect any transaction in, any of the securities discussed in this report should contact and place orders with RBC Dominion Securities Inc., which, without in any way limiting the foregoing, accepts responsibility for this report and its dissemination in Canada.

**To U.K. Residents:**

This publication has been approved by RBC Europe Limited ('RBCEL') which is authorized by the Prudential Regulation Authority and regulated by the Financial Conduct Authority ('FCA') and the Prudential Regulation Authority, in connection with its distribution in the United Kingdom. This material is not for general distribution in the United Kingdom to retail clients, as defined under the rules of the FCA. RBCEL accepts responsibility for this report and its dissemination in the United Kingdom.

**To German Residents:**

This material is distributed in Germany by RBC Europe Limited, Frankfurt Branch which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsicht (BaFin).

**To Persons Receiving This Advice in Australia:**

This material has been distributed in Australia by Royal Bank of Canada, Sydney Branch (ABN 86 076 940 880, AFSL No. 246521). This material has been prepared for general circulation and does not take into account the objectives, financial situation or needs of any recipient. Accordingly, any recipient should, before acting on this material, consider the appropriateness of this material having regard to their objectives, financial situation and needs. If this material relates to the acquisition or possible acquisition of a particular financial product, a recipient in Australia should obtain any relevant disclosure document prepared in respect of that product and consider that document before making any decision about whether to acquire the product. This research report is not for retail investors as defined in section 761G of the Corporations Act.

**To Hong Kong Residents:**

This publication is distributed in Hong Kong by Royal Bank of Canada, Hong Kong Branch, which is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission (SFC) in Hong Kong, RBC Investment Services (Asia) Limited and RBC Global Asset Management (Asia) Limited, both entities are regulated by the SFC. This material is not for general distribution in Hong Kong to persons who are not professional investors (as defined in the Securities and Futures Ordinance of Hong Kong (Cap. 571) and any rules made thereunder.

**To Singapore Residents:**

This publication is distributed in Singapore by the Royal Bank of Canada, Singapore Branch, a registered entity licensed by the Monetary Authority of Singapore. This material has been prepared for general circulation and does not take into account the objectives, financial situation, or needs of any recipient. You are advised to seek independent advice from a financial adviser before purchasing any product. If you do not obtain independent advice, you should consider whether the product is suitable for you. Past performance is not indicative of future performance. If you have any questions related to this publication, please contact the Royal Bank of Canada, Singapore Branch. Royal Bank of Canada, Singapore Branch accepts responsibility for this report and its dissemination in Singapore.

**To Japanese Residents:**

Unless otherwise exempted by Japanese law, this publication is distributed in Japan by or through RBC Capital Markets (Japan) Ltd. which is a Financial Instruments Firm registered with the Kanto Local Financial Bureau (Registered number 203) and a member of the Japan Securities Dealers Association (JSDA) and the Financial Futures Association of Japan (FFAJ).

® Registered trademark of Royal Bank of Canada. RBC Capital Markets is a trademark of Royal Bank of Canada. Used under license.
Copyright © RBC Capital Markets, LLC 2020 - Member SIPC
Copyright © RBC Dominion Securities Inc. 2020 - Member Canadian Investor Protection Fund
Copyright © RBC Europe Limited 2020
Copyright © Royal Bank of Canada 2020
All rights reserved

Provided for the exclusive use of Karen Jewell at Biogen Inc. on 19-Mar-2021 02:04 PM.