# EXHIBIT 16



July 22, 2020

# BIOGEN INC

(BIIB – $280.81 – Peer Perform)

## *2Q20 full postview:  A strong quarter in spite of COVID, but questions about adu and CFO departure linger*

- Biogen (BIIB) reported strong 2Q20 financial results, beating us and consensus; one driver was an outlicensing agreement with a manufacturing partner, but key products generally did better.  Its updated financial guidance was mixed (revenues lowered, but EPS raised).

- A key driver to the stock remains the fate of aducanumab (Alzheimer's), which has been filed with FDA – no new information was provided (we continue to believe the most likely outcome is a CRL).  Another important event for the stock will be clarity on whether generics might launch early against key brand, Tecfidera (multiple sclerosis).

- We increase 2020 EPS by 5% but lower EPS slightly in 2021+.  Our price target lowers to $307 (vs $320 before) which represents a 9x multiple on our new 2021 EPS estimate (at the half-year, we shift from 2020 to 2021 as the period against which we apply our target P/E multiples).

- See the body of this report for details.

- **We rate BIIB as Peer Perform**. For additional details on BIIB and other US/EU drug companies we cover, see: Global Pharma & Biotech - July "Monthly Controversies" Report on 14 US/EU Large Cap Names

| Trading and Fundamental Data | |
| --- | --- |
| **Target Price YE '20** | **$307** |
| Target Multiple '21 | 9x |
| Current Price | $280.81 |
| % Upside to Target | 9% |
| 52-Week Range | $216-$375 |
| Market Cap. (B) | $49 |

| Price Performance | YTD | LTM |
| --- | --- | --- |
| BIIB | -5% | 21% |
| S&P 500 | 1% | 10% |

| Estimates | 2019A | 2020E | 2021E |
| --- | --- | --- | --- |
| Revenues | $14,378 | $14,197 | $13,856 |
| EBIT | $7,590 | $7,313 | $6,806 |
| EBIT margin | 52.8% | 51.5% | 49.1% |
| EPS | $33.57 | $35.83 | $34.16 |
| EPS growth | 28% | 31% | 12% |
| P/E | 8.4x | 7.8x | 8.2x |



Source: FactSet/Wolfe Research

**Tim Anderson, MD**
(646) 582-9320
tanderson@wolferesearch.com

**Andrew Galler**
(646) 582-9321
agaller@wolferesearch.com

**Nicole Maher**
(646) 845-0764
nmaher@wolferesearch.com

DO NOT FORWARD – DO NOT DISTRIBUTE – DOCUMENT CAN ONLY BE PRINTED TWICE
This report is limited solely for the use of clients of Wolfe Research. Please refer to the DISCLOSURE SECTION located at the end of this report for Analyst Certifications, Important Disclosures and Other Disclosures.

**WOLFE**
RESEARCH

July 22, 2020

**On Wednesday before the open, Biogen (BIIB):**

▪ Reported 2Q20 results that were above us and consensus on both revenues and EPS.

▪ Made smaller revisions to FY2020 guidance, lowering revenues slightly but raising EPS.

▪ Saw its share price close up very slightly in a tape where the performance of peer companies was mixed.

**Overall impression:** *BIIB reported Q2 results on Wednesday before the open. Results came in strong and ahead of expectations; part of the beat was due to "Other Revenues" being several hundred million dollars ahead of what we were expecting, but most major brands also did well and spending was less. It lowered revenue guidance for 2020 slightly but raised EPS guidance despite this. On its investor call, there were no major new disclosures above and beyond what was already in the press release and slide deck. Most questions naturally centered on aducanumab (Alz Dz) which is arguably THE key driver of the stock. We asked whether BIIB has enough tau biomarker data across ENGAGE/EMERGE, which in our view is one potential shortcoming where FDA could ask for more data – BIIB described the logistical difficulties in capturing this data, but said it felt it had adequate tau data already. We also asked if the company asked for Breakthrough Therapy Designation (BTD) which is a better litmus test (relative to "Priority Review") for how the agency views the data BIIB has in hand on aducanumab, but the company did not clearly answer this question. On Tecfidera and the ongoing IP challenge (the other key swing factor for the stock in the near-term) nothing new was said – BIIB sits ahead of another district court ruling this summer, following the surprise negative ruling from a separate district court ruling earlier. On the news last night about the departure of BIIB's CFO – which we believe was unexpected – no incremental details were given. A cautious case can potentially be made about a departure like this ahead of an aducanumab decision and given the ongoing Tecfidera IP challenge.*

*Our Peer Perform rating recognizes that while BIIB's valuation is low on a P/E multiple basis, we think the path from here on aducanumab will be protracted. The application very likely "checks the box" for Priority Review, but we believe a Complete Response Letter (CRL) will be the most likely outcome, potentially requiring supplemental data of various sorts (tau biomarker?) from the newly-started re-dosing study, EMBARK. This data may not be in hand until later 2021 (if done on an interim analysis), meaning approval in 2022 (assuming the additional EMBARK data are supportive). Further, this is near when Roche's two (well-designed) phase 3 trials should begin to report out on gantenerumab (and gantenerumab is delivered subcutaneously versus aducanumab which is intravenous, meaning much more burdensome; we think investors are under-appreciating this aspect of ROG and what it means to aducanumab, as described in this recent report –* [Global Pharmaceuticals - Roche: Gantenerumab, the Safer Way to Play BIIB's Aducanumab - Big Upside Optionality, Little Downside](#)*. Regardless of eventual competitive dynamics, IF aducanumab were to get approved it would be transformational for BIIB as a company and as a stock, but if approval is as far away as 2022, it is hard to see outperformance at current levels when weighing upside vs downside scenarios. Further making BIIB a complicated stock is the long-term outlook for its underlying "base business" which will see substantial erosion across the years due to patent expiries and competitive challenges (relative to our other covered companies across both big pharma and biotech, BIIB's base is set to decline the most). The base could come under even more pressure than already modeled if generics to Tecfidera launch earlier than expected.*

