# EXHIBIT 17

Equity Research
**Healthcare | Biotechnology**

*William Blair*

July 22, 2020

# Biogen Inc.

## Model Update After Second Quarter; All Eyes on Aducanumab Filing Acceptance

Before the markets opened on Wednesday, July 22, Biogen hosted an investor call detailing its second-quarter financial results. Adjusted EPS of $10.26 were above consensus of $7.96 and our estimate of $7.36, mainly because of an increase in other revenues of 155% as a result of approximately $330 million in contract manufacturing revenues related to license of manufacturing-related intellectual property to a corporate partner, paired with reduced SG&A spend resulting from the COVID-19 pandemic, and significant share repurchases (see exhibit 1 for a variance analysis). Maintaining a consistent share count and other revenues from the first quarter but all other lines as reported would have resulted in non-GAAP EPS of $7.81. Updated guidance is mixed, with a slight decrease in revenue guidance but increase in non-GAAP EPS guidance, as shown in exhibit 2. Guidance assumes a steady share count and no impact of a generic Tecfidera launch this year.

The company continued its policy of providing limited visibility into the ongoing regulatory discussions regarding aducanumab, and all eyes remain on the recent filing and potential FDA acceptance of that filing for review sometime before September 7. Management also declined to answer whether the priority review voucher it received from the Spinraza approval was used in the submission of aducanumab. The lack of full disclosure and caginess around the aducanumab results and filing remain perplexing, back to the controlled data presentation at the CTAD meeting this past December. Combined with the decision not to conduct additional studies of aducanumab (opting to move BAN2401 into earlier studies at this point instead) and continued executive departures, it is hard to be confident in the program. The company stated that it has started taking steps in anticipation of potential approval of aducanumab from the FDA, including forming a team dedicated to site readiness, and has had formal meetings with EU regulators in preparation for a filing. The company has also had informal interactions with regulators in Japan, with formal meetings expected in the near future.

We continue to believe the FDA will accept the aducanumab filing for review; however, a negative advisory committee meeting will support the decision not to approve the drug based on the currently available trial data. Further details on our analysis on the recent aducanumab developments can be found in our previous note: Aducanumab Submission Gets the Ball Rolling for What Will Be a Highly Scrutinized Regulatory Process. Therefore, combined with a stagnant to slightly declining core business, we reiterate our Market Perform rating.

**Matt Phipps, Ph.D.** +1 312 364 8602
mphipps@williamblair.com

**Rob Andrew, Ph.D.** +1 312 364 8347
randrew@williamblair.com

Stock Rating: **Market Perform**

| | |
|---|---|
| Symbol: | BIIB (NASDAQ) |
| Price: | $280.19 (52-Wk.: $216-$375) |
| Market Value (M): | $45,724 |
| Dividend/Yield: | $0.00/0.00% |
| Fiscal Year End: | December |

| | | 2019A | 2020E | 2021E |
|---|---|---|---|---|
| **Estimates** | | | | |
| EPS | Q1 | $6.98 | $9.14 | $8.72 |
| | Q2 | $9.15 | $10.26 | $9.05 |
| | Q3 | $9.17 | $8.38 | $8.60 |
| | Q4 | $8.34 | $8.11 | $8.30 |
| | FY | $33.57 | $35.93 | $34.67 |
| Sales (M) FY | | $14,377.9 | $14,108.3 | $13,406.3 |
| **Valuation** | | | | |
| FY P/E | | 8.3x | 7.8x | 8.1x |
| EV/Sales | | 3.5x | 3.6x | 3.8x |

**Trading Data (FactSet)**

| | |
|---|---|
| Shares Outstanding (M): | 163.2 |
| Float (M): | 162.9 |
| Avg. Daily Volume (90-day): | 1,900,250 |

**Financial Data (FactSet)**

| | |
|---|---|
| Book Value Per Share (MRQ): | $75.00 |
| Return on Equity (TTM): | 44.6% |
| Enterprise Value (M): | $50,996 |

**Two-Year Price Performance Chart**



Sources: FactSet, William Blair & Company estimates

A pioneer in the biotechnology industry, Biogen focuses on developing therapies for neurodegenerative diseases, including industry-leading brands for the treatment of multiple sclerosis, Tecfidera, Tysabri, Avonex, and Plegridy. Its recently launched drug for spinal muscular atrophy, Spinraza, has dramatically altered the natural disease course. Biogen has a deep clinical pipeline ranging from ALS and Parkinson's to stroke.

