# EXHIBIT 18

July 22, 2020 | Equity Research



# Biogen Inc.

## BIIB: Increasing Target On 2Q20 Results, Aducanumab Remains Key

**Equal Weight/V/$324**

Biotechnology

**Price Target Change**

- We are maintaining our Equal Weight rating on BIIB and increasing our PT to $324 (9x our 2021 EPS estimate of $36.06) from $311 following review of 2Q20 operating results. Overall results were better than expected, on slightly better revenues, although TECFIDERA patent risk remains an overhang with modest performance of next-generation VUMERITY, and focus remains on aducanumab BLA for Alzheimer's.

- Biogen (BIIB) reported 2Q20 operating results today and provided an update on commercial performance and key initiatives. Non-GAAP EPS of $10.26 was ahead of $8.02 consensus on total revenues of $3.68B vs. $3.43B consensus, which included SPINRAZA sales of $495MM (vs. $506MM consensus), TECFIDERA sales of $1.18B (vs. $1.11B consensus), TYSABRI sales of $432MM (vs. $475MM consensus) and interferon sales of $482MM (vs. $506MM consensus). Our 2020/2021 non-GAAP EPS estimates are $35.72/$36.06 vs. $32.74/$34.85 prior.

- With focus on key product performance, SPINRAZA global sales declined 12% QoQ (up 1% YoY), with US sales -11% QoQ driven by a decrease in new patient starts due to COVID-19, and ex-US sales +10% QoQ driven by broad growth across all regions. A total of 11,000 patients are on SPINRAZA (vs. >10,000 in 1Q20), and most patients continue to receive therapy despite COVID-19, with momentum in dosing observed by quarter-end. For its multiple sclerosis (MS) business, global revenues declined 4% YoY, with US revenues flat YoY and prescription share growth for TYSABRI and AVONEX/PLEGRIDY despite recent competition, and ex-US revenues declined 11% YoY, despite 12% YoY growth in TECFIDERA patients. Biosimilars revenue declined 7% YoY, impacted by COVID-19 delays in dosing and slowdown in new treatment for immunology patients.

- With additional focus on the pipeline, BIIB has 29 assets in clinical development with 7 in phase 3 or filed. BIIB expects 7 mid-late stage readouts before the end of 2021 including phase 3 choroideremia data 2H21, phase 3 tofersen SOD1+ve amyotrophic lateral sclerosis (ALS) data 2H21 and phase 2 data for: opicinumab in MS 2H20, BIIB054 for Parkinson's disease 1H21, BIIB112 for X-linked retinitis pigmentosa (1H21), TMS-007 for stroke 1H21 and gosuranemab for AD 2H21. Before mid-August, BIIB expects to receive notification from FDA on the aducanumab BLA and if accepted whether the filing will receive a 6-month review. BIIB has also preparing an aducanumab filing for the EU and is in discussion with Japanese regulators. With the SPINRAZA label updated for pre-symptomatic SMA showing that 22/25 children able to walk, BIIB continues to evaluate increasing efficacy with high dose SPRINRAZA in DEVOTE, and a newly announced gene therapy combination trial and convenience with less frequent dosing.

| $ EPS | 2019A | 2020E Curr. | Prior | 2021E Curr. | Prior |
|---|---|---|---|---|---|
| Q1 (Mar.) | 6.98 | 9.14 A | NC | 9.10 | 8.60 |
| Q2 (June) | 9.15 | **10.26 A** | 7.61 | 8.98 | 8.66 |
| Q3 (Sep.) | 9.17 | **7.82** | 7.87 | 9.02 | 8.75 |
| Q4 (Dec.) | 8.34 | **8.50** | 8.12 | 8.96 | 8.84 |
| FY | 33.57 | **35.72** | 32.74 | 36.06 | 34.85 |
| CY | 33.57 | 35.72 | | 36.06 | |
| FY P/EPS | 8.4x | 7.8x | | 7.8x | |
| Rev.(MM) | 14,378 | 13,980 | | 13,298 | |

