# EXHIBIT 22

# J.P.Morgan

**North America Equity Research**

05 November 2020

## Biogen (BIIB US)

### Docs on Docs: Early Polling Results Are In...And It's in Favor of Adu

**Neutral**

**Price:** $355.63
**04 Nov 2020**
**Price Target:** $269.00
**PT End Date: 31 Dec 2021**

Ahead of the highly anticipated FDA "AduCom" tomorrow, we wanted to get a very last minute sense of how Alzheimer's physicians would vote on the ***exact*** questions being posed to the advisory panel as outlined in the briefing documents (our take on the docs). The bottom line for aducanumab is that it is indeed looking pretty good. The physicians voted in favor of the drug in every question (only a minority against), except the fourth and final voting question – arguably the money question (*"...is it reasonable to consider Study 302 as primary evidence of effectiveness of aducanumab for the treatment of Alzheimer's disease?"*) – where there's more of a split between "yes" and "uncertain". Lastly, following the release of the briefing documents, the physicians generally see ultimate approval as more likely (only one thinks it's less likely). All told, this quick, last minute poll appears to bode well for aducanumab tomorrow and ahead of the ultimate PDUFA (3/7/21). Below, we let the data do the talking.

**Background**

The survey includes a total of 26 respondents that treat an average of 246 Alzheimer's patients per year. Roughly two-thirds (62%) are f rom an academic setting; the remaining 38% work in community centers/practices. **The overwhelming majority of this sample (88%; N=23) reviewed the FDA briefing documents prior to taking the survey** (12% had not). Recall that there a re 8 q uestions being posed to tomorrow's panel. We asked specifically on the 4 VOTING questions but not the 4 discussion questions. One other is thrown in for good measure.

**VOTE 1: Does Study 302 (EMERGE), viewed independently and without regard for Study 301 (ENGAGE), provide strong evidence that supports the effectiveness of aducanumab for the treatment of Alzheimer's disease? Please explain.**

Figure 1: Vote 1



Source: J.P. Morgan Research.

**Table 1: Open Response to Vote 1**

| Respondent # | # Alzheimer's Pts / Year | Seen Briefing Docs? | Vote? | Open Response |
|---|---|---|---|---|
| 1 | 250 | Yes | Yes | aducanumab changes amyloid |
| 2 | 300 | Yes | Uncertain | One positive study and one negative study does not strongly support efficacy |
| 3 | 15 | Yes | Yes | quite impressive |
| 4 | 50 | No | Uncertain | Uncertain |
| 5 | 1200 | Yes | No | Trial is biased, unblinded by nearly 50% ARIA in APOE4 carriers, analyses are post hoc and the effect size which they don't calculate for you is less than small it's about .08 SD. One quarter the size of donepezil and smaller than Solanezumab |
| 6 | 90 | Yes | Yes | There is enough evidence for approval |
| 7 | 30 | Yes | Uncertain | mixed picture; risk v benefit; pt selection |
| 8 | 176 | Yes | Yes | Show improvement |
| 9 | 40 | Yes | Yes | Definately needs to be replicated independently- but shows significant clinical improvement |
| 10 | 45 | Yes | No | Although Biogen claims that the positive results of the EM ERGE trial were driven by greater exposure to a higher dose in the larger dataset, the effect could just as likely been due to greater worsening in the placebo group. |
| 11 | 100 | Yes | Yes | based on the accurate re-analysis |
| 12 | 80 | Yes | Uncertain | Benefit of slowing the decline in cognition is minimal. The major issue will be to identify these patients with minimal cognitive impairment/very early AD, ascertain the presence of amyloid, and initiate therapy. This is going to be a major challenge |
| 13 | 200 | No | Uncertain | - |
| 14 | 155 | Yes | Yes | Although 302 & 301 were terminated in Mar 2019, independent studies of 302 showed reasonable likelihood that success and met primary and secondary objectives. |
| 15 | 250 | Yes | Uncertain | Not sure about strong but slightly encouraging |
| 16 | 500 | Yes | Yes | yes i believe it provides stronger evidence on efficacy |
| 17 | 250 | Yes | Yes | yes, it is a positive study and it provides a modest improvement using the highest dose |
| 18 | 200 | Yes | Yes | Taken alone, it is prospectively positive, but also in conjunction with study 103 . They seem to be discounting ENGAGE completely |
| 19 | 50 | Yes | Yes | With the higher dose yes |
| 20 | 300 | Yes | Yes | Looks good |
| 21 | 200 | Yes | No | I'm not certain how strong the evidence is yet |
| 22 | 35 | Yes | No | I don't trust the reanalysis of the data and remain unconvinced that there is evidence of true effectiveness from a clinical standpoint. |
| 23 | 200 | No | Uncertain | Not sure about it's effectiveness |
| 24 | 600 | Yes | Uncertain | Yes but that's not how this study will be viewed. Totality of evidence... |
| 25 | 85 | Yes | Yes | Yes, if not taking into consideration study 301, study 302 clearly demonstrates a significant positive response to high dose aducanumab among the patients studied. |
| 26 | 1000 | Yes | Yes | Was a win, despite horrible trial implementation and decision making. |

Source: J.P. Morgan Research. Note: These survey comments have been reproduced in their original form and have not been edited. Survey comments should not be attributed to J.P. Morgan and are not representative of its views.

