# EXHIBIT 23

**Certified Securities Class Actions
Rejecting *Comcast* Arguments**

1. *Sjunde AP-Fonden v. Goldman Sachs Grp., Inc.*,
   2025 WL 2554474, at *39-40 (S.D.N.Y. Sept. 4, 2025)
2. *In re Credit Suisse Sec. Fraud Class Actions*,
   2025 WL 1866293 at *10 (S.D.N.Y. July 7, 2025)
3. *SEB Inv. Mgmt. AB v. Wells Fargo & Co.*,
   2025 WL 1243818 at *7-8 (N.D. Cal. Apr. 25, 2025),
4. *In re Concho Res., Inc.*,
   2025 WL 1040379 at *18-20 (S.D. Tex. Apr. 7, 2025)
5. *San Antonio Fire & Police Pension Fund v. Dentsply Sirona Inc.*,
   349 F.R.D. 606, 611-14 (S.D.N.Y. 2025)
6. *Edwards v. McDermott Int'l, Inc.*,
   2024 WL 1769325 at 12-13 (S.D. Tex. Apr. 24, 2024), *report and recommendation adopted sub nom. Edwards v. McDermott Int'l, Inc*, 2024 WL 3085177 (S.D. Tex. June 21, 2024)
7. *Weston v. DocuSign, Inc.*,
   348 F.R.D. 354, 367-70 (N.D. Cal. 2024)
8. *Sayce v. Forescout Techs., Inc.*,
   754 F. Supp. 3d 878, 897-900 (N.D. Cal. 2024)
9. *City of Birmingham Relief & Ret. Sys. v. Acadia Pharms., Inc.*,
   348 F.R.D. 372, 392-95 (S.D. Cal. 2024)
10. *Int'l Bhd. of Elec. Workers Loc. 98 Pension Fund v. Deloitte & Touche LLP*,
    348 F.R.D. 35, 52 (D.S.C. 2024)
11. *Halman Aldubi Provident & Pension Funds Ltd. v. Teva Pharms. Indus. Ltd.*,
    2023 WL 7285167, at *21-22 (E.D. Pa. Nov. 3, 2023)
12. *Industriens Pensionsforsikring A/S v. Becton, Dickinson & Co.*,
    2023 WL 4981716 at *7-8 (D.N.J. Aug. 3, 2023)
13. *Luna v. Carbonite, Inc.*,
    2023 WL 4539855 at *10 (D. Mass. July 14, 2023)
14. *Bos. Ret. Sys. v. Alexion Pharms., Inc.*,
    2023 WL 2932485 at *13-14 (D. Conn. Apr. 13, 2023)
15. *Erickson v. Jernigan Cap., Inc.*,
    692 F. Supp. 3d 114, 121-22 (S.D.N.Y. 2023),
16. *Purple Mountain Tr. v. Wells Fargo & Co.*,
    2022 WL 3357835 at *5-6 (N.D. Cal. Aug. 15, 2022)
17. *City of Sunrise Firefighters' Pension Fund v. Oracle Corp.*,
    2022 WL 1459567 at *7-11 (N.D. Cal. May 9, 2022)
18. *Junge v. Geron Corp.*,
    2022 WL 1002446 (N.D. Cal. Apr. 2, 2022)
19. *In re Vale S.A. Sec. Litig.*,
    2022 WL 969724 (E.D.N.Y. Mar. 31, 2022); 2022 WL 122593 (E.D.N.Y Jan. 11, 2022) (Report & Rec.)
20. *In re Apple Inc. Sec. Litig.*,
    2022 WL 354785, at *10-13 (N.D. Cal. Feb. 4, 2022)
21. *Martinek v. Amtrust Fin. Servs., Inc.*,
    2022 WL 326320, at *18-19 (S.D.N.Y. Feb. 3, 2022)
22. *In re Allergan PLC Sec. Litig.*,
    2021 WL 4077942, at *14-15 (S.D.N.Y. Sept. 8, 2021)
23. *In re BofI Holding, Inc. Sec. Litig.*,
    2021 WL 3742924, at *6-9 (S.D. Cal. Aug. 24, 2021)
24. *Utesch v. Lannett Co., Inc.*,
    2021 WL 3560949, at *18-19 (E.D. Pa. Aug. 12, 2021)

