# EXHIBIT 24

## FILED UNDER SEAL IN ITS ENTIRETY