**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NADIA SHASH and AMJAD KHAN, Individually and On Behalf of All Others Similarly Situated, <br><br>    Plaintiffs, <br><br>    v. <br><br> BIOGEN INC., MICHEL VOUNATSOS, and ALFRED W. SANDROCK, JR., <br><br>    Defendants. | Civil Action No. 1:21-cv-10479-IT |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' MOTION TO FILE UNDER SEAL
PLAINTIFFS' REPLY IN FURTHER SUPPORT OF MOTION FOR CLASS
CERTIFICATION AND EXHIBITS THERETO**

Pursuant to the Court's Order dated November 7, 2025, Doc. No. 212, Defendants Biogen Inc., Michel Vounatsos, and Alfred W. Sandrock, Jr., M.D., Ph.D. ("Defendants") hereby respond to Plaintiffs' Motion to File Under Seal Plaintiffs' Reply in Further Support of Motion for Class Certification and Exhibits Thereto, Doc. No. 211 (the "Motion to Seal"), as follows:

1.      Plaintiffs informed Defendants at approximately 5:00 p.m. on November 5, 2025, that they intended to attach as exhibits to their reply in further support of their motion for class certification several documents that Defendants had produced in discovery and designated as "Confidential" pursuant to Section IV.1 of the Stipulated Protective Order, Doc. No. 177.

2.      Plaintiffs asked for Defendants' position on the Motion to Seal, but they did not share or otherwise identify any of the exhibits at issue.  Defendants indicated that they did not oppose the Motion to Seal.

3.      Defendants have now had an opportunity to review the documents subject to the Motion to Seal, specifically:  Exhibits 7, 8, 11, 15, 20, and 24 to the Declaration of Jonathan Horne.

Doc. Nos. 209-7, 209-8, 209-11, 209-15, 209-20, 209-24.  Defendants do not seek to maintain these documents under seal.

Dated: November 19, 2025

Respectfully submitted,

/s/ *Audra J. Soloway*

Audra J. Soloway (*pro hac vice*)
Richard C. Tarlowe (*pro hac vice*)
Daniel S. Sinnreich (*pro hac vice*)
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
asoloway@paulweiss.com
rtarlowe@paulweiss.com
dsinnreich@paulweiss.com

William J. Trach (BBO # 661401)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
william.trach@lw.com

*Counsel for Defendants*
*Biogen Inc., Michel Vounatsos,*
*and Alfred W. Sandrock, Jr.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2025, I caused a copy of the foregoing document to be served upon all counsel of record via the Court's CM/ECF system.

/s/ *Audra J. Soloway*
Audra J. Soloway