# EXHIBIT 7

Message

---

| From: | Christian von Hehn [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=3BF9FECDF6CD40559148033FD4986445-CHRISTIAN V] |
|---|---|
| Sent: | 7/29/2019 7:20:35 PM |
| To: | Spyros Chalkias [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=77068fcc4a924dce94bfa712fb706191-Spyros Chal] |
| CC: | Christian von Hehn [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3bf9fecdf6cd40559148033fd4986445-Christian v] |
| Subject: | FW: aducanumab Collaborative workstream - flag for PV4 population |

---

**From:** Massie, Tristan <Tristan.Massie@fda.hhs.gov>
**Sent:** Wednesday, July 24, 2019 12:59 PM
**To:** Ying Tian <ying.tian@biogen.com>; Wang, Sue Jane <Suejane.Wang@fda.hhs.gov>; Krudys, Kevin <Kevin.Krudys@fda.hhs.gov>; Papanastasiou, Emilios <Emilios.Papanastasiou@fda.hhs.gov>; Jin, Kun <Kun.Jin@fda.hhs.gov>; Hung, Hsien Ming J <HsienMing.Hung@fda.hhs.gov>; Christian von Hehn <christian.vonhehn@biogen.com>; Angela Neufeld <angela.neufeld@biogen.com>; Ying Zhu <ying.zhu@biogen.com>; Craig Mallinckrodt <craig.mallinckrodt@biogen.com>
**Subject:** RE: aducanumab Collaborative workstream - flag for PV4 population

---

*** **EXTERNAL EMAIL:** Use caution before replying, clicking links, and opening attachments ***

---

Dear All,

No need to consider this at today's meeting, but  it seems to me that if I'm not mistaken a placebo worsening may be driving the significance in study 302 rather than the high dose increase from protocol amendment 4. The Red bars in the following figure are for patients who consented to Protocol 4 by Week 16 and the blue are for those who did not. Placebo is on the left and the high dose is on the right. A similar pattern is seen if I break it down by dose change due to ARIA (late high dose seems numerically worse than early high dose at Week 78). It's true that high dose without dose reduction is better than high dose with dose reduction, but not better than the early high dose without dose reduction who did not have the benefit of a dose increase from protocol amendment 4. These are exploratory analyses but may cast doubt on the importance of protocol amendment 4 for the high dose if I'm not mistaken.
Note that happy to share outputs 61,71, and 74 for CDR, ADAS-cog-13, and ADCS-ADL-MCI suggested that if there is an effect in study 302 it may be only in the APOE+ stratum.

Thanks,
Tristan

Study 302  LS Mean Change in CDR-sum of boxes in APOE+ by Protocol V4 Status (Late)
Placebo                          Low Dose                    High Dose

CONFIDENTIAL                                                          BIOGEN_0003478339



**From:** Ying Tian <ying.tian@biogen.com>
**Sent:** Monday, July 22, 2019 2:24 PM
**To:** Massie, Tristan <Tristan.Massie@fda.hhs.gov>; Wang, Sue Jane <Suejane.Wang@fda.hhs.gov>; Krudys, Kevin <Kevin.Krudys@fda.hhs.gov>; Papanastasiou, Emilios <Emilios.Papanastasiou@fda.hhs.gov>; Jin, Kun <Kun.Jin@fda.hhs.gov>; Hung, Hsien Ming J <HsienMing.Hung@fda.hhs.gov>; Christian von Hehn <christian.vonhehn@biogen.com>; Angela Neufeld <angela.neufeld@biogen.com>; Ying Zhu <ying.zhu@biogen.com>; Craig Mallinckrodt <craig.mallinckrodt@biogen.com>
**Subject:** aducanumab Collaborative workstream - flag for PV4 population

Dear Tristan,

This is to follow up on your question about the variable for PV4 population in the datasets. There is no flag for PV4 population in the datasets, but it can be easily derived. The relevant variables and derivation algorithm are presented below.

**ADSL.VER4DT (Date Consenting to Protocol V4 or higher)**

**ADSL.VER4DY (Study Day of Consenting to V4 or higher)**

**The flag for PV4 population, defined as subjects who consented to PV4 or higher prior to Week 16 (Day 113), can be derived as below:**
= "Y" if VER4DY is not missing and <=113

Please let me know if you have any questions.

Best Regards,
Ying

CONFIDENTIAL

BIOGEN_0003478340