# EXHIBIT 8

Message
_____

| | |
|---|---|
| **From:** | Massie, Tristan [Tristan.Massie@fda.hhs.gov] |
| **Sent:** | 8/14/2019 8:36:55 AM |
| **To:** | Angela Neufeld [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=70303b47924549dab0560ff3c03986ba-Angela Neuf]; Krudys, Kevin [Kevin.Krudys@fda.hhs.gov]; Samantha Budd Haeberlein [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c3fefc2a73f04c94b5eae4005094307f-Samantha BU]; Christian von Hehn [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3bf9fecdf6cd40559148033fd4986445-Christian v]; Ying Tian [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=098790bad8004e6fb36a1f1c27e46bed-Ying Tian]; Ying Zhu [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=bd0e2906cbae41b091c6cf4af5823857-Ying Zhu]; Craig Mallinckrodt [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=38da4ae03d9b4acda6ed64c756a7416e-Craig Malli]; Dunn, Billy [Billy.Dunn@fda.hhs.gov]; Jin, Kun [Kun.Jin@fda.hhs.gov]; Wang, Sue Jane [Suejane.Wang@fda.hhs.gov]; Hung, Hsien Ming J [HsienMing.Hung@fda.hhs.gov]; Papanastasiou, Emilios [Emilios.Papanastasiou@fda.hhs.gov] |
| **Subject:** | RE: Collaborative Workstream - Wave 2 SAP |

**\*\*\* EXTERNAL EMAIL:** Use caution before replying, clicking links, and opening attachments \*\*\*

Dear All,

I don't expect you will have time to review this before today's meeting, but it is extending my earlier analyses along the same lines for the other key endpoints.

The trend I observed for the late High dose with dose change due to ARIA having numerically better LS Mean Change at Week 78 than late High dose without dose reduction is not limited to the CDRSB endpoint. In addition to it holding for CDRSB in both study 301 and 302, it holds for MMSE in 302, and for ADCS-ADL-MCI in both study 301 and 302. For ADAS-cog-13 in 302 the Late High Dose -dose change subgroup and the no dose change subgroup are roughly equivalent (no dose change is only 0.13 better).

In the following table I used red font to indicate a group was worse and green to indicate better for the subgroups of the Late High Dose with (dc) and without dose reductions (no dc) due to ARIA .

While the sample sizes in the dose change subgroups are small at Week 78 in the late subgroup, the number of cases in which the dose reduced subgroup LS Mean is numerically better than the non-dose-reduced subgroup is striking, especially when all endpoints are considered.

This surprising trend suggesting that dose reduction is better for outcome also appears in the low dose- dose reduced subgroup. One can see this and the following other trends in the table.

Late low dose with dose reduction is numerically better than late low dose without dose reduction for all endpoints in 301 and for CDRSB and MMSE in 302.

Early low dose with dose reduction is numerically better than early low dose without dose reduction for all endpoints in both 301 and 302.

Late placebo numerically worse than Early placebo for CDRSB, MMSE, and ADCSADL-MCI in both studies.

Late high dose without dose change numerically worse than Early high dose without dose change for all 4 endpoints in study 302.

Late high dose without dose change numerically better than Early high dose without dose change for all 4 endpoints in study 301.

Placebo in 302 is always worse than placebo in 301 for both Early and Late subgroups, across all endpoints.

Early high dose without dose change always better in 302 than 301, late high dose without dose change worse in 302 than 301 for ADAS-cog-13 and ADCS-ADL-MCI endpoints.

| STUDY/ENDPOINT | Dose Code | LSMEAN CHANGE AT WEEK 78 FOR EARLY OR LATE (PROTV4/W16) AND DOSE CHANGE DUE TO ARIA STATUS IN APOE+ STRATUM |
|---|---|---|

