# EXHIBIT 15

Message

| | |
|---|---|
| **From:** | Ying Tian [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=098790BAD8004E6FB36A1F1C27E46BED-YING TIAN] |
| **Sent:** | 11/26/2019 7:06:57 PM |
| **To:** | Samantha Budd Haeberlein [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c3fefc2a73f04c94b5eae4005094307f-Samantha BU] |
| **Subject:** | Preliminary Final results by PV4 |
| **Attachments:** | Aducanumab final results by PV4.pptx; CTAD Platform Slides_Draft v10_22Nov19_QC_All_Updates.pptx |

Hi Samantha,

I've talked to my team and Eric. Here is my assessment of the feasibility to update the CTAD slides with Final data.

Timelines assumption I used for the assessment:

- By end of next Monday, stats will send new outputs to Nucleus.
- By end of next Tuesday, Nucleus will update the slides based on new outputs.

Stats can deliver the following outputs based on the current flow of CTAD slides (V10) and the timeline above. We will need to remove dose disposition slide (P20 & 32; this is time-consuming to generate). We will not update safety, CSF, and Tau PET data.

- Exposure: median exposure (P11), heatmap (P12, 47-48. We will send data to Christian)
- Baseline/disposition: P17-19, 29-31
- Efficacy ITT: P21-25, 33-37
- Efficacy PV4: P53-54
- PET SUVR line plot: P26, 38

However, as I mentioned to you, my concern is the interpretation of PV4 results re. dose-response. In 302 PV4 results (slide 2 in the first attachment), low dose is numerically better than high dose, and post-PV4 is similar to pre-PV4. It's not straightforward to explain this by # of 10mg/kg or cum doses. I think we will need more work to understand it. My team is working on the line plots. I will send to you when I have them. Please be aware that all of the PV4 results are preliminary (not passed final QC).

If we decide to present the final results, there are a couple of ways to present it.

1) Keep the April data for the main deck, and add primary results of final data (ITT only) at the end (voice out that we just received these final results and they are consistent with April data)
2) Replace April data with final data, but only present censored ITT and uncensored ITT instead of PV4.
3) Replace April data with final data and present censored ITT and PV4 (the current flow).

I personally would like to recommend option 2. I think we need more time to further exposure dose-response and/or PV4 definition.

P.S., The attached results are preliminary. Please do not forward it.

Regards,
Ying

Ying Tian, Ph.D
Director, Biostatistics
Biogen | Tel: (617) 9146171 | Email: ying.tian@biogen.com

BIOGEN_0002517478