# EXHIBIT 20

Message
_____

| | |
|---|---|
| **From:** | Samantha Budd Haeberlein [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C3FEFC2A73F04C94B5EAE4005094307F-SAMANTHA BU] |
| **Sent:** | 11/23/2020 3:14:25 PM |
| **To:** | Priya Singhal [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5f5e9445a5b54fc99c54548c3015ee62-Priya Singh]; Alfred Sandrock [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=47611c345b0d48268107fe08aa9d69da-Alfred Sand] |
| **CC:** | Xiaopeng Miao [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a09c094b30644485827fff226149c15d-Xiaopeng Mi]; Barbara Kolb [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a4c96d8b393a4646ba72ff0e32d1bd57-Barbara Kol] |
| **Subject:** | stats response |

Dear Priya and Al

I worked on the stats response over the weekend. The core document is at 65 pages and it will likely become around 100 pages (and then have data appendices for tables). Most of it is in really good shape. Craig is back today and we together with Stu and the team will make great progress on this this week (having blocked the week for vacation helps…).

There's a target date for submission 1st week of December. After all the input I gave over the weekend the team is working and we will meet on Tuesday and will probably be able to confirm more accurately the timing.

I would like to suggest that we send a written notification to the FDA  that this response is coming in. (to Dr Bastings / Dr Dunn via the project manager from Barb)
    1. Because it will be over a month from the AC, and
    2. Following the comment from Dr Dunn last week that 'we had not sent any written notification had we / only on this call'. I'm assuming Dunn may need to be able to show that we are responding.

We can use some of the text in the Background section of the Stats document that has been reviewed by Barb and Rakel (pasted below). Let me know your thoughts.

Thank you

Samantha


The Joint briefing book for the Aducanumab Advisory Committee included an Appendix II "Statistical Review and Evaluation", and which was watermarked '*draft*'.

In the Questions to the Committee/Committee Discussion section of the AC, many points from the *draft* Statistical Review were discussed by the committee members. The committee did not consult nor discuss the work done on the same points in the FDA/Biogen Aducanumab Advisory Committee Briefing Book, or the Appendix I FDA Clinical Review.

The discussion was held almost exclusively between committee members and was based almost entirely on statements cited from the *draft* Statistical Review. During this session several incorrect statements on the data were made and repeated by the committee. Without cross reference to the complete briefing materials, these incorrect statements became 'conclusions' and formed the committee's opinion of the data.

Since a robust and informed discussion on the data did not occur, this document [Biogen response to the *draft* Statistical Review] provides Biogen's response to the questions raised by the *draft* Statistical Review which became the focal point of the discussion and the rationale for the outcome of the AC.

CONFIDENTIAL                                                                    BIOGEN_0003221181

This document seeks to ensure that the data are fully presented in response to the key questions and comments raised by the *draft* Statistical Review and provides the details and evidence of why the arguments and conclusory statements noted in the *draft* Statistical Review do not detract from the persuasiveness of the evidence supporting the substantial evidence of effectiveness of aducanumab.

CONFIDENTIAL

BIOGEN_0003221182