# EXHIBIT 24



# Wall Street Analysis

Dated 8/27/20

# Revenue Analysis: LRP vs Consensus

## Total Revenue ($B)



- - - LRP    — Consensus as of 7/30    — Wall Street Subset

$19.8

$15.9

$14.0

$12.4 $13.0

$12.6

$12.9

$11.6

$11.0

$11.1

| $Millions | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|
| LRP* | $13,631 | $12,137 | $15,894 | $19,837 |
| Consensus | $14,009 | $13,037 | $12,577 | $12,915 |
| WS Subset | $14,006 | $11,618 | $10,951 | $11,059 |
| Barclays | $14,117 | $11,682 | $10,724 | $11,070 |
| Leerink (adjusted*) | $13,452 | $10,802 | $10,084 | $9,772 |
| Goldman | $14,011 | $11,374 | $11,720 | $12,353 |
| JP Morgan | $13,806 | $11,194 | $11,526 | $12,309 |
| Morgan Stanley | $14,207 | $12,749 | $11,447 | $11,326 |
| Oppenheimer | $13,883 | $11,142 | $9,850 | $9,800 |
| RBC | $14,280 | $11,711 | $10,734 | $10,926 |
| Baird | $14,138 | $12,276 | $10,599 | $10,051 |
| Bernstein | $14,159 | $11,634 | $11,871 | $11,927 |

## WW Tecfidera Revenue ($B)



- - - LRP    — Consensus as of 7/30    — Wall Street Subset

$4.4
$4.6

$4.0

$3.7

$3.0

$2.8

$2.3

$2.0

$1.8

$1.9

$1.5

$1.3

| $Millions | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|
| LRP | $4,043 | $1,961 | $1,803 | $1,921 |
| Consensus | $4,551 | $3,690 | $3,018 | $2,754 |
| WS Subset | $4,433 | $2,316 | $1,490 | $1,321 |
| Barclays | $4,653 | $2,636 | $1,535 | $1,200 |
| Leerink (adjusted*) | $3,893 | $2,057 | $1,573 | $1,531 |
| Goldman | $4,699 | $2,030 | $1,354 | $1,368 |
| JP Morgan | $4,357 | $1,919 | $1,835 | $1,651 |
| Morgan Stanley | $4,444 | $3,017 | $1,557 | $1,375 |
| Oppenheimer | $4,074 | $2,089 | $987 | $779 |
| RBC | $4,688 | $2,560 | $1,587 | $1,569 |
| Baird | $4,614 | $3,290 | $1,864 | $1,520 |
| Bernstein | $4,477 | $1,243 | $1,119 | $896 |

*Total LRP Revenue excludes pipeline assets other than Aducanumab to align with WS consensus; Leerink's revised Tec estimates for 2020/2021 used in WS Subset only (assumed -0.5B decline every year thereafter);
Adu LRP reflects 100% in market revenue while analysts are adjusting for collab profit share and apply a POS factor so this is not an apples to apples comparison. EPS estimates are net of collab profit share in both LRP and Consensus.

2

# YTD BIIB Stock Price-Volume Performance through 8/21



# Analyst Models: Tecfidera Gx Entrants Assumptions

| 1) WV decision: ~$30-$90 reductions across some analysts | 2) Notes referenced range of $5-$10 to ~$20-$50 of potential downside risk post Mylan Gx launch announcement | 3) Estimated FUM NPV ranges from ~$10-$100 with an average of ~$50 |
| --- | --- | --- |

