**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen, Esq. (*pro hac vice*)
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com

*Counsel for Plaintiffs*
*and the Putative Class*

[Additional Counsel on signature page]

### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| NADIA SHASH and AMJAD KHAN Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiffs,<br>    v.<br><br>BIOGEN INC., MICHEL VOUNATSOS, ALFRED W. SANDROCK, JR., and SAMANTHA BUDD-HAEBERLEIN,<br><br>            Defendants. | **CASE No.: 1:21-cv-10479-IT**<br><br><br>**PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT** |

Pursuant to Federal Rule of Civil Procedure 15(a)(2), Lead Plaintiff Nadia Shash and

Named Plaintiffs Amjad Khan and Albert Aftoora ("Plaintiffs") respectfully move for leave to

file the attached [Proposed] Third Amended Complaint ("PTAC"). This motion is based on this

Notice of Motion and Motion, the memorandum of points and authorities in support, the pleadings

and records on file in this action, and any other written or oral argument or other material that

may be presented to the Court and that the Court may consider in deciding this motion. The PTAC

is attached hereto as Doc No. 229-2, while a redline of the PTAC against the operative Second

1

Amended Complaint is attached hereto as Doc No. 229-3.[1]

The Parties have conferred and Defendants oppose this motion.


Dated: January 9, 2026                          Respectfully submitted,

                                                **THE ROSEN LAW FIRM, P.A.**

                                                */s/Laurence M. Rosen*
                                                Laurence M. Rosen, Esq. (*pro hac vice*)
                                                Jonathan Horne, Esq. (*pro hac vice*)
                                                Brian B. Alexander, Esq. (*pro hac vice*)
                                                Joshua Baker, Esq. (BBO #695561)
                                                Sara Fuks, Esq. (*pro hac vice)*
                                                275 Madison Avenue, 40th Floor
                                                New York, NY 100016
                                                Tel: (212) 686-1060
                                                Fax: (212) 202-3827
                                                lrosen@rosenlegal.com
                                                jhorne@rosenlegal.com
                                                balexander@rosenlegal.com
                                                jbaker@rosenlegal.com
                                                sfuks@rosenlegal.com

                                                *Counsel for Plaintiffs*
                                                *and the Putative Class*

---

[1] On the redline, red text has been added, light green text has been deleted, and dark green text has been moved.

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2026, a true and correct copy of the foregoing **PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT** was served by CM/ECF to parties registered to the Court's CM/ECF system.

/s/Laurence Rosen