**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NADIA SHASH and AMJAD KHAN Individually and On Behalf of All Others Similarly Situated,<br><br>            Plaintiffs,<br>    v.<br><br>BIOGEN INC., MICHEL VOUNATSOS, ALFRED W. SANDROCK, JR., and SAMANTHA BUDD-HAEBERLEIN,<br><br>            Defendants. | CASE No.: 1:21-cv-10479-IT<br><br>**[PROPOSED ORDER] GRANTING PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT** |

On this_____ day of _____, 2026, upon consideration of Lead Plaintiff Nadia Shash and Named Plaintiffs Amjad Khan and Albert Aftoora's ("Plaintiffs") Motion for Leave to Amend Complaint, the responses thereto, and for other good cause known to the Court, it is hereby ORDERED that Plaintiffs' Motion is GRANTED. Plaintiffs are directed to file the [Proposed] Third Amended Complaint on the docket in this action.

SO ORDERED:

_____
HON. INDIRA TALWANI
UNITED STATES DISTRICT JUDGE