**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| NADIA SHASH and AMJAD KHAN, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BIOGEN INC., MICHEL VOUNATSOS, and ALFRED W. SANDROCK, JR., <br><br> Defendants. | Civil Action No.: 1:21-cv-10479-IT |

**DECLARATION OF AUDRA J. SOLOWAY**
**IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR**
**LEAVE TO FILE THIRD AMENDED COMPLAINT**

I, AUDRA J. SOLOWAY, hereby declare as follows, pursuant to 28 U.S.C. § 1746:

1.     I am a member of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, an international law firm with its principal office at 1285 Avenue of the Americas, New York, New York 10019-6064, and represent defendants Biogen Inc., Michel Vounatsos, and Alfred W. Sandrock, Jr., M.D., Ph.D. (together, "Defendants") in the above-captioned action. I respectfully submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion for Leave to File Third Amended Complaint. The information set forth below is based on my personal knowledge.

2.     Defendants substantially completed their document productions—comprising over 111,000 documents, from 13 agreed-upon custodians—by the Court-ordered substantial completion deadline of September 26, 2025.

3.    Plaintiffs' Proposed Third Amended Complaint references 101 documents produced by Defendants in discovery.  Defendants' production records show that 61 of the 101 documents were produced before or on the September 26, 2025 substantial completion deadline, and that another 22 of the 101 documents were produced before or on October 31, 2025.  This means that 83 out of the 101 documents, or 82%, were produced before or on October 31, 2025.

4.    After the September 26, 2025 substantial completion deadline, the parties continued to negotiate additional search terms and custodians.  Documents produced by Defendants after September 26 comprise additional documents identified based on: 1) additional search terms that Defendants agreed to run, following extensive negotiations between the parties, on September 10, 2025; 2) additional custodians whose files Defendants agreed to search, at Plaintiffs' request, on November 11, 2025; 3) additional responsive documents identified following ongoing quality checks and privilege review; and 4) additional searches—including for additional record types, and additional search terms—that Plaintiffs have requested between October 2025 – January 2026. The parties are continuing to negotiate additional searches based on Plaintiffs' most recent requests.

5.    Defendants have incurred substantial costs, including expert costs and attorneys' fees, in connection with briefing of class certification and attendant discovery.

6.    Attached as **Exhibit 1** is a copy of the transcript of the December 17, 2025 Discovery Conference in this action.  Doc. No. 223.

7.    Attached as **Exhibit 2** is a copy of an email chain beginning with an email dated April 2, 2025, from Audra Soloway to Jonathan Horne and others, with the subject line "Biogen," and ending with an email dated October 28, 2025, from Samantha Bui to Jonathan Horne and others.

8.      Attached as **Exhibit 3** is a copy of the Notice of Electronic Filing for the parties' Response to the Court's Order, Dated November 26, 2025 Concerning Class Certification, which reflects that the document was filed on December 5, 2025 at 6:30 p.m. ET.

9.      Attached as **Exhibit 4** is a copy of an email sent at 8:01 p.m. ET on December 5, 2025 from Samantha Bui to Jonathan Horne and others, with the subject line "Shash et al. v. Biogen et al. (No. 1:21-cv-10479-IT) – Defendants' Document Production," attaching a letter to Plaintiffs regarding Defendants' document production.

10.      Attached as **Exhibit 5** are copies of documents produced by Biogen in this action, an email dated April 11, 2019, with the Bates number BIOGEN_0002472478, attaching a document with the Bates number BIOGEN_0002472479.  BIOGEN_0002472479 is referenced in Plaintiffs' Memorandum of Law in Support of their Motion for Leave to File Third Amended Complaint ("Plaintiffs' Motion"), Doc. No. 230, at page 11, and Plaintiffs' Proposed Third Amended Complaint ("PTAC"), Doc. No. 229-2, at paragraphs 133-34.

11.      Attached as **Exhibit 6** are copies of documents produced by Biogen in this action, an email dated November 7, 2019, with the Bates number BIOGEN_0003685051, attaching a document with the Bates number BIOGEN_0003685052.  These documents are referenced in Plaintiffs' Motion at page 11, and the PTAC at paragraphs 16 and 223-24.

12.      Attached as **Exhibit 7** is a copy of a document produced by Biogen in this action, an email dated September 20, 2019, with the Bates number BIOGEN_0002483354.   This document is referenced in Plaintiffs' Motion at page 11, and the PTAC at paragraph 175.

13.      Attached as **Exhibit 8** are copies of documents produced by Biogen in this action, an email dated November 7, 2019, with the Bates number BIOGEN_0004057933, attaching a

document with the Bates number BIOGEN_0004057934.  BIOGEN_0004057934 is referenced in Plaintiffs' Motion at pages 10 and 13, and the PTAC at paragraphs 18, 214, and 432.

14.   Attached as **Exhibit 9** is a copy of a document produced by Biogen in this action, an email chain beginning on August 3, 2019, and ending on August 5, 2019, with the Bates number BIOGEN_0003050114.  This document is referenced in Plaintiffs' Motion at page 12, and the PTAC at paragraphs 15 and 221-22.

15.   Attached as **Exhibit 10** is a copy of a document produced by Biogen in this action, an email chain beginning on May 21, 2020, and ending on May 31, 2020, with the Bates number BIOGEN_0002484797.  This document is referenced in Plaintiffs' Motion at pages 1 and 14, and the PTAC at paragraphs 20, 232, and 280(d).

16.   Attached as **Exhibit 11** is a copy of a document produced by Biogen in this action, an email chain beginning on May 21, 2020, and ending on May 29, 2020, with the Bates number BIOGEN_0002521141.  This document is referenced in the PTAC at paragraphs 20 and 231.

17.   Attached as **Exhibit 12** are copies of documents produced by Biogen in this action, an email dated April 1, 2019, with the Bates number BIOGEN_0002456825, and an attachment with the Bates number BIOGEN_0002456826.  BIOGEN_0002456826 is referenced in Plaintiffs' Motion at page 12, and the PTAC at paragraphs 180-81.

18.   Attached as **Exhibit 13** is a copy of a document produced by Biogen in this action, an internal instant-message thread beginning on July 10, 2020, and ending on December 9, 2020, with the Bates number BIOGEN_0004024821.  This document is referenced in Plaintiffs' Motion at pages 14 and 17, and the PTAC at paragraphs 10 and 390-91.

19.   Attached as **Exhibit 14** is a copy of a transcript of Biogen's presentation at the Clinical Trials on Alzheimer's Disease ("CTAD") conference on December 5, 2019.  Biogen's

presentation at CTAD is referenced in Plaintiffs' Motion at page 13, and the PTAC at paragraphs 217, 246-48, 281, and 310.

20.    Attached as **Exhibit 15** is a chart that sets out in full, and in chronological order, the alleged misstatements identified in the Proposed Third Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 13, 2026 in New York, New York.

*/s/ Audra J. Soloway*
Audra J. Soloway

5

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on February 13, 2026, I caused a copy of the foregoing document to be served upon all counsel of record via the Court's CM/ECF system.

*/s/ Audra J. Soloway*
Audra J. Soloway

6