# Exhibit 2

**From:** Bui, Samantha <sbui@paulweiss.com>
**Sent:** Tuesday, October 28, 2025 12:19 PM
**To:** 'Jonathan Horne' <JHorne@rosenlegal.com>; Soloway, Audra J <asoloway@paulweiss.com>;
'Brian Alexander' <balexander@rosenlegal.com>; 'Joshua Baker' <jbaker@rosenlegal.com>;
'Laurence Rosen' <lrosen@rosenlegal.com>; 'rkry@mololamken.com' <rkry@mololamken.com>;
smargolis@mololamken.com; 'ssaraiya@mololamken.com' <ssaraiya@mololamken.com>
**Subject:** RE: Biogen

Jonathan, we agree that the January 9, 2025 date is a scrivener's error and the date should
read January 9, 2026. At this stage, we do not believe that it is necessary to move to amend
the scheduling order to reflect this, as the Court would be viewing the request in a vacuum.
If Plaintiffs intend to move for leave to amend the pleadings, we assume you will raise that
with us, share your proposed amended pleading, and ask our position. Happy to discuss.

**Samantha A. Bui** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 2327 (Direct Phone)
+1 401 595 1660 (Cell)
sbui@paulweiss.com | www.paulweiss.com

**From:** Jonathan Horne
**Sent:** Tuesday, October 21, 2025 11:46 AM
**To:** Bui, Samantha ; Soloway, Audra J ; Brian Alexander ; Joshua Baker ; Laurence Rosen ;
rkry@mololamken.com; smargolis@mololamken.com; ssaraiya@mololamken.com
**Subject:** RE: Biogen

Counsel –

It appears there is a typo in the scheduling order. It provides that amended pleadings must
be filed by January 9, 2025, but the scheduling order was itself entered in April 2025. There
would be no reason to include a deadline that had already occurred.

We then reviewed the email exchange. It appears that the Parties intended to extend the
deadline from November 21, 2025, to January 9, 202**6**, in line with a general extension of the
deadlines, but omitted to change 2025 to 2026. See below and attached (the attachment
was to my April 7, 2025 1:01 PM email).

We propose to clarify with the Court that the January 9, 2025 deadline is a scrivener's error
and request that she correct the date to January 9, 2026. Please let us know if you agree.

Thanks.

**From:** Jonathan Horne
**Sent:** Monday, April 7, 2025 1:01 PM
**To:** Bui, Samantha <sbui@paulweiss.com>; Soloway, Audra J <asoloway@paulweiss.com>; Brian
Alexander <balexander@rosenlegal.com>; Joshua Baker <jbaker@rosenlegal.com>; Laurence

Rosen <lrosen@rosenlegal.com>; rkry@mololamken.com; smargolis@mololamken.com; ssaraiya@mololamken.com

**Subject:** RE: Biogen

Please see our additional edits. We do not believe there are grounds to cut short the time for the filing of a reply brief. Among other things, we need time to take Defendants' expert's deposition. We also pushed back the deadline to file amended pleadings to match the extension in the deadline for substantial completion. We otherwise accepted all your changes.

I'm sorry, I'm not sure what your question is regarding the deadline for document production.

**From:** Bui, Samantha <sbui@paulweiss.com>
**Sent:** Monday, April 7, 2025 12:15 PM
**To:** Jonathan Horne <JHorne@rosenlegal.com>; Soloway, Audra J <asoloway@paulweiss.com>; Brian Alexander <balexander@rosenlegal.com>; Joshua Baker <jbaker@rosenlegal.com>; Laurence Rosen <lrosen@rosenlegal.com>; rkry@mololamken.com; smargolis@mololamken.com; ssaraiya@mololamken.com
**Subject:** RE: Biogen

**[EXTERNAL EMAIL]**

Jonathan and all, checking in on this given today's filing deadline – please let us know if the proposed edits are acceptable to Plaintiffs or if Plaintiffs have additional edits.

