# Exhibit 3

**From:** ECFnotice@mad.uscourts.gov <ECFnotice@mad.uscourts.gov>
**Sent:** Friday, December 5, 2025 6:30 PM
**To:** CourtCopy@mad.uscourts.gov
**Subject:** Activity in Case 1:21-cv-10479-IT Shash et al v. Biogen Inc. et al Response to Court Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

### United States District Court

### District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered by Rosen, Laurence on 12/5/2025 at 6:30 PM EST and filed on 12/5/2025

| | |
|---|---|
| **Case Name:** | Shash et al v. Biogen Inc. et al |
| **Case Number:** | 1:21-cv-10479-IT |
| **Filer:** | Albert Aftoora |
| | Amjad Khan |
| | Nadia Shash |
| **Document Number:** | 219 |

**Docket Text:**
**RESPONSE TO COURT ORDER by Albert Aftoora, Amjad Khan, Nadia Shash re [218] Order on Motion to Certify Class,,,,,, Order on Motion for Leave to File,,,,, . (Attachments: # (1) Exhibit A - Email from L. Rosen to A. Soloway (Dec. 3, 2025))(Rosen, Laurence)**

**1:21-cv-10479-IT Notice has been electronically mailed to:**

Audra J. Soloway    asoloway@paulweiss.com, mao_fednational@paulweiss.com

Brian Burkons Alexander    balexander@rosenlegal.com

Daniel Sinnreich    dsinnreich@paulweiss.com, MAO_fednational@paulweiss.com

Daniel J. Toal    dtoal@paulweiss.com, mao_fednational@paulweiss.com

Gonen Haklay    ghaklay@rosenlegal.com

Gregory F. Laufer    glaufer@paulweiss.com, mao_fednational@paulweiss.com

Jennifer Pafiti    jpafiti@pomlaw.com

Jonathan R. Horne    jhorne@rosenlegal.com

Joshua Baker    jbaker@rosenlegal.com, jbaker@ecf.courtdrive.com

Laurence Rosen    info@rosenlegal.com, lrosen@rosenlegal.com,
lrosen@ecf.courtdrive.com

Laurence M. Rosen    lrosen@rosenlegal.com

Phillip C. Kim    pkim@rosenlegal.com

Richard Tarlowe    rtarlowe@paulweiss.com, mao_fednational@paulweiss.com

Robert Kry    rkry@mololamken.com

Robert C. Schubert    rschubert@sjk.law, ecf-rschubert@sjk.law,
paralegal@sjk.law

Samantha Bui    sbui@paulweiss.com, mao_fednational@paulweiss.com

Samuel Patterson    spatterson@paulweiss.com,
mao_fednational@paulweiss.com

Sara Ellen Margolis    smargolis@mololamken.com

Theodore V. Wells , Jr    twells@paulweiss.com, mao_fednational@paulweiss.com

William J. Trach    william.trach@lw.com, bj-trach-3344@ecf.pacerpro.com

**1:21-cv-10479-IT Notice will not be electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=12/5/2025] [FileNumber=11684938-0] [677e9d151ea45b3040a61ba60659f8e34fe526af8835f3bd4333bdc9f81177975d1f6cd8cadbd1fb5cfa668642601320cfcd22c8660d3af71ea473c9e0e5038a]]
**Document description:**Exhibit A - Email from L. Rosen to A. Soloway (Dec. 3, 2025)
**Original filename:**yes
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1029851931 [Date=12/5/2025] [FileNumber=11684938-1]
[66a4181fb432a442ea6da98b1d8517633f1eac695c317dd362ebfca22bbcea3dc2d2144dd11fdc83cd4133205d4bf51865b23342eba733378821bd77f3543ecf]]