# Exhibit 4

**From:** Bui, Samantha <sbui@paulweiss.com>
**Sent:** Friday, December 5, 2025 8:01 PM
**To:** 'Jonathan Horne' <JHorne@rosenlegal.com>; 'Christie Buzzetti'
<cbuzzetti@rosenlegal.com>; 'Yitzchok Fishbach' <yfishbach@rosenlegal.com>; 'Brian
Alexander' <balexander@rosenlegal.com>; 'Jeremy Applebaum'
<jeremy.applebaum@trustpoint.one>
**Cc:** Soloway, Audra J <asoloway@paulweiss.com>; Tarlowe, Richard
<rtarlowe@paulweiss.com>; Sinnreich, Daniel S <dsinnreich@paulweiss.com>; Patterson,
Samuel B <spatterson@paulweiss.com>
**Subject:** Shash et al. v. Biogen et al. (No. 1:21-cv-10479-IT) - Defendants' Document Production

Counsel,

Please see attached cover letter regarding Defendants' production.

Thanks,
Sam


**Samantha A. Bui** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
+1 212 373 2327 (Direct Phone)
+1 401 595 1660 (Cell)
sbui@paulweiss.com | www.paulweiss.com

# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Brussels
Hong Kong
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, D.C.
Wilmington

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**Samantha A. Bui**
**Direct Dial:** +1 212-373-2327
**Email:** sbui@paulweiss.com

December 5, 2025

Jonathan Horne
Brian Alexander
275 Madison Avenue
40th Floor
New York, NY 10016
jhorne@rosenlegal.com
balexander@rosenlegal.com

BY EMAIL

### *Shash et al.* v. *Biogen et al.* (No. 1:21-cv-10479-IT)

Counsel:

On behalf of Biogen, Inc., Michel Vounatsos, and Alfred W. Sandrock, Jr. (collectively, "Defendants"), we are providing via FileShare Defendants' Seventh Production of Documents (BIOGEN-PROD-007), bearing Bates numbers BIOGEN_0003979743-BIOGEN_0004157262, which comprise documents from the following custodians: Samantha Budd Haeberlein, Charlie Cao, Carmen Castrillo-Viguera, Tianle Chen, Christopher Kania, Barbara Kolb, Craig Mallinckrodt, Joe Mara, Angela Neufeld, John O'Gorman, Al Sandrock, Priya Singhal, LeAnne Skordos, Ying Tian, Christian Von Hehn and Michel Vounatsos, in response to Plaintiffs' First Requests for Production of Documents.

Pursuant to the terms of the Protective Order (Dkt. 177), entered on July 21, 2025, certain documents in this production have been designated "Confidential." Provision of the enclosed materials is not intended to, and does not, waive any applicable privilege or other legal basis under which information may be protected from disclosure. If it were found that production of the enclosed materials constitutes production of otherwise privileged matters, such disclosure would be inadvertent, and is not intended to, and does not, waive the attorney-client privilege or any other protections.

The FileShare password will be sent to you separately. Please let us know if you have any issues accessing the files, and if you have any questions about the production.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP                                    2

Sincerely,

*/s/ Samantha A. Bui*

Samantha A. Bui