# Exhibit 5

Message

| | |
|---|---|
| **From:** | Ying Tian [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=098790BAD8004E6FB36A1F1C27E46BED-YING TIAN] |
| **Sent:** | 4/11/2019 6:26:53 PM |
| **To:** | Samantha Budd Haeberlein [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c3fefc2a73f04c94b5eae4005094307f-Samantha BU]; Philipp von Rosenstiel [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=d95dc708f3494d60a699088b859072ff-Philipp von] |
| **CC:** | Stacy Lindborg [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ffeaa6753b894ac8a349675885f7ccdb-Stacy Lindb]; Ying Zhu [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=bd0e2906cbae41b091c6cf4af5823857-Ying Zhu]; Craig Mallinckrodt [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=38da4ae03d9b4acda6ed64c756a7416e-Craig Malli] |
| **Subject:** | RE: Data Sharing - Stats & Clinical w/ Al Sandrock (Lunch Provided) |
| **Attachments:** | ENGAGE_EMERGE data presentation_Additional data_V2.pptx |

Dear Samantha and Philipp,

Attached please find draft slides for meeting with Al tomorrow – we will work on the slides together at the 3-4pm meeting today.

Regards,
Ying

-----Original Appointment-----
**From:** Alfred Sandrock
**Sent:** Thursday, April 11, 2019 12:23 PM
**To:** Alfred Sandrock; Samantha Budd Haeberlein; Emily Smyth; Stacy Lindborg; Deborah Brimage-Williams; Ying Tian; Ying Zhu; Craig Mallinckrodt; Tianle Chen; Jie Li; Xiaopeng Miao; Spyros Chalkias; Raj Rajagovindan
**Cc:** Kumar Kandadi Muralidharan
**Subject:** Data Sharing - Stats & Clinical w/ Al Sandrock (Lunch Provided)
**When:** Friday, April 12, 2019 12:00 PM-1:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** CR/VC Cambridge 152(18) - Skype

································································································

## Join Skype Meeting

Trouble Joining? Try Skype Web App

## Join by phone

Toll number:    +1 (206) 800-4211,,80233029# (Dial-in Number)        English (United States)
Find a local number

Conference ID: 80233029
Forgot your dial-in PIN? | Help

································································································

Confidential                                                                                    BIOGEN_0002472478

# Document Produced in Native Format

Confidential

BIOGEN_0002472479



# Aducanumab Engage/Emerge Additional Results

## ITT data (early enrolled + late enrolled)

***Aducanumab team***

April 2019

# Futility Data Set vs. ITT Data Set

- 945 (57% out of 1653) subjects from 301 and 803 (49% out of 1643) subjects from 302 who have had the opportunity to complete week 78 assessment by the data cutoff date formed the futility data set, also referred as Early enrolled.

- Key focus of this additional assessment: what is learned when all data collected (ITT data set) is analyzed?



# Summary (1): Differences between futility and ITT data sets

- In theory, the ITT analysis should be the most reliable.  Extensive model checking and validation indicate the primary analysis of the ITT data is valid and provides the "best" estimate of treatment effects.

- Small differences in % of MCI and % of baseline AD medication between futility and ITT data sets.

- Larger placebo decline and larger treatment effect in late enrolled cohort at wk26 and wk50.

- All longitudinal data are included in the ITT MMRM model and the estimated correlation between time points is strong. The estimated treatment effect is not heavily impacted by the small groups of subjects with W78 data in the late enrolled.

- Placebo decline on CDR-SB was steeper at wk26 after BSSR announcement (2/14/18). No obvious difference was observed at wk50 and wk78. Therefore the BSSR did not have an important influence on the difference between futility and ITT cohorts.



3

# Summary (2): Differences between studies

- Relative differences between studies appear large because treatments re-rank and in 302 results are statistically significant.  However, in absolute terms differences are not that large as treatment effects vary around a small overall effect.

- No meaningful differences between studies was found regarding patient or illness characteristics. Additional exploration of site and country differences could be informative.

- Given the variability in the data, we'd expect to get differences between studies due to chance alone as large or larger than what we observed in about 1/7 pairs of sister studies.

## Craig's omnibus conclusions

❑ The differences between futility and ITT cohorts, and the difference between 301 and 302 justifiably feel different – these are obviously meaningful differences.

