# Exhibit 7

Message

---

**From:**      LeAnne Skordos [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=0BBCD2F5C2DC4C23B8153B082D11EEA9-LEANNE SKOR]
**Sent:**      9/20/2019 12:11:02 PM
**To:**        Samantha Budd Haeberlein [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=c3fefc2a73f04c94b5eae4005094307f-Samantha BU]
**Subject:**   Project Onyx: Week Sept 16-20 Update
**Attachments:** Meeting Record_20190916.docx


Hi Samantha,
Kindly see update below.  I've left a section for strategy meeting update- but if the meeting is too late today, please remove and we'll include it next week.  Please also pull in final meeting record for Sept 19.

Thanks much,
LeAnne


------
Dear Mike, Kate, Stacy, Karen & Trevor

Kindly find below the update on Project Onyx for this week.

Best regards and have a wonderful weekend!

Samantha & LeAnne


----


**FDA Collaborative Engagement**

**Daily Discussion Meeting** [FDA scientific lead (Dr. Krudys) + Ying T, Craig M, Christian]
▪       Discussed analyses to evaluate whether symptomatic ARIA, MoCA decline, and/or outliers explain different outcomes in 301 & 302
▪       Reviewed group aggregated dose/exposure-response analyses on four endpoints (CDR-SB, MMSE, ADAS-Cog 13, ADCS-ADL-MCI)
▪       Discussed subject level dose/exposure based on Dr. Krudy's new exposure analyses & previous Wave 2 outcomes (dosing, included all subjects OTC w.r.t. Week 26/50/78)
▪       Discussed new Wave 2 3b analyses (individual level results) to find high exposure subjects in 301 who had similar outcomes in 302 using a range of exposure thresholds
▪       Prepared slides and aligned on "conclusion for consideration" for the update at the Strategy Meeting

**FDA CW Meeting, (record of meetings attached)**
**Sept 16 Meeting**
*Reviewed analyses on the pre-Pv4 carriers in 301 High Dose (HD) group excluding outliers on 4 four endpoints (CDR-SB, MMSE, ADAS-Cog 13, ADCS-ADL-MCI) as well as excluding symptomatic ARIA patients*
▪       A small number of outliers had an appreciable impact on all endpoints in 301; similar finding does not appear in 302; outliers still have to be characterized in more detail
▪       Change in CDR-SB observed in subjects with symptomatic ARIA appears to be driven by 2 subjects who are also outliers
o       Individual plots of these two subjects suggest that increase in CDR-SB occurs before symptomatic ARIA
▪       Symptomatic ARIA does not appear to explain different outcomes in 301 and 302
*Aggregated dose / exposure response analyses*
•       Groups that have higher exposures trend to have better responses
•       The potential for a threshold effect will be further explored at the individual level
*Subject dose/exposure-response analyses*
▪       A large variability in the response is expected & a linear relationship with mean cumulative dose does not explain much variation in response
▪       The relationship appears to be somewhat stronger in 302

Confidential                                                                              BIOGEN_0002483354

- The number of patients in study 301 with mean cummulative dose >120 is sufficient to further explore efficacy by thresholds >=120
- Assessment to be further explored in PK/PD modeling

**Sept 19 Meeting**

*Dose/exposure in 301 vs 302 and between Pre/Post PV4 analyses*
- Pre-Pv4 the imbalance in carrier status resulted in more patients in 302 receiving 10mg/kg
- Post-pv4, a similar # of patients in 301 and 302 had the opportunity to receive 10 mg/kg
- Aggregate average cumulative exposures were similar between 301 and 302, with 302 having fewer patients with very low exposures
- Initial hypothesis (puzzle pieces) that no one factor, including timing of pv3 and pv4 and the resultant dose changes, would explain why 301 and 302 had different outcomes.  The current view is that dosing differences between studies was smaller than previously understood

*Analyses in efficacy by individual patient dosing thresholds*
- In general, the group's stance that general trends were more meaningful than any one specific result
- Similar to the group aggregate results, 301 patients at high dosing thresholds performed similar to the 302 aggregate results.
  - These results were generally consistent across the big 4 endpoints and for CDR when excluding outliers and when using the OTC data sample
- A dose-response slope in 301 was observed on all 4 endpoints.  In 302 a slope less steep than in 301 was observed for CDR and ADL, with no slope for MMSE and ADAS-cog
- Low dose (<100) in 301 did not yield negative outcomes.  Therefore, a positive benefit at high thresholds was not offset by a negative effect at low thresholds
- In 302, lower doses were adequate to produce a good result whereas in 301 higher doses were needed to achieve good results
- Despite the inconsistencies, we have uncovered an important consistency: At high levels of dose and exposure we consistently see drug benefit
- Traditional AD measures have considerable variability & are not precise.  Therefore, we need to look more at objective responses (biomarkers) across studies and if we then see a similar threshold effect
- Conclusion
  - At cumulative doses of >130 the difference between 301 high dose and matched placebo patients were approximately = to the aggregate 302 study outcomes, with doses of >140 yielding greater advantages than the aggregate 302 outcomes
  - Patients with progressively greater cumulative doses had progressively greater advantages over placebo in study 301
  - The individual patient outcomes were in general agreement with the group aggregate outcomes
  - As with group aggregate outcomes, outliers had a greater influence on 301 result than 302

**Sept 20- Budd/Dunn LT Meeting**
Check in status
- xx

**BIIB Internal**
Discussed and reviewed Pre & Post Pv4 on CDR-SB after excluding outliers (chg>8) +/- dose change in the ITT population
- Goal of these analyses is to understand why the result in pre-PV4 carrier in 301 high dose group is not consistent with other results
- It was agreed that there was a larger pattern of difference in study 301 suggesting that the influence of the outliers is proportionally larger in 301 vs 302
- Initial conclusion is that a relatively small number of outliers and patients with early discontinuation had an appreciable impact on treatment effect on CDR-SB on pre-pv4 carriers in 301

Understand impact of ARIA on dose/exposure response exploration at group aggregated level
- ARIA does not have a systematic influence on results
- Impact of dose change still being investigated as this group can be considered heterogeneous
- There is a larger number of symptomatic ARIA patients in 301 pre-Pv4
- Differences on how individuals scored on the MoCA could be of importance & should be further explored

Team to continue evaluate if filing timing, how to structure key modules documents, assess resource requirements, study design of re-dosing study, and planning for external communication and Q/A

**Eisai**

BIOGEN_0002483355

- FDA record of 2 Collaborative Working Meeting sent Sept 20th

Confidential

BIOGEN_0002483356