# Exhibit 8

Message
─────────────────────────────────────────────────────────────

**From:**  Ivana Rubino [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=501E71A32C1C4D929BE1C1D5B05B0CF2-IVANA RUBIN]

**Sent:**  11/7/2019 3:53:59 PM

**To:**  Dora Bibila [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=221db5607ab64bc69d929abeacc91590-Dora Bibila]; Joe Mara
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=0322e9a3dfde436aac9aa7ee3df58662-Joseph Mara]; Samantha Budd
Haeberlein [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=c3fefc2a73f04c94b5eae4005094307f-Samantha BU]; Natacha Gassenbach
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=e3009038b1b0471f83043bb03b84b9ba-Natacha Gas]; Mike Hencke
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=2c644214a6fb4587a7bced5b2458b4f9-Michael Hen]; Karin Hellsvik
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=257700ce2d044a85a0176d3a0e4a4544-Karin Hells]

**CC:**  Rakel Meir [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=0f477eea95834c1f976a8d9fce3b9fcd-Rakel MEIR]

**Subject:**  Confidential and Privileged- CtAD Update for EC

**Attachments:**  EC CtAD Update.pptx


Please find attached the first draft for today discussion. Final layout after review of contents.
As a remainder, we will also have the full presentation for Samantha to walk the EC through the actual slides.

Thanks
Ivana

CONFIDENTIAL

BIOGEN_0004057933

# Document Produced in Native Format

CONFIDENTIAL

BIOGEN_0004057934



# CTAD

**Confidential and Privileged**



# Key Questions Post Announcement

- **Differences between Engage and Emerge**

  - More details to support the dose/exposure hypothesis

  - Better understanding of the impact of the PV4 on each study

  - Further understanding of the negative results in Engage

- **More detail on data presented**
  - Baseline demographics
  - Absolute placebo decline in all groups
  - Absolute and longitudinal changes in clinical measures
  - For both studies, show incidence/severity of ARIA in APOE4 carriers and noncarriers, high dose and low dose
  - Quantify enrollment differences between the two studies at the time of protocol amendment implementation

- **Regulatory Next Steps and Re-Dosing Study**

  - More details about the study protocol and timing

  - Further details about regulatory interactions and POS

**Detailed questions**



# CTAD 2019 Presentation- Key Messages

*Overarching goal*: Ensure full understanding of BIIB data driven approach and transparency, in a clear and well balanced fashion

1. **Strong consistency across different endpoints in each study based on pre-planned statistical analysis plan**

2. **ARIA findings and overall Safety profile aligned with previous experiences (PRIME and other mAbs)**

3. **Operational differences between Emerge and Engage fully explained**

4. **Meaningful additional data to support the dose/exposure explanation of the divergent results between Emerge and Engage**



# Key messages

**[IR Slide – need to check consistency with slide 3]**

## Q3'19 Earnings Call

**Sufficient exposure to high dose aducanumab reduced clinical decline across multiple clinical endpoints**

- This reduction in clinical decline was **statistically significant in EMERGE**

- Biogen believes data from patients who achieved **sufficient exposure to high dose aducanumab in ENGAGE support the findings of EMERGE**

- After consultation with the FDA, we believe that the **totality of these data support a regulatory filing**

- Patients included in the **futility analysis** had enrolled early in the studies and **had lower average exposure to aducanumab**

- **Two protocol amendments** were put in place to enable **more patients to reach high dose** and for a longer duration

- Differences between EMERGE and ENGAGE can mostly be accounted for by **greater exposure to high dose in EMERGE**

## CTAD

**Sufficient exposure to high dose aducanumab reduced clinical decline across multiple clinical endpoints**

- This reduction in clinical decline was **statistically significant in EMERGE**

- Biogen believes data from patients who achieved **sufficient exposure to high dose aducanumab in ENGAGE support the findings of EMERGE**

- **Two protocol amendments** were put in place to enable **more patients to reach high dose** and for a longer duration

- Differences between EMERGE and ENGAGE can mostly be accounted for by **greater exposure to high dose in EMERGE**

**Not included:**
1. **Outliers (extreme fast progressors)**
2. **Post-PV4 efficacy data (additional example to show supportive data from ENGAGE)**
3. **APOE4 carrier vs. non-carrier subgroup data**



**Slide 4 Notes**

And importantly, we observed similar slowing of clinical decline in the Post-PV4 results in ENGAGE, with a slowing of clinical decline observed across all endpoints.

