# Exhibit 9

Message

| | |
|---|---|
| **From:** | Ying Zhu [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BD0E2906CBAE41B091C6CF4AF5823857-YING ZHU] |
| **Sent:** | 8/5/2019 2:53:24 PM |
| **To:** | Samantha Budd Haeberlein [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c3fefc2a73f04c94b5eae4005094307f-Samantha BU]; Ying Tian [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=098790bad8004e6fb36a1f1c27e46bed-Ying Tian]; Craig Mallinckrodt [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=38da4ae03d9b4acda6ed64c756a7416e-Craig Malli]; Angela Neufeld [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=70303b47924549dab0560ff3c03986ba-Angela Neuf]; Christian von Hehn [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3bf9fecdf6cd40559148033fd4986445-Christian v] |
| **Subject:** | RE: Sensitivity analysis tables for ARIA impact |

Hi Samantha:  Sure, Kim is on vacation now.  I will let Ying T to arrange for a review, maybe in the stats team first, then to the project team.  It may be a short review.  Thanks!  Ying Z.

---

**From:** Samantha Budd Haeberlein <samantha.buddhaeberlein@biogen.com>
**Sent:** Monday, August 05, 2019 10:44 AM
**To:** Ying Zhu <ying.zhu@biogen.com>; Ying Tian <ying.tian@biogen.com>; Craig Mallinckrodt <craig.mallinckrodt@biogen.com>; Angela Neufeld <angela.neufeld@biogen.com>; Christian von Hehn <christian.vonhehn@biogen.com>
**Subject:** RE: Sensitivity analysis tables for ARIA impact

Hi Ying

If this has been done in depth then I would appreciate the read out to be presented or sent to the team – this is a question that is raised at the board multiple times.

Thanks if that can be arranged.

Samantha

---

**From:** Ying Zhu
**Sent:** Monday, August 05, 2019 10:06 AM
**To:** Samantha Budd Haeberlein <samantha.buddhaeberlein@biogen.com>; Ying Tian <ying.tian@biogen.com>; Craig Mallinckrodt <craig.mallinckrodt@biogen.com>; Angela Neufeld <angela.neufeld@biogen.com>; Christian von Hehn <christian.vonhehn@biogen.com>
**Subject:** RE: Sensitivity analysis tables for ARIA impact

Hi Samantha:  Just let you know that the stats team (Kim) tried to find any batch effect long time ago and did not find anything.  Thanks!  Ying

---

**From:** Samantha Budd Haeberlein <samantha.buddhaeberlein@biogen.com>
**Sent:** Sunday, August 04, 2019 8:35 PM
**To:** Ying Tian <ying.tian@biogen.com>; Craig Mallinckrodt <craig.mallinckrodt@biogen.com>; Angela Neufeld <angela.neufeld@biogen.com>; Ying Zhu <ying.zhu@biogen.com>; Christian von Hehn <christian.vonhehn@biogen.com>
**Subject:** RE: Sensitivity analysis tables for ARIA impact

CONFIDENTIAL

BIOGEN_0003050114

Hi Ying

These look great. Super thanks to Tianle! Agree with your strategy below.

Christian has generated an ARIA management slide / and summary slide. I only just sent comments this evening so we'll have a new version for tomorrow.

For the summery – agree that your text here should be included.
The impact of ARIA on cognitive assessments, if any, is unclear.  Sensitivity analysis confirmed robustness of positive results in 302 (it's not driving by the dose-reduced group in PV4).  We will further evaluate the data, eg, duration of suspension, etc.

In your question below – similar to what I just sent to Craig, that 302 HD pre-PV4 is doing better. This is difficult to understand. You ask if this is due to patients perception at the beginning of the trial being more negative – actually that if it were true would have the opposite effect. For me I really wonder where those sites are that were in early 302 and how the PIs communicated what ARIA could mean. Maybe in the beginning PIs who were themselves worried would try to reassure the patient that ARIA was a sign of potential efficacy. And perhaps over time PIs stopped doing this 1 because they also got more comfortable as ARIA became less of an issue or 2 the PIs we rehearing messages about blinding??? Will we ever know? Can you consider if looking at pre and post PV3 would help us with impact of ARIA?

