# Exhibit 10

Message

| | |
|---|---|
| **From:** | Samantha Budd Haeberlein [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C3FEFC2A73F04C94B5EAE4005094307F-SAMANTHA BU] |
| **Sent:** | 5/31/2020 8:12:34 PM |
| **To:** | Ying Tian [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=098790bad8004e6fb36a1f1c27e46bed-Ying Tian]; Christian von Hehn [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=3bf9fecdf6cd40559148033fd4986445-Christian v] |
| **CC:** | Craig Mallinckrodt [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=38da4ae03d9b4acda6ed64c756a7416e-Craig Malli] |
| **Subject:** | RE: Tom F comments on FDA Type C BB |

Dear Ying

Thank you for the preparation and holding this meeting with Tom. His very black and white views can be jarring but nonetheless helpful. Thank you for carrying into the SCE the terminology aspects which he suggests (stat, sig, pre-specified).

I am interested to hear about the suggestion of different definitions of PV4 population – will we run analyses with different definitions?

I agree with him that the difference between 301 and 302 is not a 'home run' and it becomes glaringly apparent when we have made it appear as if there is a simple 'dose' explanation – e.g. the Japan colleagues then demanding to understand why this simple explanation does not explain the difference in Japan.

Samantha

**From:** Ying Tian
**Sent:** Friday, May 29, 2020 10:46 AM
**To:** Samantha Budd Haeberlein <samantha.buddhaeberlein@biogen.com>; Christian von Hehn <christian.vonhehn@biogen.com>
**Cc:** Craig Mallinckrodt <craig.mallinckrodt@biogen.com>
**Subject:** RE: Tom F comments on FDA Type C BB

Hi Samantha and Christian,

I'd like to provide you an update about our meeting with Tom Fleming yesterday. We had a-two hour meeting, attended by Charlie, Ying Z, Craig, and myself. Craig and I prepared some presentation on focused topics to facilitate the discussion. The meeting was very productive. We have gained useful insight and we will utilize his input to sharpen our submission package. On a few issues, Tom Fleming still holds his long-standing positions (as noted in my email below and his written comments).

- We clarified that ITT is our pre-specified primary analysis.
  - Tom re-iterated his recommendation that OTC data should be the analysis set for the primary analysis.
  - Under our current approach, he recommended to be transparent about the SAP revision process (what and when did we change in SAP/SAP addendum) and include Final OTC data in the submission package (Put more emphasis on OTC). We showed him a side-by-side table with ITT, OTC, and uncensored results (slide 7 in the attached). The consistency of the results lessened his concern re. OTC vs. ITT a bit.
- He agreed with our statistical approaches in understanding 301 and 302 difference and agreed on the two findings, but he thought the evidences are weak and asked us not to overstate it.

Confidential

BIOGEN_0002484797

- He re-iterated concern on inappropriate use of the phrase "statistical significance" when there is no multiplicity adjustment (on tertiary endpoints and biomarkers). He recommended to report 95% CI.

    o Post-meeting notes: We will add a paragraph in SCE to explain use and interpretation of p-values (nominal p-values)

- He asked us to not use the word "pre-specified" for Wave 2 analyses. The phrase "pre-specified" is reserved for formal SAP. We will re-phrase it to distinguish it from the traditional pre-specified analysis.

- We clarified that the PV4 definition reserve randomization to a large extend. He agreed. We will take a look at a variation of PV4 definition he mentioned.

- He re-iterated his point that he thinks a new confirmation trial is needed

- He emphasized importance of FDA's independence with sponsor

- We asked his insight on the country subgroup analyses. He said he could generally review in the sequence of US, West EU, East EU, and Japan. The signal in EU/Canada is weak but he is not extremely concerned.  He liked the forest plot presentation, not the interaction p-value.


Craig, please chime in if I missed or mis-interpreted any key messages.

Please let Craig and I know if you have any questions.

Regards,
Ying


---

**From:** Ying Tian
**Sent:** Tuesday, May 26, 2020 10:18 AM
**To:** Samantha Budd Haeberlein <samantha.buddhaeberlein@biogen.com>; Christian von Hehn <christian.vonhehn@biogen.com>
**Cc:** Craig Mallinckrodt <craig.mallinckrodt@biogen.com>
**Subject:** Tom F comments on FDA Type C BB

Dear Samantha and Christian,

We have received written comments from Tom Fleming on the FDA Type C BB. Below is a high level summary of his key points. It appears that he hasn't moved past futility and is still questioning the validity of the final analysis. He hasn't been convinced that the difference between 302 and 301 is sufficiently explained.

Craig, Ying Z., and I will have a meeting with him on Thursday. We plan to spend the first half of the meeting to discuss his comments and provide clarifications and spend the second half of the meeting to get his input on some specific topics, such as subgroup analysis. We will see if we could be on the same page and have a productive conversation and then determine the next steps. If you have any thoughts and suggestions, please let us know.

