# Exhibit 12

Message

| | |
|---|---|
| From: | Ying Tian [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=098790BAD8004E6FB36A1F1C27E46BED-YING TIAN] |
| Sent: | 4/1/2019 12:36:03 AM |
| To: | Stacy Lindborg [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ffeaa6753b894ac8a349675885f7ccdb-Stacy Lindb]; Ying Zhu [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=bd0e2906cbae41b091c6cf4af5823857-Ying Zhu] |
| CC: | Tianle Chen [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=91a9420925b843cdba496db45a18e271-Tianle Chen]; Kim Umans [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=2b7c7c1ab9a84ff9bc14962d51a2d2b5-Kim Umans]; Xiaoyu Jiang [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=70d69b887ea9431687e5a43cf879e8bb-Xiaoyu Jian]; Jie Li [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ab9de8f383744978bdfc199e8319c425-Jie Li_1]; Ying Liu [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=82f4992c64bd418cafaa6cb0328cac86-Ying Liu_1] |
| Subject: | Aducanumab E/E data presentation slides |
| Attachments: | ENGAGE_EMERGE Data Presentation_3_31_5pm_for Stacy.pptx |

Stacy and Ying,

Attached please find an updated slides deck.

The Adu stats team worked round the clock this weekend to continue brainstorming ideas, running and validating analyses, and QCing the slides deck. I am really grateful for their dedication!

Most of the QC has been completed. We are continuing to check a few places. I will send you a final deck tomorrow morning.

Please let me know if you have any questions.

Regards,
Ying

Confidential

BIOGEN_0002456825

**Document Produced in Native Format**

Confidential

BIOGEN_0002456826

Biogen | Confidential and Proprietary



# Aducanumab Engage/Emerge Topline Results

## *Aducanumab team*

**April 2019**



Biogen | Confidential and Proprietary

# Outline

- **Futility Summary**

- **Disposition and baseline characteristics**

- **Primary efficacy results**

- **Amyloid PET results**

- **Subgroup analyses**

- **Analyses to inform preclinical AD**

- **Further exploration**

- **Safety Results**



Biogen | Confidential and Proprietary

# Futility Summary



# Futility Analysis Efficacy Data

Biogen | Confidential and Proprietary

- **945 (57% out of 1653) subjects from 301 and 803 (49% out of 1643) subjects from 302** who have had the opportunity to complete week 78 assessment by the data cutoff date formed the primary efficacy data.

- The subjects included in the primary efficacy data are referred as Early enrolled. All analyses are done on early enrolled subjects unless specified.





# Aducanumab Futility Analysis: Executive Summary

Biogen | Confidential and Proprietary

## 301 / 302

Placebo | Low dose | High dose

**CDR-SB** — Better

| Conditional Power: | 0.13 | 0.00 | | 0.11 | 0.12 |

**MMSE** — Better

| Conditional Power: | 0.06 | 0.00 | | 0.003 | 0.25 |

**ADAS-cog** — Better

| Conditional Power: | 0.10 | 0.03 | | 0.09 | 0.55 |

### Futility criteria

(1) If the Conditional Power for CDR-SB, the primary endpoint, in all dose arms is < 20% in both studies, the DMC may recommend terminating the study for futility.

Futility criteria for CDR-SB met

(2) If (1) is hit but CP is > 90% in at least one of the secondary endpoints in high dose arms of both studies, the studies may continue.

Futility criteria for MMSE is met

(2) If (1) is hit but CP is > 90% in at least one of the secondary endpoints in high dose arms of both studies, the studies may continue.

Futility criteria for ADAS-Cog is met

Biogen

5

Biogen | Confidential and Proprietary

# Disposition and Baseline Characteristics



# Patient Disposition in Placebo Controlled Period --- Early enrolled



| | Study 301 (n=949) | | | Study 302 (n=805) | | |
|---|---|---|---|---|---|---|
| **Randomized** | **Placebo 326** | **Low Dose 321** | **High Dose 302** | **Placebo 258** | **Low Dose 271** | **High Dose 276** |
| **Dosed** | 324 | 320 | 301 | 258 | 269 | 276 |
| Discontinued treatment, n (%) | 40 (12.3) | 43 (13.4) | 68 (22.6) | 23 (8.9) | 44 (16.4) | 53 (19.2) |
| AE | 19 (5.9) | 26 (8.1) | 38 (12.6) | 9 (3.5) | 22 (8.2) | 30 (10.9) |
| Lost to follow-up | 1 (0.3) | 0 | 0 | 0 | 0 | 3 (1.1) |
| Disease progression | 0 | 0 | 1 (0.3) | 1 (0.4) | 0 | 1 (0.4) |
| Consent withdrawn | 8 (2.5) | 5 (1.6) | 9 (3.0) | 3 (1.2) | 13 (4.8) | 9 (3.3) |
| Investigator decision | 1 (0.3) | 2 (0.6) | 0 | 1 (0.4) | 1 (0.4) | 2 (0.7) |
| Death | 0 | 1 (0.3) | 1 (0.3) | 3 (1.2) | 0 | 1 (0.4) |
| Other | 4 (1.2) | 5 (1.6) | 8 (2.7) | 3 (1.2) | 4 (1.5) | 3 (1.1) |
| Discontinue Study , n (%) | 38 (11.7) | 40 (12.5) | 56 (18.6) | 22 (8.5) | 34 (12.6) | 38 (13.8) |
| AE | 11 (3.4) | 16 (5.0) | 18 (6.0) | 6 (2.3) | 6 (2.2) | 13 (4.7) |
| Lost to follow-up | 2 (0.6) | 2 (0.6) | 2 (0.7) | 0 | 0 | 3 (1.1) |
| Disease progression | 1 (0.3) | 0 | 1 (0.3) | 2 (0.8) | 1 (0.4) | 1 (0.4) |
| Consent withdrawn | 14 (4.3) | 9 (2.8) | 16 (5.3) | 4 (1.6) | 18 (6.7) | 12 (4.3) |
| Investigator decision | 2 (0.6) | 2 (0.6) | 0 | 1 (0.4) | 0 | 1 (0.4) |
| Death | 0 | 1 (0.3) | 2 (0.7) | 3 (1.2) | 0 | 1 (0.4) |
| Other | 2 (0.6) | 4 (1.3) | 7 (2.3) | 3 (1.2) | 3 (1.1) | 2 (0.7) |

7

# Demographics --- Early enrolled

| Dosed | Study 301 | | | Study 302 | | |
|---|---|---|---|---|---|---|
| | Placebo (n=324) | Low Dose (n=320) | High Dose (n=301) | Placebo (n=258) | Low Dose (n=269) | High Dose (n=276) |
| Age in years, mean ± SD | 69.3±8.01 | 70.4±7.00 | 69.5±8.22 | 70.4±7.36 | 70.3±7.44 | 70.6±7.44 |
| Gender, Female n (%) | 166 (51.2) | 172 (53.8) | 161 (53.5) | 133 (51.6) | 130 (48.3) | 141 (51.1) |
| Race | | | | | | |
| Asian n (%) | 24 (7.4) | 23 (7.2) | 25 (8.3) | 8 (3.1) | 4 (1.5) | 9 (3.3) |
| White n (%) | 261 (80.6) | 256 (80.0) | 233 (77.4) | 222 (86.0) | 232 (86.2) | 226 (81.9) |
| Education years, mean ± SD | 14.9±3.66 | 14.6±3.71 | 15.0±3.66 | 14.9±3.36 | 14.7±3.31 | 15.0±3.73 |
| AD medications used, n (%) | 187 (57.7) | 187 (58.4) | 175 (58.1) | 141 (54.7) | 144 (53.5) | 142 (51.4) |
| ApoE ε4, n (%) | | | | | | |
| Carriers | 218 (67.3) | 230 (71.9) | 211 (70.1) | 179 (69.4) | 181 (67.3) | 182 (65.9) |
| Homozygote E4 | 58 (17.9) | 55 (17.2) | 53 (17.6) | 48 (18.6) | 54 (20.1) | 40 (14.5) |
| Heterozygote E4 | 160 (49.4) | 175 (54.7) | 158 (52.5) | 131 (50.8) | 127 (47.2) | 142 (51.4) |
| Non-carriers | 105 (32.4) | 90 (28.1) | 89 (29.6) | 79 (30.6) | 88 (32.7) | 94 (34.1) |
| Clinical stage, n (%) | | | | | | |
| Prodromal | 268 (82.7) | 267 (83.4) | 244 (81.1) | 217 (84.1) | 230 (85.5) | 224 (81.2) |
| Mild | 56 (17.3) | 53 (16.6) | 57 (18.9) | 41 (15.9) | 39 (14.5) | 52 (18.8) |
| PET SUVR, mean composite ± SD (n) | 1.369±0.2033 (154) | 1.392±0.1914 (154) | 1.410±0.1820 (140) | 1.381±0.1712 (102) | 1.386±0.1906 (97) | 1.393±0.1921 (112) |

8

# Baseline Disease Characteristics -- Early enrolled

| | Study 301 | | | Study 302 | | |
|---|---|---|---|---|---|---|
| **Dosed** | **Placebo (n=324)** | **Low Dose (n=320)** | **High Dose (n=301)** | **Placebo (n=258)** | **Low Dose (n=269)** | **High Dose (n=276)** |
| RBANS delayed memory score, mean ± SD | 60.4±13.60 | 60.0±14.33 | 59.7±13.86 | 59.8±13.46 | 60.2±13.90 | 61.4±14.13 |
| MMSE, mean ± SD | 26.4±1.75 | 26.3±1.73 | 26.4±1.88 | 26.5±1.77 | 26.4±1.71 | 26.3±1.71 |
| CDR Global Score, n (%)<br>0.5<br>1 | 323 (99.7)<br>1 (0.3) | 319 (99.7)<br>1 (0.3) | 300 (99.7)<br>0 | 255 (98.8)<br>3 (1.2) | 269 (100)<br>0 | 275 (99.6)<br>1 (0.4) |
| CDR-SB, mean ± SD | 2.41±1.035 | 2.49±1.017 | 2.44±1.006 | 2.54±1.034 | 2.44±1.037 | 2.44±1.004 |
| CDR cognitive subscore, mean ± SD | 1.73±0.645 | 1.78±0.619 | 1.72±0.606 | 1.74±0.630 | 1.71±0.646 | 1.75±0.627 |
| CDR functional subscore, mean ± SD | 0.67±0.564 | 0.71±0.569 | 0.72±0.598 | 0.80±0.594 | 0.74±0.577 | 0.69±0.542 |
| ADAS-Cog 13, mean ± SD | 22.5±6.69 | 22.1±6.06 | 23.0±6.72 | 21.9±6.56 | 22.5±6.76 | 22.1±7.25 |
| ADCS-ADL-MCI score, mean ± SD | 43.0±5.65 | 42.8±5.89 | 43.2±5.39 | 42.9±5.17 | 43.2±5.08 | 42.5±5.91 |

