# Exhibit 15

**<u>Chart of Alleged Misstatements in the Proposed Third Amended Complaint</u>**
(emphasis as shown in Complaint)

| Paragraph | Speaker | Date/Source | Alleged Misstatement |
|---|---|---|---|
| 269 | Sandrock | October 22, 2019 – Q3 2019 Earnings Call | *Our primary learning from these data is that sufficient exposure to high dose aducanumab reduced clinical decline across multiple clinical endpoints. This reduction [and] clinical decline was statistically significant in EMERGE, and we believe that patients – that the data from patients who achieved sufficient exposure to high dose aducanumab in ENGAGE support the findings of EMERGE.* After consultation with the FDA, we believe that the totality of these data support a regulatory filing. Importantly patients included in the futility analysis, were those who had enrolled early in the trials and those early enrolling patients had a lower average exposure to aducanumab in large part due to two protocol amendments that occurred sometime after the start of the trials. These two protocol amendments were put in place precisely to enable more patients to reach high dose aducanumab, and for a longer duration. As a consequence, the larger dataset available after trial cessation included more patients with sufficient exposure to high dose aducanumab. |
| 270 | Sandrock | October 22, 2019 – Q3 2019 Earnings Call | *So in other words, what I'm saying is that there is a very sort of sharp dose response, if you will, you have to get to high dose of aducanumab and intermediate dosing at least in an 18-month trial is not enough.* |
| 271 | Sandrock | October 22, 2019 – Q3 2019 Earnings Call | I think that dose suspension in the context of an 18-month study was – it could be problematic, *because they didn't achieve enough of the high dose*. But in clinical practice, we don't do 18-month treatment periods. We're going to treat patients for longer periods of time. And in that situation I think dose suspension may be acceptable in some patients. |

**Chart of Alleged Misstatements in the Proposed Third Amended Complaint**
(listed in chronological order, emphasis as shown in Complaint)

| Paragraph | Speaker | Date/Source | Alleged Misstatement |
|---|---|---|---|
| 272 | Budd Haeberlein | October 22, 2019 – Q3 2019 Earnings Call | Aducanumab also demonstrated an impact on CSF biomarkers of tau pathology. A statistically significant reduction on CSF phospho-Tau levels was observed in EMERGE and ENGAGE with a dose proportional response in EMERGE. Aducanumab produced a numeric reduction in CSF total-Tau levels in EMERGE and ENGAGE with a dose proportional response in EMERGE. *Although the primary and secondary endpoints were not met in ENGAGE in post analysis, the subset of patients who received sufficient exposure to 10 milligram per kilogram aducanumab in this case, at least 10 doses of 10 milligram per kilogram showed similar results to the comparable population from EMERGE, in terms of both amyloid plaque reduction and reduced clinical decline on CDR-SB.* |
| 273 | Budd Haeberlein | October 22, 2019 – Q3 2019 Earnings Call | *I think what we have learned clearly is that dose is very important, but that if individuals do receive 10 milligram per kilogram then they do have an efficacious response.* |
| 279 | Budd Haeberlein | October 22, 2019 – Q3 2019 Earnings Call | Second, exposure to high dose aducanumab was important for efficacy and *differences and exposure to high dose aducanumab largely explain* the different result of futility analysis and the new analysis of this larger dataset as well as *the different results between the two studies.*[1] |
| 281 | Budd Haeberlein | December 5, 2019 – CTAD Presentation | To summarize, the aducanumab Phase III top line results. Following steady termination based on futility, we analyzed a larger dataset. And this showed that in EMERGE, the high dose reduced clinical decline as measured by the primary and secondary endpoints. In ENGAGE, aducanumab did not reduce the clinical decline. *In a post-hoc analysis, data from a subset of patients exposed to the high dose of aducanumab support the positive findings of EMERGE. I'm (going to) read this.* |

---

[1] As discussed in Defendants' memorandum of law, Plaintiffs elsewhere cite another statement by Dr. Budd Haeberlein on October 22, 2019 (paragraph 209 of the PTAC), but the Proposed Third Amended Complaint does not list this statement as one of "Defendants' False Statements" or otherwise purport to plead with particularity why it is false. *See* Defs.' Opp. at 25 n.18.

