**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| NADIA SHASH and AMJAD KHAN Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br>    v.<br><br>BIOGEN INC., MICHEL VOUNATSOS, ALFRED W. SANDROCK, JR., and SAMANTHA BUDD-HAEBERLEIN,<br><br>                    Defendants. | CASE No.: 1:21-cv-10479-IT<br><br><br>**SUPPLEMENTAL DECLARATION OF JONATHAN HORNE IN SUPPORT OF MOTION FOR LEAVE TO AMEND** |

I, JONATHAN HORNE, hereby declare as follows:

1.     I am a Partner at The Rosen Law Firm, P.A. ("Rosen"), counsel for Lead Plaintiff Nadia Shash and Named Plaintiffs Amjad Khan, and Albert Aftoora, and the Putative Class ("Plaintiffs"). I submit this declaration in further support of Plaintiffs' Reply in Support of Plaintiffs' Motion for Leave to Amend. To prepare this Declaration, I consulted my calendar and email.

2.     The Parties conferred on the following dates to discuss the following subjects:

a.  May 8, 2025 (discussion of Defendants' responses to Plaintiffs' First Requests for Production "RFP")).

b.  May 22, 2025 (continued discussion of Defendants' responses to Plaintiffs' RFPs, as well as agreed protective order and protocol concerning electronic discovery ("ESI Stip"), following email correspondence).

c.  June 11, 2025 (Protective Order and ESI Stip).

d.  July 7, 2025 (Defendants' responses to Plaintiffs' RFPs, search terms).

1

e.  July 24, 2025 (continued discussion of Defendants' responses to Plaintiffs' RFPs, following email correspondence and service of Defendants' supplemental responses to Plaintiffs' RFPs).

f.  August 29, 2025 (discussion of search terms, following email correspondence including exchange of proposed search terms and hit counts).

g.  September 4, 2025 (discussion of search terms, following additional email correspondence including amended search terms and hit counts).

h.  September 10, 2025 (discussion of search terms, following additional email correspondence including amended search terms and hit counts).

3.  In addition, throughout this time, the Parties exchanged copious email correspondence regarding Defendants' responses to Plaintiffs' RFPs, search terms, and hit counts.

4.  Defendants produced 276,080 documents in this case.

5.  Attached hereto as Exhibit 1 is a copy of Defendants' June 14, 2019 Opposition to Plaintiffs' Motion for Leave to File a Third Amended Complaint in *Tracey v. Massachusetts Institute of Technology*, No. 1:16-cv-11620-NMG (D. Mass. 2019).

6.  Attached hereto as Exhibit 2 is a chart showing trading information in Biogen's stock for the period of October 1, 2019, through November 15, 2019.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 10, 2026

*/s/ Jonathan Horne*
Jonathan Horne

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2026, a true and correct copy of the foregoing **SUPPLEMENTAL DECLARATION OF JONATHAN HORNE IN SUPPORT OF MOTION FOR LEAVE TO AMEND** was served by CM/ECF to parties registered to the Court's CM/ECF system.

*/s/Laurence Rosen*

3