# EXHIBIT 2

Summary    News    Research    Chart    Community    Statistics    Historical Data    Profile    Financials    Analysis    Options    Holders

NasdaqGS - Nasdaq Real Time Price • USD

# Biogen Inc. (BIIB) ☆

## 190.10 +1.86 (+0.99%)

As of 12:58:57 PM EDT. Market Open.

[ Trade BIIB on Coinbase ]    Trading disclosure ⓘ

| Oct 01, 2019 - Nov 16, 2019 ⌄ |  | Historical Prices ⌄ |  | Daily ⌄ |

Currency in USD    |    🔒 Download

| Date | Open | High | Low | Close ⓘ | Adj Close ⓘ | Volume |
|------|------|------|-----|-------|-----------|--------|
| Nov 15, 2019 | 278.25 | 283.95 | 277.11 | 282.27 | 282.27 | 1,922,200 |
| Nov 14, 2019 | 282.84 | 282.84 | 271.48 | 275.15 | 275.15 | 2,354,800 |
| Nov 13, 2019 | 290.25 | 290.25 | 280.95 | 281.89 | 281.89 | 1,910,300 |
| Nov 12, 2019 | 295.00 | 296.25 | 289.12 | 291.40 | 291.40 | 1,860,900 |
| Nov 11, 2019 | 292.48 | 294.92 | 290.52 | 294.14 | 294.14 | 1,007,700 |
| Nov 8, 2019 | 286.53 | 293.39 | 285.25 | 293.25 | 293.25 | 1,477,100 |
| Nov 7, 2019 | 289.52 | 290.56 | 285.60 | 286.87 | 286.87 | 1,430,700 |
| Nov 6, 2019 | 292.34 | 293.00 | 286.85 | 289.00 | 289.00 | 1,306,400 |
| Nov 5, 2019 | 293.75 | 295.09 | 288.82 | 292.18 | 292.18 | 1,374,600 |
| Nov 4, 2019 | 301.14 | 302.56 | 293.13 | 293.43 | 293.43 | 1,576,200 |
| Nov 1, 2019 | 299.79 | 303.79 | 298.57 | 299.20 | 299.20 | 1,463,300 |
| Oct 31, 2019 | 300.02 | 301.58 | 295.57 | 298.71 | 298.71 | 1,959,900 |
| Oct 30, 2019 | 302.51 | 306.92 | 299.02 | 299.89 | 299.89 | 2,146,500 |
| Oct 29, 2019 | 294.76 | 299.89 | 294.74 | 297.50 | 297.50 | 2,391,300 |
| Oct 28, 2019 | 283.76 | 295.97 | 283.39 | 295.54 | 295.54 | 2,395,100 |
| Oct 25, 2019 | 285.34 | 290.18 | 284.10 | 288.04 | 288.04 | 2,163,900 |
| Oct 24, 2019 | 278.21 | 287.04 | 278.01 | 285.68 | 285.68 | 2,803,200 |
| Oct 23, 2019 | 285.24 | 286.67 | 275.66 | 278.82 | 278.82 | 5,522,400 |
| Oct 22, 2019 | 310.00 | 318.00 | 279.16 | 281.87 | 281.87 | 21,843,100 |
| Oct 21, 2019 | 222.00 | 225.78 | 221.56 | 223.51 | 223.51 | 2,358,100 |
| Oct 18, 2019 | 225.49 | 225.49 | 220.01 | 220.06 | 220.06 | 2,801,700 |
| Oct 17, 2019 | 227.85 | 228.97 | 223.48 | 225.60 | 225.60 | 1,776,600 |
| Oct 16, 2019 | 226.23 | 229.75 | 225.96 | 227.72 | 227.72 | 1,365,300 |
| Oct 15, 2019 | 225.41 | 228.33 | 225.16 | 226.06 | 226.06 | 1,976,600 |
| Oct 14, 2019 | 222.50 | 226.38 | 221.84 | 225.76 | 225.76 | 2,553,900 |
| Oct 11, 2019 | 225.44 | 227.50 | 220.51 | 223.21 | 223.21 | 2,388,300 |
| Oct 10, 2019 | 222.14 | 224.21 | 221.96 | 223.00 | 223.00 | 1,471,200 |
| Oct 9, 2019 | 223.15 | 224.15 | 221.90 | 222.13 | 222.13 | 1,429,300 |
| Oct 8, 2019 | 225.16 | 226.10 | 221.56 | 221.94 | 221.94 | 1,973,700 |
| Oct 7, 2019 | 225.64 | 229.76 | 224.00 | 226.99 | 226.99 | 1,572,000 |
| Oct 4, 2019 | 223.10 | 225.50 | 222.20 | 224.00 | 224.00 | 1,214,600 |
| Oct 3, 2019 | 221.70 | 223.48 | 219.70 | 222.50 | 222.50 | 1,827,500 |
| Oct 2, 2019 | 226.56 | 228.35 | 220.61 | 221.26 | 221.26 | 1,990,800 |
| Oct 1, 2019 | 232.76 | 234.04 | 224.67 | 227.20 | 227.20 | 1,805,800 |

## Related Tickers

 **AMGN**
Amgen Inc.

 **GILD**
Gilead Sciences, I

 **BMY**
Bristol-Myers Squibb .

 **AZN**
AstraZeneca P

 **GSK**
GSK plc

 **SNY**
Sanofi

 **NVS**
Novartis AG

**MRK**
Merck & Co., I

**ABBV**
AbbVie Inc.

378.46 +0.40 · 148.82 +1.49% · 60.81 +0.29% · 197.43 +1.27 · 55.51 0.00 · 44.48 +0.29 · 162.60 -0.12 · 118.56 +1.23 · 228.13 +0.30



Copyright © 2026 Yahoo.
All rights reserved.

 

**What's trending**
Dow Jones
S&P 500
DAX Index
Nvidia
Tesla
DJT
Tariffs

**Explore more**
Mortgages
Credit Cards
Sectors
Crypto Heatmap
Financial News

**About**
Data Disclaimer
Help
Feedback
Sitemap
Licensing
What's New
About Our Ads
Premium Plans

378.46 +0.40 · 148.82 +1.49% · 60.81 +0.29% · 197.43 +1.27 · 55.51 0.00 · 44.48 +0.29 · 162.60 -0.12 · 118.56 +1.23 · 228.13 +0.30