**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| ALBERT AFTOORA and AMJAD KHAN, Individually and On Behalf of All Others Similarly Situated, and NADIA SHASH as Sole Managing Member of PolyCon Solutions LLC, Individually,<br><br>Plaintiffs,<br><br>v.<br><br>BIOGEN INC., MICHEL VOUNATSOS, and ALFRED W. SANDROCK, JR.,<br><br>Defendants. | Civil Action No. 1:21-cv-10479-IT |

**UNOPPOSED MOTION TO STAY DEFENDANTS' DEADLINE TO RESPOND TO THE <u>THIRD AMENDED COMPLAINT PENDING FINAL SETTLEMENT APPROVAL</u>**

Pursuant to this Court's Standing Order Regarding Requests for Adjournments or Extensions of Time, dated December 4, 2021, and Rule 7.1(b) of the Local Rules of the United States District Court for the District of Massachusetts (the "Local Rules"), Defendants Biogen Inc., Michel Vounatsos, and Alfred W. Sandrock, Jr., M.D., Ph.D. (collectively, "Defendants") respectfully move for an Order staying Defendants' deadline to respond to Plaintiffs' Third Amended Class Action Complaint, Doc. No. 271 (the "Third Amended Complaint"), pending final approval of the parties' proposed class action settlement.

As grounds for this Motion, Defendants state as follows:

1. On October 6, 2026, Plaintiffs filed their Motion for Preliminary Approval of Class Action Settlement, Doc. No. 262 (the "Preliminary Approval Motion"), seeking preliminary approval of the proposed class action settlement, Doc. No. 263 (the "Settlement").

2. At the hearing on the Preliminary Approval Motion held on October 19, 2026, the Court directed Plaintiffs to file a third amended complaint updating the case caption. *See* Hr'g Tr. at 27:2–9 (Doc. No. 268).

3. On October 23, 2026, Plaintiffs filed the Third Amended Complaint. Doc. No. 271.

4. Under Federal Rule of Civil Procedure 15(a)(3), Defendants' response to the Third Amended Complaint is due November 6, 2026.

5. However, the Court's Order Granting Preliminary Approval of Class Action Settlement (the "Preliminary Approval Order") stays all deadlines and provides that "all proceedings in the Action, other than such proceedings as may be necessary to carry out the terms and conditions of the Stipulation, are hereby stayed and suspended until further order of the Court." Doc. No. 274 ¶ 36.

6. Consistent with the Preliminary Approval Order, and for the avoidance of doubt, Defendants respectfully request that the Court stay the deadline for Defendants to respond to the Third Amended Complaint pending final approval of the Settlement.

7. Pursuant to Local Rule 7.1(a)(2), Defendants' counsel conferred with Plaintiffs' counsel regarding the relief requested herein. Plaintiffs do not oppose the relief requested in this Motion.

8. This is Defendants' first request to adjourn or extend the deadline to respond to the Third Amended Complaint.

WHEREFORE, Defendants respectfully request that the Court grant this Motion and stay Defendants' deadline to respond to the Third Amended Complaint pending final approval of the Settlement.

Dated: November 4, 2026

Respectfully submitted,

*/s/ Audra J. Soloway*

Audra J. Soloway (*pro hac vice*)
Richard C. Tarlowe (*pro hac vice*)
Daniel S. Sinnreich (*pro hac vice*)
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
asoloway@paulweiss.com
rtarlowe@paulweiss.com
dsinnreich@paulweiss.com

William J. Trach (BBO # 661401)
LATHAM & WATKINS LLP
200 Clarendon Street
Boston, MA 02116
Telephone: (617) 948-6000
Facsimile: (617) 948-6001
william.trach@lw.com

*Counsel for Defendants*
*Biogen Inc., Michel Vounatsos,*
*and Alfred W. Sandrock, Jr.*

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I hereby certify that Defendants' counsel has conferred with Plaintiffs' counsel regarding the relief requested in this motion. Plaintiffs do not oppose the relief requested in this motion.

/s/ *Audra J. Soloway*
Audra J. Soloway

## CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2026, I caused a copy of the foregoing document to be served upon all counsel of record via the Court's CM/ECF system.

/s/ *Audra J. Soloway*
Audra J. Soloway