*For our initiation of coverage deck on Mar 30, see:* [Global Pharma & Biotech - SLIDES: Initiating on Biogen with Peer Perform.](#) *For additional details on BIIB and other US/EU drug companies we cover, see:* [Global Pharma & Biotech - July "Monthly Controversies" Report on 14 US/EU Large Cap Names](#)

**Please help us protect your advantage…**
**DO NOT Forward**



## IN TERMS OF 2Q SALES AND EPS (Exhibit 1):

▪ **Revenues –** Reported sales of $3.68B vs. our estimate $3.17B and consensus of $3.43B. One driver of the total revenue beat was **"Other Revenues**" of $408M vs our $100M.

▪ **EPS** – Reported non-GAAP EPS of $10.26 vs. our $7.84 and consensus $8.02.

▪ **Tecfidera sales** of $1.18B vs. our $1.08B and consensus $1.10B. Vumerity sales remained nominal at $9M. **Tysabri sales** of $432M vs. our $393M and consensus $445M. **Spinraza sales** of $495M vs. our $426M and consensus $495M. **Total interferon sales** of $481M vs. our $473M and consensus $476M.

## FY2020 FINANCIAL GUIDANCE (Exhibit 2):

▪ Revenue – Lowered to$13.8-$14.2B vs. prior guidance $14.0-$14.3B

▪ EPS – Raised to $34.00-$36.00 vs. prior guidance $31.50-$33.50

## MODEL/PT CHANGES (Exhibit 3):

▪ **2020E:** Our revenues increase by 1.4 % and EPS increase 5.4%.

▪ **2021E-2025E:** Our revenue estimates decrease between 0.8% to 2.7%, while our EPS estimates decrease between 1.7% to 3.8%, depending on the year.

▪ **5y EPS CAGR ('20-'25):** Our 5y EPS CAGR decreases to -5.8% (vs. prior -4.4%), representing below peer average growth.

▪ **Price Target:** Our new price target is $307 (vs $320 previously, which had not been updated since the surprise lower court ruling on Tecfidera), which represents a target P/E multiple of 9x our updated 2021 EPS estimate (at the half-year, we advance the year on which we apply target multiples for our covered companies from 2020 to 2021; our new PT implies a ~9x P/E multiple on our updated 2020 EPS estimate, down from 10x previously).

## CONFERENCE CALL HIGHLIGHTS

### Finance/Guidance/M&A/Bus Dev

▪ Prepared remarks: CFO stepping down in August (no reason given, either in prepared remarks today or in press release from yesterday; to our knowledge, this was not expected by investors). Total revenues +2% y/y (product sales -3% y/y); EPS +12% y/y. The large "other revenue" boost in Q2 was previously anticipated by the company (but not necessarily by investors!). 2020 guidance does not anticipate generic Tecfidera entry (recall the earlier surprise, negative lower court ruling).

▪ Q: Why is SG&A guidance ~$300M less than before? BIIB says it's primarily due to C-19.

▪ Q: What drove the change to revenue guidance? At Q1, despite the strength, left guidance intact – now at Q2, seeing that benefit continue to flow through. The vast majority of the benefit was due to C-19.

**WOLFE** RESEARCH

**Biogen Inc**

July 22, 2020

- Q:  On departure of CFO, does it relate to BIIB wanting to pursue more BD?  BIIB says it did 18 deals under the current CFO – the sweet spot generally remains in the early stage.  Continues to be active on the BD front.

**Alzheimer's: aducanumab (anti-amyloid), gosuranemab (anti-tau)**

- Prepared remarks: Reminds that submitted regulatory application to FDA on July 7. Anticipates within 60d whether accepted, and whether granted "Priority Review" – will press release this information.  Continues to ramp up commercial infrastructure build-out; also discussing with payers. Ex-US, making "significant progress" and will prepare filing and do launch readiness; will also meet with JA regulatory authorities. Remains optimistic. Starting a ph3 BAN2401 study in preclinical AD pts (before symptom onset). Gosuranemab is BIIB's lead anti-tau asset, but only one of several approaches in development (for our recent report on ROG's anti-tau mAb, which appears to be ahead of competitors in the space, see: Global Pharmaceuticals - Roche : Semorinemab (anti-tau; Alzheimer's) results coming soon?.

- Q: On the new ph3 trial in preclinical AD, why choose BAN2401 vs aducanumab?  BIIB says they are both similar in terms of action, profile, etc. BIIB did not clearly answer the question on why BAN2401 was the compound was advanced.

- Q: Will there be any new information or publications on ENGAGE or EMERGE analyses? BIIB reminds that three studies, PRIME, ENGAGE, and EMERGE.  BIIB reiterated prior talking points on aducanumab, but did not mention any new publications.

- Q:  Did FDA begin reviewing adu's modular application as those modules were submitted?  BIIB does not want to comment.

- Q: Is there any reason adu would not get Priority Review, and was a voucher used?  And in EU, has BIIB had the discussions with regulators? BIIB says it does have a voucher, but is not disclosing whether it used it (despite being asked twice by analysts). On ex-US regulators, have engaged formally with EMA, in process of preparing a filing.  Have had informal interactions with JA regulatory authorities.