**Please refer to important disclosures on pages 6 – 8. Analyst certification is on page 6.**
**William Blair or an affiliate does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. This report is not intended to provide personal investment advice. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments, or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein.**

William Blair

Biogen also announced after the close on Tuesday, July 21, that Chief Financial Officer Jeffrey Capello will step down from his current role on August 15, with the company announcing Michael McDonnell, currently CFO at IQVIA (IQV $164.29; Outperform), will fill the role. Interestingly, it was noted on the call that IQVIA was the CRO involved in the Phase III trials of aducanumab, though management was not involved in any of the regulatory interactions with the FDA surrounding the recent filing. Beyond aducanumab, the company highlighted seven mid- to late-stage readouts expected through the end of 2021, including results from Phase III trials of tofersen in SOD1 ALS and BIIB111 in choroideremia, which the company expects to be the next commercial product following aducanumab. However, with only two Phase III readouts expected over the next 18 months and two of the highlighted programs already having failed a previous trial (opicinumab and gosuranemab), we believe it is evident the company needs additional late-stage clinical assets.

Sales for the multiple sclerosis (MS) franchise were in line with consensus and our estimates, with combined sales of Tecfidera, Vumerity, Avonex, Plegridy, and Tysabri totaling $2.1 billion, and an additional $208 million coming from Ocrevus royalties (above Street estimates of $196 million). Following the recent invalidation of the company's '514 Tecfidera patent (see: District Court Invalidates '514 Patent on Lack of Written Description; Appeal Coming but Cash Flows in Doubt), future cash flows from the franchise are now of considerable concern, which continues to highlight the company's pressing need for late-stage pipeline assets. The company is planning to appeal the decision, which will likely delay generic entry to the market for an additional 12 months, and this is reflected in the updated guidance provided by the company, which does not account for the entry of a generic competitor this year. In addition, the launch of Vumerity remains slow, with the company reporting $9 million in sales in the second full quarter of launch following approval in the fourth quarter of 2019. Management on the call noted that the MS market in the United States was significantly impacted by COVID-19, resulting in lower new patient starts and therapy switches as well as reduced patient-physician interactions, all of which have contributed to the slow uptake of Vumerity. To address this initial slow start, the company has a strategic reallocation of resources to focus on improving Vumerity uptake, and it expects the uptake trends to improve in the second half of the year as a result of this strategy change as well as the potential recovery of the market from the impact of COVID-19. Management noted that regulatory filings were completed in Canada and Switzerland this quarter, and an EU filing is expected by the end of the year.

Spinraza sales were $495 million, compared with our estimate of $547 million and consensus of $514 million, with ex-U.S. sales below our estimate ($284.3 million versus $318 million), or about a 15% decline from $332 million in first quarter 2020. Management noted that Spinraza revenues were affected somewhat by dosing delays resulting from COVID-19, which peaked in mid-April and have begun to return to normal levels in the subsequent months. Novartis (NVS $86.50) reported earnings on July 21; commentary on Zolgensma suggested some COVID-19–related impact in the United States, with growth driven by geographic expansion into Europe and Japan, following approvals in the second quarter. Geographic expansion will now likely be the next catalyst for Zolgensma growth as Novartis appears to have been achieving relatively high penetration into the 400 babies born each year in the United States with SMA, indicating that about 60% of all newborns in the United States are now screened for SMA.