*Source: Company Data, Wells Fargo Securities, LLC estimates, and Reuters*
*NA = Not Available, NC = No Change, NE = No Estimate, NM = Not Meaningful*
*V = Volatile*

| Ticker | BIIB |
|---|---|
| **Price Target/Prior:** | **$324/$311** |
| **Price (07/22/2020)** | **$280.19** |
| 52-Week Range: | $215-375 |
| Shares Outstanding: (MM) | 163.2 |
| Market Cap.: (MM) | $45,727.0 |
| S&P 500: | 3,260.88 |
| Avg. Daily Vol.: | 1,855,790 |
| Dividend/Yield: | $0.00/0.0% |
| LT Debt: (MM) | $6,512.7 |
| LT Debt/Total Cap.: | 34.9% |
| ROE: | 34.0% |
| 3-5 Yr. Est. Growth Rate: | 9.0% |
| CY 2020 Est. P/EPS-to-Growth: | 0.9x |
| Last Reporting Date: | 07/22/2020 Before Open |

*NC = No Change*
*Source: Company Data, Wells Fargo Securities, LLC estimates, and Reuters*

**Jim Birchenough, MD**
Senior Analyst|415-947-5470
jim.birchenough@wellsfargo.com

**Chuck Whitesell**
Associate Analyst|212-214-5067
chuck.whitesell@wellsfargo.com

**Nick Abbott**
Associate Analyst|206-542-2492
nick.abbott@wellsfargo.com

**Yanan Zhu, Ph.D.**
Senior Analyst|415-396-3194
yanan.zhu@wellsfargo.com

**Please see page 7 for rating definitions, important disclosures and required analyst certifications. All estimates/forecasts are as of 07/22/20 unless otherwise stated. 07/22/20 14:35:36 ET**

Wells Fargo Securities, LLC does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of the report and investors should consider this report as only a single factor in making their investment decision.

Together we'll go far



**Review of Financial Performance**

- Total revenues of $3.68B vs. $3.43B consensus
- Non-GAAP EPS of $10.26 vs. $8.02 consensus
- Share repurchase of 9.0M shares at total value of $2.81B with $1.25B remaining in current program
- Cash from operations of $1.95B
- Guidance updated:
- Total revenues $13.8B-$14.2B vs. the prior guidance of $14.0B-$14.2B
- Non-GAAP R&D in the range of 16%-17% vs. the prior 15%-16%
- Non-GAAP SG&A in the range of 17.5%-18.5% vs. the prior 19.5%-20.5%
- Non GAAP tax rate in the range of 18%-19%, unchanged from prior guidance
- Non-GAAP EPS of $34.00-$36.00 vs. the prior $31.50-$33.50
- As of June 30, cash and marketable securities of $5.25B and debt of $7.42B

**Review of Product Performance**

SPINRAZA
- $495MM in global revenues (vs. $506MM consensus), down 12% QoQ and up 1% YoY
- US revenues down 11% QoQ and down 9% YoY, with the number of patients on SPINRAZA increasing 6% YoY and decreasing slightly QoQ as a result of COVID-19 impact on new patient starts
- Despite COVID-19, most patients have continued to receive therapy, with delays peaking in mid-April and normalizing in May and June
- Improvement in maintenance doses observed in June and exited quarter with strong momentum
- Ex-US revenues up 10% QoQ, with broad growth across all major regions
- As of the 2Q20, total of 11,000 patients on SPINRAZA across commercial, EAP and clinical settings (vs. >10,000 in 1Q20) and up 30% YoY
- Now estimate >60,000 patients with SMA in global markets and expect to commercialize significantly higher than previous estimate of 45,000

Multiple Sclerosis (MS) Business
- $2.334B in global revenues (vs. $2.252B consensus), down 4% YoY, including OCREVUS royalties of $208MM, down 2% YoY
- US revenues (excluding OCREVUS) of $1.51B were flat YoY, with growth in share of new prescriptions in TYSABRI and interferon despite recent increase in competition
- Ex-US revenues of $615MM, down 11% YoY, in part due to a negative effect of foreign exchange rates of ~$35MM, despite 7% patient growth
- Ex-US revenues also included a ~$59MM benefit attributed to accelerated sales during COVID-19 of which ~$37MM was utilized in 2Q20