**VOTE 2: Does Study 103 (PRIME) provide supportive evidence of the effectiveness of aducanumab for the treatment of Alzheimer's disease? Please explain.**

Figure 2: Vote 2



Source: J.P. Morgan Research.

**Table 2: Open Responses to Vote 2**

| Respondent # | # Alzheimer's Pts / Year | Seen Briefing Docs? | Vote? | Open Response |
|---|---|---|---|---|
| 1 | 250 | Yes | Yes | aducanumab changes amyloid |
| 2 | 300 | Yes | Yes | Some additional evidence |
| 3 | 15 | Yes | Yes | yes, i believe so |
| 4 | 50 | No | Uncertain | Uncertain |
| 5 | 1200 | Yes | No | The only support it could provide is clinical. They acknowledge that the clinical ratings were not significant, and they acknowledge that the placebo group was polled and that this was inappropriate. They cannot show a dose re sponse with respect to clinical outcomes. |
| 6 | 90 | Yes | Yes | Yes |
| 7 | 30 | Yes | Uncertain | as above |
| 8 | 176 | Yes | Yes | Statistically show effectiveness |
| 9 | 40 | Yes | Yes | supportive pathological data |
| 10 | 45 | Yes | No | only the high dose group derived a small benefit |
| 11 | 100 | Yes | No | more of a preliminary study |
| 12 | 80 | Yes | Yes | Yes, barely so, but clinically significant. |
| 13 | 200 | No | Uncertain | - |
| 14 | 155 | Yes | Yes | Yes, however, the safety ( incidence of ARIA-E ) was unacceptable. |
| 15 | 250 | Yes | Uncertain | Not a homerun or triple or double.  Possibly a single. |
| 16 | 500 | Yes | Yes | Yes it was a more robust trial |
| 17 | 250 | Yes | Yes | it supports its use in early AD |
| 18 | 200 | Yes | Yes | much smaller study, but also positive |
| 19 | 50 | Yes | Yes | Given the time and dose dependent nature of improvement there seems to be a signal present. |
| 20 | 300 | Yes | Yes | I think so |
| 21 | 200 | Yes | Yes | FDA seems to support this |
| 22 | 35 | Yes | No | Again, in overall analysis of all patients, I do not feel that there is strong evidence of absolute and meaningful clinical benefit, from this study. |
| 23 | 200 | No | Yes | Decrease in amyloid content in study patients- significant |
| 24 | 600 | Yes | Yes | Yes yet preliminary |
| 25 | 85 | Yes | Yes | Judging by the publicly available results, I would say yes as the evidence is strong that amyloid plaques continued to decrease with the use of this product. |
| 26 | 1000 | Yes | No | There were like a dozen patients who completed.  Total [expletive] to take this as evidence of efficacy. |

Source: J.P. Morgan Research. Note: These survey comments have been reproduced in their original form and have not been edited. Survey comments should not be attributed to J.P. Morgan and are not representative of its views.

**VOTE 3: Has the Applicant (Biogen) presented strong evidence of a pharmacodynamic effect on Alzheimer's disease pathophysiology? Please explain.**

Figure 3: Vote 3



All Respondents  (N=26)

Seen Briefing Docs (N=23)

Yes 58%    No 8%    Uncertain 35%

Yes 57%    No 9%    Uncertain 35%

Source: J.P. Morgan Research. Note: These survey comments have been reproduced in their original form and have not been edited. Survey comments should not be attributed to J.P. Morgan and are not representative of its views.

**Table 3: Open Responses to Vote 3**

| Respondent # | # Alzheimer's Pts / Year | Seen Briefing Docs? | Vote? | Open Response |
|---|---|---|---|---|
| 1 | 250 | Yes | Yes | aducanumab changes amyloid |
| 2 | 300 | Yes | Yes | PET amyloid binding and CSF changes both improved on aducanumab |
| 3 | 15 | Yes | Yes | definitely! |
| 4 | 50 | No | Uncertain | Uncertain |
| 5 | 1200 | Yes | Yes | Yes the drug does what it was designed to do and that is to bust plaques. However knocking down amyloid has nothing to do with a clinical outcome. Plaques are the response to injury not the injury itself. The pharmacodynamic affect means nothing without efficacy. |
| 6 | 90 | Yes | Yes | Yes |
| 7 | 30 | Yes | Uncertain | not quite sure. pharmacodynamics and pathophysiology are not necessarily linked |
| 8 | 176 | Yes | Uncertain | Not clear yet |
| 9 | 40 | Yes | Uncertain | Not sure what constitutes "strong evidence" |
| 10 | 45 | Yes | No | biological differenc es are small |
| 11 | 100 | Yes | Yes | based on the re-analysis |
| 12 | 80 | Yes | Yes | Yes, clearance of circulating amyloid is demonstrated |
| 13 | 200 | No | Yes | Yes |
| 14 | 155 | Yes | Yes | It showed re duction of Amyloid plaques continuing over a 36 months period. |
| 15 | 250 | Yes | Yes | It has from a pharmacodynamic effect but not significant e fficacy effect |
| 16 | 500 | Yes | Yes | yes largely based on pk data |
| 17 | 250 | Yes | Uncertain | Probably yes but the failures of other trials cannot be ignored |
| 18 | 200 | Yes | No | Very limited and mixed data, ENGAGE being primarily a post-hoc analysis with strange and very optimistic statistical methodology, however, AdComm documents ignoring these data |
| 19 | 50 | Yes | Uncertain | With the mixed data it does not seem certain that a definite role for this agent given its risk of ARIA.  Perhaps the  higher dose will yield benefits.  It definitely does not seem like strong evidence. |
| 20 | 300 | Yes | Yes | I like it |
| 21 | 200 | Yes | Uncertain | I am still uncertain |
| 22 | 35 | Yes | Yes | There does seem to be benefit in reducing levels of amyloid in the CSF.. |
| 23 | 200 | No | Yes | Based on the 36 and 48 month efficacy data - we have enough information |
| 24 | 600 | Yes | Uncertain | Not sure. |
| 25 | 85 | Yes | Uncertain | It's diffic ult to say and although some of their studies have yielded promising results, the real world efficacy of their product has yet to be  demonstrated. |
| 26 | 1000 | Yes | Yes | It clears amyloid. |