25. *Pelletier v. Endo Int'l PLC*,
    338 F.R.D. 446, 487 (E.D. Pa. 2021)
26. *In re Glob. Brokerage, Inc.*,
    2021 WL 1160056 (S.D.N.Y. Mar. 18, 2021), *report and recommendation adopted sub nom. In re Glob. Brokerage, Inc. f/k/a FXCM Inc. Sec. Litig.*, 2021 WL 1105367 (S.D.N.Y. Mar. 23, 2021)
27. *In re Teva Sec. Litig.*,
    2021 WL 872156, at *41-42 (D. Conn. Mar. 9, 2021)
28. *Pearlstein v. BlackBerry Ltd.*,
    2021 WL 253453, at *22-23 (S.D.N.Y. Jan. 26, 2021)
29. *Police Ret. Sys. of St. Louis v. Granite Constr. Inc.*,
    2021 WL 229310, at *6-7 (N.D. Cal. Jan. 21, 2021)
30. *In re Celgene Corp. Sec. Litig.*,
    2020 WL 8870665, at *8 (D.N.J. Nov. 29, 2020)
31. *Dougherty v. Esperion Therapeutics, Inc.*,
    2020 WL 6793326, at *6-7 (E.D. Mich. Nov. 19, 2020)
32. *Karinski v. Stamps.com, Inc.*,
    2020 WL 6572660, at *8 (C.D. Cal. Nov. 9, 2020)
33. *Plymouth Cnty. Ret. Sys. v. Patterson Companies, Inc.*,
    2020 WL 5757695, at *14-15 (D. Minn. Sept. 28, 2020)
34. *In re CenturyLink Sales Pracs. & Sec. Litig.*,
    337 F.R.D. 193, 212-13 (D. Minn. 2020)
35. *In re Willis Towers Watson PLC Proxy Litig.*,
    2020 WL 5361582, at *9-11 (E.D. Va. Sept. 4, 2020)
36. *In re Acuity Brands, Inc. Sec. Litig.*,
    2020 WL 5088092, at *6-7 (N.D. Ga. Aug. 25, 2020)
37. *Cosby v. KPMG, LLP*,
    2020 WL 3548379, at *26-28 (E.D. Tenn. June 29, 2020), *report and recommendation adopted*, 2021 WL 1828114 (E.D. Tenn. May 7, 2021)
38. *SEB Inv. Mgmt. AB v. Symantec Corp.*,
    335 F.R.D. 276, 287-88 (N.D. Cal. 2020)
39. *Pub. Employees' Ret. Sys. of Mississippi v. TreeHouse Foods, Inc.*,
    2020 WL 919249, at *10 (N.D. Ill. Feb. 26, 2020)
40. *Scheufele v. Tableau Software, Inc.*
    2020 WL 2553100 (S.D.N.Y. Feb. 13 2020)
41. *Weiner v. Tivity Health, Inc.*,
    2020 WL 467783, at *11 (M.D. Tenn. Jan. 29, 2020)
42. *Rougier v. Applied Optoelectronics, Inc.*,
    2019 WL 6111303, at *15 (S.D. Tex. Nov. 13, 2019), *report and recommendation adopted*, 2019 WL 7020349 (S.D. Tex. Dec. 20, 2019)
43. *Levy v. Gutierrez*,
    448 F. Supp. 3d 46, 64-67 (D.N.H. 2019)
44. *Di Donato v. Insys Therapeutics, Inc.*,
    333 F.R.D. 427, 446 (D. Ariz. 2019)
45. *Monroe Cnty. Emps.' Ret. Sys. v. The S. Co.*,
    2019 WL 3956139, at *24–27 (N.D. Ga. Aug. 22, 2019)
46. *City of Sunrise Gen. Emps.' Ret. Plan v. Fleetcor Techs., Inc.*,
    2019 WL 3449671, at *6–7 (N.D. Ga. July 17, 2019)
47. *In re Signet Jewelers Ltd. Sec. Litig.*,
    2019 WL 3001084, at *19–20 (S.D.N.Y. July 10, 2019)
48. *Rooney v. EZCORP Inc.*,
    2019 WL 691205, at *8 (W.D. Tex. Feb. 19, 2019)