CONFIDENTIAL

BIOGEN_0003049773

| | | Early dc | | Early no dc | | Late(ProtV4) dc | | Late(ProtV4) no dc | |
|---|---|---|---|---|---|---|---|---|---|
| | | Estimate | Standard Error | Estimate | Standard Error | Estimate | Standard Error | Estimate | Standard Error |
| 302 CDRSB 78 | 0 | 0.79 | 1.53 | 1.57 | 0.21 | . | . | 2.19 | 0.24 |
| | 1 | 1.47 | 0.37 | 1.54 | 0.23 | 0.95 | 0.47 | 1.35 | 0.26 |
| | 2 | 1.68 | 0.31 | 0.99 | 0.25 | 1.17 | 0.41 | 1.30 | 0.27 |
| 302 MMSE 78 | 0 | -2.29 | 2.84 | -3.32 | 0.41 | | | -3.36 | 0.46 |
| | 1 | -2.37 | 0.70 | -3.44 | 0.45 | -2.38 | 0.88 | -3.08 | 0.48 |
| | 2 | -3.13 | 0.60 | -2.00 | 0.48 | -2.09 | 0.78 | -2.97 | 0.52 |
| 302 ADAS-COG-13 78 | 0 | 6.88 | 7.29 | 6.30 | 0.74 | | | 5.06 | 0.86 |
| | 1 | 3.47 | 1.28 | 5.04 | 0.82 | 4.80 | 1.64 | 3.33 | 0.90 |
| | 2 | 4.67 | 1.10 | 3.74 | 0.87 | 5.00 | 1.46 | 4.87 | 0.98 |
| 302 ADCS-ADL-MCI 78 | 0 | 0.36 | 6.57 | -4.63 | 0.67 | | | -5.22 | 0.92 |
| | 1 | -2.08 | 1.15 | -4.69 | 0.74 | -4.95 | 1.75 | -3.60 | 0.97 |
| | 2 | -4.46 | 0.98 | -0.94 | 0.79 | -2.19 | 1.56 | -3.55 | 1.04 |
| 301 CDRSB 78 | 0 | 2.51 | 1.51 | 1.31 | 0.16 | 5.16 | 1.78 | 1.53 | 0.23 |
| | 1 | 1.16 | 0.35 | 1.26 | 0.18 | 0.91 | 0.45 | 1.39 | 0.24 |
| | 2 | 2.05 | 0.30 | 1.62 | 0.20 | 0.92 | 0.40 | 1.27 | 0.27 |
| 301 MMSE 78 | 0 | -5.92 | 2.96 | -2.91 | 0.32 | -1.68 | 3.34 | -3.19 | 0.45 |
| | 1 | -2.36 | 0.68 | -3.05 | 0.36 | -2.42 | 0.87 | -2.63 | 0.45 |
| | 2 | -4.16 | 0.58 | -3.44 | 0.40 | -3.38 | 0.78 | -3.16 | 0.52 |
| 301 ADAS-COG-13 78 | 0 | 3.90 | 5.33 | 4.70 | 0.58 | 6.38 | 6.02 | 3.83 | 0.81 |
| | 1 | 2.47 | 1.22 | 4.86 | 0.65 | 4.40 | 1.60 | 4.73 | 0.82 |
| | 2 | 4.89 | 1.06 | 5.64 | 0.72 | 4.99 | 1.44 | 3.40 | 0.93 |
| 301 ADCS-ADL-MCI 78 | 0 | -7.84 | 4.68 | -2.77 | 0.52 | -28.0 | 5.69 | -4.29 | 0.75 |
| | 1 | -0.72 | 1.09 | -2.59 | 0.57 | -2.69 | 1.47 | -2.81 | 0.76 |
| | 2 | -4.95 | 0.94 | -2.49 | 0.64 | -0.74 | 1.30 | -2.05 | 0.85 |

dc=dose change (reduction) due to ARIA; 0=placebo, 1=low dose 2=high dose;

Thanks,
Tristan

From: Angela Neufeld <angela.neufeld@biogen.com>
Sent: Tuesday, August 13, 2019 12:18 PM
To: Krudys, Kevin <Kevin.Krudys@fda.hhs.gov>; Samantha Budd Haeberlein <samantha.buddhaeberlein@biogen.com>; Christian von Hehn <christian.vonhehn@biogen.com>; Ying Tian <ying.tian@biogen.com>; Ying Zhu <ying.zhu@biogen.com>; Craig Mallinckrodt <craig.mallinckrodt@biogen.com>; Dunn, Billy <Billy.Dunn@fda.hhs.gov>; Massie, Tristan <Tristan.Massie@fda.hhs.gov>; Jin, Kun <Kun.Jin@fda.hhs.gov>; Wang, Sue Jane <Suejane.Wang@fda.hhs.gov>; Hung, Hsien Ming J <HsienMing.Hung@fda.hhs.gov>; Papanastasiou, Emilios <Emilios.Papanastasiou@fda.hhs.gov>
Subject: RE: Collaborative Workstream - Wave 2 SAP

Hi Kevin,

We are fine with this proposal and look forward to the discussion.