| Firm | Tier | West Virginia PT Change | as of 8/10/2020 (post adu BLA acceptance) | | | as of 8/19/2020 (post Mylan Gx launch) | | | Timing of Gx Entry | Valuation Methodology | Estimated Fumarate NPV | Adj Estimated Fumarate NPV |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | Buy / Sell / Hold | Price Target | Change vs Prior | Buy / Sell / Hold | Estimated Price Target | Change vs Prior | | | | |
| Oppenheimer | 3 | ($40) | Buy | $360 | $35 | Buy | 360 | $0 | 2020 | DCF '30 | $21 | $21 |
| Credit Suisse | 2 | ($40) | Buy | $375 | $105 | Buy | 375 | $0 | 2020 | DCF '29 | $59 | $59 |
| SVB Leerink | 1 | ($60) | Buy | $350 | $0 | Buy | 342 | ($8) | 2020 * | SOTP '35 | $64 | $64 |
| Goldman Sachs | 1 | $0 | Hold | $271 | $0 | Hold | 271 | $0 | 2020 | DCF | $28 | $28 |
| Morgan Stanley | 1 | $0 | Buy | $357 | $0 | Buy | 357 | $0 | 2021 | DCF '30 | $36 | $36 |
| Bernstein | 1 | $0 | Hold | $297 | $0 | Hold | 297 | $0 | 2021 | DCF '30 | $37 | $37 |
| Cowen | 1 | ($50) | Buy | $305 | $0 | Buy | 295 | ($10) | 2021 | SOTP | $34 | $24 |
| RBC | 2 | ($30) | Hold | $284 | $0 | Hold | 280 | ($4) | 2021 | DCF '30 | $32 | $28 |
| Barclays | 2 | ($90) | Hold | $280 | $0 | Hold | 240 | ($40) | 2021 | DCF '30 | $44 | $4 |
| R.W. Baird & Co. | 3 | ($62) | Sell | $228 | $0 | Sell | 228 | $0 | 2021 | DCF '30 | $44 | $44 |
| Stifel, Nicolaus & Co. | 3 | $0 | Hold | $284 | $0 | Hold | 284 | $0 | 2021 | DCF '26 | $67 | $67 |
| Raymond James | 3 | --- | Sell | - | --- | Sell | - | --- | 2021 | n/a | $58 | $58 |
| BTIG | 4 | --- | Hold | - | --- | Hold | - | --- | 2021 | DCF | $4 | $4 |
| Canaccord | 4 | $0 | Buy | $350 | $0 | Buy | 350 | $0 | 2021 | n/a | $30 | $30 |
| Atlantic Equities | 4 | ($25) | Hold | $290 | $0 | Hold | 290 | $0 | 2022 | DCF'39 | $62 | $62 |
| William Blair | 3 | --- | Hold | - | --- | Hold | - | --- | 2023 | n/a | n/a | n/a |
| Evercore ISI | 1 | --- | Buy | - | --- | Buy | - | --- | 2024 | n/a | n/a | n/a |
| Cantor Fitzgerald | 2 | $0 | Hold | $339 | $25 | Hold | 339 | $0 | 2024 | DCF '30 | $90 | $90 |
| Wolfe | 2 | $0 | Hold | $307 | $0 | Hold | 307 | $0 | 2024 | n/a | $92 | $92 |
| Wedbush | 4 | $0 | Hold | $274 | $0 | Hold | 234 | ($40) | 2024 | 9x FY23 EPS $31.68 | $67 | $27 |
| Wells Fargo | 4 | $0 | Hold | $324 | $0 | Hold | 324 | $0 | 2024 | 9x FY21 EPS $36.06 | n/a | n/a |
| Citi | 2 | $0 | Sell | $240 | $0 | Sell | 220 | ($20) | 2028 | DCF '29 | $106 | $86 |
| SunTrust | 2 | $0 | Buy | $330 | $0 | Buy | 330 | $0 | 2028 | DCF '29 | $108 | $108 |
| BMO Capital Markets | 4 | $0 | Hold | $280 | $0 | Hold | 280 | $0 | 2028 | n/a | $136 | $136 |
| Mizuho | 3 | $0 | Hold | $316 | $0 | Hold | 316 | $0 | 2028 | DCF'40 / EPS | $59 | $59 |
| HC Wainright | 4 | $0 | Buy | $335 | $0 | Buy | 335 | $0 | 2028 | DCF '27 | $100 | $100 |
| JP Morgan | 1 | $0 | Hold | $320 | $0 | Hold | 320 | $0 | n/a | DCF '30 | $51 | $51 |
| Jefferies | 1 | $0 | Hold | $279 | $0 | Hold | 279 | $0 | n/a | DCF | n/a | n/a |
| BofA ML | 1 | $0 | Sell | $255 | $0 | Sell | 255 | $0 | n/a | n/a | $65 | $65 |
| Piper Jaffray | 3 | ($47) | Hold | $270 | $0 | Hold | 215 | ($55) | n/a | 9x FY21EPS $31.75 | $62 | $7 |
| Guggenheim | 3 | $0 | Buy | $386 | $0 | Buy | 386 | $0 | n/a | 12x FY21 EPS $32.75 | $45 | $45 |
| | | | | $307 | | | 300 | | | | $57 | $53 |

| Fum BIIB LRP Value/Sh | With LOE | Without LOE |
| --- | --- | --- |
| Tec | $26 | $65 |
| Vum | $17 | $37 |
| FUM | $43 | $103 |

| | Count | Avg PT as of 8/19 |
| --- | --- | --- |
| Buy | 10 | $348 |
| Hold | 17 | $285 |
| Sell | 4 | $234 |

| Adj Est NPV Range | Count |
| --- | --- |
| $0-$25 | 5 |
| $25-$50 | 8 |
| $50-$75 | 8 |
| >$75 | 6 |

*Note: Target Price updated based on Analyst note, Otherwise left unchanged

Leerink timing and revenue updated per 8/19 analyst note. Cowen, RBC, Barclays, Wedbush, Citi, and Piper NPVs adj per 8/19 analyst note.