Thanks,
Sam

**Samantha A. Bui** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 2327 (Direct Phone)
+1 401 595 1660 (Cell)
sbui@paulweiss.com | www.paulweiss.com

**From:** Bui, Samantha
**Sent:** Friday, April 4, 2025 3:09 PM
**To:** Jonathan Horne <JHorne@rosenlegal.com>; Soloway, Audra J <asoloway@paulweiss.com>; Brian Alexander <balexander@rosenlegal.com>; Joshua Baker <jbaker@rosenlegal.com>; Laurence Rosen <lrosen@rosenlegal.com>; rkry@mololamken.com; smargolis@mololamken.com; ssaraiya@mololamken.com
**Subject:** RE: Biogen

Jonathan, thank you for sending this proposal. Attached is a mark-up with our edits in track changes, which reflect pushing the substantial completion deadline back by approximately one month, and then adjusting subsequent deadlines accordingly. The spacing between the deadlines otherwise largely remains consistent with Plaintiffs' proposal, though we made some

adjustments to the timing of the class certification reply (a bit shorter – this is a reply brief) and we gave Defendants a bit more time to respond to Plaintiffs' expert reports. We also tried to avoid deadlines during major holiday periods.

We also had a question regarding the deadline to serve requests for production of documents. That deadline is just one month before the close of fact discovery. We understand that narrow and one-off document issues can arise during discovery, but just want to be clear that any broad and new document requests that are served that late are likely going to be problematic.

**Samantha A. Bui** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 2327 (Direct Phone)
+1 401 595 1660 (Cell)
sbui@paulweiss.com | www.paulweiss.com

**From:** Jonathan Horne <JHorne@rosenlegal.com>
**Sent:** Thursday, April 3, 2025 8:05 AM
**To:** Soloway, Audra J <asoloway@paulweiss.com>; Brian Alexander <balexander@rosenlegal.com>; Joshua Baker <jbaker@rosenlegal.com>; Laurence Rosen <lrosen@rosenlegal.com>; rkry@mololamken.com; smargolis@mololamken.com; ssaraiya@mololamken.com
**Cc:** Bui, Samantha <sbui@paulweiss.com>
**Subject:** Re: Biogen

We are not available Friday. Are you available Monday? If there are minimal issues we can also resolve by email.

**From:** Jonathan Horne
**Sent:** Wednesday, April 2, 2025 5:29 PM
**To:** Soloway, Audra J <asoloway@paulweiss.com>; Brian Alexander <balexander@rosenlegal.com>; Joshua Baker <jbaker@rosenlegal.com>; Laurence Rosen <lrosen@rosenlegal.com>; rkry@mololamken.com <rkry@mololamken.com>; smargolis@mololamken.com <smargolis@mololamken.com>; ssaraiya@mololamken.com <ssaraiya@mololamken.com>
**Cc:** Bui, Samantha <sbui@paulweiss.com>
**Subject:** RE: Biogen

Thanks. We will get back to you with times. In the meantime, we drafted this proposed scheduling order.

**From:** Soloway, Audra J <asoloway@paulweiss.com>
**Sent:** Wednesday, April 2, 2025 5:26 PM
**To:** Jonathan Horne <JHorne@rosenlegal.com>; Brian Alexander <balexander@rosenlegal.com>; Joshua Baker <jbaker@rosenlegal.com>; Laurence Rosen <lrosen@rosenlegal.com>; rkry@mololamken.com; smargolis@mololamken.com; ssaraiya@mololamken.com

**Cc:** Bui, Samantha <sbui@paulweiss.com>
**Subject:** Biogen

<div style="background-color:red; color:white; text-align:center; font-weight:bold;">[EXTERNAL EMAIL]</div>

Hi all –

In light of the Court's order asking for an amended scheduling order by April 7, can we plan a call? I'm pretty open on Friday morning, and we can use the previously issued scheduling order as a starting point (obviously to adjust for the passage of time). Let us know if that works. Many thanks.

**Audra J. Soloway** | Partner (Bio)
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 3289 (Direct Phone) | +1 212 492 0289 (Direct Fax)
asoloway@paulweiss.com | www.paulweiss.com

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.