❑ Although certainly not the most likely results, what was observed was well within the parameters of what would be anticipated from well-planned and well-run studies, given the criteria aligned upon by all stake holders.

**Biogen.**

4

# Summary (3): Other findings

- Dose response of 6mg/kg, 1-6 doses of 10mg/kg, 7-14 doses of 10mg/kg vs. placebo showed no clear dose response to show that 14 doses of 10mg/kg works better.  This is not surprising given that the high dose did not in aggregate perform better than the low dose

- Due to small sample size, the potential impact due to different proportions of ApoE was not assessed.

- Greater PET reduction is associated with less decline as measured by CDR-SB (analysis of CDR-SB by median and quartile of PET reduction). The relationship is strong in 302 but less obvious in 301.



# Key Results in Various Analysis Sets

> **# of subjects in the high dose arm in 302 as an examples**
>
> **A: Early enrolled (N = 276)**
>
> A2: have had opportunity to receive 14 of 10mg/kg (N=123)
> Carrier: N = 29
> Non-carriers: N = 94
>
> **B: Late enrolled (N = 271)**
>
> B1: had Wk 78 data N = 24

## Analysis sets:

1. A: early enrolled (this is the analysis population for the futility analysis)
2. A2: subjects who have had opportunity to receive 14 doses of 10mg/kg
3. A2 + B: subjects who have had opportunity to receive 14 doses of 10mg/kg, ITT
4. A + B: ITT (new analysis after futility decision)

| CDR-SB | 301 | | | | 302 | | | |
|---|---|---|---|---|---|---|---|---|
| | Placebo | High dose | Diff | % diff | Placebo | High dose | Diff | % diff |
| Set 1: A | 1.45 | 1.67 | 0.22 | 15% | 1.53 | 1.25 | -0.28 | -18% |
| Set 2: A2 | 1.44 | 1.52 | 0.09 | 6% | 1.54 | 1.16 | -0.38 | -25% |
| Set 3: A2+B | 1.54 | 1.69 | 0.14 | 9% | 1.78 | 1.35 | -0.42 | -24% |
| Set 4: A+B | 1.54 | 1.65 | 0.11 | 7% | 1.77 | 1.37 | -0.40 | -23% |

6

| MMSE | 301 | | | | 302 | | | |
|---|---|---|---|---|---|---|---|---|
| | Placebo | High dose | Diff | % diff | Placebo | High dose | Diff | % diff |
| Set 1: A | -3.2 | -3.6 | -0.4 | 13% | -3.0 | -2.4 | 0.6 | -20% |
| Set 2: A2 | -3.3 | -3.5 | -0.2 | 6% | -3.0 | -2.9 | 0.1 | -3% |
| Set 3: A2+B | -3.6 | -3.4 | 0.2 | -6% | -3.3 | -2.9 | 0.4 | -12% |
| Set 4: A+B | -3.6 | -3.6 | -0.1 | 3% | -3.4 | -2.8 | 0.6 | -18% |

| ADAS-cog | 301 | | | | 302 | | | |
|---|---|---|---|---|---|---|---|---|
| | Placebo | High dose | Diff | % diff | Placebo | High dose | Diff | % diff |
| Set 1: A | 4.827 | 4.769 | -0.058 | -1% | 5.488 | 4.399 | -1.089 | -20% |
| Set 2: A2 | 4.976 | 4.429 | -0.547 | -11% | 5.754 | 5.239 | -0.515 | -9% |
| Set 3: A2+B | 5.249 | 4.232 | -1.016 | -19% | 5.197 | 3.804 | -1.392 | -27% |
| Set 4: A+B | 5.253 | 4.645 | -0.609 | -12% | 5.170 | 3.772 | -1.398 | -27% |

| ADCS-ADL-MCI | 301 | | | | 302 | | | |
|---|---|---|---|---|---|---|---|---|
| | Placebo | High dose | Diff | % diff | Placebo | High dose | Diff | % diff |
| Set 1: A | -3.2 | -3.1 | 0.1 | -3% | -4.7 | -2.4 | 2.3 | -49% |
| Set 2: A2 | -3.1 | -2.6 | 0.5 | -16% | -4.7 | -2.4 | 2.3 | -49% |
| Set 3: A2+B | -3.6 | -3.5 | 0.2 | -3% | -4.1 | -2.5 | 1.6 | -34% |
| Set 4: A+B | -3.6 | -3.4 | 0.3 | -8% | -4.2 | -2.5 | 1.7 | -41% |