# CTAD Presentation- Overview

- December 5, 8am-9am

- Webcast

- Q&A via Audience Response System (ARS)

- Panel:

  - Moderator: Ron Petersen (US)- KME not directly involved with the aducanumab CDP

  - External Presenter: Sharon Cohen (CA)- KME, PI and member of the Phase 3 Steering Committee

  - Internal Presenter: Samantha

  - Additional Panelists:

    - Steve Salloway (US)- KME, PI and Co-Chair of the Phase 3 Steering Committee

    - Paul Aisen (US)- KME and Co-Chair of the Phase 3 Steering Commitee



# CTAD Overview- Agenda

**Ron Petersen (5')**

- KME Intro
  - Introduction of presentation and presenters

**Sharon Cohen (10')**

- Aducanumab up to Phase 3
  - Overview of aducanumab (RTM and MOA)
  - PRIME (Design + Data: PET, CDR-SB)

**Samantha (30')**

- ENGAGE and EMERGE data
  - Protocol and Amendments
  - FA data
  - New analysis of additional data – efficacy, biomarkers, safety

**All (15')**

- Q&A via ARS



# Additional Data

| Data | Impact |
|---|---|
| Demographics (Baseline characteristics, Disease baseline characteristics, patient and dose disposition) | • Show balance between Emerge and Engage |
| Description of FA | • Describe key assumptions and findings at FA (similar to IR deck) |
| Detailed data on Amendment implementation across studies | • Provide more details about the impact of 1 month enrollment difference between the 2 studies<br>• Highlight the complexity of PV4 implementation in a measurable manner |
| Absolute and Longitudinal Clinical  Abeta PET Data | • Show non-linear correlation between amyloid removal and clinical effects<br>• Confirm previous findings from PRIME and reinforce the data-driven approach concept<br>• Highlight strong concordance amongst endpoints in each trial<br>• DMT Effect (TBD) |
| Detailed Safety Data | • Show balance between Emerge and Engage<br>• Demonstrate alignment with previous findings from PRIME |
| ARIA Data by APOe4 Status | • Increase transparency<br>• Demonstrate alignment with previous findings from PRIME and reinforce the data driven approach concept |
| Tau PET Data | • Reinforce the downstream effect data on aducanumab (in addition to CSF) |
| Absolute and longitudinal Abeta PET and CDR SoB data adjusted by dose and number of doses (6, 8 and 10) in Emerge and Engage | • Further support the dose/exposure explanation |



# Potential Additional Data for discussion

## 1. Add detail on outliers as an additional driver of differences between the two studies

**PROS**
- Adds clarity to explain differences between studies (differences in dose exposure cannot fully explain differences)
- Helps address concerns that aducanumab may cause clinical worsening

**Potential detail to include:**
- Table of outliers by study; distribution of outcomes highlighting outliers; efficacy data excluding outliers

**CONS**
- Don't yet understand the reasons underlying the extremely fast progression of these patients
- Might suggest data mining
- Some may think outliers are related to drug/dose-dependent

## 2. Post-PV4 efficacy data (additional example to show supportive data from ENGAGE)

**PROS**
- Addresses concern that subset data from ENGAGE was cherry-picked
- Logical extension of the explanation we've provided

**CONS**
- Would FDA be comfortable with this?
- May be confusing to present multiple data cuts to address the same question

## 3. APOE4 carrier vs. non-carrier subgroup data

**PROS**
- Area of interest for investors given BAN2401 history
- On the Q3 earnings call, we implied these data would be presented at CTAD

**CONS**
- Would FDA be comfortable with this?
- May detract focus from core topline data and could imply data mining



## Slide 8 Notes

And importantly, we observed similar slowing of clinical decline in the Post-PV4 results in ENGAGE, with a slowing of clinical decline observed across all endpoints.