Christian – will Adam Kroft be able to get insight into these groups of patients who had the same numerical dose but have differences? Is he starting to evaluate potential for batch / activity effects?

Samantha

---

**From:** Ying Tian
**Sent:** Sunday, August 04, 2019 8:20 PM
**To:** Craig Mallinckrodt <craig.mallinckrodt@biogen.com>; Angela Neufeld <angela.neufeld@biogen.com>; Ying Zhu <ying.zhu@biogen.com>; Christian von Hehn <christian.vonhehn@biogen.com>; Samantha Budd Haeberlein <samantha.buddhaeberlein@biogen.com>
**Subject:** RE: Sensitivity analysis tables for ARIA impact

Hi all,

I added slides 1-6 (Tristan's plots and our 3-panel and 4-panel plots). The format of the plots was changed per your suggestion (Thanks to Tianle).

Here are some thoughts on the flow and points:

- Intro slides (multi-factors, thoughts on possible impacts from ARIA, etc)
- Data slides:
  - First, acknowledge Tristan's outputs. His key points: 1) "Late non-dose-reduced high dose subgroup" has more exposure but worse efficacy than "Late dose-reduced high dose subgroup" in both 301 and 302; 2) In 302, "Late non-dose-reduced high dose subgroup" is worse than "Early non-dose-reduced high dose group".
  - Confirm that using a slightly different model, we have got similar observations. In the models we used, we grouped pts into pbo, high dose with dose reduction, and high dose without dose reduction, so that pbo remained as one group in the estimation.
  - Agree with Tristan's observation 1). However, we want to point out that the number of data available at week 78 in the "Late dose-reduction group" is extremely small, therefore, it's unclear whether this is due to the

BIOGEN_0003050115

variability of the data or potential impact from perception change over time on ARIA management (& operational unblinding?) or maybe faster amyloid removal in subjects with ARIA.

- o Agree with Tristan's observation 2), but point out that the same trend is observed in the corresponding late/early placebo groups. If we focus our attention on the treatment effect, the treatment effect in PV4 is numerically higher than pre-PV4.
- o We further break down the non-dose-reduced subgroup into those without ARIA and those with ARIA but no dose change. In ApoE carriers, those with ARIA but no dose change is numerically better, but the sample size is extremely small. In overall subjects, the CIs are largely overlapping.
- o With complicated data and changes over the course of the study, we may not be able to completely de-tangle multiple factors that may impact efficacy in terms of ARIA management, perception changes, etc. One thing we could do is to run a sensitivity analysis that removes post-ARIA observations to see if the treatment effects still remain. It's important to note that the positive treatment effect after removing post-ARIA observation remains in 302, and there appears to be a dose-response.

- Summary slides (The impact of ARIA on cognitive assessments, if any, is unclear.  Sensitivity analysis confirmed robustness of positive results in 302 (it's not driving by the dose-reduced group in PV4).  We will further evaluate the data, eg, duration of suspension, etc.)

- Questions for internal discussion: 1) In PV4 for 302, the treatment effect is no longer statistically significant in the sensitivity analysis (as expected); 2) In pre-PV4 for 302, the treatment effect is numerically better than that in PV4. Could this be due to patients' perception change on ARIA (at the beginning of the trial it tends to negatively impact efficacy?). 3) In 302, Late non-dose-reduction high dose has comparable LS mean to Late low dose.

Regards,
Ying

---

**From:** Craig Mallinckrodt
**Sent:** Saturday, August 03, 2019 8:37 AM
**To:** Angela Neufeld <angela.neufeld@biogen.com>; Ying Tian <ying.tian@biogen.com>; Ying Zhu <ying.zhu@biogen.com>; Christian von Hehn <christian.vonhehn@biogen.com>; Samantha Budd Haeberlein <samantha.buddhaeberlein@biogen.com>
**Cc:** Cindy Mello <cindy.mello@biogen.com>
**Subject:** Sensitivity analysis tables for ARIA impact

All

Attached please find the tables of CDR-SB with and without post-ARIA observations excluded for inclusion in the slides to be discussed at the CWG LT Monday.  These include a few minor edits to numbers based on final output, along with a few cosmetic updates.

Craig

BIOGEN_0003050116