- Appropriateness of censored ITT as the primary analysis. He thinks the primary analysis should be based on futility OTC

- Integrity/reliability of the analysis after unblinded data analysis

- He believes pooled 302 and 301 represent best sense of truth.

- Position of study 103: "This is hypothesis generating data......any results about effects on these measures would not be meaningfully additive to the insights of the much larger confirmatory 301 and 302 trials."

Confidential

BIOGEN_0002484798

- Wave 1 analysis: "it is confusing why such a virtual completion exercise should be interpreted as establishing that 301 and 302 results were interpretable despite early termination. This exercise is based on generating data using inherently unverifiable assumptions; it yields evidence that might be useful for hypothesis generation, yet certainly not for performance of confirmatory analyses."

- Appropriateness of assuming missing due to futility termination as MAR

- Conclusion on subgroup analysis: "While it would be an overstatement to indicate that the subgroup analyses establish effect modification, the sponsor is overstating that the results are "consistent" across subgroups. The CDR-SB results suggest potential meaningful inconsistencies for many if not most baseline covariates, including region, age, gender, baseline MME, ApoE status and baseline clinical stage."

- Rapid progressors: "The exclusion of rapid progressors explains only 9/42 = 21% of the relative difference in estimated effects between trials. Furthermore, these analyses do not provide insights about whether 301 or 302 provides the more reliable results." "On what basis can one justify such removals?"

- Comments in the Section of dosing:

  - "While dosing could influence efficacy and safety, the evidence needed to assess that reliably would be from randomized comparisons. Much less reliable data, yet with some interpretability, would be from placebo-controlled ITT time 0 cohorts where randomization was to one dose in one cohort and to another dose in a separate cohort. Such data are limited since many patients had the dosing change during their 18-month treatment period and the majority who would have had been exposed only to the 10mg/kg dose could not be included in the analysis."

  - "This appears to be weak evidence of dosing differences between trials, with similar mean doses between trials, within each of these groups of 200 patients."

  - While the evidence in this section does not directly address causality, this result in intermediate levels of dosing is not consistent with a supposition that differences in dosing is the reason for inconsistency between trials.

  - The analyses in these 73 pages in Section 5 do not appear to provide substantive insights into why the estimated effect in the high dose arm in the 301 trial is substantially below the estimated effect of the low dose arm.

  - Definition of PV4. "This definition of post-PV4 subjects is problematic since it does not protect the integrity of randomization. It also is particularly post-hoc."

- He believes 301 results shows evidence that Aβ PET is not surrogacy. "Based on causal ITT analyses, in the 301 trial, aducanumab treatment reduced brain Aβ plaque levels as measured by PET and increased CSF Aβ $_{1-42}$ levels and yet had no effect on CDR-SB. This evidence is directly counter to these measures being valid surrogates."

- He thinks PK/PD modeling is hypothesis generating, and is far less informative than the ITT analyses of the primary endpoints in confirmatory trials.

Regards,
Ying

---

**From:** Ying Tian
**Sent:** Thursday, May 21, 2020 2:13 PM
**To:** Samantha Budd Haeberlein <samantha.buddhaeberlein@biogen.com>; Craig Mallinckrodt <craig.mallinckrodt@biogen.com>
**Subject:** RE: Framework for interaction with Tom F

Samantha and Craig,

I sent the Type C BB to Tom yesterday. He is very engaged and has started reviewing the document. We will have our first discussion with him next week. Craig and I will focus the discussion as outlined below and will keep you posted.

Ying

Confidential

BIOGEN_0002484799

**From:** Samantha Budd Haeberlein <samantha.buddhaeberlein@biogen.com>
**Sent:** Thursday, May 21, 2020 12:42 PM
**To:** Craig Mallinckrodt <craig.mallinckrodt@biogen.com>; Ying Tian <ying.tian@biogen.com>
**Subject:** RE: Framework for interaction with Tom F

I like the framework

Agree – focus on efficacy

Thankyou both for setting this up

Samantha

**From:** Craig Mallinckrodt
**Sent:** Thursday, May 21, 2020 12:23 PM
**To:** Samantha Budd Haeberlein <samantha.buddhaeberlein@biogen.com>; Ying Tian <ying.tian@biogen.com>
**Subject:** Framework for interaction with Tom F

Samantha and Ying:

Ying and I had preliminarily discuss if an initial interaction with Dr Fleming focusing on him asking clarification / futher detail questions would be useful.  When we get to the meat of our discussion with him, here is one possible framework.

View our path to approval as having discrete steps.

We can Move past futility and final data are interpretable
302 is robustly positive
We have a precise knowledge of the dose-exposure-response relationships
We understand why 301 failed
We have found subgroups in 301 based on dose who have results similar to 302

For each of these milestones we ask Tom
Do you agree with the Biogen position" If not, state your position
What is the strongest evidence supporting the Biogen position
What is the weakest / contradictory evidence for the Biogen position

Do we want any input from him on ARIA?  I'd say focus on efficacy only
Craig

Confidential                    BIOGEN_0002484800