Slide 9 Notes

**Key concepts:**

**HC question: Why are there no ApoE non-carriers in the titration arm?**
**BIIB response:**

# Comparing demography and baseline characteristics of early enrolled vs. late enrolled

| | Study 301 | | Study 302 | |
|---|---|---|---|---|
| | Early enroll (n=945) | Late enroll (n=702) | Early enroll (n=803) | Late enroll (n=835) |
| Age, mean (SD) | 69.7 (7.76) | 70.6 (6.99) | 70.4 (7.41) | 70.9 (7.46) |
| Male, n (%) | 446 (47.2) | 338 (48.1) | 399 (49.7) | 396 (47.4) |
| Edu, mean (SD) | 14.8 (3.68) | 14.3 (3.75) | 14.8 (3.47) | 14.3 (3.94) |
| MCI, n (%) | 779 (82.4) | 546 (77.8) | 671 (83.6) | 665 (79.6) |
| ApoE4 carrier, n (%) | 659 (69.7) | 486 (69.2) | 542 (67.5) | 553 (66.2) |
| Base AD med, n (%) | 549 (58.1) | 357 (50.9) | 427 (53.2) | 405 (48.5) |
| CDR-SB | 2.44 (1.019) | 2.37 (1.000) | 2.47 (1.024) | 2.49 (1.018) |
| CDR-COG | 1.74 (0.624) | 1.72 (0.607) | 1.73 (0.634) | 1.79 (0.656) |
| CDR-FUN | 0.70 (0.577) | 0.65 (0.565) | 0.74 (0.572) | 0.70 (0.554) |
| MMSE | 26.4 (1.78) | 26.4 (1.73) | 26.4 (1.73) | 26.3 (1.72) |
| ADAS-Cog13 | 22.5 (6.50) | 22.4 (6.43) | 22.2 (6.87) | 22.2 (6.85) |
| ADCS-ADL-MCI | 43.0 (5.65) | 42.8 (5.68) | 42.8 (5.41) | 42.4 (5.92) |

## Slide 10 Notes

**Key concepts:**

**HC question: Why are there no ApoE non-carriers in the titration arm?**
**BIIB response:**

Biogen | Confidential and Proprietary

# Primary Efficacy Results



Biogen | Confidential and Proprietary

# Executive summary of primary efficacy

- **CDR-SB:**
  - High dose is numerically worse than placebo in 301 (mean diff = 0.22; 15% more decline). Separation starts early and remains consistent over time.
  - High dose is numerically better than placebo in 302 at Week 78 only (mean diff = -0.28; 18% less decline).
  - The delta is small and not clinically meaningful. This directional difference between high dose and placebo across studies could be due to random noise.

- **MMSE:**
  - Similar pattern as for CDR-SB in 301: high dose is numerically worse than placebo.
  - High dose is numerically better than placebo in 302 at both Week 50 and 78.

- **ADAS-cog 13:**
  - No apparent separation between treatment arms in 301
  - High dose is numerically better than placebo in 302 at Week 78 only.

**Additional scales (posthoc):**

- **CDR functional subscore:** No separation in 301. A moderate separation was observed in 302.
- **ADCS-ADL-MCI:** Small separation in favor of aducanumab in 301 and larger separation in 302 (mean diff = 2.3). TC1



**Slide 12 Comments**

TC1         t-adl-mmrm-pc-cplt
            *Tianle Chen,  3/31/2019 04:18 AM*

# Longitudinal Change from baseline in CDR-SB, by Study

Biogen | Confidential and Proprietary



Differences between treatment and placebo over time across studies are small and not clinically meaningful. This directional difference between high dose and placebo across studies could be due to random noise.

# Longitudinal Change from baseline in MMSE, by Study

Biogen | Confidential and Proprietary



**301:** High dose is numerically worse than placebo. Separation starts early.
**302:** High dose is numerically better than placebo.

14

# Longitudinal Change from baseline in ADAS-Cog, by Study

Biogen | Confidential and Proprietary



301: No apparent separation.
302: High dose is numerically better than placebo at Week 78.

# Longitudinal Change from baseline in ADCS ADL-MCI, by Study

Biogen | Confidential and Proprietary



Low dose and high dose are both better than placebo in 301 &302.
Large separation between high dose and placebo for 302.

16

# Longitudinal Change from baseline in CDR functional subscore, by Study

Biogen | Confidential and Proprietary



No apparent separation for both 301 and 302.

Biogen | Confidential and Proprietary

# Amyloid PET Results

## Results are based on 448 (47.4%) in 301 and 311 (38.6%) subjects in 302

|  | 301 | 302 | 301+302 |
|---|---|---|---|
| ITT | 1647 | 1638 | 3285 |
| 18F-florbetapir amyloid PET | 582 | 485 | 1067 |
| % PET/ITT | 35.3% | 29.6% | 32.5% |
|  |  |  |  |
| ITT completer | 945 | 805 | 1750 |
| 18F-florbetapir amyloid PET completer | 448 | 311 | 759 |
| % PET completer/ITT completer | 47.4% | 38.6% | 43.4% |

All PET results are based on data transfer on Mar 27 with incomplete data.



Biogen | Confidential and Proprietary

# Executive summary of Amyloid PET results

- **Amyloid reduction:**

    - There is a dose dependent amyloid reduction in both studies. The magnitude of the reduction is comparable to PRIME.

- **Efficacy results in PET subpopulation:**

    - Magnitudes of separation between high dose and placebo increased in the PET subpopulation. In 301, high dose is worse than placebo by 0.7 (53%) on CDR-SB at Week 78 . In 302, high dose is better than placebo by 0.69 (41%) on CDR-SB at Week 78.

    - Further investigation is ongoing to understand the increase in magnitude.

        - Factors that we will evaluate include: sites, rater changes, what else?

        - Propensity score matching

- **Correlation between efficacy endpoints and amyloid reduction:**

    - The correlations between efficacy endpoints and amyloid reduction are very low in 301 (<0.1) and low in 302 (~0.2) at Week 78.



19

# Comparing demography and baseline characteristics of early enrolled vs. early enrolled PET subpopulation

Biogen | Confidential and Proprietary

| | Study 301 | | Study 302 | |
|---|---|---|---|---|
| | Early enroll (n=945) | Early enrolled PET (n=448) | Early enroll (n=803) | Early enrolled PET (n=311) |
| Age, mean (SD) | 69.7 (7.76) | 69.7 (7.78) | 70.4 (7.41) | 70.8 (7.19) |
| Male, n (%) | 446 (47.2) | 222 (49.6) | 399 (49.7) | 158 (50.8) |
| Edu, mean (SD) | 14.8 (3.68) | 15.1 (3.62) | 14.8 (3.47) | 15.6 (3.37) |
| MCI, n (%) | 779 (82.4) | 371 (82.8) | 671 (83.6) | 260 (83.6) |
| ApoE4 carrier, n (%) | 659 (69.7) | 320 (71.4) | 542 (67.5) | 210 (67.5) |
| Base AD med, n (%) | 549 (58.1) | 239 (53.3) | 427 (53.2) | 154 (49.5) |
| CDR-SB | 2.44 (1.019) | 2.48 (1.030) | 2.47 (1.024) | 2.52 (0.986) |
| CDR-COG | 1.74 (0.624) | 1.75 (0.636) | 1.73 (0.634) | 1.73 (0.591) |
| CDR-FUN | 0.70 (0.577) | 0.73 (0.580) | 0.74 (0.572) | 0.79 (0.596) |
| MMSE | 26.4 (1.78) | 26.4 (1.79) | 26.4 (1.73) | 26.5 (1.85) |
| ADAS-Cog13 | 22.5 (6.50) | 22.5 (6.43) | 22.2 (6.87) | 21.3 (6.21) |
| ADCS-ADL-MCI | 43.0 (5.65) | 42.6 (5.78) | 42.8 (5.41) | 43.2 (4.93) |

Slide 20 Notes

**Key concepts:**

**HC question: Why are there no ApoE non-carriers in the titration arm?**
**BIIB response:**

Biogen | Confidential and Proprietary

# Number of Subjects by Country

| | 301 | 302 | 301(PET) | 302 (PET) |
|---|---|---|---|---|
| Australia | 62 | 0 | 37 | 0 |
| Austria | 3 | 0 | 0 | 0 |
| Belgium | 0 | 19 | 0 | 0 |
| Canada | 41 | 34 | 13 | 20 |
| Denmark | 13 | 0 | 0 | 0 |
| Finland | 0 | 4 | 0 | 0 |
| France | 42 | 37 | 15 | 7 |
| Germany | 37 | 30 | 16 | 0 |
| Italy | 56 | 32 | 45 | 13 |
| Japan | 29 | 17 | 0 | 0 |
| Netherlands | 0 | 21 | 0 | 0 |
| Poland | 0 | 126 | 0 | 39 |
| Portugal | 27 | 0 | 0 | 0 |
| South Korea | 28 | 0 | 14 | 0 |
| Spain | 60 | 42 | 10 | 0 |
| Sweden | 0 | 17 | 0 | 0 |
| Switzerland | 0 | 19 | 0 | 0 |
| Taiwan | 7 | 0 | 0 | 0 |
| United Kingdom | 49 | 0 | 23 | 0 |
| United States | 491 | 405 | 275 | 232 |
| Total | 945 | 803 | 448 | 311 |



# Longitudinal Change from baseline in Composite SUVR, by Study

Biogen | Confidential and Proprietary

## 301

(Graph: Adjusted mean change from baseline (+/- SE) vs Analysis Visit (Weeks))

- Placebo: -0.005
- BIIB037 low dose: -0.167, P-value=<0.0001
- BIIB037 high dose: -0.236, P-value<=0.0001

Better →

**Number of subjects**

| | | | |
|---|---|---|---|
| Placebo | 154 | 128 | 99 |
| BIIB037 low dose | 154 | 130 | 113 |
| BIIB037 high dose | 140 | 117 | 95 |

## 302

(Graph: Adjusted mean change from baseline (+/- SE) vs Analysis Visit (Weeks))

- Placebo: 0.015
- BIIB037 low dose: -0.172, P-value=<0.0001
- BIIB037 high dose: -0.275, P-value=<0.0001

**Number of subjects**

| | | | |
|---|---|---|---|
| Placebo | 102 | 85 | 74 |
| BIIB037 low dose | 96 | 78 | 73 |
| BIIB037 high dose | 112 | 91 | 78 |

| | 301 | | 302 | | PRIME | | | |
|---|---|---|---|---|---|---|---|---|
| | Low | High | Low | High | 3mg/kg | 6mg/kg | 10mg/kg | Titration |
| Baseline value | 1.392 | 1.410 | 1.385 | 1.393 | 1.470 | 1.434 | 1.432 | 1.324 |
| Week 26 change | -0.063 | -0.061 | -0.075 | -0.076 | -0.085 | -0.135 | -0.200 | -0.053 |
| Week 54 change | | | | | -0.128 | -0.207 | -0.260 | -0.165 |
| Week 78 change | -0.167 | -0.236 | -0.172 | -0.275 | | | | |
| Week 110 change | | | | | -0.197 | -0.280 | -0.322 | -0.271 |

Note: results of 301 and 302 are based on incomplete data.