**Chart of Alleged Misstatements in the Proposed Third Amended Complaint**
(listed in chronological order, emphasis as shown in Complaint)

| Paragraph | Speaker | Date/Source | Alleged Misstatement |
|---|---|---|---|
| | | | *In sub studies of biomarkers, aducanumab showed an effect on those disease-related biomarkers.* |
| 282 | Budd Haeberlein | December 5, 2019 – Investor Q&A Call | *Today, though, we shared a new post hoc analysis, which is what we've called those – that subgroup of individuals who were able to have the opportunity for the intended dosing regimen, the so-called Protocol Version 4 group.  And in that subset of patients, aducanumab did support the positive findings of EMERGE and ENGAGE.* |
| 284 | Budd Haeberlein | December 5, 2019 – CTAD Presentation | As I mentioned, we now have the final dataset.  And I'm going to show you the same table with that final dataset [the table did not include pre-PV4 and post-PV4 subgroups] with that final dataset, which has the full QC and the full data included.  And essentially, as you can see, there are very small changes between that larger dataset and the final dataset. |
| 287 | Budd Haeberlein | April 2, 2020 – Aducanumab Topline Results Call | When we now look at these charts, the top is the pre PV4 population and the bottom is the post-PV4 population.  We can see the impact of that protocol amendment.  In the pre-PV4 patients, only 21% in EMERGE and 15% in ENGAGE actually had that dark blue, the full possible 14 doses of 10 milligram per kilogram, whereas post that protocol amendment, there is much less heterogeneity and a much larger proportion of subjects, 51% in EMERGE and 47% in ENGAGE, received those full profitable 14 doses.<br><br>If we then look at the impact of the population who did have the opportunity to receive the full 14 doses, we should compare the original outcome for both studies, and here, I'm showing the primary endpoint CDR-Sum of boxes for both EMERGE and ENGAGE at Week 78, and you will recall that there was a 23% and a 2% difference in those two studies.  And if we now look at the patients who had the opportunity for the full 14 doses, in EMERGE, they now have in the high dose a 30% difference versus placebo, and in ENGAGE, where we did not have an outcome in the overall analysis in the PV4 population, the high dose has a 27% difference from placebo.  *And so in these populations a much more similar outcome can be observed.* |

3

**Chart of Alleged Misstatements in the Proposed Third Amended Complaint**
(listed in chronological order, emphasis as shown in Complaint)

| Paragraph | Speaker | Date/Source | Alleged Misstatement |
|---|---|---|---|
| | | | *      *      *      *      * <br><br> So with that, I would like to summarize the aducanumab Phase III top line results. Following study termination based on futility analysis of the larger data set showed that in EMERGE high dose aducanumab did reduce clinical decline as measured by both primary and secondary endpoints.  In ENGAGE, however, aducanumab did not reduce clinical de[cline]. <br><br> *In a post hoc analysis, data from subs[ets] of patients, the PV4 population who had the opportunity to be exposed to high dose did support the positive findings of EMERGE.*  In sub-studies, aducanumab showed an effect on disease related biomarkers both in CSF and in PET imaging studies[.] |
| 289 | Sandrock | July 22, 2020 – Q2 2020 Earnings Call | I think -- look, the filing is based on these 3 studies, EMERGE, ENGAGE and PRIME. EMERGE is the first study to show in effect, not only on the primary endpoint, but all 3 prespecified secondary endpoints.  *We believe that data from ENGAGE -- that portions of the data from ENGAGE, a negative study, that portions of it do support the analysis that we did with EMERGE.*  And then I'll say – [and] also PRIME, which was published, shows even though the clinical endpoints were exploratory endpoints, on the highest dose, there was an effect on MMSE as well as CDR sum of boxes. *And again, very similar that the lower doses did not show much of an effect. So consistent with the findings from ENGAGE and EMERGE, you really need to get to the higher dose.  And I think our data are all consistent with that.* |