- Q: Was IQVIA the CRO for the filing, and how involved was BIIB?  Yes, IQVIA was the CRO for running ph3 trials, but it was not involved in FDA discussions.

- Q: What is the primary group of patients used in the statistical analysis plan for the regulatory application? BIIB reminds it submitted three trials, but what FDA chooses to look at exactly remains up to it.  BIIB is focused on high dose.

- Q: BIIB noted FDA said BLA submission was "reasonable" – can BIIB provide more info, and will there likely be an AdCom?  BIIB does not want to comment on the former; on an AdCom, BIIB is preparing for one because it would be reasonable to expect one, but has not heard whether.

- Q (ours):  Tau, as a biomarker in AD, has risen in prominence but the amount of tau biomarker data you collected from ENGAGE/EMERGE is quite low.  From what I understand, you are capturing lots of tau biomarker data in the EMBARK study.  Can you say how FDA discussions have gone on this topic, in terms of you potentially not having enough tau data?  BIIB says yes, tau as a biomarker has indeed risen in prominence.  BIIB believes there is an interaction between tau and amyloid. The reason there was not much

**WOLFE**
RESEARCH

**Biogen Inc**

**July 22, 2020**

tau data captured was that lumbar puncture is difficult (for CSF tau), and that doing two PET scans is difficult (amyloid and tau). Believes it has adequate data on tau.

▪ Q (ours): BIIB was willing to disclose that it has asked for "Priority Review" – did BIIB also ask for Breakthrough Therapy Designation, which is arguably a better litmus for how the agency feels about the datga you have in hand? BIIB would only say that is has "Fast Track" status, and again that it asked for Priority Review. It did not answer whether it asked for BTD.

**MS Franchise**

▪ Prepared remarks: Disappointed in performance of Vumerity (partly due to impact of C-19), will increase resource allocation to the brand. Opicinumab ph2 read out this year. The # of patients on Tecfidera increased by low DD % ex-US.

▪ Q: Can BIIB update LCM plans on Vumerity, and also why performance not delivering? BIIB reminds launched in Dec-2019, and C-19 has had an impact which it did not originally anticipate – the sales force is keenly focused on this. BIIB says "don't give up."

▪ Q: What does BIIB need to see with anti-LINGO to move into ph3? The primary endpoint for AFFINITY is overall response score, and so they are looking for improvement across different functional measures. BIIB will also use imaging measures of myelination to assess whether there is biological activity.

**Spinraza (SMA)**

▪ Prepared remarks: A 1% increase y/y, partly impacted by C-19. Says 40% of gene therapy recipients go on to continue receiving Spinraza, so will formally study this.

▪ Q: What will BIIB be looking at from the new study of Spinraza after Zolgensma? BIIB says the reason it is doing the study is that clinicians are already doing this in the real world, but there is no good data evaluating this treatment strategy, so BIIB is naturally wanting to answer this question.

▪ Q: How is BIIB thinking about the impact of an oral agent? It's difficult to speculate without a label. FIREFISH was pretty consistent, but SUNFISH was underwhelming in their opinion. Also notes that BIIB is running a high dose study to improve efficacy, which they don't think competitors can do.

**Biosimilars**

▪ Prepared remarks: C-19 had a negative impact on performance in Q2.

**Other Pipeline/R&D**

▪ Prepared remarks: Planning on initiating ph3 program for BIIB059 in cutaneous lupus in 1H-2021; also will start ph3 for dapirolizumab pegol for SLE in Q3 (in collaboration with UCB).

▪ Q: What is the bar for STAR data in choroideremia in 2021? The bar is the proportion of patients that have a >15 letter improvement on BCVA vs. placebo. They enrolled the last patient in November 2019, so expect data in 1Q21.

**Biogen Inc**

**July 22, 2020**

Exhibit 1 shows 2Q20 company reported actual results vs. our estimates and consensus.

**Exhibit 1: Biogen 2Q20 results vs. WR estimates and consensus**

| Key product sales ($, M) | 2Q20 Actual | WR estimate | Δ vs. WR ($) | y/y growth | Consensus |
|---|---|---|---|---|---|
| Tecfidera | $1,182 | $1,076 | $106 | 3% | $1,098 |
| Total Interferons | $481 | $473 | $8 | -13% | $476 |
| Tysabri | $432 | $393 | $39 | -9% | $445 |
| Benepali | $106 | $138 | -$32 | -12% | $129 |
| Flixabi | $21 | $21 | $0 | 25% | $21 |
| Spinraza | $495 | $426 | $69 | 1% | $495 |
| Imraldi | $45 | $58 | -$13 | -5% | $62 |

| Income statement | Actual | WR estimate | Δ vs. WR ($) | y/y growth | Consensus |
|---|---|---|---|---|---|
| Total revenues,  ($, M) | $3,682 | $3,174 | $508 | 2% | $3,431 |
| Gross margin (%) | 88.8% | 86.2% | 2.6% | 201 bps | 86.1% |
| SG&A ($, M) | $555 | $530 | $25 | 3% | $637 |
| R&D ($, M) | $564 | $450 | $114 | 16% | $579 |
| Total operating expenses ($, M) | $1,530 | $1,492 | $38 | -2% | $1,734 |
| Operating income  ($, M) | $2,152 | $1,682 | $470 | 5% | $1,697 |
| Operating profit margin (%) | 58.4% | 53.0% | 5.5% | 174 bps | 49.5% |
| Other income/(expense), net ($, M) | ($30) | ($25) | -$5 | 29% | ($35) |
| Tax rate (%) | 19.0% | 18.5% | 0.5% | 464 bps | 18.5% |
| Net income ($, M) | $1,651 | $1,350 | $301 | -5% | $1,376 |
| **EPS (diluted)** | **$10.26** | **$7.84** | **$2.42** | **12%** | **$8.02** |

Source: Company reports; FactSet; Wolfe Research

Exhibit 2 summarizes BIIB financial guidance vs. our estimates.