There also remain significant potential headwinds for the Spinraza franchise from PTC Therapeutics (PTCT $47.46; Outperform), whose oral splice modulator risdiplam is under FDA review, with a PDUFA date of August 24. While Spinraza patients are likely to continue on therapy for the time being, updated data from PTC Therapeutics' clinical studies for risdiplam this year (see William Blair analyst Raj Prasad's note: Interim Data From JEWELFISH Study Shows Additional Benefit With Risdiplam; PDUFA on August 24 Remains Key Catalyst) continue to support the efficacy and safety of the therapy, and we view final results from the JEWELFISH study in patients switching from Spinraza as critical to driving patient therapy switches, which would more meaningfully affect our Spinraza erosion assumptions post-risdiplam approval. Earlier this month, Biogen announced plans to initiate a Phase IV study of Spinraza in patients with suboptimal response to Zolgensma, which will likely begin enrollment in first quarter 2021; this could provide some extension to the opportunity for the Spinaraza franchise, although the study will yield results significantly after those from JEWELFISH, giving risdiplam (assuming approval) a significant head start in patients seeking a therapy to follow on from Zolgensma. We maintain the belief that erosion of Spinraza's market share remains likely in 2021, with more material declines in 2022 and beyond.

Lastly, we note the company's continued progress in developing its ophthalmology program; readouts from the Phase III study of BIIB111 in choroideremia and Phase II study of BIIB112 targeting X-linked retinitis pigmentosa (XLRP) are expected in the first half of 2021. The company sees its ophthalmology franchise as one of its near-term value-creation opportunities and stated on Wednesday's call that it expects BIIB111 to be the company's next commercial product following the commercialization of aducanumab, pending approval. A full timeline of upcoming catalysts from the company is provided in exhibit 3.

William Blair

**Exhibit 1**
**Biogen, Inc.**
**Second Quarter 2020 Variance Analysis**
(dollars in millions except EPS)

| | BIIB Q2 2020A | WB Q2 2020E | Variance | Q/Q Change | Yr/Yr Change |
|---|---|---|---|---|---|
| Tecfidera Sales | $1,182 | $1,068 | 11% | 8% | 3% |
| Vumerity | $9 | $9 | 6% | 329% | - |
| Avonex Sales | $389 | $362 | 8% | 6% | (11%) |
| Plegridy Sales | $93 | $113 | (18%) | (7%) | (21%) |
| Tysabri Sales | $432 | $399 | 8% | (17%) | (9%) |
| Spinraza Sales | $495 | $547 | (9%) | (12%) | 1% |
| Total Revenue | $3,682 | $3,353 | 10% | 4% | 2% |
| | | | | | |
| COGS | $411 | $421 | (2%) | (87%) | (87%) |
| R&D | $564 | $644 | (12%) | (1%) | 2% |
| SG&A | $555 | $664 | (16%) | - | - |
| Net Income | $1,651 | $1,266 | 30% | - | - |
| EPS | $10.26 | $7.36 | 39% | - | - |

Sources: Biogen reports and William Blair Equity Research

**Exhibit 2**
**Biogen, Inc.**
**Guidance and Estimates**
(dollars in millions except EPS)

| | New Guidance 2020 | WB Previous 2020E | WB Revised 2020E | WB Previous 2021E | WB Revised 2021E | WB Previous 2022E | WB Revised 2022E | WB Previous 2023E | WB Revised 2023E |
|---|---|---|---|---|---|---|---|---|---|
| Tecfidera Sales | | $4,351 | $4,543 | $4,285 | $4,285 | $4,213 | $4,213 | $3,822 | $3,833 |
| Vumerity Sales | | $41 | $41 | $140 | $140 | $255 | $255 | $349 | $349 |
| Avonex Sales | | $1,475 | $1,505 | $1,414 | $1,414 | $1,302 | $1,302 | $1,281 | $1,281 |
| Plegridy Sales | | $432 | $406 | $432 | $420 | $430 | $430 | $424 | $424 |
| Tysabri Sales | | $1,745 | $1,860 | $1,626 | $1,692 | $1,604 | $1,635 | $1,597 | $1,597 |
| Spinraza Sales | | $2,268 | $2,127 | $2,228 | $2,146 | $2,020 | $1,942 | $1,771 | $1,704 |
| NSR-REP1 | | $0 | $0 | $17 | $17 | $175 | $175 | $378 | $378 |
| Aducanumab | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Biosimilars | | $823 | $783 | $856 | $856 | $918 | $918 | $1,008 | $1,008 |
| Total Revenue | $13,800 to $14,200 | $13,792 | $14,108 | $13,544 | $13,406 | $13,466 | $13,279 | $13,190 | $12,977 |
| COGS | | $1,760 | $1,751 | $1,731 | $1,724 | $1,693 | $1,684 | $1,616 | $1,606 |
| R&D | | $2,293 | $2,332 | $2,321 | $2,321 | $2,366 | $2,366 | $2,366 | $2,366 |
| % of Revenue | 16% to 17% | 16.6% | 16.5% | 17.1% | 17.3% | 17.6% | 17.8% | 17.9% | 18.2% |
| SG&A | | $2,685 | $2,577 | $2,305 | $2,305 | $2,345 | $2,345 | $2,390 | $2,390 |
| % of Revenue | 17.5% to 18.5% | 19.5% | 18.3% | 17.0% | 17.2% | 17.4% | 17.7% | 18.1% | 18.4% |
| Tax rate | 18% to 19% | 17.9% | 18.8% | 18.7% | 18.7% | 18.8% | 18.8% | 18.4% | 18.4% |
| Net Income | | $5,474 | $5,845 | $5,559 | $5,452 | $5,436 | $5,292 | $5,260 | $5,096 |
| EPS | $34.50 to $36.00 | $31.90 | $35.93 | $32.80 | $34.67 | $32.29 | $33.89 | $31.80 | $33.26 |