Fumarates (TECFIDERA/VUMERITY)
- Global revenues of $1.19B (vs. $1.105B consensus), up 3% YoY, driven by revenue growth in the US
- US revenues impacted by an increase in channel inventory of ~$15MM (vs. decrease of ~$15MM in 2Q19)
- TECFIDERA global revenues of $1.182B (vs. $1.105B consensus), up 8% QoQ and 3% YoY
- In the US, revenues of $814MM were up 5% YoY and down 7% YoY
- Ex-US revenues of $289MM were down 4%, with demand growth offset by price and unfavorable foreign exchange rates
- Number of TECFIDERA patients ex-US grew 12% YoY, driven by double-digit growth in Europe and ~38% growth in Latin America and Asia Pacific combined
- VUMERITY US revenues of $9MM, up 6% YoY, with access to reimbursement for vast majority of commercial lives covered, and COVID-19 noted as impacting overall new prescription volumes

Interferon (AVONEX/PLAGRIDY)
- Global revenues of $481MM (vs. $475MM consensus), up 3% QoQ and down 13% YoY, driven by continued shift from injectable platforms to oral or high efficiency therapies
- US sales of $329MM, down 9% YoY, with growth noted in share of new prescriptions and stable share in total prescriptions
- Ex-US sales of $153MM, down 22% YoY, with ~$15MM in accelerated sales attributed to COVID-19

TYSABRI
- Global revenues of $432MM (vs. $445MM consensus), down 17% QoQ and down 9% YoY
- US sales of $244MM, down 8% YoY, equally impacted by the inventory dynamics and the impact of COVID-19 given delays in dosing at infusion sites
- In the US, a stable share of adjusted volumes and share of new prescriptions were overserved vs. the prior quarter
- Ex-US sales of $188MM, decreased 11% YoY, negatively impacted by ~$12MM due to unfavorable foreign exchange rates and channel dynamics, with 5% patient growth YoY

Biosimilar Business
- Global revenues of $172MM (vs. $213MM consensus), down 7% YoY, partially due to market dynamics due to COVID-19
- Revenues also negatively impacted by a relatively higher slowdown in new treatment for immunology patients as a result of COVID-19
- Estimate ~215,000 patients using BIIB's biosimilars in Europe
- Total anti-CD20 revenues decreased by 17% YoY, with increased OCREVUS royalties offset by decreased revenues from RITUXAN
- Total other revenues increased 155% YoY due to primarily ~$330MM in revenues related to the license of certain manufacturing-related IP to one of BIIB's corporate partners

**Review of R&D Pipeline**

<u>Alzheimer's Disease</u>
With focus on the pipeline, BIIB completed the U.S. submission for Alzheimer's disease (AD) drug aducanumab 7/7/20 and within 60-days expects notification on acceptance of the filing and if accepted, whether FDA has designated the filing for Priority Review; recall BIIB has a Pediatric Rare Disease voucher which could have bene used to guarantee a 6-month review. In Europe, BIIB has conducted formal meetings with regulators and as a result is preparing to submit a Marketing Application Approval dossier, while in Japan informal regulatory interactions have occurred ahead of a planned formal meeting with that country's PMDA. The aducanumab filing includes the EMERGE phase 3 data with supporting data from the negative ENGAGE trial and the phase 1 trial, with BIIB noting that both ENGAGE and the phase 1 support the conclusion from EMERGE that a high dose administered for sufficient length of time is required to see benefits in the rates of cognitive decline and activities of daily living. In preparation for aducanumab approval, BIIB is increasing engagement with medical experts, key opinion leaders and payers, and has established a cross-functional team dedicated to site readiness. Aducanumab is the first product in BIIB's AD portfolio which includes BAN2401 (phase 3 data 2Q22), two antibodies targeting tau (gosuranemab – phase 2 data 1H21, BIIB076 – phase 1), an antisense oligonucleotide (ASO) targeting tau (BIIB080 Phase 1/2) and AD is one of the indications included in the gene therapy collaboration with Sangamo Therapeutics.