Source: J.P. Morgan Research. Note: These survey comments have been reproduced in their original form and have not been edited. Survey comments should not be attributed to J.P. Morgan and are not representative of its views.

**VOTE 4:** **In light of the understanding provided by the exploratory analyses of Study 301 (ENGAGE) and Study 302 (EMERGE), along with the results of S tudy 103 (PRIME) and evidence of a pharmacodynamic effect on Alzheimer's disease pathophysiology, is it reasonable to consider Study 302 as primary evidence of e ffectiveness of aducanumab for the treatment of Alzheimer's disease? Please explain.**

**Figure 4: Vote 3**



All Respondents  (N=26): Yes 42%, No 19%, Uncertain 38%

Seen Briefing Docs (N=23): Yes 39%, No 22%, Uncertain 39%

Yes / No / Uncertain

Source: J.P. Morgan Research.

Table 4: Open Responses to Vote 4

| Respondent # | # Alzheimer's Pts / Year | Seen Briefing Docs? | Vote? | Open Response |
|---|---|---|---|---|
| 1 | 250 | Yes | Uncertain | uncertain clinical benefit |
| 2 | 300 | Yes | Uncertain | Mixed data limit strong conclusions |
| 3 | 15 | Yes | Yes | i think so |
| 4 | 50 | No | Yes | Reasonable assumption |
| 5 | 1200 | Yes | No | For the reasons above. This was a busted study ended early all analyses were post hoc and didn't actually achieve low enough P values for a post hoc analysis. |
| 6 | 90 | Yes | Yes | Can be considered as evidence for efficacy |
| 7 | 30 | Yes | Uncertain | same as above |
| 8 | 176 | Yes | Uncertain | Probably need more data |
| 9 | 40 | Yes | Uncertain | Need confirmatory studies |
| 10 | 45 | Yes | No | FDA unlikely to approve, despite the paucity of available drugs |
| 11 | 100 | Yes | Yes | It should be considered in the review. |
| 12 | 80 | Yes | Uncertain | Improvement seen in select very early/very mild AD patients is statistically significant. This may be enough to allow the FDA to approve the drug. Ultimate use by clinicians may be less than enthusiastic |
| 13 | 200 | No | Uncertain | This is not simple |
| 14 | 155 | Yes | Yes | ENGAGE & EMERGE and also PRIME all pointed to the efficacy of Amyloid plaque reduction. Study 302 Finally cemented it. |
| 15 | 250 | Yes | Uncertain | So the pivotal data does not show strong efficacy despite the solid pharmacodynamic effect on disease pathology |
| 16 | 500 | Yes | Yes | yes i believe these were needed supportive studies |
| 17 | 250 | Yes | Yes | the study met its primary outcome measures |
| 18 | 200 | Yes | No | My opinion that another phase 3 study needed |
| 19 | 50 | Yes | Yes | It seems with the higher dose that there is some additional benefit versus placebo |
| 20 | 300 | Yes | Yes | Hopefully |
| 21 | 200 | Yes | Uncertain | as above |
| 22 | 35 | Yes | No | Absolutely not--there needs to be one study that shows unequivocal clinical benefit fro reversing or improving dementia. |
| 23 | 200 | No | Yes | Adequate data available |
| 24 | 600 | Yes | Uncertain | Maybe. Depends on individual reviewers. |
| 25 | 85 | Yes | Yes | Yes, this is a very robust study that is well designed and makes up for some of the study design deficits of study 301. 302 can likely be considered the flagship study for aducanumab. |
| 26 | 1000 | Yes | No | One win, one loss. |

Source: J.P. Morgan Research. Note: These survey comments have been reproduced in their original form and have not been edited. Survey comments should not be attributed to J.P. Morgan and are not representative of its views.

**JPM Question: Based on the information contained in the briefing docs, how has your view on the likelihood of Aducanumab approval changed, if at all? Briefly comment on your response.**

Figure 5: Changing Views Based on the Briefing Docs



Seen Briefing Docs (N=23)

- Significantly More Likely
- More Likely
- The same
- Less likely
- Significantlty Less Likely

Source: J.P. Morgan Research.