49. *In re SunEdison Inc. Sec. Litig.*,
329 F.R.D. 124, 142–44 (S.D.N.Y. 2019)

50. *City of Miami Gen. Emps.' & Sanitation Emps.' Ret. Trust v. RH, Inc.*,
2018 WL 4931543, at *2–4 (N.D. Cal. Oct. 11, 2018)

51. *Menaldi v. Och-Ziff Capital Mgmt. Grp. LLC*,
328 F.R.D. 86, 98–99 (S.D.N.Y. 2018)

52. *Wilson v. LSB Indus. Inc.*,
2018 WL 3913115, at *16–17 (S.D.N.Y. Aug. 13, 2018)

53. *Gaynor v. Miller*,
2018 WL 3751606, at *16-18 (E.D. Tenn. Aug. 6, 2018)

54. *In re Twitter Inc. Sec. Litig.*,
326 F.R.D. 619, 629–30 (N.D. Cal. 2018)

55. *Pirnik v. Fiat Chrysler Autos. NV*,
327 F.R.D. 38, 47–48 (S.D.N.Y. 2018)

56. *City of Cape Coral Mun. Firefighters Ret. Plan v. Emergent Biosolutions, Inc., HQ*,
322 F. Supp. 3d 676, 691–93 (D. Md. 2018)

57. *In re Banc of Cal. Sec. Litig.*,
326 F.R.D. 640, 651 (C.D. Cal. 2018)

58. *Cooper v. Thoratec Corp.*,
2018 WL 2117337, at *6–7 (N.D. Cal. May 8, 2018)

59. *Angley v. UTi Worldwide Inc.*,
311 F. Supp. 3d 1117, 1128–29 (C.D. Cal. 2018)

60. *Washtenaw Cty. Emps.' Ret. Sys. v. Walgreen Co.*,
2018 WL 1535156, at *3–4 (N.D. Ill. Mar. 29, 2018)

61. *City of Pontiac Gen. Emps.' Ret. Sys. v. Dell Inc.*,
2018 WL 1558571, at *5–6 (W.D. Tex. Mar. 29, 2018)

62. *W. Va. Pipe Trades Health & Welfare Fund v. Medtronic, Inc.*,
325 F.R.D. 280, 290 (D. Minn. 2018)

63. *Baker v. SeaWorld Entm't Inc.*,
2017 WL 5885542, at *12–14 (S.D. Cal. Nov. 29, 2017)

64. *Luna v. Marvell Tech. Grp., Ltd.*,
2017 WL 4865559, at *5–6 (N.D. Cal. Oct. 27, 2017)

65. *In re Lendingclub Sec. Litig.*,
282 F. Supp. 3d 1171, 1184 (N.D. Cal. 2017)

66. *KBC Asset Mgmt. NV v. 3D Sys. Corp.*,
2017 WL 4297450, at *6–7 (D.S.C. Sep. 28, 2017)

67. *Howard v. Liquidity Servs. Inc.*,
322 F.R.D. 103, 137–41 (D.D.C. 2017)

68. *La. Mun. Police Emps. Ret. Sys. v. Green Mountain Coffee Roasters, Inc.*,
2017 WL 3149424, at *6–7 (D. Vt. July 21, 2017)

69. *In re Silver Wheaton Corp. Sec. Litig.,*
2017 WL 2039171, at *14-16 (C.D. Cal. May 11, 2017)