BIOGEN_0003049774

Best,

Angela

**Angela M. Neufeld, MS | Director, Late Stage Global Regulatory Sciences**
**Biogen |300 Binney Street|Cambridge, MA 02142**
|☎617.679.3526|Mobile☎857.260.6393

**CARE DEEPLY. WORK FEARLESSLY. CHANGE LIVES.**

---

**From:** Krudys, Kevin <Kevin.Krudys@fda.hhs.gov>
**Sent:** Tuesday, August 13, 2019 9:21 AM
**To:** Angela Neufeld <angela.neufeld@biogen.com>; Samantha Budd Haeberlein <samantha.buddhaeberlein@biogen.com>; Christian von Hehn <christian.vonhehn@biogen.com>; Ying Tian <ying.tian@biogen.com>; Ying Zhu <ying.zhu@biogen.com>; Craig Mallinckrodt <craig.mallinckrodt@biogen.com>; Dunn, Billy <Billy.Dunn@fda.hhs.gov>; Massie, Tristan <Tristan.Massie@fda.hhs.gov>; Jin, Kun <Kun.Jin@fda.hhs.gov>; Wang, Sue Jane <Suejane.Wang@fda.hhs.gov>; Hung, Hsien Ming J <HsienMing.Hung@fda.hhs.gov>; Papanastasiou, Emilios <Emilios.Papanastasiou@fda.hhs.gov>
**Subject:** RE: Collaborative Workstream - Wave 2 SAP

---

**\*\*\* EXTERNAL EMAIL:** Use caution before replying, clicking links, and opening attachments **\*\*\***

---

Biogen colleagues,

After further consideration on our side, and now that Tristan is back in town, we think it would be beneficial to have a follow-up discussion regarding Tristan's analysis. As we heard on Monday, there are still some lingering questions, so we think it might be best to have a full discussion with the entire team. Hopefully the discussion will also set the tone for the type of exploration we are planning for the Wave 2 work. Therefore, we are proposing to use tomorrow's meeting to discuss this topic and to push back discussion of the PK/PD analysis to next Monday. Would that work for you?

Thanks,
Kevin

---

**From:** Angela Neufeld <angela.neufeld@biogen.com>
**Sent:** Monday, August 12, 2019 10:13 AM
**To:** Samantha Budd Haeberlein <samantha.buddhaeberlein@biogen.com>; Christian von Hehn <christian.vonhehn@biogen.com>; Ying Tian <ying.tian@biogen.com>; Ying Zhu <ying.zhu@biogen.com>; Craig Mallinckrodt <craig.mallinckrodt@biogen.com>; Dunn, Billy <Billy.Dunn@fda.hhs.gov>; Krudys, Kevin <Kevin.Krudys@fda.hhs.gov>; Massie, Tristan <Tristan.Massie@fda.hhs.gov>; Jin, Kun <Kun.Jin@fda.hhs.gov>; Wang, Sue Jane <Suejane.Wang@fda.hhs.gov>; Hung, Hsien Ming J <HsienMing.Hung@fda.hhs.gov>; Papanastasiou, Emilios <Emilios.Papanastasiou@fda.hhs.gov>
**Subject:** Collaborative Workstream - Wave 2 SAP

Dear CW LT,

Please see the attached draft Wave 2 SAP for discussion at our meeting today.

Best,

CONFIDENTIAL

BIOGEN_0003049775

Angela

Angela M. Neufeld, MS | Director, Late Stage Global Regulatory Sciences
Biogen |300 Binney Street|Cambridge, MA 02142
angela.neufeld@biogen.com |☎617.679-3526|Mobile☎857-260-6393
Biogen
CARE DEEPLY. WORK FEARLESSLY. CHANGE LIVES.

CONFIDENTIAL

BIOGEN_0003049776