4

# Analyst Models: Aducanumab POS and Revenue Assumptions

| Firm | Tier | as of 8/10/2020 (post adu BLA acceptance) | | | Adu Sentiment | Adu % POS as of 8/7 (post adu BLA acceptance) | Revenue Per 7/30 Analyst Models ($B) | | | Adu 2023 @ 100% POS | Adu NPV per analyst model |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Buy / Sell / Hold | Price Target | Change vs Prior | | | 2021 | 2022 | 2023 | | |
| Credit Suisse | 2 | Buy | $375 | $105 | Positive | 85% | 1.9 | 3.8 | 4.6 | 5.4 | $188 |
| Oppenheimer | 3 | Buy | $360 | $35 | Positive | 75% | 0.0 | 0.1 | 0.8 | 2.8 | |
| JP Morgan | 1 | Hold | $320 | $0 | Neutral | 55% | 0.1 | 0.9 | 1.9 | 3.5 | |
| Bernstein | 1 | Hold | $297 | $0 | Neutral | 55% | 0.2 | 0.8 | 1.4 | 2.6 | |
| Jefferies | 1 | Hold | $279 | $0 | Neutral/Positive | 55% | 0.3 | 1.1 | 1.8 | 3.2 | |
| SVB Leerink | 1 | Buy | $350 | $0 | Positive | 50% | 0.3 | 0.5 | 1.0 | 2.0 | $96 |
| SunTrust | 2 | Buy | $330 | $0 | Positive | 50% | 0.1 | 0.2 | 0.4 | 1.7 | |
| Atlantic Equities | 4 | Hold | $290 | $0 | Neutral | 50% | 0.8 | 2.0 | 2.9 | 5.9 | |
| BTIG | 4 | Hold | - | --- | Neutral/Negative | 50% | 0.0 | 0.1 | 0.2 | 0.5 | |
| Wells Fargo | 4 | Hold | $324 | $0 | Neutral | 50% | 0.0 | 0.3 | 0.5 | 0.5 | |
| Cowen | 1 | Buy | $305 | $0 | Positive | 30% - 50% | 0.5 | 2.5 | 5.5 | 5.5 | $66 |
| Morgan Stanley | 1 | Buy | $357 | $0 | Positive | 49% | 0.1 | 0.2 | 0.4 | 0.9 | $112 |
| Cantor Fitzgerald | 2 | Hold | $339 | $25 | Neutral/Positive | 40% | 0.1 | 0.2 | 0.4 | 3.0 | |
| Citi | 2 | Sell | $240 | $0 | Negative | 40% | 0.0 | 0.0 | 0.0 | n/a | |
| Barclays | 2 | Hold | $280 | $0 | Neutral/Negative | 40% | 0.0 | 0.0 | 0.2 | 0.6 | $46 |
| Stifel, Nicolaus & Co. | 3 | Hold | $284 | $0 | Neutral | 33% | 0.0 | 0.2 | 0.5 | 1.5 | |
| RBC | 2 | Hold | $284 | $0 | Neutral/Positive | 30% | 0.0 | 0.1 | 0.3 | 2.0 | |
| Mizuho | 3 | Hold | $316 | $0 | Neutral | 30% | 0.2 | 0.5 | 0.7 | 4.8 | |
| Goldman Sachs | 1 | Hold | $271 | $0 | Neutral/Negative | 20% | 0.0 | 0.5 | 1.1 | 5.3 | |
| HC Wainright | 4 | Buy | $335 | $0 | Positive | 15% | 0.1 | 0.4 | 0.5 | 3.1 | |
| R.W. Baird & Co. | 3 | Sell | $228 | $0 | Very Negative | 5% | 0.0 | 0.1 | 0.2 | 3.0 | |
| Canaccord | 4 | Buy | $350 | $0 | Positive | n/a | 0.3 | 0.9 | 1.6 | 1.6 | |
| BofA ML | 1 | Sell | $255 | $0 | Negative | n/a | 0.0 | 0.0 | 0.0 | n/a | |
| Evercore ISI | 1 | Buy | - | --- | Neutral/Positive | n/a | 0.2 | 0.8 | 1.7 | 1.7 | |
| Wolfe | 2 | Hold | $307 | $0 | Neutral/Positive | n/a | 0.0 | 0.0 | 0.0 | n/a | |
| Piper Jaffray | 3 | Hold | $270 | $0 | Neutral | n/a | 0.0 | 0.3 | 1.7 | 3.5 | |
| Guggenheim | 3 | Buy | $386 | $0 | Positive | n/a | 0.2 | 1.0 | 2.5 | 2.5 | |
| William Blair | 3 | Hold | - | --- | Negative | n/a | 0.0 | 0.0 | 0.0 | n/a | |
| Raymond James | 3 | Sell | - | --- | Very Negative | n/a | 0.0 | 0.0 | 0.0 | n/a | |
| BMO Capital Markets | 4 | Hold | $280 | $0 | Neutral | n/a | 0.4 | 1.9 | 3.7 | 3.7 | |
| Wedbush | 4 | Hold | $274 | $0 | Neutral | n/a | 0.0 | 0.0 | 0.0 | n/a | |
| | | | $307 | | | **Avg WS Estimate (POS Adj)** | 0.2 | 0.7 | 1.2 | 2.8 | |
| | | | | | | **BIIB LRP (POS 100%)** | 1.4 | 5.3 | 9.2 | 9.2 | |

Note: Adu LRP reflects 100% in market revenue while some analysts are adjusting for collab profit share and applying a POS factor so this is not an apples to apples comparison.