**Slide 7 Notes**

T-ADL-MMRM-PC-CPLT
T-ADL-MMRM-PC-10MG-CPLT
T-ADL-MMRM-PC-10MG
T-ADL-MMRM-PC

# Additional analyses performed on ITT assessment

**Analyses completed:**

- Progression by treatment arms before vs. after BSSR announcement on 2/14/2018
- Efficacy by quartiles of PET reduction (Set A+B PET sub-study)
- MMRM models on late enrolled, various variation of ITT, with and without study*treatment interactions.
- Dose response of 6mg/kg, 1-6 doses of 10mg/kg, 7-14 doses of 10mg/kg vs. placebo
- Efficacy and PET reduction by ARIA status
- ADCOMS in ITT and subgroups in ITT
- PTE mediation analysis in 302 PET substudy

**Analyses ongoing:**

- Efficacy in ITT based on April transfer
- Item level data in early enrolled (Set A) and ITT (Set A+B)
- Control-based imputation (copy incremental on missing data in Set A and MAR on missing data in Set B)
- ANCOVA model at Wk 78 including cumulative exposed dose (continuous variable) as a covariate
- Model diagnosis on influential points



8

# Detailed data



# Comparing demography and baseline characteristics of early enrolled vs. late enrolled

| | Study 301 | | Study 302 | |
|---|---|---|---|---|
| | Early enroll (n=945) | Late enroll (n=702) | Early enroll (n=803) | Late enroll (n=835) |
| **Age, mean (SD)** | 69.7 (7.76) | 70.6 (6.99) | 70.4 (7.41) | 70.9 (7.46) |
| **Male, n (%)** | 446 (47.2) | 338 (48.1) | 399 (49.7) | 396 (47.4) |
| **Edu, mean (SD)** | 14.8 (3.68) | 14.3 (3.75) | 14.8 (3.47) | 14.3 (3.94) |
| **MCI, n (%)** | 779 (82.4) | 546 (77.8) | 671 (83.6) | 665 (79.6) |
| **ApoE4 carrier, n (%)** | 659 (69.7) | 486 (69.2) | 542 (67.5) | 553 (66.2) |
| **Base AD med, n (%)** | 549 (58.1) | 357 (50.9) | 427 (53.2) | 405 (48.5) |
| **CDR-SB** | 2.44 (1.019) | 2.37 (1.000) | 2.47 (1.024) | 2.49 (1.018) |
| **CDR-COG** | 1.74 (0.624) | 1.72 (0.607) | 1.73 (0.634) | 1.79 (0.656) |
| **CDR-FUN** | 0.70 (0.577) | 0.65 (0.565) | 0.74 (0.572) | 0.70 (0.554) |
| **MMSE** | 26.4 (1.78) | 26.4 (1.73) | 26.4 (1.73) | 26.3 (1.72) |
| **ADAS-Cog13** | 22.5 (6.50) | 22.4 (6.43) | 22.2 (6.87) | 22.2 (6.85) |
| **ADCS-ADL-MCI** | 43.0 (5.65) | 42.8 (5.68) | 42.8 (5.41) | 42.4 (5.92) |
| **PET SUVR, mean (n) - PET substudy only** | 1.390 (448) | 1.389 (134) | 1.387 (311) | 1.376 (174) |

10

**Slide 10 Notes**

t-bl-char-pc-by-cplt-301
t-bl-char-pc-by-cplt-302
t-bl-char-pet-pc-by-cplt-301
t-bl-char-pet-pc-by-cplt-302