# Potential CtAD Data Sharing and Engagement

| w/c | 4 Nov | 11 Nov | 18 Nov | 25 Nov | 2 Dec | 9 Dec | 16 Dec | **2020** |

**Internal alignment on contents, strategy and speaker selection**



**KME and PAGs deep-dive data sprint***
- 2-hour virtual meetings with small groups of KMEs (**under CDA**) to share the data and provide a forum for Q&A
- Up to 30 KMEs will be invited**
- Gather questions for the objection handler

**Full List and Justification**



**4–7 Dec CTAD, San Diego, USA**
**F2F community engagement**
- 5 Dec primary data presentation
- Post-data presentation KME Q&As: 1-hour F2F meetings with small groups of KMEs and cross-functional team-
- Gather questions for the objection handler



Pressure test our CtAD Narrative
Development of objection handler
Equip top KMEs with deeper understanding of the data
Deepen the KME understanding of the filing risks and the current data sharing strategy
Strengthen overall our collaboration with the external community



Set the tone for HCP engagement: transparent and collaborative
Gather insights from HCPs to fine tune our commercialization plans ( interpretation of publicly available data, limitations, real world limitations and potential patients)
Further inform our objection handler and material for the field team to continue with engagement



# Medical Challenge: 300 KME Engagements in 3 days

## Only publicly available information to be discussed



5 x KMEs to attend each meeting; 3 x meetings per session → 15 x KMEs per session

### 4 x 60-minute parallel meetings

| December | | |
|---|---|---|
| Thursday 5 | Friday 6 | Saturday 7 |
| | 09:00–10:00 | 09:00–10:00 |
| 10:30–11:30 | 10:30–11:30 | 10:30–11:30 |
| 12:00–13:00 | 12:00–13:00 | 12:00–13:00 |
| 13:30–14:30 | 13:30–14:30 | 13:30–14:30 |
| 15:00–16:00 | 15:00–16:00 | |
| 16:30–17:30 | 16:30–17:30 | |
| 15 Sessions x 4 parallel meetings per session = 60 meetings<br>60 meetings x 5 KMEs per meeting = 300 KMEs | | |
| 18:00–19:00 Biogen Debrief* | 18:00–19:00 Biogen Debrief* | |

### Biogen Team Members

| Ivana Rubino (EC Room) Global Medical | Sunny Cho Global Medical | Sean Knox Global Medical | Donna Masterman US Medical Lead |
|---|---|---|---|
| Room 1 | Room 2 | Room 3 | Room 4 |
| Internal attendance will be limited and communicated before the meeting | Clinical Development | Clinical Development | Clinical Development |
| The list of KMEs invited for these discussions will be communicated by Global | Biostatistician | Biostatistician | Biostatistician |
| | Medical Representative (Biogen Affiliate) | Medical Representative (Biogen Affiliate) | Medical Representative (Global) |
| Helios (Report-writing purposes) | Helios (Report-writing purposes) | Helios (Report-writing purposes) | Helios (Report-writing purposes) |



*collation of key takeaways

Biogen | Confidential and Proprietary    10

# Placeholder for Karin/JC slide on CtAD Communication deliverables



# Back-UP



# Sample of questions post announcement



# KMEs

## Canada

- Is there any breakdown by carriers for tau?
- Did you see any similar strange trend similarly to the 6mg/kg arm in PRIME?
- this is highly supported by the long term data from PRIME. Altogether, this is really a convincing dataset

## Germany

- What was the imputation method for ITT analysis, LOCF?
- EMERGE is convincing, though effect sizes don´t seem to be large
- Fantastic results in EMERGE. More scrutiny is needed re the effect of the high dose in ENGAGE; something went wrong there. The lesser exposure to high dose due to protocol amendments alone doesn´t suffice for an explanation. The high-dose went worse than the low-dose

## United Kingdom

- About FA - Why with one trending positive, we didn't have a clause to look at the study and continue it?
- What would be the safety management on the label?
- 20% or greater on CDR SB is meaningful.
- especially meaningful that we see a 40% of the ADLs scale especially since we are talking about a symptomatic population