22

# Longitudinal Change from baseline in CDR-SB in PET subpopulation, by Study

Biogen | Confidential and Proprietary



Partial correlations are calculated adjusting for baseline amyloid PET SUVR and baseline efficacy endpoint score.

# Longitudinal Change from baseline in MMSE in PET subpopulation, by Study

Biogen | Confidential and Proprietary



Partial correlations are calculated adjusting for baseline amyloid PET SUVR and baseline efficacy endpoint score.

# Longitudinal Change from baseline in ADAS-Cog in PET subpopulation, by Study

Biogen | Confidential and Proprietary



Partial correlations are calculated adjusting for baseline amyloid PET SUVR and baseline efficacy endpoint score.

# Longitudinal Change from baseline in ADCS-ADL-MCI in PET subpopulation, by Study

Biogen | Confidential and Proprietary



Partial correlations are calculated adjusting for baseline amyloid PET SUVR and baseline efficacy endpoint score.

Biogen | Confidential and Proprietary

# Subgroup Analyses



Biogen | Confidential and Proprietary

# Exploring subgroup analyses that would "reverse" conclusion

**Subgroups we have explored:**

- **Pre-specified key subgroups**
  - Baseline ApoE status (Carriers & non-carriers)
  - Baseline clinical stages (MCI-AD & mild AD)
  - Baseline AD med (Yes & No)
  - Baseline MMSE (MMSE ≤ 26 & MMSE ≥ 27)
  - Age category (≤64, 65-74, ≥75)
  - Gender (female & male)
- **Geographic regions & countries**
- **Baseline RBANS, ADAS-Cog13, education, MRI hippocampus volume (quartiles)**
- **Subjects have had opportunity to receive 14 doses of 10mg/kg**
- **Subgroups by ARIA-E occurrence (Be cautious of interpretation of subgroup analysis by post-baseline factors)**
- **Subgroups by PET baseline SUVR (median)**

To date, none of these subgroup analysis results would alter the futility conclusion.



28

# Executive summary of subgroup analyses

- **Baseline ApoE status (carriers & non-carriers)**

Directional difference on CDR, MMSE, & ADAS-cog is observed for high dose in 301 (carriers perform worse). A similar pattern is not observed in low dose in 301 or any dose in 302 therefore ApoE status does not seem to be predictive of treatment effect.

- **Baseline clinical stages (MCI-AD & mild AD)**

Although some numerical or directional differences are observed in mild AD vs. MCI, directions of differences are inconsistent. Due to small sample size in mild AD, the confidence interval are very wide and no definitive conclusion can be drawn.

- **Baseline AD med (Yes & No)**

Treatment effects are generally consistent in these subgroups.

- **Geographic regions & countries**

US performs numerically worse than EU in 301 and better than EU in 302 on CDR-SB. EU performs better on ADAS-cog. After excluding Poland from 302, the treatment difference between high dose and placebo increased to -0.38.

- **Subgroup of those who had the opportunity to receive 14 doses of 10mg/kg**

Treatment effect on CDR-SB in high dose is better in this subgroup as compared to all completers. In 301, the mean difference is 0.08. In 302, the mean difference is -0.38. But similar improvement was not observed on MMSE and ADAS-cog.



29

# Forest Plots of CDR-SB in Key Subgroups, by Study Change from baseline to Week 78

Biogen | Confidential and Proprietary

**301**

**302**

**Treatment effect** (BIIB037–placebo)





**Placebo decline**







# Forest Plots of MMSE in Key Subgroups, by Study Change from baseline to Week 78

Biogen | Confidential and Proprietary

Case 1:21-cv-10479-IT   Document 238-12   Filed 02/13/26   Page 38 of 148



301



302

**Placebo decline**







31

# Forest Plots of ADAS-Cog in Key Subgroups, by Study Change from baseline to Week 78

Biogen | Confidential and Proprietary

**Treatment effect**

301

302





**Placebo decline**







32

# Forest Plots of ADCS-ADL-MCI in Key Subgroups, by Study Change from baseline to Week 78

Biogen | Confidential and Proprietary

**301**

**302**

**Treatment effect**
(BIIB037–placebo)





**Placebo decline**







33

# Forest Plots of CDR-SB by Age, Gender, Baseline MMSE, by Study Change from baseline to Week 78

**Treatment effect** (BIIB037–placebo)

301       302





**Placebo decline**









# Forest Plots of MMSE by Age, Gender, Baseline MMSE, by Study Change from baseline to Week 78

Biogen | Confidential and Proprietary

**Treatment effect**
(BIIB037–placebo)

301

302





**Placebo decline**







35

# Forest Plots of ADAS-Cog by Age, Gender, Baseline MMSE, by Study

## Change from baseline to Week 78

Biogen | Confidential and Proprietary

**Treatment effect**
(BIIB037–placebo)

301

302





**Placebo decline**







# Forest Plots of ADCS-ADL-MCI by Age, Gender, Baseline MMSE, by Study Change from baseline to Week 78

Biogen | Confidential and Proprietary

**Treatment effect**
(BIIB037–placebo)

301

302







Biogen | Confidential and Proprietary

# Number of Subjects by Region and Country



☐ Asia    ☐ Europe/Canada/Australia    ☐ US

| | 301 | 302 |
|---|---|---|
| Australia | 62 | 0 |
| Austria | 3 | 0 |
| Belgium | 0 | 19 |
| Canada | 41 | 34 |
| Denmark | 13 | 0 |
| Finland | 0 | 4 |
| France | 42 | 37 |
| Germany | 37 | 30 |
| Italy | 56 | 32 |
| Japan | 29 | 17 |
| Netherlands | 0 | 21 |
| Poland | 0 | 126 |
| Portugal | 27 | 0 |
| South Korea | 28 | 0 |
| Spain | 60 | 42 |
| Sweden | 0 | 17 |
| Switzerland | 0 | 19 |
| Taiwan | 7 | 0 |
| United Kingdom | 49 | 0 |
| United States | 491 | 405 |
| Total | 945 | 803 |



38

# Forest Plots of CDR-SB by Region, by Study

## Change from baseline to Week 78

Biogen | Confidential and Proprietary

**Treatment effect**

301

302





**Placebo decline**







39

# Forest Plots of MMSE by Region, by Study
## Change from baseline to Week 78

Biogen | Confidential and Proprietary

**Treatment effect**

301

302





**Placebo decline**



# Forest Plots of ADAS-Cog by Region, by Study
## Change from baseline to Week 78

Biogen | Confidential and Proprietary

**Treatment effect**

301

302





**Placebo decline**







# Forest Plots of ADCS ADL-MCI by Region, by Study

## Change from baseline to Week 78

Biogen | Confidential and Proprietary

**Treatment effect** 301



302



**Placebo decline**







42

# Forest Plots of CDR-SB by Country with high enrollment (n>45), by Study Change from baseline to Week 78

**Treatment effect**

301

302







Placebo decline





43

# Forest Plots of MMSE by Country with high enrollment (n>45), by Study

## Change from baseline to Week 78

Biogen | Confidential and Proprietary

**Treatment effect** 301

302





**Placebo decline**







44

# Forest Plots of ADAS-Cog by Country with high enrollment (n>45), by Study Change from baseline to Week 78

Biogen Confidential and Proprietary

**Treatment effect**

301

302







**Placebo decline**





# Forest Plots of ADCS-ADL-MCI by Country with high enrollment (n>45), by Study
## Change from baseline to Week 78

**Treatment effect**

301

302





**Placebo decline**







46

Biogen | Confidential and Proprietary

# Forest Plots of CDR-SB by Baseline BRANS delayed memory score, by Study Change from baseline to Week 78



Biogen | Confidential and Proprietary

# Forest Plots of CDR-SB by Baseline MMSE, by Study
## Change from baseline to Week 78



Biogen | Confidential and Proprietary

# Forest Plots of CDR-SB by Baseline ADAS-Cog 13, by Study Change from baseline to Week 78



# Forest Plots of CDR-SB by Education (stratified by country), by Study Change from baseline to Week 78

Biogen | Confidential and Proprietary



# Forest Plots of CDR-SB by Baseline hippocampus volume, by Study Change from baseline to Week 78

Biogen | Confidential and Proprietary



Biogen | Confidential and Proprietary

# Forest Plots of MMSE by Baseline BRANS delayed memory score, by Study
## Change from baseline to Week 78



Biogen | Confidential and Proprietary

# Forest Plots of MMSE by Baseline MMSE, by Study
## Change from baseline to Week 78



Biogen | Confidential and Proprietary

# Forest Plots of MMSE by Baseline ADAS-Cog 13, by Study

## Change from baseline to Week 78



# Forest Plots of MMSE by Education (stratified by country), by Study Change from baseline to Week 78

Biogen | Confidential and Proprietary



Case 1:21-cv-10479-JT   Document 238-12   Filed 02/13/26   Page 63 of 148

# Forest Plots of MMSE by Baseline hippocampus volume, by Study

## Change from baseline to Week 78



Biogen | Confidential and Proprietary

# Forest Plots of ADAS-Cog 13 by Baseline BRANS delayed memory score, by Study

## Change from baseline to Week 78



# Forest Plots of ADAS-Cog 13 by Baseline MMSE, by Study Change from baseline to Week 78



# Forest Plots of ADAS-Cog-13 by Baseline ADAS-Cog-13, by Study Change from baseline to Week 78

Biogen | Confidential and Proprietary



Biogen | Confidential and Proprietary

# Forest Plots of ADAS-Cog 13 by Education (stratified by country), by Study Change from baseline to Week 78



# Forest Plots of ADAS-Cog 13 by Baseline hippocampus volume, by Study
## Change from baseline to Week 78



Biogen | Confidential and Proprietary

# Forest Plots of ADCS-ADL-MCI by Baseline BRANS delayed memory score, by Study Change from baseline to Week 78



Case 1:21-cv-10479-IT   Document 238-12   Filed 02/13/26   Page 70 of 148

# Forest Plots of ADCS-ADL-MCI by Baseline MMSE, by Study
# Change from baseline to Week 78



# Forest Plots of ADCS-ADL-MCI by Baseline ADAS-Cog 13, by Study
## Change from baseline to Week 78

Biogen | Confidential and Proprietary



Biogen | Confidential and Proprietary

# Forest Plots of ADCS-ADL-MCI by Education (stratified by country), by Study Change from baseline to Week 78



# Forest Plots of ADCS-ADL-MCI by Baseline hippocampus volume, by Study Change from baseline to Week 78

Biogen | Confidential and Proprietary



# Longitudinal Change from baseline in CDR-SB, by Study – Subjects who have had opportunity to receive 14 doses of 10 mg/kg

Biogen | Confidential and Proprietary







Biogen | Confidential and Proprietary

# Longitudinal Change from baseline in MMSE, by Study – Subjects who have had opportunity to receive 14 doses of 10 mg/kg







68

Biogen | Confidential and Proprietary

# Longitudinal Change from baseline in ADAS-Cog, by Study – Subjects who have had opportunity to receive 14 doses of 10 mg/kg