**Exhibit 2: Biogen 2020 guidance vs. WR estimates, old and new**

| P&L Element | 2020 guidance New | WR estimates Old | New |
|---|---|---|---|
| **Total revenues** | $13.8-$14.2B | $14.0 | $14.2 |
| **R&D Expense** | 16-17% of revenues | 15.1% | 16.6% |
| **SG&A Expense** | 17.5-18.5% of revenues | 17.9% | 17.8% |
| **Adjusted tax rate** | 18-19% | 18.2% | 18.3% |
| **Non-GAAP EPS** | $31.50-$33.50 | $33.98 | $35.83 |

Source: Company reports; Wolfe Research

**Please help us protect your advantage...**
**DO NOT Forward**

July 22, 2020

Exhibit 3 captures the changes to our forecasts through 2025E.

**Exhibit 3: Changes to WR BIIB model through 2025E**

| P&L element | 2019A | 2Q20A | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E |
|---|---|---|---|---|---|---|---|---|
| **Revenue, $ M** | | | | | | | | |
| New | $14,378 | $3,682 | $14,197 | $13,856 | $13,682 | $13,216 | $12,061 | $11,752 |
| Old | $14,378 | $3,174 | $14,003 | $14,187 | $14,054 | $13,564 | $12,234 | $11,845 |
| Difference (%) | 0.0% | 16.0% | 1.4% | -2.3% | -2.7% | -2.6% | -1.4% | -0.8% |
| **Gross Margin, %** | | | | | | | | |
| New | 86.4% | 88.8% | 87.7% | 87.0% | 86.6% | 86.5% | 85.6% | 85.2% |
| Old | 86.4% | 86.2% | 87.2% | 87.0% | 86.9% | 86.8% | 85.8% | 85.6% |
| Difference (bps) | bps | 261 bps | 45 bps | -6 bps | -22 bps | -29 bps | -23 bps | -33 bps |
| **SG&A, $ M** | | | | | | | | |
| New | $2,310 | $555 | $2,533 | $2,608 | $2,658 | $2,633 | $2,533 | $2,508 |
| Old | $2,310 | $530 | $2,509 | $2,584 | $2,634 | $2,609 | $2,509 | $2,484 |
| Difference (%) | 0.0% | 4.6% | 1.0% | 0.9% | 0.9% | 0.9% | 1.0% | 1.0% |
| **R&D, $ M** | | | | | | | | |
| New | $2,281 | $564 | $2,351 | $2,386 | $2,421 | $2,421 | $2,346 | $2,321 |
| Old | $2,281 | $450 | $2,116 | $2,151 | $2,186 | $2,186 | $2,111 | $2,086 |
| Difference (%) | 0.0% | 25.4% | 11.1% | 10.9% | 10.7% | 10.7% | 11.1% | 11.2% |
| **Operating Margin, %** | | | | | | | | |
| New | 52.8% | 57.8% | 51.5% | 49.1% | 47.7% | 46.3% | 43.0% | 42.0% |
| Old | 52.8% | 53.0% | 52.0% | 51.5% | 50.4% | 49.2% | 45.5% | 44.4% |
| Difference (bps) | bps | 486 bps | -52 bps | -239 bps | -272 bps | -284 bps | -251 bps | -240 bps |
| **Net Income, $ M** | | | | | | | | |
| New | $6,291 | $1,715 | $5,874 | $5,433 | $5,202 | $4,877 | $4,114 | $3,909 |
| Old | $6,291 | $1,350 | $5,852 | $5,846 | $5,663 | $5,327 | $4,429 | $4,177 |
| Difference (%) | 0.0% | 27.0% | 0.4% | -7.1% | -8.1% | -8.4% | -7.1% | -6.4% |
| **EPS, $** | | | | | | | | |
| New | $33.57 | $10.26 | $35.83 | $34.16 | $33.38 | $31.93 | $27.49 | $26.65 |
| Old | $33.57 | $7.84 | $33.98 | $35.00 | $34.60 | $33.21 | $28.18 | $27.11 |
| Difference (%) | 0.0% | 30.9% | 5.4% | -2.4% | -3.5% | -3.8% | -2.5% | -1.7% |

Source: Company reports; FOA; Wolfe Research

**Please help us protect your advantage...**
**DO NOT Forward**



**Biogen Inc**

**July 22, 2020**

Exhibits 4-6 show our BIIB income statement, product revenues, and summary balance sheet/cash flow statement.