Sources: Biogen reports and William Blair Equity Research

3 | Matt Phipps +1 312 364 8602

William Blair

**Exhibit 3**
**Biogen, Inc.**
**Timeline**

| Timing | | Product | Event |
|---|---|---|---|
| 2020 | 2H | Opicinumab (anti-LINGO) | AFFINITY results to determine potential for re-myelination in multiple sclerosis patients |
| | 3Q | Dapirolizumab pegol | Phase III initiation in patients with active SLE despite standard-of-care treatment |
| | 4Q | Timrepigene emparvovec (BIIB111) | Phase III STAR Results in CHM |
| | | BIIB100 | Potential clinical updates with XPO1 inhibitor in sporadic ALS |
| | | BIIB076 | Potential Phase I data for anti-tau antibody in Alzheimer's disease |
| 2021 | 1H | Timrepigene emparvovec (BIIB111) | Phase III STAR Results in CHM |
| | 1H | BIIB054 (anti-α-synuclein) | Phase II data for Parkinson's disease |
| | 1H | BIIB112 (NSR-RPGR) | Potential Phase II/III data in X-linked retinitis pigmentosa |
| | 1H | TMS-007 | Phase 2 data for Stroke |
| | 1H | BIIB092 | Phase II results in Alzheimer's Disease |
| | 1H | BIIB059 | Phase III initiation in patients with CLE |
| | 2H | BIIB104 | Phase IIb data for cognitive impairment associated with schizophrenia (CIAS) |
| | 2H | BIIB093 | Potential Phase III results in large hemispheric infarction |
| | 2H | BIIB067 (toferson) | Phase III data for SOD1 ALS |
| | | BIIB074 (vixotrigine) | Phase II results in small fiber neuropathy |
| | | BIIB078 | Phase I data for C9orf72 ALS |

Sources: Biogen reports

**Valuation**

Biogen shares are trading at $280.81 with a market cap of $45.8 billion. Shares are trading at 7.8 times our new 2020 EPS estimate of $35.93. Although we acknowledge the large opportunity for aducanumab and potential for approval if accepted for review by the FDA, we believe the regulatory pathway is still extremely unclear and additional regulatory feedback would provide greater clarity on the true odds of approval. Given the lack of clear growth opportunities outside Alzheimer's, we reiterate our Market Perform rating. The company could have success with additional pipeline assets including in neuropathic pain, stroke, or ALS, and we expect it to be active on the business development front; therefore, we will continue to evaluate Biogen's long-term outlook.

**Risks**

Biogen faces many of the same clinical, regulatory, and commercial risks as its peers. Specifically, Biogen is heavily reliant on sales of drugs to treat MS, a highly competitive disease space. Newly launched or anticipated drugs from competitors have the potential to take market share from Biogen's therapies, reducing growth potential. In addition, Biogen recently launched the first drug for the treatment of SMA, and commercial or clinical setbacks could negatively affect future sales estimates.