Both aducanumab and BAN2401 are partnered with Eisai, and Eisai recently announced that in collaboration with the NIH-funded Alzheimer's Clinical Trials Consortium (ACTC), the organizations have initiated the AHEAD 3-45 phase 3 clinical trial of anti-Aβ antibody, BAN2401 in subjects with preclinical Alzheimer's disease (AD). The AHEAD 3-45 trial will randomize 1400 patients to BAN2401 or placebo for 216 weeks and subjects will be enrolled into two cohorts based on amyloid burden. The A45 trial will enroll cognitively unimpaired subjects with elevated levels of amyloid in the brain, and aims to prevent cognitive decline and suppress the progression of brain AD pathology. The primary endpoint for A45 is the change from baseline in the Preclinical Alzheimer Cognitive Composite 5 (PACC5) at week 216 with secondary endpoints of change in: brain amyloid level (amyloid PET), brain tau level (tau PET) and Cognitive Function Index, which is a participant and study partner reported outcome. The A3 trial will enroll cognitively unimpaired participants who have an intermediate level of amyloid in the brain, and who are at high risk for further Aβ accumulation. The primary endpoint for A3 is change from baseline in amyloid PET with tau PET the secondary endpoint. Both trials include comprehensive blood and CSF biomarkers.

<u>Multiple Sclerosis</u>
Following the Northern District of West Virginia court decision (6/18/20) that BIIB's U.S. patent No. 8,399,514, claiming the TECFIDERA dosing regimen of 480 mg/day to be invalid, BIIB announced that in addition to appealing the decision, the company will transition from a fumarate-first strategy to a VUMERITY-first strategy in an effort to accelerate uptake. Beyond VUMERITY, BIIB continues to focus on life cycle management of existing assets and development of novel assets in MS. On TYSABRI, real world data on extended interval dosing (EID) suggests a reduced risk for PML without loss of efficacy and BIIB expects data from the NOVA EID trial 1H21. A subcutaneous formulation of TYSABRI will provide parity to other agents in the highly active disease space. On remyelination, BIIB expects data from the phase 2b opicinumab (anti-LINGO) remyelination trial 2H20 and noted that an oral remyelination agent, BIIB061 which had a different mechanism of action continues evaluation in phase 1. In addition BIIB believes that its non-covalent phase 1 oral BTK inhibitor, BIIB091, has a best-in-class profile.

Spinal Muscular Atrophy
BIIB recently presented updated results from the NURTURE trial of SPINRAZA in pre-symptomatic SMA patients with a genetic diagnosis of SMA and either 2 or 3 copies of the SMN2 gene. With up to 4.8 years of follow-up, 88% (22/25) of children walked independently and 96% (24/35) walked without assistance. At the end of June, the U.S. package insert for SPINRAZA was updated with an earlier cut of the data and with up to 34 months of follow-up, 22/25 (88%) were able to walk with 17 of these (17/22) able to walk independently as defined by the 95th percentile of the WHO expected age of achievement. As part of life cycle management, BIIB is evaluating a higher dose of SPINRAZA in the DEVOTE trial and recently announced a trial to evaluate SPINRAZA in subjects treated with ZOLGENSMA noting that 40% of subjects in the phase 1 ZOLGENSMA trial received combination treatment.

Neuromuscular Disease
The New England Journal of Medicine recently published phase 1/2 data for BIIB's Ionis Pharmaceuticals' sourced ASO, tofersen to SOD1 in SOD1 +ve amyotrophic lateral sclerosis (ALS). Tofersen is currently being evaluated in the phase 3 VALOR trial with data expected late 2021.

Between 11/7/16 and 7/17/18 55 patients were screened and 50 patients with SOD1+ve ALS were enrolled and assigned 1:3 to placebo (n=12) or sequentially to one of 4 tofersen dose cohorts: 20mg (n=10), 40mg (n=9), 60mg (n=9) or 100mg (n=10) administered as a bolus lumbar intrathecal injection days 1, 15, 29, 57 and 85. Endpoints included safety, pharmacokinetics, pharmacodynamics (SOD1 protein in CSF), respiratory function, muscle strength and change from baseline in total score on the Amyotrophic Lateral Sclerosis Functional Rating Scale–Revised (ALSFRS-R) which assesses 12 items in four domains of function. Post-hoc analyses included neurofilament light chains (heavy chains were pre-specified) and a fast-progressing (FP) subgroup (n=12) who had 1 of 10 pre-defined *SOD1* mutations associated with rapid disease progression, a disease course of ≤3 years and a decrease in the pre-randomization slope of the ALSFRS-R score of at least 0.2 points/month.