**Table 5: Open Responses to Changing Views Based on the Briefing Docs**

| Respondent # | # Alzheimer's Pts / Year | Seen Briefing Docs? | Response | Open Response |
|---|---|---|---|---|
| 1 | 250 | Yes | More likely | patients are desperate |
| 2 | 300 | Yes | The same | It is still a mixed bag |
| 3 | 15 | Yes | Significantly more likely | very strong summary |
| 5 | 1200 | Yes | Significantly more likely | The FDA is clearly white washing this whole exercise. Note that both clinical and statisticians reports were at a much lower quality than in the past and they were not allowed to make an independent assessment |
| 6 | 90 | Yes | Significantly more likely | More likely it will be approved |
| 7 | 30 | Yes | The same | see prior answers |
| 8 | 176 | Yes | The same | Some efficacy but needs more studies |
| 9 | 40 | Yes | More likely | multiple sources of relevant data |
| 10 | 45 | Yes | Less likely | biogen not giving complete access to the full details |
| 11 | 100 | Yes | The same | looks favorable, at least for what we have to offer these patients at this time |
| 12 | 80 | Yes | More likely | Very slightly more likely based on the slowed decline in a small subset of patients |
| 14 | 155 | Yes | Significantly more likely | In the absence of any DMT at all for AD, it is very likely that it will be approved soon. |
| 15 | 250 | Yes | More likely | It will get approved in my opinion |
| 16 | 500 | Yes | More likely | more evidence makes it more likely |
| 17 | 250 | Yes | More likely | I think they will approve the drug |
| 18 | 200 | Yes | Significantly more likely | I was negative based on the studies, but now the documents suggest completely the opposite |
| 19 | 50 | Yes | More likely | Since scientists seem to suggest that there is sufficient benefit I imagine the likelihood for FDA approval is greater. |
| 20 | 300 | Yes | More likely | Hopefully |
| 21 | 200 | Yes | More likely | I think it will be approved, and post-marketing data will reveal effectiveness and safety |
| 22 | 35 | Yes | The same | Overall, there is not appreciably more positive data, only reanalysis of existing studies, and the FDA will consider all failures as well in making their decision. |
| 24 | 600 | Yes | More likely | More positive than negative but... |
| 25 | 85 | Yes | More likely | As evidenced by the study's positive results that can be extrapolated to real world clinical effects, the likelihood of aducanumab approval has likely increased to some extent. |
| 26 | 1000 | Yes | The same | No change in my understanding. |

Source: J.P. Morgan Research. Note: These survey comments have been reproduced in their original form and have not been edited. Survey comments should not be attributed to J.P. Morgan and are not representative of its views.

---

**Biotechnology – Large Cap**

**Cory Kasimov** [AC]
(1-212) 622-5266
cory.w.kasimov@jpmorgan.com
**Bloomberg** JPMA KASIMOV <GO>

**Turner Kufe, MD**
(1-212) 622-4104
turner.kufe@jpmchase.com

**Matthew T Holt, Ph.D.**
(1-212) 622-9602
matthew.t.holt@jpmorgan.com

**Gavin Scott**
(1-212) 622-0579
gavin.scott@jpmorgan.com

J.P. Morgan Securities LLC

**www.jpmorganmarkets.com**

**Analyst Certification:** The Research Analyst(s) denoted by an "AC" on the cover of this report certifies (or, where multiple Research Analysts are primarily responsible for this report, the Research Analyst denoted by an "AC" on the cover or within the document individually certifies, with respect to each security or issuer that the Research Analyst covers in this research) that: (1) all of the views expressed in this report accurately reflect the Research Analyst's personal views about any and all of the subject securities or issuers; and (2) no part of any of the Research Analyst's compensation was, is, or will be directly or indirectly related to the specific recommendations or views expressed by the Research Analyst(s) in this report. For all Korea-based Research Analysts listed on the front cover, if applicable, they also certify, as per KOFIA requirements, that the Research Analyst's analysis was made in good faith and that the views reflect the Research Analyst's own opinion, without undue influence or intervention.

All authors named within this report are Research Analysts unless otherwise specified. In Europe, Sector Specialists (Sales and Trading) may be shown on this report as contacts but are not authors of the report or part of the Research Department.

J.P. Morgan does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.

## Important Disclosures

- **Market Maker:** J.P. Morgan Securities LLC makes a market in the securities of Biogen.

- **Market Maker/ Liquidity Provider:** J.P. Morgan is a market maker and/or liquidity provider in the financial instruments of/related to Biogen.

- **Manager or Co-manager:** J.P. Morgan acted as manager or co-manager in a public offering of securities or financial instruments (as such term is defined in Directive 2014/65/EU) for Biogen within the past 12 months.

- **Client:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients: Biogen.

- **Client/Investment Banking:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as investment banking clients: Biogen.

- **Client/Non-Investment Banking, Securities-Related:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients, and the services provided were non-investment-banking, securities-related: Biogen.

- **Client/Non-Securities-Related:** J.P. Morgan currently has, or had within the past 12 months, the following entity(ies) as clients, and the services provided were non-securities-related: Biogen.

- **Investment Banking (past 12 months):** J.P. Morgan received in the past 12 months compensation for investment banking services from Biogen.

- **Investment Banking (next 3 months):** J.P. Morgan expects to receive, or intends to seek, compensation for investment banking services in the next three months from Biogen.