70. *Todd v. STAAR Surgical Co.*,
2017 WL 821662, at *11 (C.D. Cal. Jan. 5, 2017)

71. *Hayes v. MagnaChip Semiconductor Corp.*,
2016 WL 7406418, at *9 (N.D. Cal. Dec. 22, 2016)

72. *W. Palm Beach Police Pension Fund v. DFC Global Corp.*,
2016 WL 4138613, at *14-15 (E.D. Pa. Aug. 4, 2016)

73. *Beaver Cty. Emps.' Ret. Fund v. Tile Shop Holdings Inc.*,
2016 WL 4098741, at *11-12 (D. Minn. July 28, 2016)

74. *In re Montage Tech. Grp. Ltd. Sec. Litig.*,
2016 WL 1598666, at *13 (N.D. Cal. Apr. 21, 2016)

75. *In re Barrick Gold Sec. Litig.*,
    314 F.R.D. 91, 104–07 (S.D.N.Y. 2016)
76. *Thorpe v. Walter Inv. Mgmt. Corp.*,
    2016 WL 4006661, at *15–16 (S.D. Fla. Mar. 16, 2016)
77. *Hatamian v. Advanced Micro Devices, Inc.*,
    2016 WL 1042502, at *8–9 (N.D. Cal. Mar. 16, 2016)
78. *Strougo v. Barclays PLC,*
    312 F.R.D. 307, 313, 327 (S.D.N.Y. 2016)
79. *In re Petrobras Sec. Litig.*,
    312 F.R.D. 354, 371-72 (S.D.N.Y. 2016)
80. *Första AP-Fonden v. St Jude Med. Inc.*,
    312 F.R.D. 511, 516–17 (D. Minn. 2015)
81. *Kaplan v. S.A.C. Capital Advisors, L.P.*,
    311 F.R.D. 373, 382–83 (S.D.N.Y. 2015)
82. *In re NII Holdings Inc. Sec. Litig.*,
    311 F.R.D. 401, 413–14 (E.D. Va. 2015)
83. *In re JPMorgan Chase & Co. Sec. Litig.*,
    2015 WL 10433433, at *7 (S.D.N.Y. 2015)
84. *In re Wilmington Trust Sec. Litig.*,
    310 F.R.D. 243, 245–46 (D. Del. 2015)
85. *In re Goldman Sachs Grp. Inc. Sec. Litig.,*
    2015 WL 5613150, at *7–8 (S.D.N.Y. Sep. 24, 2015)
86. *City of Sterling Heights Gen. Emps.' Ret. Sys. v. Prudential Fin., Inc.,*
    2015 WL 5097883, at *13 (D.N.J. Aug. 31, 2015)
87. *Fosbre v. Las Vegas Sands Corp.,*
    2015 WL 3722496, at *2–6 (D. Nev. June 15, 2015)
88. *In re St. Jude Med. Inc. Sec. Litig.*,
    2014 WL 6908434, at *6–9 (D. Minn. Dec. 8, 2014)
89. *Wallace v. IntraLinks*,
    302 F.R.D. 310, 318 (S.D.N.Y. 2014)
90. *In re Groupon, Inc. Sec. Litig.*,
    2014 WL 5245387, at *1–2 (N.D. Ill. Sep. 23, 2014)
91. *McIntire v. China MediaExpress Holdings Inc.*,
    38 F. Supp. 3d 415, 435–36 (S.D.N.Y. 2014)
92. *In re BP plc Sec. Litig.*,
    2014 WL 2112823, at *8–9 (S.D. Tex. May 20, 2014)
93. *Dodona I LLC v. Goldman Sachs & Co.*,
    296 F.R.D. 261, 270–71 (S.D.N.Y. Jan. 23, 2014)
94. *In re Heckmann Corp. Sec. Litig.,*
    2013 WL 2456104, at *13–14 (D. Del. June 6, 2013)
95. *In re Diamond Foods Inc. Sec. Litig.*,
    295 F.R.D. 240, 251–52 (N.D. Cal. 2013)