# Longitudinal Change from baseline in CDR-SB, by Study, Set 1: A



**Slide 11 Notes**

af03-f-cdr-lin-mmrm-pc-cplt; af02-t-cdr-mmrm-pc-cplt

# Longitudinal Change from baseline in MMSE, by Study , Set 1: A



**Slide 12 Notes**

af05-f-mmse-lin-mmrm-pc-cplt;   af04-t-mmse-mmrm-pc-cplt

# Longitudinal Change from baseline in ADAS-Cog 13, by Study, , Set 1: A



**Slide 13 Notes**

af07-f-adas-lin-mmrm-pc-cplt;  af06-t-adas-mmrm-pc-cplt

# Longitudinal Change from baseline in ADCS-ADL-MCI, by Study, , Set 1: A



## Slide 14 Notes

af39-f-adl-lin-mmrm-pc-cplt;  t-adl-mmrm-pc-cplt

# Longitudinal Change from baseline in CDR SB, by Study, Set 2: A2 – Subjects who have had opportunity to receive 14 doses of 10 mg/kg



**Slide 15 Notes**

af21-f-cdr-lin-mmrm-pc-10mg-cplt; af20-t-cdr-mmrm-pc-10mg-cplt

# Longitudinal Change from baseline in MMSE, by Study , Set 2: A2 – Subjects who have had opportunity to receive 14 doses of 10 mg/kg



## Slide 16 Notes

af25-f-mms-lin-mmrm-pc-10mg-cplt; af24-t-mmse-mmrm-pc-10mg-cplt

# Longitudinal Change from baseline in ADAS Cog 13, by Study , Set 2: A2 – Subjects who have had opportunity to receive 14 doses of 10 mg/kg



## Slide 17 Notes

af29-f-ada-lin-mmrm-pc-10mg-cplt; af28-t-adas-mmrm-pc-10mg-cplt

# Longitudinal Change from baseline in ADCS ADL-MCI, by Study , Set 2: A2 – Subjects who have had opportunity to receive 14 doses of 10 mg/kg



## Slide 18 Notes

af40-f-adl-lin-mmrm-pc-10mg-cplt; t-adl-mmrm-pc-10mg-cplt

# Longitudinal Change from baseline in CDR-SB, by Study, Set 3: A2+B – have had opportunity 14 doses of 10 mg/kg, ITT



**Slide 19 Notes**

af23-f-cdr-lin-mmrm-pc-10mg
af22-t-cdr-mmrm-pc-10mg

# Longitudinal Change from baseline in MMSE, by Study, Set 3: A2+B – have had opportunity 14 doses of 10 mg/kg, ITT



# Longitudinal Change from baseline in ADAS-Cog, by Study , Set 3: A2+B – have had opportunity 14 doses of 10 mg/kg, ITT





# Longitudinal Change from baseline in ADCS ADL-MCI, by Study , Set 3: A2+B – have had opportunity 14 doses of 10 mg/kg, ITT



**Slide 22 Notes**

t-adl-mmrm-pc-10mg
af44-f-adl-lin-mmrm-pc-10mg-fp

# Longitudinal Change from baseline in CDR-SB, by Study – ITT, Set 4: A+B



**301**

Adjusted mean change from baseline (+/- SE)

- Placebo
- BIIB037 low dose
- BIIB037 high dose

1.65
1.54
1.36

P-value=0.48
P-value=0.24

Better

Analysis Visit (Weeks)

**Number of subjects**

| | 0 | 26 | 50 | 78 |
|---|---|---|---|---|
| Placebo | 545 | 522 | 426 | 311 |
| BIIB037 low dose | 547 | 529 | 434 | 303 |
| BIIB037 high dose | 554 | 531 | 416 | 265 |

**302**

Adjusted mean change from baseline (+/- SE)

- Placebo
- BIIB037 low dose
- BIIB037 high dose

1.77
1.53
1.37

P-value=0.14
P-value=0.01

Analysis Visit (Weeks)

**Number of subjects**

| | 0 | 26 | 50 | 78 |
|---|---|---|---|---|
| Placebo | 547 | 528 | 404 | 260 |
| BIIB037 low dose | 543 | 511 | 397 | 261 |
| BIIB037 high dose | 547 | 513 | 409 | 266 |

# Longitudinal Change from baseline in MMSE, by Study -- ITT , Set 4: A+B



24

# Longitudinal Change from baseline in ADAS-Cog, by Study -- ITT , Set 4: A+B



25

# Longitudinal Change from baseline in ADCS-ADL-MCI, by Study -- ITT , Set 4: A+B