Biogen | Confidential and Proprietary

# United States KME Feedback

- What did the FDA actually say about the data?
- Did the FDA say they would accept one study since it is a biologic?
- What did the ENGAGE trial show?
- How likely are payers to cover aducanumab if it is approved?
- Are we to understand that if ENGAGE had had 30 more patients exposed to the sufficiently high dose, that the ENGAGE results might have been the same as EMERGE?
- Did you see improvement or slowing of decline?
- How much does ENGAGE discredit the EMERGE findings?
- Does this suggest that patients don't need the full exposure to the high dose to experience the removal of the plaques on PET but that this is needed to see the clinical response?
- It would be helpful to know how effectively lower doses led to changes in amyloid PET over time compared with the 10 mg/kg subset
- Can you show an analysis of ApoE4 carriers versus noncarriers, and the rates of ARIA in each group? (ApoE4 carriers would be expected to have more ARIA and more dosing interruptions.)

- What do you mean differences in 301/302 are mostly accounted for by greater exposure to high dose?
- Why do you feel Engage support this?
- How do you explain the difference from futility?
- The placebo group is rather small and you only have one study – how do you think about that?
- What is "sufficient exposure"?
- Does adu help improve daily activities and daily function?
- What do the results on tau look like if we only look at the patients who receive a sufficient level of the high dose? (however he recognized that the sample size will probably be very very small)
- What's the proportion of patients in ENGAGE who had the ''right'' exposure to adu?
- Can you better explain the FA criteria?
- There is not enough information here to assess the validity of the analysis.



# Analyst Feedback

- **Exposure/Efficacy**
  - Slide 22 is one example of the relationship between greater exposure to high dose aducanumab and greater clinical efficacy – more examples of this relationship would help
    - Is cumulative dose associated with efficacy across both studies?
    - Can we show additional subset analyses with varying numbers of 10 mg/kg doses?
    - Level of exposure to 10 mg/kg between the two studies
    - Was there a true dose-response across all dose levels? Can we quantify the "steep dose response" that AI mentioned?
- **Statistics**
  - Are these analyses statistically valid given the futility announcement?
    - More detail on the statistical methodology, including how missing values were accounted for, sensitivity analyses, etc.
  - Did functional unblinding due to ARIA contribute to the effects we observed?
  - Was there any alpha spend at futility? If so, how much?

- **More detail on data presented**
  - Baseline demographics
  - Absolute placebo decline in all groups
  - For both studies, show incidence/severity of ARIA in APOE4 carriers and noncarriers, high dose and low dose (Samantha noted in Q&A that more detail would be at CTAD)
  - Quantify enrollment differences between the two studies at the time of protocol amendment implementation (Samantha noted in Q&A that more detail would be at CTAD)
  - Was the subset analysis balanced for APOE4 carriers?
    - Secondary endpoints for the subset analysis
  - Can you show CDR-SB scores over time instead of just at week 78?
  - Show absolute changes in clinical measures, instead of just percentages
- **Other data desired**
  - Correlation between plaque removal and clinical efficacy
  - Patient-level data on clinical endpoints (e.g. spaghetti plots)
  - Subgroup level data, especially efficacy in APOE4 carriers vs non-carriers (Samantha noted in Q&A that more detail would be at CTAD)
  - Quantify the difference in the degree of dose suspension due to ARIA between ENGAGE and EMERGE
  - Data on patients who were dose suspended due to ARIA
  - Compliance, discontinuation rates in both studies