# Longitudinal Change from baseline in ADCS-ADL-MCI, by Study – Subjects who have had opportunity to receive 14 doses of 10 mg/kg





Biogen | Confidential and Proprietary

# Longitudinal Change from baseline in CDR-SB in 301, by ARIA-E



### 301 - Subjects with ARIA-E

Adjusted mean change from baseline (+/- SE)

Better

Legend:
- Placebo
- BIIB037 low dose
- BIIB037 high dose

P-value=0.22

2.04
1.98
1.11

P-value=0.93

Analysis Visit (Weeks)

Number of subjects

| | 0 | 26 | 50 | 78 |
|---|---|---|---|---|
| Placebo | 10 | 10 | 10 | 10 |
| BIIB037 low dose | 81 | 77 | 75 | 70 |
| BIIB037 high dose | 110 | 105 | 99 | 90 |

### 301 - Subjects without ARIA-E

Adjusted mean change from baseline (+/- SE)

Legend:
- Placebo
- BIIB037 low dose
- BIIB037 high dose

P-value=0.69

1.50
1.43
1.36

P-value=0.73

Analysis Visit (Weeks)

Number of subjects

| | 0 | 26 | 50 | 78 |
|---|---|---|---|---|
| Placebo | 314 | 302 | 297 | 284 |
| BIIB037 low dose | 239 | 235 | 227 | 221 |
| BIIB037 high dose | 190 | 180 | 174 | 164 |

Biogen | Confidential and Proprietary

# Longitudinal Change from baseline in CDR-SB in 302, by ARIA-E







Biogen | Confidential and Proprietary

# Longitudinal Change from baseline in MMSE in 301, by ARIA-E







Biogen | Confidential and Proprietary

# Longitudinal Change from baseline in MMSE in 302, by ARIA-E







Biogen | Confidential and Proprietary

# Longitudinal Change from baseline in ADCS-Cog in 301, by ARIA-E



# Longitudinal Change from baseline in ADCS-Cog in 302, by ARIA-E







Biogen | Confidential and Proprietary

# Longitudinal Change from baseline in ADCS-ADL-MCI in 301, by ARIA-E



# Longitudinal Change from baseline in ADCS-ADL-MCl in 302, by ARIA-E







Biogen | Confidential and Proprietary

# Longitudinal Change from Baseline by PET Baseline Median

| | | 301 | | | | | | 302 | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | PET<= median | | | PET >median | | | PET<= median | | | PET >median | | |
| | | Pbo | Low | High | Pbo | Low | High | Pbo | Low | High | Pbo | Low | High |
| CDR-SB | Adj mean chg from BL | 1.29 | 1.31 | 1.88 | 1.46 | 1.36 | 2.23 | 1.55 | 1.47 | 0.68 | 1.58 | 1.16 | 1.08 |
| | Diff from PBO | | 0.01 | 0.58 | | -0.09 | 0.77 | | -0.09 | -0.88 | | -0.42 | -0.50 |
| MMSE | Adj mean chg from BL | -2.6 | -3.1 | -4.1 | -3.6 | -3.5 | -4.4 | -3.1 | -2.8 | -1.8 | -2.5 | -3.6 | -2.4 |
| | Diff from PBO | | -0.5 | -1.4 | | 0.1 | -0.8 | | 0.3 | 1.3 | | -1.1 | 0.2 |
| ADAS-Cog | Adj mean chg from BL | 3.83 | 3.79 | 3.74 | 5.23 | 5.93 | 6.48 | 3.56 | 3.23 | 0.94 | 4.35 | 5.65 | 4.79 |
| | Diff from PBO | | -0.04 | -0.10 | | 0.70 | 1.26 | | -0.33 | -2.62 | | 1.31 | 0.44 |
| ADCS-ADL-MCI | Adj mean chg from BL | -2.8 | -3.3 | -3.4 | -3.5 | -3.9 | -5.2 | -4.6 | -3.8 | -1.3 | -4.4 | -3.9 | -1.0 |
| | Diff from PBO | | -0.5 | -0.6 | | -0.4 | -1.7 | | 0.7 | 3.3 | | 0.6 | 3.4 |



Biogen | Confidential and Proprietary

# Analyses to inform preclinical AD



Biogen | Confidential and Proprietary

# Analyses to inform decision about preclinical study

Results are not QCed

- **Efficacy endpoints (CDR-SB, MMSE, ADAS-Cog 13) in patients with baseline MMSE 28-30.**

- **Efficacy endpoints (CDR-SB, MMSE, ADAS-Cog 13) in patients with baseline CDR-SB < 1.**

- **Efficacy endpoints (CDR-SB, MMSE, ADAS-Cog 13) in patients with baseline Ab SUVR <= 1.17*** ✓

- **Evaluate longitudinal Amyloid PET in patients with MMSE 28-30.**

- **Convert the tests in ADAS-Cog 13 that are comparable to PACCR into a PACCR like composite score, evaluate the performance of this endpoint in patients with MMSE 28-30. – pending clinical input**

- **Caveat: sample size for each of these is small**

No consistent evidence to support using a higher MMSE cutoff will result in stronger signal.

\* Ab SUVR <=1.17 was the cutoff used in A4 study.

Biogen Results are not QCed

81

Biogen | Confidential and Proprietary

Results are not QCed

# Different Cutoff of MMSE Baseline – Subject Count

| Study | 30>=MMSEBL>=27 | | | 30>=MMSEBL>=28 | | | 30>=MMSEBL>=29 | | |
|---|---|---|---|---|---|---|---|---|---|
| | BIIB037 high dose | BIIB037 low dose | Placebo | BIIB037 high dose | BIIB037 low dose | Placebo | BIIB037 high dose | BIIB037 low dose | Placebo |
| 221AD301 | 130 | 149 | 153 | 91 | 88 | 90 | 52 | 37 | 41 |
| 221AD302 | 129 | 122 | 130 | 70 | 70 | 80 | 27 | 33 | 41 |

Biogen Results are not QCed

Results are not QCed

82

# Different Cutoff of MMSE Baseline --- CDRSB

Results are not QCed

More early patient →

| STUDY | Label | ALL Completer | | 30>=MMSEBL>=27 | | 30>=MMSEBL>=28 | | 30>=MMSEBL>=29 | |
|---|---|---|---|---|---|---|---|---|---|
| | | Estimate | Standard Error | Estimate | Standard Error | Estimate | Standard Error | Estimate | Standard Error |
| 221AD301 | low vs Placebo at Week 26 | -0.07201 | 0.09538 | -0.03164 | 0.1282 | -0.02785 | 0.1758 | -0.06492 | 0.2643 |
| | high vs Placebo at Week 26 | 0.1647 | 0.09751 | 0.2130 | 0.1344 | 0.2505 | 0.1750 | 0.3583 | 0.2383 |
| | low vs Placebo at Week 50 | 0.01664 | 0.1296 | 0.1096 | 0.1658 | 0.08594 | 0.2159 | 0.2330 | 0.3404 |
| | high vs Placebo at Week 50 | 0.1495 | 0.1326 | -0.01133 | 0.1726 | -0.03055 | 0.2126 | 0.05946 | 0.3060 |
| | low vs Placebo at Week 78 | -0.1508 | 0.1706 | 0.05892 | 0.2230 | 0.2761 | 0.2853 | 0.1057 | 0.4023 |
| | high vs Placebo at Week 78 | 0.2201 | 0.1754 | 0.1172 | 0.2315 | 0.1645 | 0.2815 | 0.2903 | 0.3627 |

Smaller the Estimate (Diff between BIIB and Placebo) the better

| STUDY | Label | ALL Completer | | 30>=MMSEBL>=27 | | 30>=MMSEBL>=28 | | 30>=MMSEBL>=29 | |
|---|---|---|---|---|---|---|---|---|---|
| 221AD302 | low vs Placebo at Week 26 | -0.04249 | 0.1050 | -0.05909 | 0.1475 | -0.3147 | 0.1855 | -0.1389 | 0.2753 |
| | high vs Placebo at Week 26 | 0.1086 | 0.1049 | 0.08962 | 0.1477 | -0.02629 | 0.1874 | 0.2064 | 0.2895 |
| | low vs Placebo at Week 50 | -0.06268 | 0.1498 | 0.1351 | 0.2019 | -0.1565 | 0.2561 | -0.06153 | 0.3034 |
| | high vs Placebo at Week 50 | 0.000607 | 0.1497 | 0.01565 | 0.2015 | -0.01129 | 0.2572 | -0.1293 | 0.3171 |
| | low vs Placebo at Week 78 | -0.09844 | 0.1904 | -0.01560 | 0.2388 | -0.4461 | 0.3088 | -0.2060 | 0.3766 |
| | high vs Placebo at Week 78 | -0.2818 | 0.1902 | -0.4113 | 0.2385 | -0.6532 | 0.3102 | -0.4935 | 0.3956 |



Study 301 is noisy; study 302 shows a stronger signal in high MMSE pts.

83

# Different Cutoff of MMSE Baseline --- MMSE

Results are not QCed

More early patient →

| STUDY | Label | ALL Completer | | 30>=MMSEBL>=27 | | 30>=MMSEBL>=28 | | 30>=MMSEBL>=29 | |
|---|---|---|---|---|---|---|---|---|---|
| | | Estimate | Standard Error | Estimate | Standard Error | Estimate | Standard Error | Estimate | Standard Error |
| 221AD301 | low vs Placebo at Week 26 | 0.2500 | 0.2230 | 0.2806 | 0.2900 | 0.1051 | 0.3675 | 0.1451 | 0.4979 |
| | high vs Placebo at Week 26 | -0.1366 | 0.2278 | -0.04335 | 0.3036 | -0.06398 | 0.3649 | 0.3191 | 0.4469 |
| | low vs Placebo at Week 50 | 0.2107 | 0.2665 | -0.02570 | 0.3683 | 0.01913 | 0.4702 | -0.1664 | 0.7409 |
| | high vs Placebo at Week 50 | -0.4719 | 0.2723 | -0.1328 | 0.3833 | 0.2342 | 0.4624 | 0.4154 | 0.6640 |
| | low vs Placebo at Week 78 | 0.2965 | 0.3250 | 0.3169 | 0.4321 | 0.4778 | 0.5727 | 0.05936 | 0.7947 |
| | high vs Placebo at Week 78 | -0.4086 | 0.3338 | 0.2546 | 0.4512 | 0.1541 | 0.5651 | 0.4327 | 0.7118 |

Larger the Estimate (Diff between BIIB and Placebo) the better

| STUDY | Label | ALL Completer | | 30>=MMSEBL>=27 | | 30>=MMSEBL>=28 | | 30>=MMSEBL>=29 | |
|---|---|---|---|---|---|---|---|---|---|
| 221AD302 | low vs Placebo at Week 26 | -0.01654 | 0.2536 | -0.3420 | 0.3371 | -0.00324 | 0.4022 | -0.1747 | 0.5063 |
| | high vs Placebo at Week 26 | -0.07325 | 0.2535 | 0.03691 | 0.3383 | -0.09909 | 0.4077 | -0.3862 | 0.5300 |
| | low vs Placebo at Week 50 | -0.07916 | 0.2895 | -0.1099 | 0.4006 | 0.3791 | 0.4806 | 0.8083 | 0.5915 |
| | high vs Placebo at Week 50 | 0.4351 | 0.2895 | 0.5891 | 0.4006 | -0.03568 | 0.4842 | 0.1775 | 0.6148 |
| | low vs Placebo at Week 78 | -0.1385 | 0.3536 | -0.1585 | 0.4715 | 0.4096 | 0.5904 | 0.4441 | 0.7151 |
| | high vs Placebo at Week 78 | 0.6235 | 0.3540 | 0.5427 | 0.4725 | 0.2603 | 0.5957 | 0.05100 | 0.7501 |



Study 301 shows a stronger signal in high MMSE pts but study 302 is noisy.