**Exhibit 4: WR Biogen income statement**

| Income statement ($, M) | 2019A | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total revenue | $14,378 | $14,197 | $13,856 | $13,682 | $13,216 | $12,061 | $11,752 | $11,708 | $11,728 | $10,284 | $10,360 | $10,144 |
| COGS | $1,955 | $1,751 | $1,805 | $1,828 | $1,786 | $1,743 | $1,735 | $1,727 | $1,716 | $1,649 | $1,628 | $1,547 |
| Gross profit | $12,423 | $12,448 | $12,051 | $11,854 | $11,430 | $10,319 | $10,017 | $9,980 | $10,012 | $8,635 | $8,732 | $8,598 |
| SG&A | $2,310 | $2,533 | $2,608 | $2,658 | $2,633 | $2,533 | $2,508 | $2,558 | $2,608 | $2,358 | $2,358 | $2,358 |
| R&D | $2,281 | $2,351 | $2,386 | $2,421 | $2,421 | $2,346 | $2,321 | $2,346 | $2,346 | $2,246 | $2,246 | $2,246 |
| Total operating expenses | $6,788 | $6,885 | $7,050 | $7,158 | $7,092 | $6,873 | $6,816 | $6,883 | $6,921 | $6,505 | $6,484 | $6,403 |
| Operating profit | $7,590 | $7,313 | $6,806 | $6,523 | $6,125 | $5,188 | $4,936 | $4,824 | $4,807 | $3,779 | $3,877 | $3,742 |
| Other income (expense), net | -$117 | -$140 | -$140 | -$140 | -$140 | -$140 | -$140 | -$140 | -$140 | -$140 | -$140 | -$140 |
| Pre-tax profit | $7,473 | $7,173 | $6,666 | $6,383 | $5,985 | $5,048 | $4,796 | $4,684 | $4,667 | $3,639 | $3,736 | $3,602 |
| Taxes | $1,181 | $1,314 | $1,233 | $1,181 | $1,107 | $934 | $887 | $867 | $863 | $673 | $691 | $666 |
| Net income | $6,291 | $5,816 | $5,433 | $5,202 | $4,877 | $4,114 | $3,909 | $3,818 | $3,803 | $2,966 | $3,045 | $2,935 |
| EPS, diluted | $33.57 | $35.83 | $34.16 | $33.38 | $31.93 | $27.49 | $26.65 | $26.56 | $26.72 | $20.95 | $21.61 | $20.94 |
| *Shares outstanding (diluted)* | *187* | *164* | *159* | *156* | *153* | *150* | *147* | *144* | *142* | *142* | *141* | *140* |

| Margins (% of total revenues) | 2019A | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| COGS | 13.6% | 12.3% | 13.0% | 13.4% | 13.5% | 14.4% | 14.8% | 14.8% | 14.6% | 16.0% | 15.7% | 15.2% |
| Gross profit margin | 86.4% | 87.7% | 87.0% | 86.6% | 86.5% | 85.6% | 85.2% | 85.2% | 85.4% | 84.0% | 84.3% | 84.8% |
| SG&A | 16.1% | 17.8% | 18.8% | 19.4% | 19.9% | 21.0% | 21.3% | 21.9% | 22.2% | 22.9% | 22.8% | 23.2% |
| R&D | 15.9% | 16.6% | 17.2% | 17.7% | 18.3% | 19.4% | 19.7% | 20.0% | 20.0% | 21.8% | 21.7% | 22.1% |
| Operating profit margin | 52.8% | 51.5% | 49.1% | 47.7% | 46.3% | 43.0% | 42.0% | 41.2% | 41.0% | 36.8% | 37.4% | 36.9% |
| Pre-tax profit margin | 52.0% | 50.5% | 48.1% | 46.7% | 45.3% | 41.9% | 40.8% | 40.0% | 39.8% | 35.4% | 36.1% | 35.5% |
| Net income margin | 43.8% | 41.4% | 39.2% | 38.0% | 36.9% | 34.1% | 33.3% | 32.6% | 32.4% | 28.8% | 29.4% | 28.9% |
| Tax rate | 15.8% | 18.3% | 18.5% | 18.5% | 18.5% | 18.5% | 18.5% | 18.5% | 18.5% | 18.5% | 18.5% | 18.5% |

| Y/Y growth (%) | 2019A | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total revenues | 6.9% | (1.3%) | (2.4%) | (1.3%) | (3.4%) | (8.7%) | (2.6%) | (0.4%) | 0.2% | (12.3%) | 0.7% | (2.1%) |
| COGS | 7.7% | (10.4%) | 3.1% | 1.3% | (2.3%) | (2.4%) | (0.4%) | (0.4%) | (0.7%) | (3.9%) | (1.3%) | (5.0%) |
| Gross profit | 6.8% | 0.2% | (3.2%) | (1.6%) | (3.6%) | (9.7%) | (2.9%) | (0.4%) | 0.3% | (13.8%) | 1.1% | (1.5%) |
| SG&A | 10.3% | 9.7% | 3.0% | 1.9% | (0.9%) | (3.8%) | (1.0%) | 2.0% | 2.0% | (9.6%) | 0.0% | 0.0% |
| R&D | (6.0%) | 3.1% | 1.5% | 1.5% | 0.0% | (3.1%) | (1.1%) | 1.1% | 0.0% | (4.3%) | 0.0% | 0.0% |
| Total operating expenses | 4.1% | 1.4% | 2.4% | 1.5% | (0.9%) | (3.1%) | (0.8%) | 1.0% | 0.6% | (6.0%) | (0.3%) | (1.3%) |
| Operating profit | 9.5% | (3.7%) | (6.9%) | (4.2%) | (6.1%) | (15.3%) | (4.9%) | (2.3%) | (0.4%) | (21.4%) | 2.6% | (3.5%) |
| Pre-tax profit | 9.7% | (4.0%) | (7.1%) | (4.2%) | (6.2%) | (15.7%) | (5.0%) | (2.3%) | (0.4%) | (22.0%) | 2.7% | (3.6%) |
| Net income | 17.0% | (6.6%) | (7.5%) | (4.2%) | (6.2%) | (15.7%) | (5.0%) | (2.3%) | (0.4%) | (22.0%) | 2.7% | (3.6%) |
| EPS, diluted | 28.1% | 6.7% | (4.7%) | (2.3%) | (4.3%) | (13.9%) | (3.1%) | (0.3%) | 0.6% | (21.6%) | 3.2% | (3.1%) |
| Shares outstanding | (8.7%) | (12.5%) | (3.0%) | (2.0%) | (2.0%) | (2.0%) | (2.0%) | (2.0%) | (1.0%) | (0.5%) | (0.5%) | (0.5%) |