William Blair

**Biogen, Inc.**
Company Rating: Market Perform
7/22/2020

# Income Statement

(dollars in millions except EPS and shares in millions)

| | 2019A | Q1A | Q2A | Q3E | Q4E | 2020E | 2021E | 2022E |
|---|---|---|---|---|---|---|---|---|
| **Revenue** | | | | | | | | |
| **Multiple Sclerosis** | | | | | | | | |
| Tecfidera | 4,433 | 1,099 | 1,181 | 1,119 | 1,143 | 4,543 | 4,285 | 4,213 |
| Vumerity | 6 | 2 | 9 | 13 | 17 | 41 | 140 | 255 |
| Avonex | 1,666 | 366 | 389 | 379 | 371 | 1,505 | 1,414 | 1,302 |
| Plegridy | 436 | 100 | 93 | 105 | 108 | 406 | 420 | 430 |
| Tysabri | 1,892 | 522 | 432 | 451 | 454 | 1,860 | 1,692 | 1,635 |
| Fampyra | 97 | 28 | 23 | 23 | 23 | 97 | 88 | 88 |
| **Other Product Revenues** | | | | | | | | |
| Spinraza | 2,097 | 565 | 495 | 529 | 539 | 2,127 | 2,146 | 1,942 |
| Aducanumab | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| BIIB067 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 18 |
| BIIB078 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Fumaderm | 15 | 3 | 3 | 3 | 3 | 12 | 13 | 13 |
| Benepali JV | 486 | 134 | 106 | 115 | 127 | 482 | 500 | 500 |
| Flixabi JV | 68 | 24 | 21 | 20 | 18 | 82 | 80 | 88 |
| Imraldi JV | 184 | 62 | 45 | 50 | 63 | 219 | 276 | 330 |
| BIIB111 (NSR-REP1) | 0 | 0 | 0 | 0 | 0 | 0 | 17 | 175 |
| BIIB112 (NSR-NGRP) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **Product Revenue** | 11,380 | 2,905 | 2,796 | 2,808 | 2,866 | 11,375 | 11,075 | 10,990 |
| | | | | | | | | |
| Rituxan/Gazyva Revenue | 1,588 | 358 | 270 | 305 | 305 | 1,238 | 1,036 | 896 |
| Ocrevus Royalties | 703 | 162 | 208 | 182 | 182 | 733 | 821 | 918 |
| Other Revenues | 708 | 109 | 408 | 110 | 135 | 762 | 475 | 475 |
| | | | | | | | | |
| **Total revenues** | 14,378 | 3,534 | 3,682 | 3,405 | 3,488 | 14,108 | 13,406 | 13,279 |
| | | | | | | | | |
| **Costs and expenses** | | | | | | | | |
| Cost of goods sold | 1,955 | 454 | 411 | 435 | 450 | 1,751 | 1,724 | 1,684 |
| Research and development | 2,272 | 476 | 648 | 579 | 629 | 2,332 | 2,321 | 2,366 |
| Selling, general and administrative | 2,331 | 569 | 555 | 684 | 769 | 2,577 | 2,305 | 2,345 |
| **Total costs and expenses** | 6,710 | 1,554 | 1,497 | 1,754 | 1,910 | 6,715 | 6,643 | 6,706 |
| Other income (expense), net | (117) | (60) | (31) | (17) | (16) | (123) | (60) | (56) |
| **Earnings before income taxes** | $7,551 | $1,921 | $2,154 | $1,634 | $1,562 | $7,271 | $6,703 | $6,516 |
| Provisions for income taxes | 1,181 | 330 | 454 | 303 | 281 | 1,368 | 1,251 | 1,225 |
| **Tax rate** | **15.6%** | **17.2%** | **21.1%** | **18.6%** | **18.0%** | **18.8%** | **18.7%** | **18.8%** |
| | | | | | | | | |
| **Net income attributable to BIIB** | 6,291 | 1,582 | 1,651 | 1,331 | 1,281 | 5,845 | 5,452 | 5,292 |
| Net income per share | | | | | | | | |
| EPS Diluted | $33.57 | $9.14 | $10.26 | $8.38 | $8.11 | $35.93 | $34.67 | $33.89 |
| Shares diluted | 187 | 173 | 161 | 159 | 158 | 163 | 157 | 156 |