Tofersen was well tolerated with the majority of adverse events associated with lumbar puncture administration and no clear dose response for adverse events. More severe/medically significant adverse events were observed in the placebo cohort (3/12) vs tofersen cohorts (4/38) where 1 event each occurred in the 20mg and 40mg cohorts, 2 in the 60mg cohort and none in the 100mg cohort. Three deaths occurred during the trial, respiratory failure due to ALS at day 52 in the placebo and day 157 on the 60 mg cohort and a pulmonary embolism at day 137 in the 20mg cohort. One 20mg patient withdrew consent after 2 doses owing to disease progression prohibiting travel and one placebo patient withdrew consent. An increase in CSF protein concentration and/or white cell count was more commonly observed in the tofersen cohorts (16/38) than placebo (1/12) but without relation to tofersen dose or dose duration. The authors note that myelitis with sensory and motor deficits was not seen in this trial, but has been reported in the ongoing phase 3 and the long-term extension study and relationship to cell count and protein elevation in CSF is under investigation.

Between baseline and day 85, SOD1 concentrations in CSF deceased from a range of  79.9 ng/mL to 140.9 ng/mL by 3% to 36% and using a geometric mean, differences to placebo for tofersen 20mg, 40mg, 60mg & 100mg were 2%, -25%, -19% and -33% respectively with similar changes observed in the FP cohort; the half-life of SOD1 protein is ~ 30 days. In 36 patients with day 169 data, SOD1 concentration in CSF increased vs day 85. Placebo-adjusted changes in respiratory function, muscle strength and ALSFRS-R changes over 85 days were described for the 100mg and FP subgroup of patients, but in a supplementary appendix all doses of tofersen were similarly effective. In the 100mg tofersen patients (n=10) least-squares mean ALSFRS-R score declined 1.9 vs 5.63 points for placebo and in the tofersen 100mg fast-progressing (FP) subset by +0.84 (n=4) vs -16.73 (n=4) points. For respiratory function, assessed by % of predicted slow vital capacity, change over 85 days was -7.08% and -14.46% for tofersen 100mg and placebo, and -8.62% and -30.31 for FR-tofersen 100mg and FP placebo respectively. For muscle strength assessed by hand held dynamometry megascore, change over 85 days for tofersen 100mg/FP was -0.03/0.01 vs -0.26/-0.52 for placebo.

Baseline neurofilament (NF) concentrations were at least 3.5 times higher in FP subgroup vs non FP subgroup at baseline. Plasma and CSF levels of phosphorylated NF heavy chain and NF light chains were unchanged in the 12 placebo patients but declined in the tofersen 100mg cohort

Tofersen is the first of several assets in development for ALS with includes BIIB078, an ASO targeting C9ORF, the most common genetic variant of ALS and ION541 targeting ataxin-2 for sporadic ALS

Ophthalmology
BIIB's next pivotal read out and commercial launch after aducanumab is BIIB-111, a gene therapy for choroideremia developed by the Nightstar, acquired June 2019. With a last of 160 patients enrolled in late 2019, BIIB expects to report top line data (15 letter improvement in best corrected visual acuity) in early

2021. Behind BIIB-111 is BIIB-112 with phase 2/3 X-linked retinitis pigmentosa data expected 1H21. BIIB also noted that with Samsung Bioepis, the companies have initiated pivotal testing of an EYELA biosimilar.

Lupus
While outside of BIIB's core expertise in neurology, two positive phase 2 trials have established lupus/immunology as an emerging growth area. With partner UCB, BIIB expects to launch a phase 3 trial 2H20 of anti-CD40, dapirolizumab pegol in systemic lupus erythematosus (SLE) followed 1H21 by a phase 3 trial of BIIB-059, a fully human anti-BDCA2. BIIB recently presented phase 2 data for BIIB-059 in subjects with active cutaneous lupus erythematosus, with or without SLE, showing a statistically significant improvement in CLASI-A response at week 16 vs placebo

## Price Target

Price Target: $324 from $311

We arrive at our price target by applying a 9x multiple on 2021 EPS estimate of $36.06. We believe the multiple appropriately reflects prospects for future growth. Risks include more rapid than expected MS franchise slowing or erosion, loss of patent challenge with Forward Pharma, and failure of key pipeline programs, notably anti-LINGO, SMN-Rx and Alzheimer's.