- **Non-Investment Banking Compensation:** J.P. Morgan has received compensation in the past 12 months for products or services other than investment banking from Biogen.

- **Debt Position:** J.P. Morgan may hold a position in the debt securities of Biogen, if any.

**Company-Specific Disclosures:** Important disclosures, including price charts and credit opinion history tables, are available for compendium reports and all J.P. Morgan–covered companies by visiting https://www.jpmm.com/research/disclosures, calling 1-800-477-0406, or e-mailing research.disclosure.inquiries@jpmorgan.com with your request. J.P. Morgan's Strategy, Technical, and Quantitative Research teams may screen companies not covered by J.P. Morgan. For important disclosures for these companies, please call 1-800-477-0406 or e-mail research.disclosure.inquiries@jpmorgan.com

**Biogen (BIIB, BIIB US) Price Chart**



| Date | Rating | Price ($) | Price Target ($) |
|---|---|---|---|
| 25-Jan-18 | OW | 346.50 | 404 |
| 09-Mar-18 | OW | 284.69 | 400 |
| 24-Jul-18 | OW | 358.13 | 445 |
| 23-Oct-18 | OW | 315.54 | 436 |
| 21-Mar-19 | N | 320.59 | 244 |
| 22-Oct-19 | N | 223.51 | 260 |
| 30-Jan-20 | N | 282.52 | 293 |
| 21-Jul-20 | N | 283.40 | 272 |
| 22-Jul-20 | N | 280.19 | 279 |
| 13-Oct-20 | N | 291.48 | 276 |
| 21-Oct-20 | N | 267.12 | 269 |

Source: Bloomberg and J.P. Morgan; price data adjusted for stock splits and dividends.
Initiated coverage Jul 11, 2000. All share prices are as of market close on the previous business day.

The chart(s) show J.P. Morgan's continuing coverage of the stocks; the current analysts may or may not have covered it over the entire period.
J.P. Morgan ratings or designations: OW = Overweight, N=Neutral, UW = Underweight, NR = Not Rated

**Explanation of Equity Research Ratings, Designations and Analyst(s) Coverage Universe:**
J.P. Morgan uses the following rating system: Overweight [Over the next six to twelve months, we expect this stock will outperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Neutral [Over the next six to twelve months, we expect this stock will perform in line with the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Underweight [Over the next six to twelve months, we expect this stock will underperform the average total return of the stocks in the analyst's (or the analyst's team's) coverage universe.] Not Rated (NR): J.P. Morgan has removed the rating and, if applicable, the price target, for this stock because of either a lack of a sufficient fundamental basis or for legal, regulatory or policy reasons. The previous rating and, if applicable, the price target, no longer should be relied upon. An NR designation is not a recommendation or a rating. In our Asia (ex-Australia and ex-India) and U.K. small- and mid-cap equity research, each stock's expected total return is compared to the expected total return of a benchmark country market index, not to those analysts' coverage universe. If it does not appear in the Important Disclosures section of this report, the certifying analyst's coverage universe can be found on J.P. Morgan's research website, www.jpmorganmarkets.com.

**Coverage Universe: Kasimov, Cory W**: ACADIA Pharmaceuticals (ACAD), Acorda Therapeutics Inc. (ACOR), Alexion Pharmaceuticals (ALXN), Alkermes PLC (ALKS), Allogene (ALLO), Amgen Inc (AMGN), BioMarin Pharmaceuticals (BMRN), BioNTech (BNTX), Biogen (BIIB), Clovis Oncology (CLVS), Editas Medicine (EDIT), GW Pharmaceuticals (GWPH), Gilead Sciences (GILD), Incyte Corporation (INCY), Jounce Therapeutics (JNCE), Legend Biotech (LEGN), Moderna (MRNA), Novocure LTD (NVCR), Puma Biotechnology (PBYI), Regeneron Pharmaceuticals (REGN), Sage Therapeutics (SAGE), Seagen Inc (SGEN), Ultragenyx (RARE), Vertex Pharmaceuticals (VRTX), bluebird bio (BLUE)

**J.P. Morgan Equity Research Ratings Distribution, as of October 10, 2020**

| | Overweight (buy) | Neutral (hold) | Underweight (sell) |
|---|---|---|---|
| J.P. Morgan Global Equity Research Coverage | 47% | 39% | 14% |
| IB clients* | 52% | 49% | 37% |
| JPMS Equity Research Coverage | 46% | 40% | 14% |
| IB clients* | 75% | 70% | 55% |

*Percentage of subject companies within each of the "buy," "hold" and "sell" categories for which J.P. Morgan has provided investment banking services within the previous 12 months. Please note that the percentages might not add to 100% because of rounding.
For purposes only of FINRA ratings distribution rules, our Overweight rating falls into a buy rating category; our Neutral rating falls into a hold rating category; and our Underweight rating falls into a sell rating category. Please note that stocks with an NR designation are not included in the table above. This information is current as of the end of the most recent calendar quarter.

**Equity Valuation and Risks:** For valuation methodology and risks associated with covered companies or price targets for covered companies, please see the most recent company-specific research report at http://www.jpmorganmarkets.com, contact the primary analyst or your J.P. Morgan representative, or email research.disclosure.inquiries@jpmorgan.com. For material information about the proprietary models used, please see the Summary of Financials in company-specific research reports and the Company Tearsheets, which are available to download on the company pages of our client website, http://www.jpmorganmarkets.com. This report also sets out within it the material underlying assumptions used.