# Suggest KMEs and PAGs for pre-CtAD Engagement



# Top Medical KMEs from previous standing working groups (ADvance, Executive Ad Board and Ph3 Steering Committee)

| Name | Country | Current Engagement | Rationale |
|---|---|---|---|
| Ronald Petersen | US | EC Ad Board Member | Top AD Expert; Active role in policy and regulatory discussion. Moderator at CtAD Biib presentation |
| Philipp Scheltens | Netherlands | ADvance Working Group Co-Chair | Top EU AD Expert; Large Media presence |
| Jose Molinuevo | Spain | EC Ad Board Member | Top EU Expert |
| Takeshi Iwatsubo | Japan | EC Ad Board Member Ph3 Steering Committee | Top Japanese Expert |
| Frank Jessen | Germany | ADvance Working Group | Top EU Expert; Active Role in EU regulatory matters |
| Alessandro Padovani | Italy | ADvance Working Group | Top EU Expert |
| Ricardo Allegri | Argentina | EC Ad Board Member | Top LATAM Expert |
| Audrey Gabelle | France | EC Ad Board Member | Top EU  Expert |
| Jonathan Schott | UK | EC Ad Board Member | Top EU  Expert |
| Chris Rowe | Australia | ADvance working group | Top AD Imaging Expert |
| Kaj Blennow | Sweden | ADvance working group | Top AD  CSF Expert |
| Doug Galasko | US | ADvance Working Group | Top AD CSF Expert |
| William Jagust | US | ADvance Working Group | Top AD Imaging Expert |



Biogen | Confidential and Proprietary

# Top Medical KMEs from previous standing working groups (ADvance, Executive Ad Board and Ph3 Steering Committee)

| Name | Country | Current Engagement | Rationale |
|---|---|---|---|
| Lutz Froelich | Germany | EC Ad Board Member | Top EU  Expert |
| John Harrison SBH1 | UK | ADvance Working Group<br>Under CDA with R&D as Consultant | Top Cognition Expert; Active Media Presence |
| Robert Stern | US | ADvance Working Group | Top Cognition Expert; Active role in legislation efforts |
| Joice Suhy | US | ADvance Working Group | Top ARIA Expert<br>Bioclinica Employees working on Aducanumab Ph3 |
| Jerome Barakos | US | ADvance Working Group | |
| Pierre Krolak Salmon | France | CoCo | Top AD Expert |
| Bruno Dubois | France | PI<br>Neurodiem | Top AD Expert |
| Giovanni Frisoni | Switzerland | PI | Top AD Imaging Expert |
| James Galvin | US | PI | Top AD Reimbursement Expert |
| Bruno Vellas | FR | Ph3 Steering Committee | |
| Mary Sano | US | Ph3 Steering Committee | |
| **Steve Salloway** | **US** | **Ph3 Steering Committee** | **Panel at Biib Presentation at CtAD** |
| **Paul Aisen** | **US** | **Ph3 Steering Committee** | **Panel at Biib Presentation at CtAD** |
| Oskar Hansson | SW | Ph3 Steering Committee | |



Confidential and Proprietary    19

## Slide 19 Comments

**SBH1**     Clin Dev consultant will be unblinded prior to CTAD
*Samantha Budd Haeberlein,  11/4/2019 02:38 PM*

# Top Medical KMEs from previous standing working groups (ADvance, Executive Ad Board and Ph3 Steering Committee)

| Name | Country | Current Engagement | Rationale |
|---|---|---|---|
| Catherine Mummery | UK | Ph3 Steering Committee | |
| Sharon Cohen | CA | **Ph3 Steering Committee** | **Presenter at Biib Presentation at CtAD** |
| Frederik Barkhoff | NL | Ph3 Steering Committee | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |



Confidential and Proprietary    20

## Key Patient Advocacy Group Stakeholders

| Organization | Country | Rationale |
|---|---|---|
| **Alzheimer's Association**<br>- Maria Carrillo, Chief Scientific Officer<br>- Heather Snyder, VP Medical Sciences<br>- Rebecca Edelmeyer, Director Scientific Engagement | USA<br><br>Alzheimer Assoc has global reach | Key patient advocacy group. Broad network and engagement with all Alzheimer Association chapters.<br>Referrals for media. Relationship management. |
| **Us Against Alzheimer's**<br>- George Vradenburg, Chairman and Founder<br>- Brooks Kenny, Executive Director | USA | Key patient advocacy group. Strong network. Referrals for media. Relationship management. |
| **Alzheimer Europe**<br>- Jean Georges, Executive Director, | Luxembourg<br>European reach | Key patient advocacy group. Broad network and convener of all national EU groups. Referrals for media. Relationship management. |
| | | |
| | | |
| | | |
| | | |