84

# Different Cutoff of MMSE Baseline --- ADAS-COG 13

Results are not QCed

More early patient

→

| STUDY | Label | ALL Completer | | 30>=MMSEBL>=27 | | 30>=MMSEBL>=28 | | 30>=MMSEBL>=29 | |
|---|---|---|---|---|---|---|---|---|---|
| | | Estimate | Standard Error | Estimate | Standard Error | Estimate | Standard Error | Estimate | Standard Error |
| 221AD301 | low vs Placebo at Week 26 | -0.08860 | 0.3954 | -0.05097 | 0.5405 | 0.06977 | 0.7239 | 0.4392 | 1.0459 |
| | high vs Placebo at Week 26 | 0.7485 | 0.4041 | 0.9717 | 0.5650 | 0.9585 | 0.7188 | 1.2820 | 0.9356 |
| | low vs Placebo at Week 50 | -0.2361 | 0.4986 | -0.06371 | 0.7039 | 0.8267 | 0.9586 | 2.2538 | 1.6168 |
| | high vs Placebo at Week 50 | 0.4080 | 0.5102 | -0.1530 | 0.7299 | 0.4884 | 0.9396 | 0.6358 | 1.4571 |
| | low vs Placebo at Week 78 | -0.4718 | 0.5942 | -0.08692 | 0.7898 | 0.07113 | 1.0423 | -0.1974 | 1.5205 |
| | high vs Placebo at Week 78 | -0.05815 | 0.6118 | -0.4580 | 0.8217 | -0.01352 | 1.0301 | 0.4694 | 1.3743 |

Smaller the Estimate (Diff between BIIB and Placebo) the better

| STUDY | Label | Estimate | Standard Error | Estimate | Standard Error | Estimate | Standard Error | Estimate | Standard Error |
|---|---|---|---|---|---|---|---|---|---|
| 221AD302 | low vs Placebo at Week 26 | -0.5406 | 0.4399 | -0.1556 | 0.6105 | 0.3964 | 0.7969 | -0.02388 | 1.1418 |
| | high vs Placebo at Week 26 | -0.5651 | 0.4391 | 0.2756 | 0.6162 | -0.1453 | 0.8030 | -0.02980 | 1.1850 |
| | low vs Placebo at Week 50 | 0.3447 | 0.5413 | 1.5183 | 0.7972 | 0.8383 | 0.9765 | -0.1764 | 1.3310 |
| | high vs Placebo at Week 50 | 0.07579 | 0.5414 | 1.3767 | 0.8001 | 0.7660 | 0.9769 | 0.2499 | 1.3726 |
| | low vs Placebo at Week 78 | -0.3112 | 0.6505 | -0.06116 | 0.8949 | -0.5747 | 1.1287 | -1.0333 | 1.5089 |
| | high vs Placebo at Week 78 | -1.0888 | 0.6520 | -0.08575 | 0.8985 | -0.5539 | 1.1353 | 0.1710 | 1.5701 |

Both studies are noisy.



Biogen | Confidential and Proprietary

# Further Exploration



Biogen | Confidential and Proprietary
Results are not QCed

# Why are there directional difference on CDR-SB across studies?

- **Are there differences in baseline characteristics?**

  Baseline characteristics are generally very consistent across studies. Baseline AD medication use is slightly higher in 301.

- **Are there differences in regions / countries?**

  Some countries only enroll in one of the two studies. However, difference in countries do not appear to explain the directional difference in 301 and 302.

- **Are there differences in intercurrent events (e.g. discontinuation rate)?**

  The treatment discontinuation rate in 301 is higher than 302 (22% vs. 19%, respectively). However, the directional difference remain unchanged when censoring data after intercurrent events.

- **Could this directional difference be due to random chance?**

  We did an evaluation via 1000 resampling from pooled 301 and 302 primary efficacy data. The chance to find directional difference with the observed magnitude or more is ~8%.

| Scenarios | Probability |
|---|---|
| | 40.4% |
| | 8.1% |



87

Biogen | Confidential and Proprietary

Results are not QCed

# Why are EE results so different from PRIME results?

- Is the observed PRIME result a false positive?

  - Caveats of PRIME design: "Study limitations of the PRIME phase 1b study included staggered parallel-group design, small sample size, limited region (USA only), and possible partial unblinding due to ARIA-E" – Nature manuscripts 2016

  - Additional caveats of PRIME study: CDR-SB was an exploratory endpoint in PRIME. 6mg/kg and titration arms started after positive IA3 data. Misalignment on dose-response in MMSE.

  - High background failure rate perhaps not adequately reflected: "AD drug development has proven to be unusually difficult with a 99.6% failure rate in the decade of 2002 to 2012" – Cummings 2018. A discount rate of 30% was applied in PoS calculation, as compared to 10% recommended in literature.

- Are there notable baseline differences? What's the treatment effect in patients whose baseline characteristics "match" PRIME patients?

  - Patients in EE are in earlier stage than PRIME. The placebo decline in PRIME (1.87 at Wk52- based on IA5) is much faster than that in EE (1.45 in 301 and 1.53 in 302 at Wk78, respectively)

  - Propensity score matching method was applied to compare "matched" PRIME and EE patients. Results suggest that there is no "PRIME-like" subgroup in ENGAGE or EMERGE alone that reserve similar treatment effects as observed in PRIME.



88

Biogen | Confidential and Proprietary

# Subgroup Identification (SID) Analysis Plan

- Goal: Leverage statistical methodologies designed to identify subgroups of patients who are most likely to benefit from the treatment as compared to placebo

- Evaluate pre-specified subgroups in the protocol

- Use a Multivariate Stepwise Variable Selection for MMRM model to systematically select predictive baseline variables that have a significant interaction effect with treatment. **This method was used for the Anti-Lingo program for I/E of 215MS202.**

  - A systematical SID process taking advantage of full longitudinal data

  - Pre-specify the candidate pool of SID: all pre-specified subgroups; plus any other baseline and biomarker variables TBD

  - Sensitivity/Robustness check must be done

    ➢ Via cross-validation

    ➢ Via resampling validation

    ➢ Via different endpoints

- Use machine learning type of method: e.g., classification and regression tree based method implemented in GUIDE software (Loh et al. 2015, Stat in Med)

**We must proceed with cautious as it's easy to generate a spurious result.**

89

Slide 89 Notes

**Key concepts:**

**HC question: Why are there no ApoE non-carriers in the titration arm?**
**BIIB response:**

Biogen | Confidential and Proprietary

# Further evaluation

**Analyses we are currently exploring:**

- Subgroup identification via systematic search

- Compare treatment effect in matched subjects in EE vs. PRIME via propensity score analysis

- Responder analysis and time to progression analysis

- CDR-SB quality (e.g., rater change, informant change)

**Other analyses have been completed and are included in backup slides – these supported the primary conclusion.**



Biogen | Confidential and Proprietary

# Safety Analyses



Biogen | Confidential and Proprietary

# Safety – Summary

- **Nothing new**
    - Results for ENGAGE and EMERGE each appear consistent with PRIME
        - ENGAGE may have slightly higher rates than EMERGE (to be confirmed) but message is the same
    - Only common AEs with an obvious excess over placebo are ARIA and headache (~15% v. ~23%)

- Incidence of ARIA-E, ARIA-H microhemorrhage and ARIA-H superficial siderosis shows dose dependency; however, the apparent effect of ApoE ε4 carrier status is more pronounced than dose
    - ARIA-H macrohemorrhages rare, and included some placebo cases

- Notes:
    - Focusing on the placebo-controlled period for completers for comparability with efficacy analyses; using the population reviewed by DMC (all data through cutoff date) where deemed appropriate. Presenting incidence proportion in general; presenting number of subjects for rare events.
    - Per the ENGAGE/EMERGE SAPs, safety analyses utilize safety treatment groups, in which placebo subjects who received accidental aducanumab are reassigned to active treatment arms consistent with their ApoE ε4 carrier status and maximum dose received (4 subjects in ENGAGE and 1 subject in EMERGE).
    - Caveat that interpretations are statistical in nature and have not been reviewed by Biogen drug safety

92

Biogen | Confidential and Proprietary

# Adverse events by treatment group (carriers, non-carriers)

| | ENGAGE (301) | | | EMERGE (302) | | |
|---|---|---|---|---|---|---|
| | Placebo | Low dose | High dose | Placebo | Low dose | High dose |
| Any AE | 88.4% (89.4, 86.5) | 91.6% (93.9, 85.7) | 92.4% (92.6, 92.1) | 87.9% (89.4, 84.6) | 88.9% (89.7, 87.1) | 93.5% (95.1, 90.4) |
| Severe event | 10.3% (8.8, 13.5) | 15.9% (17.0, 13.2) | 15.8% (17.7, 11.2) | 7.8% (6.1, 11.5) | 14.1% (16.2, 9.4) | 12.7% (11.5, 14.9) |
| Serious event | 13.4% (12.0, 16.3) | 15.0% (13.9, 17.6) | 14.5% (13.5, 16.9) | 11.6% (11.4, 12.1) | 12.4% (12.0, 13.4) | 12.2% (11.3, 14.2) |
| *Discon. event* | *5.0% (4.5, 6.1)* | *8.0% (8.4, 7.0)* | *10.8% (12.6, 6.8)* | *2.7% (2.2, 4.0)* | *6.8% (7.0, 6.3)* | *8.2% (9.3, 6.1)* |
| *# of deaths* | *2 (1, 1)* | *4 (3, 1)* | *4 (2, 2)* | *5 (2, 3)* | *2 (0, 2)* | *6 (4, 2)* |

Not italicized are based on the completers safety population with 301 N = 320/321/304 and 302 N = 257/270/276.
Italicized events are based on DMC safety population with 301 N = 541/548/558 and 302 N = 547/544/547.