Source: Company reports; Wolfe Research

**WOLFE RESEARCH**

**Biogen Inc**

July 22, 2020

## Exhibit 5: WR Biogen product revenues

| Product revenues ($, M) | 2019A | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| WW Tecfidera | $4,433 | $4,560 | $4,526 | $4,416 | $4,244 | $3,131 | $2,692 | $2,393 | $2,147 | $423 | $265 | $214 |
| WW Vumerity | $6 | $50 | $193 | $314 | $417 | $482 | $528 | $567 | $597 | $608 | $613 | $613 |
| WW Interferon | $2,102 | $1,845 | $1,665 | $1,499 | $1,269 | $1,103 | $976 | $865 | $779 | $701 | $631 | $568 |
| WW Tysabri | $1,892 | $1,878 | $1,878 | $1,821 | $1,584 | $1,431 | $1,328 | $1,237 | $1,096 | $931 | $792 | $673 |
| WW Fampyra | $97 | $102 | $105 | $108 | $110 | $112 | $39 | $20 | $18 | $16 | $14 | $13 |
| **Total Multiple Sclerosis** | **$8,529** | **$8,434** | **$8,366** | **$8,159** | **$7,624** | **$6,259** | **$5,564** | **$5,082** | **$4,636** | **$2,678** | **$2,315** | **$2,080** |
| WW Spinraza (SMA) | $2,097 | $2,235 | $2,342 | $2,263 | $2,037 | $1,846 | $1,710 | $1,601 | $1,510 | $1,435 | $1,363 | $881 |
| WW Benepali (biosim. Enbrel) | $486 | $492 | $536 | $563 | $585 | $603 | $621 | $633 | $646 | $659 | $672 | $686 |
| WW Imraldi (biosim. Humira) | $184 | $224 | $274 | $315 | $380 | $460 | $518 | $551 | $575 | $597 | $612 | $626 |
| WW Flixabi (biosim. Remicade) | $68 | $98 | $119 | $137 | $151 | $161 | $169 | $173 | $176 | $180 | $182 | $183 |
| WW aducanumab (Alz Dz) | | | | | | | | | | | | |
| WW BIIB111 | | | | $50 | $117 | $194 | $253 | $298 | $334 | $370 | $400 | $423 |
| WW Tofersen | | | | $65 | $170 | $256 | $345 | $418 | $474 | $517 | $557 | $589 |
| Total "early phase pipeline"* | | | | | $118 | $354 | $712 | $1,162 | $1,655 | $2,183 | $2,736 | $3,314 |
| **WW TOTAL SALES** | **$11,380** | **$11,495** | **$11,647** | **$11,562** | **$11,190** | **$10,141** | **$9,900** | **$9,925** | **$10,013** | **$8,626** | **$8,843** | **$8,789** |

Source: Company reports, Wolfe Research

## Exhibit 6: WR Biogen balance sheet and cash flow statement

| Cash flow statement ($, M) | 2019A | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net income (GAAP) | $5,889 | $5,420 | $5,366 | $5,136 | $4,811 | $4,048 | $3,842 | $3,751 | $3,737 | $2,900 | $2,979 | $2,869 |
| **Adjustments:** | | | | | | | | | | | | |
| Depreciation | $191 | $318 | $348 | $395 | $410 | $436 | $461 | $477 | $496 | $512 | $526 | $539 |
| Amortization of intangible assets | $490 | $414 | $373 | $314 | $274 | $242 | $213 | $190 | $171 | $156 | $143 | $132 |
| Other | $310 | $421 | $376 | $391 | $396 | $388 | $391 | $392 | $390 | $391 | $391 | $391 |
| Net change in operating assets and liabilities | $199 | ($268) | $87 | $102 | $17 | $142 | $53 | ($5) | ($20) | $170 | ($42) | ($70) |
| **Cash flows from operating activities (CFO)** | **$7,079** | **$6,305** | **$6,550** | **$6,338** | **$5,909** | **$5,255** | **$4,960** | **$4,806** | **$4,774** | **$4,129** | **$3,996** | **$3,861** |
| Acquisition of businesses, net of cash acquired | ($744) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Other acquisitions and investments | ($155) | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Acquisitions of property and equipment | ($515) | ($718) | ($668) | ($633) | ($673) | ($658) | ($655) | ($662) | ($658) | ($658) | ($659) | ($658) |
| Other | $1,884 | ($527) | ($299) | $101 | ($241) | ($146) | ($95) | ($161) | ($134) | ($130) | ($142) | ($135) |
| **Cash flows from investing activities (CFI)** | **$471** | **($1,244)** | **($966)** | **($532)** | **($914)** | **($804)** | **($750)** | **($823)** | **($792)** | **($788)** | **($801)** | **($794)** |
| Purchases of treasury stock | ($5,868) | ($7,319) | ($1,581) | ($1,053) | ($1,063) | ($1,073) | ($1,083) | ($1,093) | ($552) | ($281) | ($288) | ($295) |
| Other | $8 | ($185) | ($97) | ($91) | ($124) | ($104) | ($107) | ($112) | ($108) | ($109) | ($109) | ($109) |
| **Cash flows from financing activities (CFF)** | **($5,860)** | **($7,503)** | **($1,678)** | **($1,144)** | **($1,187)** | **($1,177)** | **($1,190)** | **($1,205)** | **($659)** | **($390)** | **($398)** | **($404)** |
| Effect of Fx on cash and equivalents | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| **Net increase (decrease) in cash and equivalents** | **$1,689** | **($2,443)** | **$3,906** | **$4,662** | **$3,807** | **$3,274** | **$3,020** | **$2,778** | **$3,323** | **$2,951** | **$2,798** | **$2,663** |