| **Margin Analysis** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 2019A | Q1A | Q2A | Q3E | Q4E | 2020E | 2021E | 2022E |
| Product Gross Margin | 86.4% | 87.1% | 88.8% | 87.2% | 87.1% | 87.6% | 87.1% | 87.3% |
| Operating Margin | 52.5% | 54.3% | 58.5% | 48.0% | 44.8% | 51.5% | 50.0% | 49.1% |
| Net Income Margin | 43.8% | 44.8% | 44.8% | 39.1% | 36.7% | 41.4% | 40.7% | 39.9% |
| R&D (% of total revenue) | 15.8% | 13.5% | 17.6% | 17.0% | 18.0% | 16.5% | 17.3% | 17.8% |
| SG&A (% of total revenue) | 16.2% | 16.1% | 15.1% | 20.1% | 22.0% | 18.3% | 17.2% | 17.7% |

| **Company Growth Metrics** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | 2019A | Q1A | Q2A | Q3E | Q4E | 2020E | 2021E | 2022E |
| **Tecfidera Sales** | | | | | | | | |
| Q/Q Growth | 1.5% | (5.4%) | 7.5% | (5.3%) | 2.2% | (0.2%) | (1.3%) | (0.4%) |
| Y/Y Growth | 3.7% | 10.0% | 2.7% | (0.3%) | (1.5%) | 2.5% | (5.7%) | (1.7%) |
| **Total Revenues** | | | | | | | | |
| Q/Q Growth | 1.0% | (3.7%) | 4.2% | (7.5%) | 2.4% | (1.2%) | (0.7%) | (0.6%) |
| Y/Y Growth | 6.9% | 1.3% | 1.8% | (5.4%) | (5.0%) | (1.9%) | (5.1%) | (2.2%) |
| **EPS** | | | | | | | | |
| Q/Q Growth | 2.0% | 9.6% | 12.3% | (18.4%) | (3.1%) | 0.1% | 0.7% | (0.7%) |
| Y/Y Growth | 10.3% | 31.0% | 12.2% | (8.6%) | (2.7%) | 7.0% | (3.5%) | (2.3%) |

Sources: Biogen reports. and William Blair estimates

5 | Matt Phipps +1 312 364 8602

William Blair

**IMPORTANT DISCLOSURES**

William Blair or an affiliate is a market maker in the security of Biogen Inc.

William Blair or an affiliate expects to receive or intends to seek compensation for investment banking services from Biogen Inc. or an affiliate within the next three months.

Officers and employees of William Blair or its affiliates (other than research analysts) may have a financial interest in the securities of Biogen Inc.

This report is available in electronic form to registered users via R*Docs™ at https://williamblairlibrary.bluematrix.com or www.williamblair.com.

Please contact us at +1 800 621 0687 or consult williamblair.com/Research-and-Insights/Equity-Research/Coverage.aspx for all disclosures.

Matt Phipps attests that 1) all of the views expressed in this research report accurately reflect his/her personal views about any and all of the securities and companies covered by this report, and 2) no part of his/her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed by him/her in this report. We seek to update our research as appropriate. Other than certain periodical industry reports, the majority of reports are published at irregular intervals as deemed appropriate by the research analyst.

DOW JONES: 26840.40
S&P 500: 3257.30
NASDAQ: 10680.40



Biogen Inc. Rating History as of 07/21/2020
powered by: BlueMatrix

Source: FactSet & William Blair

Additional information is available upon request.

**Current Rating Distribution (as of July 22, 2020):**

| Coverage Universe | Percent | Inv. Banking Relationships * | Percent |
|---|---|---|---|
| Outperform (Buy) | 71 | Outperform (Buy) | 19 |
| Market Perform (Hold) | 29 | Market Perform (Hold) | 7 |
| Underperform (Sell) | 1 | Underperform (Sell) | 0 |

*Percentage of companies in each rating category that are investment banking clients, defined as companies for which William Blair has received compensation for investment banking services within the past 12 months.