## Investment Thesis

We expect BIIB to remain range-bound on risk to MS franchise growth and in absence of meaningful pipeline or business development activity.

## Company Description

Biogen is a global biotechnology company focused on developing and marketing products for the treatment of neurological, autoimmune, and hematological disorders.

Biogen Inc.                                                                                    Equity Research

# Required Disclosures



### Biogen Inc. (BIIB) 3-yr. Price Performance

| | Date | Published Price ($) | Rating Code* | Price Target | Val. Rng. Low | Val. Rng. High | Close Price ($) |
|---|---|---|---|---|---|---|---|
| | 7/17/2017 | | Birchenough, MD | | | | |
| | 7/17/2017 | NA | 1 | 350 | NE | NE | 282.65 |
| ● | 7/25/2017 | 282.96 | 1 | 366 | NE | NE | 282.96 |
| ● | 10/24/2017 | 316.89 | 1 | 375 | NE | NE | 315.73 |
| ● | 1/25/2018 | 356.23 | 1 | 407 | NE | NE | 353.74 |
| ● | 4/24/2018 | 261.05 | 1 | 394 | NE | NE | 262.15 |
| ● | 7/24/2018 | 371.63 | 1 | 455 | NE | NE | 372.84 |
| ▼● | 3/21/2019 | 320.59 | 2 | 270 | NE | NE | 226.88 |
| ● | 10/22/2019 | 284.70 | 2 | 286 | NE | NE | 281.87 |
| ● | 2/5/2020 | 332.87 | 2 | 311 | NE | NE | 332.87 |

*Effective December 7, 2019, Wells Fargo Securities' Equity Research modified its ratings definitions. Complete definitions of current ratings can be found below. For information related to prior ratings definitions, please contact equityresearch1@wellsfargo.com.

Source: Wells Fargo Securities, LLC estimates and Reuters data

**Symbol Key**
▼ Rating Downgrade
▲ Rating Upgrade
● Price Target/Val Range Change
◆ Initiation, Resumption, Drop or Suspend
■ Analyst Change
☐ Split Adjustment

**Rating Code Key**
1  Overweight/Buy        SR  Suspended
2  Equal Weight/Hold     NR  Not Rated
3  Underweight/Sell      NE  No Estimate

## Additional Information Available Upon Request

I certify that:
1) All views expressed in this research report accurately reflect my personal views about any and all of the subject securities or issuers discussed; and
2) No part of my compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by me in this research report.

- Wells Fargo Securities, LLC and/or its affiliates, have beneficial ownership of 0.5% or more of any class of the common stock of Biogen Inc..
- A member of the research analyst's household is currently an employee of BioMarin Pharmaceutical, Inc. and has received compensation from the company in the previous 12 months.
- A member of the research analyst's household is currently an employee of a consultancy firm that provides investor relations guidance to public and private healthcare companies which may include some of the companies referenced in this report
- Biogen Inc. currently is, or during the 12 month period preceding the date of distribution of the research report was, a client of Wells Fargo Securities, LLC. Wells Fargo Securities, LLC provided investment banking services to Biogen Inc..

- Wells Fargo Securities, LLC or its affiliates received compensation for investment banking services from Biogen Inc. in the past 12 months.
- Wells Fargo Securities, LLC, or any of its affiliates, intends to seek or expects to receive compensation for investment banking services from Biogen Inc. in the next three months.
- Wells Fargo Securities, LLC, or its affiliates, managed or co-managed a public offering of securities for Biogen Inc. within the past 12 months.
- Wells Fargo Securities, LLC maintains a market in the common stock of Biogen Inc..
- Wells Fargo Securities, LLC or its affiliates has a significant financial interest in Biogen Inc..

**BIIB:** Risks include more rapid than expected MS franchise slowing or erosion, loss of patent challenge with Forward Pharma, and failure of key pipeline programs, notably anti-LINGO, SMN-Rx and Alzheimer's.

Wells Fargo Securities, LLC does not compensate its research analysts based on specific investment banking transactions. Wells Fargo Securities, LLC's research analysts receive compensation that is based upon and impacted by the overall profitability and revenue of the firm, which includes, but is not limited to investment banking revenue.