**Analysts' Compensation:** The research analysts responsible for the preparation of this report receive compensation based upon various factors, including the quality and accuracy of research, client feedback, competitive factors, and overall firm revenues.

**Other Disclosures**

J.P. Morgan is a marketing name for investment banking businesses of JPMorgan Chase & Co. and its subsidiaries and affiliates worldwide.

All research material made available to clients are simultaneously available on our client website, J.P. Morgan Markets, unless specifically permitted by relevant laws. Not all research content is redistributed, e-mailed or made available to third-party aggregators. For all research material available on a particular stock, please contact your sales representative.

Any long form nomenclature for references to China; Hong Kong; Taiwan; and Macau within this research material are Mainland China; Hong Kong SAR, China; Taiwan, China; and Macau SAR, China.

**Options and Futures related research:** If the information contained herein regards options- or futures-related research, such information is available only to persons who have received the proper options or futures risk disclosure documents. Please contact your J.P. Morgan Representative or visit https://www.theocc.com/components/docs/riskstoc.pdf for a copy of the Option Clearing Corporation's Characteristics and Risks of Standardized Options or http://www.finra.org/sites/default/files/Security_Futures_Risk_Disclosure_Statement_2018.pdf for a copy of the Security Futures Risk Disclosure Statement.

**Changes to Interbank Offered Rates (IBORs) and other benchmark rates:** Certain interest rate benchmarks are, or may in the future become, subject to ongoing international, national and other regulatory guidance, reform and proposals for reform. For more information, please consult: https://www.jpmorgan.com/global/disclosures/interbank_offered_rates

**Private Bank Clients:** Where you are receiving research as a client of the private banking businesses offered by JPMorgan Chase & Co. and its subsidiaries ("J.P. Morgan Private Bank"), research is provided to you by J.P. Morgan Private Bank and not by any other division of J.P. Morgan, including, but not limited to, the J.P. Morgan Corporate and Investment Bank and its Global Research division

**Legal entity responsible for the production and distribution of research:** The legal entity identified below the name of the Reg AC Research Analyst who authored this material is the legal entity responsible for the production of this research. Where multiple Reg AC Research Analysts authored this material with different legal entities identified below their names, these legal entities are jointly responsible for the production of this research. Research Analysts from various J.P. Morgan affiliates may have contributed to the production of this material but may not be licensed to carry out regulated activities in your jurisdiction (and do not hold themselves out as being able to do so). Unless otherwise stated below, this material has been distributed by the legal entity responsible for production. If you have any queries, please contact the relevant Research Analyst in your jurisdiction or the entity in your jurisdiction that has distributed this research material.

**Legal Entities Disclosures and Country-/Region-Specific Disclosures:**
**Argentina:** JPMorgan Chase Bank N.A Sucursal Buenos Aires is regulated by Banco Central de la República Argentina ("BCRA"- Central Bank of Argentina) and Comisión Nacional de Valores ("CNV"- Argentinian Securities Commission"- ALYC y AN Integral N°51). **Australia:** J.P. Morgan Securities Australia Limited ("JPMSAL") (ABN 61 003 245 234/AFS Licence No: 238066) is regulated by the Australian Securities and Investments Commission and is a Market, Clearing and Settlement Participant of ASX Limited and CHI-X. This material is issued and distributed in Australia by or on behalf of JPMSAL only to "wholesale clients" (as defined in section 761G of the Corporations Act 2001). A list of all financial products covered can be found by visiting https://www.jpmm.com/research/disclosures. J.P. Morgan seeks to cover companies of relevance to the domestic and international investor base across all Global Industry Classification Standard (GICS) sectors, as well as across a range of market capitalisation sizes. If applicable, in the course of conducting public side due diligence on the subject company(ies), the Research Analyst team may at times perform such diligence through corporate engagements such as site visits, discussions with company representatives, management presentations, etc. Research issued by JPMSAL has been prepared in accordance with J.P. Morgan Australia's Research Independence Policy which can be found at the following link: J.P. Morgan Australia - Research Independence Policy. **Brazil**: Banco J.P. Morgan S.A. is regulated by the Comissao de Valores Mobiliarios (CVM) and by the Central Bank of Brazil. Ombudsman J.P. Morgan: 0800-7700847 / ouvidoria.jp.morgan@jpmorgan.com **Canada**: J.P. Morgan Securities Canada Inc. is a registered investment dealer, regulated by the Investment Industry Regulatory Organization of Canada and the Ontario Securities Commission and is the participating member on Canadian exchanges. This material is distributed in Canada by or on behalf of J.P.Morgan Securities Canada Inc. **China:** J.P. Morgan Securities (China) Company Limited has been approved by CSRC to conduct the securities investment consultancy business. **Dubai**: JPMorgan Chase Bank, N.A., Dubai Branch is regulated by the Dubai Financial Services Authority (DFSA) and its registered address is Dubai International Financial Centre - The Gate, West Wing, Level 3 and 9 PO Box 506551, Dubai, UAE. This material has been distributed to persons regarded as professional clients or market counterparties as defined under the DFSA rules. **Germany**: This material is distributed in Germany by J.P. Morgan Securities plc, Frankfurt Branch, which is regulated by the Bundesanstalt für Finanzdienstleistungsaufsich and also by J.P. Morgan AG ("JPM AG"), which is a member of the Frankfurt Stock Exchange, is authorised by the European Central Bank ("ECB") and is regulated by the Federal Financial Supervisory Authority (BaFin), JPM AG is a company incorporated in the Federal Republic of Germany with a registered office at Taunustor 1, 60310 Frankfurt am Main, the Federal Republic of Germany. **Hong Kong**: J.P. Morgan Securities (Asia Pacific) Limited (CE number AAJ321) is regulated by the Hong Kong Monetary Authority and the Securities and Futures Commission in Hong Kong, and J.P. Morgan Broking (Hong Kong) Limited (CE number AAB027) is regulated by the Securities and Futures Commission in Hong Kong. JP Morgan Chase Bank, N.A., Hong Kong is organized under the laws of the United States with limited liability. **India**: J.P. Morgan India Private Limited (Corporate Identity Number - U67120MH1992FTC068724), having its registered office at J.P. Morgan Tower, Off. C.S.T. Road, Kalina, Santacruz- East, Mumbai – 400098, is registered with the Securities and Exchange Board of India (SEBI) as a 'Research Analyst' having registration number INH000001873. J.P. Morgan India Private Limited is also registered with SEBI as a member of the National Stock Exchange of India Limited and the Bombay Stock Exchange Limited (SEBI Registration Number – INZ000239730) and as a Merchant Banker (SEBI Registration Number - MB/INM000002970). Telephone: 91-22-6157 3000, Facsimile: 91-22-6157 3990 and Website: www.jpmipl.com. For non-local research material, this material is not distributed in India by J.P. Morgan India Private Limited. **Indonesia**: PT J.P. Morgan Sekuritas Indonesia is a member of the Indonesia Stock Exchange and is regulated by the OJK a.k.a. BAPEPAM LK. **Korea**: This