Slide 93 Notes

Source: DMC production\tables\tf16-ae-sum-rap-pc.sas; futility\prog\tf16-ae-sum-rap-pc.sas; futility\prog\tf16-ae-sum-rap-pc-302.sas

Biogen | Confidential and Proprietary

# Incidence of ARIA

|  | ENGAGE (301) | | | EMERGE (302) | | |
|---|---|---|---|---|---|---|
|  | Placebo | Low dose | High dose | Placebo | Low dose | High dose |
| ARIA-E | 3.2% (2.3, 4.9) | 25.4% (28.8, 16.7) | 36.9% (41.0, 27.0) | 2.0% (1.7, 2.6) | 29.5% (34.6, 18.1) | 34.8% (41.7, 21.5) |
| ARIA-H micro | 6.0% (7.0, 3.9) | 14.7% (15.7, 12.2) | 18.9% (20.8, 14.6) | 7.8% (9.5, 3.9) | 19.8% (23.2, 12.0) | 21.6% (23.9, 17.2) |
| ARIA-H ss | 1.9% (0.9, 3.9) | 7.5% (9.2, 3.3) | 14.0% (16.5, 7.9) | 3.1% (3.9, 1.3) | 10.8% (14.6, 2.4) | 13.6% (17.2, 6.5) |
| *# with ARIA-H macro* | *3 (0, 3)* | *0* | *3 (3, 0)* | *0* | *1 (1, 0)* | *3 (1, 2)* |

Not italicized are based on the completers MRI safety population with 301 N = 315/319/301 and 302 N = 256/268/273.
Italicized events are based on DMC MRI safety population with 301 N = 533/544/554 and 302 N = 544/537/541.



94

## Slide 94 Notes

Source: DMC production\tables\tf28-aria-ae-inc-rap-pc.sas; futility\prog\tf28-aria-ae-inc-rap-pc.sas; futility\prog\tf28-aria-ae-inc-rap-pc-302.sas

Biogen | Confidential and Proprietary

# Backup slides



# Placebo decline in CDR-SB in external studies

Biogen | Confidential and Proprietary

Not yet QCed



* CDR-SB adjusted mean change is read from figure.

# Longitudinal Change from baseline in CDR-SB, by Study - ITT

Biogen | Confidential and Proprietary







# Longitudinal Change from baseline in MMSE, by Study – ITT

Biogen | Confidential and Proprietary







# Longitudinal Change from baseline in ADAS-Cog, by Study -- ITT

Biogen | Confidential and Proprietary



# Longitudinal Change from baseline in ADCS ADL-MCI, by Study -- ITT

Biogen | Confidential and Proprietary



# Longitudinal Change from baseline in CDR SB, by Study – have had opportunity 14 doses of 10 mg/kg, ITT

Biogen | Confidential and Proprietary







# Longitudinal Change from baseline in MMSE, by Study – have had opportunity 14 doses of 10 mg/kg, ITT

Biogen | Confidential and Proprietary






# Longitudinal Change from baseline in ADAS-Cog, by Study – have had opportunity 14 doses of 10 mg/kg, ITT

Biogen | Confidential and Proprietary






# Longitudinal Change from baseline in ADCS ADL-MCI, by Study – have had opportunity 14 doses of 10 mg/kg, ITT

Biogen | Confidential and Proprietary



# Longitudinal Change from baseline in CDR SB by Study -- Excluding data after intercurrent event

Biogen | Confidential and Proprietary



Biogen | Confidential and Proprietary

# Longitudinal Change from baseline in MMSE, by Study -- Excluding data after intercurrent event





# Longitudinal Change from baseline in ADAS-Cog, by Study -- Excluding data after intercurrent event

Biogen | Confidential and Proprietary



# Longitudinal Change from baseline in ADCS-ADL-MCI by Study -- Excluding data after intercurrent event

Biogen | Confidential and Proprietary







# Propensity score analysis
# Baseline Characteristics Comparison

| | 301 completers (n=944) | 302 completers (n=803) | PRIME (n=196) | PRIME matched to 301 (n=137) | 301 matched to PRIME (n=137) | PRIME matched to 302 (n=136) | 302 matched to PRIME (n=136) | PRIME matched to 301&302 (n=141) | 301&302 matched to PRIME (n=141) |
|---|---|---|---|---|---|---|---|---|---|
| Age | 69.7 | 70.4 | 72.8 | 71.5 | 71.9 | 71.2 | 72.0 | 72.4 | 72.1 |
| Sex (F %) | 52.8% | 50.3% | 49.8% | 44.5% | 47.5% | 44.9% | 44.9% | 43.3% | 44.7% |
| Yrs of education | 14.8 | 14.8 | 15.4 | 15.6 | 15.6 | 15.1 | 15.7 | 15.6 | 15.7 |
| ApoE carriers | 69.7% | 67.5% | 70% | 74.5% | 71.5% | 74.3% | 72.1% | 73.1% | 72.3% |
| MCI (%) | 82.4% | 83.6% | 43% | 61.3% | 61.3% | 64.0% | 61.8% | 61.7% | 59.6% |
| AD med use (%) | 58.1% | 53.2% | 66% | 67.2% | 62.0% | 55.9% | 62.5% | 63.1% | 62.4% |
| CDR SB | 2.44 | 2.47 | 3.17 | 2.44 | 2.42 | 2.41 | 2.44 | 2.44 | 2.43 |
| CDR COG | 1.74 | 1.73 | 2.00 | 1.66 | 1.68 | 1.66 | 1.68 | 1.70 | 1.67 |
| CDR FUN | 0.70 | 0.74 | 1.17 | 0.78 | 0.74 | 0.75 | 0.76 | 0.74 | 0.76 |

Slide 109 Notes

Rban memory score

# Propensity score analysis

| PRIME subjects matched to 301 (n = 137) | | | | | | |
|---|---|---|---|---|---|---|
| **Change from BL at Week 54** | Placebo | Adu 1mg/kg | Adu 3mg/kg | Adu 6mg/kg | Adu 10mg/kg | Adu titration |
| Adjusted mean (SE) | 1.98 (0.280) | 1.08 (0.384) | 1.01 (0.342) | 1.11 (0.324) | 0.95 (0.358) | 0.92 (0.393) |
| | | | | | | |
| Diff from placebo (SE) | | -0.90 (0.474) | -0.97 (0.435) | -0.87 (0.424) | -1.03 (0.444) | -1.06 (0.466) |
| P-value | | 0.0599 | 0.0277 | 0.0429 | 0.0225 | 0.0252 |

| 301 subjects matched to PRIME (n = 137) | | | |
|---|---|---|---|
| **Change from BL at Week 50** | placebo | Low | high |
| Adjusted mean (SE) | 1.06 (0.297) | 0.65 (0.273) | 1.23 (0.316) |
| | | | |
| Diff from placebo (SE) | | -0.41 (0.331) | 0.18 (0.351) |

| 301 subjects matched to PRIME (n = 136) | | | |
|---|---|---|---|
| **Change from BL at Week 78** | placebo | Low | high |
| Adjusted mean (SE) | 1.76 (0.365) | 1.67 (0.338) | 1.78 (0.394) |
| | | | |
| Diff from placebo (SE) | | -0.08 (0.441) | 0.03 (0.473) |



Among 301 subjects matched to PRIME, there is no treatment dose response observed.



**PRIME subjects matched to 302 (n = 136)**

| Change from BL at Week 54 | Placebo | Adu 1mg/kg | Adu 3mg/kg | Adu 6mg/kg | Adu 10mg/kg | Adu titration |
|---|---|---|---|---|---|---|
| Adjusted mean (SE) | 1.92 (0.280) | 1.25 (0.387) | 0.98 (0.345) | 0.95 (0.347) | 0.96 (0.361) | 0.84 (0.396) |
| | | | | | | |
| Diff from placebo (SE) | | -0.66 (0.469) | -0.93 (0.430) | -0.97 (0.435) | -0.96 (0.439) | -1.07 (0.459) |
| P-value | | 0.1621 | 0.0328 | 0.0285 | 0.0318 | 0.0211 |

Propensity score analysis

**302 subjects matched to PRIME (n = 136)**

| Change from BL at Week 50 | placebo | Low | high |
|---|---|---|---|
| Adjusted mean (SE) | 1.03 (0.405) | 1.13 (0.405) | 1.32 (0.414) |
| | | | |
| Diff from placebo (SE) | | 0.10 (0.426) | 0.29 (0.413) |

**302 subjects matched to PRIME (n = 136)**

| Change from BL at Week 78 | placebo | Low | high |
|---|---|---|---|
| Adjusted mean (SE) | 1.78 (0.453) | 2.03 (0.500) | 1.45 (0.468) |
| | | | |
| Diff from placebo (SE) | | 0.26 (0.525) | -0.33 (0.510) |

Among 302 subjects matched to PRIME, there is no treatment dose response observed.



111

| PRIME subjects matched to 301&302 (n = 141) | | | | | | | 301&302 subjects matched to PRIME (n = 141) | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Change from BL at Week 54 | Placebo | Adu 1mg/kg | Adu 3mg/kg | Adu 6mg/kg | Adu 10mg/kg | Adu titration | Change from BL at Week 50 | placebo | Low | high |
| Adjusted mean (SE) | 2.13 (0.266) | 1.22 (0.371) | 0.99 (0.352) | 0.85 (0.357) | 1.00 (0.378) | 0.86 (0.393) | Adjusted mean (SE) | 1.49 (0.342) | 0.78 (0.328) | 1.12 (0.335) |
| | | | | | | | | | | |
| Diff from placebo (SE) | | -0.90 (0.474) | -1.13 (0.434) | -1.27 (0.435) | -1.13 (0.450) | -1.27 (0.455) | Diff from placebo (SE) | | -0.71 (0.363) | -0.37 (0.357) |
| P-value | | 0.0513 | 0.0102 | 0.0041 | 0.0136 | 0.0062 | | | | |

Propensity score analysis

| 301&302 subjects matched to PRIME (n = 141) | | | |
| --- | --- | --- | --- |
| Change from BL at Week 78 | placebo | Low | high |
| Adjusted mean (SE) | 2.34 (0.396) | 1.35 (0.388) | 1.44 (0.392) |
| | | | |
| Diff from placebo (SE) | | -0.99 (0.463) | -0.90 (0.457) |

Among pooled 301 & 302 subjects matched to PRIME, there is no treatment dose response observed.