| Balance sheet ($, M) | 2019A | 2020E | 2021E | 2022E | 2023E | 2024E | 2025E | 2026E | 2027E | 2028E | 2029E | 2030E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cash, cash equivalents, and ST investments | $4,476 | $2,033 | $5,939 | $10,601 | $14,408 | $17,682 | $20,702 | $23,481 | $26,803 | $29,754 | $32,551 | $35,215 |
| Accounts receivable | $2,471 | $2,582 | $2,487 | $2,432 | $2,375 | $2,159 | $2,101 | $2,097 | $2,009 | $1,841 | $1,855 | $1,816 |
| Inventories | $804 | $862 | $852 | $838 | $847 | $816 | $810 | $812 | $804 | $772 | $763 | $725 |
| Net property, plant and equip. | $3,247 | $3,647 | $3,966 | $4,205 | $4,467 | $4,689 | $4,883 | $5,067 | $5,230 | $5,376 | $5,509 | $5,628 |
| Net goodwill and other intangibles | $9,285 | $8,956 | $8,668 | $8,439 | $8,252 | $8,097 | $7,972 | $7,871 | $7,790 | $7,725 | $7,675 | $7,635 |
| Other assets | $6,951 | $6,951 | $6,951 | $6,951 | $6,951 | $6,951 | $6,951 | $6,951 | $6,951 | $6,951 | $6,951 | $6,951 |
| **Total assets** | **$27,234** | **$25,031** | **$28,862** | **$33,465** | **$37,300** | **$40,394** | **$43,420** | **$46,279** | **$49,676** | **$52,419** | **$55,304** | **$57,970** |
| Total Current Liabilities | $4,864 | $4,765 | $3,251 | $3,284 | $3,254 | $3,148 | $3,138 | $3,130 | $3,104 | $2,984 | $2,947 | $2,799 |
| Long term debt | $4,459 | $4,459 | $4,459 | $4,459 | $4,459 | $4,459 | $4,459 | $4,459 | $4,459 | $4,459 | $4,459 | $4,459 |
| Other non-current liabilities | $4,572 | $4,572 | $4,572 | $4,572 | $4,572 | $4,572 | $4,572 | $4,572 | $4,572 | $4,572 | $4,572 | $4,572 |
| **Total liabilities** | **$13,895** | **$13,797** | **$12,282** | **$12,315** | **$12,285** | **$12,180** | **$12,169** | **$12,162** | **$12,135** | **$12,016** | **$11,979** | **$11,831** |
| Common stock | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Common stock held in treasury | ($2,977) | ($2,977) | ($2,977) | ($2,977) | ($2,977) | ($2,977) | ($2,977) | ($2,977) | ($2,977) | ($2,977) | ($2,977) | ($2,977) |
| Additional paid-in capital | $0 | ($665) | $830 | $1,250 | $1,301 | $1,459 | $1,670 | $1,812 | $1,984 | $2,161 | $2,327 | $2,500 |
| Retained earnings | $16,455 | $15,011 | $18,863 | $23,012 | $26,826 | $29,867 | $32,693 | $35,417 | $38,669 | $41,354 | $44,111 | $46,751 |
| Accumulated other comprhensive loss | ($135) | ($135) | ($135) | ($135) | ($135) | ($135) | ($135) | ($135) | ($135) | ($135) | ($135) | ($135) |
| **Total shareholders' equity** | **$13,339** | **$11,230** | **$16,576** | **$21,146** | **$25,011** | **$28,210** | **$31,247** | **$34,113** | **$37,537** | **$40,399** | **$43,321** | **$46,135** |
| **Total liabilities and shareholders' equity** | **$27,234** | **$25,027** | **$28,858** | **$33,461** | **$37,296** | **$40,389** | **$43,416** | **$46,275** | **$49,672** | **$52,415** | **$55,300** | **$57,966** |

Source: Company reports; Wolfe Research

**July 22, 2020**

## DISCLOSURE SECTION

**Analyst Certification:**

The various Wolfe Research, LLC analysts who are primarily responsible for this research report  certify that (i) the recommendations and opinions expressed in this research report accurately reflect the research analysts' personal views about the subject securities or issuers and (ii) no part of the research analysts' compensation was, is or will be directly or indirectly related to the specific recommendations or views contained in this report.