The compensation of the research analyst is based on a variety of factors, including performance of his or her stock recommendations; contributions to all of the firm's departments, including asset management, corporate finance, institutional sales, and retail brokerage; firm profitability; and competitive factors.

William Blair

**OTHER IMPORTANT DISCLOSURES**

Stock ratings and valuation methodologies: William Blair & Company, L.L.C. uses a three-point system to rate stocks. Individual ratings reflect the expected performance of the stock relative to the broader market (generally the S&P 500, unless otherwise indicated) over the next 12 months. The assessment of expected performance is a function of near-, intermediate-, and long-term company fundamentals, industry outlook, confidence in earnings estimates, valuation (and our valuation methodology), and other factors. Outperform (O) - stock expected to outperform the broader market over the next 12 months; Market Perform (M) - stock expected to perform approximately in line with the broader market over the next 12 months; Underperform (U) - stock expected to underperform the broader market over the next 12 months; not rated (NR) - the stock is not currently rated. The valuation methodologies include (but are not limited to) price-to-earnings multiple (P/E), relative P/E (compared with the relevant market), P/E-to-growth-rate (PEG) ratio, market capitalization/revenue multiple, enterprise value/EBITDA ratio, discounted cash flow, and others. Stock ratings and valuation methodologies should not be used or relied upon as investment advice. Past performance is not necessarily a guide to future performance.

The ratings and valuation methodologies reflect the opinion of the individual analyst and are subject to change at any time.

Our salespeople, traders, and other professionals may provide oral or written market commentary, short-term trade ideas, or trading strategies-to our clients, prospective clients, and our trading desks-that are contrary to opinions expressed in this research report. Certain outstanding research reports may contain discussions or investment opinions relating to securities, financial instruments and/or issuers that are no longer current. Always refer to the most recent report on a company or issuer. Our asset management and trading desks may make investment decisions that are inconsistent with recommendations or views expressed in this report. We will from time to time have long or short positions in, act as principal in, and buy or sell the securities referred to in this report. Our research is disseminated primarily electronically, and in some instances in printed form. Research is simultaneously available to all clients. This research report is for our clients only. No part of this material may be copied or duplicated in any form by any means or redistributed without the prior written consent of William Blair & Company, L.L.C.

This is not in any sense an offer or solicitation for the purchase or sale of a security or financial instrument. The factual statements herein have been take from sources we believe to be reliable, but such statements are made without any representation as to accuracy or completeness or otherwise, except with respect to any disclosures relative to William Blair or its research analysts. Opinions expressed are our own unless otherwise stated and are subject to change without notice. Prices shown are approximate.

This material is distributed in the United Kingdom and the European Economic Area (EEA) by William Blair International, Ltd., authorised and regulated by the Financial Conduct Authority (FCA). William Blair International, Limited is a limited liability company registered in England and Wales with company number 03619027. This material is only directed and issued to persons regarded as Professional investors or equivalent in their home jurisdiction, or persons falling within articles 19 (5), 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not "relevant persons."

"William Blair" and "R*Docs" are registered trademarks of William Blair & Company, L.L.C. Copyright 2020, William Blair & Company, L.L.C. All rights reserved.

*William Blair*

# Equity Research Directory

**John F. O'Toole, Partner    Manager and Director of Research    +1 312 364 8612**
**Kyle Harris, CFA, Partner    Operations Manager    +1 312 364 8230**

## CONSUMER

**Sharon Zackfia, CFA, Partner    +1 312 364 5386**
Group Head–Consumer
*Lifestyle and Leisure Brands, Restaurants,
Consumer Technology*

**Jon Andersen, CFA, Partner    +1 312 364 8697**
*Consumer Products*

**Dylan Carden    +1 312 801 7857**
*Consumer Technology, Specialty Retail*

**Daniel Hofkin    +1 312 364 8965**
*Hardlines, Specialty Retail*

**Ryan Sundby, CFA    +1 312 364 5443**
*Outdoor and Recreation*

## FINANCIAL SERVICES AND TECHNOLOGY

**Adam Klauber, CFA, Partner    +1 312 364 8232**
Co-Group Head–Financial Services and Technology
*Financial Analytic Service Providers, Insurance Brokers,
Property & Casualty Insurance*