**STOCK RATING**
**1=Overweight:** Total return on stock expected to be 10%+ over the next 12 months. BUY
**2=Equal Weight:** Total return on stock expected to be 0-10% over the next 12 months. HOLD
**3=Underweight:** Total return on stock expected to lag the Overweight- and Equal Weight-rated stocks within the analyst's coverage universe over the next 12 months. SELL

**VOLATILITY RATING**
**V =** A stock is defined as volatile if the stock price has fluctuated by +/-20% or greater in at least 8 of the past 24 months or if the analyst expects significant volatility. All IPO stocks are automatically rated volatile within the first 24 months of trading.

As of: July 22, 2020

| | |
|---|---|
| 51% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Overweight. | Wells Fargo Securities, LLC has provided investment banking services for 48% of its Equity Research Overweight-rated companies. |
| 38% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Equal Weight. | Wells Fargo Securities, LLC has provided investment banking services for 34% of its Equity Research Equal Weight-rated companies. |
| 11% of companies covered by Wells Fargo Securities, LLC Equity Research are rated Underweight. | Wells Fargo Securities, LLC has provided investment banking services for 32% of its Equity Research Underweight-rated companies. |

**Important Disclosure for U.S. Clients**
This report was prepared by Wells Fargo Securities Global Research Department ("WFS Research") personnel associated with Wells Fargo Securities and Structured Asset Investors, LLC ("SAI"), an investment adviser subsidiary of Wells Fargo & Co. If you are paying directly for this research, it is being provided by SAI. For all other recipients in the U.S. this report is being provided by Wells Fargo Securities.

**Important Disclosure for International Clients**
**EEA** – The securities and related financial instruments described herein may not be eligible for sale in all jurisdictions or to certain categories of investors. For recipients in the EEA, this report is distributed by Wells Fargo Securities International Limited ("WFSIL"). WFSIL is a U.K. incorporated investment firm authorized and regulated by the Financial Conduct Authority. For the purposes of Section 21 of the UK Financial Services and Markets Act 2000 ("the Act"), the content of this report has been approved by WFSIL, an authorized person under the Act. WFSIL does not deal with retail clients as defined in the Directive 2014/65/EU ("MiFID2"). The FCA rules made under the Financial Services and Markets Act 2000 for the protection of retail clients will therefore not apply, nor will the Financial Services Compensation Scheme be available. This report is not intended for, and should not be relied upon by, retail clients.

**Australia** – Wells Fargo Securities, LLC, Wells Fargo Securities International Limited and Wells Fargo Securities Asia Limited are exempt from the requirements to hold an Australian financial services license in respect of the financial services they provide to wholesale clients in Australia. Wells Fargo Securities, LLC is regulated under the laws of the United States, Wells Fargo Securities International Limited is regulated under laws of the United Kingdom, and Wells Fargo Securities Asia Limited is regulated under the laws of Hong Kong. All such laws differ from Australian laws. Any offer or documentation provided to Australian recipients by Wells Fargo Securities, LLC, Wells Fargo Securities International Limited or Wells Fargo Securities Asia Limited in the course of providing the financial services will be prepared in accordance with the laws of the United States, United Kingdom or Hong Kong and not Australian laws.

**Canada** – This report is distributed in Canada by Wells Fargo Securities Canada, Ltd., a registered investment dealer in Canada and member of the Investment Industry Regulatory Organization of Canada (IIROC) and Canadian Investor Protection Fund (CIPF). Wells Fargo Securities, LLC's research analysts may participate in company events such as site visits but are generally prohibited from accepting payment or reimbursement by the subject companies for associated expenses unless pre-authorized by members of Research Management.

**Hong Kong** – This report is issued and distributed in Hong Kong by Wells Fargo Securities Asia Limited ("WFSAL"), a Hong Kong incorporated investment firm licensed and regulated by the Securities and Futures Commission to carry on types 1, 4, 6 and 9 regulated activities (as defined in the Securities and Futures Ordinance (Cap. 571 The Laws of Hong Kong), "the SFO"). This report is not intended for, and should not be relied on by, any person other than professional investors (as defined in the SFO). Any securities and related financial instruments described herein are not intended for sale, nor will be sold, to any person other than professional investors (as defined in the SFO).  The author or authors of this report is or are not licensed by the Securities and Futures Commission.  Professional investors who receive this report should direct any queries regarding its contents to Kelly Chiang and Mandy Wan at WFSAL (email: wfsalresearch@wellsfargo.com).