material is issued and distributed in Korea by or through J.P. Morgan Securities (Far East) Limited, Seoul Branch, which is a member of the Korea Exchange (KRX) and is regulated by the Financial Services Commission (FSC) and the Financial Supervisory Service (FSS). **Japan**: JPMorgan Securities Japan Co., Ltd. and JPMorgan Chase Bank, N.A., Tokyo Branch are regulated by the Financial Services Agency in Japan. **Malaysia**: This material is issued and distributed in Malaysia by JPMorgan Securities (Malaysia) Sdn Bhd (18146X), which is a Participating Organization of Bursa Malaysia Berhad and holds a Capital Markets Services License issued by the Securities Commission in Malaysia. **Mexico**: J.P. Morgan Casa de Bolsa, S.A. de C.V. and J.P. Morgan Grupo Financiero are members of the Mexican Stock Exchange and are authorized to act as a broker dealer by the National Banking and Securities Exchange Commission. **New Zealand**: This material is issued and distributed by JPMSAL in New Zealand only to "wholesale clients" (as defined in the Financial Advisers Act 2008). JPMSAL is registered as a Financial Service Provider under the Financial Service providers (Registration and Dispute Resolution) Act of 2008. **Pakistan**: J. P. Morgan Pakistan Broking (Pvt.) Ltd is a member of the Karachi Stock Exchange and regulated by the Securities and Exchange Commission of Pakistan. **Philippines**: J.P. Morgan Securities Philippines Inc. is a Trading Participant of the Philippine Stock Exchange and a member of the Securities Clearing Corporation of the Philippines and the Securities Investor Protection Fund. It is regulated by the Securities and Exchange Commission. **Russia**: CB J.P. Morgan Bank International LLC is regulated by the Central Bank of Russia. **Singapore**: This material is issued and distributed in Singapore by or through J.P. Morgan Securities Singapore Private Limited (JPMSS) [MCI (P) 018/04/2020 and Co. Reg. No.: 199405335R], which is a member of the Singapore Exchange Securities Trading Limited, and/or JPMorgan Chase Bank, N.A., Singapore branch (JPMCB Singapore) [MCI (P) 052/09/2020], both of which are regulated by the Monetary Authority of Singapore. This material is issued and distributed in Singapore only to accredited investors, expert investors and institutional investors, as defined in Section 4A of the Securities and Futures Act, Cap. 289 (SFA). This material is not intended to be issued or distributed to any retail investors or any other investors that do not fall into the classes of "accredited investors," "expert investors" or "institutional investors," as defined under Section 4A of the SFA. Recipients of this material in Singapore are to contact JPMSS or JPMCB Singapore in respect of any matters arising from, or in connection with, the material. As at the date of this material, JPMSS is a designated market maker for certain structured warrants listed on the Singapore Exchange where the underlying securities may be the securities discussed in this material. Arising from its role as a designated market maker for such structured warrants, JPMSS may conduct hedging activities in respect of such underlying securities and hold or have an interest in such underlying securities as a result. The updated list of structured warrants for which JPMSS acts as designated market maker may be found on the website of the Singapore Exchange Limited: http://www.sgx.com. **South Africa**: J.P. Morgan Equities South Africa Proprietary Limited is a member of the Johannesburg Securities Exchange and is regulated by the Financial Services Board. **Taiwan**: J.P. Morgan Securities (Taiwan) Limited is a participant of the Taiwan Stock Exchange (company type) and regulated by the Taiwan Securities and Futures Bureau. Material relating to equity securities is issued and distributed in Taiwan by J.P. Morgan Securities (Taiwan) Limited, subject to the license scope and the applicable laws and the regulations in Taiwan. According to Paragraph 2, Article 7-1 of Operational Regulations Governing Securities Firms Recommending Trades in Securities to Customers (as amended or supplemented) and/or other applicable laws or regulations, please note that the recipient of this material is not permitted to engage in any activities in connection with the material that may give rise to conflicts of interests, unless otherwise disclosed in the "Important Disclosures" in this material. **Thailand**: This material is issued and distributed in Thailand by JPMorgan Securities (Thailand) Ltd., which is a member of the Stock Exchange of Thailand and is regulated by the Ministry of Finance and the Securities and Exchange Commission, and its registered address is 3rd Floor, 20 North Sathorn Road, Silom, Bangrak, Bangkok 10500. **UK and European Economic Area (EEA)**: J.P. Morgan Securities plc ("JPMS plc") is a member of the London Stock Exchange and is authorised by the Prudential Regulation Authority and regulated by the Financial Conduct Authority and the Prudential Regulation Authority. Registered in England & Wales No. 2711006. Registered Office 25 Bank Street, London, E14 5JP. Unless specified to the contrary, material is distributed in the UK and the EEA by JPMS plc. This material is directed in the UK only to: (a) persons having professional experience in matters relating to investments falling within article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) (Order) 2005 ("the FPO"); (b) persons outlined in article 49 of the FPO (high net worth companies, unincorporated associations or partnerships, the trustees of high value trusts, etc.); or (c) any persons to whom this communication may otherwise lawfully be made; all such persons being referred to as "relevant persons". This material must not be acted on or relied on by persons who are not relevant persons. Any investment or investment activity to which this material relates is only available to relevant persons and will be engaged in only with relevant persons. Research issued by JPMS plc has been prepared in accordance with JPMS plc's policy for prevention and avoidance of conflicts of interest related to the production of Research which can be found at the following link: J.P. Morgan EMEA - Research Independence Policy. **U.S.**: J.P. Morgan Securities LLC ("JPMS") is a member of the NYSE, FINRA, SIPC, and the NFA. JPMorgan Chase Bank, N.A. is a member of the FDIC. Material published by non-U.S. affiliates is distributed in the U.S. by JPMS who accepts responsibility for its content.