112

# Preclinical AD: Subgroup of CDR-SB<1 --- Pooled data

| Pooled 301 and 302<br><br>High Dose N=23<br>Low Dose N=20<br>Placebo N=16 | CDR-SB | | MMSE | | ADAS-COG 13 | |
|---|---|---|---|---|---|---|
| Label | Estimate | Standard Error | Estimate | Standard Error | Estimate | Standard Error |
| low vs Placebo at Week 26 | -0.00032 | 0.3435 | -1.0064 | 1.0912 | -1.1254 | 1.9513 |
| high vs Placebo at Week 26 | -0.1755 | 0.3231 | -0.9158 | 1.0306 | -0.8880 | 1.8211 |
| low vs Placebo at Week 50 | 0.6967 | 0.5867 | -0.5447 | 1.2009 | -1.4699 | 2.3094 |
| high vs Placebo at Week 50 | -0.4560 | 0.5598 | 0.1867 | 1.1241 | -2.8521 | 2.1601 |
| low vs Placebo at Week 78 | 0.8019 | 0.7502 | -0.04362 | 1.5063 | -1.1555 | 2.6355 |
| high vs Placebo at Week 78 | -0.2086 | 0.7230 | -0.05233 | 1.4428 | -3.0038 | 2.5306 |
| Original Study 301 — low vs Placebo at Week 78 | -0.1508 | 0.1706 | 0.2965 | 0.3250 | -0.4718 | 0.5942 |
| high vs Placebo at Week 78 | 0.2201 | 0.1754 | -0.4086 | 0.3338 | -0.05815 | 0.6118 |
| Original Study 302 — low vs Placebo at Week 78 | -0.09844 | 0.1904 | -0.1385 | 0.3536 | -0.3112 | 0.6505 |
| high vs Placebo at Week 78 | -0.2818 | 0.1902 | 0.6235 | 0.3540 | -1.0888 | 0.6520 |
| | Smaller the Estimate the better | | Larger the Estimate the better | | Smaller the Estimate the better | |

## Note
- This small subgroup shows improvement on ADAS-COG, however, the results on the other two endpoints are noisy
- Please note the large variability for treatment effect estimates due to the small sample size, be cautious when interpreting results



113

# Preclinical AD: Subgroup of SUVR<1.17 --- Pooled data

| Pooled 301 and 302 | | CDR-SB | | MMSE | | ADAS-COG 13 | |
|---|---|---|---|---|---|---|---|
| **High Dose N=20 Low Dose N=27 Placebo N=31** | Label | Estimate | Standard Error | Estimate | Standard Error | Estimate | Standard Error |
| | low vs Placebo at Week 26 | -0.4151 | 0.3495 | 1.3716 | 0.6810 | -0.7401 | 1.4994 |
| | high vs Placebo at Week 26 | 0.3974 | 0.4029 | 0.6408 | 0.7848 | -0.4288 | 1.6684 |
| | low vs Placebo at Week 50 | -0.4535 | 0.3701 | 1.4854 | 0.8807 | 0.7322 | 1.9515 |
| | high vs Placebo at Week 50 | -0.2947 | 0.4235 | -0.2003 | 1.0085 | 0.9058 | 2.1635 |
| | low vs Placebo at Week 78 | 0.07381 | 0.4805 | 1.4361 | 0.8828 | -0.3167 | 1.9673 |
| | high vs Placebo at Week 78 | -0.3918 | 0.5369 | 0.4083 | 0.9953 | 0.06115 | 2.1445 |
| Completer Study 301 | low vs Placebo at Week 78 | -0.1508 | 0.1706 | 0.2965 | 0.3250 | -0.4718 | 0.5942 |
| | high vs Placebo at Week 78 | 0.2201 | 0.1754 | -0.4086 | 0.3338 | -0.05815 | 0.6118 |
| Completer Study 302 | low vs Placebo at Week 78 | -0.09844 | 0.1904 | -0.1385 | 0.3536 | -0.3112 | 0.6505 |
| | high vs Placebo at Week 78 | -0.2818 | 0.1902 | 0.6235 | 0.3540 | -1.0888 | 0.6520 |
| | | Smaller the Estimate the better | | Larger the Estimate the better | | Smaller the Estimate the better | |

Note
- This small subgroup shows improvement on CDR-SB and MMSE in general, but not on ADAS-COG 13
- Please note the large variability for treatment effect estimates due to the small sample size, be cautious when interpreting results



Biogen | Confidential and Proprietary

# Chance finding of directional differences

**Simulation to show chance finding of directional difference via 1000 resampling:**

- Resampled pooled 301 and 302 primary efficacy data

- Anchored on the performance of high dose as compared to placebo on CDR-SB. Let $\widehat{\Delta}_1$ and $\widehat{\Delta}_2$ be the treatment effect of re-sampled study 1 and study 2, respectively

- Probabilities of chance finding for different scenarios summarized below

| Name | Probability |
|---|---|
| | 92.5% |
| | 65.8% |
| | 40.4% |
| | 20.6% |
| | 8.1% |



115

Biogen | Confidential and Proprietary

# Guidelines for post-hoc subgroup analyses of negative trials

## LESSON 12: SUBGROUP ANALYSIS OF A NEGATIVE TRIAL CAN BE MISLEADING

Post hoc analyses of negative trials are often pursued to detect treatment-responsive subgroups that can be exploited in future trials. This approach entails substantial risk of being misled by spurious results. Subgroups are not subject to the same recruitment or randomization as the original group; the sample sizes of subgroups are often small leading to underpowered results; and the outcome measures are typically not optimized for a specific subgroup. Basing a phase III program on a subgroup analysis of a phase II trial with a negative outcome has usually resulted in a negative phase III trial. Examples of this include the negative phase III outcomes for tarenflurbil,[48] bapineuzumab,[49] solanezumab,[50] and ELND005.[50]

A lesson from these experiences is to apply guidelines for how to reduce the likelihood of being misled by phase II subgroup analyses. **Table 1**[51,52] shows the principal recommendations for subgroup analysis. A hypothesis-generating subgroup observation can be tested by conducting a phase II trial for this subgroup.

**Table 1** Guidelines to establish the likely validity of a subgroup as a guide to additional trials; a "yes" answer is most consistent with a nonspurious subgroup (from 51,52)

**Design**
- Was the subgroup variable a baseline characteristic?
- Was the subgroup variable a stratification factor at randomization?
- Was the subgroup hypothesis specified *a priori*?
- Was the subgroup analysis one of a small number of subgroup hypotheses tested ($\leq 5$)?

**Analysis**
- Can chance explain the subgroup difference?
- Was the test of interaction significant ($P < 0.05$)?
- Was the significant interaction effect independent, if there were multiple significant interactions?

**Context**
- Was the direction of the subgroup effect correctly prespecified?
- Was the subgroup effect consistent with evidence from previous related studies?
- Was the subgroup effect consistent across related outcomes?
- Was there indirect evidence to support the apparent subgroup effect – for example, biological rationale, laboratory tests, animal studies?

**Systematic reviews**
- Is the subgroup difference suggested by comparisons within rather than between studies?



Cummings (2018), Lessons learned form Alzheimer Disease: Clinical Trials with Negative Outcomes

# Multivariate Stepwise Variable Selection for MMRM model

Biogen | Confidential and Proprietary

A Two-Stage Process to identify predictive variables that has significant effect with treatment

- ➢ Modeling and searching anchored on the primary endpoint <span style="color:red">for the high dose group,</span> with other efficacy endpoints checked for consistency

- ➢ Primary approach is a two-stage process
  - Stage 1: model selection to identify top predictors with strongest treatment interactions
  - Stage 2: exhaustive grid search to identify optimal cutoffs for the continuous baseline variables (if the top predictors are all categorical, then this stage can be omitted)

- ➢ To check the robustness of Stage 1
  - Forward and backward selections
  - Resampling

- ➢ For Stage 2, the target can be treatment difference of either main effect over the entire study or effect on a single visit

- ➢ For both stages, MMRM approach takes full advantage of longitudinal profiles

Slide 117 Notes

**Key concepts:**

**HC question: Why are there no ApoE non-carriers in the titration arm?**
**BIIB response:**

Case 1:21-cv-10479-IT    Document 238-12    Filed 02/13/26    Page 130 of 148

# Considerations for Subgroup Identification (SID)

Cautions need to be taken for interpreting subgroup identification results

- Use of unconstrained *ad hoc* methods might lead to unreliable results
  - ➢ Chance finding is high when conduct multiple subgroup analyses without multiplicity control
  - ➢ Medical history is replete with misleading findings driven by over-reliance on subgroup results (Lee et al 1982, *N Engl J Med; Br Med J 1977;2:419* )

- Can only serve the purpose of generating hypotheses for further investigation

- The conclusion of SID need to have scientific rationales to support

Slide 118 Notes

**Key concepts:**

**HC question: Why are there no ApoE non-carriers in the titration arm?**
**BIIB response:**

119

Biogen | Confidential and Proprietary

# Backup – PRIME results, E/E design, DMC related



Results are not QCed

# Comparing Demography and baseline characteristics of E/E to PRIME

|  | Study 301 (n=945) | Study 302 (n=803) | PRIME early AD (n=110) | PRIME ITT (n=196) |
|---|---|---|---|---|
| Age, mean (SD) | 69.7 (7.76) | 70.4 (7.41) | 72.7 (6.82) | 72.8 (7.93) |
| Male, n (%) | 446 (47.2) | 399 (49.7) | 64 (58.18) | 98 (50) |
| Edu, mean (SD) | 14.8 (3.68) | 14.8 (3.47) | 15.9 (2.86) | 15.4 (2.84) |
| MCI, n (%) | 779 (82.4) | 671 (83.6) | 82 (74.55) | 84 (43%) |
| ApoE4 carrier, n (%) | 659 (69.7) | 542 (67.5) | 81 (73.64) | 138 (70%) |
| Base AD med, n (%) | 549 (58.1) | 427 (53.2) | 65 (59.09) | 130 (66) |
| CDR-SB (SD) | 2.44 (1.019) | 2.47 (1.024) | 2.25 (1.04) | 3.17 (1.735) |
| CDR-COG (SD) | 1.74 (0.624) | 1.73 (0.634) | 1.53 (0.65) | 2.00 (0.914) |
| CDR-FUN (SD) | 0.70 (0.577) | 0.74 (0.572) | 0.72 (0.60) | 1.17 (1.025) |
| MMSE (SD) | 26.4 (1.78) | 26.4 (1.73) | 26.63 (1.93) | 24.3 (3.44) |
| ADAS-Cog13 (SD) | 22.5 (6.50) | 22.2 (6.87) | NA | NA |
| ADCS-ADL-MCI (SD) | 43.0 (5.65) | 42.8 (5.41) | NA | NA |

120

Slide 120 Notes

**PRIME early AD population:**
- CDR global score = 0.5
- CDR memory domain score $\geq 0.5$
- MMSE scores $>= 24$

# Probability of success (POS) for Month 18 CDR-SB at interim analyses (IA) and final analysis (FA)



PRIME IA3 Efficacy Data

- **Power** is the probability of observing a statistically significance assuming a fixed effect (different between pbo and trt).
  - The assumed effect for our sample size calculation is 0.5

- **Probability of success (POS)** is an average power over a distribution of mean differences based on existing data (prior distribution).