**Important Disclosures:**

Price Chart(s) with Ratings and Target Price History



Note: OP = Outperform; PP = Peer Perform; UP = Underperform

**Wolfe Research, LLC Fundamental Valuation Methodology:**

| Company: | Fundamental Valuation Methodology: |
|---|---|
| BIIB | P/E target multiple on forward EPS estimate |

**Wolfe Research, LLC Fundamental Recommendation, Rating and Target Price Risks:**

| Company: | Risks That May Impede Achievement of the Recommendation, Rating or Target Price: |
|---|---|
| BIIB | Upside Risks to PT:    Biogen receives a first pass approval for aducanumab; Written off pipeline assets, like opicinumab or BIIB093, are successful. Downside Risks to PT:    Aducanumab and other late-stage products fail to make it to market;    IPR appeal on Tecfidera reverses earlier decision; Zolgensma and risdiplam supplant Spinraza in SMA |

**Wolfe Research, LLC Research Disclosures:**

| Company: | Research Disclosures: |
|---|---|
| BIIB | None |

**Other Disclosures:**

**Wolfe Research, LLC Fundamental Stock Ratings Key:**

| Outperform (OP): | The security is projected to outperform analyst's industry coverage universe over the next 12 months. |
|---|---|
| Peer Perform (PP): | The security is projected to perform approximately in line with analyst's industry coverage universe over the next 12 months. |
| Underperform (UP): | The security is projected to underperform analyst's industry coverage universe over the next 12 months. |



**July 22, 2020**

Wolfe Research, LLC uses a relative rating system using terms such as Outperform, Peer Perform and Underperform (see definitions above). Please carefully read the definitions of all ratings used in Wolfe Research, LLC research. In addition, since Wolfe Research, LLC research contains more complete information concerning the analyst's views, please carefully read Wolfe Research, LLC research in its entirety and not infer the contents from the ratings alone. In all cases, ratings (or research) should not be used or relied upon as investment advice and any investment decisions should be based upon individual circumstances and other considerations.

**Wolfe Research, LLC Sector Weighting System:**

Market Overweight (MO):        Expect the industry to outperform the primary market index for the region (S&P 500 in the U.S.) by at least 10% over the next 12 months.

Market Weight (MW):            Expect the industry to perform approximately in line with the primary market index for the region (S&P 500 in the U.S.) over the next 12 months.

Market Underweight (MU):       Expect the industry to underperform the primary market index for the region (S&P 500 in the U.S.) by at least 10% over the next 12 months.

**Wolfe Research, LLC Distribution of Fundamental Stock Ratings (As of July 21, 2020):**

Outperform:      46%      2% Investment Banking Clients
Peer Perform:    42%      1% Investment Banking Clients
Underperform:    11%      0% Investment Banking Clients

Wolfe Research, LLC does not assign ratings of Buy, Hold or Sell to the stocks it covers. Outperform, Peer Perform and Underperform are not the respective equivalents of Buy, Hold and Sell but represent relative weightings as defined above. To satisfy regulatory requirements, Outperform has been designated to correspond with Buy, Peer Perform has been designated to correspond with Hold and Underperform has been designated to correspond with Sell.

Wolfe Research Securities and Wolfe Research, LLC have adopted the use of Wolfe Research and The Wolfe Daily Howl as brand names. Wolfe Research Securities, a member of FINRA (www.finra.org) is the broker-dealer affiliate of Wolfe Research, LLC and is responsible for the contents of this material. Any analysts publishing these reports are dually employed by Wolfe Research, LLC and Wolfe Research Securities.

The Wolfe Daily Howl is a subscription-based service for Institutional investor subscribers only and is a product of Wolfe Research, LLC. The products received may contain previously published research which has been repackaged for Wolfe Daily Howl subscribers. The types of services provided to you by Wolfe Research, LLC, vary as compared to that provided to other external clients of Wolfe Research. Wolfe Research, LLC, its directors, employees and agents will not be liable for any investment decisions made or actions taken by you or others based on any news, information, opinion, or any other material published through this service.

The content of this report is to be used solely for informational purposes and should not be regarded as an offer, or a solicitation of an offer, to buy or sell a security, financial instrument or service discussed herein. Opinions in this communication constitute the current judgment of the authors as of the date and time of this report and are subject to change without notice. Information herein is believed to be reliable but Wolfe Research and its affiliates, including but not limited to Wolfe Research Securities, makes no representation that it is complete or accurate. The information provided in this communication is not designed to replace a recipient's own decision-making processes for assessing a proposed transaction or investment involving a financial instrument discussed herein. Recipients are encouraged to seek financial advice from their financial advisor regarding the appropriateness of investing in a security or financial instrument referred to in this report and should understand that statements regarding the future performance of the financial instruments or the securities referenced herein may not be realized. Past performance is not indicative of future results. This report is not intended for distribution to, or use by, any person or entity in any location where such distribution or use would be contrary to applicable law, or which would subject Wolfe Research, LLC or any affiliate to any registration requirement within such location. For additional important disclosures, please see https://www.WolfeResearch.com/Disclosures.

The views expressed in Wolfe Research, LLC research reports with regards to sectors and/or specific companies may from time to time be inconsistent with the views implied by inclusion of those sectors and companies in other Wolfe Research, LLC analysts' research reports and modeling screens. Wolfe Research communicates with clients across a variety of mediums of the clients' choosing including emails, voice blasts and electronic publication to our proprietary website.

Copyright © Wolfe Research, LLC 2020. All rights reserved. All material presented in this document, unless specifically indicated otherwise, is under copyright to Wolfe Research, LLC. None of the material, nor its content, nor any copy of it, may be altered in any way, or transmitted to or distributed to any other party, without the prior express written permission of Wolfe Research, LLC.

This report is limited for the sole use of clients of Wolfe Research. Authorized users have received an encryption decoder which legislates and monitors the access to Wolfe Research, LLC content. Any distribution of the content produced by Wolfe Research, LLC will violate the understanding of the terms of our relationship.

**July 22, 2020**