**Robert Napoli, Partner    +1 312 364 8496**
Co-Group Head–Financial Services and Technology
*Financial Technology, Specialty Finance*

**Chris Shutler, CFA    +1 312 364 8197**
*Asset Management, Financial Technology*

## HEALTHCARE

**Biotechnology**

**Tim Lugo, Partner    +1 415 248 2870**
Group Head–Biotechnology
*Biotechnology*

**Andy T. Hsieh, Ph.D.    +1 312 364 5051**
*Biotechnology*

**Myles R. Minter, Ph.D.    +1 312 364 5283**
*Biotechnology*

**Matt Phipps, Ph.D.    +1 312 364 8602**
*Biotechnology*

**Raju Prasad, Ph.D.    +1 312 364 8469**
*Biotechnology*

**Healthcare Technology and Services**

**Ryan Daniels, CFA, Partner    +1 312 364 8418**
Co-Group Head–Healthcare Technology and Services
*Healthcare Technology, Healthcare Services*

**John Kreger, Partner    +1 312 364 8597**
Co-Group Head–Healthcare Technology and Services
*Distribution, Outsourcing, Pharmacy Benefit Management*

**Jeffrey Garro, CFA    +1 312 364 8022**
*Healthcare Technology*

**Margaret Kaczor, CFA, Partner    +1 312 364 8608**
*Medical Technology*

**Matt Larew    +1 312 364 8242**
*Healthcare Delivery, Healthcare Services*

**Brian Weinstein, CFA, Partner    +1 312 364 8170**
*Diagnostic Products, Medical Technology*

## GLOBAL INDUSTRIAL INFRASTRUCTURE

**Nick Heymann    +1 212 237 2740**
Co-Group Head–Global Industrial Infrastructure
*Multi-industry*

**Larry De Maria, CFA    +1 212 237 2753**
Co-Group Head–Global Industrial Infrastructure
*Capital Goods*

**Louie DiPalma, CFA    +1 312 364 5437**
*Aerospace and Defense*

**Brian Drab, CFA, Partner    +1 312 364 8280**
*Industrial Technology*

**Ryan Merkel, CFA    +1 312 364 8603**
*Building Products, Specialty Distribution*

## GLOBAL SERVICES

**Tim Mulrooney    +1 312 364 8123**
Group Head–Global Services
*Commercial Services, Staffing*

**Andrew Nicholas, CPA    +1 312 364 8689**
*Consulting, HR Technology, Information Services*

## TECHNOLOGY, MEDIA, AND COMMUNICATIONS

**Jason Ader, CFA, Partner    +1 617 235 7519**
Co-Group Head–Technology, Media, and Communications
*Enterprise and Cloud Infrastructure*

**Bhavan Suri, Partner    +1 312 364 5341**
Co-Group Head–Technology, Media, and Communications
*IT Services, Software, Software as a Service*

**Arjun Bhatia, CPA    +1 312 364 5696**
*Software as a Service*

**Jim Breen, CFA    +1 617 235 7513**
*Internet Infrastructure and Communication Services*

**Jonathan Ho, Partner    +1 312 364 8276**
*Cybersecurity, Security Technology*

**Maggie Nolan, CPA    +1 312 364 5090**
*IT Services*

**Matthew Pfau, CFA    +1 312 364 8694**
*Software as a Service*

**Ralph Schackart III, CFA, Partner    +1 312 364 8753**
*Digital Media, Internet*

**Stephen Sheldon, CFA, CPA    +1 312 364 5167**
*Real Estate, Education*

**Matt Stotler    +1 212 237 2755**
*Software, Software as a Service*

**Alessandra Vecchi    +1 212 237 2764**
*Semiconductors/Wireless*

## ECONOMICS

**Richard de Chazal, CFA    +44 20 7868 4400**

## EDITORIAL AND SUPERVISORY ANALYSTS

**Steve Goldsmith, Head Editor and SA    +1 312 364 8540**
**Audrey Majors, Editor and SA    +1 312 364 8992**
**Beth Pekol Porto, Editor and SA    +1 312 364 8924**
**Lisa Zurcher, Editor and SA    +44 20 7868 4549**