**Japan** – This report is distributed in Japan by Wells Fargo Securities (Japan) Co., Ltd, registered with the Kanto Local Finance Bureau to conduct broking and dealing of type 1 and type 2 financial instruments and agency or intermediary service for entry into investment advisory or discretionary investment contracts.  This report is intended for distribution only to professional investors (Tokutei Toushika) and is not intended for, and should not be relied upon by, ordinary customers (Ippan Toushika).

The ratings stated on the document are not provided by rating agencies registered with the Financial Services Agency of Japan (JFSA) but by group companies of JFSA-registered rating agencies.   These group companies may include Moody's Investors Services Inc., Standard & Poor's Rating Services and/or Fitch Ratings.  Any decisions to invest in securities or transactions should be made after reviewing policies and methodologies used for assigning credit ratings and assumptions, significance and limitations of the credit ratings stated on the respective rating agencies' websites.

**About Wells Fargo Securities**

Wells Fargo Securities is the trade name for the capital markets and investment banking services of Wells Fargo & Company and its subsidiaries, including but not limited to Wells Fargo Securities, LLC, a U.S. broker-dealer registered with the U.S. Securities and Exchange Commission and a member of NYSE, FINRA, NFA and SIPC, Wells Fargo Prime Services, LLC, a member of FINRA, NFA and SIPC, Wells Fargo Securities Canada, Ltd., a member of IIROC and CIPF, Wells Fargo Bank, N.A. and Wells Fargo Securities International Limited, authorized and regulated by the Financial Conduct Authority.

This report is for your information only and is not an offer to sell, or a solicitation of an offer to buy, the securities or instruments named or described in this report. Interested parties are advised to contact the entity with which they deal, or the entity that provided this report to them, if they desire further information or they wish to effect transactions in the securities discussed in this report. The information in this report has been obtained or derived from sources believed by Wells Fargo Securities Global Research Department ("WFS Research"), to be reliable, but WFS Research does not represent that this information is accurate or complete. Any opinions or estimates contained in this report represent the judgment of WFS Research, at this time, and are subject to change without notice. Certain text, images, graphics, screenshots and audio or video clips included in this report are protected by copyright law and owned by third parties (collectively, "Third Party Content"). Third Party Content is made available to clients by Wells Fargo under license or otherwise in accordance with applicable law. Any use or publication of Third Party Content included in this report for purposes other than fair use requires permission from the copyright owner. Any external website links included in this publication are not maintained, controlled or operated by Wells Fargo Securities. Wells Fargo Securities does not provide the products and services on these websites and the views expressed on these websites do not necessarily represent those of Wells Fargo Securities. Please review the applicable privacy and security policies and terms and conditions for the website you are visiting. All Wells Fargo Securities and SAI research reports published by WFS Research are disseminated and available to all clients simultaneously through electronic publication to our internal client websites. Additional distribution may be done by sales personnel via email, fax or regular mail. Clients may also receive our research via third party vendors. Not all research content is redistributed to our clients or available to third-party aggregators, nor is WFS Research responsible for the redistribution of our research by third party aggregators. Equity Strategists focus on investment themes across the equity markets and sectors. Any discussion within an Equity Strategy report of specific securities is not intended to provide a fundamental analysis of any individual company described therein. The information provided in Equity Strategy reports is subject to change without notice, and investors should not expect continuing information or additional reports relating to any security described therein. For research or other data available on a particular security, please contact your sales representative or go to http://www.wellsfargoresearch.com. For the purposes of the U.K. Financial Conduct Authority's rules, this report constitutes impartial investment research. Each of Wells Fargo Securities, LLC and Wells Fargo Securities International Limited is a separate legal entity and distinct from affiliated banks. Copyright © 2020 Wells Fargo Securities, LLC

SECURITIES: NOT FDIC-INSURED/NOT BANK-GUARANTEED/MAY LOSE VALUE