**General:** Additional information is available upon request. The information in this material has been obtained from sources believed to be reliable. While all reasonable care has been taken to ensure that the facts stated in this material are accurate and that the forecasts, opinions and expectations contained herein are fair and reasonable, JPMorgan Chase & Co. or its affiliates and/or subsidiaries (collectively J.P. Morgan) make no representations or warranties whatsoever to the completeness or accuracy of the material provided, except with respect to any disclosures relative to J.P. Morgan and the Research Analyst's involvement with the issuer that is the subject of the material. Accordingly, no reliance should be placed on the accuracy fairness or completeness of the information contained in this material. Any data discrepancies in this material could be the result of different calculations and/or adjustments. J.P. Morgan accepts no liability whatsoever for any loss arising from any use of this material or its contents, and neither J.P. Morgan nor any of its respective directors, officers or employees, shall be in any way responsible for the contents hereof, apart from the liabilities and responsibilities that may be imposed on them by the relevant regulatory authority in the jurisdiction in question, or the regulatory regime thereunder. Opinions, forecasts or projections contained in this material represent J.P. Morgan's current opinions or judgment as of the date of the material only and are therefore subject to change without notice. Periodic updates may be provided on companies/industries based on company-specific developments or announcements, market conditions or any other publicly available information. There can be no assurance that future results or events will be consistent with any such opinions, forecasts or projections, which represent only one possible outcome. Furthermore, such opinions, forecasts or projections are subject to certain risks, uncertainties and assumptions that have not been verified, and future actual results or events could differ materially. The value of, or income from, any investments referred to in this material may fluctuate and/or be affected by changes in exchange rates. All pricing is indicative as of the close of market for the securities discussed, unless otherwise stated. Past performance is not indicative of future results. Accordingly, investors may receive back

less than originally invested. This material is not intended as an offer or solicitation for the purchase or sale of any financial instrument. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments or strategies to particular clients. The recipients of this material must make their own independent decisions regarding any securities or financial instruments mentioned herein and should seek advice from such independent financial, legal, tax or other adviser as they deem necessary. J.P. Morgan may trade as a principal on the basis of the Research Analysts' views and research, and it may also engage in transactions for its own account or for its clients' accounts in a manner inconsistent with the views taken in this material, and J.P. Morgan is under no obligation to ensure that such other communication is brought to the attention of any recipient of this material. Others within J.P. Morgan, including Strategists, Sales staff and other Research Analysts, may take views that are inconsistent with those taken in this material. Employees of J.P. Morgan not involved in the preparation of this material may have investments in the securities (or derivatives of such securities) mentioned in this material and may trade them in ways different from those discussed in this material.

"Other Disclosures" last revised October 10, 2020.

**Copyright 2020 JPMorgan Chase & Co. All rights reserved. This material or any portion hereof may not be reprinted, sold or redistributed without the written consent of J.P. Morgan.**