- **The prior distribution in our POS calculation is discounted by 30%**
  - 10% typically used in industry





Prior distribution in POS calculation
(Discounted from observed diff in PRIME)



POS high dose in both studies

| | 30% discount | 10% discount |
|---|---|---|
| Interim Analysis | 0.51 | 0.63 |
| Final Analysis | 0.75 | 0.85 |

Study assumptions: SD =1.92 for CDR-SB; 30% drop out IA 1-sided alpha=0.0026,  IA performed when 50% of subjects have the opportunity to reach Month 18

 Biogen

Slide 121 Notes

We have discounted the prior distribution from PRIME by 30% in the POS calculation, since:
The treatment effects used in the POS calculation are interpolated from:
- results of 1-year data from a single phase 1b study (PRIME) in the US
- linear extrapolation of treatment effect from fixed dose to titration dose
- percentages of subjects under protocol amendment (PA) #4 titrating up to 10 mg/kg
- No other data from AD Ph3 trials, lack of translation from Ph1/2 to Ph3 for other compounds

# Probability of success (POS) for both studies for Month 18 CDR-SB at interim analyses (IA) and final analysis (FA)

<u>Caveats</u>
- The treatment effects used in the POS calculation are interpolated from:
  - results of 1-year data from a single phase 1b study (PRIME) in the US
  - linear extrapolation of treatment effect from fixed dose to titration dose
  - percentages of subjects under protocol amendment (PA) #4 titrating up to 10 mg/kg
- All AD Ph3 trials failed despite promising results in Ph1/Ph2 studies

- Therefore, the prior distribution from PRIME was discounted by 30% in the POS calculation.
- Because the placebo (PBO) decline from PRIME is faster than the decline from observational studies AIBL/ADNI, a treatment difference by comparing the treatment effect of active dose in PRIME over decline from AIBL/ADNI are also presented.

| Analysis Type | High dose | | | Low dose vs |
| --- | --- | --- | --- | --- |
| | PA3 vs PRIME PBO | PA4 vs PRIME PBO | PA4 vs ADNI/AIBL | PRIME PBO |
| IA | 0.45 | 0.51 | 0.32 | 0.31 |
| FA | 0.66 | 0.75 | 0.55 | 0.52 |

- Study assumptions: SD =1.92 for CDR-SB; prior distribution of PRIME discounted by 30%, 30% drop out off;
- IA 1-sided alpha=0.0026,  IA performed when 50% of subjects have the opportunity to reach Month 18

# PRIME Study: IA5 Results



**Safety (primary endpoint)**

ARIA-E were the main safety and tolerability finding
- Dose- and ApoE ε4-dependent
- Monitorable and manageable

**Amyloid plaque reduction with aducanumab[a] (secondary endpoint)**

**Clinical effect of aducanumab[b] (exploratory endpoints)**



ApoE ε4, Apolipoprotein E ε4; ARIA-E, amyloid-related imaging abnormalities - vasogenic edema; CDR-SB, Clinical Dementia Rating–Sum of Boxes; MMSE, Mini-Mental State Examination; SUVR, standardized uptake value ratio
[a]Analyses based on observed data. ANCOVA for change from baseline with factors of treatment, laboratory ApoE ε4 status (carrier and non-carrier), and baseline composite SUVR. Pharmacodynamic analysis population is defined as all randomized subjects who received at least 1 dose of study medication and had at least 1 post-baseline assessment of the parameter
[b]Analyses based on observed data. ANCOVA for change from baseline with factors of treatment, laboratory ApoE ε4 status (carrier and non-carrier), and baseline MMSE (CDR-SB) Efficacy analysis population is defined as all randomized subjects who received at least 1 dose of study medication and had at least 1 post-baseline questionnaire assessment



Biogen | Confidential and Proprietary

# PRIME Study: study milestones

| Date | Milestone/event |
| --- | --- |
| February 21st, 2014 | Protocol amendment - added "fast titration" in LTE (2 doses of 3 mg/kg then 6 mg/kg) |
| April 2014 | IA1 - key results for 6 month amyloid PET for 1, 3 and 10 mg/kg |
| July 8th, 2014 | • Protocol amendment - added Titration cohort of ApoE ε4 carriers (Arms 8 and 9) with titration to 6 mg/kg<br>• Planned sample size was 21 active: 7 placebo. |
| October 22nd, 2014 | FPI for titration cohort |
| November 2014 | IA2 with key results for<br>• 1 year amyloid PET and cognition for 1, 3 and 10 mg/kg<br>• 6 month amyloid PET for 6 mg/kg |
| December 2nd, 2014 | Public announcement of IA2 results – 6 of the 31 patients in the Titration cohort were enrolled by this date |
| March 2015 | • ADPD presentation of IA2 results<br>• For the Titration cohort<br>    • 30 of the 31 subjects were enrolled<br>    • None of the subjects had reached the Month 6 timepoint. |
| July 13th, 2015 | Protocol amendment - change titration in Titration cohort (Arms 8 and 9) to 10 mg/kg |
| July 2015 | AAIC presentation of IA3 results |



Slide 124 Notes

IA2 had a minimum of 12 month data for 1, 3 and 10 mg/kg cohorts and 6 month data for 6 mg/kg cohort (reported at ADPD)
IA3 had a minimum of 18 month data for 1, 3, and 10 mg/kg cohorts and 12 month data for 6 mg/kg cohort (PC period results reported at AAIC)

Biogen | Confidential and Proprietary

# Engage/Emerge Study Design

| | |
|---|---|
| **Population** | • MCI due to AD (75-80%) + mild AD (~20-25%)<br>  ▪ MMSE 24-30, CDR 0.5, RBANS ≤ 85<br>  ▪ Enriched using Amyloid PET<br>  ▪ 50-85 years of age<br>  ▪ Use of stable symptomatic on entry allowed |
| **ApoE ε4 status** | • Pooled ε4-carriers and non-carriers |
| **Doses** | • Two dose levels (low & high)<br>• Differential dosing based on ε4 status<br>  ▪ ε4+: Titrate to 3mg/kg (low) and 10mg/kg (high) or placebo<br>  ▪ ε4-: Titrate to 6mg/kg (low) and 10mg/kg (high) or placebo |
| **Duration** | • 18 months; + 24 month Long Term Extension |
| **Primary endpoint** | • **CDR sum of boxes** (change from baseline at week 78) |
| **Other endpoints** | • **Secondary**: MMSE, ADAS-Cog 13, ADCS-ADL-MCI<br>• **Tertiary**: Safety & Tolerability; Amyloid PET (subset); NPI-10; EQ-5D (subject); mPDQ-20<br>• **Exploratory**: EQ-5D (care giver), CAM, vMRI, fMRI |
| **Sample size** | • ~N=1605 per study (n=535/arm; 1:1:1; low dose : high dose : placebo) |



Biogen | Confidential and Proprietary

# Engage/Emerge Dosing, Efficacy & MRI Monitoring Schedule



126

Biogen | Confidential and Proprietary

# ENGAGE/EMERGE Disposition for ARIA-E case

**Table 8:       Disposition of ARIA-E Cases**

| Clinical Symptom Severity | ARIA-E Severity on MRI (Central Read) | | |
|---|---|---|---|
| | **Mild** | **Moderate** | **Severe** |
| **Asymptomatic** | Continue dosing at current dose and schedule | Suspend dosing. Once ARIA-E resolves the subject may resume dosing at the same dose. | |
| **Mild** | Suspend dosing. Once ARIA-E and clinical symptoms resolve, the subject may resume dosing at the same dose. | | |
| **Moderate** | | | |
| **Severe** | | | |
| **Serious "other medically important event" only[1]** | | | |
| **Serious, except for "other medically important event"[2]** | Discontinue Dosing | | |



Biogen | Confidential and Proprietary

# Clinical Dementia Rating - Sum of Boxes (CDR-SB)

- Semi-structured interview of subject and caregiver / informant;
- Scoring based on answers by informant, answers by subject + clinical judgement of rater

- **Cognitive Domains** (informant & subject)
    - Memory
    - Orientation
    - Judgment & Problem Solving

- **Functional Domains** (informant only)
    - Community Affairs
    - Home & Hobbies
    - Personal Care

- Any change on the CDR-SB is intrinsically meaningful. Mean change as low as 0.5 or 1 captures efficacy and clinical relevance (*Aisen et al., Neurology, 2011*)

- CDR-SB changes validated across spectrum (MCI due to AD through moderate AD) (*Cedarbaum et al., Alzheimers Dement, 2013*)

- Based on Phase 1b: Ab PET reduced and directionally correlated with clinical endpoints



128

Biogen | Confidential and Proprietary

# DMC Data Contents

- **Regular DMC data package (including safety, exposure, baseline, disposition, etc)**
  - It will consist of all data up to the data snapshot date, same as the regular DMC meeting
- **If at least one of the CPs for CDR-SB in the high dose arm is < 20%, the following efficacy data and conditional power (CP) will be provided. The IQVIA unblinded statistician (Alain Talla) will send the DMC data package, strictly following this condition without further consultation with Biogen.**
  - Approximately 945 (57%) subjects from 221AD301 and 803 (49%) subjects from 221AD302 who have had the chance to complete week 78 assessment by the data cutoff date will form the primary efficacy data in the evaluation.
  - Primary efficacy analyses using MMRM model on CDR-SB, MMSE, ADAS-cog for each study
  - Line plot of adjusted mean on CDR-SB, MMSE, ADAS-cog for each study
  - Conditional power on CDR-SB, MMSE, ADAS-cog for each study
- If both CPs for CDR-SB in the high dose arm is > 20%, futility criteria is clearly not met, therefore efficacy data will not be provided to the DMC. Alain will notify the DMC that both CPs for CDR-SB in the high dose arm is > 20% in the data package cover letter.



Slide 129 Notes

- Data cutoff date: Dec 26, 2018
- Data snapshot date: Jan 30, 2019 for 301; Feb 6, 2019 for 302

# Critical Review Period: March 8 – March 26

**March 8** ......... Independent DMC receives un-blinded analysis results

**March 12** ......... Independent DMC reviews un-blinded futility analysis results and aligns on additional ad hoc analyses if any

F2F meeting at Biogen (close session): Independent DMC reviews un-blinded results and aligns on recommendations

**March 19** ......... F2F meeting at Biogen (open session): Independent DMC communicates recommendation only to Biogen senior decision team

*DMC Recommend Futility*

*DMC Recommend Continuation (Biogen senior decision team will not receive unblinded DMC data package)*

> Biogen senior decision team reviews unblinded DMC data package (provided by IQVIA unblinded statistician via a secure file transfer). Coordinated by *Stacy Lindborg*
> - They may request Biogen statisticians to be unblinded and generate unblinded ad hoc analyses. In such case, Biogen unblinded statisticians will receive subject-level treatment code and generate unblinded analyses.
>   Coordinated by *Stacy Lindborg & John O'Gorman*
>   Analyses performed by *Lili Yang* (with help from *Tianle Chen*, in a blinded fashion)
> - They may communicate with Independent DMC before making decision.
> - They may communicate with Biogen Executive Decision team to make final decision.

*Continue*   *Futility*

In case Independent DMC requests **ad hoc analyses (must be critical to futility decision)** before making recommendation, IQVIA unblinded statistics team generate additional unblinded analyses following standard DMC process

Awareness of DMC ad hoc requests will be limited to a very small team in Biogen aducanumab stats and stat programming team (1-2 stat & 2-4 programmers)

Coordinated by *Tianle Chen*

**Regardless of DMC recommendation, aducanumab program team will not be informed of any decision before the end of the critical review period.**

**March 26** ......... Biogen senior decision team communicates final decision (to a very restricted group as specified in a separate communication plan)

**April 2** ......... Teleconference (DMC safety review meeting, semi-closed session): Independent DMC and Biogen team



**Privileged and Confidential**

Slide 130 Notes

The critical review period is from the time when the DMC receives un-blinded analysis results to when final decision is communicated to the Aducanumab program team. Detailed processes will be defined to minimizing potential risks of inadvertent disclosure.